UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

17 CV 4327

---------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY, LLC         ____Civ.____( )

                              Plaintiffs,

    -against-

DAVID GITMAN, JEREMY FALK, SUMMIT               **AFFIDAVIT OF GOOD FAITH**
ROCK HOLDINGS, LLC, ACCEL COMMERCE,             **EFFORT OF SERVICE**
LLC, DALVA VENTURES, LLC, KONSTANTYN
BAGAEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

                              Defendants.
---------------------------------------------------------------X

    Barry S. Guaglardi, Esq., hereby affirm as follows:

1. On June 8, 2017, I made a good faith effort to notify all parties to this action of this Order to Show Cause by telephone and/or electronic mail, that I will be submitting an Order to Show Cause with restraints seeking interim relief on June 8, 2017 at _____ p.m.

2. By email dated June 8, 2017, I further sent a copy of Plaintiffs Order to Show Cause with restraints, Affidavits in Support of Temporary Restraints and Supporting Exhibits annexed thereto, with a copy of the signed Verified Complaint to (1) Umar Farooq, Esq. attorney for Defendant David Gitman, and upon information and belief, the attorney for Channel Reply, Inc., Accel Commerce and Dalva Ventures, LLC at Mr. Farooq's email address umar.farooq@farooqandco.com; (2) to Jeremy Falk, individually and in the care of Summit Rock Holdings LLC, at Mr. Falk's email

1

address at jeremy.falk@gmail.com; (3) Konstantyn Bagaev at konstantyn@channelreply.com; and (4) Olesksii Glukharev at aleksey@channelreply.com.

3. On this date, I also contacted Mr. Farooq and Mr. Falk by telephone and left messages for them both.

## CERTIFICATION

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements, I may be subject to punishment.

Dated: June 8, 2017

_____
Barry S. Guaglardi, Esq.