# EXHIBIT C

| Customers | 5/1/2016 | 6/1/2016 | 7/1/2016 | 8/1/2016 | 9/1/2016 | 10/1/2016 |
|---|---|---|---|---|---|---|
| Customer 1 | $134.20 | $134.20 | $134.20 | $134.20 | $134.20 | $1,908.00 |
| Customer 2 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 3 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 4 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 5 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 6 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 7 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 8 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 9 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 10 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 11 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 12 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 13 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 14 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 15 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 16 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 17 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 18 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 19 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 20 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 21 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 22 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 23 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 24 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 25 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 26 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 27 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 28 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 29 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 30 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 31 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 32 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 33 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 34 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 35 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 36 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 37 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 38 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 39 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 40 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 41 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 42 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 43 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 44 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 45 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 46 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 47 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 48 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 49 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 50 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 51 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 52 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 53 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 54 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 55 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 56 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 57 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 58 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 59 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 60 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 61 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 62 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 63 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 64 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 65 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 66 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 67 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 68 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 69 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 70 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 71 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 72 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 73 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 74 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 75 | $179.00 | $179.00 | $179.00 | $179.00 | $1,717.20 | $179.00 |
| Customer 76 | $49.00 | $49.00 | $49.00 | $49.00 | $0.00 | $49.00 |
| Customer 77 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 78 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 79 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 80 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 81 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 82 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 83 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 84 | $79.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 85 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 86 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 87 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $433.38 |
| Customer 88 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 89 | $49.00 | $49.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 90 | $179.00 | $49.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 91 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 92 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 93 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 94 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 95 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |

| Customer | Col 1 | Col 2 | Col 3 | Col 4 |
|---|---|---|---|---|
| Customer 96 | | | $179.00 | $179.00 |
| Customer 97 | | | $49.00 | $49.00 |
| Customer 98 | | | $79.00 | $79.00 |
| Customer 99 | | | $0.00 | $0.00 |
| Customer 100 | | $79.00 | $79.00 | $179.00 |
| Customer 101 | | $468.00 | $444.64 | $0.00 |
| Customer 102 | | $468.00 | $0.00 | $0.00 |
| Customer 103 | | $49.00 | $49.00 | $49.00 |
| Customer 104 | | $49.00 | $49.00 | $49.00 |
| Customer 105 | | $79.00 | $79.00 | $79.00 |
| Customer 106 | | $49.00 | $49.00 | $49.00 |
| Customer 107 | $179.00 | $49.00 | $49.00 | $49.00 |
| Customer 108 | | $179.00 | $179.00 | $179.00 |
| Customer 109 | | $79.00 | $79.00 | $79.00 |
| Customer 110 | | $79.00 | $79.00 | $79.00 |
| Customer 111 | | $79.00 | $79.00 | $179.00 |
| Customer 112 | | $179.00 | $179.00 | $179.00 |
| Customer 113 | | $79.00 | $79.00 | $79.00 |
| Customer 114 | | $49.00 | $79.00 | $49.00 |
| Customer 115 | | $49.00 | $49.00 | $49.00 |
| Customer 116 | | $49.00 | $49.00 | $49.00 |
| Customer 117 | | | $49.00 | $49.00 |
| Customer 118 | | | $2,148.00 | $0.00 |
| Customer 119 | | | $129.00 | $129.00 |
| Customer 120 | | | $79.00 | $179.00 |
| Customer 121 | | | $179.00 | $179.00 |
| Customer 122 | | | $179.00 | $179.00 |
| Customer 123 | | | $179.00 | $179.00 |
| Customer 124 | | | $79.00 | $79.00 |
| Customer 125 | | | $79.00 | $828.00 |
| Customer 126 | | | $49.00 | $49.00 |
| Customer 127 | | $468.00 | $0.00 | $0.00 |

