## __Exhibit 51__

**Bank of America** 🎗 Sign In

## Sign In to Online Banking



⚠️ We don't recognize your Online ID and/or Passcode. Please try again or visit Forgot Online ID & Passcode?

### Online ID

ndapamexonline|

☐ Save this Online ID ❓

### Passcode

Forgot your Passcode?

🔒 **Sign In**

### Sign-in help

Forgot your Online ID?

Forgot your Passcode?

### Not using Online Banking?

Enroll now

Learn more about Online Banking

Service Agreement

**Exhibit 52**

9:52

Good evening, Mike.

What is your main focus for today?

**1Password Account Suspended**

Your 1Password account ndap has been suspended and can not currently be accessed. Please contact your administrator for more information.

OK

**Exhibit 53** A



Aleksey Glukharev
May 30, 2017, 10:42 PM

Aleksey Miscellaneous Work ( JIRA: Information Technology )

Application: Slack - channelreply

Keystrokes / min: 3          Mouse movements / min: 2

# EXHIBIT B



Suspend a user
Restore a suspended user
Delete a user from your organization
**Restore a recently deleted user**
Restore a suspended Gmail account

# Restore a recently deleted user

You can restore a user account up to 5 days after deleting it. After you restore the account, the user gets back all access to their email, calendars, and other G Suite data, and to their Google Cloud Platform permissions.

After 5 days, the data is gone and Google Support can't restore it, either.

*You must be signed in as a super administrator for this task.*

## If the account can be restored

1. Sign in ☑ to your Google Admin console.

   Sign in using an *administrator account*, not your current account AmyLaurenH@gmail.com

2. From the Admin console dashboard, go to Users.

3. Under Filters, click ▾ and choose Recently deleted users. If you don't see Filters, click ☰ in the top toolbar.

4. Check the box next to the user you want to restore. If the user doesn't appear in this list, the account was permanently deleted and can no longer be restored.

5. At the top right, click ↶.

6. Select the organizational unit you want to assign the user to.

7. Click Done.

If the user was previously suspended or had their data transferred, they'll show as a suspended user. To give them access, see Restore a suspended user.

## You can't restore a user if...

• It's been longer than 5 days since you deleted the user account.

• The username has been given to someone else as a primary address or email alias. Or if it's used for a group.

• You don't have an available user license.

# G Suite

Start your free 14-day trial today

Professional email, online storage, shared calendars, video meetings and more. Start your free G Suite trial today.

## Exhibit 54



Konstantin Bagaev
May 30, 2017, 06:56 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack – channelreply

Keystrokes / min: 24          Mouse movements / min: 9

**Exhibit 55** A



Michael Dash

michael@
channelreply.com

support | privacy | my profile          rapportive

More

David Gitman
CTO

Show details

1/25/16

Michael Dash <michael@channelreply.com>

Michael Dash
michael@channelreply.com

Contact info    Emails

Mike

o a PowerPoint?

1/25/16

Michael Dash <mdash@ndap-llc.com>
to David

Boom out of nowhere.

# EXHIBIT B



Contact Info

Michael Dash
michael@channelreply.com

Michael Dash:
Michael Dash Channel Reply Tel: (646) 555-9919 michael@channelreply.com www.k...

Looking up...

Michael Dash
michael@channelrepl...

2 more

Show details

6/18/15

Jon Aniano
Yes! Looking forward to it. Please go to http://www.desk.com/ and setup a free trial...

7/8/15

Michael Dash <michael@channelreply.com>
to David, Jon

Thank you - doing David to correct email!

7/8/15

Michael Dash <michael@channelreply.com>
to Jon, David

I set up an account with name channelreply.

7/8/15

Michael Dash <michael@channelreply.com>
to Jon, David

Sorry portal is https://channelreplydesk.com

**<u>Exhibit 56</u>** A

**M Mixmax**  〈

✏ Compose

⚡ Live Feed

📊 Insights
⊙ Outbox
✉ Sequences
📄 Templates
🖇 Contacts
◎ Branding
📅 Calendar
👥 Team
≡ Account & Billing
⚙ Settings
🔔 What's New
👤 Mike Dash
mdash@ndap-llc.com

---

Live Feed    EVERYONE    MYSELF    MY TEAM

🔍 ▾  Search

⬇ Download CSV

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | |
|---|---|---|---|---|---|---|---|---|
| 📧 Me | | 😊 Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman *Brooklyn, New York, United States* Mar_31_2017_Statement.pdf | Jun 1 ⌂ | |
| 📧 Me | | 😊 Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman *Brooklyn, New York, United States* 2016_Tax_Form_1099-DIV.pdf | Jun 1 ⌂ | |
| 📧 Me | | 😊 David, Jeremy, Jeffrey, +1 | | | Re: CPK | 👁 Opened by David Gitman *Brooklyn, New York, United States* | Jun 1 ⌂ | |
| 📧 Me | | 😊 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | 👁 Opened by David Gitman | Jun 1 · 6:04am ⌂  View in Gmail   Mute | |
| 📧 Me | | 😊 Rajiv, Konstantyn, Virnhya | | | Re: Freshdesk / ChannelReply | 👁 Opened by Rajiv Ramanan | Jun 1 ⌂ | |

