## **<u>Exhibit 75</u>**

Aleksey Glukharev
Jun 1, 2017, 03:46 AM

There are bugs in Freshdesk app in other browsers. ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 17

Mouse movements / min: 7

**Exhibit 76**

**David Gitman** 12:26 PM
uploaded this image: Screen Shot 2017-06-01 at 6.25.27 AM.png

**Aleksey Glukharev** 12:26 PM
exactly

will you include K's changes in my agreement?

**David Gitman** 12:30 PM
I already have

**Aleksey Glukharev** 12:30 PM
ok

**David Gitman** 12:31 PM

Mike wrote a letter to us. He asks not to be involved in your disputes. I responded him that I don't know any details of the disput and I don't be involve

CHANNELS (10)
# customer-support
# design
# general
# product
# random
# sales
# seo
# technology

DIRECT MESSAGES
⬤ slackbot
⬤ Aleksey Glukharev (you)
○ Artem Lalaiants
⬤ David Gitman
○ Justin Golschneider
○ Konstantyn Bagaiev
⬤ Nikita Epov
+ Invite people

avascript;;

# EXHIBIT B

5. **Employment Relationship.** Employment with the Company is for no specific period of time. Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause. Any contrary representations which may have been made to you are superseded by this offer. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and the Company's Chief Executive Officer.

6. **Outside Activities.** While you render services to the Company, you agree that you will not engage in any other employment, consulting or other business activity without the written consent of the Company.

7. **Withholding Taxes.** All forms of compensation referred to in this letter are subject to applicable withholding and payroll taxes.

8. **Miscellaneous.**

(a) **Governing Law.** The validity, interpretation, construction and performance of this letter, and all acts and transactions pursuant hereto and the

**Aleksey Glukharev**
Jun 1, 2017, 03:15 AM

There are bugs in Freshdesk app in other browsers.  JIRA: ChannelReply

Application: DRAFT - Employee Agreement - Offer Letter (223876v1) [Режим ограниченной функциональности]

Keystrokes / min: 5    Mouse movements / min: 33

Delete this screenshot

# EXHIBIT C

CLERKY

Hi,

[name] would like you to provide signatures for a
Employee Agreement with ChannelReply Inc, using Clerky.

To get started:

Thanks,
Clerky
www.clerky.com

Delete this screenshot

Aleksey Glukharev
Jun 1, 2017, 02:59 AM

There are bugs in Freshdesk app in other browsers. JIRA: ChannelReply

Application: Входящие – aleksey@channelreply.com (Сообщений: 32)

Keystrokes / min: 74        Mouse movements / min: 18

# EXHIBIT D

Konstantin Bagaev
Jun 1, 2017, 03:34 AM

Channel Reply Customer Support : JIRA: ChannelReply

Keystrokes / min: **5**  Mouse movements / min: **11**

DRAFT - Employee Agreement - Confidential Information and Invention Assignment Agreement (0226bOw1)

Company and Information and physical material related to the Company in confidence by third parties. Confidential Information includes, without limitation: (i) Company Invention (as defined below); and (ii) technical data, trade secrets, know-how, research, product or service ideas or plans, software codes and designs, algorithms, developments, inventions, patent applications, laboratory notebooks, processes, formulas, techniques, biological materials, mask works, engineering designs and drawings, hardware configuration information, agreements with third parties, lists of, or information relating to, employees and consultants of the Company (including, but not limited to, the names, contact information, jobs, compensation, and expertise of such employees and consultants), lists of, or information relating to, suppliers and customers (including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the Relationship), price lists, pricing methodologies, cost data, market share data, marketing plans, licenses, contract information, business plans, financial forecasts, historical financial data, budgets or other business information disclosed to me by the Company either directly or indirectly, whether in writing, electronically, orally, or by observation.

(c)    Third Party Information. My agreements in this Section 2 are intended to be for the benefit of the Company and any third party that has entrusted information or physical material to the Company in confidence. I further agree that, during the term of the Relationship and thereafter, I will not improperly use or disclose to the Company any confidential, proprietary or secret information of any former employer(s) or any other person, and I agree not to bring any such information onto the Company's property or place of business.

(d)    Other Rights. This Agreement is intended to supplement, and not to supersede, any rights the Company may have in law or equity with respect to the protection of trade secrets or confidential or proprietary information.

(e)    U.S. Defend Trade Secrets Act. Notwithstanding the foregoing, the U.S. Defend Trade Secrets Act of 2016 ("DTSA") provides that an individual shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (ii) solely for the purpose of reporting or investigating a suspected violation of law; or (iii) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. In

# EXHIBIT E

Konstantin Bagaev
Jun 1, 2017, 03:23 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

⌨ Keystrokes / min: 75    ⊕ Mouse movements / min: 13

# EXHIBIT F



# EXHIBIT G

Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 6315718 | Incorporation Date / Formation Date: | 2/13/2017 (mm/dd/yyyy) |
| Entity Name: | DALVA VENTURES, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. |
| Address: | 16192 COASTAL HWY |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or

## **Exhibit 77**

Konstantin Bagaev
Jun 1, 2017, 05:11 AM

Channel Reply Customer Support ( JIRA: Channel/Reply )

Application: **Skype**

Keystrokes / min: **51**    Mouse movements / min: **14**