**Exhibit 78** A

Aleksey Glukharev
Jun 1, 2017, 03:26 AM

There are bugs in Freshdesk app in other browsers. ( JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 12

Mouse movements / min: 4

# EXHIBIT B



**Aleksey Glukharev**
Jun 1, 2017, 03:08 AM

There are bugs in Freshdesk app in other browsers.    JIRA: ChannelReply

Application: DRAFT - Employee Agreement - Transaction Summary (223877v1) [Режим ограниченной функциональности]

Keystrokes / min: 38    Mouse movements / min: 44

# EXHIBIT C



Konstantin Bagaev
Jun 1, 2017, 03:05 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Skype

Keystrokes / min:  50          Mouse movements / min:  19

# EXHIBIT D



**Konstantin Bagaev**
Jun 1, 2017, 03:42 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: **Skype**

Keystrokes / min: **36**      Mouse movements / min: **24**

## Exhibit 79



Konstantin Bagaev
Jun 2, 2017, 05:07 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 69     Mouse movements / min: 11

**Exhibit 80**

Konstantin Bagaev
Jun 2, 2017, 04:39 AM

Channel Reply Customer Support    JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 107     Mouse movements / min: 12

**Exhibit 81** A



Konstantin Bagaev
Jun 2, 2017, 06:09 AM

Channel Reply Customer Support   JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  98          Mouse movements / min:  17

# EXHIBIT B



# EXHIBIT C



Konstantin Bagaev
Jun 2, 2017, 05:35 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack – channelreply

Keystrokes / min: 14          Mouse movements / min: 51

# EXHIBIT D



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support :  JIRA: ChannelReply

⬜ Application: Slack - channelreply

⌨ Keystrokes / min:  81          🖱 Mouse movements / min:  18

# EXHIBIT E



Konstantin Bagaev
Jun 2, 2017, 04:48 AM

Channel Reply Customer Support    JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:   90          Mouse movements / min:   22

# EXHIBIT F



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support ( JIRA: ChannelReply)

Application: Slack - channelreply

Keystrokes / min: 81     Mouse movements / min: 18

**Exhibit 82**



**<u>Exhibit 83</u>**



Konstantin Bagaev
Jun 2, 2017, 10:13 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min: 48          Mouse movements / min: 27