**<u>Exhibit 84</u>** 

Michae...

David's Company – Company $ ×

Secure https://login.timedoctor.com/v2/index.php?page=company_settings

Bookmark · Yotpo Salesforce · Calendar · yoAdmin · Yotpo Accounts · Reports

Dashboard   Edit Time   Screenshots   Reports ▾   Payments ▾

? ▾    ⚙ ▾    David Gitman

✦ Company Integration Settings          Save Settings

## Company Settings

### 🏛 Company Details ⊘

Upload Photo. JPG & PNG only. Up to 2mb, square size, 60x60px minimum.

**Choose file**    Change

**Company Name**        David's Company

**Company Owner**       David Gitman   Change Owner

**Company Subdomain**   no subdomain selected   .timedoctor.com

**Company Time Zone**   (GMT-07:00) Tijuana

Invoice Information (Optional)

---

### 🖥 Account Settings
Enable or disable features in your account.

Screenshots ⊘

Allow deletion of screenshots ⊘

"Yes" is recommended.

Screenshots Interval ⊘

Can managers view screenshots? ⊘

Work Schedules ⊘

$ Payroll ⊘

Websites & Applications Tracking ⊘

Projects & Permanent Tasks ⊘          Liam from TimeDoctor.com

Here's a quick video showing you how the
The default project for all new us|        Manage Users page works, hope it helps!

Require users to select a project for every task ⊘

# EXHIBIT B

Dashboard    Edit Time    Screenshots    Reports ▾    Payments ▾

⑦ ▾    ⚙ ▾    ⬚ |   David Gitman

**David's Company**

+ Invite new user

⊙ Current time: 7:31 PM, Jun 02, 2017

(GMT-05:00) Eastern Time - In... ▶

⚙

**SET UP YOUR ACCOUNT**    ≫

83% complete

☑ Add Your First Employee

☑ Track Some Time

☑ Add a Project

🔍 Add a Permanent Task

☑ Review the Manage Users Page

☑ Add an Integration

Latest Screenshots

Konstantin Bagaev
Jun 02, 2017, 02:59 PM

Konstantin Bagaev
Jun 02, 2017, 02:46 PM

Konstantin Bagaev
Jun 02, 2017, 02:38 PM

Konstantin Bagaev
Jun 02, 2017, 02:30 PM

Low Activity Screenshots in the Last 7 Days ⑦

Aleksey Glukharev      14%

All 2 Users Selected      ▾

Mon, May 29, 2017 - Sun, Jun 04, 2017    ◀    ▶

Day    Week

https://ilocin.timedoctor.com/#!

# EXHIBIT C

Dashboard   Edit Time   Screenshots   Reports ▾   Payments ▾

⊙ ▾   ⚙ ▾   ⃝ David Gitman

# Monthly Billing Details

## ① Plan Details

$9.99 per user (plus 1 free user)

You have | 3 user | Change

Total charge   $19.98

## ② Billing Information



Add Card

Add PayPal Account

🔒 This information is secure

Your next charge will be on June 20, 2017:

Ⓥ VISA ¦ Ending in 7134          Edit Card

📄 View Past Invoices

To cancel your subscription, contact support.

Norton
SECURED
powered by Symantec

Liam from TimeDoctor.com

Here's a quick video showing you how the
Manage Users page works, hope it helps!



**Exhibit 85** A

# Transaction Details

**MICHAEL DARDASHTIAN | ███-91006**

Information Is as of : 06/04/2017

Time Period [ Recent Activity May 30, 2017 - Present ▾ ]   [ Filter ]

| NAME | ACCOUNT NUMBER | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|
| ▶ MICHAEL DARDASHTIAN | ███-91006 | $0.00 | $0.00 |
| ▼ DAVID GITMAN | ███-95015 | $3,585.88 | $0.00 |

1 - 3

| DATE | DESCRIPTION | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|
| 06/02/2017 | GOOGLE *SVCSAPPS_COO CC@GOOGLE.COM CA REF# A052665G ADVERTISING 06/02/17 | $35.00 | |
| 06/02/2017 | AMAZON WEB SERVICES AWS.AMAZON.CO WA REF# BWYQ4OQANJU WEB SERVICES 06/02/17 | $3,499.68 | |
| 05/29/2017 | UPWORKESCROW*BAL-28M MOUNTAIN VIEW CA T13186T97 T13186T970 94043 05/29/17 | $51.20 | |

Card Accounts Hierarchy

| FILTER BY | CARD ACCOUNT NAME | ACCOUNT NUMBER | Payment Type | Sub-Payment type | AGING STATUS | STATEMENT BALANCE | PLEASE PAY BY DATE | PAYMENT | STATEMENT DOWNLOAD |
|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT B

Session Timeout: 29:52

WELCOME TO @ WORK
# MICHAEL DARDASHTIAN

For users of GL/GM Data Files delivered in @ Work: Due to a process redesign the Data File format has changed. Data Files will now be posted as ASCII = .txt and CSV = CSV extensions. No compression type .exe will be delivered for GL/GM Data Files being posted to @ Work.

