UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>    Plaintiffs, | Case No. 17 CV 4327 (LLS) |
| -against- | **NOTICE OF APPEARANCE** |
| DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>    Defendants. | |

PLEASE TAKE NOTICE that Brian S. Cousin of the law firm Dentons US LLP hereby enters his appearance as counsel for Defendants David Gitman, Dalva Ventures, LLC and Channel Reply, Inc. in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:  June 13, 2017

                                                    Respectfully submitted,

                                                      /s/Brian S. Cousin
                                                    Brian S. Cousin
                                                    Dentons US LLP
                                                    1221 Avenue of the Americas, Suite 2500
                                                    New York, New York 10020
                                                    Telephone: (212) 768-6700
                                                    Fax:  (212) 768-6800
                                                    brian.cousin@dentons.com
                                                    *Attorneys for Defendants David Gitman,*
                                                    *Dalva Ventures, LLC and Channel Reply, Inc.*