UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>　　　　Plaintiffs,<br><br>　-against-<br><br>DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>　　　　Defendants. | Case No. 17 CV 4327 (LLS)<br><br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Lindsay F. Ditlow of the law firm Dentons US LLP hereby enters her appearance as counsel for Defendants David Gitman, Dalva Ventures, LLC and Channel Reply, Inc. in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:  June 13, 2017

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Lindsay F. Ditlow
　　　　　　　　　　　　　　　　　　　　　Lindsay F. Ditlow
　　　　　　　　　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas, Suite 2500
　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 768-6800
　　　　　　　　　　　　　　　　　　　　　lindsay.ditlow@dentons.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants David Gitman,*
　　　　　　　　　　　　　　　　　　　　　*Dalva Ventures, LLC and Channel Reply, Inc.*