UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and on
behalf of COOPER SQUARE VENTURES, LLC
NDAP, LLC AND CHANNELREPLY, LLC

         Plaintiff,

  v.

DAVID GITMAN, JEREMY FALK, SUMMIT
ROCK HOLDINGS, LLC, ACCEL COMMERCE,
LLC, DALVA VENTURES, LLC, KONSTANTYN
BAGAEV, OLESKSII GLUKHAREV AND
CHANNEL REPLY, INC.,
         Defendants.
-----------------------------------------------------------------X

Case No. 1:17-cv-4327

   Please take notice that the undersigned hereby appears as counsel for Defendants Jeremy Falk and Summit Rock Holdings, LLC in the above-captioned action, and demands that all Electronically Filed Documents be transmitted by e-mail to the address below.

Dated: New York, New York
    June 13, 2017

              MORRISON COHEN LLP

              By: /s/ Edward P. Gilbert
                Edward P. Gilbert
                egilbert@morrisoncohen.com
                909 Third Avenue
                New York, New York  10022
                (212) 735-8600