UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and on :
behalf of COOPER SQUARE VENTURES, LLC :  Case No. 1:17-cv-4327
NDAP, LLC AND CHANNELREPLY, LLC :
:
                        Plaintiff,  :
:
        v.  :
:
DAVID GITMAN, JEREMY FALK, SUMMIT :
ROCK HOLDINGS, LLC, ACCEL COMMERCE, :
LLC, DALVA VENTURES, LLC, KONSTANTYN :
BAGAEV, OLESKSII GLUKHAREV AND :
CHANNEL REPLY, INC., :
                        Defendants.  :
-----------------------------------------------------------------X

Please take notice that the undersigned hereby appears as counsel for Defendants Jeremy Falk and Summit Rock Holdings, LLC in the above-captioned action, and demands that all Electronically Filed Documents be transmitted by e-mail to the address below.

Dated: New York, New York
       June 14, 2017

                                        MORRISON COHEN LLP

                                        By: /s/ Joaquin Ezcurra
                                            Joaquin Ezcurra
                                            jezcurra@morrisoncohen.com
                                            909 Third Avenue
                                            New York, New York  10022
                                            (212) 735-8600