# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/9/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,

        17 CV 4327 (ER)

        Plaintiffs,

-against-

DAVID GITMAN, JEREMY FALK, SUMMIT
ROCK HOLDINGS, LLC, ACCEL COMMERCE,
LLC, DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

        ORDER AMENDING 6/8/17
        ORDER TO SHOW CAUSE
        FOR PRELIMINARY
        INJUNCTION AND
        TEMPORARY RESTRAINTS

        Defendants.
------------------------------------------------------------X

Upon the conference call held on June 9, 2017, with all parties appearing by telephone before the Honorable Edgardo Ramos, U.S.D.J., to amend only paragraphs "b" "g" and "s", on pages 5, 6 and 8, respectively, of Plaintiffs' ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINTS entered by the Court on June 8, 2017 ("OSC"), and the remainder of the Court's OSC to remain in full force and effect except as expressly modified herein, it is hereby

ORDERED, that paragraph "b" on page 5 of the OSC, shall hereby be amended as follows:

"b.    Directing Defendant Gitman to redeposit into the CSV Bank of America banking account all monies withdrawn by him and pay any overdraft fees incurred since May 27th, 2017, the date on which he withdrew the company's funds, <u>no later than 5:00 p.m. on Tuesday, June 13, 2017</u>";

1

ORDERED, that paragraph "g" on page 6 of the OSC shall hereby be amended as follows:

"g. Directing Defendant Gitman to immediately provide and restore Plaintiff Michael Dardashtian with full and complete access to all NDAP, CSV and ChannelReply electronic accounts, including but not limited to, all password access to all codes, accounts on Google Domain, bank accounts, email accounts, payment portal accounts, and/or any other password-protected account and information relating to NDAP, CSV and ChannelReply, including all twenty-two (22) accounts listed in **Exhibit 58** to the Affidavit of Michael Dardashtian in support of the OSC, by no later than 5:00 p.m. on June 9, 2017";

ORDERED, that paragraph "s" on page 8 of the OSC shall hereby be amended as follows:

"s. Directing Defendant Gitman, Dalva Ventures, Channel Reply, Inc., Accel Commerce and any of their owners, members, officers, directors, mangers, employees, subcontractors, agents, transferees and representatives to return to Plaintiffs all physical and/or electronic copies, backups, discs, drives, including but not limited to USB drives, or other storage devices containing copies or originals of any of NDAP, CSV or ChannelReply's Company Confidential Information as defined in the CSV Operating agreement, trade secrets, company data or other property now in Defendant Gitman, Dalva Ventures, Channel Reply, Inc. and Accel Commerce's possession, custody or control, by no later than 5:00 p.m. on Tuesday, June 13, 2017";

ORDERED, that personal service of a copy of this order be served upon all counsel via electronic mail and shall be deemed good and sufficient service thereof.

Dated: New York, New York

Issued: June 9, 2017

Hon. Edgardo Ramos, U.S.D.J.