# EXHIBIT C

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Transaction History**

COOPER SQUARE VENTURES, LLC

BUSINESS ADVANTAGE CHK

**** **** 7345

Last Posting Date 05/26/2017  Date/Time Printed 5/30/2017 at a:a03

### Since Last Statement Summary

| | |
|---|---|
| Last Statement Date 04/30/2017 | |
| Balance Last Statement ($) | $73,436.86 |
| Deposits/Credits (+) | # 30   $28,883.44 |
| Withdrawals/Debits (-) | # 18   $94,853.90 |
| Available Balance ($) | $425.78 |
| Holds (-) | |
| Pending Credits (+) | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| Processing | ACH HOLD PAYPAL ECHECK ON 05/30 | Debit | -$77.50 | $425.78 |
| Processing | CHECKCARD 05/29 UPWORKESCROW*BAL-28MAY 0018888503375 CA | Debit | -$218.51 | $503.28 |
| Processing | CHECKCARD 05/28 ATLASSIAN ATLASSIAN B.V | Debit | -$10.89 | $721.79 |
| Processing | CASHED CHECK HOLD ON 05/27 | Debit | -$23,982.53 | $732.68 |
| Processing | CASHED CHECK HOLD ON 05/27 | Debit | -$50,000.00 | $24,715.21 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 05/30 | Credit | $82.39 | $74,715.21 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000
* = Item(s) included in Previous Statement(s)

**** **** 7345    Page 1

00-14-9036M 11-2010
NNY

**Bank of America**

06/05/17

RE: Requested Information
Name: Michael Dardashitian
RE: Cooper Square Ventures, LLC


To Whom it May Concern

This letter is confirm that for business account xxxxxxxx7345 at Bank of America for Cooper Square Ventures, LLC there were two Teller Tranfers completed at the Financial Center in Easton, PA. The first one was for 50,000.00 and the second one for 23982.53. Both of these transfers were sent to account xxxxxxxx5141 and both posted on 05/30/2017.

Best Regards,

Small Business
Customer Service

**Bank of America**



**Bank of America**
PO BOX 25118
TAMPA, FL 33622-5118

C3_15496_021916

Case Number 1281-1385078169
Account(s) ending in 7345
Date
June 7, 2017
Customer service
800.432.1000
Account information
bankofamerica.com

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK NY 11021-5320

## We received your request for information on account transactions.

Our records indicate that the following electronic transaction(s) posted to your account:

| Date | Amount | Transaction Description |
|---|---|---|
| May 30, 2017 | $23,982.53 | PA TLR transfer to CHK 5141-David M. Gitman<br>Banking Ctr NORTHWOOD #0094043 PA<br>Confirmation# 0189542525<br>Authorized by David M. Gitman |
| May 30, 2017 | $50,000.00 | PA TLR transfer to CHK 5141- David M. Gitman<br>Banking Ctr NORTHWOOD #0094043 PA<br>Confirmation# 2589533902<br>Authorized by David M. Gitman |

## What you need to know

If you're interested in obtaining copies:
- We're unable to provide copies for phone, ACH, debit card or Internet transactions.
- Statements for the past seven years on open and active accounts are available at no charge at bankofamerica.com.
- Copies of statements from the past seven years can be ordered by mail from the return address above, in person at one of our financial centers, or by calling the phone number below.

To locate a financial center in your area, please visit bankofamerica.com/locator.

## We're here to help

We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.432.1000, Monday through Friday, 8 a.m. to 11 p.m. and Saturday through Sunday, 8 a.m. to 8 p.m. Eastern.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2016 Bank of America Corporation



CNFET