# EXHIBIT D

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

BUSINESS ADVANTAGE CHK

COOPER SQUARE VENTURES, LLC

\*\*\*\* \*\*\*\* 7345

Transaction History

Last Posting Date 06/12/2017                                   Date/Time Printed 6/13/2017 â5â:â07

**Since Last Statement Summary**

Last Statement Date 05/31/2017

Balance Last Statement ($)                           -$62.11

Deposits/Credits (+)        #    35        $99,109.43   Holds (-)

Withdrawals/Debits (-)      #    31        $103,586.20  Pending Credits (+)

Available Balance ($)                                  $71,073.30

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description<br>Amount included in Available Balance | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | ACH HOLD JPMorgan Chase Auth Debit ON 06/13 | Debit | -$0.57 | $71,073.30 |
| Processing | WIRE TRANSFER HOLD ON 06/13 FOR WIRE #00613317654 | Debit | -$5,060.00 | $71,073.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$310.98 | $76,133.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$13.36 | $76,444.85 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.28 | $76,458.21 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.29 | $76,457.93 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) included in Previous Statement(s).

\*\*\*\* \*\*\*\* 7345

Page 1

00-14-9036M 11-2010
NNY

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $143.63 | $76,457.64 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $220.38 | $76,314.01 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $5,373.00 | $76,093.63 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $68,669.53 | $70,720.63 |
| 06/12/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A6B6EGPW  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $520.65 | $2,051.10 |
| 06/12/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A6A2VMAC  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $710.12 | $1,530.45 |
| 06/09/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A6939SF2  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $270.84 | $820.33 |
| 06/08/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A67XCRFJ  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $199.79 | $549.49 |
| 06/07/2017 | CHECKCARD 0605 UPWORKESCROW*BAL-04JUN         888-8503375  CA 24436547158008905752033 CKCD 5968 413574450747134 | Debit | -$148.47 | $349.70 |
| 06/07/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A66QM7SG  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $229.22 | $498.17 |
| 06/06/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A65JRHQE  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $346.11 | $268.95 |
| 06/05/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A62VCRGU  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $124.23 | -$77.16 |
| 06/05/2017 | PAYPAL          DES:TRANSFER    ID:56YJ2A64NEXPC  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $296.84 | -$201.39 |
| 06/01/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01      ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POST... | Fee | -$35.00 | -$498.23 |
| 06/01/2017 | VCFS            DES:LEASE PMT   ID:33030003875   INDN:DARDASHTIAN, MICHAEL    CO ID:2650088516 PPD | Other Payment | -$448.89 | -$463.23 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

NNY

**** **** 7345

Page 2

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 06/01/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5YJ4SK4 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $47.77 | -$14.34 |
| 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31    ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POST... | Fee | -$35.00 | -$62.11 |
| 05/31/2017 | BMWFINANCIAL SVS DES:BMWFS PYMT ID:214157981    INDN:David Gitman4001858507 CO ID:1222568977 PPD | Other Payment | -$528.57 | -$27.11 |
| 05/31/2017 | CHECKCARD 0529 UPWORKESCROW*BAL-28MAY    888-8503375  CA 24436547151008890782125 CKCD 5968 4135744507477134 | Debit | -$218.51 | $501.46 |
| 05/31/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5XEH68E INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $76.01 | $719.97 |
| 05/30/2017 | CHECKCARD 0528 ATLASSIAN    ATLASSIAN B.V  7454706714906114612750 CKCD 5734 4135744507477134 ... | Fee | -$0.33 | $643.96 |
| 05/30/2017 | PAYPAL    DES:ECHECK    ID:J22222ARBWBSC INDN:COOPER SQUARE VENTURES CO ID:PAYPALEC88 WEB | Other Payment | -$77.50 | $644.29 |
| 05/30/2017 | CHECKCARD 0528 ATLASSIAN 4135744507477134    ATLASSIAN B.V  74547067149061146127509 CKCD 5734 | Debit | -$10.89 | $721.79 |
| 05/30/2017 | PA TLR transfer to CHK 5141    Banking Ctr NORTHWOOD    #0094043 PA Confirmation# 0189542525 | Transfer | -$23,982.53 | $732.68 |
| 05/30/2017 | PA TLR transfer to CHK 5141    Banking Ctr NORTHWOOD    #0094043 PA Confirmation# 2589533902 | Transfer | -$50,000.00 | $24,715.21 |
| 05/30/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5UY7J66 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $82.39 | $74,715.21 |
| 05/30/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5VNPYCC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,632.82 |
| 05/30/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5TWZHHQ INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,508.59 |
| 05/30/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5WFM786 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $526.06 | $74,384.36 |
| 05/26/2017 | PAYPAL    DES:TRANSFER  ID:56YJ2A5SSSZKC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $220.38 | $73,858.30 |

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

* = Item(s) included in Previous Statement(s).

NNY

**** **** 7345

Page 3



Mike Dash <mdash@ndap-llc.com>

## Your Same Day wire transfer was successfully sent

**'Online Transfers from Bank of America' via Partners** <partners@ndap-llc.com>　　　Tue, Jun 13, 2017 at 2:41 PM
Reply-To: Online Transfers from Bank of America <bankofamericatransfers@mail.transfers.bankofamerica.com>
To: partners@ndap-llc.com

We have successfully sent the following transfer:

```
************************************************
Item #:        203612044
Amount:        $5,060.00
To:            Dalva Ventures
Fee:           30.00
Send on Date:  06/13/2017
Service:       Same Day
************************************************
```

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

------------------------------------------------------------------------
------------------------------------------------------------------------

This is a service email from Bank of America. Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

Read our privacy policy: http://www.bankofamerica.com/privacy

Please don't reply directly to this automatically-generated email message.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:

http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2017 Bank of America Corporation. All rights reserved.

This email was sent to: partners@ndap-llc.com