# EXHIBIT E

I have been removed as an admin on our google domain. I need to be added back as an admin to the ndap-llc.com level domain which controls all of our subdomains. We were both admins which grants the other the power to remove someone as an admin and disable, suspend or delete accounts.

Email Address':
mdash@ndap-llc.com
mdash@carpartkings.com
mdash@coopersquare.ventures
mdash@coopersquareventures.com
mdash@plumburs.com
michael@channelreply.com
partners@ndap-llc.com
paypal@ndap-llc.com
partners@plumburs.com
paypal@coopersquareventures.com
sales@carpartkings.com
sales@channelreply.com
sales@nextdayautoparts.com
support@channelreply.com

All google drive accounts associated with the email accounts shown above
All google analytics accounts associated with the email accounts shown above

Bank of America Bank Accounts:
Cooper Square Ventures
NDAP, LLC

1Password Account – this is a password and login account management system. It holds all of my personal passwords and the companies shared passwords. Account was paid for out of company funds.

Chargebee Account – This is our subscription management account that holds the customer information and billing information for all of our ChannelReply customers

Stripe Account – This is our credit card billing service that allows us to receive credit card payments from our customers.

PayPal Account – This is an online payment system which allows us to take online payments from our customers.

Upwork Account – This is a freelancer marketplace that allows us to hire and pay freelancers to run the business.

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them