# EXHIBIT F

Edit View History Bookmarks People Window Help
54%
Mon Jun 12 10:10 AM
Google Accounts
https://accounts.google.com/signin/v2/identifier?service=CPanel&passive=1209600&cpbps=1&continue=https%3A%2F%2Fadmin.google.com
Google
Sign in
to continue to Admin console
Email or phone
michael@channelreply.com
Couldn't find your Google Account
If you've signed in to Google products like YouTube, try again with that email
Forgot email?
More options
NEXT
English (United States)
Help
Privacy
Terms

Edit View History Bookmarks People Window Help
53% Mon Jun 12 10:11 AM Mi
- Upwork
ork Global Inc. [US] https://www.upwork.com/ab/account-security/login
upwork
Log in and get to work
ndap
Remember me
Forgot password?
Enter the Code Shown
This field is required.

File Edit View History Bookmarks People Window Help
53% Mon Jun 12 10:12 AM Michael
Log in to your PayPal account
PayPal, Inc. [US] https://www.paypal.com/signin?country.x=US&locale.x=en_US
PayPal
Some of your info isn't correct. Please try again.
paypal@coopersquareventures.com
Password
Log In
Having trouble logging in?
Sign Up
Contact Us Privacy Legal Worldwide
JUN
12

Edit View History Bookmarks People Window Help
52%
Mon Jun 12 10:15 AM
Login
, Inc [US] https://dashboard.stripe.com/login
stripe
Welcome back!
Wrong email or password.
michael@channelreply.com
••••••••••••
Remember me
Forgot your password?
Sign in to your account
Don't have an account? Sign up

Edit View History Bookmarks People Window Help
89%
Mon Jun 12 12:19 PM
n - Chargebee
https://app.chargebee.com/login
Invalid email or password
Don't have an
WHAT'S NEW
Payment Reconciliation
stripe
xero
Reconciling your Stripe transactions in Xero just got easier.
Learn more
Sign into Chargebee
michael@channelreply.com
SHOW
SIGN IN
Forgot password?
or
Sign in with Google

Edit View History Bookmarks People Window Help
52%
Mon Jun 12 10:16 AM
//www.carpartkings.com/index.php/RoundTable/
Authentication Required
https://www.carpartkings.com requires a username and password.
User Name:
Password:
Cancel
Log In

Edit View History Bookmarks People Window Help 52% Mon Jun 12 10:15 AM Mi

gin - Chargebee ×

e https://app.chargebee.com/login?forward=https://channelreply.chargebee.com/subscriptions

*Don't have an acc*

WHAT'S NEW

**Payment Reconciliation**

stripe xero

Reconciling your Stripe transactions in Xero just got easier.

Learn more

**Sign into Chargebee**

michael@channelreply.com

•••••••••••••• SHOW

SIGN IN

Forgot password?

or

Sign in with Google

Edit View History Bookmarks People Window Help 51% Mon Jun 12 10:18 AM Mic

n Seller Central ×

re https://sellercentral.amazon.com/ap/signin?ie=UTF8&pf_rd_r=QWYXX520MEZNRSP9TENE&pf_rd_m=ATVPDKI...

entral

**; a problem**
ord is incorrect

**count**

**mail (phone for mobile accounts)?**

**ile number:** mdash@ndap-llc.com

**Password:** |

Sign In

Forgot your password? | Help

**ing on Amazon?**
sell your products to millions of Amazon.com

AbeBooks.com® Passion for books.®

**Are you selling books and collectible**

Add a new sales channel with a free trial on AbeBooks

Learn more

* terms & conditions a

**out our products**

**zon**
s in front of tens
azon shoppers.
listing fees
you grow your

**Fulfillment by Amazon**
Enable your listings on Amazon to qualify for Amazon Prime and Free Shipping on eligible orders with world-class fulfillment.
**Learn More**

**Amazon Pay**
With Amazon Pay, millions of Amazon customers can pay on your site with the information already stored in their Amazon accounts.
**Learn More**

**Amazon Sponsored Products**
Boost your product visibility and sales with targeted, pay-per-click advertising. Get started now with $50 in free clicks. Terms and conditions apply.
**Learn More**

**Sell in Europe**
Reach millions of new
through one Amazon
account and bring yo
to the next level.
**Learn More**

1.com/gp/homepage.html/ref=xx_home_logo_xx/136-0850412-7926944