# EXHIBIT G

# Celine O'Shea

| | |
|---|---|
| **From:** | Evan Ostrer |
| **Sent:** | Monday, June 12, 2017 11:00 AM |
| **To:** | Celine O'Shea |
| **Subject:** | FW: Defendant Gitman violation of OSC |
| **Attachments:** | Order to Show Cause TRO G Exhibit 58.xlsx |

**From:** umar.farooq@farooqandco.com [mailto:umar.farooq@farooqandco.com] **On Behalf Of** Umar Farooq
**Sent:** Friday, June 09, 2017 8:25 PM
**To:** Barry Guaglardi
**Cc:** Evan Ostrer; brian.cousin@dentons.com; Lindsay F. Ditlow; egilbert@morrisoncohen.com Ed
**Subject:** Re: Defendant Gitman violation of OSC

Barry

Further to my earlier email, here is an Excel itemized status report of my client's compliance with para g.

Thanks.

Umar

**Umar Farooq, Esq. P.C.**
Dig @ Thomas R. Beecher, Jr. Innovation Center
640 Ellicott Street, Suite 109, Buffalo, New York 14203
**Office** +1 716 235 1825  |  **Fax** +1 716 219 1421
**Mobile** +1 202 341 9510  |  **Email** umar@farooqco.com
**Bio**  |  **Website**



MEMBER OF
**NEXTLAW** Global Referral Network
BY DENTONS

Privileged and Confidential. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Circular 230 Disclosure. Any federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting or recommending to another party any tax-related matter addressed herein.

On Fri, Jun 9, 2017 at 6:31 PM, Barry Guaglardi <bguaglardi@adgmlaw.com> wrote:
Umar

1

As a follow-up to my below email, as of 5:11 pm EST, my client has been denied access to the following accounts in violation of the Court's OSC and Amended OSC and ruling this morning:

1. Email Account - michael@channelreply.com<mailto:michael@channelreply.com>

2. Chargebee Account - Username - michael@channelreply.com<mailto:michael@channelreply.com>

3. Stripe Account - Username - michael@channelreply.com<mailto:michael@channelreply.com>

4. PayPal Account - Username's - paypal@coopersquareventures.com<mailto:paypal@coopersquareventures.com> & paypal@channelreply.com<mailto:paypal@channelreply.com>

5. Upwork Account - Username - NDAP

6. Zendesk Accounts - Username - michael@channelreply.com<mailto:michael@channelreply.com>

7. Slack Account - Username - michael@channelreply.com<mailto:michael@channelreply.com>

8. Amazon Seller Central - Username - mdash@ndap-llc.com<mailto:mdash@ndap-llc.com>

9. Amazon Web Services (AWS) - Username - mdash@ndap-llc.com<mailto:mdash@ndap-llc.com> & michael@channelreply.com<mailto:michael@channelreply.com>

10. Magento Account - Username - mdash

11. Godaddy Account - (Parent Account) Username - ndap

12. Github - Username - mdash@channelreply.com<mailto:mdash@channelreply.com>

My client is still attempting access on other accounts where access was to be restored by 5:00 PM today. So the omission of other accounts to which your client was to restore access in this email should not be interpreted in any way that access has been granted or that your client has complied with his obligations under the OSC, Amended OSC and the Court's ruling this morning. We have time-stamped proof that my client has been denied access.

You should also be advised that your client was ordered not to destroy, remove or otherwise alter any of the data and other information contained in Plaintiffs' accounts as is more specifically addressed and provided for in the OSC. Any actions taken by Defendant Gitman or others, as defined in the OSC, to violate the OSC, as amended, will be addressed swiftly.

We will be addressing these and other issues with the Court on Monday.

Barry Guaglardi


Sent from my iPhone

On Jun 9, 2017, at 5:53 PM, Barry Guaglardi <bguaglardi@adgmlaw.com> wrote:

>    Umar

2

As of this moment, my client does not have access restored in compliance with the Court's OSC and your client is in violation of the Court's order. We intend to address this and other violations on Monday as soon as the Court is available.

