# EXHIBIT H







# EXHIBIT I

