# EXHIBIT J

Skype

10:45 AM

Mike Dash
Add Credit

⬆ Home
📇 Contacts

Favorites

⊙ Aleksey Glukharev    ? indicates unfriended
◉ Alice Fritz
⊙ David Gitman
◉ David Morris
⊙ Dennis Sary
◉ Jason Diaz
◉ Justin Golschneider
⊙ Konstantyn
◉ William Regonas    ? indicates unfriended

Recent

ChannelReply

🕐 History

☆  ChannelReply
ChannelReply

▼ 5 people  |  🔗 join.skype.com/EJgbDainZDDo

⊙ Aleksey Glukharev ⌄    ⊕ David Gitman ⌄    ◉ Justin Golschneider ⌄

⊙ Konstantyn ⌄    ◉ Nikita ⌄

May 1, 2017

May 15, 2017

📞 Call 9 minutes 41 seconds

May 27, 2017

David Gitman has ejected Mike Dash from this conversation

4:33 PM

You have left this chat

🔍 Search



Skype

**Konstantyn**
Pending contact request

**Thursday**

Ok I understand I will keep it very brief can we chat for 1 minute?  2:59 PM

Ok  2:59 PM

**Friday**

Did you receive a copy of the judges orders?  2:40 PM

I just see my ndap address is blocked. No connection to Vkraman from Freshdesk, and to channeldev.  2:41 PM

I have no idea why that is  2:41 PM

I know that Dave returned you access to that. After that this happened  2:42 PM

I can share the document with you and if you'd like I can put you in touch with an attorney who speaks fluent Russian to help explain  2:42 PM

Unfortunately I do not know what Dave is doing. He is supposed to return everything to me I am still waiting

Does your channelreply email still work?  2:43 PM

I still support customers

Ok good but are you still receiving emails to konstantyn@channelreply.com?  2:44 PM

Sent :)

via Skype

Type a message here