# EXHIBIT K



**Aleksey Glukharev**
Jun 1, 2017, 03:26 AM

e are bugs in Freshdesk app in other browsers.   JIRA: ChannelReply

pplication: **Slack - channelreply**

eystrokes / min: **12**    Mouse movements / min: **4**



