# EXHIBIT M

**Evan Ostrer**
___

**Subject:** FW: Urgent request hi rob


Begin forwarded message:

> **From:** Rob Rawson <rob@timedoctor.com>
> **Date:** June 11, 2017 at 11:44:59 PM EDT
> **To:** Amy D <amydardashtian@gmail.com>
> **Subject: Re: Urgent request hi rob**
>
> Hi Amy,
>
> I believe we are able to recover the information if you have a court order.
>
> Regarding the IP address, I don't think we can provide this without a court order, that's the advice we have been given so far.
>
> - Rob
>
>
> --
> Robert Rawson
> Chief Productivity Officer
>
> 

1



Mike Dash <mikedash1@gmail.com>

## Timedoctor Emergency

**Rob Rawson** <rob@timedoctor.com>  Fri, Jun 9, 2017 at 8:12 PM
To: Michael Dash <mikedash1@gmail.com>
Cc: Anton Shevchuk <anton@staff.com>

Hi Michael,

I will ask for legal advice and get back to you. I think that restraining order would be helpful

- Rob

--
Robert Rawson
Chief Productivity Officer
----------------------------------------------



----------------------------------------------

> On Sat, Jun 10, 2017 at 9:22 AM, Michael Dash <mikedash1@gmail.com> wrote:
> If you'd like I can provide you with the courts temporary restraining order showing that David Gitman should not be deleting or obstructing any data.
>
> On Jun 9, 2017, at 6:59 PM, Rob Rawson <rob@timedoctor.com> wrote:
>
>> Hi Michael,
>>
>> I don't think we could provide information if you are not the account owner or unless there was a court order otherwise. It would be only possible to delete someone if you are an admin or owner of the account. Does that answer the question?
>>
>> - Rob
>>
>> --
>> Robert Rawson
>> Chief Productivity Officer
>> ----------------------------------------------
>>
>> 
>>
>> ----------------------------------------------
>>
>> On Sat, Jun 10, 2017 at 8:08 AM, Michael Dash <mikedash1@gmail.com> wrote:
>> My issue is that I am in a lawsuit with David so if you email him he most likely will not comply. I need to know the audit log and who deleted the users on the account. I pay for the account I can give you whatever proof you require.
>>
>> Feel free to call me immediately at [redacted]
>> Michael Dash
>>
>>> On Jun 9, 2017, at 6:00 PM, Rob Rawson <rob@timedoctor.com> wrote:
>>>
>>> Hi Mike,

I'm copying Anton our head of support who can investigate this for you. Is it possible for David to email us about this?

- Rob

--
Robert Rawson
Chief Productivity Officer
----------------------------------------------



----------------------------------------------

On Sat, Jun 10, 2017 at 4:13 AM, Mike Dash <mikedash1@gmail.com> wrote:
> Robert - We spoke a few years ago. I have an emergency on my account that has a
> pressing need. The account under david@channelreply.com named David's Company
> had 2 employees registered with the account up until very recently. Someone went in
> and deleted both employees and all of the data associated with the account. There is a
> legal investigation into this as this data is part of a lawsuit. I need to know the IP
> address of the person whom deleted all the of info. There is no audit log in the account
> so I cannot do this on my own. Please assist asap as we are awaiting judges orders.
>
> Thank you,
> Michael Dash
> CEO ChannelReply