# EXHIBIT O

# Evan Ostrer

| | |
|---|---|
| **From:** | Michele Struz |
| **Sent:** | Thursday, June 08, 2017 1:43 PM |
| **To:** | umar.farooq@farooqandco.com; jeremy.falk@gmail.com; konstantyn@channelreply.com; aleksey@channelreply.com |
| **Cc:** | Barry Guaglardi; Evan Ostrer; Frances Oliveri |
| **Subject:** | Dardashtian, et al v. Gitman, et al (1 of 2) |
| **Attachments:** | Brief.pdf; Civil Cover Sheet.pdf; 06.08.17 L.Clerk.pdf; Exhibits 1-20.pdf; Affidavit of Michael Dardashtian.pdf; Affidavit of Service.pdf; Verified Complaint.pdf; Order to Show Cause.pdf |

Dear Gentlemen,

Kindly refer to the attached Order to Show Cause, Verified Complaint and supporting documents, which are being filed with the United States District Court for the Southern District of New York in Manhattan today.

Please be guided accordingly.

Thank you,
Michele Struz

Michele Struz, Paralegal
Arturi, D'Argenio, Guaglardi & Meliti, LLP
365 West Passaic Street
Mack Centre I, Suite 130
Rochelle Park, NJ 07662
Telephone No. (201) 947-4100
Facsimile No. (201) 947-1010

The information contained in this electronic mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication and, as such, privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by telephone at (201) 947-4100, and return the original to us by mail. Although this e-mail and any attachments are believed to be free of any viruses or other defect that might affect other computer systems, it is the responsibility of the recipient to ensure that it is virus free, and Arturi, D'Argenio, Guaglardi & Meliti, LLP disclaims all responsibility for any loss or damage arising from its use. Should you have any questions about or problems with this transmission please contact the sender at the number shown above. Thank you.

# Evan Ostrer

| | |
|---|---|
| **From:** | Evan Ostrer |
| **Sent:** | Friday, June 09, 2017 8:13 AM |
| **To:** | Ditlow, Lindsay F.; Umar Farooq (umar@farooqco.com); egilbert@morrisoncohen.com |
| **Cc:** | Cousin, Brian S.; Barry Guaglardi |
| **Subject:** | RE: Gitman, Dalva Ventures, and ChannelReply - Counsel Contact Information |
| **Attachments:** | Order 6.8.17 complete.pdf |

To all:

The copy of the Order that I sent to you yesterday evening inadvertently omitted page 2. Attached is a copy of the complete Order.

Thanks.

Evan

Evan Ostrer, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP
Mack Center I
365 West Passaic Street Ste 130
Rochelle Park, NJ 07662
(201)947-4100

---

**From:** Evan Ostrer
**Sent:** Thursday, June 08, 2017 8:57 PM
**To:** Barry Guaglardi; Ditlow, Lindsay F.; Umar Farooq (umar@farooqco.com); 'egilbert@morrisoncohen.com'
**Cc:** Cousin, Brian S.
**Subject:** RE: Gitman, Dalva Ventures, and ChannelReply - Counsel Contact Information

To all:

Attached please find a copy of the Order.

In furtherance of Barry's email below, please be available at 9:50 a.m. so that we have a few minutes to arrange the call before dialing in to the Judge.

Thanks,

Evan

Evan Ostrer, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP
Mack Center I
365 West Passaic Street Ste 130
Rochelle Park, NJ 07662
(201)947-4100

1

**From:** Barry Guaglardi
**Sent:** Thursday, June 08, 2017 8:42 PM
**To:** Ditlow, Lindsay F.
**Cc:** Cousin, Brian S.; Evan Ostrer
**Subject:** Re: Gitman, Dalva Ventures, and ChannelReply - Counsel Contact Information

Thank you Lindsay.

Judge Ramos has asked that we schedule a 10:00 am conference call for tomorrow on the limited issue of setting forth a timeframe for Defendant's to return the IP and money back into the Bank of America account.

Please let me know what number you or Mr Cousins can be reached at.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 8, 2017, at 8:26 PM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

> Barry,
> Below please find contact information for myself and Brian Cousin. I've also copied Mr. Cousin on this e-mail. Best regards, Lindsay
>
> Brian S. Cousin
> D +1 212 398 5776
> brian.cousin@dentons.com
>
>
> <image001.png>
>         Lindsay F. Ditlow
>
>         D +1 212 398 5782   |   US Internal 15782
>         lindsay.ditlow@dentons.com
>         Bio   |   Website
>
>         Dentons US LLP
>
>         大成 Salans FMC SNR Denton McKenna Long
>
>         Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

2