## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, a true and accurate copy of the foregoing Notice of Appearance of co-counsel Evan A. Ostrer, Esq., and Order to Show Cause, Affidavit of Michael Dardashtian in Support of Order to Show Cause and Memorandum of Law was filed electronically and is available for viewing and downloading from the ECF system to:

Lindsay F. Ditlow, Esq.
Brian S. Cousin, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
lindsay.ditlow@dentons.com


Edward P. Gilbert
Partner
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
egilbert@morrisoncohen.com

 

 

_____
Barry S. Guaglardi, Esq.