UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY, LLC          Case No.: 17-CV-4327 (LLS)

                                             Plaintiffs,

     -against-

DAVID GITMAN, JEREMY FALK, SUMMIT
ROCK HOLDINGS, LLC, ACCEL COMMERCE,
LLC, DALVA VENTURES, LLC, KONSTANTYN
BAGAEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
                                             Defendants.

-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

**PLEASE ENTER THE APPEARANCE** of Arturi, D'Argenio, Guaglardi & Meliti, LLP, by Evan A. Ostrer, Esq., as co-counsel in this action on behalf of plaintiffs. Mr. Ostrer certifies that he is admitted to practice in this Court.

Date: June 16, 2017

_____
Signature

| Evan Ostrer | EO1099 |
|---|---|
| Name | Bar No. |

Arturi, D'Argenio, Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662

| (201) 947-4100 | (201) 947-1010 |
|---|---|
| Phone Number | Fax Number |

eostrer@adgmlaw.com
Email Address