# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI
ANTHONY X. ARTURI, JR ❖
MICHAEL P. MELITI ▲

OF COUNSEL:

ANTHONY X. ARTURI
RINALDO M. D'ARGENIO ▲

WEBSITE: WWW.ADGMLAW.COM

MACK CENTRE I
365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN

▲ NY & NJ BAR
❖ NY, NJ & PA BAR
♦ NJ & RI BAR

June 19, 2017

**VIA E-FILE**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re: **Michael Dardashtian, et al. v. David Gitman, et al.**
    **17-cv-4327**

Dear Judge Stanton:

Kindly be advised that the undersigned firm represents the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually and on behalf of Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply, LLC ("Plaintiff Companies") in connection with the above-referenced matter. I write in connection with Plaintiff's Order to Show Cause, which was filed via ECF on Friday, June 16, 2017.

In connection with Plaintiffs Order to Show Cause, approximately four (4) exhibits were inadvertently scanned in to ECF incorrectly, namely Exhibits C, D, I and L. To avoid confusion and to address this infirmity, I write to respectfully request the Court's permission to resubmit the foregoing exhibits via ECF, which will also be served via electronic mail and hard copy to counsel today.

Annexed hereto are the exhibits in the manner in which it should have been scanned in to ECF.

I apologize for any inconvenience this may serve. Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,
ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP

Evan A. Ostrer, Esq.

1

Enclosures
Cc:   Lindsay Ditlow, Esq. (via ECF)
      Brian Cousin, Esq. (via ECF)
      Edward P. Gilbert, Esq. (via ECF)

# EXHIBIT C

**Bank of America**

BANK OF AMERICA, N.A. ("THE "BANK")

BUSINESS ADVANTAGE CHK

Transaction History

COOPER SQUARE VENTURES, LLC

**** **** 7345

Last Posting Date 06/12/2017                Date/Time Printed 6/13/2017 a5a:a07

**Since Last Statement Summary**
Last Statement Date 05/31/2017
Balance Last Statement ($)                    -$62.11
Deposits/Credits (+)         # 35    $99,109.43   Holds (-)
Withdrawals/Debits (-)       # 31    $103,586.20  Pending Credits (+)
Available Balance ($)                 $71,073.30
#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| Processing | ACH HOLD JPMorgan Chase Auth Debit ON 06/13 | Debit | -$0.57 | $71,073.30 |
| Processing | WIRE TRANSFER HOLD ON 06/13 FOR WIRE #00613317654 | Debit | -$5,060.00 | $71,073.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$310.98 | $76,133.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$13.36 | $76,444.85 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.28 | $76,458.21 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.29 | $76,457.93 |

**** **** 7345

For additional information or service, please contact the Customer Service Center at 1-800-432-1000
* = Item(s) included in Previous Statement(s).

00-14-9036M 11-2010
NNY

Page 1

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $143.63 | $76,457.64 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $220.38 | $76,314.01 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $5,373.00 | $76,093.63 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $68,669.53 | $70,720.63 |
| 06/12/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A6B6EGPW   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $520.65 | $2,051.10 |
| 06/12/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A6A2VMAC   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $710.12 | $1,530.45 |
| 06/09/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A6939SF2   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $270.84 | $820.33 |
| 06/08/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A67XCRFJ   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $199.79 | $549.49 |
| 06/07/2017 | CHECKCARD 0605 UPWORKESCROW*BAL-04JUN   888-8503375   CA   244365471580089057522033 CKCD 5968 413574450747134 | Debit | -$148.47 | $349.70 |
| 06/07/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A66QM7SG   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $229.22 | $498.17 |
| 06/06/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A65JRHQE   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $346.11 | $268.95 |
| 06/05/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A62VCRGU   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $124.23 | -$77.16 |
| 06/05/2017 | PAYPAL           DES:TRANSFER   ID:56YJ2A64NEXPC   INDN:COOPER SQUARE VENTURES   CO ID:PAYPALSD11 PPD | Deposit | $296.84 | -$201.39 |
| 06/01/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01   ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POST... | Fee | -$35.00 | -$498.23 |
| 06/01/2017 | VCFS             DES:LEASE PMT   ID:33030003875   INDN:DARDASHTIAN, MICHAEL   CO ID:2650088516 PPD | Other Payment | -$448.89 | -$463.23 |

For additional Information or service, please contact the Customer Service Center at 1-800-432-1000
* = Item(s) included in Previous Statement(s).
NNY

