# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

Transaction History

COOPER SQUARE VENTURES, LLC        BUSINESS ADVANTAGE CHK

•••• •••• 7345

Last Posting Date 06/12/2017        Date/Time Printed 6/13/2017 a5a:a07

**Since Last Statement Summary**

| | | |
|---|---|---|
| Last Statement Date 05/31/2017 | | |
| Balance Last Statement ($) | | -$62.11 |
| Deposits/Credits (+) | # 35 | $99,109.43   Holds (-) |
| Withdrawals/Debits (-) | # 31 | $103,586.20   Pending Credits (+) |
| Available Balance ($) | | $71,073.30 |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description<br>Amount included in Available Balance | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | ACH HOLD JPMorgan Chase Auth Debit ON 06/13 | Debit | -$0.57 | $71,073.30 |
| Processing | WIRE TRANSFER HOLD ON 06/13 FOR WIRE #00613317654 | Debit | -$5,060.00 | $71,073.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$310.98 | $76,133.87 |
| Processing | CHECKCARD UPWORKESCROW*BAL- 0018888503375 CA ON 06/12 | Debit | -$13.36 | $76,444.85 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.28 | $76,458.21 |
| Processing | ACH CREDIT JPMorgan Chase Auth Crdt ON 06/13 | Credit | $0.29 | $76,457.93 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000
* = item(s) included in Previous Statement(s).

•••• •••• 7345

00-14-9036M 11-2010
NNY

Page 1

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $143.63 | $76,457.64 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/13 | Credit | $220.38 | $76,314.01 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $5,373.00 | $76,093.63 |
| Processing | WIRE TRANSFER CREDIT ON 06/13 | Credit | $68,669.53 | $70,720.63 |
| 06/12/2017 | PAYPAL DES:TRANSFER ID:56YJ2A6B6EGPW INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $520.65 | $2,051.10 |
| 06/12/2017 | PAYPAL DES:TRANSFER ID:56YJ2A6A2VMAC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $710.12 | $1,530.45 |
| 06/09/2017 | PAYPAL DES:TRANSFER ID:56YJ2A6939SF2 INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $270.84 | $820.33 |
| 06/08/2017 | PAYPAL DES:TRANSFER ID:56YJ2A67XCRFJ INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $199.79 | $549.49 |
| 06/07/2017 | CHECKCARD 0605 UPWORKESCROW*BAL-04JUN 888-8503375 CA 24436547158008905752033 CKCD 5968 41357445074 77134 | Debit | -$148.47 | $349.70 |
| 06/07/2017 | PAYPAL DES:TRANSFER ID:56YJ2A66QM7SG INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $229.22 | $498.17 |
| 06/06/2017 | PAYPAL DES:TRANSFER ID:56YJ2A65JRHQE INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $346.11 | $268.95 |
| 06/05/2017 | PAYPAL DES:TRANSFER ID:56YJ2A62VCRGU INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $124.23 | -$77.16 |
| 06/05/2017 | PAYPAL DES:TRANSFER ID:56YJ2A64NEXPC INDN:COOPER SQUARE VENTURES CO ID:PAYPALSD11 PPD | Deposit | $296.84 | -$201.39 |
| 06/01/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POST... | Fee | -$35.00 | -$498.23 |
| 06/01/2017 | VCFS DES:LEASE PMT ID:33030003875 INDN:DARDASHTIAN, MICHAEL CO ID:2650088516 PPD | Other Payment | -$448.89 | -$463.23 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

