

channelreply ⌄

Konstantyn Bagaiev

All Threads

CHANNELS
customer-support
design
general
marketing
product
random
sales
eo
technology

DIRECT MESSAGES
Jlackbot
Konstantyn Bagaiev (yo...
Aleksey Glukharev
Artem Lalaiants
David Gitman
Justin Golschneider
Nikita Epov

*David Gitman*

**Konstantyn Bagaiev**
Ok

**Konstantyn Bagaiev**
Mike calling. I declined

**David Gitman**
That's a good idea.

**Konstantyn Bagaiev**
He wants to chat

**David Gitman**
I strongly recommend blocking him.

**David Gitman**
I'm reading the docs now.

I don't get how he knows all these details.

**Konstantyn Bagaiev**
I speak with him

Sorry

**David Gitman**
It's okay.

**Konstantyn Bagaiev**
Maybe I misheard something but he has some "screenshots"

**David Gitman**
Generally is not a good idea to talk directly with people who are suing you

Hmm

**Konstantyn Bagaiev**
I asked if paper about my share of 5% costs 25k$. He told "yes and it is true"

Then he told me that you lie everywhere. And stealing company. I asked if I own taxes for my salary - he told he doesn't know.

I didn't share any more info

**David Gitman**
Okay

**Konstantyn Bagaiev**
He told he wants to be 50/50 partner with you

**David Gitman**
I have no interest in ever working with Mike again

**Konstantyn Bagaiev**
I need a walk. We can talk with voice. Probably I'll call to Alexey and tell him that everything is OK.

**David Gitman**
Sure