UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY, LLC,

                                                                                                            17 Civ. 04327 (LLS)

                              Plaintiffs,

    -against-

DAVID GITMAN, JEREMY FALK,
SUMMIT ROCK HOLDINGS, LLC,
ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC,
KONSTANTYN BAGAEV,
OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

                              Defendants.
------------------------------------------------------------------X

## DECLARATION OF JEREMY FALK IN OPPOSITION TO ORDER TO SHOW CAUSE SEEKING RESTRAINTS

I, Jeremy Falk, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a named defendant in this action. Defendant Summit Rock Holdings, LLC ("Summit Rock") is a single member limited liability company of which I am the sole member. I respectfully submit this declaration in opposition to Plaintiffs' Order to Show Cause Seeking Restraints (the "Injunction Motion") that was filed with the Court on June 8, 2017. I have personal knowledge of the facts set forth herein.

2. My involvement and Summit Rock's involvement in this matter arises from a Services Agreement dated March 3, 2017 between Summit Rock and Plaintiffs Cooper Square Ventures, LLC and NDAP, LLC (the "Services Agreement"). Under the terms of the Services Agreement, Summit Rock was to provide certain services in connection with a

contemplated sale of NDAP, LLC including, among other things, advising NDAP, LLC in connection with the proposed sale of its assets and soliciting proposals from a proposed buyer.

3. Plaintiffs' Complaint in this action arises from the work I/Summit Rock performed in connection with the Services Agreement and alleges a number of claims against me and Summit Rock. I dispute and vehemently deny each and every claim made against me and Summit Rock.

4. However, with respect to all of the injunctive restraints Plaintiffs seek against me in connection with the Injunction Motion, I am amenable to them during the pendency of this action: At the present time, I have no intention of competing with Plaintiffs. Nor do I intend on misappropriating any intellectual property belonging to Plaintiffs or violating any of the other proposed restraints.

5. As such, on June 15, 2017, I directed my counsel to forward a proposed Stipulation to Plaintiffs' counsel. The proposed Stipulation is attached hereto as Exhibit 1. The proposed Stipulation was designed to (a) agree to all of Plaintiffs' proposed restraints; and (b) obviate the need for costly motion practice and further judicial intervention. I simply wanted to reserve (and not prejudice) my right to mount a defense to Plaintiffs' meritless and unfounded allegations made against me and Summit Rock.

6. Plaintiffs have refused to enter into the Stipulation proposed by my counsel.

7. I respectfully request that the Court deny Plaintiffs' Injunction Motion in all respects. However, if the Court decides that Plaintiffs' have satisfied their burden on this Injunction Motion, I am amenable to all of the proposed restraints during the pendency of this

#7218797 v1 \020697 \0002

action without prejudice to my rights to mount a defense and posit all legal and factual arguments in response to the claims made against me and Summit Rock.

I declare under penalty of perjury the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2017:

_____Jeremy Falk_____
Jeremy Falk

#7218797 v1 \020697 \0002