大成 DENTONS

Lindsay F. Ditlow
Counsel

Lindsay.ditlow@dentons.com
D +1 212 398-5782

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

June 19, 2017

Via E-FILE

Hon. Louis Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Dardashtian, et al. v. Gitman, et al., Case No.:  17-cv-4327 (LLS)

Dear Judge Stanton:

    We represent defendants David Gitman, Dalva Ventures, LLC, and Channel Reply, Inc. (the "Defendants") in the above-referenced matter.  With the consent of counsel for the plaintiffs, we respectfully request a three (3) hour extension of time from 12:00 p.m. to 3:00 p.m. today to submit the Defendants' opposition to the plaintiffs' preliminary injunction application filed on June 8, 2017.  Should the Court wish to discuss this matter, please do not hesitate to contact me at 212-398-5782.

                              Respectfully submitted,

                              Lindsay F. Ditlow

103983446