# EXHIBIT A

# State of Delaware
## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6427452 | 2017/05/30 | |

**PRINCIPAL PLACE OF BUSINESS**
100 STERLING PL APT 1
BROOKLYN, NY 11217

**PHONE NUMBER**
(646)878-9184

**REGISTERED AGENT**
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9018442

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DAVID  GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| DAVID  GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DAVID  GITMAN<br>100 STERLING PL APT 1<br>BROOKLYN, NY 11217 US | 2017/06/20 | PRESIDENT |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |
| FILE NUMBER | FEDERAL EMPLOYER ID NO. | |
| 6427452 | 82-173048 | |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.        DEC. 31st.

Date(s) of Inactivity
From        To
2017/06/19   2017/06/20

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |