# EXHIBIT C

# Chase Online

## Review this request — Read and confirm the details for this wire request.
Click "Wire Activity" to go back on the Activity page.

### Wire Details

### Account Details

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | ChannelReply Checkin (...7775) |

### Wire Details - Sender

| | |
|---|---|
| Wire amount | 3454.84 U.S. Dollars (USD) |
| Scheduled On | 06/20/2017 at 10:20 AM ET |
| Wire date | 06/20/2017 |
| Message to recipient | |
| Message/instructions to recipient bank | |
| Memo | |
| Transaction number | 5018259559 |
| Fed reference number | N/A |
| Status | In Transit |
| Submitted by | Administrator on 6/20/2017 10:20:17 AM |
| Last modified by | Administrator on 6/20/2017 10:20:17 AM |
| Approved by | Not Available |

© 2017 JPMorgan Chase & Co.