# EXHIBIT D

| Transaction | Date | Amount | Balance | Confirmation | Screenshot |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | $ (50,000.00) | | https://www.awesomescreenshot.com/image/2599135/9a1c09a6e053d9f8e17e0e59a428edc2 |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | $ (73,982.53) | | https://www.awesomescreenshot.com/image/2599132/4dc3737575ea0532967b054ac75cded7 |
| OVERDRAFT ITEM FEE F | 5/31/2017 | $ (35.00) | $ (74,017.53) | | https://www.awesomescreenshot.com/image/2599117/d244933f8e0397dd72b670b2b97ccffa |
| OVERDRAFT ITEM FEE F | 6/1/2017 | $ (25.00) | $ (74,042.53) | | https://www.awesomescreenshot.com/image/2599108/8c41ac0691670a0073712c82173cd4c1 |
| Transfer into CSV | 7/13/2017 | $ 68,669.53 | $ (5,373.00) | 263033 | https://www.awesomescreenshot.com/image/2599097/80a5c863cd38dfd80f9e7adfacb9dd2f |
| Transfer into CSV | 7/13/2017 | $ 5,373.00 | $    - | 373891 | https://www.awesomescreenshot.com/image/2599093/802deb28335d8fdc496ce8a0ee1c5ae5 |
| Umar Farooq | 7/13/2017 | $ (5,060.00) | $ (5,060.00) | | https://www.awesomescreenshot.com/image/2599138/dc2b222095ef5a0d7e681026b5843aca |
| Umar Farooq | 7/15/2017 | $ (5,500.00) | $ (10,560.00) | | https://www.awesomescreenshot.com/image/2599142/64bf28c54d276b0bb352c57a208ebdf6 |
| Transfer into CSV | 7/15/2017 | $ 10,560.00 | $    - | 025672025646014 | https://www.awesomescreenshot.com/image/2599081/51511e0b9d9dc16b95497449a45994f5 |
| Transfer into CSV | 7/20/2017 | $ 3,454.84 | $ 3,454.84 | 365101 | https://www.awesomescreenshot.com/image/2599072/da182ed3ca13188b8cb665bda8bd277b |

Bank of America | Online Banking | Accounts | Accou…    Comment point:

| | 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#… | | c | -50,000.00 |

Start a co…
**Edit Description**
Add a comment …

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902 |
| Send notification to 0 people. Hide | |
| All   **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902   Edit |
| David Gitman | |
| **Transaction category:** ? | Savings & Transfers: Transfers   Edit |

Post Comment    Cancel
Print transaction details

Bank of America | Online Banking | Accounts | Accou…      Comment point:

| | 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#... | | | -23,982.53 |

**Edit Description**

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 |
| **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525   Edit |
| **Transaction category:** | Savings & Transfers: Transfers   Edit |

Print transaction details

Start a conversation
Add a comment

Send notification to 0 people. Hide

    All

    David Gitman

Post Comment    Cancel

Bank of America | Online Banking | Accounts | Accou…                    Comment point:

| | 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE… | | | -35.00 |

**Edit Description**

| | |
|---|---|
| Type: | Bank charge |
| Description: | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003 |
| Merchant name: | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003   Edit |
| Transaction category: ? | Finance: Service Charges/Fees   Edit |

Start a conversation

Print transaction details | What triggered this fee?     Add a comment …

Send notification to 0 people. Hide

- All
- David Gitman

Post Comment     Cancel

Bank of America | Online Banking | Accounts | Accou. .                Comment point:

| 06/01/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE... | | | -35.00 |

**Edit Description**

| | |
|---|---|
| **Type:** | Bank charge |
| **Description:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002 |
| **Merchant name:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002  Edit |
| **Transaction category:** | Finance: Service Charges/Fees  Edit |

Print transaction details | What triggered this fee?

Start a conversation

Add a comment...

Send notification to 0 people. Hide

All

David Gitman

Post Comment    Cancel

Chase Online - Wire Detail                                    Comment point:



Chase Online - Wire Detail

Comment point:

Payments & Transfers > Wire Activity > Wire Detail

**Wire Detail**

○ Print ○ Help with this page

I'd like to...
- Schedule a wire transfer
- See wire activity
- See pending wire activity
- See more choices

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | Dalva Checking (...8685) |

**Wire Details - Sender**

| | |
|---|---|
| Wire amount | 5373.00 U.S. Dollars (USD) |
| Scheduled On | 06/13/2017 at 01:02 PM ET |
| Wire date | 06/13/2017 |
| Message to recipient | |
| Message/Instructions to recipient bank | |
| Memo | |
| Transaction number | 5017854... |
| Fed reference number | 0373891 |
| Status | Completed |
| Submitted by | Administrator on 6/13/2017 1:02:15 PM |
| Last modified by | Not Available on 6/13/2017 1:50:35 PM |
| Approved by | Not Available |

Start a conversation

Add a comment ...

Send notification to 0 people. Hide

Wire Activity    All

David Gitman

Site Feedback

Post Comment    Cancel

Invoice for Cooper Square Ventures (NDAP) on UpCo...     Comment point:



Post Comment     Cancel

Invoice for Cooper Square Ventures (NDAP) on UpCo… Comment point:



Wire Transfers - Citibank                                                                 Comment point:



## Past Wire Detail

| Source Account | XXXXXXXXX741 (Checking) |
|---|---|
| Amount | $10,560.00 |
| Beneficiary | Cooper Square Ventures |
| Beneficiary Account | 483038257345 |
| Bank | BANK OF AMERICA, N.A., NY New York, NY |
| Delivery... | ...25009593 |
| Setup Date | 06/14/2017 |
| Posted Date | 06/15/2017 |
| Reference Number | 0256720256460142811025 |
| Citibank Reference Number | 1650006209 |
| Customer Reference Number | |
| Set up by | DAVID GITMAN |

Send notification to...

All

< Back      David Gitman

Post Comment     Cancel



Chase Online - Wire Detail                                           Comment point:

