# EXHIBIT E

| Service | Account | Status 7/10/17 | Notes 7/10/17 | Status 7/18/17 | Notes 7/18/17 | Owner | Username | Password | Screenshot |
|---|---|---|---|---|---|---|---|---|---|
| G Suite | Admin | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599165/70115ab10fb27b3de16499919135515 |
| G Suite | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599169/00d7412aedb811c0414a027141607a94 |
| G Suite | mdash@carpartkings.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599171/ac5110cee3f1ddeae62aedc42458e7b7 |
| G Suite | mdash@coopersquare.ventures | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599173/a63787584d007ebe2e25584eb59c07fl |
| G Suite | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599176/c22afb07b0d0b1b57c98609dc7d640ab |
| G Suite | mdash@plumburs.com | Confirmed | | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599181/11297817288901c8a58aec505a1f659c4 |
| G Suite | michael@channelreply.com | - | channelreply.com | Confirmed | Forwarded to mic | CR LLC | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599183/9434a52acd1e9e84dcba8e5df8d0c4ace |
| G Suite | partners@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599184/44ba81e69c9a6ecae49fe630add6e570 |
| G Suite | partners@plumburs.com | Confirmed | | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599187/3ca188ce9a1fd36c20a1c47aba04926 |
| G Suite | paypal@coopersqaureventures.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599191/9bbd0ca67330c3d7778464a95d7031f8e31 |
| G Suite | sales@carpartkings.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599194/96a2827e7513f18f7c3febae9b34d25f |
| G Suite | sales@channelreply.com | - | channelreply.com | Confirmed | Forwarded to sup | CR LLC | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599197/a204c71e5060cb2ab8e4f03badb3b72c |
| G Suite | sales@nextdayautoparts.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599200/4719cc7c90f505a4a67d605960c9c3a5 |
| G Suite | support@channelreply.com | - | channelreply.com | Confirmed | Forwarded to sup | CR LLC | ndaponline | Michael's private password, | https://www.awesomescreenshot.com/image/2599202/48d2b3acc5175513b4b3e7727b7c694ff6 |
| Bank Of America | Cooper Square Ventures | Confirmed | | Confirmed | | CSV | ndaponline | Michael's private password, | https://www.awesomescreenshot.com/image/2599209/7ab9f71a4f88d26710a6cfc1d23fa623 |
| Bank Of America | NDAP | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599216/1d6a09476d63ac3ce4fbb334da84b2 |
| 1Password | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599218/453a63aeea6b5a5d6956a356fb6514ca |
| ChargeBee | michael@channelreply.com | - | Moved to was mc | Confirmed | Invite sent to Mke | CR LLC | michael@channelreply.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599236/c905e4eech31d479d52eabce88740ded |
| Stripe | michael@channelreply.com | - | Moved to was mc | Confirmed | Invite sent to Mke | CR LLC | michael@channelreply.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599238/a181138ef7ea2a672cf34e590b4c3899 |
| PayPal | michael@channelreply.com | - | Moved to was mc | Confirmed | Username: CRMICR LLC | CRMDASH17 | ███ | | https://www.awesomescreenshot.com/image/2599243/1b0d1717a5108be9d4d7e18aa6f10276 |
| UpWork | NDAP | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599247/80ecd7b342b2f0c48fc7500dc1a6c6dac |
| UpWork | Cooper Square Ventures | Confirmed | | Confirmed | Invite sent to Mke | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599230/7d4e1e52acedf53ae17b36b9b37011 |
| UpWork | Channel Reply | Confirmed | | Confirmed | Invite sent to Mke | CR LLC | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599251/ebd84a701b5605dd1416299eb1dc72a |
| UpWork | Plumburs | Confirmed | | Confirmed | Invite sent to Mke | Plumburs | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599255/4bed0513b7e2ed6448457d8ad683146 |
| Zendesk | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@coopersquareventures.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599265/28de46c26bc9ad7acd6cc05ea95ed40 |
| Jira | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599269/762d |
