# EXHIBIT F

| | |
|---|---|
| **From:** | Ditlow, Lindsay F. |
| **Sent:** | Tuesday, June 20, 2017 11:33 AM |
| **To:** | bguaglardi@adgmlaw.com; Evan Ostrer (eostrer@adgmlaw.com) |
| **Cc:** | Cousin, Brian S.; Meredith, Mark D. |
| **Subject:** | Dardashtian v. Gitman |
| **Attachments:** | Transfer of CR Stripe Account.pdf; C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf; Chase Wire 5018259559.pdf |

Barry,

In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:

1. Transferred the Channel Reply Stripe Account (see account notice change attached).
2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of. (See June 19, 2017 Affidavit of David Gitman, Exh. D).
3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc. It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware. I will provide you a copy of the dissolution certificate as soon as it becomes available.
4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached). Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.

Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order. If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.

Best regards,
Lindsay


**DENTONS** **Lindsay F. Ditlow**

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**Ditlow, Lindsay F.**

**Subject:** FW: Your bank account has changed

---------- Forwarded message ----------
From: Stripe <support@stripe.com>
Date: Mon, Jun 19, 2017 at 7:12 PM
Subject: Your bank account has changed
To: <david@channelreply.com>


A request to update the USD bank account associated with your Stripe account (ChannelReply) was successfully confirmed by email. Your bank account was successfully changed from one with an account number ending in 7775 to one with an account number ending in 7345.

If you did not request this change, please let us know immediately by replying to this email.

Thank you,

The Stripe Team

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| CHANNELREPLY INC. | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6427452 | 2017/05/30 | |

**PRINCIPAL PLACE OF BUSINESS**
100 STERLING PL APT 1
BROOKLYN, NY 11217

**PHONE NUMBER**
(646)878-9184

**REGISTERED AGENT**
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9018442

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DAVID GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| DAVID GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DAVID GITMAN<br>100 STERLING PL APT 1<br>BROOKLYN, NY 11217 US | 2017/06/20 | PRESIDENT |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |
| FILE NUMBER | FEDERAL EMPLOYER ID NO. | |
| 6427452 | 82-173048 | |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.          DEC. 31st.

Date(s) of Inactivity
From        To
2017/06/19  2017/06/20

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |

# Chase Online

## Review this request — Read and confirm the details for this wire request.
Click "Wire Activity" to go back on the Activity page.

### Wire Details

### Account Details

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | ChannelReply Checkin (...7775) |

### Wire Details - Sender

| | |
|---|---|
| Wire amount | 3454.84 U.S. Dollars (USD) |
| Scheduled On | 06/20/2017 at 10:20 AM ET |
| Wire date | 06/20/2017 |
| Message to recipient | |
| Message/instructions to recipient bank | |
| Memo | |
| Transaction number | 5018259559 |
| Fed reference number | N/A |
| Status | In Transit |
| Submitted by | Administrator on 6/20/2017 10:20:17 AM |
| Last modified by | Administrator on 6/20/2017 10:20:17 AM |
| Approved by | Not Available |

© 2017 JPMorgan Chase & Co.