# EXHIBIT I

| | |
|---|---|
| **From:** | Ditlow, Lindsay F. |
| **Sent:** | Tuesday, June 20, 2017 7:47 PM |
| **To:** | 'Barry Guaglardi' |
| **Cc:** | 'Evan Ostrer'; Cousin, Brian S.; Meredith, Mark D. |
| **Subject:** | RE: Dardashtian v. Gitman |
| **Attachments:** | Status 2017062002.docx; 20170620_001.pdf |

Barry,

  Thank you for this additional information.  It was helpful and Mr. Gitman continues his efforts to comply with all orders.  Attached please find information resolving the account issues which Mr. Dardashtian raised as well as screenshots where necessary to show access is granted.  Please review with your client and confirm all account issues have been resolved.

Additionally, attached please find a deposit receipt for the BAP check.

In regards to the CSV Bank account, Mr. Gitman is prepared to provide a full accounting once the CR Inc. bank account is closed.  As mentioned earlier, because of pending transactions, the bank will not currently close the account.

Mr. Gitman has not filed a trademark application for ChannelReply or any similar name.

Please advise if the above resolves the issues you set forth below.

Best regards,
Lindsay


大成 DENTONS    **Lindsay F. Ditlow**

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 6:01 PM
**To:** Ditlow, Lindsay F.
**Cc:** Evan Ostrer; Cousin, Brian S.
**Subject:** FW: Dardashtian v. Gitman

Lindsay

1

Attached is a detailed list of the accounts my client cannot access despite your client's contention that he has fully restored access in accordance with Judge Stanton's specific order. Also attached is an explanation why, along with a detailed accounting of what is missing from the CSV Bank of America account.

In addition, BAP issued CSV a check for Gitman's travels that were paid for by CSV. This check was deposited and returned for insufficient funds. I was informed by the CEO of BAP that Gitman asked that such check be canceled and reissued directly to him. That amount is $3,651.84 and should be immediately redeposited by your client into the CSV account.

As is clear from the attached, your client continues to refuse to return all issues back to the Plaintiffs' May 26, 2017 condition as per the Court's order. This will be addressed with the Court at tomorrow's hearing and the appropriate relief will be sought.

I further overheard your client indicate on the record before Judge Stanton yesterday, when he contended that the tradename ChannelReply was not owned by Plaintiffs, that he obtained a trademark on the name ChannelReply. If that is the case, and he, without authorization of the Plaintiffs, trademarked the name ChannelReply for his or another's benefit, it will be the basis for another cause of action and another restraint and application to the Court. Please confirm immediately if this action was taken, and, if so, provide copies of the trademark application, the registration for same, all documents relating thereto, so that we may determine how to handle that situation as well. If I misheard your client, then please confirm the nonexistence of such application for a trademark of the name ChannelReply or any other confusingly similar name.

Thank you.

Barry Guaglardi



Barry S. Guaglardi, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP
Mack Centre I
365 W. Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
www.adgmlaw.com
(201) 947-4100 Work
(201) 947-1010 Fax
(201) 374-9087 Direct Dial
(201) 214 -5035 Cell

The information contained in this electronic mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication and, as such, privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received

this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by telephone at (201)947-4100, and return the original to us by mail. Although this e-mail and any attachments are believed to be free of any viruses or other defect that might affect other computer systems, it is the responsibility of the recipient to ensure that it is virus free, and Arturi, D'Argenio, Guaglardi & Meliti, LLP disclaims all responsibility for any loss or damage arising from its use. Should you have any questions about or problems with this transmission please contact the sender at the number shown above. Thank you.

Email – Do not have direct access to Michael@channelreply.com he has simply forwarded my emails to an alternative email address, this does not give me the ability to access or control my own email as I did prior.  All Gsuite accounts must be moved back to the parent account of NDAP-LLC.

  Gsuite has not been moved back to NDAP-LLC it is still a new account created by David not as it was May 26, 2017

Hello Michael Dardashtian,

You have a new account at channelreply.com
Account details:

Username
michael@channelreply.com

Password

Start using your new account by signing in at https://www.google.com/accounts/AccountChooser?Email=michael@channelreply.com&continue=https://apps.google.com/user/hub



Slack – Not currently invited as Michael@channelreply.com, now invited as mikedash1@gmail.com - not as it was May 26, 2017

Fixed



Zendesk (ChannelReply) - Not currently invited as Michael@channelreply.com, now invited as mdash@coopersquareventures.com - not as it was May 26, 2017     | Field Code Changed |
                                                                                                                                                                          | Field Code Changed |

Fixed

Godaddy – All new accounts created with varying levels of Authorization, no direct access to the username NDAP which is our companies account and login - not as it was May 26, 2017 (Still no ChannelReply.com anywhere in any of the accounts)

Michael has the same access he did on May 26th. Here is proof that he has access to channelreply.com



Stripe – Access Granted
All company information in Stripe is incorrect, still states ChannelReply, Inc instead of Cooper Square Ventures, LLC with ChannelReply inc address. Not as it was May 26, 2017

Fixed



Chargebee – Cannot access as was granted to Michael@channelreply.com but makes me login through my google account login (gsuite account) and there is none associated as of now.  Not as it was May 26, 2017
Fixed



Github – Access Granted

PayPal – Cannot access paypal@coopersquareventures.com login as I did prior to May prior to May 26, 2017

Try paypal@coopersquareventures.com / sMiEzGtUq&YbRWXD9eko. Two factor authentication has been disabled.

Upwork Account – Access Granted
Okay

Amazon Seller Central – cannot access mdash@ndap-llc.com account
     cannot access Michael@channelreply.com account
     cannot access mdash+eu@ndap-llc.com account
on May 26th these accounts were the access points for all ChannelReply MWS details and information

**mdash@ndap-llc.com** - I don't know the password for this mdash@ndap-llc.com and don't have the access to reset it. Michael can easily reset his password by going to https://sellercentral.amazon.com and clicking on "Forgot your password"?

**michael@channelreply.com** I was able to login with the password [REDACTED]



# Verifying it's you

For your security, we need to verify your identity. We've sent a code to the email michael@channelreply.com. Please enter it below.

**Enter code**

Continue

Resend code

Conditions of Use    Privacy Notice    Help

© 1996-2017, Amazon.com, Inc. or its affiliates

**mdash+eu@ndap-llc.com** I was able to login with the password ▮▮▮▮▮▮

**Formatted:** Font: Bold



AWS – cannot access NDAP or ChannelReply AWS accounts  - no login provided or email invitation provided.
NDAP
https://ndap.signin.aws.amazon.com/console
Username: mdash
Password reset to: ███████████



ChannelReply
https://channelreply.signin.aws.amazon.com/console
Username: mdash
Password reset to:

Magento – cannot access Magento account (username mdash) no way to reset password
https://www.carpartkings.com//RoundTable/

Username: mdash
Password reset to:



# Bank of America

Get the Mobile Banking app. Learn more at bankofamerica.com/banksecure

For Customer Service Call
844.401.8500

06/20/17   19:12   INYN4396
XXXXXXXX7134
*7TH AVE & UNION ST
BROOKLYN   NY

Deposit to
PRIMARY                           Checking

Ser. No. 5193
Check Amount                      $3,651.84



Part of the check image has been
obscured for security reasons

| | |
|---|---:|
| Total Deposit | $3,651.84 |
| Credit Pending, Posts On | 06/20/17 |
| Available Now | $0.00 |
| Available Balance | $80,819.85 |

Member FDIC

00-14-3675B (06-2006)
February 2017

00-14-3675B (06-2006)
February 2017