# EXHIBIT A

# State of Delaware
## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6427452 | 2017/05/30 | |

PRINCIPAL PLACE OF BUSINESS
100 STERLING PL APT 1
BROOKLYN, NY 11217

PHONE NUMBER
(646)878-9184

REGISTERED AGENT
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

AGENT NUMBER
9018442

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DAVID   GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| DAVID   GITMAN | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DAVID   GITMAN<br>100 STERLING PL APT 1<br>BROOKLYN, NY 11217 US | 2017/06/20 | PRESIDENT |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 6427452 | 82-173048 |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.                    DEC. 31st.

Date(s) of Inactivity
From         To
2017/06/19   2017/06/20

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |