# EXHIBIT D

| Transaction | Date | Amount | Balance | Confirmation | Screenshot |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | $ (50,000.00) | | https://www.awesomescreenshot.com/image/2599135/9a1c09a6e053d9f8e17e0e59a428edc2 |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | $ (73,982.53) | | https://www.awesomescreenshot.com/image/2599132/4dc3737575ea0532967b054ac75cded7 |
| OVERDRAFT ITEM FEE F | 5/31/2017 | $ (35.00) | $ (74,017.53) | | https://www.awesomescreenshot.com/image/2599117/d244933f8e0397dd72b670b2b97ccffa |
| OVERDRAFT ITEM FEE F | 6/1/2017 | $ (25.00) | $ (74,042.53) | | https://www.awesomescreenshot.com/image/2599108/8c41ac0691670a0073712c82173cd4c1 |
| Transfer into CSV | 7/13/2017 | $ 68,669.53 | $ (5,373.00) | 263033 | https://www.awesomescreenshot.com/image/2599097/80a5c863cd38dfd80f9e7adfacb9dd2f |
| Transfer into CSV | 7/13/2017 | $ 5,373.00 | $ - | 373891 | https://www.awesomescreenshot.com/image/2599093/802deb28335d8fdc496ce8a0ee1c5ae5 |
| Umar Farooq | 7/13/2017 | $ (5,060.00) | $ (5,060.00) | | https://www.awesomescreenshot.com/image/2599138/dc2b222095ef5a0d7e681026b5843aca |
| Umar Farooq | 7/15/2017 | $ (5,500.00) | $ (10,560.00) | | https://www.awesomescreenshot.com/image/2599142/64bf28c54d276b0bb352c57a208ebdf6 |
| Transfer into CSV | 7/15/2017 | $ 10,560.00 | $ - | 025672025646014 | https://www.awesomescreenshot.com/image/2599081/51511e0b9d9dc16b95497449a45994f5 |
| Transfer into CSV | 7/20/2017 | $ 3,454.84 | $ 3,454.84 | 365101 | https://www.awesomescreenshot.com/image/2599072/da182ed3ca13188b8cb665bda8bd277b |

Bank of America | Online Banking | Accounts | Accou…                    Comment point:

| | 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#… | | | C | -50,000.00 |

Start a co…
**Edit Description**
Add a comment …

| **Type:** | Transfer |
| **Description:** Send notification to 0 people. Hide | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902 |
| All **Merchant name:** David Gitman | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 2589533902   Edit |
| **Transaction category:** ? | Savings & Transfers: Transfers   Edit |

Post Comment   Cancel
Print transaction details

Bank of America | Online Banking | Accounts | Accou...  Comment point:

| ☑ 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#... | | | -23,982.53 |

**Edit Description**

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 |
| **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525   Edit |
| **Transaction category:** ❓ | Savings & Transfers: Transfers   Edit |

Start a conversation
Add a comment

Print transaction details

Send notification to 0 people. Hide

○ All
○ David Gitman

Post Comment    Cancel

Bank of America | Online Banking | Accounts | Accou…     Comment point:

| ▼ | 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE… | | | -35.00 |

**Edit Description**

| | |
|---|---|
| **Type:** | Bank charge |
| **Description:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003 |
| **Merchant name:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003   Edit |
| **Transaction category:** ? | Finance: Service Charges/Fees   Edit |

Start a conversation

Print transaction details | What triggered this fee?   Add a comment …

Send notification to 0 people. Hide

○ All
○ David Gitman

Post Comment     Cancel

Bank of America | Online Banking | Accounts | Accou. .                    Comment point:

| 06/01/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE... | | | -35.00 |

**Edit Description**

| **Type:** | Bank charge |
| **Description:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002 |
| **Merchant name:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002   Edit |
| **Transaction category:** | Finance: Service Charges/Fees   Edit |

Print transaction details | What triggered this fee?         Start a conversation

Add a comment...

Send notification to 0 people. Hide

All

David Gitman

Post Comment     Cancel

Chase Online - Wire Detail                                      Comment point:



Chase Online - Wire Detail                                                     Comment point:

Payments & Transfers > Wire Activity > Wire Detail

**Wire Detail**                              Print   Help with this page    I'd like to...
                                                                             › Schedule a wire transfer
Review this request — Read and confirm the details for this wire request. Click   › See wire activity
"Wire Activity" to go back on the Activity page.                             › See pending wire activity
                                                                             › See more choices

**Wire Details**

**Account Details**

Wire to    Cooper Square Ventures(...7345)
Wire from  Dalva Checking (...8685)

**Wire Details - Sender**

Wire amount   5373.00 U.S. Dollars (USD)
Scheduled On  06/13/2017 at 01:02 PM ET
Wire date     06/13/2017
Message to recipient
Message/Instructions to recipient bank
Memo
Transaction number   5017854...       **Start a conversation**
Fed reference number 0373891
Status        Completed               Add a comment ...
Submitted by  Administrator on 6/13/2017 1:02:15 PM
Last modified by  Not Available on 6/13/2017 1:50:35 PM
Approved by   Not Available

                                      Send notification to 0 people. Hide

        Wire Activity          All

                               David Gitman

                                                                             Site Feedback

                              Post Comment    Cancel

Invoice for Cooper Square Ventures (NDAP) on UpCo...    Comment point:



Invoice for Cooper Square Ventures (NDAP) on UpCo…     Comment point:



Wire Transfers - Citibank                                                                 Comment point:



Start a conversation

Add a comment

Send notification to  conversation

All

David Gitman



Chase Online - Wire Detail                                              Comment point:

