# EXHIBIT E

| Service | Account | Status 7/10/17 | Notes 7/10/17 | Status 7/18/17 | Notes 7/18/17 | Owner | Username | Password | Screenshot |
|---|---|---|---|---|---|---|---|---|---|
| G Suite | Admin | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | mdash@carpartkings.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | mdash@coopersquare.ventures | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | mdash@plumburs.com | Confirmed | Forwarded to mic... | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | michael@channelreply.com | Confirmed | channelreply.com | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | partners@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | partners@plumburs.com | Confirmed | | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | paypal@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | sales@carpartkings.com | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | sales@channelreply.com | - | channelreply.com | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | sales@nextdayautoparts.com | Confirmed | Forwarded to sup... | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| G Suite | support@channelreply.com | Confirmed | channelreply.com | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Bank Of America | Cooper Square Ventures | Confirmed | | Confirmed | | CSV | ndaponline | | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Bank Of America | NDAP | Confirmed | | Confirmed | | CSV | ndaponline | Michael's private password | https://www.awesomescreenshot.com/image/... |
| 1Password | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| ChargeBee | michael@channelreply.com | - | Invite sent to Mac... | Confirmed | Moved to was mc... | CR LLC | michael@channelreply.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Stripe | michael@channelreply.com | - | Invite sent to Mac... | Confirmed | Moved to was mc... | CR LLC | michael@channelreply.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| PayPal | michael@channelreply.com | - | Username: CRMICR... | Confirmed | Moved to was mc... | CR LLC | CRMDASH17 | Michael's private password | ■ |
| NDAP | | | | | | | | | |
| UpWork | Cooper Square Ventures | Confirmed | Invite sent to Mac... | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| UpWork | Channel Reply | Confirmed | Invite sent to Mac... | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| UpWork | Plumburs | Confirmed | Invite sent to Mac... | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Zendesk | mdash@coopersquareventures.com | Confirmed | | Confirmed | | NDAP | mdash@coopersquareventures.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Jira | mdash@ndap-llc.com | - | Moved to was mc... | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Slack | mikedash1@gmail.com | Confirmed | | Confirmed | | NDAP | mikedash1@gmail.com | Michael's private password | ■ |
| Amazon Seller Central | mdash@ndap-llc.com | Confirmed | Invite sent to Mac... | Confirmed | | NDAP | carpartkings | Michael's private password | https://www.awesomescreenshot.com/image/... |
| eBay | carpartkings | Confirmed | | Confirmed | | NDAP | carpartkings | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Timedoctor | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Timedoctor | mdash@ndap-llc.com | Confirmed | | | | CR LLC | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Amazon Web Services | mdash | Confirmed | | | | CR LLC | mdash | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Amazon Web Services | mdash | Confirmed | | | | NDAP | mdash | Michael's private password | https://www.awesomescreenshot.com/image/... |
| American Express | ndapamexonline | Confirmed | | Confirmed | | NDAP | ndapamexonline | Michael's private password | https://www.awesomescreenshot.com/image/... |
| American Express | ndapamexonline2 | Confirmed | | Confirmed | | NDAP | ndapamexonline2 | Michael's private password | ■ |
| Magento | mdash | - | | Confirmed | | CR LLC | mdash | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Quickbooks | Cooper Square Ventures (mdash@ndap-llc.com) | Confirmed | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Quickbooks | Car Part Kings (mdash@ndap-llc.com) | - | | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Quickbooks | ChannelReply (mdash@plumburs.com) | - | | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password | ■ |
| Quickbooks | Plumburs(mdash@ndap-llc.com) | - | | Confirmed | | Plumburs | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| N/A | | - | I have no knowle... | - | I have no knowledge of this account | | | | I have no knowledge of this account |
| GoDaddy | coopersquareventures (mdash@coopersquareventures.com) | Confirmed | Invite sent to Mac... | Confirmed | | CSV | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| GoDaddy | ndap (mdash@ndap-llc.com) | Confirmed | Invite sent to Mac... | Confirmed | | NDAP | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| GoDaddy | Plumburs (mdash@plumburs.com) | Confirmed | Invite sent to Mac... | Confirmed | | CR LLC | mdash@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| GoDaddy | CR | Confirmed | | Confirmed | | NDAP | dgilman@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| MageMojo | dgilman@ndap-llc.com | Confirmed | | Confirmed | | NDAP | dgilman@ndap-llc.com | Michael's private password | https://www.awesomescreenshot.com/image/... |
| MageMojo | dgilman@plumburs.com | Confirmed | | Confirmed | | Plumburs | dgilman@plumburs.com | Michael's private password | ■ |
| MailChimp | mikedash1 | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Github | mikedash1 | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Github | mikedash1 | Confirmed | | Confirmed | | CSV | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/image/... |
| Github | mikedash1 | | | | | CR LLC | mikedash1 | Michael's private password | ■ |
| Ringcentral | | 6465553918 | Confirmed | Confirmed | | NDAP | | | https://www.awesomescreenshot.com/image/... |
| N/A | | - | I have no knowle... | - | I have no knowle... | | | | I have no knowledge of this account |