UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>          Plaintiffs,<br><br>   -against-<br><br>DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>          Defendants. | Case No. 17 CV 4327 (LLS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark D. Meredith of the law firm Dentons US LLP hereby enters his appearance as counsel for Defendants David Gitman, Dalva Ventures, LLC and Channel Reply, Inc. in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:  June 21, 2017

                                        Respectfully submitted,

                                          /s/Mark D. Meredith
                                       Mark D. Meredith
                                       Dentons US LLP
                                       1221 Avenue of the Americas, Suite 2500
                                     New York, New York 10020
                                     Telephone: (212) 768-6700
                                     Fax:  (212) 768-6800
                                     mark.meredith@dentons.com
                                     *Attorneys for Defendants David Gitman,*
                                     *Dalva Ventures, LLC and Channel Reply, Inc.*