Konstantyn Bagaev
Chelobit`evskoe ave, 12 bl 5, apt 54
Moscow, Russia, 127495
+79256441995
doomerb@gmail.com

June 20th, 2017

David Gitman
Chief Technology Officer
ChannelReply

Dear Mr Gitman:

I am writing to inform you that I am leaving ChannelReply, effective today, June 20th, 2017. Although I have so enjoyed founding and working on ChannelReply from idea to success, the recent events clearly show me that there is no future for me in working with Michael Dardashtian. Please let me know when I will receive my final payment.

Despite having to leave, I deeply appreciate the opportunities you've provided with me during my time at ChannelReply. I am very grateful for all of your assistance along the way.

Please do not hesitate to be in touch if there is opportunity to work on ChannelReply or any other project without Michael Dardashtian.

Once again, thank you so much for the opportunity to be a part of ChannelReply from its beginning. I do hope that we can stay in touch as business colleagues, and I look forward to working with you again in the future should the opportunity present itself. Many thanks for your understanding.

Sincerely,

Konstantyn Bagaev

Oleksii Glukharev
Akhsarova str, 11-a, 138
Kharkov, Ukraine, 61202
+380509119315
aleksey@webtec.com.ua

June 20th, 2017

David Gitman
Chief Technology Officer
ChannelReply

Dear Mr Gitman:

I am writing to inform you that I am leaving ChannelReply, effective today, June 20th, 2017. Although I have so enjoyed founding and working on ChannelReply from idea to success, the recent events clearly show me that there is no future for me in working with Michael Dardashtian. Please let me know when I will receive my final payment.

Despite having to leave, I deeply appreciate the opportunities you've provided with me during my time at ChannelReply. I am very grateful for all of your assistance along the way.

Please do not hesitate to be in touch if there is opportunity to work on ChannelReply or any other project without Michael Dardashtian.

Once again, thank you so much for the opportunity to be a part of ChannelReply from its beginning. I do hope that we can stay in touch as business colleagues, and I look forward to working with you again in the future should the opportunity present itself. Many thanks for your understanding.

Sincerely,

*[signature]*

Oleksii Glukharev.

# Jacob Bennett

Lead Software Developer at Wilber Group

**Email:** me@jakebennett.net

*I am an energetic and enthusiastic person with a passion for learning and excellent work. I enjoy and excel at solving difficult problems with pragmatic and expressive programming practices.*

## EXPERIENCE

### Lead Software Developer
*April 2014 - Present*

My responsibilities at the Wilber Group are the development and maintenance of companywide systems that help to standardize and streamline the flow of data between departments as well as between us and our clients. I am also the lead for our software development team and am responsible for delegating tasks to our team and managing their progress.

Through these efforts, I have been able to automate many of the processes that previously required multiple full time employees.

Primary Tools:
Backend: PHP + Laravel Framework
Database: MySQL, Sequel Pro
FrontEnd: HTML, CSS, SASS, Less, Javascript, JQuery, VueJs
Design Work: Adobe Photoshop, Adobe Illustrator
Code Editors: SublimeText, PHPStorm
Additional Tools: Git

### Spread Truth Ministries, Inc
*April 2013 - Present*

Web Designer / Developer

My main responsibilities include responsive web development and design from wireframes to final product delivery. I am also the development lead for web and hybrid apps. My secondary responsibilities include video production, graphic design, and assistance with creative direction.

Primary Tools: HTML, CSS, SCSS (Sass), Javascript, ZURB Foundation, Twitter Bootstrap, Jquery, PhoneGap, PHP, CodeIgniter, MySQL, Laravel. Additional Tools: Adobe Illustrator, Adobe Photoshop, Final Cut Pro X, Apple Motion, XCode, Android SDK, Sublime Text, Grunt, Gulp, Git

### Web Designer and Developer
*2005 - Present*

I design and develop custom web marketing solutions for small businesses and individuals. I enjoy creating minimalist designs that are clean, functional and emotionally connected.

Primary Tools: PHP, CodeIgniter, MySQL, HTML, CSS, Javascript, JQuery, Adobe Photoshop, Adobe InDesign, Adobe Illustrator, SublimeText2, Laravel, Git, Grunt

### Wilber Group
*April 2012 - April 2013 (1 year)*

Information Systems Analyst and Branding Manager

I was responsible for the maintenance and development of our internal network infrastructure, as well as any peripherals and software connected to or associated with that network. In addition, I am also responsible for brand development, and marketing strategies.

My biggest contribution to Wilber has been the process and efficiency improvements we have been able to bring about through the development of internal web applications. During process audits of specific departments, we found key tasks that were able to be partially or fully automated with the use of technology. The suite of (15+) web applications that we built allowed the company to cut the time spent on daily repetitive tasks in four different departments by more than half.

It was our goal to not only make these applications functional and incredibly efficient, but also extremely intuitive, well designed and fun. Each of these goals were met and exceeded for every application through performance benchmarking, user testing, and rigorous error checking. The importance of these applications cannot be overstated as they have allowed Wilber to increase work volume and profitability while maintaining a very reasonable employee work load.

Specialties:
Windows Server, Exchange Server, Microsoft Windows, Desktop Support, Columbia Ultimate, SpiceWorks, Universe U2, Troubleshooting, Networking, Wireless Networking, SonicWall, Cabling.

Languages and libraries I know:
PHP, CodeIgniter, MySQL, HTML, CSS, JQuery

Tasks I am GREAT at:
User training and support, custom web apps and UI design, web design and development

## Funbelievable Balloons, Inc.
*April 2009 - January 2012 (2 years 9 months)*

Marketing and Business Development Consultant

I was responsible for creating the website, mobile site, apparel, business cards and helping to manage the brand of FBBalloons as a whole.

## Customer Service Representative
*September 2008 - January 2009 (4 months)*

Responded to customer complaints, custom requests, online orders, or comments via e-mail and telephone. Also helped to manage the front desk which handled returns, exchanges and custom orders.

# EDUCATION
## Maranatha Baptist University
*2003 - 2008*

B.Sc, Secondary Mathematics Education,
Activities and Societies: Freshman class activities director, Intermural sports captain, Video production

# VOLUNTEER
## Laravel News Podcast
*Feb 2017 - Present*

The Laravel News Podcast covers all the latest happenings in the Laravel framework and community along with package reviews, tutorials and more. I help co-host and coordinate topics for the Laravel News Podcast on a biweekly basis.

http://laravel-news.com/podcast

## North Meets South Web Podcast
*Jun 2016 - Present*

A biweekly podcast where we discuss the challenges we face as programmers in our daily work lives.

http://northmeetssouth.audio