EXHIBIT B

**Evan Ostrer**

**From:** Ditlow, Lindsay F. <lindsay.ditlow@dentons.com>
**Sent:** Tuesday, June 20, 2017 11:33 AM
**To:** Barry Guaglardi; Evan Ostrer
**Cc:** Cousin, Brian S.; Meredith, Mark D.
**Subject:** Dardashtian v. Gitman
**Attachments:** Transfer of CR Stripe Account.pdf; C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf; Chase Wire 5018259559.pdf

Barry,
In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:

1. Transferred the Channel Reply Stripe Account (see account notice change attached).
2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of. (See June 19, 2017 Affidavit of David Gitman, Exh. D).
3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc. It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware. I will provide you a copy of the dissolution certificate as soon as it becomes available.
4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached). Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.

Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order. If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.

Best regards,
Lindsay

大成 DENTONS Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**Ditlow, Lindsay F.**

**Subject:** FW: Your bank account has changed

---------- Forwarded message ---------
From: Stripe <support@stripe.com>
Date: Mon, Jun 19, 2017 at 7:12 PM
Subject: Your bank account has changed
To: <david@channelreply.com>

A request to update the USD bank account associated with your Stripe account (ChannelReply) was successfully confirmed by email. Your bank account was successfully changed from one with an account number ending in 7775 to one with an account number ending in 7345.

If you did not request this change, please let us know immediately by replying to this email.

Thank you,

The Stripe Team

## Chase Online

**Review this request** — Read and confirm the details for this wire request.
Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | ChannelReply Checkin (...7775) |

**Wire Details - Sender**

| | |
|---|---|
| Wire amount | 3454.84 U.S. Dollars (USD) |
| Scheduled On | 06/20/2017 at 10:20 AM ET |
| Wire date | 06/20/2017 |
| Message to recipient | |
| Message/instructions to recipient bank | |
| Memo | |
| Transaction number | 5018259559 |
| Fed reference number | N/A |
| Status | In Transit |
| Submitted by | Administrator on 6/20/2017 10:20:17 AM |
| Last modified by | Administrator on 6/20/2017 10:20:17 AM |
| Approved by | Not Available |

© 2017 JPMorgan Chase & Co.

# State of Delaware

## Annual Franchise Tax Report

CORPORATION NAME
CHANNELREPLY INC.

TAX YR.
2017

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6427452 | 2017/05/30 | |

PRINCIPAL PLACE OF BUSINESS
100 STERLING PL APT 1
BROOKLYN, NY 11217

PHONE NUMBER
(646)878-9184

REGISTERED AGENT
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

AGENT NUMBER
9018442

AUTHORIZED STOCK

| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DAVID GITMAN | 100 STERLING PL APT 1 BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| DAVID GITMAN | 100 STERLING PL APT 1 BROOKLYN, NY 11217 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)
DAVID GITMAN
100 STERLING PL APT 1
BROOKLYN, NY 11217 US

DATE
2017/06/20

TITLE
PRESIDENT

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 6427452 | 82-173048 |

| ASSETS FOR REGULATED INVESTMENT CORPS | |
|---|---|
| JAN. 1st. | DEC. 31st. |
| | |

| Date(s) of Inactivity From | To |
|---|---|
| 2017/06/19 | 2017/06/20 |

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |

**Evan Ostrer**

**From:** Ditlow, Lindsay F. <lindsay.ditlow@dentons.com>
**Sent:** Tuesday, June 20, 2017 12:35 PM
**To:** Barry Guaglardi
**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** RE: Dardashtian v. Gitman

Barry,

Other than finalizing the closing of the CR Inc. bank account and forwarding the certificate of dissolution as described below, Mr. Gitman has taken the steps to comply with the Court's Orders of June 8, June 9 and Judge Stanton's verbal order yesterday, as detailed in his affidavit and in my e-mail to you below. If there are things you contend still have not been completed, please provide specifics so that Mr. Gitman can take any additional actions necessary to try and resolve the items identified by you. Judge Stanton directed Mr. Gitman to work with plaintiffs to ensure compliance. Your response below does not facilitate such efforts. As requested, please promptly identify and detail any outstanding actions plaintiffs contend Mr. Gitman must take to comply with the court orders so that Mr. Gitman may address these points in a timely fashion before tomorrow's hearing.

Best regards,
Lindsay

大成DENTONS Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 12:18 PM
**To:** Ditlow, Lindsay F.
**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** Re: Dardashtian v. Gitman

Lindsay

As you know from Judge Stanton's verbal order yesterday, there is no compliance until the status quo as it existed on May 26, 2017 in all of Plaintiffs' Companies is fully and completely restored and returned to in each and every respect, and further until there is full and complete compliance with this Court's OSC dated June 8, as amended on June 9 and yesterday's verbal order of Judge Stanton.

