**EXHIBIT C**

**Evan Ostrer**

**From:** Barry Guaglardi
**Sent:** Tuesday, June 20, 2017 6:01 PM
**To:** Ditlow, Lindsay F.
**Cc:** Evan Ostrer; Cousin, Brian S.
**Subject:** FW: Dardashtian v. Gitman
**Attachments:** CSV Bank Status.xlsx; Status.docx; Barry S  Guaglardi  Esq .vcf

Lindsay

Attached is a detailed list of the accounts my client cannot access despite your client's contention that he has fully restored access in accordance with Judge Stanton's specific order. Also attached is an explanation why, along with a detailed accounting of what is missing from the CSV Bank of America account.

In addition, BAP issued CSV a check for Gitman's travels that were paid for by CSV. This check was deposited and returned for insufficient funds. I was informed by the CEO of BAP that Gitman asked that such check be canceled and reissued directly to him. That amount is $3,651.84 and should be immediately redeposited by your client into the CSV account.

As is clear from the attached, your client continues to refuse to return all issues back to the Plaintiffs' May 26, 2017 condition as per the Court's order. This will be addressed with the Court at tomorrow's hearing and the appropriate relief will be sought.

I further overheard your client indicate on the record before Judge Stanton yesterday, when he contended that the tradename ChannelReply was not owned by Plaintiffs, that he obtained a trademark on the name ChannelReply. If that is the case, and he, without authorization of the Plaintiffs, trademarked the name ChannelReply for his or another's benefit, it will be the basis for another cause of action and another restraint and application to the Court. Please confirm immediately if this action was taken, and, if so, provide copies of the trademark application, the registration for same, all documents relating thereto, so that we may determine how to handle that situation as well. If I misheard your client, then please confirm the nonexistence of such application for a trademark of the name ChannelReply or any other confusingly similar name.

Thank you.

Barry Guaglardi



**Barry S. Guaglardi, Esq.**
Arturi, D'Argenio, Guaglardi …

(201) 947-4100 Work
(201) 947-1010 Fax
(201) 374-9087 Direct Dial
Managing Partner

bguaglardi@adgmlaw.com

Barry S. Guaglardi, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP

1

Mack Centre I
365 W. Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
www.adgmlaw.com
(201) 947-4100 Work
(201) 947-1010 Fax
(201) 374-9087 Direct Dial
(201) 214-5035 Cell

The information contained in this electronic mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication and, as such, privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by telephone at (201)947-4100, and return the original to us by mail. Although this e-mail and any attachments are believed to be free of any viruses or other defect that might affect other computer systems, it is the responsibility of the recipient to ensure that it is virus free, and Arturi, D'Argenio, Guaglardi & Meliti, LLP disclaims all responsibility for any loss or damage arising from its use. Should you have any questions about or problems with this transmission please contact the sender at the number shown above. Thank you.

Email – Do not have direct access to Michael@channelreply.com he has simply forwarded my emails to an alternative email address, this does not give me the ability to access or control my own email as I did prior. All Gsuite accounts must be moved back to the parent account of NDAP-LLC.

    Gsuite has not been moved back to NDAP-LLC it is still a new account created by David not as it was May 26, 2017

Slack – Not currently invited as Michael@channelreply.com, now invited as mikedash1@gmail.com - not as it was May 26, 2017

Zendesk (ChannelReply) - Not currently invited as Michael@channelreply.com, now invited as mdash@coopersquareventures.com - not as it was May 26, 2017

Godaddy – All new accounts created with varying levels of Authorization, no direct access to the username NDAP which is our companies account and login - not as it was May 26, 2017 (Still no ChannelReply.com anywhere in any of the accounts)

Stripe – Access Granted
All company information in Stripe is incorrect, still states ChannelReply, Inc instead of Cooper Square Ventures, LLC with ChannelReply inc address. Not as it was May 26, 2017

Chargebee – Cannot access as was granted to Michael@channelreply.com but makes me login through my google account login (gsuite account) and there is none associated as of now. Not as it was May 26, 2017

Github – Access Granted

PayPal – Cannot access paypal@coopersquareventures.com login as I did prior to May prior to May 26, 2017

Upwork Account – Access Granted

Amazon Seller Central – cannot access mdash@ndap-llc.com account
    cannot access Michael@channelreply.com account
    cannot access mdash+eu@ndap-llc.com account
on May 26th these accounts were the access points for all ChannelReply MWS details and information

AWS – cannot access NDAP or ChannelReply AWS accounts - no login provided or email invitation provided.

