# Evan Ostrer

| | |
|---|---|
| **From:** | Barry Guaglardi |
| **Sent:** | Tuesday, June 20, 2017 7:59 PM |
| **To:** | Ditlow, Lindsay F. |
| **Cc:** | Evan Ostrer; Cousin, Brian S. |
| **Subject:** | RE: Dardashtian v. Gitman |
| **Attachments:** | Barry S Guaglardi Esq 2.vcf |

Lindsay

Your below self-serving statement is very unproductive at this point, and will be raised directly with Judge Stanton at tomorrow's hearing.

You and your client represented earlier today, in writing, that your client had fully complied with the Court's orders and completely restored my client's access, and returned all issues to the condition that existed on May 26, 2017, which again was another false statement by your client. We are left on a "hide and go seek" mission with your client. That is not what Judge Stanton ordered and your client's continued misrepresentations and conduct will be addressed with the Court.

As to the trademark issue, we will obtain the transcript of yesterday's conference and determine what was said by your client and address it thereafter if necessary.

The areas of your client's continued non-compliance that we raised earlier today by email, were not our responsibility to raise, and were brought to your and your client's attention for illustration purposes only and not intended to be an exhaustive list of your client's total noncompliance by any means. It is not our burden to tell your client what he must comply with or what actions he must take to return the Plaintiffs to their May 26, 2017 state of affairs. That burden, as the Court told your client directly, falls squarely on your client.

We will address all further failures by your client to comply with the Court's orders directly with the Court at the hearing tomorrow.

Barry



**Barry S. Guaglardi, Esq.**
Arturi, D'Argenio, Guaglardi ...

(201) 947-4100 Work
**(201) 947-1010 Fax**
**(201) 374-9087 Direct Dial**
**Managing Partner**

bguaglardi@adgmlaw.com

Barry S. Guaglardi, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP
Mack Centre I
365 W. Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
www.adgmlaw.com

1