<u>Email</u> – Do not have direct access to Michael@channelreply.com he has simply forwarded my emails to an alternative email address, this does not give me the ability to access or control my own email as I did prior. All Gsuite accounts must be moved back to the parent account of NDAP-LLC.

Gsuite has not been moved back to NDAP-LLC it is still a new account created by David not as it was May 26, 2017

David created a new Gsuite account during this issue. The judges orders were to put things back exactly as they were May 26, 2017. At that time channelreply.com was hosted in ndap-llc.com Gsuite account and I was able to access my channelreply emails from my ndap-llc.com account.

The new ChannelReply Gsuite account needs to be deleted and it needs to be put back into ndap-llc.com account.

<u>Slack</u> - Account has been fixed. No employees are active on the Slack account as they were prior to May 26, 2017.



Godaddy – Still do not have access to the main NDAP account that David is withholding. Again, this is our companies account and houses everything. I do not wish to have subaccount access to our parent accounts – it is owned by the company and as such I should have the master

admin access to see what is being held and what has been billed to date.  Situation should remain the same as it did prior to May 26, 2017

The ndap user account still has 2 factor authentication on it being sent to David's cell phone.



Stripe – Updated, however David is now the Owner of Stripe account.  Prior to May 26, 2017 I was the owner of Stripe account.



**Chargebee** – No account has been created. Attempted to reset my password get the following screenshot and no email comes through.



**Github** – Access Granted

<u>PayPal Account</u> – I can now access the account, however, the main email address on the account is still <u>paypal@channelreply.com</u> which did not exist prior to May 26th, 2017. This account should be removed and the primary account should remail <u>paypal@coopersquareventures.com</u>

<u>Amazon Seller Central</u> – Now can access <u>mdash@ndap-llc.com</u> account
                         Now can access <u>Michael@channelreply.com</u> account
                         Now can access <u>mdash+eu@channelreply.com</u> account

<u>AWS</u> – Now can access NDAP (need to be made an admin)
       Limited access to ChannelReply not an admin



<u>Magento</u> – Still cannot access

