# Articles of Organization

of

## Cooper Square Ventures LLC

*(Under Section 203 of the Limited Liability Company Law)*

**HUBCO #29
DRAWDOWN**

**Filer:**

Michael Dardashtian
28 St. Marks Place Apt. G
New York, NY 10003

# Articles of Organization

## of

## Cooper Square Ventures LLC

*Under Section 203 of the Limited Liability Company Law*

FIRST: The name of the limited liability company is:

## Cooper Square Ventures LLC

SECOND: The county within this state in which the office of the limited liability company is to be located is:

## QUEENS

THIRD: (Optional) The latest date on which the limited liability company is to dissolve is:

FOURTH: The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Cooper Square Ventures LLC
106-16 Jamaica Avenue
Queens, NY 11418

FIFTH: (Optional) The name and street address within this state of the registered agent of the limited liability company upon whom and at which process against the limited liability company can be served is:

Michael Dardashtian
106-16 Jamaica Avenue
Queens, NY 11418

SIXTH: The effective date of the Articles of Organization is:

SEVENTH: The limited liability company is to be managed by (check appropriate box):

- [✓] One or more members
- [ ] One or more managers
- [ ] A class or classes of members
- [ ] A class or classes of managers

EIGHTH: Other Provisions:

IN WITNESS WHEREOF, this certificate has been subscribed on **August 4, 2011** by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

/S/ Michael Dardashtian

Michael Dardashtian -Organizer

/S/ David Gitman

David Gitman -Organizer