```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0023
```

Date of this notice: 08-09-2011

Employer Identification Number:
▇▇▇▇▇587

Form: SS-4

Number of this notice: CP 575 A

COOPER SQUARE VENTURES
MICHAEL DARDASHTIAN MBR
10616 JAMAICA AVE
RICHMOND HILL, NY  11418

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 45-2943587. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

         Form 941                    01/31/2012
         Form 940                    01/31/2012
         Form 1065                   04/15/2012

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

(IRS USE ONLY)     575A                 08-09-2011  COOP  B  9999999999  SS-4

      If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945,
CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a
Welcome Package shortly, which includes instructions for making your deposits
electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal
Identification Number (PIN) for EFTPS will also be sent to you under separate cover.
Please activate the PIN once you receive it, even if you have requested the services of a
tax professional or representative. For more information about EFTPS, refer to
Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to
make a deposit immediately, you will need to make arrangements with your Financial
Institution to complete a wire transfer.

      The IRS is committed to helping all taxpayers comply with their tax filing
obligations. If you need help completing your returns or meeting your tax obligations,
Authorized e-file Providers, such as Reporting Agents (payroll service providers) are
available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies
that offer IRS e-file for business products and services. The list provides addresses,
telephone numbers, and links to their Web sites.

      To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov. If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

    *   Keep a copy of this notice in your permanent records. This notice is issued only
        one time and the IRS will not be able to generate a duplicate copy for you.

    *   Use this EIN and your name exactly as they appear at the top of this notice on all
        your federal tax forms.

    *   Refer to this EIN on your tax-related correspondence and documents.

      If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice. If you write, please tear off the stub
at the bottom of this notice and send it along with your letter. If you do not need to
write us, do not complete and return the stub. Thank you for your cooperation.


                        Keep this part for your records.        CP 575 A (Rev. 7-2007)

---------------------------------------------------------------------------------

    Return this part with any correspondence
    so we may identify your account. Please                           CP 575 A
    correct any errors in your name or address.
                                                                    9999999999


    Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE:  08-09-2011
    (    )       -                              EMPLOYER IDENTIFICATION NUMBER:  ████587
    _____   _____  FORM:  SS-4                  NOBOD



    INTERNAL REVENUE SERVICE                    COOPER SQUARE VENTURES
    CINCINNATI  OH   45999-0023                 MICHAEL DARDASHTIAN MBR
    ||.|..|.|.|.|.|..|.|..|.|..||...||.|..|.|..|| |.|.|    10616 JAMAICA AVE
                                                RICHMOND HILL, NY   11418