

Services   News   Government   Local

# NYS Department of State
## Division of Corporations
## Informational Message

The information contained in this database is current through June 19, 2017.

---

**No business entities were found for cooper square llc .**

**Please refine your search criteria.**

**To continue please do the following:**

**Tab to Ok and press the Enter key or Click Ok.**

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

Agencies    App Directory    Counties    Events    Programs
Services