

Mike Dash <mdash@ndap-llc.com>

## Parts Authority Reconciliation

**David Gitman** <dgitman@ndap-llc.com>  Thu, Jul 26, 2012 at 10:00 PM
To: Betsy Thomas <betsythomasjr@comcast.net>
Cc: Mike Dash <mdash@ndap-llc.com>, jon@gitmancpa.com

Hi Betsy,

It's nice to virtually meet you. Jon speaks very highly of you.

I wanted to expand on the order flow to make sure we're all on the same page. Please find attached a pdf with some more detail. Please excuse it's sloppiness.

Our website is built on Magento, an open source e-commerce platform. Over 100k website are built on it. We enter telephone orders directly into Magento's admin interface. My goal has been to get all orders through Magento, .

Authorize.net is how we process credit cards. We briefly tested authorize.net with ebay in an attempt to work around a high reserve PayPal has put on our funds. You will see a few transactions for that.

We primarily use Paypal for ebay transactions. However we have paypal, google checkout and credit card (authorize.net) transactions through the website.

Amazon.com is both a marketplace and payment gateway. We have to use amazon's payment gateway for amazon sales.

Looks like something didn't copy and paste correctly. Here is the correct URL
http://www.carpartkings.com/paGateway/reporting/report_test_o.php

it seems the URL you tried had "Username:" appended to it.
http://www.carpartkings.com/paGateway/reporting/report_test_o.phpUsername:

I can get more data out of Magneto. I have write SQL queries (EAV model) for it though. Take a look at a few order in Magento under Sales/Orders and let me know fields you want. I can't just say grab all fields in an EAV model.

http://carpartkings.com/admin

(disregard the security warning, it's a known bug)
Username: bthomas
Password: $4ndap!

Regards,

David Gitman
NDAP
email dgitman@ndap-llc.com
desk (646) 553-5917


On Thu, Jul 26, 2012 at 4:59 PM, Betsy Thomas <betsythomasjr@comcast.net> wrote:

> Hello David and Mike,
>
> I took a look at the attached data and have started the attached spreadsheet. The first tab is basically a summary of
> the issues from David, the second tab is a high level flow chart (please take a look and see if I have it presented
> correctly), the last tab is (the start of) an analysis of the data provided from each source.

David said he would be sending the EBay, Amazon and PayPal data shortly, so that is not in there – yet. At the top of the third tab are the data fields I have identified as critical from each source (again – so far).

I do have a few of questions:

What is Authorize.net, is it the direct order portal into Magento, or is there an interface here as well, or is it something else?

I tried to access  http://www.carpartkings.com/paGateway/reporting/report_test_o.phpUsername: with bthomas Password: $4ndap!,

It gave me a sign on screen, but upon entering the information, gave me a broken page message.

It also seems that the data from Magento is very sparse, is there any data at the line item order level? Would it be possible for me to see all of the data fields that are in Magento? Also, is Magento proprietary software to NDAP or Parts Authority, have other people used it for this purpose?

Thanks and Regards,

Betsy Thomas

Betsythomasjr@comcast.net

561-876-1052

**From:** Jonathan Gitman [mailto:jon@gitmancpa.com]
**Sent:** Thursday, July 26, 2012 1:25 PM
**To:** Betsy Thomas
**Subject:** Fwd: Parts Authority Reconciliation

Sent from my iPhone

Begin forwarded message:

> **From:** David Gitman <dgitman@ndap-llc.com>
> **To:** "betsythomasjr@comcast.net" <betsythomasjr@comcast.net>
> **Cc:** Mike Dash <mdash@ndap-llc.com>, Gitman CPA <jon@gitmancpa.com>
> **Subject: Parts Authority Reconciliation**
>
> Hi Betsy,
>
> Sorry I couldn't join yesterdays call. We have a complicated but strong partnership with Parts Authority. Mike and I have been working with PA for over a year. We would like to take some profits. It feels like we've been

working for free and it's beating us up. If we're not making a profit,
we'll have to make some hard decisions. So, we need help to figure out what
we owe PA. We need give them a "corrected invoice".

Part of our partnership with PA puts me as a technical advisor. Mike
mentioned you know RPG. They do need a new RPG programmer. Let me know if
you or anyone you know might be interested in that position.

Anyway, here's some info to get you started. Let me know if you want to
review this over the phone.

   - *PA Accounts*
     - We have two accounts with PA. 64366 and 64367.
     - We inherited 64367. We stopped sending order to it in June.
     - 64366 is the only account we will be using going forward.
   - *Data Points*
     - As of July 1, all orders should go through Magento, our e-commerece

     platform. That way we can just reconcile Magento against PA.
     - Parts Authority.
        - 2012-06-05-NDAP-Jan_Apr'12.zip. PA has only given us data for

     Jan-April. I expect the Nov, Dec and May data on Friday or Monday.
        - 2012-07-05 NDAP Nov'11-Jun'12_BG_1.xlsx This file highlights

     5,000 of the shipping mistakes PA has made. Lines marked with
a B have some
        sort of mistake. We should use the amount we charge the
customer for these
        mistakes.
     - Magento. oreders.csv I exported all orders from Magento to a CSV. I

     could get more data into the export like paypal ids, ebay ids and amazon
     id's. It will require some custom development work. Let
     - Authorize.net. Download20120725-113511.txt We can join on Magento
     PO.
     - PayPal. I requested the report. I will send shortly.
     - eBay. I requested the report. I will send shortly.
     - Amazon. I requested the report. I will send shortly.
   - *PA Mistakes *(we've noticed)
     - 64367 Pricing. The invoices for account 64367 might actually list

     the price we sold the product for vs what PA should incise us for it.
     Without diving deeper into the issue lets just mark it up as a technical
     problem that was never resolved but has gone away since we're not using
     that account anymore.
     - Double billing. We have seen invoices twice for the same order.
     - Splitting orders. Pa will ship a part out of two different

     warehouses. We will receive two shipping charges for those orders.
     - Wrong or missing weights.
     - PA reuses order numbers. There is a 5 character length limitation

     with DST on the A/S400. PA is forced to reuse an order numbers.
     - Old refunds to 64367. Since we inherited the 67367 account, there

     were refunds we had to make for customers that placed orders
before we took
     over the account.
   - *NDAP Known Issues*
     - *We made some mistakes in the beginning. We reused data points like

     PO numbers. I expect there to be transactions that will need to be
     reconciled manually. Let us know how we should handle that.*
     - eBay orders. The software we use to import eBay orders into Magento

wasn't accurately doing so for part of this month. The bug has been resolved by the vendor.
- Amazon Shipping. The software we use to import Amazon into Magento orders seems to only capture the first shipping charge of an order with multiple parts. We are working on resolving this.
- Drop Shipping. PA let's us know what products are in stock and what products will drop ship. We currently don't have any logic built to handle the additional shipping costs from a drop ship.
- International Drop Shipping.
- Dimensions. We currently don't use dimensions to calculate an accurate shipping cost. We only use weight. This can cause a problem for some items
- *Other Stuff*
    - We receive an additional 10% discount on parts from PA. This is not reflected in the current invoice.
    - We might want to separate the reconciliation of parts and shipping.
    - You can see the report we've written to help with reconciling. You can access it here http://www.carpartkings.com/paGateway/reporting/report_test_o.phpUsername: bthomas Password: $4ndap! .We have some great new backend developers working with us so we can create a report on your spec.

Regards,

David Gitman
NDAP
email dgitman@ndap-llc.com
desk (646) 553-5917


**NDAP Order Flow.pdf**
129K