

Mike Dash <mdash@ndap-llc.com>

---

## "Cooper Square Ventures Holdings"

---

**David Gitman via Lucidchart** <sharing@lucidchart.com>  Fri, Aug 22, 2014 at 9:27 AM
Reply-To: David Gitman <dgitman@ndap-llc.com>
To: "mdash@ndap-llc.com" <mdash@ndap-llc.com>



David Gitman shared the Lucidchart document Cooper Square Ventures Holdings with you. Click on the button below to open the document.



**Cooper Square Ventures Holdings**

View Document



You are receiving this email because you are a Lucidchart user.
282 E 12200 S, Draper, UT 84020
Click here to unsubscribe from future emails.

© 2014 Lucid Software, Inc.