**COOPER SQUARE VENTURES, LLC**

---

## ChannelReply Beta Test Agreement

This Beta Test Agreement ("Agreement") governs the disclosure of information by Cooper Square Ventures, LLC. ("Company") to ___Tactical Fallout, LLC___ (the "Recipient") and Recipient's use of Company's beta service offering for ChannelReply ("Service").

1. Subject to the terms and conditions of this Agreement, Company grants Recipient a nonexclusive, nontransferable license to use the Company Service for a period designated by the Company for the purpose of testing and evaluating the Service.

2. Beta Functionality Performance - This offering is new. As a beta subscriber you may experience some issues with performance or functionality. ChannelReply will make its best efforts to resolve these issues in a timely manner. However, there is no guarantee that all issues will be resolved, nor does the typical performance SLA for the ChannelReply platform apply to this functionality. Please note, there will be no financial credits (or other compensation) issued should this beta not meet your expectations in terms of performance, functionality or otherwise.

3. Feedback - You agree to provide regular, timely and confidential feedback on the performance of the beta feature to ChannelReply, at Company's request, so that ChannelReply can make further improvements to the software.

4. Confidentiality - You agree to keep any information regarding the Beta functionality and your participation in the beta confidential (please see confidentiality clause in terms and conditions).

5. Support - Support for this feature will be available through ChannelReply's typical support channels (support@ChannelReply.com) while the offering is in beta.

6. Post-beta Publicity - If you wish to continue using the functionality upon completion of the beta period, you agree to participate in a case study and/or survey and provide a quote for a press release.

7. Fee/Billing – A non-refundable initial install fee shall be billed to you prior to installation in the amount of $500. Pricing for eBay ChannelReply support shall be $99 per month, billed on the first day of each month. Pricing for Amazon ChannelReply support shall be an additional $99 per month, billed on the first day of each month. Pricing for combined eBay and Amazon ChannelReply support shall be $149 per month, billed on the first day of each month. If payment is not received by the 7th day of the month, service shall be suspended. These prices are subject to change at the Company's sole discretion at any time. Recipient shall be granted at least two weeks advanced notice.

1010 Northern Blvd, Ste 208  ●  Great Neck, 11021  ●  (646) 553-5920  ●  info@coopersquare.ventures

**COOPER SQUARE VENTURES, LLC**

---

8. Participation - You agree that you are able and willing to dedicate the time necessary to cooperate with us so that we may maximize the beta functionality. This may at times require Recipient to grant Company complete access to one or more of Recipient's accounts, including but not limited to eBay, Amazon, ZenDesk and any other account used in conjunction with ChannelReply for the purpose of Company performing configuration, maintenance and troubleshooting.

9. Time Frame: The Company's Service shall be provided on a month-to-month basis. Should the subscriber seek to cancel or suspend service for any reason, a notice must be sent to Support@ChannelReply.com 30 days in advance or Recipient will be billed for the following month. The Company reserves the right to cancel or suspend Recipient's use and access to Service at any time for any reason with or without cause.

**ADDITIONAL TERMS AND CONDITIONS**

**(INCORPORATED HEREIN AS PART & PARCEL OF THIS AGREEMENT)**

10. The Recipient agrees that it at all times will hold in strict confidence and not disclose Confidential Information (as defined below) to any third party except as approved in writing by the Company and will use the Confidential Information for no purpose other than evaluating the Service. The Recipient shall only permit access to Confidential Information to those of its employees having a need to know and who have signed confidentiality agreements or are otherwise bound by confidentiality obligations at least as restrictive as those contained herein. "Confidential Information" means all non-public materials and information provided or made available by Company to Recipient, including products and services, information regarding technology, know-how, processes, software programs, research, development, financial information and information regarding third parties.

11. After Recipient's evaluation of the Service is complete, or upon request of the Company, the Recipient shall promptly return to the Company all documents, notes and other tangible materials and return or certify the destruction of all electronic documents, notes, software, data, and other materials in electronic form representing the Confidential Information and all copies thereof.

12. The Recipient agrees that nothing contained in this Agreement shall be construed as granting any ownership rights to any Confidential Information disclosed pursuant to this Agreement, or to any invention or any patent, copyright, trademark, or other intellectual property right. The Recipient shall not make, have made, use or sell for any purpose any product or other item using, incorporating or derived from any Confidential Information or the Service. The Recipient will not modify, reverse engineer, decompile, create other works from, or disassemble any software programs contained in the Confidential Information or the Service.

**COOPER SQUARE VENTURES, LLC**

---

13. This Service is a beta release offering and is not at the level of performance of a commercially available product offering. The Service may not operate correctly and may be substantially modified prior to first commercial release, or at Company's option may not be released commercially in the future. THE SERVICE AND DOCUMENTATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, AND COMPANY AND ITS LICENSORS DISCLAIM ALL WARRANTIES, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF TITLE, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. NO ORAL OR WRITTEN ADVICE OR CONSULTATION GIVEN BY COMPANY, ITS AGENTS OR EMPLOYEES WILL IN ANY WAY GIVE RISE TO A WARRANTY. THE ENTIRE RISK ARISING OUT OF THE USE OR PERFORMANCE OF THE SERVICE REMAINS WITH RECIPIENT.

14. COMPANY AND ITS LICENSORS SHALL NOT BE LIABLE FOR LOSS OF USE, LOST PROFIT, COST OF COVER, LOSS OF DATA, BUSINESS INTERRUPTION, OR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL, OR EXEMPLARY DAMAGES ARISING OUT OF OR RELATED TO THE SERVICE OR THIS AGREEMENT, HOWEVER CAUSED AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE) STRICT LIABILITY, OR OTHERWISE, EVEN IF SUCH PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT WILL COMPANY'S AGGREGATE CUMULATIVE LIABILITY FOR ANY CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT EXCEED $50.00 OR THE AMOUNT RECIPIENT ACTUALLY PAID COMPANY UNDER THIS AGREEMENT (IF ANY).

15. The Recipient's obligations under this Agreement shall survive any termination of this agreement. This Agreement shall be governed by and construed in accordance with the laws of New York. The Recipient hereby agrees that breach of this Agreement will cause Company irreparable damage for which recovery of damages would be inadequate, and that the Company shall therefore be entitled to obtain timely injunctive relief under this Agreement, as well as such further relief as may be granted by a court of competent jurisdiction. The Recipient will not assign or transfer any rights or obligations under this Agreement without the prior written consent of the Company.

## COOPER SQUARE VENTURES, LLC

Agreed to and Accepted on and by:

Signature: _____     Date: 9/3/14

Name: Scott Oliver     Title: Owner