Exhibit O.png



