Exhibit O.png

