

Mike Dash <mdash@ndap-llc.com>

## BAP: Buy Auto Parts - Conference Call Update

**David Gitman** <david@gitman.net>  Wed, Dec 7, 2016 at 4:03 AM
To: Jeremy Falk <jeremy.falk@gmail.com>, Mike Dash <mdash@ndap-llc.com>

Hi Guys,

I'm not going to be able to help much right now as I'm planning to leave CueConnect.

On Wed, Dec 7, 2016 at 5:32 AM Jeremy Falk <jeremy.falk@gmail.com> wrote:
> Dave and Mike,
>
> I had another conference call with CEO of Buy Auto Parts this afternoon. It was a very positive discussion with Renee. I reiterated the different value-enhancing aspects of CPK to BAP. Although there was some push back on their needs, I was able to show how CPK can further enhance their business. Let's all discuss the details next week.
>
> Telephone Call: A conference is scheduled for Wednesday 12/21 at 3:30pm ET. They want to do a deep dive on the technology.
>
> BAP attendees will include: CEO, CTO, Product and marketing team members.
> CPK attendees: Dave, Mike, Alice, Jeremy
>
> Agenda list: Renee asked for an agenda/topic list to review with her team prior to the call. She will then want to possibly include other subject matters.
>
> Question - Dave/Mike: When do we think I can circulate an agenda/topic list to Renee?
>
> Jeremy