

Mike Dash <mdash@ndap-llc.com>

## ChannelReply Options

**Michael Dash** <mdash@ndap-llc.com>                    Wed, Oct 19, 2016 at 2:11 PM
To: Konstantyn Bagaiev <Konstantyn@channelreply.com>

Konstantyn -

As discussed, the plan is to give you a 5% equity stake in the business.  I'm working with our attorney to get the paperwork in place. Right now it is a bit too expensive for us to proceed with a formal options plan and package.

Please bear with us as we continue to work on the issue - know that your contribution to the company is vital and we look at you as a partner.

Regards,

Michael Dash   Co-Founder, CEO
phone: +1 (646) 553-5918
email: michael@channelreply.com



Here is an easy way to schedule a 30-minute meeting with me.