

Mike Dash <mikedash1@gmail.com>

## Letter Regarding Accountant Mary Faith

**Jeffrey Cohen** <jcohen@franklinadvisors.net>  
To: mikedash1@gmail.com

Tue, Jun 20, 2017 at 6:28 PM

To whom it may concern:

My name is Jeffery Cohen, and I am responsible for finance at Franklin Advisors. We've invested over $1.5M in Sigmento/MC Commerce. After reviewing the accounting done by Mary Faith, I can say it was done extremely poorly.

Based on what I was told by the staff, she was hired on the recommendation of David.

Unfortunately her work did more damage than good. When the company financials were reviewed by investors in our group (some of them are CPAs) they were not able to make out the actual financial snapshot of the company. It was done completely wrong.

A few examples would include:

- The financials, including the "P&L" were sent as cash flows. They did not enter bills in correct months, if at all.

- She combined USD accounts from multiple entities into a combined USD P&L but did not consolidate the USD & ILS accounts to offer one final consolidated P&L for the company.

- There was almost $4,000 USD in reconciliation discrepancies in the first 4 months of 2017 including $2,000 on only $75K in expenses in March.

Overall, the financials sent to us were irrelevant and useless. They needed to be redone from scratch.

All the best,

Jeffrey Cohen



FRANKLIN ADVISORS LLC

p: +1 248 538 4024   m: +1 347 559 1610  
a: 32300 Northwestern Hwy, Farmington Hills, MI 48334, Suite: #200  
w: franklinadvisors.net

CONFIDENTIAL:This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. Email transmission cannot be guaranteed to be secure or error- free, as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard copy version.