●○○○○ Verizon 📶   7:38 PM   🔵 ⁕ 17% 🔋

<      David Gitman       

                     the others are from PayPal

 We never talked about taking distributions.

I guess we need to

         yea we did - talked abt it when u took cue job

 I wanna look over the books

c4MFEp^C!X isn't working for me

         sry Z2Xos3FH3p69bH

 K, i"ll look over it later and get back to you

         k im literally trying to set up books for CR now

         all i have is our CSV acct

         which is not real books

Type a message here      

