

Mike Dash <mdash@ndap-llc.com>

## Welcoming Konstantyn Bagaiev

**David Gitman** <david@coopersquare.ventures>  Tue, Oct 21, 2014 at 9:53 AM
To: "team@ndap-llc.com" <team@ndap-llc.com>

Good Morning,

I'd like to welcome Konstantyn Bagaiev to the team full time. Some of you may know Konstantyn already as "Agent K". He has been working with us for 2 years on ChannelReply (Zendesk eBay intergration). K will continue to develop ChannelReply and help us grow and optimize our catalogs.

Please join me in welcoming Konstantyn to the ndap t.

David Gitman
**Cooper Square Ventures**
Tel: (646) 553-5917
david@coopersquare.ventures | http://coopersquare.ventures

