

**Aleksey Glukharev**
May 30, 2017, 10:42 PM

/ Miscellaneous Work   JIRA: Information Technology

ication: **Slack - channelreply**

strokes / min: **3**   Mouse movements / min: **2**