**ORIGINAL** ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI
ANTHONY X. ARTURI, JR ✦
MICHAEL P. MELITI ▲

OF COUNSEL:

ANTHONY X. ARTURI
RINALDO M. D'ARGENIO ▲

WEBSITE: WWW.ADGMLAW.COM

MACK CENTRE I
365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ✦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/17

June 21, 2017

**VIA E-FILE**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
       **17-cv-4327**

Dear Judge Stanton:

Kindly be advised that the undersigned firm represents the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually and on behalf of Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply, LLC ("Plaintiff Companies") in connection with the above-referenced matter. I write in connection with Plaintiff's Reply Papers, which we intend to submit shortly via ECF.

As the Court is aware, Defendants previously sought an extension from 12:00 p.m. to 2:00p.m. to files their Opposition Papers. We consented to such extension and Defendants filed their Opposition Papers at 3:00 p.m. Notwithstanding, Defense counsel agreed to provide us with the same courtesy.

While the undersigned will not need until 3:00 p.m. and most likely by 1:00 p.m. to file our Reply Papers, Plaintiffs respectfully request an extension as set forth above, which is on the prior consent of the Defendants based on the communication referenced above.

Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,
ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP

Barry S. Guaglardi, Esq.

*[Handwritten: Granted. Louis L. Stanton 6/21/17]*

1

Cc:   Lindsay Ditlow, Esq. (via ECF)
      Brian Cousin, Esq. (via ECF)
      Edward P. Gilbert, Esq. (via ECF)