ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY, LLC

                  Plaintiffs,      17 Civ. 4327 (LLS)

    - against -                ORDER

DAVID GITMAN, JEREMY FALK, SUMMIT
ROCK HOLDINGS, LLC, ACCEL COMMERCE,
LLC, DALVA VENTURES, LLC,
KONSTANTYN BAGAIEV, OLESKSII
GLUKHAREV and CHANNEL REPLY, INC.
                 Defendants.
- - - - - - - - - - - - - - - - - - -X

After hearing the parties on June 19 and 21, the orders issued by Judge Ramos on June 8 and 9, and this court on June 19, 2017 shall remain in full force and effect until further order.

So ordered.

Dated: New York, New York
      June 21, 2017

                                                  _____
                                                    LOUIS L. STANTON
                                                       U.S.D.J.