# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI<br>ANTHONY X. ARTURI, JR ❖<br>MICHAEL P. MELITI ▲<br><br>OF COUNSEL:<br><br>ANTHONY X. ARTURI<br>RINALDO M. D'ARGENIO ▲<br><br>WEBSITE: WWW.ADGMLAW.COM | MACK CENTRE I<br>365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302<br><br>111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>845-576-0600<br>FACSIMILE: 845-576-0601 | JASON S. NUNNERMACKER ◆<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN<br><br>▲ NY & NJ BAR<br>❖ NY, NJ & PA BAR<br>◆ NJ & RI BAR |

June 22, 2017

**VIA E-FILE**
Hon. James C. Francis, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: **Michael Dardashtian, et al. v. David Gitman, et al.**
    **17-cv-4327**

Dear Judge Francis:

This will confirm that a conference for the above matter has been scheduled before Your Honor on July 5, 2017 at 2:00 p.m., where all parties have been requested to appear. All counsel by copy hereof are requested to provide Your Honor with courtesy copies of their prior submissions to both Judge Ramos and Judge Stanton in advance of the conference.

Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,
**ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP**

Barry S. Guaglardi, Esq.

BSG:st

Cc:    Lindsay Ditlow, Esq. (via ECF)
       Brian Cousin, Esq. (via ECF)
       Mark D. Meredith, Esq. (via ECF)
       Edward P. Gilbert, Esq. (via ECF)