# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI
ANTHONY X. ARTURI, JR ✣
MICHAEL P. MELITI ▲

OF COUNSEL:

ANTHONY X. ARTURI
RINALDO M. D'ARGENIO ▲

WEBSITE: WWW.ADGMLAW.COM

MACK CENTRE I
365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ◆
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN

▲ NY & NJ BAR
✣ NY, NJ & PA BAR
◆ NJ & RI BAR

June 22, 2017

**VIA E-FILE**
Hon. James C. Francis, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re:   Michael Dardashtian, et al. v. David Gitman, et al.
      17-cv-4327

Dear Judge Francis:

This will confirm that a conference for the above matter has been scheduled before Your Honor on July 5, 2017 at 2:00 p.m., where all parties have been requested to appear. All counsel by copy hereof are requested to provide Your Honor with courtesy copies of their prior submissions to both Judge Ramos and Judge Stanton in advance of the conference.

Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,
ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP

Barry S. Guaglardi, Esq.

BSG:st

Cc:   Lindsay Ditlow, Esq. (via ECF)
      Brian Cousin, Esq. (via ECF)
      Mark D. Meredith, Esq. (via ECF)
      Edward P. Gilbert, Esq. (via ECF)

*All parties shall attend.*

6/26/17

SO ORDERED.
James C. Francis IV
USMJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/17