大成 DENTONS

Lindsay F. Ditlow
Counsel

lindsay.ditlow@dentons.com
D   +1 212 398 5782

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

June 28, 2017

**Via E-File**
The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re   **Dardashtian et al. v. Gitman, et al., 17-CV-4327 (LLS) (JCF)**

Dear Judge Stanton,

We represent defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and Channel Reply, Inc. (the "Defendants") in the above-referenced action. As Your Honor is aware, the parties have submitted voluminous submissions in this matter since the filing of plaintiffs' Order to Show Cause on June 8, 2017, and have been further ordered to work together in good faith to resolve all outstanding compliance issues pursuant to this Court's Order, dated June 21, 2017. The parties are scheduled to appear before Magistrate Judge James C. Francis on July 5, 2017, to resolve any remaining compliance issues.

Defendants have been working in good faith with counsel and opposing counsel to resolve any and all compliance issues, and continue to do so with each new request or compliance issue that plaintiffs bring to the attention of counsel.

In light of this effort, Defendants respectfully request an extension of time of thirty days to answer or otherwise respond to the underlying complaint. Plaintiffs will suffer no prejudice in granting such an extension. However, plaintiffs have denied our requests for their consent to the requested extension of time. Defendants' responsive pleading would otherwise be due June 29, 2017.

Accordingly, we respectfully request an extension of time to answer or otherwise respond to the complaint up to and including July 29, 2017.

Respectfully submitted,

*Lindsay F. Ditlow*

Lindsay F. Ditlow

104109431\V-1