# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI
ANTHONY X. ARTURI, JR ✥
MICHAEL P. MELITI ▲

OF COUNSEL:

ANTHONY X. ARTURI
RINALDO M. D'ARGENIO ▲

WEBSITE: WWW.ADGMLAW.COM

MACK CENTRE I
365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ◆
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN

▲ NY & NJ BAR
✥ NY, NJ & PA BAR
◆ NJ & RI BAR

June 29, 2017

**VIA E-FILE**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:  **Michael Dardashtian, et al. v. David Gitman, et al.**
     **17-cv-4327**

Dear Judge Stanton:

The undersigned is counsel to the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually, and on behalf of Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply, LLC ("Plaintiff Companies") in connection with the above-referenced matter.

Kindly accept this correspondence in response to Defendant' David Gitman, Channel Reply, Inc, Dalva Ventures and Accel Commerce (collectively "Defendants") letter motion to Your Honor yesterday, June 28, 2017 seeking an extension of time for Defendants to file their responsive pleading through July 29, 2017.

Counsel for Defendants has indicated the undersigned has denied Defendants request for an extension, without accurately reflecting Plaintiffs position in this regard. Because we routinely extend this professional courtesy, we felt it appropriate to explain the circumstances.

This matter, originally heard by Judge Ramos, and thereafter by Your Honor, was referred by Your Honor to Judge Francis in an effort to resolve Defendant Gitman's non-compliance with the Court's June 8th, June 9th and June 19, 2017 Orders. In this regard, we have been attempting to work together with counsel for Mr. Gitman in an effort to obtain Mr. Gitman's full compliance with the prior orders of the Court. While progress has been made, Mr. Gitman has not yet fully complied with the Court's orders, and has again initiated another violation beyond those previously addressed with this Court and which are the subject of the prior orders of the Court.

1

   Our efforts to follow up with counsel for Mr. Gitman to secure his compliance have unnecessarily dragged on given the fact that Mr. Gitman is fully aware of what the status quo was on May 26, 2017 and can restore the Plaintiff Companies to that position as directed by Your Honor.

   After considerable time, effort and expense, and still without Defendant Gitman's full restoration of the status quo as of this date, we advised Defense counsel that we would agree to an extension to their filing of a responsive pleading, conditioned upon Gitman's full compliance with the prior orders of this Court. We have specifically defined for counsel for Defendants the areas of compliance that remain. Gitman is fully in control of being able to comply with this Court's orders and chooses not to comply.

   For Defense counsel to suggest that there will be no prejudice to Plaintiffs if the motion were granted is not accurate. Gitman's intentional delays and refusal to comply with the Court's orders have already prejudiced Plaintiffs. A further extension afforded to Gitman, when he is still not in compliance, will extend a courtesy to an offending party, and serve to only further delay this matter.

   Once Mr. Gitman fully complies with this Court's orders, Plaintiffs have no objection to the extension of time for Defendants to file a responsive pleading, which we previously conveyed to Defendants' counsel prior to their filing of the instant letter motion to Your Honor.

   Thank you For Your Honor's consideration of this correspondence.

            Respectfully Submitted,
        ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP

              Evan Ostrer, Esq.

EO:st

Cc: Lindsay Ditlow, Esq. (via ECF)
   Brian Cousin, Esq. (via ECF)
   Edward P. Gilbert, Esq. (via ECF)