# MorrisonCohen LLP

Edward P. Gilbert
Partner
(212) 735-8675
egilbert@morrisoncohen.com

June 28, 2017

**VIA ECF**

**MEMO ENDORSED**

Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Michael Dardashtian, et al. v. David Gitman, et al.*
            Civ. Action No. 17-cv-4327

Dear Judge Francis:

    We represent Defendants Jeremy Falk ("Falk") and Summit Rock Holdings, LLC ("Summit Rock") in the above-referenced matter. We write with respect to the Memo-Endorsed Letter dated June 22, 2017, in which you ordered all parties to appear at a court conference on July 5, 2017 at 2:00 p.m. (Doc. No. 36). We respectfully request that Falk and Summit Rock be excused from attending this conference.

    The Order of Reference issued by Judge Stanton in this matter (Doc. No. 34) states that its main purpose is for "[i]dentification and resolution of outstanding disputes regarding completeness of defendant's compliance with orders of this court." But in none of the three orders subsequently listed was relief granted against either Falk or Summit Rock. In fact, Falk and Summit Rock were specifically struck out from the Court's Order to Show Cause for Preliminary Injunction and Temporary Restraints on June 8, 2017. (Doc. No. 3).

    The Order of Reference also states that it is being issued for the purpose of "hear[ing] and determin[ing] resolution of each specific item still in issue between the parties." However, Falk and Summit Rock have entered into a stipulation resolving the restraints Plaintiffs seek during the pendency of this matter. Therefore, there is no unresolved "issue between the parties" concerning Plaintiffs' motion for injunctive relief.

    Finally, on a personal note, Falk is on vacation next week. Please note that Falk is the principal and sole member of Summit Rock.

    Under the circumstances described in this letter, we respectfully request that Falk and Summit Rock be excused from attending the July 5, 2017 conference. Thank you.

Respectfully,

*Application granted. These parties are welcome to attend the conference, but their presence is not required.* 6/29/17

Edward P. Gilbert

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/17

SO ORDERED.
James C. Francis IV
USMJ

909 Third Avenue, New York, NY 10022-4784 • p:212.735.8600 • f:212.735.8708 • www.morrisoncohen.com
7239480 v1 \020697 \0002