UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and  :
on behalf of COOPER SQUARE VENTURES,   :
LLC, NDAP, LLC and CHANNELREPLY, LLC,  :
                                                                               :   17 Civ. 04327 (LLS)
                                           Plaintiffs,            :
                                                                               :
        -against-                                                 :   **RULE 7.1 STATEMENT**
                                                                               :
DAVID GITMAN, JEREMY FALK,              :
SUMMIT ROCK HOLDINGS, LLC,             :
ACCEL COMMERCE, LLC,                       :
DALVA VENTURES, LLC,                        :
KONSTANTYN BAGAEV,                         :
OLESKSII GLUKHAREV and                    :
CHANNEL REPLY, INC.,                          :
                                                                               :
                                          Defendants.          :
-------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Summit Rock Holdings, LLC, by and through its undersigned counsel, states that it is not a publicly traded corporation and that there is no parent corporation or publicly-held corporation that owns 10% or more of its stock.

Dated:  June 30, 2017
            New York, New York

MORRISON COHEN LLP

By: /s/ Edward P. Gilbert
    Edward P. Gilbert
    909 Third Avenue
    New York, New York 10022
    (212) 735-8600
    egilbert@morrisoncohen.com

*Attorneys for Defendants Jeremy Falk
and Summit Rock Holdings, LLC*