# MorrisonCohen LLP

Edward P. Gilbert
Partner
(212) 735-8675
egilbert@morrisoncohen.com

July 6, 2017

**VIA ECF**

Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Michael Dardashtian, et al. v. David Gitman, et al.*
             Civ. Action No. 17-cv-4327

Dear Judge Stanton:

    We represent Defendants Jeremy Falk ("Falk") and Summit Rock Holdings, LLC ("Summit Rock") in the above-referenced matter. As per the Court's request, earlier today I filed the enclosed amended Stipulation with the Judgments Clerk. The amended Stipulation was necessary to clarify that the parties to the Stipulation (originally filed on June 22, 2017) are Plaintiffs and Defendants Falk and Summit Rock, rather than all of the defendants. The amended Stipulation was provided to counsel for the remaining defendants prior to filing and counsel voiced no objection to the Stipulation.

                                  Respectfully,

                                  Edward P. Gilbert

*Enclosure*