UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL DARDASTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>    Plaintiffs,<br><br> -against-<br><br>DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>    Defendants. | Case No. 17 CV 4327 (LLS)<br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply, Inc., certify that Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply, Inc. have no corporate parents, affiliates and/or subsidiaries that are publicly held.

Date: July 14, 2017       DENTONS US LLP

              By: */s/ Lindsay F. Ditlow*
                Brian S. Cousin, Esq.
                brian.cousin@dentons.com
                Lindsay F. Ditlow, Esq.
                lindsay.ditlow@dentons.com
                Mark D. Meredith, Esq.
                mark.meredith@dentons.com
                1221 Avenue of the Americas
                New York, NY  10020-1089
                (212) 768-6700
                *Attorneys for Defendants*
                *David Gitman, Accel Commerce, LLC, Dalva*
                *Ventures, LLC, and Channel Reply, Inc.*