UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY, LLC<br>    Plaintiffs,<br><br> -against-<br><br><br>DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKSII GLUKHAREV and CHANNEL REPLY, INC.,<br>    Defendants. | Case No. 17 CV 4327 (LLS)<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Mark D. Meredith, Esq., dated July 14, 2017, and exhibits thereto, the accompanying memorandum of law, and all prior pleadings in this matter, defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and Channel Reply, Inc. will move this Court in the Southern District of New York, County of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order dismissing plaintiff's verified complaint in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Date: July 14, 2017           DENTONS US LLP

                    By: */s/ Brian S. Cousin*
                      Brian S. Cousin, Esq.
                      brian.cousin@dentons.com
                      Lindsay F. Ditlow, Esq.
                      lindsay.ditlow@dentons.com
                      Mark D. Meredith, Esq.

mark.meredith@dentons.com
1221 Avenue of the Americas
New York, NY  10020-1089
 (212) 768-6700
*Attorneys for Defendants*
*David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and Channel Reply, Inc.*

104241403