UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL DARDASHTIAN, individually and on ) Case No. 17 CV 4327 (LLS)
behalf of COOPER SQUARE VENTURES, LLC )
NDAP, LLC and CHANNEL REPLY, LLC )
        Plaintiffs, )

-against-

DAVID GITMAN, JEREMY FALK, SUMMIT )
ROCK HOLDINGS, LLC, ACCEL COMMERCE, )
LLC, DALVA VENTURES, LLC, )
KONSTANTYN BAGAIEV, OLESKSII )
GLUKHAREV and CHANNEL REPLY, INC., )
        Defendants. )

## DECLARATION OF MARK D. MEREDITH, ESQ. IN SUPPORT OF DEFENDANTS DAVID GITMAN, ACCEL COMMERCE, INC., DALVA VENTURES, LLC, AND CHANNEL REPLY, INC.'S MOTION TO DISMISS

I, MARK D. MEREDITH, declare as follows:

1. I am admitted to practice in the United States District Court for the Southern District of New York and am associated with Dentons US LLP, counsel for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply, Inc. I submit this declaration to place before the Court certain documents and information in support of the Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Operating Agreement of Cooper Square LLC (the "CSV Operating Agreement").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Limited Liability Company Operating Agreement of NDAP, LLC (the "NDAP Operating Agreement").

4.	Attached hereto as Exhibit 3 is a true and correct copy of the Operating Agreement of Channel Reply, LLC (the "CR LLC Operating Agreement").

Executed this 14th day of July, 2017, in New York, New York.

_____
Mark D. Meredith, Esq.