# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI
ANTHONY X. ARTURI, JR ✧
MICHAEL P. MELITI ▲

OF COUNSEL:

ANTHONY X. ARTURI
RINALDO M. D'ARGENIO ▲

WEBSITE: WWW.ADGMLAW.COM

MACK CENTRE I
365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN

▲ NY & NJ BAR
✧ NY, NJ & PA BAR
♦ NJ & RI BAR

July 26, 2017

**VIA E-FILE**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Stanton:

      The undersigned is counsel to the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually, and on behalf of Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply, LLC ("Plaintiff Companies") in connection with the above-referenced matter.

      Kindly accept this correspondence to respectfully request a two-week extension of time to respond to Defendants David Gitman, Accel Commerce, LLC, Channel Reply, Inc., and Dalva Venures, LLC's (hereinafter "Defendants") pending motion to dismiss the Verified Complaint, which was filed by the Defendants on July 14, 2017. Plaintiffs have not sought an adjournment of this matter in any regard through the present.

      By letter dated June 28, 2017, Defendants requested a one month extension to file its Answer from June 29, 2017 to July 29, 2017. This Court granted Defendants' request for an extension, but for Defendants to file its response by no later than July 15, 2017.

      We respectfully seek a two (2) week extension, for Plaintiffs' opposition papers to be due no later than August 11, 2017. Yesterday, I contacted counsel to Defendants, seeking their consent to this request. Counsel was unable to consent at this time.

      Since our last appearance, the parties' have been trying to work cooperatively to resolve the sale of one the Plaintiff Companies, NDAP, which we have been working endlessly to accomplish and are hopeful to resolve this week.

      For the foregoing reasons, Plaintiffs' respectfully request a two week adjournment to respond to Defendant's motion to dismiss, by no later than August 11, 2017.

      Thank you for Your Honor's consideration of this request.

Respectfully Submitted,
**ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP**

*/s/ Evan Ostrer*

Evan Ostrer, Esq.

EO:st

Cc:    Lindsay Ditlow, Esq. (via ECF)
        Brian Cousin, Esq. (via ECF)
        Edward P. Gilbert, Esq. (via ECF)