大成 DENTONS

Lindsay F. Ditlow
Counsel

lindsay.ditlow@dentons.com
D   +1 212 398 5782

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

July 26, 2017

**Via E-File**

The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re   **Dardashtian et al. v. Gitman, et al., 17-CV-4327 (LLS) (JCF)**

Dear Judge Stanton,

    We represent defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and Channel Reply, Inc. (the "Defendants") in the above-referenced action. We write in response to counsel for the plaintiffs' July 26, 2017 letter to Your Honor requesting a two (2) week extension of time to respond to the Defendants' motion to dismiss the verified complaint. We do not object to the plaintiffs' request for a two (2) week extension of time to August 11, 2017 to respond to the motion to dismiss the verified complaint.

                              Respectfully submitted,

                                Lindsay F. Ditlow

104306265