# ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI<br>ANTHONY X. ARTURI, JR ✧<br>MICHAEL P. MELITI ▲<br><br>OF COUNSEL:<br><br>ANTHONY X. ARTURI<br>RINALDO M. D'ARGENIO ▲<br><br>WEBSITE: WWW.ADGMLAW.COM | MACK CENTRE I<br>365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302<br><br>111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>845-576-0600<br>FACSIMILE: 845-576-0601 | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN<br><br>▲ NY & NJ BAR<br>✧ NY, NJ & PA BAR<br>♦ NJ & RI BAR |

August 14, 2017

**VIA E-FILE**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

**Re:** **Michael Dardashtian, et al. v. David Gitman, et al.**
        **17-cv-4327**

Dear Judge Stanton:

The undersigned represents the Plaintiffs in the above matter. We write to respectfully submit a correction to Plaintiffs' Memorandum of Law, which was filed with the Court via ECF on August 11, 2017. With regards to same, page 5 paragraph 2 makes reference to certain provisions contained in the Plaintiff Companies' Cooper Square Ventures Operating Agreement, namely Sections 17.11 and 8.7.

Inadvertently, we paraphrased the foregoing two provisions, which were erroneously placed in quotes. Attached hereto is an amended page 5 to Plaintiffs' Memorandum of Law which now includes the expressed language contained in the relevant portions of such operating agreement, in quotes, to address the foregoing infirmities.

Kindly accept the foregoing correction to Plaintiffs' brief.

Thank you for Your Honor's courtesies and attention to this matter.

Respectfully Submitted,
ARTURI, D'ARGENIO, GUAGLARDI & MELITI, LLP

Barry S. Guaglardi, Esq.

BSG:st
Enclosures
Cc:    Lindsay Ditlow, Esq. (via ECF)
         Mark Meredith, Esq. (via ECF)
         Edward P. Gilbert, Esq. (via ECF)

Defendant Gitman never executed (See Meredith Dec. <u>Exhibit</u> 3, last page). Regardless, their interpretation of the provisions they rely upon in any of the operating agreements are improper and inconsistent with the clear underlying intent of same, which underscore and expressly detail the expectation that managers and members act in good faith and in accordance with their fiduciary duties, as set forth *infra*.

\*Defendants reference Section 8.1 of the CSV Operating Agreement. Yet nothing in Section 8.1 expressly prohibits a manager from bringing an action on behalf of the company to protect the members and company's interests. In fact, several provisions in the CSV Operating Agreement contemplate and account for such a scenario. Section 17.11, the remedies clause, expressly states that "[n]o remedy conferred upon the Company, any Member or any member of management is intended to be exclusive of any other remedy herein…" Section 8.7 of the CSV Operating Agreement expressly states for the Liability of Management, in pertinent part, that "the provisions of this Section shall not be construed to relieve (or attempt to relieve) any person of any liability by reason of gross negligence, recklessness or intentional wrongdoing…" Section 8.8 exempts managers from company indemnification for actions brought by and on behalf of the company.

Furthermore, the Moving Defendants ignore New York law, as interpreted by both State and the Federal Courts, as to Plaintiff Dardashtian's rights to file such a derivative suit on behalf of the Plaintiff Companies.

Clearly, "members of LLCs may sue derivatively." <u>Tzolis v. Wolff</u>, 10 NY 3d 100, 109, (Court of Appeals of New York, 2008). The Southern District further recognizes that right, … "New York LLC members may bring derivative actions under New York law…" <u>Bischoff v. Boar's Head Provisions Co.</u>, 436 F Supp. 2d 626, 631 (SDNY 2006). Indeed, in <u>Bischoff</u>, the Hon. Denny Chin, USDJ recognized that a LLC member may sue for, both, derivative and