Case 1:17-cv-04327-LLS-JCF Document 60 Filed 08/16/17 Page 1 of 1

ORIGINAL

大成 DENTONS

Lindsay F. Ditlow
Counsel

lindsay.ditlow@dentons.com
D +1 212 398 5782

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/17

August 16, 2017

**Via E-File**
The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re **Dardashtian et al. v. Gitman, et al., 17-CV-4327 (LLS) (JCF)**

Dear Judge Stanton:

We represent defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and Channel Reply, Inc. (the "Defendants") in the above-referenced action. With the consent of counsel for the plaintiffs, we write to respectfully request a one (1) week extension of time from August 18, 2017 to August 25, 2017 to submit Defendants' reply in further support of the Defendants' motion to dismiss the verified complaint.

Granted.
Louis L Stanton
8/16/17

Respectfully submitted,

Lindsay F. Ditlow

LFD/prp