UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
MICHAEL DARDASHTIAN, individually    :    17 Civ. 4327 (LLS) (JCF)
and on behalf of COOPER SQUARE       :
VENTURES, LLC, NDAP, LLC, and        :         O R D E R
CHANNEL REPLY, LLC,                  :
                                     :
                Plaintiff,           :
                                     :
     - against -                     :
                                     :
DAVID GITMAN, JEREMY FALK, SUMMIT    :
ROCK HOLDINGS, LLC, ACCEL COMMERCE,  :
LLC, DALVA VENTURES, LLC,            :
KONSTANTYN BAGAEV, OLESKSII          :
GLUKHAREV, and CHANNEL REPLY,        :
INC.,                                :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/14/17

On June 21, 2017, the Honorable Louis L. Stanton, U.S.D.J.,
referred this case to me to resolve conflicts relating to the
"completeness of defendant's compliance" with court orders dated
June 8, 2017, June 9, 2017, and June 19, 2017; and to "recommend
directions to be included in a preliminary injunction, as necessary
to address continuing violations."

On or before September 18, 2017, the parties shall provide a
joint letter updating the Court on the status of the issues related
to the referral.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       September 14, 2017

Copies transmitted this date:

Barry S. Guaglardi, Esq.
Arturi, D'Argenio & Guaglardi, LLP
365 West Passaic St.
Rochelle Park, NJ 07662

Brian S. Counsin, Esq.
Lindsay F. Ditlow, Esq.
Mark D. Meredith, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Edward P. Gilbert, Esq.
Joaquin J. Ezcurra, Esq.
Morrison Cohen, LLP
909 Third Ave.
New York, NY 10022