大成 **DENTONS**

**Mark D. Meredith**
Senior Attorney

mark.meredith@dentons.com
D   +1 212 768 6852

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

September 19, 2017

VIA ELECTRONIC FILING

Hon. James C. Francis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Dardashtian, et al. v. Gitman, et al.*, Case No.:  17-cv-4327 (LLS)

Dear Magistrate Judge Francis:

We represent Defendants David Gitman, Accel Commerce, LLC ("Accel"), Dalva Ventures, LLC ("Dalva") and ChannelReply, Inc. ("CR, Inc.") in the above-referenced action.  In response to the Court's Order, dated September 14, 2017, the parties, through their respective counsel, were to submit a joint letter updating the Court on the status of the issues related to the referral to Your Honor.  However, counsel had difficulty coordinating efforts and by the time we were able to submit a draft to Plaintiffs' counsel and counsel for Defendants Jeremy Falk and Summit Rock Holdings, LLC, it was after 10 p.m. Therefore, given the late hour and in order to comply with the Court's Order, we hereby submit this status update on behalf of Defendants Gitman, Accel, Dalva and CR, Inc.  It is our understanding Plaintiffs' counsel will be submitting its own status update tomorrow morning.

*The July 5, 2017 Court Conference*
On July 5, 2017, the parties appeared before the Court to address all outstanding issues regarding the Court's Temporary Restraining Orders of June 8, 2017, as amended on June 9, 2017, June 19, 2017 and June 21, 2017 (the "Orders").  With the Court's assistance, all remaining issues under those Orders were resolved during that conference.

*The NDAP Asset Purchase Agreement*
From the July 5, 2017 conference with Your Honor through September 14, 2017, Plaintiffs' counsel did not complain of any alleged violations of any of the Court's Orders.  On July 28, 2017, counsel for Plaintiffs confirmed to Defendants' counsel that the Asset Purchase Agreement, dated July 21, 2017, entered into by and among NDAP, LLC, Cooper Square Ventures, LLC ("CSV"), Meridian Rack & Pinion, Inc., and Michael Dardashtian and David Gitman, was closed.

大成 Salans FMC SNR Denton McKenna Long
dentons.com

*Some Portion of the Asset Purchase Agreement Proceeds Should Be Distributed*

The purchase price paid to CSV was $450,000. Under the terms of the agreement, $25,000 was paid at Closing, and an additional $100,000 was paid on August 15, 2017. The balance of the proceeds are then paid by monthly installments not to exceed $15,000 according to a formula. It is Defendants' contention that some portion of the proceeds is available and should be distributed.

Although Defendants have requested distribution of the sale proceeds, no distribution has been provided by Plaintiffs' counsel. Defendant David Gitman believes there is no basis for a lack of distribution, and would respectfully request the Court's assistance in ordering the distribution to the extent it is willing and deems the request appropriate. Defendants Jeremy Falk and Summit Rock Holdings, LLC have also stated a desire for distributions to be made from the Asset Purchase Agreement.

*The Joint Conference Call*

On Friday, September 15, 2017, counsel for the parties participated in a conference call in an effort to discuss any outstanding issues pursuant to the Court's Order. Plaintiffs' counsel raised issues concerning the dissolution of CR, Inc., and possible competition by defendant Dalva. Defendants' counsel was not aware of any such issues until they were raised by Plaintiffs' counsel, and continues to believe that Defendants David Gitman, Accel, Dalva and CR, Inc. are in full compliance with the Court's Orders. Papers confirming the dissolution of CR, Inc. were provided to Plaintiffs' counsel on June 20, 2017, and are attached as Exhibit A for the Court's convenience.

*Defendants Contend that Mr. Gitman Should Be Restored as Day-to-Day Co-Manager*

Accordingly, Defendants contend that the Court-ordered removal of Mr. Gitman as co-Manager is no longer necessary. Mr. Gitman should be reinstated as a day-to-day co-Manager of CSV with Mr. Dardashtian, and Mr. Joel Liebman, currently serving as temporary Manager, should be relieved of that position. Defendants respectfully request the Court's assistance in restoring Mr. Gitman as co-Manager of CSV.

*The Summit Rock Holdings/Falk Settlement Agreement*

An additional issue has surfaced regarding the Settlement Agreement by and among Defendant Jeremy Falk, Summit Rock Holdings, LLC, and David Gitman, Accel, CR, Inc., and Dalva, on the one hand, and Michael Dardashtian, CSV, NDAP, LLC and ChannelReply, LLC, on the other hand. Although all of the parties agree on nearly all of the terms of the Settlement Agreement, a remaining dispute exists regarding language contained in a WHEREAS clause (Section D). Counsel for Gitman has provided consistent comments from the beginning regarding the WHEREAS clause. Mr. Gitman wishes to reserve his rights regarding the language contained in the WHEREAS clause, and intends to file counterclaims shortly which will set forth Mr. Gitman's position on the issue. Counsel for Gitman has informed Plaintiffs' counsel regarding Mr. Gitman's position, but has not received a response. Indeed, Counsel for Gitman has attempted several revisions of the WHEREAS clause, which have been unsuccessful. Defendants Gitman, Accel, CR, Inc. and Dalva therefore respectfully request the Court's assistance to resolve this issue as well.

大成 **DENTONS**

大成  Salans FMC SNR Denton McKenna Long
dentons.com

Respectfully submitted,

On behalf of Defendants David Gitman, Accel
Commerce, LLC, Dalva Ventures, LLC and
ChannelReply, Inc.,

Brian S. Cousin
Lindsay F. Ditlow
Mark D. Meredith

cc:     The Honorable Louis L. Stanton (via Federal Express)
        Barry S. Guaglardi, Esq. (via CM/ECF) (Counsel for Plaintiffs)
        Evan Oster (via CM/ECF) (Counsel for Plaintiffs)
        Edward P. Gilbert (via CM/ECF) (Counsel for Summit Rock Holdings, LLC and Jeremy Falk)

105121879