# EXHIBIT A

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "CHANNELREPLY INC.", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF JUNE, A.D. 2017, AT 10:17 O`CLOCK A.M.


Jeffrey W. Bullock, Secretary of State



6427452  8100
SR# 20174838133

Authentication: 202741039
Date: 06-20-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# SHORT FORM CERTIFICATE
# OF DISSOLUTION
# (SECTIONS 275 AND 391 (a) (5) (b))

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:17 AM 06/20/2017
FILED 10:17 AM 06/20/2017
SR 20174838133 - File Number 6427452

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The dissolution of CHANNELREPLY INC. has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 5/30/2017

3. The date the dissolution was authorized is 6/20/2017

4. The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| DAVID GITMAN | President | 100 Sterling PL Apt 1 Brooklyn, NY 11217 |

5. The corporation has no assets and has ceased transacting business.

6. The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware

7. The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

By: DAVID GITMAN
Authorized Officer

Name: /s/ DAVID GITMAN
Print or Type