```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
MICHAEL DARDASHTIAN, individually   :   17 Civ. 4327 (LLS) (JCF)
and on behalf of COOPER SQUARE      :
VENTURES, LLC, NDAP, LLC, and       :         O R D E R
CHANNEL REPLY, LLC,                 :
                                    :
            Plaintiff,              :
                                    :
    - against -                     :
                                    :
DAVID GITMAN, JEREMY FALK, SUMMIT   :
ROCK HOLDINGS, LLC, ACCEL COMMERCE, :
LLC, DALVA VENTURES, LLC,           :
KONSTANTYN BAGAEV, OLESKSII         :
GLUKHAREV, and CHANNEL REPLY,       :
INC.,                               :
                                    :
            Defendants.             :
- - - - - - - - - - - - - - - - - -:
```

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/10/17]

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Pretrial conferences having been held by telephone on October 2 and October 6, 2017, it is hereby ORDERED as follows:

1. Plaintiff's motion for a preliminary injunction is consolidated with an expedited trial on the merits. The temporary injunction previously entered shall remain in full force and effect pending trial.

2. The following schedule shall govern preparation for trial and shall be triggered by the date upon which the Court decides the pending motion to dismiss (the "Trigger Date"):

    a. Within one week after the Trigger Date, David Gitman and any related entities shall file any counterclaims;

    b. The parties shall issue written requests for

documents and interrogatories within 30 days after the Trigger Date;

    c. The parties shall provide written responses and objections to requests for document production and interrogatories within 30 days of receipt of the written requests;

    d. Document production pursuant to an e-discovery protocol shall take place within 60 days of receipt of the written responses and objections to requests for document production;

    e. Fact witness depositions shall be completed within 60 days thereafter;

    f. Expert reports shall be exchanged within 30 days of the completion of fact discovery;

    g. Expert depositions shall be completed within 30 days of the exchange of expert reports;

    h. The parties shall file any dispositive motions within 30 days of the completion of expert discovery;

    i. The joint pretrial order, prepared in conformity with Judge Stanton's Individual Rules, shall be submitted within 30 days after decision on dispositive motions.

    j. A trial date shall be scheduled 60 days after decision on dispositive motions.

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       October 10, 2017

Copies transmitted this date:

Barry S. Guaglardi, Esq.
Arturi, D'Argenio & Guaglardi, LLP
365 West Passaic St.
Rochelle Park, NJ 07662

Brian S. Cousin, Esq.
Lindsay F. Ditlow, Esq.
Mark D. Meredith, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Edward P. Gilbert, Esq.
Joaquin J. Ezcurra, Esq.
Morrison Cohen, LLP
909 Third Ave.
New York, NY 10022