UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Plaintiff, MICHAEL DARDASHTIAN, et al.

-v-

Defendant. DAVID GITMAN, et al.

-------------------------------------------------------------x

Amended

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 Civ. 4327 ( LLS ) (RWL)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   see below

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Identification and resolution of outstanding disputes regarding completeness of defendant's compliance with orders of this court (Ramos, J. on June 8 and June 9; Stanton, J. on June 19) for the purpose of restoring the factual situation to that existing on May 26, 2017; hear and determine resolution of each specific item still in issue between the parties. Recommend directions to be included in a preliminary injunction, as necessary to address continuing violations.

*Do not check if already referred for general pretrial.

Dated December 7, 2017

SO ORDERED:

*/s/ Louis L. Stanton*

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/17