# EXHIBIT A

From: Michael Dash <mdash@ndap-ic.com>
Subject: ChannelReply Options
To: Me

Konstantyn -

As discussed, the plan is to give you a 5% equity stake in the business. I'm working with our attorney to get the paperwork in place. Right now it is a bit too expensive for us to proceed with a formal options plan and package.

Please bear with us as we continue to work on the issue - know that your contribution to the company is vital and we look at you as a partner.

Regards,

Michael Dash  Co-Founder, CEO
phone: +1 (646) 553-5918
email: michael@channelreply.com

Here is an easy way to schedule a 30-minute meeting with me.