# EXHIBIT B

## EXHIBIT A - WORK ORDER

Contractor:  Konstantyn Bagaev

Start Date Under Agreement: January 1st, 2016

Term of Work Order:  One Year, with ability to extend as the parties agree.

Time Commitment:  Contractor shall dedicate at minimum 75% of Contractor's business time, energy and attention to the business and affairs of the Company.

Rate of Payment:  $2,000 per month, pro rata for any work due within 30 days of receipt of invoice.

Scope of Services: Act on behalf of Client in the capacity of Work for Hire / Consultant working on various projects included but not limited to ChannelReply API Connection CarPartKings

By:  IP Bagaev Konstantin
Konstantyn Bagaev
Ul Mira d 59 k3 kv 138
Jeleznogorsk 307178
Russia

Registration Number:  315463300002436

Signed:_____        Date: _____

Agreed and Accepted by Konstantyn Bagaev

By:  NDAP, LLC. (Company)
Rep; David Gitman

By: _____        Date: 1/1/2016