# EXHIBIT C

[1/29/16, 4:47:59 PM] Mike Dash: we have a contract
[1/29/16, 4:48:01 PM] Mike Dash: didnt u sign it?
[1/29/16, 4:48:58 PM] Konstantyn: I never seen it
[1/29/16, 4:49:11 PM] Konstantyn: Do you have a copy?
[1/29/16, 4:49:25 PM] Mike Dash: im looking
[1/29/16, 4:52:38 PM] Mike Dash: do you have a tax id number or social number
[1/29/16, 4:52:43 PM] Mike Dash: some reperesentiative number?
[1/29/16, 4:52:58 PM] Konstantyn: Yes.
[1/29/16, 4:53:02 PM] Konstantyn: 1 min
[1/29/16, 4:55:39 PM] Konstantyn: So here I'm private entrepreneur, or individual entrepreneur, it is like a company for 1 person. The name of the company is "IP Bagaev Konstantin Alexandrovich" and registration number is 315463300002436
[1/29/16, 4:58:23 PM] Mike Dash: sent a file to Konstantyn: Konstantyn Contractor Agreement.pdf
[1/29/16, 4:59:31 PM] Konstantyn: I suppose we should print last page, sign it and scan ?
[1/29/16, 4:59:47 PM] Konstantyn: I'll check now what to do with it
[1/29/16, 4:59:51 PM] Mike Dash: hang on ill sign and resend
[1/29/16, 5:00:21 PM] Mike Dash: sent a file to Konstantyn: Konstantyn Contractor Agreement.pdf
[1/29/16, 5:01:12 PM] Konstantyn: How did you do that? :)
[1/29/16, 5:01:16 PM] Mike Dash: Magic :)
[1/29/16, 5:01:27 PM] Mike Dash: there is a signature button in .pdf
[1/29/16, 5:01:45 PM] Mike Dash: click the little briefcase on top
[1/29/16, 5:01:45 PM] Konstantyn: What software has it?
[1/29/16, 5:01:47 PM] Mike Dash: Preview
[1/29/16, 5:01:50 PM] Mike Dash: on Mac
[1/29/16, 5:04:01 PM] Mike Dash: bbs