# EXHIBIT D



Mark D. Meredith
Senior Attorney

mark.meredith@dentons.com
D   +1 2127686852

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

August 3, 2017

**By FedEx and Email**

Tomer Tagrin, Founder and CEO
Tom Rotem, VP Business Development and US Operations
Yotpo NYC
33 W. 19th Street
New York, NY 10011

Re:   Michael Dardashtian's Continuing Confidentiality Obligations

Dear Mr. Tagrin and Mr. Rotem:

      This firm represents David Gitman, co-Member of Cooper Square Venture, LLC ("CSV") with Michael Dardashtian.  The purpose of this letter is to provide Yotpo with notice regarding Mr. Dardashtian's continuing obligations of confidentiality regarding customer lists, processes and designs and Yotpo's potential liability in connection with its tortious interference with Mr. Dardashtian's obligations. We demand that Mr. Dardashtian cease and desist from any violations of his confidentiality obligations owed under CSV's Operating Agreement.

      Specifically, under Section 12.2 of the Operating Agreement, entitled Confidentiality, each Member agrees that he "will not, at any time or in any manner, either directly or indirectly, publish, communicate, divulge, disclose, disseminate or otherwise reveal to any person or entity, or use for any purpose whatsoever any Confidential Information."  Operating Agreement §12.2(a).  Confidential Information, in turn, is defined to include, among other things, any of CSV's "processes, data, designs, compilations of information, apparatus, computer programs, information of or relating to suppliers or customers, customer requirements, cost or price data, research data, business plans, marketing or sales plans or information, . . .policies or procedures, sales know-how or any other information that may be considered to be proprietary to or a trade secret of" CSV's, whether or not such information is considered a trade secret within the meaning of the applicable law.  Operating Agreement § 12.2(b).

      CSV's customer lists and its process and design feedback management feature are Confidential Information under the Operating Agreement.  Any use of such confidential and proprietary information by Mr. Dardashtian or Yotpo, a direct competitor of CSV's, is in violation of the restrictions set forth under Section 12.2.  We have reason to believe that certain of CSV's customers have become Yotpo's customers since Mr. Dardashtian has joined Yotpo.  We also understand that Yotpo may now be using a feedback management feature that uses Confidential Information under the Operating Agreement.  To the extent Mr. Dardashtian has been or is divulging, disclosing, disseminating, otherwise revealing or using for any purpose Confidential Information, including customer lists and the process and design of the feedback management feature, Mr. Dardashtian and Yotpo should stop immediately.



大成 Salans FMC SNR Denton McKenna Long
dentons.com

In view of the foregoing, Mr. Gitman demands that Yotpo ensure that Mr. Dardashtian cease and desist from using "for any purpose whatsoever" Confidential Information under the Operating Agreement. Please confirm in writing that Yotpo understands its ongoing obligations not to tortiously interfere with Mr. Dardashtian's obligations, and that Mr. Dardashtian will adhere to those continuing obligations. Mr. Gitman reserves all rights.

Sincerely,

Mark D. Meredith
Senior Attorney

cc: Barry Guaglardi, Esq. (for Mr. Dardashtian)

104507757\V-1