**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY, LLC,

          Plaintiffs,

-against-

DAVID GITMAN, JEREMY FALK,
SUMMIT ROCK HOLDINGS, LLC,
ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC,
KONSTANTYN BAGAEV,
OLEKSII GLUKHAREV and
CHANNEL REPLY, INC.,

         Defendants.
-------------------------------------------------------------X

STIPULATION AND
[~~PROPOSED~~] ORDER OF
DISMISSAL WITH
**PREJUDICE**

17 Civ. 04327 (LLS)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed.R.Civ.P. 41(a), between and among the undersigned, that this action is hereby dismissed with prejudice as to Defendants Jeremy Falk and Summit Rock Holdings, LLC and without costs or fees to any party;

IT IS HEREBY FURTHER STIPULATED AND AGREED, that Defendants Jeremy Falk and Summit Rock Holdings, LLC's claims, crossclaims and counterclaims, if any, are hereby dismissed with prejudice and without costs or fees as to all parties;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts with facsimile and/or electronic signatures treated as originals.

Dated: New York, New York
   January 4, 2018

_____
Edward P. Gilbert, Esq.
MORRISON COHEN LLP
*Attorneys for Defendants*
*Jeremy Falk and Summit Rock Holdings, LLC*

_____
Barry S. Guaglardi, Esq.
Evan Ostrer, Esq.
ARTURI, D'ARGENIO, GUAGLARDI
& MELITI, LLP

909 Third Avenue  
New York, New York 10022  
Telephone: (212) 735-8600  
Facsimile: (212) 735-8708  
cgilbert@morrisoncohen.com  

*Attorneys for Plaintiffs*  
365 West Passaic Street, Suite 130  
Rochelle Park, New Jersey 07662  
Telephone:   (201) 947-4100  
Facsimile:   (201) 947-4010  
bguaglardi@adgmlaw.com  
eostrer@adgmlaw.com  

/s/

Brian S. Cousin, Esq.  
Lindsay F. Ditlow, Esq.  
Mark D. Meredith, Esq.  
DENTONS US LLP  
*Attorneys for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and ChannelReply, Inc.*  
1221 Avenue of the Americas  
New York, New York 10020  
Tel: (212) 768-6700  
Facsimile: (212) 768-6800  

SO ORDERED:

/s/ Louis L. Stanton  
Hon. Louis L. Stanton  

1/10/18