UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,      17 Civ. 4327 (LLS)
                                 Plaintiffs,

    -against-

DAVID GITMAN, JEREMY FALK, SUMMIT
ROCK HOLDINGS, LLC, ACCEL COMMERCE,
LLC, DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
                                Defendants.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE ENTER THE APPEARANCE** of Arturi, D'Argenio, Guaglardi & Meliti LLP, by Evan A. Ostrer, Esq. as co-counsel in this case on behalf of Plaintiffs, MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC, NDAP, LLC and CHANNELREPLY.

    I certify that I am admitted to practice in this Court.

Date: February 27, 2018

                                             _____
                                             Evan Ostrer (EO2639)
                                             Arturi, D'Argenio, Guaglardi & Meliti, LLP
                                             365 West Passaic Street, Suite 130
                                             Rochelle Park, NJ 07662
                                             eostrer@adgmlaw.com

                                             NY Address:
                                             111 Main Street
                                             Chester, NY 10918

                                             (201) 947-4100
                                             (201) 947-1010 (f)

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, a true and correct copy of the foregoing Notice of Appearance was filed electronically and is available for vieweing and downloading from the ECF system.

Dated: February 27, 2018

_____
Evan Ostrer