### ARTURI, D'ARGENIO, GUAGLARDI & MELITI, L.L.P.

*Counselors at Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

OF COUNSEL:
ANTHONY X. ARTURI, JR. ❖
RINALDO M. D'ARGENIO ▲
ANTHONY X. ARTURI

WEBSITE:
WWW.ADGMLAW.COM

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

JASON S. NUNNERMACKER ◆
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN •

• NJ BAR
▲ NJ & NY BAR
❖ NJ, NY & PA BAR
◆ NJ & RI BAR

April 19, 2018

**VIA E-FILE & EMAIL** (Lehrburger_NYSDChambers@nysd.uscourts.gov)
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

    Kindly be advised that the undersigned is counsel to Plaintiffs in the above matter. Your Honor has scheduled a settlement conference for May 9, 2018. At the time of our last settlement conference before Your Honor, we understood that the parties had agreed to exchange preliminary discovery for any future settlement conference to be productive. In furtherance thereof, Your Honor entered a discovery schedule with updated dates to permit the exchange of information by the parties so that same would occur prior to May 9, 2018. We produced our clients' discovery responses and prepared a proposed Confidentiality Stipulation for the exchange of documents and submitted same to counsel for Defendants on April 2, 2018. After not receiving comments to the proposed Confidentiality Stipulation, we then served our responses to Defendants' discovery requests without our document production. We only held back the documents, given the sensitive and confidential nature contained therein, until the Confidentiality Stipulation could be agreed upon. On or about April 17, 2018 we produced approximately 5,000 pages of discovery to counsel for Defendants with a designation of "attorneys eyes only" until we resolve the Confidentiality Stipulation. On April 17, 2018, we received comments to the Confidentiality Stipulation and will respond to same shortly. However, we have still not received any documentation from Defendants since the date of the last settlement conference. If the Court requires, we will produce the emails going back and forth between and among counsel relative to the foregoing.

    We were requested to agree upon an valuation protocol as well as to submit a proposed form of Restrictive Covenant in anticipation of the May 9, 2018 Settlement Conference to assist

the parties with settlement negotiations. However, at this juncture, and given Defendants' late submission of their discovery responses, and absent a document production by Defendants of any kind, Plaintiffs are left in a position of believing that Defendants do not wish to engage in meaningful settlement negotiations. As a result, we ask that the Court adjourn the May 9, 2018 Settlement Conference and submission of settlement protocols for 30 days to permit Defendants to produce documents informally as Plaintiffs have done to make the conference meaningful. If Defendants refuse, Plaintiffs do not believe that a Settlement Conference will be worthwhile.

      We are available for a telephone conference with the Court if the Court is willing to entertain same.

      Thank you for the Court's consideration of this correspondence.

      Respectfully submitted,
Arturi, D'Argenio, Guaglardi & Meliti, LLP

Barry S. Guaglardi