UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and,
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC, and CHANNEL REPLY,
LLC,

                Plaintiffs,

- against -

DAVID GITMAN, JEREMY FALK, SUMMIT,
ROCK HOLDINGS, LLC, ACCEL
COMMERCE, LLC, DALVA VENTURES, LLC,
KONSTANTYN BAGAEV, OLESKSII
GLUKHAREV, and CHANNEL REPLY, INC.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-18

17-cv-4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As directed at the May 9, 2018 conference, the current deadlines set forth in the February 5, 2018 Order (Dkt. 76) are modified as follows:

1. Document production, including any discovery, pursuant to an e-discovery protocol shall be completed by June 29, 2018. The parties shall finalize an agreed-upon e-discovery protocol by May 17, 2018.

2. Fact witness depositions shall be completed by August 31, 2018.

3. Expert reports shall be exchanged by September 28, 2018.

4. Expert depositions shall be completed by October 31, 2018.

5. The Parties shall file any dispositive motions by November 30, 2018.

6. The joint pretrial order, prepared in conformity with Judge Stanton's Individual Rules, shall be submitted within 30 days after a decision on dispositive motions.

1

7. A trial date shall be scheduled 60 days after a decision on dispositive motions.

SO ORDERED.

Robert W. Lehrburger
United States Magistrate Judge

Dated:    May 9, 2018
          New York, New York

Copies transmitted to all counsel of record.