UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>        Plaintiffs,<br><br>-against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>        Defendants. | Case No. 17 CV 4327 (LLS)(RWL)<br><br><br><br><br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

WHEREAS, the Court directed at the July 19, 2018 settlement conference for the parties to confer as to an amended discovery schedule;

WHEREAS, on September 10, 2018, the parties submitted to the Court a joint letter setting forth a proposed amended discovery schedule;

WHEREAS, on September 11, 2018, the Court Ordered the parties to submit a proposed revised scheduling order for entry consistent with the proposed schedule set forth in the parties' September 10, 2018 filing;

NOW, THEREFORE, the parties submit the following:

1. Paper discovery and ESI production shall be completed by October 30, 2018;

2. Fact witness depositions shall be completed by December 30, 2018;

3. Expert reports shall be exchanged by February 15, 2019;

4. Expert depositions shall be completed by March 15, 2019;

5. The Parties shall file dispositive motions by April 30, 2019; and

6.  The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

SO ORDERED
Dated: _____

Robert W. Lehrburger, U.S.M.J.

109042716