USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-17-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL DARDASHTIAN, individually and on ) Case No. 17 CV 4327 (LLS)(RWL)
behalf of COOPER SQUARE VENTURES, LLC )
NDAP, LLC and CHANNEL REPLY )
      Plaintiffs, )
)
-against- )
)
DAVID GITMAN, ACCEL COMMERCE, ) ~~PROPOSED~~ AMENDED
LLC, DALVA VENTURES, LLC, ) SCHEDULING ORDER
KONSTANTYN BAGAIEV, OLESKKII )
GLUKHAREV and CHANNEL REPLY, INC. )
      Defendants. )

---

WHEREAS, the Court directed at the July 19, 2018 settlement conference for the parties to confer as to an amended discovery schedule;

WHEREAS, on September 10, 2018, the parties submitted to the Court a joint letter setting forth a proposed amended discovery schedule;

WHEREAS, on September 11, 2018, the Court Ordered the parties to submit a proposed revised scheduling order for entry consistent with the proposed schedule set forth in the parties' September 10, 2018 filing;

NOW, THEREFORE, the parties submit the following:

1. Paper discovery and ESI production shall be completed by October 30, 2018;

2. Fact witness depositions shall be completed by December 30, 2018;

3. Expert reports shall be exchanged by February 15, 2019;

4. Expert depositions shall be completed by March 15, 2019;

5. The Parties shall file dispositive motions by April 30, 2019; and

6. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions, or, if no dispositive motions are made, April 30, 2019.

7. No further extensions absent compelling circumstances.

SO ORDERED
Dated: 9/17/18

_____
Robert W. Lehrburger, U.S.M.J.

109042716