## GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302 | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦ |
| WEBSITE: WWW.ADGMLAW.COM | 111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601 | ♦ NJ BAR<br>▲ NJ & NY BAR |

October 1, 2018

**VIA EMAIL (Lehrburger_NYSDChambers@nysd.uscourts.gov)**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

    We write to respectfully request a short adjournment of our next scheduled settlement conference of October 23, 2018 as Plaintiff's counsel will be out of the country on that date. If acceptable to the Court, the parties are available November 5th, 6th and 7th. Defendant has no objection to this request, however Mr. Gitman asks to be permitted to participate by telephone as he currently resides out-of-state.

    If additional dates are required or if Your Honor requires anything further in connection with this request, kindly so advise.

    Thank you for Your Honor's assistance with this matter.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

*Evan Ostrer*

Cc:   Mark Meredith, Esq.
      Lindsay Ditlow, Esq.
      Brian Cousin, Esq.