# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦   NJ BAR
▲   NJ & NY BAR

January 11, 2019

**VIA ECF (Lehrburger_NYSDChambers@nysd.uscourts.gov)**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

We write on behalf of Plaintiffs with respect to the status of discovery following our most recent conference before Your Honor on December 21, 2018 and to submit a proposed amended discovery order per Your Honor's instruction.

As Your Honor may recall, an extension of the discovery schedule is necessary to complete ESI discovery and depositions. To date, Plaintiffs have produced approximately 24,000 documents of e-discovery to Defendants at extroadinary expense, and have not received any e-discovery from Defendants. Plaintiffs have incurred monthly data hosting charges in addition to considerable expenses associated with an ESI technical team to comply with the ESI protocol previously entered into between the parties. At our last settlement conference, Your Honor requested the parties to submit an amended discovery schedule while settlement discussions continue.

On December 26, 2018, I wrote to counsel for Defendants regarding the status of their discovery production and to discuss the terms of an amended discovery schedule, a copy of which is attached hereto. I have not received any response. Accordingly, I have prepared a proposed amended discovery schedule with similar time frames to the prior discovery Order entered by Your Honor, which is attached hereto. Same is submitted without prejudice to any

1

discovery motion filed by Plaintiffs for Defendants' non-compliance with discovery to date and the costs and delays associated therewith.

Lastly, Defendants have not provided any comments to the settlement agreement that was produced to counsel at our last appearance despite our being advised that same was forthcoming. Plaintiffs remain willing to continue settlement discussions, but have every intention to move forward and complete discovery and/or file a dispositive motion in the absence of Defendants' compliance with discovery or a resolution between the parties.

It is not Plaintiffs intention to engage in unecesary motion practice, however judicial intervention is necessary at this juncture in light of the foregoing.

Thank you for Your Honor's assistance with this matter.

Respectfully submitted,

**GUAGLARDI & MELITI, LLP**

Evan Ostrer

Cc:   Mark Meredith, Esq.
       Lindsay Ditlow, Esq.
       Brian Cousin, Esq.

**Evan Ostrer**

| | |
|---|---|
| **From:** | Evan Ostrer |
| **Sent:** | Wednesday, December 26, 2018 9:42 AM |
| **To:** | 'mark.meredith@dentons.com' |
| **Cc:** | Cousin, Brian S. (brian.cousin@dentons.com); Ditlow, Lindsay F. (lindsay.ditlow@dentons.com) |
| **Subject:** | FW: ESI Production - Dardashtian v. Gitman |

Mark,

I hope you had a nice holiday.

I am following up with you as I have not received any discovery from your client pursuant to the ESI protocol. As we agreed, we would produce all ESI discovery on a rolling basis. On October 9th, we produced approximately 23,834 documents and I have not received any response from you since.  My client has been paying monthly to host the data and is incurring additional expenses as a result of this delay. If we do not obtain your client's immediate cooperation we will be filing a motion.

Lastly, we need to submit an amended discovery schedule to Judge Lehrburger as we are now well beyond the date(s) of the prior order. Kindly get back to me when you can.

Thank you

Evan

Evan Ostrer
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
(201) 947-4100 ext.160
(201) 947-1010 (fax)

**From:** Evan Ostrer
**Sent:** Tuesday, October 9, 2018 10:45 AM
**To:** 'mark.meredith@dentons.com' <mark.meredith@dentons.com>; Cousin, Brian S. (brian.cousin@dentons.com) <brian.cousin@dentons.com>; Ditlow, Lindsay F. (lindsay.ditlow@dentons.com) <lindsay.ditlow@dentons.com>
**Cc:** Barry Guaglardi <bguaglardi@adgmlaw.com>
**Subject:** ESI Production - Dardashtian v. Gitman

Mark,

Below please find a link to access Plaintiffs' first production as PROD_001, bates Plaintiffs_00000001-00023834 in accordance with the parties' ESI protocol and confidentiality agreement of May 23, 2018.

As agreed, our production will be made available on a rolling basis. We expect to have our next production available by the end of next week. Please use the following link and password. If you experience any difficulties, let me know.

Link:

https://the

Password:

2

Thanks,

Evan

Evan Ostrer
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
(201) 947-4100 ext.160
(201) 947-1010 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY Plaintiffs, -against- DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC. Defendants. | Case No. 17 CV 4327 (LLS)(RWL) **PROPOSED AMENDED SCHEDULING ORDER** |

_____

WHEREAS, the Court directed at the December 21, 2018 settlement conference for the parties to confer as to an amended discovery schedule;

WHEREAS, on December 26, 2018, the Plaintiffs attempted to meet and confer in order to submit a jointly proposed amended discovery schedule;

WHEREAS, Defendants have not responded and/or otherwise provided a position with respect to an amended discovery schedule;

NOW, THEREFORE, the Plaintiffs submit the following:

1. Paper discovery and ESI production shall be completed by March 1, 2019;

2. Fact witness depositions shall be completed by May 15, 2018;

3. Expert reports shall be exchanged by July 1, 2019;

4. Expert depositions shall be completed by August 1, 2019;

5. The Parties shall file dispositive motions by September 1, 2019; and

6. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

7.  The parties shall be permitted at any time to file an application with the Court addressing non-compliance with discovery.

SO ORDERED
Dated:                          _____

                                Robert W. Lehrburger, U.S.M.J.