UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>Plaintiffs,<br><br>-against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>Defendants. | Case No. 17 CV 4327 (LLS)(RWL)<br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

WHEREAS, the Court directed at the December 21, 2018 settlement conference for the parties to confer as to an amended discovery schedule;

WHEREAS, on December 26, 2018, the Plaintiffs attempted to meet and confer in order to submit a jointly proposed amended discovery schedule;

WHEREAS, Defendants have not responded and/or otherwise provided a position with respect to an amended discovery schedule;

NOW, THEREFORE, the Plaintiffs submit the following:

1. Paper discovery and ESI production shall be completed by March 1, 2019;

2. Fact witness depositions shall be completed by May 15, 2018;

3. Expert reports shall be exchanged by July 1, 2019;

4. Expert depositions shall be completed by August 1, 2019;

5. The Parties shall file dispositive motions by September 1, 2019; and

6. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

7. The parties shall be permitted at any time to file an application with the Court addressing non-compliance with discovery.

SO ORDERED
Dated:
                                         _____
                                         Robert W. Lehrburger, U.S.M.J.