大成 DENTONS

**Mark D. Meredith**
Counsel

mark.meredith@dentons.com
D +1 2127686852

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

January 17, 2019

VIA ELECTRONIC FILING

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Dardashtian, et al. v. Gitman, et al., Case No.: 17-cv-4327 (LLS)(RWL)**

Dear Magistrate Judge Lehrburger:

We represent Defendants David Gitman ("Gitman"), Accel Commerce, LLC ("Accel"), Dalva Ventures, LLC ("Dalva"), and ChannelReply, Inc. ("CR Inc.") (collectively, the "Defendants"). We write in response to Plaintiffs' correspondence, dated January 10, 2019, attaching a proposed discovery order.

First, Defendants have produced to Plaintiffs 10,701 pages of documents in discovery. Indeed, both parties have worked together cooperatively in an effort to produce needed discovery in a reasonable manner. It is not the case that only Plaintiffs have produced discovery.

Second, like Plaintiffs, Defendants have incurred considerable hosting and other associated costs in connection with the collection and storage of ESI discovery. Defendants hope to work with Plaintiffs' counsel in an effort to keep costs under control.

Third, Plaintiffs and Defendants have engaged in substantial settlement efforts in this matter. Last year, the parties and counsel met in chambers for settlement conferences on February 26, May 9, July 19 and December 21, 2018, in addition to engaging in numerous efforts by counsel to resolve the matter without the assistance of the Court. While the case has not been resolved, these efforts have directed the parties' focus in the direction of resolution in the hopes of avoiding unnecessary costs.

Accordingly, Defendants attach the Proposed Amended Scheduling Order. It follows Plaintiffs' proposal with the exception that the first entry adds six weeks and each subsequent entry is then pushed out by that same six-week period. Thus, instead of a March 1 deadline, Defendants propose an April 15, 2019 deadline to complete paper and ESI discovery. Defendants believe this extension will provide both parties with enough time to meet the scheduled deadline for production.

Respectfully submitted,

s/Mark D. Meredith

Mark D. Meredith