UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DARDASHTIAN, individually and ) Case No. 17 CV 4327 (LLS)(RWL)
on behalf of COOPER SQUARE VENTURES )
LLC, NDAP, LLC and CHANNEL REPLY )
           Plaintiffs, )

-against-

DAVID GITMAN, ACCEL COMMERCE, ) **PROPOSED AMENDED**
LLC, DALVA VENTURES, LLC, ) **SCHEDULING ORDER**
KONSTANTYN BAGAIEV, OLESKKII )
GLUKHAREV and CHANNEL REPLY, INC. )
           Defendants. )

DEFENDANTS submit the following:

1. Paper discovery and ESI production shall be completed by April 15, 2019;

2. Fact witness depositions shall be completed by June 28, 2019;

3. Expert reports shall be exchanged by August 16, 2019;

4. Expert depositions shall be completed by September 16, 2019;

5. The Parties shall file dispositive motions by October 15, 2019; and

6. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

7. The parties shall be permitted at any time to file an application with the Court addressing non-compliance with discovery.

SO ORDERED
Dated:

                                        Robert W. Lehrburger, U.S.M.J.