```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-17-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES LLC, NDAP, LLC and CHANNEL REPLY<br>Plaintiffs,<br><br>-against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>Defendants. | ) Case No. 17 CV 4327 (LLS)(RWL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   ~~PROPOSED~~ AMENDED<br>)   SCHEDULING ORDER<br>)<br>)<br>)<br>)<br>) |

~~DEFENDANTS submit the following:~~

1.  Paper discovery and ESI production shall be completed by April 15, 2019;

2.  Fact witness depositions shall be completed by June 28, 2019;

3.  Expert reports shall be exchanged by August 16, 2019;

4.  Expert depositions shall be completed by September 16, 2019;

5.  The Parties shall file dispositive motions by October 15, 2019; and

6.  The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

7.  The parties shall be permitted at any time to file an application with the Court addressing non-compliance with discovery.

8.  No further extensions absent compelling circumstances.

SO ORDERED,
Dated: 1/17/19

_____
Robert W. Lehrburger, U.S.M.J.