# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

March 4, 2019

**VIA EMAIL (Lehrburger_NYSDChambers@nysd.uscourts.gov)**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

Please accept this correspondence on behalf of Plaintiffs, Michael Dardashtian ("Dardashtian"), individually, and on behalf of Cooper Square Ventures ("CSV") and ChannelReply ("CR") (collectively referred to as "Plaintiffs" or "companies"). We write to respectfully request that Your Honor permit Dardashtian to immediately release a payment from CR to pay counsel fees directly to Plaintiffs' counsel and Defendants' counsel in the amount of $100,000.00 to each firm, ███████████████

As Your Honor may recall, at our last settlement conference, Mr. Gitman requested the Court to have the companies release funds for the payment of counsel fees. Counsel for the parties have since arranged to have ████████████████████████████████ confer and provide an opinion on the ███████ ████████ and both have similarly approved same as being authorized.

reduced. Both of these payments to the parties' counsel will also be without prejudice to either party's right to assert that the other is responsible to the other for counsel fees in the course of this action.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

With the deadline now approaching, counsel for Defendants have not been able to confirm whether Mr. Gitman consents to the release of same despite it being Mr. Gitman's proposal in the first instance. The parties should not have to ███████████████████ ███████ in light of Mr. Gitman's bad faith delays and refusal to cooperate in the best interests of the companies, of which Mr. Gitman is a member.

For these reasons, we respectfully request that in light of the time-sensitive nature of this matter, Your Honor Order and permit Plaintiffs' to immediately make these necessary expense payments from CR in the amount of $100,000.00 directly to Guaglardi & Meliti, LLP, and $100,000.00 directly to Dentons, █████████████████████████████████████ to all parties.

If the Court has any concerns with this request, or if Your Honor requires further clarification, please so advise.

Thank you for Your Honor's assistance with this matter.

Respectfully Submitted,<br>
GUAGLARDI & MELITI, LLP<br>
<br>
Evan Ostrer

Cc:   Brian S. Cousin, Esq.
      Lindsay F. Ditlow, Esq.