UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and,
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC, and CHANNEL REPLY,
LLC,

               Plaintiffs,

     - against -

DAVID GITMAN, JEREMY FALK, SUMMIT,
ROCK HOLDINGS, LLC, ACCEL
COMMERCE, LLC, DALVA VENTURES, LLC,
KONSTANTYN BAGAEV, OLESKSII
GLUKHAREV, and CHANNEL REPLY, INC.,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/19

17 Civ. 4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The Court is in receipt of the parties' correspondence regarding Plaintiff's request for permission to immediately release certain payments from CR to the parties' respective law firms as payment for attorney's fees. (Dkt. 100, 101.) Defendant takes no position on this application, although Defendant previously endorsed the idea of such payments. According to Plaintiff, both Plaintiff's co-manager of CR (and CSV) and a tax partner from Defendant's counsel have "approved [the release of funds] as being authorized." To the extent Court authorization is required, if at all, the Court endorses the application. The payments to the parties' counsel shall be without prejudice to either party's right to assert that the other is responsible to the other for counsel fess in the course of this action.

1

SO ORDERED.

_____
Robert W. Lehrburger
United States Magistrate Judge

Dated:     March 8, 2019
           New York, New York

Copies transmitted to all counsel of record.