# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9091
FOLIVERI@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

September 9, 2019

**VIA EMAIL (Lehrburger_NYSDChambers@nysd.uscourts.gov)**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

Please accept this correspondence on behalf of Plaintiffs, Michael Dardashtian ("Dardashtian"), individually, and on behalf of Cooper Square Ventures ("CSV") and ChannelReply ("CR") (collectively referred to as "Plaintiffs" or "Plaintiff Companies"). We write to respectfully request that Your Honor enter the enclosed Confidentiality Order and to schedule a conference call at Your Honor's early convenience to address scheduling issues.

The enclosed Confidentiality Order was previously prepared and signed by all counsel but was not filed with the Court for entry. The undersigned inquired with Defendants as to whether they would be submitting the executed Confidentiality Order and I have been unable to receive a response. I am accordingly submitted same to Your Honor at this juncture for entry on notice to counsel for Defendants.

It is also respectfully requested that a conference call be scheduled with Your Honor, at Your Honor's earliest convenience, to address scheduling issues in hopes to avoid motion practice and ensure completion of discovery.

Thank you for Your Honor's attention to this matter.

1

                                    Respectfully Submitted,
                          **GUAGLARDI & MELITI, LLP**

                                        Evan Ostrer

Cc:    Brian S. Cousin, Esq.
        Lindsay F. Ditlow, Esq.
        Mark Meredith, Esq.
        Barry S. Guaglardi, Esq.