大成 DENTONS

**Mark D. Meredith**
Counsel

mark.meredith@dentons.com
D   +1 2127686852

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

September 10, 2019

VIA ELECTRONIC FILING

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Dardashtian, et al. v. Gitman, et al., Case No.:  17-cv-4327 (LLS)(RWL)

Dear Magistrate Judge Lehrburger:

We represent Defendants David Gitman ("Gitman"), Accel Commerce, LLC ("Accel"), Dalva Ventures, LLC ("Dalva"), and ChannelReply, Inc. ("CR Inc.") (collectively, the "Defendants"). We write in response to Plaintiffs' correspondence (Dkt. 103), dated September 9, 2019, attaching the proposed Confidentiality Order signed by counsel for all parties.

As the Court has requested in its Order (Dkt. 104), on behalf of Defendants we hereby consent to the entry of the Confidentiality Order.

Respectfully submitted,

Mark D. Meredith