# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9091
FOLIVERI@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦  NJ BAR
▲  NJ & NY BAR

September 26, 2019

**VIA EMAIL** (Lehrburger_NYSDChambers@nysd.uscourts.gov)
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:    **Michael Dardashtian, et al. v. David Gitman, et al.**
       **17-cv-4327**

Dear Judge Lehrburger:

In accordance with Your Honor's directive on September 20, 2019, enclosed please find the parties' joint proposed revised scheduling order.

Respectfully Submitted,
**GUAGLARDI & MELITI, LLP**

Evan Ostrer

Cc:    Brian S. Cousin, Esq.
       Lindsay F. Ditlow, Esq.
       Mark Meredith, Esq.
       Barry S. Guaglardi, Esq.

1