UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br>    Plaintiffs,<br><br> -against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br>    Defendants. | Case No. 17 CV 4327 (LLS)(RWL)<br><br><br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

  WHEREAS, the Court directed at the September 20, 2019 telephonic conference for counsel for the parties to confer as to an amended discovery schedule;

  WHEREAS, the Court directed for counsel for the parties to submit a revised scheduling order by September 26, 2019,

  WHEREAS, the Court directed for Defendants' counsel to file their motion to be relieved as Defendants' counsel by no later than September 30, 2019,

  NOW, THEREFORE, the parties hereby jointly agree to amend the Court's existing scheduling order of January 17, 2019 as follows:

1. Defendants shall respond to Plaintiffs' deficiency letter dated September 6, 2019 by no later than October 3, 2019, however, if Defendants' counsel files a motion to withdraw as Defendants' counsel by no later than September 30, 2019, Defendants shall respond to Plaintiffs' deficiency letter on such other date to be set by the Court;

2. Plaintiffs shall be relieved from continuing to host electronically stored information for Defendants' review as of September 30, 2019;

3. All remaining paper discovery and ESI production shall be completed no later than November 29, 2019;

4. Fact witness depositions shall be completed on or before December 6, 2019;

5. Expert reports shall be exchanged by no later than January 3, 2020;

6. Expert depositions shall be completed on or before January 17 , 2020;

7. The Parties shall file dispositive motions on or before February 14, 2020;

8. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions; and

9. The parties shall be permitted at any time to file an application with the Court addressing non-compliance with discovery; and

10. In the event the Court grants the motion by Defendants' counsel to be relieved as counsel, David Gitman shall be given thirty (30) days from the date the Court enters its Order to be relieved for new counsel.to enter an appearance on behalf of Defendants

SO ORDERED
Dated:                                                   _____
                                                         Robert W. Lehrburger, U.S.M.J.