UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY, LLC[1]

        Plaintiffs,

-against-

DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKSII GLUKHAREV and CHANNELREPLY, INC.

        Defendants.

DAVID GITMAN, individually, and on behalf of COOPER SQUARE VENTURES, LLC, and NDAP, LLC

        Counterclaim Plaintiffs,

-against-

MICHAEL DARDASHTIAN

        Counterclaim Defendant.

**Case No. 17 CV 4327 (LLS) (RWL)**

**MOTION TO WITHDRAW AS COUNSEL**

---

[1] The correct spelling of both defendant ChannelReply, Inc. ("CR Inc.") and plaintiff ChannelReply, LLC ("CR LLC") has no space between the words "Channel" and "Reply." Counsel further notes that since the filing of this action, CR Inc. has been dissolved pursuant to Court Order, dated June 19, 2017.

PLEASE TAKE NOTICE, that upon the annexed declaration of Brian S. Cousin, Esq., individually and on behalf of Dentons US LLP, and upon all prior proceedings herein, counsel will move this Court before the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007 on October 21, 2019 at 10:00 a.m. or as soon thereafter as counsel can be heard, for:

1. An Order allowing the undersigned Dentons US LLP to withdraw as counsel of record for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and ChannelReply, Inc., and Counterclaim plaintiffs David Gitman, individually, and on behalf of Cooper Square Ventures, LLC and NDAP, LLC (together, "Defendants-Counterclaimants"), pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16;

2. An Order granting Defendants thirty (30) days to retain new counsel; and

3. Such other and further relief as to the Court deems just and proper.

Dated: New York, New York
       September 27, 2019

*/s/ Brian S. Cousin*
Brian S. Cousin, Esq.
Mark D. Meredith, Esq.
DENTONS US LLP
1221 Avenue of the Americas, Suite 2500
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
brian.cousin@dentons.com
mark.meredith@dentons.com

*Attorneys for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, ChannelReply, Inc. and Counterclaim Plaintiffs David Gitman, individually, and on behalf of Cooper Square Ventures, LLC and NDAP, LLC*

113130551