UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY, LLC | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -against- | ) ) |
| DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKSII GLUKHAREV and CHANNELREPLY, INC. | ) ) ) ) ) ) ) |
| Defendants. | ) **Case No. 17 CV 4327 (LLS) (RWL)** |
| DAVID GITMAN, individually, and on behalf of COOPER SQUARE VENTURES, LLC, and NDAP, LLC | ) ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| -against- | ) ) |
| MICHAEL DARDASHTIAN | ) ) |
| Counterclaim Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**IT IS HEREBY ORDERED** that the motion filed by Brian S. Cousin, Esq. and Dentons US LLP to withdraw as counsel for Defendants David Gitman, Accel Commerce, LLC, Dalva

Ventures, LLC, and ChannelReply, Inc., and Counterclaim plaintiffs David Gitman, individually, and on behalf of Cooper Square Ventures, LLC and NDAP, LLC (together, "Defendants-Counterclaimants") is granted.

**IT IS FURTHER ORDERED** that Defendants-Counterclaimants shall have thirty (30) days to retain new counsel.

Dated: _____, 2019

_____
United States Magistrate Judge