

**mwe.com**

Brian Cousin
Attorney at Law
bcousin@mwe.com
+1 212 547 5420

October 18, 2019

**VIA EMAIL** (Lehrburger_NYSDChambers@nysd.uscourts.gov)

Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Michael Dardashtian, et al. v. David Gitman, et al.*, C.A. No. 17-cv-4327

Dear Judge Lehrburger:

We write in response to the letter, dated October 12, 2019 (ECF No. 113), from plaintiffs and counterclaim-defendants' counsel concerning our Motion to Withdraw as counsel.

First, as a preliminary matter, attorneys Lindsay F. Ditlow, Esq. and Mark D. Meredith, Esq. each are filing today their separate motions to withdraw as counsel at the request of the Court. We hope that this will clarify any confusion. Ms. Ditlow and Mr. Meredith were intended to be included in the original motion to withdraw filed on behalf of Dentons US LLP ("Dentons") on September 27, 2019 (ECF No. 111).

Second, Ms. Ditlow, Mr. Meredith and I are no longer associated with Dentons. Mr. Gitman's files remain at Dentons. As such, we do not currently have access to Mr. Gitman's files or documents, and we have not had access since early October 2019, when we each departed Dentons. Neither I, nor Ms. Ditlow nor Mr. Meredith recall the existence of any such documents of the kind referred to in opposing counsel's letter. However, we have forwarded opposing counsel's letter to Dentons' general counsel and advised Dentons that we would inform the Court that we were no longer affiliated with Dentons. We have also asked Dentons whether they would like to respond further.



340 Madison Avenue  New York NY 10173-1922  Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 163473324-2.T19050.0010

Judge Lehrburger
October 18, 2019
Page 2

Finally, in light of the above, we request that the Court grant all motions to withdraw as counsel without imposing any of the conditions requested by opposing counsel.

Respectfully submitted,

Brian S. Cousin
Lindsay F. Ditlow
Mark D. Meredith

McDermott
Will & Emery