UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY, LLC <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKSII GLUKHAREV and CHANNELREPLY, INC. <br><br> Defendants. <br><br> DAVID GITMAN, individually, and on behalf of COOPER SQUARE VENTURES, LLC, and NDAP, LLC <br><br> Counterclaim Plaintiffs, <br><br> -against- <br><br> MICHAEL DARDASHTIAN <br><br> Counterclaim Defendant. | **Case No. 17 CV 4327 (LLS) (RWL)** |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that for all of the reasons stated in the declaration of Brian S. Cousin, Esq., (ECF No. 111-1), and hereby incorporated by reference, individually,[1] and upon all prior proceedings herein, Mark D. Meredith, Esq. will move this Court before the Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007 on November 11, 2019 at 10:00 a.m. or as soon thereafter as counsel can be heard, for:

1. An Order allowing Mark D. Meredith, Esq., to withdraw as counsel of record for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, and ChannelReply, Inc., and Counterclaim plaintiffs David Gitman, individually, and on behalf of Cooper Square Ventures, LLC and NDAP, LLC (together, "Defendants-Counterclaimants"), pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16;

2. An Order granting Defendants thirty (30) days to retain new counsel; and

3. Such other and further relief as to the Court deems just and proper.

Dated: New York, New York
October 18, 2019

/ s / Mark D. Meredith
Mark D. Meredith, Esq.
McDERMOTT, WILL
& EMERY LLP
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5602
mmeredith@mwe.com

---

[1] Brian S. Cousin, Esq. filed a Motion to Withdraw as Counsel (ECF No. 111) on September 27, 2019. The motion was made individually and on behalf of Dentons US LLP. To the extent required, Mr. Meredith and Ms. Ditlow are now filing their individual Motions to Withdraw separately. Mr. Meredith and Ms. Ditlow are no longer affiliated with Dentons US LLP.

*Attorneys for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, ChannelReply, Inc. and Counterclaim Plaintiffs David Gitman, individually, and on behalf of Cooper Square Ventures, LLC and NDAP, LLC*