```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-24-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and,
on behalf of COOPER SQUARE VENTURES,
LLC, NDAP, LLC, and CHANNEL REPLY,
LLC,

                           Plaintiffs,

           - against -

DAVID GITMAN, JEREMY FALK, SUMMIT,
ROCK HOLDINGS, LLC, ACCEL
COMMERCE, LLC, DALVA VENTURES, LLC,
KONSTANTYN BAGAEV, OLESKSII
GLUKHAREV, and CHANNEL REPLY, INC.,

                           Defendants.
-----------------------------------------------------------------X

17 Civ. 4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order addresses motions to withdraw as counsel filed by attorneys for Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply, Inc. and counterclaim Plaintiffs David Gitman, individually and on behalf of Cooper Square Ventures, LLC and NDAP, LLC (collectively, "Defendants-Counterclaimants"). (*See* Dkt. 111, 115, 116.)  The attorneys who have moved to withdraw are three individual attorneys – Brian S. Cousin, Lindsay F. Ditlow, and Mark D. Meredith – and the law firm Dentons US LLP, with whom Cousin, Ditlow and Meredith were affiliated shortly before or at the time of the motion to withdraw.  Mr. Gitman, on behalf of the Defendants-Counterclaimants, consents to the request to withdraw. (Dkt. 111-1 at ¶ 3.)  Plaintiffs do not oppose.

1

The grounds asserted for withdrawal are that Defendants-Counterclaimants has been unable to pay counsel since over a year ago and owe a substantial amount to Dentons, and that Dentons and its clients have a "divergent position with respect to strategy and settlement going forward." (Dkt. 111-1 at ¶ 3.) Moreover, according to a letter from Mr. Cousin, Ms. Ditlow and Mr. Meredith dated October 18, 2019, they are no longer affiliated with Dentons and, as appears from the letterhead, are now affiliated with another law firm. (*See* Dkt. 114)

The Court agrees that there is good ground for attorneys Cousin, Ditlow and Meredith to withdraw. They have changed firms, and their new firm has not appeared in the case. Accordingly, the motions to withdraw of those three individuals are granted effective immediately.

As for Dentons, Plaintiff requests that Dentons' withdrawal be conditioned on Dentons first producing to Plaintiff all discovery remaining in Dentons' possession, including all drafts and written and electronic communications between Mr. Gitman, and/or two developers and/or Dentons. Dentons has not filed any response to that request. Accordingly, Dentons' motion to withdraw is granted subject to compliance with the following: no later than November 22, 2019, Dentons shall produce to Plaintiffs any additional responsive discovery it has in its possession and a certification that it has produced all responsive discovery in its possession. As of November 23, 2019, Dentons shall be deemed withdrawn.

By November 25, 2019, new counsel, if any, for Defendants-Counterclaimants shall appear. Absent appearance by new counsel by November 25, 2019, Defendants-Counterclaimants will be deemed to be proceeding pro se.

By December 9, 2019, the parties shall submit a proposed revised scheduling order.

SO ORDERED.

Robert W. Lehrburger
United States Magistrate Judge

Dated:   October 24, 2019
         New York, New York

Copies transmitted to all counsel of record.