# EXHIBIT A

**Evan Ostrer**

| | |
|---|---|
| **Subject:** | FW: Dardashtian v. Gitman |
| **Attachments:** | 1102_001.pdf |

**From:** Zahner, Brendan E. [mailto:brendan.zahner@dentons.com]
**Sent:** Thursday, November 21, 2019 3:41 PM
**To:** Barry Guaglardi <bguaglardi@adgmlaw.com>; evostrer@aol.com
**Subject:** Dardashtian v. Gitman

Counsel:

Please see the attached certification in connection with the above-referenced matter.

**大成DENTONS**   Brendan E. Zahner

D +1 212 768 5339   |   US Internal 15339
brendan.zahner@dentons.com
Bio   |   Website

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC, NDAP, LLC and CHANNEL REPLY, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAEV, OLESKSII GLUKHAREV and CHANNEL REPLY, INC. <br><br> Defendants. | Case No. 17 CV 4327 (LLS) (RWL) |

### CERTIFICATION OF EDWARD J. REICH

I, Edward J. Reich, hereby certify as follows pursuant to 18 U.S.C. §1746:

1. I am a partner and US General Counsel of the law firm Dentons US LLP ("Dentons"), outgoing counsel for certain of the Defendants (the "Gitman Defendants") in this action, and make this certification pursuant to the Court's October 24, 2019 order (Dkt. 117).

2. Beginning in or about June 2017, while they were affiliated with Dentons, attorney Brian Cousin and Lindsay Ditlow (and subsequently Mark Meredith) (collectively, the "Cousin Group") represented the Gitman Defendants in this action. According to Dentons' records, the Cousin Group were essentially the only attorneys who substantively worked on this matter (a small number of junior lawyers entered a nominal amount of hours on discrete tasks).

3. By October 7, 2019, the Cousin Group had departed Dentons and moved to McDermott Will & Emery and each were granted leave to withdraw as Gitman's counsel.

4. While they were at Dentons, the Cousin Group made numerous document productions in accordance with the agreed terms and protocols between the parties. Based on information provided by the Cousin Group, Dentons is not aware of additional responsive documents in its possession that are subject to production.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 20, 2019

_____
Edward J. Reich