AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MICHAEL DARDASHTIAN, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-4327 (LLS) (RWL) |
| DAVID GITMAN, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Gitman,  Dalva Ventures, LLC, Accel Commerce LLC, Cooper Square Ventures LLC, NDAP, LLC, Channelreply,Inc

Date: 11/14/2019

/s/Sang J. Sim
*Attorney's signature*

Sang J. Sim (SSIM3467)
*Printed name and bar number*

Sim & DePaola, LLP
42-40 Bell Blvd., Suite 201
Bayside, NY 11361

*Address*

petersimesq@yahoo.com
*E-mail address*

(718) 631-7300
*Telephone number*

(718) 631-2700
*FAX number*