UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC, NDAP, LLC and CHANNEL REPLY, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> DAVID GITMAN, JEREMY FALK, SUMMIT ROCK HOLDINGS, LLC, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAEV, OLESKSII GLUKHAREV and CHANNEL REPLY, INC. <br><br> Defendants. | **Case No. 17 CV 4327 (LLS) (RWL)** <br><br><br><br> **CERTIFICATION OF EDWARD J. REICH** |

I, Edward J. Reich, hereby certify as follows pursuant to 18 U.S.C. §1746:

1. I am a partner and US General Counsel of the law firm Dentons US LLP ("Dentons"), outgoing counsel for certain of the Defendants in this action, and make this certification pursuant to the Court's December 5, 2019 order.

2. On December 23, 2019 via FedEx Priority Overnight service, Dentons sent Sims & Depaola, LLP the complete Relativity and Nuix databases for this litigation, as well as all original data received or collected from the Defendants and all productions made in this litigation. Dentons also provided via email manifests listing all of the files contained on the hard drive and flash drive that were sent.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 23, 2019

Edward J. Reich