# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302<br><br>111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601<br><br>DIRECT DIAL: 201-374-9087<br>BGUAGLARDI@ADGMLAW.COM<br>WEBSITE: WWW.ADGMLAW.COM | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. DANIELE ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦<br><br>♦   NJ BAR<br>▲   NJ & NY BAR |

January 15, 2020

**VIA EMAIL (Lehrburger_NYSDChambers@nysd.uscourts.gov)**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

Please accept this correspondence on behalf of Plaintiffs, Michael Dardashtian ("Dardashtian"), individually, and on behalf of Cooper Square Ventures ("CSV") and ChannelReply ("CR") (collectively referred to as "Plaintiffs" or "Plaintiff Companies").

We write in connection with our correspondence to the Court yesterday, with regards to Defendants' failure to respond to Plaintiffs requests for outstanding discovery. Yesterday, we received written responses from Defendants which was not known to the undersigned until this morning. We will be immediately reviewing Defendants' responses and we will address any issues with counsel before addressing same with the Court.

Notwithstanding, we ask that Defendants' consent to the proposed amended scheduling order so that this matter can proceed without further delay.

Thank you for Your Honor's consideration of this matter.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc:   All counsel of record (via ECF)

1