```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and,    :
on behalf of COOPER SQUARE VENTURES,      :
LLC, NDAP, LLC, and CHANNEL REPLY,        :
LLC,                                      :
                                          :
                        Plaintiffs,       :
                                          :
                                          :
        - against -                       :
                                          :
DAVID GITMAN, JEREMY FALK, SUMMIT,        :
ROCK HOLDINGS, LLC, ACCEL                 :
COMMERCE, LLC, DALVA VENTURES, LLC,       :
KONSTANTYN BAGAEV, OLESKSII               :
GLUKHAREV, and CHANNEL REPLY, INC.,       :
                                          :
                        Defendants.       :
                                          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/20

17 Civ. 4327 (LLS) (RWL)

**ORDER: AMENDED SCHEDULE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On consent, the remaining schedule is revised as follows:

1. Defendants shall provide written responses and responsive documents to Plaintiffs' outstanding discovery demands dated December 23, 2019 on or before January 31, 2020;

2. Fact witness depositions shall be completed on or before March 16, 2020;

3. Any amended pleadings shall be filed on or before March 31, 2020;

4. Expert reports shall be exchanged on or before than April 30, 2020;

5. Expert depositions shall be completed on or before June 1, 2020;

6. The Parties shall file dispositive motions on or before June 30, 2020;

7. The joint pretrial order shall be submitted within 30 days after a decision on dispositive motions.

SO ORDERED.

_____
Robert W. Lehrburger
United States Magistrate Judge

Dated:      January 20, 2020
            New York, New York

Copies transmitted to all counsel of record.