# SIM & DEPAOLA, LLP

Attorneys-at-Law
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

March 16, 2020

<u>**VIA ECF**</u>

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

          Re:        *Michael Dardashian, et al. v. David Gitman, et al.*
                              **17-CV-4327**

Dear Judge Lehrburger:

      By way of background, we represent the Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, Channel Reply, Inc.(collectively hereinafter referred to as "Defendants") in the instant matter.

      Please accept this letter correspondence on behalf of Defendants, as an update of the progress the parties have made with respect to depositions.  In this respect, Defendant David Gitman has been disposed with an additional day needed to complete his deposition.  Originally, the Plaintiff was scheduled to be deposed March 16 and 17.  Day two of David Gitman's deposition was scheduled to continue on March 23.  However, in light of the emergency situation posed by the health concerns, the deposition of the Plaintiff has been adjourned.  It is also likely that due to the health emergency, the second day of David Gitman's deposition will also be adjourned.  As such, it is believed that the parties will seek a modification of the scheduling order once the parties can agree to the continuation of depositions once the health emergency concludes.

      If you have any question in connection with the foregoing, please do not hesitate to contact this office.

Respectfully submitted,

/s/ Sang J. Sim
Sang J. Sim, Esq.