| Customer | Amount |
|---|---|
| Customer 128 | $0.00 |
| Customer 129 | $468.00 / $0.00 |
| Customer 130 | $749.00 / $49.00 |
| Customer 131 | $468.00 |
| Customer 132 | $0.00 |
| Customer 133 | $79.00 |
| Customer 134 | $79.00 |
| Customer 135 | $468.00 |
| Customer 136 | $386.98 |
| Customer 137 | $468.00 |
| Customer 138 | $49.00 |
| Customer 139 | $79.00 |
| Customer 140 | $79.00 |
| Customer 141 | $49.00 |
| Customer 142 | $49.00 |
| Customer 143 | $79.00 |
| Customer 144 | $79.00 |
| Customer 145 | $79.00 / $2,148.00 |
| Customer 146 | $79.00 / $179.00 |
| Customer 147 | $179.00 / $49.00 |
| Customer 148 | $79.00 / $49.00 |
| Customer 149 | $49.00 / $49.00 |
| Customer 150 | $828.00 / $179.00 |
| Customer 151 | $79.00 |
| Customer 152 | $49.00 |
| Customer 153 | $468.00 |
| Customer 154 | $828.00 |
| Customer 155 | $49.00 |
| Customer 156 | $49.00 |
| Customer 157 | $179.00 |
| Customer 158 | $99.00 |
| Customer 159 | $179.00 / $79.00 |

| Customer | Amount |
| --- | --- |
| Customer 191 | |
| Customer 190 | |
| Customer 189 | |
| Customer 188 | |
| Customer 187 | |
| Customer 186 | |
| Customer 185 | |
| Customer 184 | |
| Customer 183 | |
| Customer 182 | |
| Customer 181 | |
| Customer 180 | |
| Customer 179 | |
| Customer 178 | |
| Customer 177 | |
| Customer 176 | |
| Customer 175 | |
| Customer 174 | |
| Customer 173 | |
| Customer 172 | |
| Customer 171 | $49.00 |
| Customer 170 | |
| Customer 169 | |
| Customer 168 | |
| Customer 167 | $179.00 |
| Customer 166 | $49.00 |
| Customer 165 | $1,440.00 |
| Customer 164 | $179.00 |
| Customer 163 | $179.00 |
| Customer 162 | $49.00 |
| Customer 161 | $79.00 |
| Customer 160 | $79.00 |

Customer 223
Customer 222
Customer 221
Customer 220
Customer 219
Customer 218
Customer 217
Customer 216
Customer 215
Customer 214
Customer 213
Customer 212
Customer 211
Customer 210
Customer 209
Customer 208
Customer 207
Customer 206
Customer 205
Customer 204
Customer 203
Customer 202
Customer 201
Customer 200
Customer 199
Customer 198
Customer 197
Customer 196
Customer 195
Customer 194
Customer 193
Customer 192

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 224 | | | | | | |
| Customer 225 | | | | | | |
| Customer 226 | | | | | | |
| Customer 227 | | | | | | |
| Customer 228 | | | | | | |
| Customer 229 | | | | | | |
| Customer 230 | | | | | | |
| Customer 231 | | | | | | |
| Customer 232 | | | | | | |
| Customer 233 | | | | | | |
| Customer 234 | | | | | | |
| Customer 235 | | | | | | |
| Customer 236 | | | | | | |
| Customer 237 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 238 | | | | | | |
| Customer 239 | | | | | | |
| Customer 240 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 241 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 242 | | | | | | |
| Customer 243 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 244 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 245 | | | | | | |
| Customer 246 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 247 | | | | | | |
| Customer 248 | | | | | | |
| Customer 249 | | | | | | |
| Customer 250 | | | | | | |
| Customer 251 | | | | | | |
| Customer 252 | | | | | | |
| Customer 253 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 254 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 255 | | | | | | |