# EXHIBIT B

Mixmax

Compose

Live Feed   EVERYONE   MYSELF   MY TEAM

Live Feed
Insights
Outbox
Sequences
Templates
Contacts
Branding
Calendar
Team
Account & Billing
Settings
What's New
Mike Dash
mdash@andap-llc.com

Search

All   Unopened   Opened   Clicked   Downloaded   Replied   Meeting Confirmed

Download CSV

| | | | |
|---|---|---|---|
| Me | Joel, Ronnie | American Century Investment Account | Downloaded by Joel Liebman — Brooklyn, New York, United States — Mar_31_2017_Statement.pdf | Jun 1 |
| Me | Joel, Ronnie | American Century Investment Account | Downloaded by Joel Liebman — Brooklyn, New York, United States — 2016_Tax_Form_1099-DIV.pdf | Jun 1 |
| Me | David, Jeremy, Jeffrey, + 1 | Re: CPK | Opened by David Gitman — Brooklyn, New York, United States | Jun 1 · 6:52am   View in Gmail   Mute |
| Me | Justin, Konstantyn, Aleksey, + 1 | Re: Colton with Google | Opened by David Gitman | Jun 1 |
| Me | Rajiv, Konstantyn, Viminya | Re: Freshdesk / ChannelReply | Opened by Rajiv Ramanan | Jun 1 |

# EXHIBIT C

M Mixmax  ‹

✎ Compose

🗲 Live Feed
Lil Insights
⊘ Outbox
⇉ Sequences
▤ Templates
☷ Contacts
◎ Branding
📅 Calendar
👥 Team
☰ Account & Billing
⚙ Settings
📣 What's New

🙂 Mike Dash
mdash@ondaplic.com

---

Live Feed   EVERYONE   MYSELF   MY TEAM                                          ☁ Download CSV

Q ▾   Search

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | |
|-----|----------|--------|---------|------------|---------|-------------------|---|---|
| 🖂 Me | | 😊 Joel, Ronnie | | | American Century Investment Account | | ☁ Downloaded by Joel Liebman  *Brooklyn, New York, United States*  Mar_31_2017_Statemen t.pdf | Jun 1 ☐ |
| 🖂 Me | | 😊 Joel, Ronnie | | | American Century Investment Account | | ☁ Downloaded by Joel Liebman  *Brooklyn, New York, United States*  2016_Tax_Form_1099-DIV.pdf | Jun 1 · 6:55am ☐  View in Gmail   Mute |
| 🖂 Me | | 👥 David, Jeremy, Jeffrey, +1 | | | Re: CPK | | ⊘ Opened by David Gitman  *Brooklyn, New York, United States* | Jun 1 ☐ |
| 🖂 Me | | 👥 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | | ⊘ Opened by David Gitman | Jun 1 ☐ |
| 🖂 Me | | 😊 Rajiv, Konstantyn, Viminya | | | Re: Freshdesk / ChannelReply | | ⊘ Opened by Rajiv Ramanan | Jun 1 ☐ |

# EXHIBIT D

**M Mixmax**   `<`

Compose

Live Feed   EVERYONE   MYSELF   MY TEAM

Q ▾ Search

⚙ Download CSV

| | All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | |
|---|---|---|---|---|---|---|---|---|---|

**Live Feed**

**Insights**
- Outbox
- Sequences
- Templates
- Contacts
- Branding
- Calendar
- Team
- Account & Billing
- Settings
- What's New

Mike Dash
mdash@ndapllc.com

---

Me   Joel, Ronnie   American Century Investment Account   ⬇ Downloaded by Joel Liebman   Jun 1 · 6:55am   View in Gmail   Mute
Brooklyn, New York, United States
Mar_31_2017_Statement.pdf

Me   Joel, Ronnie   American Century Investment Account   ⬇ Downloaded by Joel Liebman   Jun 1
Brooklyn, New York, United States
2016_Tax_Form_1099-DIV.pdf

Me   David, Jeremy, Jeffrey, +1   Re: CPK   👁 Opened by David Gitman   Jun 1
Brooklyn, New York, United States

Me   Justin, Konstantyn, Aleksey, +1   Re: Colton with Google   👁 Opened by David Gitman   Jun 1

Me   Rajiv, Konstantyn, Viminya   Re: Freshdesk / ChannelReply   👁 Opened by Rajiv Ramanan   Jun 1

**Exhibit 57** A

*Chargebee*

Don't have an account? Sign up →

Invalid email or password

Sign into Chargebee

michael@channelreply.com

········· SHOW

SIGN IN

Forgot password?

or

Sign in with Google

WHAT'S NEW

**Payment Reconciliation**

Reconciling your Stripe transactions in Xero just got easier.