You have no unread program alerts at this time. If you wish to enroll for program alerts or modify your current options, please click here.

see all notifications

Search @ Work                                               ❯

TRY OUR UPDATED BETA SEARCH

◌ Please choose an option.                                   ⌕

advanced search  |  status tracking

FILTERS   MCA | NDAP, LLC | 3█████91007 | CC

## Spend Analysis

Recent
Payments &
Credits:
**$0**

Current Statement Balance:
**$3.69K**

Recent
Charges:
**$3.90K**

EXPOSURE BALANCE
$7,671.49

OUTSTANDING BALANCE
$7,596.49

Make a Payment

## Payment Status

Balances may be inaccurate during the cycle out process.

**<u>Exhibit 86</u>**



Konstantin Bagaev
Jun 4, 2017, 12:16 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack – channelreply

Keystrokes / min: 7          Mouse movements / min: 9

# **Exhibit 87**

6/5/2017                                     ndap Mail - ChannelReply

 Mike Dash <mdash@ndap-llc.com>

---

## ChannelReply

**David Gitman** <dgitman@ndap-llc.com>                    Mon, Jun 5, 2017 at 12:46 PM
To: Michael Dardashtian <mdash@ndap-llc.com>
Cc: Konstantyn Bagaiev <Konstantyn@channelreply.com>, Aleksey Glukharev <aleksey@channelreply.com>, Umar Farooq <umar@farooqco.com>

We're happy to discuss ChannelReply with you after you agree to the following. There is no "deal" to be made here.

1. You will issue Alice 15% of CPK today.
2. You will produce an executed Settlement, Release and Escrow Agreement from Parts Authority today.
3. You will execute the ▓▓▓▓▓▓▓▓▓▓▓▓ Asset Purchase Agreement today.
4. Proceeds from the sale to ▓▓▓ will be placed into escrow.
5. PA (Parts Authority) will be paid 100k out of escrow.
6. Summit Rock Holdings (SRH) will be paid 80K out of escrow.
7. My past CPK ▓▓▓ work will be paid.
8. My future work for CPK ▓▓▓ will be paid.
9. If Alice leaves ▓▓▓ we will split the cost of my work.
10. A full accounting (A partial accounting is not acceptable)
11. Federal, State, local and personal tax filings are correctly restated.
12. Tax withholding on payments to foreign persons are satisfied
13. Distributions can then be taken.

[Quoted text hidden]

---

## **Exhibit 88**

Konstantin Bagaev
Jun 05, 2017, 11:20 AM

Channel Reply Customer Support ( JIRA: ChannelReply )



⌨ Application: **Skype**

⌨ Keystrokes / min: **131**    🖱 Mouse movements / min: **30**

**Exhibit 89** A

**Aleksey Glukharev**
Jun 02, 2017, 01:44 PM
Aleksey Miscellaneous Work ( JIRA: Information Technology )

Keystrokes / min:  3

Mouse movements / min:  64

# EXHIBIT B



Konstantin Bagaev
Jun 06, 2017, 12:35 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

⌨ Keystrokes / min: 0          ⊕ Mouse movements / min: 90

**<u>Exhibit 90</u>**



Konstantin Bagaev
Jun 07, 2017, 03:26 PM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min: 24          Mouse movements / min: 50

CHANNELREPLY INC.

## COMMON STOCK PURCHASE AGREEMENT

This Common Stock Purchase Agreement (this "Agreement") is made as of _____ by and between ChannelReply Inc., a Delaware corporation (the "Company"), and Konstantyn Bagaiev ("Purchaser").