Barry Guaglardi


Sent from my iPhone

On Jun 9, 2017, at 4:30 PM, Umar Farooq <umar@farooqco.com> wrote:

> Barry
>
> I understand from my client that he has restored access as per para g of the proposed order. Can you please check with your client to see if he is satisfied with the restored access.
>
> Thanks.
>
> Umar
>
>
> **Umar Farooq, Esq. P.C.**
> Dig @ Thomas R. Beecher, Jr. Innovation Center
> 640 Ellicott Street, Suite 109, Buffalo, New York 14203
> Office +1 716 235 1825  |  Fax +1 716 219 1421
> Mobile +1 202 341 9510  |  Email umar@farooqco.com
> Bio  |  Website
>
> 
>
> MEMBER OF
> **NEXTLAW** Global Referral Network
> BY DENTONS
>
> Privileged and Confidential. This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
>
> Circular 230 Disclosure. Any federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting or recommending to another party any tax-related matter addressed herein.
>
>
> On Thu, Jun 8, 2017 at 8:43 PM, Barry Guaglardi <bguaglardi@adgmlaw.com> wrote:
> Umar
>
> Judge Ramos has asked that we schedule a 10:00 am conference call for tomorrow on the limited issue of setting forth a timeframe for Defendant's to return the IP and money back into the Bank of America account.

Please let me know what number you can be reached at.

Thank you.

Barry Guaglardi


Sent from my iPhone

4

| Service | Account | Status | Notes |
|---|---|---|---|
| G Suite | Admin | Confirmed | |
| G Suite | mdash@ndap-llc.com | Confirmed | |
| G Suite | mdash@carpartkings.com | Confirmed | |
| G Suite | mdash@coopersquare.ventures | Confirmed | |
| G Suite | mdash@coopersquareventures.com | Confirmed | |
| G Suite | mdash@plumburs.com | Confirmed | |
| G Suite | michael@channelreply.com | | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exisits. |
| G Suite | partners@ndap-llc.com | Confirmed | |
| G Suite | partners@plumburs.com | Confirmed | |
| G Suite | paypal@coopersqaureventures.com | Confirmed | |
| G Suite | sales@carpartkings.com | Confirmed | |
| G Suite | sales@channelreply.com | | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exisits. |
| G Suite | sales@nextdayautoparts.com | Confirmed | |
| G Suite | support@channelreply.com | | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exisits. |
| Bank Of America | Cooper Square Ventures | Confirmed | |
| Bank Of America | NDAP | Confirmed | |
| 1Password | mdash@ndap-llc.com | Confirmed | |
| ChargeBee | michael@channelreply.com | | Moved to was moved to ChannelReply's Inc.This account no longer exisits. |
| Stripe | michael@channelreply.com | | Moved to was moved to ChannelReply's Inc.This account no longer exisits. |
| PayPal | michael@channelreply.com | | Moved to was moved to ChannelReply's Inc.This account no longer exisits. |
| UpWork | Cooper Square Ventures | Confirmed | Invite sent to Mkes email |
| UpWork | Channel Reply | Confirmed | Invite sent to Mkes email |
| UpWork | Plumburs | Confirmed | Invite sent to Mkes email |
| Zendesk | mdash@coopersquareventures.com | Confirmed | |
| Jira | mdash@ndap-llc.com | Confirmed | |
| Slack | mikedash1@gmail.com | | Moved to was moved to ChannelReply's Inc.This account no longer exisits. |
| Amazon Seller Central | mdash@ndap-llc.com | Confirmed | |
| eBay | carpartkings | Confirmed | |
| Timedoctor | mdash@ndap-llc.com | Confirmed | Invite sent to Mkes email |
| Amazon Web Services | mdash | Confirmed | |
| American Express | ndapamexonline | Confirmed | |
| American Express | ndapamexonline2 | Confirmed | |
| Magento | mdash | Confirmed | |
| Quickbooks | Cooper Square Ventures (mdash@ndap-llc.com) | Confirmed | |

| Service | Account | Status | Notes |
|---|---|---|---|
| Quickbooks | Car Part Kings (mdash@ndap-llc.com) | Confirmed | |
| desk.com | N/A | | I have no knowledge of this account |
| GoDaddy | coopersquareventures (mdash@coopersqaurevent) | Confirmed | Invite sent to Mkes email |
| GoDaddy | ndap (mdash@ndap-llc.com) | Confirmed | |
| GoDaddy | Plumburs (mdash@plumburs.com) | Confirmed | Invite sent to Mkes email |
| MageMojo | dgitman@ndap-llc.com | Confirmed | |
| MageMojo | dgitman@plumburs.com | Confirmed | |
| MailChimp | mikedash1 | Confirmed | |
| Github | mikedash1 | Confirmed | |
| Ringcentral | 6465535918 | Confirmed | |
| join.me | N/A | | I have no knowledge of this account |