**** **** 7345

Page 2

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 06/01/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5YJ4SK4 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $47.77 | -$14.34 |
| 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31      ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POST... | Fee | -$35.00 | -$62.11 |
| 05/31/2017 | BMWFINANCIAL SVS DES:BMWFS PYMT ID:214157981      INDN:David Gilman4001858507 CO ID:1222568977 PPD | Other Payment | -$528.57 | -$27.11 |
| 05/31/2017 | CHECKCARD 0529 UPWORKESCROW*BAL-28MAY      888-8503375  CA 24436547151008890782125 CKCD 5968 4135744507477134 | Debit | -$218.51 | $501.46 |
| 05/31/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5XEH68E INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $76.01 | $719.97 |
| 05/30/2017 | CHECKCARD 0528 ATLASSIAN      ATLASSIAN B.V 7454706714906114606127509 CKCD 5734 4135744507477134 ... | Fee | -$0.33 | $643.96 |
| 05/30/2017 | PAYPAL       DES:ECHECK     ID:J22222ARBWBSC INDN:COOPER SQUARE VENTURES CO ID:PAYPALEC88 WEB | Other Payment | -$77.50 | $644.29 |
| 05/30/2017 | CHECKCARD 0528 ATLASSIAN      ATLASSIAN B.V 7454706714906114606127509 CKCD 5734 4135744507477134 | Debit | -$10.89 | $721.79 |
| 05/30/2017 | PA TLR transfer to CHK 5141      Banking Ctr NORTHWOOD   #0094043 PA Confirmation# 0189542525 | Transfer | -$23,982.53 | $732.68 |
| 05/30/2017 | PA TLR transfer to CHK 5141      Banking Ctr NORTHWOOD   #0094043 PA Confirmation# 2589533902 | Transfer | -$50,000.00 | $24,715.21 |
| 05/30/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5UY7J66 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $82.39 | $74,715.21 |
| 05/30/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5VNPYCC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,632.82 |
| 05/30/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5TWZHHQ INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,508.59 |
| 05/30/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5WFM786 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $526.06 | $74,384.36 |
| 05/26/2017 | PAYPAL       DES:TRANSFER ID:56YJ2A5SSSZKC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $220.38 | $73,858.30 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) Included in Previous Statement(s).

NNY

**** **** 7345

Page 3

**Bank of America**

06/05/17

RE: Requested Information
Name: Michael Dardashitian
RE: Cooper Square Ventures, LLC


To Whom it May Concern
This letter is confirm that for business account xxxxxxxx7345 at Bank of America for Cooper Square Ventures, LLC there were two Teller Tranfers completed at the Financial Center in Easton, PA. The first one was for 50,000.00 and the second one for 23982.53. Both of these transfers were sent to account xxxxxxxx5141 and both posted on 05/30/2017.

Best Regards,

Small Business
Customer Service



**Bank of America**
PO BOX 25118
TAMPA FL 33622-5118

C3 15496 021916

Case Number 1281-1385078169

Account(s) ending in 7345

Date
June 7, 2017

Customer service
800.432.1000

Account information
bankofamerica.com

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK NY 11021-5320

## We received your request for information on account transactions

Our records indicate that the following electronic transaction(s) posted to your account:

| Date | Amount | Transaction Description |
|---|---|---|
| May 30, 2017 | $23,982.53 | PA TLR transfer to CHK 5141 David M. Gitman Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 Authorized by David M. Gitman |
| May 30, 2017 | $50,000.00 | PA TLR transfer to CHK 5141 David M. Gitman Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902 Authorized by David M. Gitman |

## What you need to know

If you're interested in obtaining copies:
- We're unable to provide copies for phone, ACH, debit card or Internet transactions.
- Statements for the past seven years on open and active accounts are available at no charge at bankofamerica.com
- Copies of statements from the past seven years can be ordered by mail from the return address above, in person at one of our financial centers, or by calling the phone number below.

To locate a financial center in your area, please visit bankofamerica.com/locator

## We're here to help

We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.432.1000 Monday through Friday, 8 a.m. to 11 p.m. and Saturday through Sunday, 8 a.m. to 8 p.m. Eastern.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation



CNFBT



Mike Dash <mdash@ndap-llc.com>

## Your Same Day wire transfer was successfully sent

'Online Transfers from Bank of America' via Partners <partners@ndap-llc.com>    Tue, Jun 13, 2017 at 2:41 PM
Reply-To: Online Transfers from Bank of America <bankofamericatransfers@mail.transfers.bankofamerica.com>
To: partners@ndap-llc.com

We have successfully sent the following transfer:

****************************************
Item #:          203612044
Amount:          $5,060.00
To:              Dalva Ventures
Fee:             30.00
Send on Date:    06/13/2017
Service:         Same Day
****************************************

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

---

This is a service email from Bank of America. Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

Read our privacy policy: http://www.bankofamerica.com/privacy

Please don't reply directly to this automatically-generated email message.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:

http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2017 Bank of America Corporation. All rights reserved.

This email was sent to: partners@ndap-llc.com

# EXHIBIT D



# EXHIBIT I

**David Gitman**

**Konstantyn Bagaiev**
Ok

**Konstantyn Bagaiev**
Mike calling. I declined

**David Gitman**
That's a good idea.

**Konstantyn Bagaiev**
He wants to chat

**David Gitman**
I strongly recommend blocking him.

**David Gitman**
I'm reading the docs now.

I don't get how he knows all these details.

**Konstantyn Bagaiev**
I speak with him

Sorry

**David Gitman**
It's okay.

**Konstantyn Bagaiev**
Maybe I missheard something but he has some "screenshots"

**David Gitman**
Generally is not a good idea to talk directly with people who are suing you

Hmm

**Konstantyn Bagaiev**
I asked if paper about my share of 5% costs 25k$. He told "yes and it is true"

Then he told me that you lie everywhere. And stealing company. I asked if I own taxes for my salary - he told he doesn't know.

I didn't share any more info

**David Gitman**
Okay

**Konstantyn Bagaiev**
He told he wants to be 50/50 partner with you

**David Gitman**
I have no interest in ever working with Mike again

**Konstantyn Bagaiev**
I need a walk. We can talk with voice. Probably I'll call to Alexey and tell him that everything is OK.

**David Gitman**
Sure

Channels: customer-support, design, general, marketing, product, random, sales, seo, technology
Direct Messages: hackbot, Konstantyn Bagaiev, Aleksey Glukharev, Artem Lalaiants, David Gitman, Justin Golschneider, Nikita Epov

# EXHIBIT L