NNY

•••• •••• 7345

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 06/01/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5YJ4SK4  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $47.77 | -$14.34 |
| 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31      ELECTRONIC TRANSACTION POSTING DATE 05-31-17  POST... | Fee | -$35.00 | -$62.11 |
| 05/31/2017 | BMWFINANCIAL SVS DES:BMWFS PYMT ID:214157981      INDN:David Gilman4001858507  CO ID:12225689877 PPD | Other Payment | -$528.57 | -$27.11 |
| 05/31/2017 | CHECKCARD  0529 UPWORKESCROW*BAL-28MAY          888-8503375  CA  244365471510088907B2125 CKCD 5968 413574450747134 | Debit | -$218.51 | $501.46 |
| 05/31/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5XEH6BE  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $76.01 | $719.97 |
| 05/30/2017 | CHECKCARD  0528 ATLASSIAN                    ATLASSIAN B.V  74547067149061146127509 CKCD 5734 413574450747134 ... | Fee | -$0.33 | $643.96 |
| 05/30/2017 | PAYPAL      DES:ECHECK      ID:J22222ARBWBSC  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALEC88 WEB | Other Payment | -$77.50 | $644.29 |
| 05/30/2017 | CHECKCARD  0528 ATLASSIAN                    ATLASSIAN B.V  74547067149061146127509 CKCD 5734 413574450747134 | Debit | -$10.89 | $721.79 |
| 05/30/2017 | PA TLR transfer to CHK 5141         Banking Ctr NORTHWOOD       #0094043 PA Confirmation# 0189542525 | Transfer | -$23,982.53 | $732.68 |
| 05/30/2017 | PA TLR transfer to CHK 5141         Banking Ctr NORTHWOOD       #0094043 PA Confirmation# 2589533902 | Transfer | -$50,000.00 | $24,715.21 |
| 05/30/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5UY7J66   INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $82.39 | $74,715.21 |
| 05/30/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5VNPYCC  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,632.82 |
| 05/30/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5TWZHHQ  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $124.23 | $74,508.59 |
| 05/30/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5WFM786  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $526.06 | $74,384.36 |
| 05/26/2017 | PAYPAL      DES:TRANSFER    ID:56YJ2A5SSSZKC  INDN:COOPER SQUARE VENTURES  CO ID:PAYPALSD11 PPD | Deposit | $220.38 | $73,858.30 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

NNY

**** **** 7345

Page 3

**Bank of America**

06/05/17

RE: Requested Information
Name: Michael Dardashitian
RE: Cooper Square Ventures, LLC

To Whom it May Concern

This letter is confirm that for business account xxxxxxxx7345 at Bank of America for Cooper Square Ventures, LLC there were two Teller Tranfers completed at the Financial Center in Easton, PA. The first one was for 50,000.00 and the second one for 23982.53. Both of these transfers were sent to account xxxxxxxx5141 and both posted on 05/30/2017.

Best Regards,

Small Business
Customer Service

**Bank of America**



**Bank of America**
PO BOX 25118
TAMPA, FL 33622-5118

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK NY 11021-5320

C3_15496_021916

Case Number 1281-1385078169
Account(s) ending in 7345
Date
June 7, 2017
Customer service
800.432.1000
Account information
bankofamerica.com

## We received your request for information on account transactions.

Our records indicate that the following electronic transaction(s) posted to your account:

| Date | Amount | Transaction Description |
|---|---|---|
| May 30, 2017 | $23,982.53 | PA TLR transfer to CHK 5141- David M. Gitman Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 Authorized by David M. Gitman |
| May 30, 2017 | $50,000.00 | PA TLR transfer to CHK 5141- David M. Gitman Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902 Authorized by David M. Gitman |

## What you need to know

If you're interested in obtaining copies:
- We're unable to provide copies for phone, ACH, debit card or Internet transactions.
- Statements for the past seven years on open and active accounts are available at no charge at bankofamerica.com
- Copies of statements from the past seven years can be ordered by mail from the return address above, in person at one of our financial centers, or by calling the phone number below.

To locate a financial center in your area, please visit bankofamerica.com/locator

## We're here to help

We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.432.1000 Monday through Friday, 8 a.m. to 11 p.m. and Saturday through Sunday, 8 a.m. to 8 p.m. Eastern.



CNFRT

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2016 Bank of America Corporation.



Mike Dash <mdash@ndap-llc.com>

## Your Same Day wire transfer was successfully sent

'Online Transfers from Bank of America' via Partners <partners@ndap-llc.com>   Tue, Jun 13, 2017 at 2:41 PM
Reply-To: Online Transfers from Bank of America <bankofamericatransfers@mail.transfers.bankofamerica.com>
To: partners@ndap-llc.com

We have successfully sent the following transfer:

```
*********************************************
Item #:         203612044
Amount:         $5,060.00
To:             Dalva Ventures
Fee:            30.00
Send on Date:   06/13/2017
Service:        Same Day
*********************************************
```

If there is a problem with executing your request, we will notify you both by email and on the Manage Accounts tab. You can always check your transfer status on the Review Transfer screen at www.bankofamerica.com.

Sincerely,

Member Service

www.bankofamerica.com

---

This is a service email from Bank of America. Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

Read our privacy policy: http://www.bankofamerica.com/privacy

Please don't reply directly to this automatically-generated email message.

Bank of America Email, 8th Floor-NC1-002-08-25, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender:

http://www.bankofamerica.com/help/equalhousing.cfm

(C) 2017 Bank of America Corporation. All rights reserved.

This email was sent to: partners@ndap-llc.com