| Slack | mikedash1@gmail.com | - | Moved to was mc | Confirmed | | CR LLC | mikedash1@gmail.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599272/a27338eea2a65a1656886de26b7c62d |
| Amazon Seller Central | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599275/0eb19b0e39d4c0c37ef28f709f1c6f51 |
| eBay | carpartkings | Confirmed | | Confirmed | | NDAP | carpartkings | Michael's private password, | https://www.awesomescreenshot.com/image/2599278/7b9ea05071b46ed5502ea70f3ef12f9 |
| Timedoctor | mdash@ndap-llc.com | Confirmed | | Confirmed | Invite sent to Mke | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599286/13cef0225b818c22550775418d9b1514 |
| Timedoctor | mdash@ndap-llc.com | Confirmed | | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599293/988c9e3b5c78828959ac1757626aa6a |
| Amazon Web Services | mdash | Confirmed | | Confirmed | | NDAP | mdash | Michael's private password, | https://www.awesomescreenshot.com/image/2599298/31141590763a2ea1d374e2810601835 |
| Amazon Web Services | mdash | - | | - | | CR LLC | mdash | | https://www.awesomescreenshot.com/image/2599310/1f04e632aafe001f55e15cc4225ae08 |
| American Express | ndapamexonline | Confirmed | | Confirmed | | NDAP | ndapamexonline | Michael's private password, | https://www.awesomescreenshot.com/image/2599347/0936f05d69be4a780c74e34e35c156da2 |
| American Express | ndapamexonline2 | Confirmed | | Confirmed | | CSV | ndapamexonline2 | ███ | | https://www.awesomescreenshot.com/image/2599351/8310c4e139d2b1d6f32d9a6f1c553617 |
| Magento | mdash | Confirmed | | Confirmed | | NDAP | mdash | Michael's private password, | https://www.awesomescreenshot.com/image/2599355/79a6711a9f6cc0e52bdd14bd94210517 |
| Quickbooks | Cooper Square Ventures (mdash@ndap-llc.com) | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599358/c762b38cc5dd5afd095d2be02475a27a |
| Quickbooks | Car Part Kings (mdash@ndap-llc.com) | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | |
| Quickbooks | ChannelReply (mdash@ndap-llc.com) | - | | - | | CR LLC | mdash@ndap-llc.com | | I have no knowledge of this account |
| Quickbooks | Plumburs(mdash@ndap-llc.com) | Confirmed | | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599372/9ebb154a4dd77c2eadb9afa59006464 |
| desk.com | N/A | - | I have no knowle- | | I have no knowle- | | | | |
| GoDaddy | coopersquareventures (mdash@coopersqareven | Confirmed | Invite sent to Mke | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599366/18092908acc29a55c0e3b953f6d276 |
| GoDaddy | ndap (mdash@ndap-llc.com) | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599377/0452e1ad0572aed131a22106f15b2ec19c |
| GoDaddy | Plumburs (mdash@plumburs.com) | Confirmed | Invite sent to Mke | Confirmed | | Plumburs | mdash@plumburs.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599382/114d8882a687ea03e5f91ae2cae31d9b |
| GoDaddy | CR | - | | - | | CR LLC | | | |
| MageMojo | dgitman@ndap-llc.com | Confirmed | | Confirmed | | NDAP | dgitman@ndap-llc.com | Michael's private password, | https://www.awesomescreenshot.com/image/2599382/36905f7049c0bfef1281fa6c59c37197 |
| MageMojo | dgitman@plumburs.com | Confirmed | | Confirmed | | Plumburs | dgitman@plumburs.com | ███ | https://www.awesomescreenshot.com/image/2599384/2ab68ce48c762f8c10c0eb33d0a2175 |
| MailChimp | mikedash1 | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password, | https://www.awesomescreenshot.com/image/2599386/ca777c05afdef4e0054935880baa612e |
| Github | mikedash1 | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password, | https://www.awesomescreenshot.com/image/2599390/12411195bcf6f10d45df3bd134bf8d9 |
| Github | mikedash1 | - | | - | | CSV | mikedash1 | Michael's private password, | https://www.awesomescreenshot.com/image/2599395/a4a4794026ceea057c680a862117b42 |
| Github | mikedash1 | - | | - | | CR LLC | mikedash1 | Michael's private password, | https://www.awesomescreenshot.com/image/2599399/12c642f94a9ab89642933af091159787 |
| Ringcentral | | 6465535918 | Confirmed | | Confirmed | | NDAP | Michael's private password, | https://www.awesomescreenshot.com/image/2599401/64a15a702eb17c56f999c2e8ef67734 |
| join.me | N/A | - | I have no knowle- | | I have no knowle- | | | | I have no knowledge of this account |