Please guide your client accordingly as there will be no exceptions.

When you have provided proof, as the court directed, of everything being restored and returned to the manner in which it existed prior to your client's alteration of same, and proof of full and complete compliance with the Court's several orders, we will at that time review your proof and respond accordingly. We will not review things on a piecemeal basis.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 20, 2017, at 11:33 AM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

Barry,
In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:

1. Transferred the Channel Reply Stripe Account (see account notice change attached).
2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of. (See June 19, 2017 Affidavit of David Gitman, Exh. D).
3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc. It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware. I will provide you a copy of the dissolution certificate as soon as it becomes available.
4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached). Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.

Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order. If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.

Best regards,
Lindsay

<image001.png>

Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

<Transfer of CR Stripe Account.pdf>

<C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf>

<Chase Wire 5018259559.pdf>

**Evan Ostrer**

**From:** Ditlow, Lindsay F. <lindsay.ditlow@dentons.com>
**Sent:** Tuesday, June 20, 2017 4:13 PM
**To:** Barry Guaglardi
**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** RE: Dardashtian v. Gitman
**Attachments:** Dardashtian Account Access Information.xlsx; CHANNELREPLY INC. -DE Dissolution Evidence.pdf; Dardashtian v Gitman 17 cv 4327 TRO B Worksheet.pdf

Barry,

Attached please find a spreadsheet detailing all account information, including login and password information for Mr. Dardashtian. Many of the passwords are Mr. Dardashtian's private passwords. If he has any problem logging in he can use the "forgot my password" function and reset through normal channels, as the accounts are tied to his e-mail address. Additionally, please find the CR Inc. State of Delaware Certificate of Dissolution as well as an outline of all recent money transfers regarding the CSV Bank of America bank account. As noted in Mr. Gitman's affidavit yesterday, the current balance of that account is over $80,000 (it was approximately $73,000 on or May 27). Please review the attached, and let us know as soon as possible if there is anything else you believe Mr. Gitman is required to do to comply with the court orders.

Best regards,
Lindsay

DENTONS Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 1:22 PM
**To:** Ditlow, Lindsay F.
**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** Re: Dardashtian v. Gitman

Lindsay

Please identify, in detail, all of the actions taken by your client to comply with the Court's orders, so we can review same with our client. Please include all new passwords, login and access information so that my client has the ability to confirm whether your client has taken all such actions as have been ordered by the Court.

As you know, there were representations by your client in his prior certification to the Court that he previously took all such actions that were necessary to comply with the Court's June 8 and 9 Orders, and a great deal of unnecessary time was expended by my client and my firm to confirm the accuracy of your client's representations and to demonstrate that same were untrue. We don't want to repeat that exercise without the proof as to what actions were actually taken.

The court was clear yesterday that the burden is on your client to establish compliance, not mine.

So rather than ask if there is anything else your client needs to do, please specify, in detail, what actions he has taken, and provide all necessary information, including passcodes, login and access information so our client can verify same.

We will continue to cooperate, but need the above information to do so.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 20, 2017, at 12:34 PM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

Barry,

Other than finalizing the closing of the CR Inc. bank account and forwarding the certificate of dissolution as described below, Mr. Gitman has taken the steps to comply with the Court's Orders of June 8, June 9 and Judge Stanton's verbal order yesterday, as detailed in his affidavit and in my e-mail to you below. If there are things you contend still have not been completed, please provide specifics so that Mr. Gitman can take any additional actions necessary to try and resolve the items identified by you. Judge Stanton directed Mr. Gitman to work with plaintiffs to ensure compliance. Your response below does not facilitate such efforts. As requested, please promptly identify and detail any outstanding actions plaintiffs contend Mr. Gitman must take to comply with the court orders so that Mr. Gitman may address these points in a timely fashion before tomorrow's hearing.

Best regards,
Lindsay

<image001.png>

Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 12:18 PM
**To:** Ditlow, Lindsay F.

**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** Re: Dardashtian v. Gitman

Lindsay

As you know from Judge Stanton's verbal order yesterday, there is no compliance until the status quo as it existed on May 26, 2017 in all of Plaintiffs' Companies is fully and completely restored and returned to in each and every respect,
and further until there is full and complete compliance with this Court's OSC dated June 8, as amended on June 9 and yesterday's verbal order of Judge Stanton.

Please guide your client accordingly as there will be no exceptions.