Magento – cannot access Magento account (username mdash) no way to reset password

| | |
|---|---|
| Total Still Owed to CSV Bank Account | $ (17,591.82) |

| Transaction | Date | Amount | |
|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | |
| Overdraft Item Fee | 5/31/2017 | $ (35.00) | |
| Overdraft Item Fee | 6/1/2017 | $ (35.00) | |
| Transfer into CSV | 6/13/2017 | $ 68,669.53 | |
| Transfer into CSV | 6/13/2017 | $ 5,373.00 | |
| Transfer to Daiva Ventures | 6/13/2017 | $ (5,060.00) | |
| JPMorgan Chase Auth Debit | 6/13/2017 | $ (0.57) | |
| Wire Transfer Fee | 6/13/2017 | $ (30.00) | |
| Incoming Wire - David Gitman | 6/15/2017 | $ 10,560.00 | |
| Payment to Upcounsel | 6/15/2017 | $ (5,775.00) | |
| Returned Check Chargeback Fee | 6/19/2017 | $ (12.00) | |
| Incoming Wire - David Gitman | 6/20/2017 | $ 3,454.84 | |
| | | $ 3,127.27 | Balance |

**Stripe Deposits to Gittmans Chase Account**

| | | | | |
|---|---|---|---|---|
| po_1AWMEXEIPF4jcwO0lj9k5pJh | ########## | $ (675.44) | bank_account | JPMORGAN CHASE 7775 |
| po_1AWT1EIPF4jcwO0aeRPdUVy | ########## | $ (942.83) | bank_account | JPMORGAN CHASE 7775 |
| po_1AUvpGEIPF4jcwO0yIFG2RsI | ########## | $ (1,272.33) | bank_account | JPMORGAN CHASE 7775 |
| po_1AUZCIEIPF4jcwO0M3XC6ybv | ########## | $ (527.69) | bank_account | JPMORGAN CHASE 7775 |
| po_1AUCkDEIPF4jcwO0Ise94sjO | ########## | $ (1,100.62) | bank_account | JPMORGAN CHASE 7775 |
| po_1ATpvxEIPF4jcwO0gEsNRO8b | ########## | $ (299.00) | bank_account | JPMORGAN CHASE 7775 |
| po_1AT5mCEIPF4jcwO0Pf3AunuN | ########## | $ (522.53) | bank_account | JPMORGAN CHASE 7775 |
| po_1AS02iEIPF4jcwO0UNAy4jtc | ########## | $ (515.33) | bank_account | JPMORGAN CHASE 7775 |
| po_1AS1W2EIPF4jcwO0d1W6asQG | ########## | $ (426.98) | bank_account | JPMORGAN CHASE 7775 |
| po_1AROrEIPF4jcwO0HCSHDsnp | ########## | $ (632.89) | bank_account | JPMORGAN CHASE 7775 |
| po_1ARlbsEIPF4jcwO0Nss5TI4sg | ########## | $ (1,144.66) | bank_account | JPMORGAN CHASE 7775 |
| po_1AQvjzEIPF4jcwO0079Dj23Af | ########## | $ (251.72) | bank_account | JPMORGAN CHASE 7775 |
| po_1AQa7DEIPF4jcwO0nTEwkxmD | ########## | $ (8,767.23) | bank_account | JPMORGAN CHASE 7775 |
| | | $ (17,079.25) | | |

**Total Still Owed to CSV Bank Account**     $ (13,951.98)