Customer 256
Customer 257
Customer 258
Customer 259
Customer 260
Customer 261
Customer 262
Customer 263
Customer 264
Customer 265
Customer 266
Customer 267
Customer 268
Customer 269
Customer 270
Customer 271
Customer 272
Customer 273
Customer 274
Customer 275
Customer 276
Customer 277

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL ACTIVE | $9,681.20 | $11,987.20 | $11,225.20 | $16,533.84 | $16,856.40 | $23,117.36 |
| TOTAL PAID | $12,386.00 | $14,405.20 | $13,031.20 | $18,211.84 | $17,941.40 | $24,411.36 |
| *Total Active Subscribers* | *96* | *108* | *116* | *129* | *143* | *165* |
| *Subscriber Growth* | *11.46%* | *11.11%* | *6.90%* | *10.08%* | *9.79%* | *13.33%* |
| *Revenue Growth* | *13.43%* | *14.02%* | *-10.54%* | *28.45%* | *-1.51%* | *26.50%* |

**Cancellations**
Customer 278
Customer 279

Customer 280
Customer 281
Customer 282
Customer 283
Customer 284
Customer 285
Customer 286
Customer 287
Customer 288
Customer 289
Customer 290
Customer 291
Customer 292
Customer 293
Customer 294
Customer 295
Customer 296
Customer 297
Customer 298
Customer 299
Customer 300
Customer 301
Customer 302
Customer 303
Customer 304
Customer 305
Customer 306
Customer 307
Customer 308
Customer 309
Customer 310
Customer 311

| Customer | Amount 1 | Amount 2 |
|---|---|---|
| Customer 312 | | |
| Customer 313 | | |
| Customer 314 | | |
| Customer 315 | | |
| Customer 316 | | |
| Customer 317 | | |
| Customer 318 | | |
| Customer 319 | | |
| Customer 320 | | |
| Customer 321 | | |
| Customer 322 | | |
| Customer 323 | | |
| Customer 324 | | |
| Customer 325 | | |
| Customer 326 | | |
| Customer 327 | | |
| Customer 328 | | |
| Customer 329 | | |
| Customer 330 | | |
| Customer 331 | $49.00 | |
| Customer 332 | $179.00 | |
| Customer 333 | $179.00 | |
| Customer 334 | $49.00 | |
| Customer 335 | $58.80 | $179.00 |
| Customer 336 | $179.00 | $79.00 |
| Customer 337 | $79.00 | $79.00 |
| Customer 338 | $79.00 | $49.00 |
| Customer 339 | $179.00 | $79.00 |
| Customer 340 | | $79.00 |
| Customer 341 | | $49.00 |
| Customer 342 | - | $49.00 |
| Customer 343 | - | $179.00 |

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 344 | | | | | | $49.00 |
| Customer 345 | | $49.00 | $49.00 - | | | $49.00 |
| Customer 346 | | | | | | |
| Customer 347 | | $49.00 | $49.00 | $49.00 | | $49.00 |
| Customer 348 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 349 | | $79.00 | $79.00 | | $49.00 | $49.00 |
| Customer 350 | | $49.00 | $49.00 | $179.00 | | |
| Customer 351 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 352 | | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 353 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 354 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 355 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 356 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 357 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 358 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 359 | | | | $179.00 | $179.00 | $179.00 |
| Customer 360 | | | | | | $79.00 |
| Customer 361 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 362 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 363 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 364 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 365 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 366 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 367 | | | | | | $179.00 |
| Customer 368 | | | | | | $79.00 |
| Customer 369 | | | | | | $49.00 |
| Customer 370 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 371 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 372 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 373 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 374 | | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 375 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| Customer 376 | - | | | | | |
| Customer 377 | | | | | | |
| Customer 378 | | | | | | |
| Customer 379 | | - | - | - | - | - |
| Customer 380 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 381 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 382 | | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 383 | - | - | - | - | - | |
| Customer 384 | - | - | - | - | $49.00 | |
| Customer 385 | - | - | - | - | - | $49.00 |
| Customer 386 | - | - | - | - | - | |
| Customer 387 | - | - | - | - | | |
| TOTALS | $2,704.80 $12,386.00 | $2,418.00 $14,405.20 | $1,806.00 $13,031.20 | $1,678.00 $18,211.84 | $1,085.00 $17,941.40 | $1,294.00 $24,411.36 |
| Total Subscribers | 127 | 135 | 135 | 146 | 153 | 176 |
| Total Cancellations | 5 | 8 | 4 | 7 | 4 | 5 |
| Churn Rate | 3.94% | 5.93% | 2.96% | 4.79% | 2.61% | 2.84% |