Learn more

stripe
Xero

# EXHIBIT B

# stripe

## Welcome back!

Wrong email or password.

michael@channelreply.com

Password

☑ Remember me

Forgot your password?

**Sign in to your account**

Don't have an account? Sign up

# EXHIBIT C

1Password 6   File   Edit   View   Item   Window   Help

Sun May 28 10:30 PM   Michael Dash   Michael

C   User Login - Chargebee   ×   Stripe: Login   ×

Secure   https://app.chargebee.com/login?forward=https://channelreply.chargebee.com/subscriptions

Bookmark   Yotpo Salesforce   Calendar   yoAdmin   Yotpo Accounts   Reports

Chargebee

All Vaults   ⌘0
ndap
Personal   ⌘1
ChannelReply   ⌘2
Partners   ⌘3
Parts Authority   ⌘4
Plumburs   ⌘5
StrictlyPursonal   ⌘6
Yotpo   ⌘7
Team   ⌘8

Your "ndap" 1Password account has been suspended. Please contact your administrator.

Don't have an account? Sign up →

**Exhibit 58**

I have been removed as an admin on our google domain.  I need to be added back as an admin to the ndap-llc.com level domain which controls all of our subdomains. We were both admins which grants the other the power to remove someone as an admin and disable, suspend or delete accounts.

Email Address':
mdash@ndap-llc.com
mdash@carpartkings.com
mdash@coopersquare.ventures
mdash@coopersquareventures.com
mdash@plumburs.com
michael@channelreply.com
partners@ndap-llc.com
paypal@ndap-llc.com
partners@plumburs.com
paypal@coopersquareventures.com
sales@carpartkings.com
sales@channelreply.com
sales@nextdayautoparts.com
support@channelreply.com

All google drive accounts associated with the email accounts shown above
All google analytics accounts associated with the email accounts shown above

Bank of America Bank Accounts:
Cooper Square Ventures
NDAP, LLC

1Password Account – this is a password and login account management system. It holds all of my personal passwords and the companies shared passwords.  Account was paid for out of company funds.

Chargebee Account – This is our subscription management account that holds the customer information and billing information for all of our ChannelReply customers

Stripe Account – This is our credit card billing service that allows us to receive credit card payments from our customers.

PayPal Account – This is an online payment system which allows us to take online payments from our customers.

Upwork Account – This is a freelancer marketplace that allows us to hire and pay freelancers to run the business.

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services  (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them

**Exhibit 59**



Your "ndap" 1Password account has been suspended. Please contact your administrator.

Personal

**Exhibit 60**

6/4/2017                                    ndap Mail - Confirm your email address



Mike Dash <mdash@ndap-llc.com>

---

## Confirm your email address

---

**service via Partners** <partners@plumburs.com>                    Sat, May 27, 2017 at 4:18 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



I

# Confirm your email address

Hello Cooper Square Ventures, LLC,

Confirm your email address now to let us know it really belongs to you.

Once that's done, you're ready to receive money.

If you are unable to click the button below to confirm your email, please follow this link
https://www.paypal.com/us/signin?expId=confirmEmail&cc=16094865017745295720&em=
FrBKfVd3C2oxXvNngfUVcOSN9j9VEQ_WgUaVrPZ0yyVRzw5E1mXySGFBWZJVT
OvN9vQ_2RjdsiigRw6b.

   Confirm your email

Thanks,

PayPal

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000372:b3fc1edcfee4e

# EXHIBIT B

6/6/2017                                    ndap Mail - You just changed your password

                                    Mike Dash <mdash@ndap-llc.com>

---

## You just changed your password

---

service via Partners <partners@plumburs.com>                    Sat, May 27, 2017 at 4:23 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



Hello Cooper Square Ventures, LLC,

You just changed your password.

If you didn't change your password, give us a call right away at 402-935-7733.

Just a reminder:

- Never share your password with anyone.
- Create passwords that are hard to guess and don't use personal information. Be sure to include uppercase and lowercase letters, numbers, and symbols.
- Use different passwords for each of your online accounts.

Sincerely,
PayPal

Help  | Security Centre

Please do not reply to this email. To get in touch with us, click Help & Contact.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001527:17632bf0a47e5

# EXHIBIT C

**PayPal**

⚠ Some of your info isn't correct. Please try again.

paypal@coopersquareventures.com

Password

Log In

Having trouble logging in?

Sign Up

## __Exhibit 61__

Konstantin Bagaev
May 31, 2017, 09:43 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 58

Mouse movements / min: 16

**<u>Exhibit 62</u>**





(i)  You need to sign in to see this page.

# Sign in to channelreply

channelreply.slack.com

What is your sign-in email address?

you@example.com

Continue →

If you have an @channelreply.com email address, you can create an account.