1.　**Sale of Stock.** Subject to the terms and conditions of this Agreement, simultaneously with the execution and delivery of this Agreement by the parties or on such other date as the Company and Purchaser shall agree (the "Purchase Date"), the Company will issue and sell to Purchaser, and Purchaser agrees to purchase from the Company, one million (1,000,000) shares of the Company's Common Stock (the "Shares") at a purchase price of $0.00001 per share for a total purchase price of US Dollars Ten ($10) (the "Aggregate Purchase Price"). On the Purchase Date, Purchaser will deliver the Aggregate Purchase Price to the Company and the Company will enter the Shares in Purchaser's name as of such date in the books and records of the Company or, if applicable, a duly authorized transfer agent of the Company. The Company will deliver to Purchaser, upon request, a notice of issuance with respect to the Shares as soon as practicable following such date. As used elsewhere herein, the term "Shares" refers to all of the Shares purchased hereunder and all securities received in connection with the Shares pursuant to stock dividends or splits, all securities received in replacement of the Shares in a recapitalization, merger, reorganization, exchange or the like, and all new, substituted or additional securities or other property to which Purchaser is entitled by reason of Purchaser's ownership of the Shares.

2.　**Consideration.** As consideration for the mutual promises and covenants set forth in this Agreement, Purchaser will deliver the Aggregate Purchase Price by an assignment of certain assets as set forth in the Assignment of IP and Other Assets and check mark out to the Company.

3.　**Limitations on Transfer.** Purchaser acknowledges and agrees that the Shares purchased under this Agreement are subject to (i) the terms and conditions that apply to the Company's Common Stock, as set forth in the Company's Bylaws, including (without limitation) certain transfer restrictions set forth in Section 5.02 of the Company's Bylaws, as may be in effect at the time of any proposed transfer (the "Bylaw Provisions"), and (ii) any other limitation or restriction on transfer created by applicable laws. In addition to the foregoing limitations on transfer, Purchaser shall not assign, encumber or dispose of any interest in the Shares while the Shares are subject to the Company's Repurchase Option (as defined below). After any Shares have been released from such Repurchase Option, Purchaser shall not assign, encumber or dispose of any interest in the Shares except to the extent permitted by, and in compliance with the Bylaw Provisions, applicable laws, and the provisions below.

(a)　**Repurchase Option; Vesting.**

This Common Stock Purchase Agreement (this "Agreement") is made as of _____ by and between ChannelReply Inc., a Delaware corporation (the "Company"), and Konstantyn Bagaiev ("Purchaser").

1.    **Sale of Stock.**  Subject to the terms and conditions of this Agreement, simultaneously with the execution and delivery of this Agreement by the parties or on such other date as the Company and Purchaser shall agree (the "Purchase Date"), the Company will issue and sell to Purchaser, and Purchaser agrees to purchase from the Company, one million (1,000,000) shares of the Company's Common Stock (the "Shares") at a purchase price of $0.00001 per share for a total purchase price of US Dollars Ten ($10) (the "Aggregate Purchase Price"). On the Purchase Date, Purchaser will deliver the Aggregate Purchase Price to the Company and the Company will enter the Shares in Purchaser's name as of such date in the books and records of the Company or, if applicable, a duly authorized transfer agent of the Company. The Company will deliver to Purchaser, upon request, a notice of issuance with respect to the Shares as soon as practicable following such date.  As used elsewhere herein, the term "Shares" refers to all of the Shares purchased hereunder and all securities received in connection with the Shares pursuant to stock dividends or splits, all securities received in replacement of the Shares in reorganization, merger, reorganization, exchange or the like, and all new, substituted or additional securities or other property to which Purchaser is entitled by reason of Purchaser's ownership of the Shares.

2.    **Consideration.**  As consideration for the mutual promises and covenants set forth in this Agreement, Purchaser will deliver the Aggregate Purchase Price by an assignment of certain assets as set forth in the Assignment of IP and Other Assets and check made out to the Company.

3.    **Limitations on Transfer.**  Purchaser acknowledges and agrees that the Shares purchased under this Agreement are subject to (i) the terms and conditions that apply to the Company's Common Stock, as set forth in the Company's Bylaws, including (without limitation) certain transfer restrictions set forth in Section 5.02 of the Company's Bylaws, as may be in effect at the time of any proposed transfer (the "Bylaw Provisions"), and (ii) any other limitation or restriction on transfer created by applicable laws.  In addition to the foregoing limitations on transfer, Purchaser shall not assign, encumber or dispose of any interest in the Shares while the Shares are subject to the Company's Repurchase Option (as defined below). After any Shares have been released from such Repurchase Option, Purchaser shall not assign, encumber or dispose of any interest in the Shares except to the extent permitted by, and in compliance with the Bylaw Provisions, applicable laws, and the provisions below.

(a)    **Repurchase Option; Vesting.**

(i)    In the event of the voluntary or involuntary termination of Purchaser's Continuous Service Status (as defined below) for any reason (including, without limitation, resignation, death or Disability (as defined below), with or without cause, the