When you have provided proof, as the court directed, of everything being restored and returned to the manner in which it existed prior to your client's alteration of same, and proof of full and complete compliance with the Court's several orders, we will at that time review your proof and respond accordingly. We will not review things on a piecemeal basis.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 20, 2017, at 11:33 AM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

Barry,
In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:

1. Transferred the Channel Reply Stripe Account (see account notice change attached).
2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of. (See June 19, 2017 Affidavit of David Gitman, Exh. D).
3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc. It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware. I will provide you a copy of the dissolution certificate as soon as it becomes available.
4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached). Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.

Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order. If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.

Best regards,
Lindsay

<image001.png>

Lindsay F. Ditlow

D +1 212 398 5782 | US Internal 15782
lindsay.ditlow@dentons.com
Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affili
email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosu
copying, distribution and use are prohibited; please notify us immediately and delete this copy from your
Please see dentons.com for Legal Notices.

<Transfer of CR Stripe Account.pdf>

<C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf>

<Chase Wire 5018259559.pdf>

| Service | Account | Status 7/10/17 | Notes 7/10/17 | Status 7/18/17 | Notes 7/18/17 | Owner |
|---|---|---|---|---|---|---|
| G Suite | Admin | Confirmed | | Confirmed | | NDAP |
| G Suite | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP |
| G Suite | mdash@carpartkings.com | Confirmed | | Confirmed | | NDAP |
| G Suite | mdash@coopersquare.ventures | Confirmed | | Confirmed | | CSV |
| G Suite | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV |
| G Suite | mdash@plumburs.com | Confirmed | | Confirmed | | Plumburs |
| G Suite | michael@channelreply.com | - | channelreply.com | Confirmed | Forwarded to mic | CR LLC |
| G Suite | partners@ndap-llc.com | Confirmed | | Confirmed | | NDAP |
| G Suite | partners@plumburs.com | Confirmed | | Confirmed | | Plumburs |
| G Suite | paypal@coopersqaureventures.com | Confirmed | | Confirmed | | CSV |
| G Suite | sales@carpartkings.com | Confirmed | | Confirmed | | NDAP |
| G Suite | sales@channelreply.com | - | channelreply.com | Confirmed | Forwarded to sup | CR LLC |
| G Suite | sales@nextdayautoparts.com | Confirmed | | Confirmed | | NDAP |
| G Suite | support@channelreply.com | - | channelreply.com | Confirmed | Forwarded to sup | CR LLC |
| Bank Of America | Cooper Square Ventures | Confirmed | | Confirmed | | CSV |
| Bank Of America | NDAP | Confirmed | | Confirmed | | NDAP |
| 1Password | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP |
| ChargeBee | michael@channelreply.com | - | Moved to was mo | Confirmed | Invite sent to Mke | CR LLC |
| Stripe | michael@channelreply.com | - | Moved to was mo | Confirmed | Invite sent to Mke | CR LLC |
| PayPal | michael@channelreply.com | - | Moved to was mo | Confirmed | Username: CRMI | CR LLC |
| UpWork | NDAP | - | | | | NDAP |
| UpWork | Cooper Square Ventures | Confirmed | Invite sent to Mke | Confirmed | | CSV |
| UpWork | Channel Reply | Confirmed | Invite sent to Mke | Confirmed | | CR LLC |
| UpWork | Plumburs | Confirmed | Invite sent to Mke | Confirmed | | Plumburs |
| Zendesk | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV |
| Jira | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP |
| Slack | mikedash1@gmail.com | - | Moved to was mo | Confirmed | | CR LLC |
| Amazon Seller Central | mdash@ndap-llc.com | Confirmed | | Confirmed | | NDAP |
| eBay | carpartkings | Confirmed | | Confirmed | | NDAP |
| Timedoctor | mdash@ndap-llc.com | Confirmed | Invite sent to Mke | Confirmed | | NDAP |
| Timedoctor | mdash@ndap-llc.com | - | | | | CR LLC |
| Amazon Web Services | mdash | Confirmed | | Confirmed | | NDAP |
| Amazon Web Services | mdash | - | | - | | CR LLC |
| American Express | ndapamexonline | Confirmed | | Confirmed | | NDAP |
| American Express | ndapamexonline2 | Confirmed | | Confirmed | | NDAP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Magento | mdash | | Confirmed | | Confirmed | | NDAP |
| Quickbooks | Cooper Square Ventures (mdash@ndap-llc.com) | | Confirmed | | Confirmed | | CSV |
| Quickbooks | Car Part Kings (mdash@ndap-llc.com) | | Confirmed | | Confirmed | | NDAP |
| Quickbooks | ChannelReply (mdash@ndap-llc.com) | | - | | - | | CR LLC |
| Quickbooks | Plumburs(mdash@ndap-llc.com) | | - | | - | | Plumburs |
| desk.com | N/A | | - | I have no knowlec | - | I have no knowlec | |
| GoDaddy | coopersquareventures (mdash@coopersqaurevent | | Confirmed | Invite sent to Mke | Confirmed | | CSV |
| GoDaddy | ndap (mdash@ndap-llc.com) | | Confirmed | | Confirmed | | NDAP |
| GoDaddy | Plumburs (mdash@plumburs.com) | | Confirmed | Invite sent to Mke | Confirmed | | Plumburs |
| GoDaddy | CR | | - | | - | | CR LLC |
| MageMojo | dgitman@ndap-llc.com | | Confirmed | | Confirmed | | NDAP |
| MageMojo | dgitman@plumburs.com | | Confirmed | | Confirmed | | Plumburs |
| MailChimp | mikedash1 | | Confirmed | | Confirmed | | NDAP |
| Github | mikedash1 | | Confirmed | | Confirmed | | NDAP |
| Github | mikedash1 | | - | | - | | CSV |
| Github | mikedash1 | | - | | - | | CR LLC |
| Ringcentral | | 6465535918 | Confirmed | | Confirmed | | NDAP |
| join.me | N/A | | - | I have no knowlec | - | I have no knowlec | |