| Customers | 5/1/2016 | 6/1/2016 | 7/1/2016 | 8/1/2016 | 9/1/2016 | 10/1/2016 |
|---|---|---|---|---|---|---|
| Customer 1 | $134.20 | $134.20 | $134.20 | $134.20 | $134.20 | $1,908.00 |
| Customer 2 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 3 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 4 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 5 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 6 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 7 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 8 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 9 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 10 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 11 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 12 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 13 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 14 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 15 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 16 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 17 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 18 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 19 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 20 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 21 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 22 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 23 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 24 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 25 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 26 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 27 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 28 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 29 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 30 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 31 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 32 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 33 | $149.00 | $149.00 | $149.00 | $149.00 | | |
| Customer 34 | $149.00 - | $149.00 | $149.00 | $149.00 | $149.00 | |
| Customer 35 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 36 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 | |
| Customer 37 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 38 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 39 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 40 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 41 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 42 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 43 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 44 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 45 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 46 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 47 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 48 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 49 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 50 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 51 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 52 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 53 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 54 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 55 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 56 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 57 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 58 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 59 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 60 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 61 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 62 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 63 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |

| | | | | | |
|---|---|---|---|---|---|
| Customer 64 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 65 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 66 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 67 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 68 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 69 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 70 | $49.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 71 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 72 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 73 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 74 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 75 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 76 | $49.00 | $49.00 | $49.00 | $49.00 | $0.00 |
| Customer 77 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 78 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 79 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 80 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 81 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 82 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 83 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 84 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 85 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 86 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 87 | $49.00 | $49.00 | $49.00 | $49.00 | $433.38 |
| Customer 88 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 89 | $49.00 | $49.00 | $79.00 | $49.00 | $49.00 |
| Customer 90 | $49.00 | $49.00 | $49.00 | $79.00 | $79.00 |
| Customer 91 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 92 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 93 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 94 | $179.00 | $179.00 | $179.00 | $179.00 | $179.00 |
| Customer 95 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |

| Customer | | | | | |
|---|---|---|---|---|---|
| Customer 96 | | | $179.00 | | $179.00 |
| Customer 97 | | | $49.00 | $49.00 | $49.00 |
| Customer 98 | | | $79.00 | $79.00 | $79.00 |
| Customer 99 | | | $0.00 | $0.00 | $0.00 |
| Customer 100 | | | $79.00 | $79.00 | $79.00 |
| Customer 101 | | | $0.00 | $444.64 | $0.00 |
| Customer 102 | | | $0.00 | $79.00 | $0.00 |
| Customer 103 | | $468.00 | $468.00 | $0.00 | $0.00 |
| Customer 104 | | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 105 | | $79.00 | $79.00 | $79.00 | $49.00 |
| Customer 106 | | $49.00 | $79.00 | $79.00 | $79.00 |
| Customer 107 | | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 108 | | $179.00 | $49.00 | $79.00 | $79.00 |
| Customer 109 | | $179.00 | $79.00 | $179.00 | $179.00 |
| Customer 110 | | | $79.00 | $79.00 | $79.00 |
| Customer 111 | $179.00 | | $79.00 | $79.00 | $179.00 |
| Customer 112 | | | $179.00 | $179.00 | $179.00 |
| Customer 113 | | | $79.00 | $79.00 | $79.00 |
| Customer 114 | | | $49.00 | $49.00 | $49.00 |
| Customer 115 | | | $49.00 | $49.00 | $49.00 |
| Customer 116 | | | $49.00 | $49.00 | $49.00 |
| Customer 117 | | | | $49.00 | $49.00 |
| Customer 118 | | | | $2,148.00 | $0.00 |
| Customer 119 | | | | $129.00 | $129.00 |
| Customer 120 | | | | $79.00 | $179.00 |
| Customer 121 | | | | $179.00 | $179.00 |
| Customer 122 | | | | $179.00 | $179.00 |
| Customer 123 | | | | $179.00 | $179.00 |
| Customer 124 | | | | $79.00 | $79.00 |
| Customer 125 | | | | $79.00 | $828.00 |
| Customer 126 | | | | $49.00 | $49.00 |
| Customer 127 | | | | $468.00 | $0.00 |