# Delaware

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "CHANNELREPLY INC.", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF JUNE, A.D. 2017, AT 10:17 O`CLOCK A.M.*

Jeffrey W. Bullock, Secretary of State

6427452 8100
SR# 20174838133

Authentication: 202741039
Date: 06-20-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:17 AM 06/20/2017
FILED 10:17 AM 06/20/2017
SR 20174838133 - File Number 6427452

# STATE OF DELAWARE
# SHORT FORM CERTIFICATE OF DISSOLUTION
# (SECTIONS 275 AND 391 (a) (5) (b))

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The dissolution of CHANNELREPLY INC.

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 5/30/2017.

3. The date the dissolution was authorized is 6/20/2017

4. The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| DAVID GITMAN | President | 100 Sterling PL Apt 1<br>Brooklyn, NY 11217 |

5. The corporation has no assets and has ceased transacting business.

6. The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware

7. The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

By: DAVID GITMAN
Authorized Officer

Name: /s/ DAVID GITMAN
Print or Type

| Transaction | Date | Amount | Balance | Confirmation | Screenshot |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $(50,000.00) | $(50,000.00) | | https://www.awesomescreenshot.com/image/2599135/9a1c09a6e053d9f8e17e0e59a428edc2 |
| Transfer out of CSV | 5/30/2017 | $(23,982.53) | $(73,982.53) | | https://www.awesomescreenshot.com/image/2599132/4dc3737575ea0532967b054ac75cded7 |
| OVERDRAFT ITEM FEE I | 5/31/2017 | $ (35.00) | $(74,017.53) | | https://www.awesomescreenshot.com/image/2599117/d244933f8e0397dd72b670b2b97ccffa |
| OVERDRAFT ITEM FEE I | 6/1/2017 | $ (25.00) | $(74,042.53) | | https://www.awesomescreenshot.com/image/2599108/8c41ac0691670a0073712c82173cd4c1 |
| Transfer into CSV | 6/13/2017 | $ 68,669.53 | $ (5,373.00) | 263033 | https://www.awesomescreenshot.com/image/2599097/80a5c863cd38dfd80f9e7adfacb9dd2f |
| Transfer into CSV | 6/13/2017 | $ 5,373.00 | $ - | 373891 | https://www.awesomescreenshot.com/image/2599093/802deb28335d8fdc496ce8a0ee1c5ae5 |
| Umar Farooq | 6/13/2017 | $ (5,060.00) | $ (5,060.00) | | https://www.awesomescreenshot.com/image/2599138/dc2b222095ef5a0d7e681026b5843aca |
| Umar Farooq | 6/15/2017 | $ (5,500.00) | $(10,560.00) | | https://www.awesomescreenshot.com/image/2599142/64bf28c54d276b0bb352c57a208ebdf6 |
| Transfer into CSV | 6/15/2017 | $ 10,560.00 | $ - | 025672025646014 | https://www.awesomescreenshot.com/image/2599081/51511e0b9d9dc16b95497449a45994f5 |
| Transfer into CSV | 6/20/2017 | $ 3,454.84 | $ 3,454.84 | 365101 | https://www.awesomescreenshot.com/image/2599072/da182ed3ca13188b8cb665bda8bd277b |