| Customer | | |
|---|---|---|
| Customer 128 | $468.00 | $0.00 |
| Customer 129 | $749.00 | $0.00 |
| Customer 130 | | $49.00 |
| Customer 131 | | $0.00 |
| Customer 132 | $468.00 | $79.00 |
| Customer 133 | $79.00 | $79.00 |
| Customer 134 | $468.00 | $386.98 |
| Customer 135 | $49.00 | $49.00 |
| Customer 136 | $49.00 | $79.00 |
| Customer 137 | $79.00 | $49.00 |
| Customer 138 | $49.00 | $49.00 |
| Customer 139 | $49.00 | $79.00 |
| Customer 140 | $79.00 | $79.00 |
| Customer 141 | $79.00 | $79.00 |
| Customer 142 | $179.00 | $179.00 |
| Customer 143 | $179.00 | $49.00 |
| Customer 144 | $828.00 | $0.00 |
| Customer 145 | $49.00 | $49.00 |
| Customer 146 | | $2,148.00 |
| Customer 147 | | $179.00 |
| Customer 148 | | $49.00 |
| Customer 149 | | $49.00 |
| Customer 150 | | $79.00 |
| Customer 151 | | $49.00 |
| Customer 152 | | $468.00 |
| Customer 153 | | $828.00 |
| Customer 154 | | $49.00 |
| Customer 155 | | $173.00 |
| Customer 156 | | $49.00 |
| Customer 157 | | $99.00 |
| Customer 158 | | $179.00 |
| Customer 159 | | $79.00 |

| Customer | Amount |
|---|---|
| Customer 160 | $79.00 |
| Customer 161 | $79.00 |
| Customer 162 | $179.00 |
| Customer 163 | $49.00 |
| Customer 164 | $1,440.00 |
| Customer 165 | $49.00 |
| Customer 166 | $179.00 |
| Customer 167 | |
| Customer 168 | |
| Customer 169 | |
| Customer 170 | $49.00 |
| Customer 171 | |
| Customer 172 | |
| Customer 173 | |
| Customer 174 | |
| Customer 175 | |
| Customer 176 | |
| Customer 177 | |
| Customer 178 | |
| Customer 179 | |
| Customer 180 | |
| Customer 181 | |
| Customer 182 | |
| Customer 183 | |
| Customer 184 | |
| Customer 185 | |
| Customer 186 | |
| Customer 187 | |
| Customer 188 | |
| Customer 189 | |
| Customer 190 | |
| Customer 191 | |

Customer 223
Customer 222
Customer 221
Customer 220
Customer 219
Customer 218
Customer 217
Customer 216
Customer 215
Customer 214
Customer 213
Customer 212
Customer 211
Customer 210
Customer 209
Customer 208
Customer 207
Customer 206
Customer 205
Customer 204
Customer 203
Customer 202
Customer 201
Customer 200
Customer 199
Customer 198
Customer 197
Customer 196
Customer 195
Customer 194
Customer 193
Customer 192

| Customer | | | | | | |
|---|---|---|---|---|---|---|
| Customer 224 | | | | | | |
| Customer 225 | | | | | | |
| Customer 226 | | | | | | |
| Customer 227 | | | | | | |
| Customer 228 | | | | | | |
| Customer 229 | | | | | | |
| Customer 230 | | | | | | |
| Customer 231 | | | | | | |
| Customer 232 | | | | | | |
| Customer 233 | | | | | | |
| Customer 234 | | | | | | |
| Customer 235 | | | | | | |
| Customer 236 | | | | | | |
| Customer 237 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 238 | | | | | | |
| Customer 239 | | | | | | |
| Customer 240 | | | | | | |
| Customer 241 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 242 | | | | | | |
| Customer 243 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 244 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 245 | | | | | | |
| Customer 246 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 247 | | | | | | |
| Customer 248 | | | | | | |
| Customer 249 | | | | | | |
| Customer 250 | | | | | | |
| Customer 251 | | | | | | |
| Customer 252 | | | | | | |
| Customer 253 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 254 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 255 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer 256 | | | | | | |
| Customer 257 | | | | | | |
| Customer 258 | | | | | | |
| Customer 259 | | | | | | |
| Customer 260 | | | | | | |
| Customer 261 | | | | | | |
| Customer 262 | | | | | | |
| Customer 263 | | | | | | |
| Customer 264 | | | | | | |
| Customer 265 | | | | | | |
| Customer 266 | | | | | | |
| Customer 267 | | | | | | |
| Customer 268 | | | | | | |
| Customer 269 | | | | | | |
| Customer 270 | | | | | | |
| Customer 271 | | | | | | |
| Customer 272 | | | | | | |
| Customer 273 | | | | | | |
| Customer 274 | | | | | | |
| Customer 275 | | | | | | |
| Customer 276 | | | | | | |
| Customer 277 | | | | | | |
| TOTAL ACTIVE | | | | | | |
| TOTAL PAID | $12,386.00 | $14,405.20 | $13,031.20 | $18,211.84 | $17,941.40 | $24,411.36 |
| | $9,681.20 | $11,987.20 | $11,225.20 | $16,533.84 | $16,856.40 | $23,117.36 |
| *Total Active Subscribers* | 96 | 108 | 116 | 129 | 143 | 165 |
| *Subscriber Growth* | 11.46% | 11.11% | 6.90% | 10.08% | 9.79% | 13.33% |
| *Revenue Growth* | 13.43% | 14.02% | -10.54% | 28.45% | -1.51% | 26.50% |
| **Cancellations** | | | | | | |
| Customer 278 | | | | | | |
| Customer 279 | | | | | | |

Customer 280
Customer 281
Customer 282
Customer 283
Customer 284
Customer 285
Customer 286
Customer 287
Customer 288
Customer 289
Customer 290
Customer 291
Customer 292
Customer 293
Customer 294
Customer 295
Customer 296
Customer 297
Customer 298
Customer 299
Customer 300
Customer 301
Customer 302
Customer 303
Customer 304
Customer 305
Customer 306
Customer 307
Customer 308
Customer 309
Customer 310
Customer 311

| Customer | Amount |
|---|---|
| Customer 312 | |
| Customer 313 | |
| Customer 314 | |
| Customer 315 | |
| Customer 316 | |
| Customer 317 | |
| Customer 318 | |
| Customer 319 | |
| Customer 320 | |
| Customer 321 | |
| Customer 322 | |
| Customer 323 | |
| Customer 324 | |
| Customer 325 | |
| Customer 326 | |
| Customer 327 | |
| Customer 328 | |
| Customer 329 | |
| Customer 330 | |
| Customer 331 | $49.00 |
| Customer 332 | $179.00 |
| Customer 333 | $179.00 |
| Customer 334 | $49.00 |
| Customer 335 | $58.80 |
| Customer 336 | $179.00 |
| Customer 337 | $79.00 |
| Customer 338 | $79.00 |
| Customer 339 | $79.00 |
| Customer 340 | $49.00 |
| Customer 341 | $79.00 |
| Customer 342 | $49.00 |
| Customer 343 | $179.00 |

| Customer | | | | | |
|---|---|---|---|---|---|
| Customer 344 | $49.00 | $49.00 | | | |
| Customer 345 | $49.00 - | $49.00 | $179.00 | $49.00 | |
| Customer 346 | | | $179.00 | | |
| Customer 347 | $49.00 | $49.00 | $49.00 | $79.00 | |
| Customer 348 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 349 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 350 | | | $49.00 | $49.00 | |
| Customer 351 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 352 | $179.00 | $179.00 | $179.00 | $179.00 | |
| Customer 353 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 354 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 355 | $49.00 | $49.00 | $79.00 | $49.00 | |
| Customer 356 | $79.00 | $79.00 | $79.00 | $79.00 | |
| Customer 357 | $49.00 | $49.00 | $49.00 | $79.00 | |
| Customer 358 | $49.00 | $49.00 | $49.00 | $49.00 | |
| Customer 359 | | | | $179.00 | $49.00 |
| Customer 360 | | | | | $79.00 |
| Customer 361 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 362 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 363 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 364 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 365 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 366 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 367 | | | | | $179.00 |
| Customer 368 | | | | | $79.00 |
| Customer 369 | $149.00 | $149.00 | $149.00 | $149.00 | $149.00 |
| Customer 370 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 371 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 372 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 373 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 374 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 375 | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |

|  | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| Customer 376 |  |  |  |  |  |  |
| Customer 377 |  |  |  |  |  |  |
| Customer 378 |  |  |  |  |  |  |
| Customer 379 |  |  |  |  |  |  |
| Customer 380 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 381 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 | $79.00 |
| Customer 382 |  | $49.00 | $49.00 | $49.00 | $49.00 | $49.00 |
| Customer 383 |  |  |  |  |  |  |
| Customer 384 |  |  |  |  | $49.00 |  |
| Customer 385 |  |  |  |  |  | $49.00 |
| Customer 386 |  |  |  |  |  |  |
| Customer 387 |  |  |  |  |  |  |
| TOTALS | $2,704.80 | $2,418.00 | $1,806.00 | $1,678.00 | $1,085.00 | $1,294.00 |
|  | $72,386.00 | $14,405.20 | $13,031.20 | $18,211.84 | $17,941.40 | $24,411.36 |
| Total Subscribers | 127 | 135 | 135 | 146 | 153 | 176 |
| Total Cancellations | 5 | 8 | 4 | 7 | 4 | 5 |
| Churn Rate | 3.94% | 5.93% | 2.96% | 4.79% | 2.61% | 2.84% |

**Exhibit 20**

5/29/2017                                          ndap Mail - Jeremy Comp



Mike Dash <mdash@ndap-llc.com>

## Jeremy Comp

**David Gitman** <david@coopersquare.ventures>                    Thu, Dec 29, 2016 at 6:25 AM
To: Michael Dash <mdash@ndap-llc.com>

Ok, thanks for handling.
On Wed, Dec 28, 2016 at 8:05 PM Michael Dash <mdash@ndap-llc.com> wrote:
> Yea I spoke to him today about it. He's trying to get $ from us now which I told him we don't have. He told me it was a
> tax issue which wasn't correct. I'll handle it.
>
> > On Dec 28, 2016, at 7:50 PM, David Gitman <david@coopersquare.ventures> wrote:
> >
> > Hey,
> >
> > Jeremy called me today asking about compensation the last two years of CPK work, by year end. Did he talk to you
> about it?

# EXHIBIT B

●●○○○ Verizon 📶                    7:24 PM                    🕐 ⚡ 19% 🔋

‹                    ☰ David Gitman                  

                        05/11, 11:13 AM

   You in the office?

                                                    Ya

   Kk

            I'll swing by

                        05/11, 12:53 PM

            Let's sit down tom - we gotta go
            thru all expenses etc and figure out
            how to spin everything out of CSV
            and into a newco.. we gotta cut
            everything we dont need at this
            point..

   Sure

                        05/12, 9:43 AM

Type a message here                           

            

# EXHIBIT C

 David Gitman  

**05/12, 9:43 AM**

what time r u gonna come by?

 Prob after lunch

I gotta see my dad

What exactly do we need to review?

there's a bunch of stuff - made a list,
anyway u can come by before I may
have to run out after lunch?

 I can't come by before.

If you want to send me the list, I can
start working on it though

would rather go thru it w/ u there's
stuff i want to know how to login/
see etc.. what time can u come by?

 What can't you login to?

Type a message here 

    

# EXHIBIT D

 David Gitman      

M2E (for CPK) - u need to cancel this.. im gonna get a refund for last 2 mo's
Google Services - I am not a master admin
Godaddy - dont have ndap login
Amazon Web Services - dont have ndap login
MageMojo - dont have ndap login
Github - dont have ndap login

 I'll send them over now

Do you not know your AWS password?

Sign-in URL is https://ndap.signin.aws.amazon.com/console   



Type a message here   

            

# EXHIBIT E

●●○○○ Verizon 📶          7:24 PM          ⏰ ✳ 19% 🔋

‹          ⊚ David Gitman          📹   📞

 What are the expenses you wanna go through?

hang on ill share doc w/ u



Sign in - Google Accounts
ⓔ www.google.com

can u do call?

 Call my cell

**CarPartKings_Co...raft2_2.11.16.pdf**
You sent this file from another device.          

**CarPartKings_Co...Draft2_2.11.16.eps**
You sent this file from another device.          

Type a message here          🙂

            

# EXHIBIT F

●●○○○ Verizon 📶          7:24 PM          ⏰ ⁂ 19% 🔋

‹              ⁑ David Gitman               

ur right, its fine - keep car running
thru, whatever u can cut would be
good.. just trying to figure out how
to weather next few mo's, just a
shock to system so a bit scary

 Yeah, you were oddly clam yesterday

We'll figure it out

Doesn't need to happen today

I mean i did make a conscious
choice not to take that job.. whether
it was right or not is yet to be seen

 But I will reduce my expenses

its not like we didnt see this coming
- its been mo's w nothing happening

wish it was diff but is what it is

 I'm upset to

Type a message here                    

        

# EXHIBIT G

●●○○○ Verizon 🛜                    7:25 PM                    🕐 ✳ 19% 🔋

‹                    ⚬ David Gitman                    📹    📞

 I wanted something big to happen

well Jeremy asked yest if something were to happen would u come back

i said i can prob convince you 

 He just called me

I think he's thinking something w/ revolution

 I'll call him back

but remains to be seen

esp w/ him..

 He has delivered anything yet

exactly

Andreas ever reschedule

Type a message here                    

        

# EXHIBIT H

‹     David Gitman      

09/26, 10:42 AM

K just asked me for a raise for him and Aleksey.. he wants to go up to 25 an hr and Alexey to 20 an hr

 There deserve it.

cool. i agree

 What are all the 5k transaction in BOA?

What's the ndaponline password? dashgit1 isn't working anymore.

which ones?

c4MFEp^C!X

 I see some checks made out to you.

those are to me

Type a message here    

        

# EXHIBIT I

 

David Gitman

those are to me

the others are from PayPal



We never talked about taking distributions.

I guess we need to

yea we did - talked abt it when u took cue job



I wanna look over the books

c4MFEp^C!X isn't working for me

sry Z2Xos3FH3p69bH



K, i"ll look over it later and get back to you

k im literally trying to set up books for CR now

all i have is our CSV acct

Type a message here 

