**Exhibit 35** A

Google

Gmail ▾

COMPOSE

Inbox (9)
Starred
Sent Mail
Drafts (1)
Christian
David and Yaov
▸ David Gitman

Mary Faith ▾   +

Michelle Spalding
You: Got it ☺

David Gitman
✉ You were in a vid

Tristan Andan
✉ You were in a vit

Yoav Maor

---

label:david-gitman-david_accel-commerce

↩    Remove label   ⊕    🗑   🗓   📁   ■▾   ◆▾   ✎▾   More ▾

David Gitman                                    May 1 (2 days ago)   ✉   ↙   ▾
to me ⊡▾

He will review your work. I'm trying to focus more on the technology and Jeremy is focusing on the
finance side.

The 1.95 charge is a test charge from PayPal to link our debit card to PayPal. I will send you a
paypal login.
Launenrock is a secure hosting service https://www.launenrock.com//

Mary Faith Andan   That would be great.                        May 1 (2 days ago)

Mary Faith Andan   would you mind to send here the updated company c...   May 1 (2 days ago)

David Gitman   Can you access https://www.lucidchart.com/invitations/ac...   May 1 (2 days ago)

Mary Faith Andan   Fyi, I will classify this as Software expense.              May 1 (2 days ago)

David Gitman   Sounds good to me. Jeremy might want to change it          May 1 (2 days ago)

People (2)

David Gitm:
Add to circles

Show details

# EXHIBIT B

Back to Bookkeeper

Fri, May 19 2017 1:35 am UTC



# EXHIBIT C



# EXHIBIT D

Fri, May 19 2017 2:26 am UTC



Contract

Mary Faith Andan

Bookkeeper

Activity

Time (UTC)

2:18:03 am

Keyboard

108

# EXHIBIT E

David's-Front.jpg

David Gitman
**Maneging Partner**

E     dgitman@accelcommerce.com

W     www.accelcommerce.com

P     (646) 878-9184

# EXHIBIT F



# EXHIBIT G

Jeremy Falk
**Managing Partner**

E | jfalk@accelcommerce.com

W | www.accelcommerce.com

P | (646) 242-9579

# EXHIBIT H

## **Exhibit 36**

5/30/2017                                    ndap Mail - Fwd: RE:



                                                                    Mike Dash <mdash@ndap-llc.com>

# Fwd: RE:

**Michael Dash** <mdash@ndap-llc.com>                        Tue, Apr 18, 2017 at 10:23 PM
To: Jeffrey Rothman <jrothman@srrlaw.com>

Jeff - first draft of the agreement.

Please review and let's discuss.

Thank you
Michael


Begin forwarded message:

> **From:** Jeremy Falk <jeremy.falk@gmail.com>
> **Date:** April 18, 2017 at 9:58:53 PM EDT
> **To:** Michael Dash <mdash@ndap-llc.com>
> **Subject: Fwd: RE:**

See below. Just came through. Included details for lawyer review. Let's discuss tomorrow.

I am attaching a draft of the contract from our lawyer. I have highlighted two sections in yellow that I know will need a little work. The first is a list of what we are actually acquiring. The second is the section that describes the monthly payment. I am having our CFO review it, as I feel the way it is worded now, it may trigger the debt covenant we have with our bank and we definitely want to avoid any bank review contingency on this deal. It may need to be worded more like an agreed upon "royalty payment."

With that said, please let me know if you have any issues with the remaining portions of the document. We can be ready to close by month-end.

---

 Car Part Kings Asset Purchase Agreement - v.1 - DMD Draft 4-14-17.docx
45K

## __Exhibit 37__

# INTENTIONALLY OMITTED



## __Exhibit 38__

# INTENTIONALLY OMITTED

**Exhibit 39**

# INTENTIONALLY OMITTED

**Exhibit 40**

**Konstantin Bagaev**
May 22, 2017, 04:26 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 109

Mouse movements / min: 34

**Exhibit 41**

# INTENTIONALLY OMITTED

**Exhibit 42**

# INTENTIONALLY OMITTED

**Exhibit 43**



Mike Dash <mdash@ndap-llc.com>

## RE: CPK

**David Gitman** <dgitman@ndap-llc.com>                          Thu, May 25, 2017 at 5:27 PM
To: Michael Dash <mdash@ndap-llc.com>
Cc: "Jeffrey E. Rothman" <jrothman@srrlaw.com>, Jeremy Falk <jeremy.falk@gmail.com>, Joel Liebman
<joel@lghaccountants.com>, Umar Farooq <umar@farooqco.com>

Joel,

Thank you for taking my call. I look forward to reviewing the accounting on Tuesday.
On Thu, May 25, 2017 at 4:50 PM David Gitman <dgitman@ndap-llc.com> wrote:

Hi Joel,

I have had an accounting to create the true up in my previous email. Can you please validate this accounting on behalf
of company, CSV and NDAP.

Thank you.

**<u>Exhibit 44</u>**

# INTENTIONALLY OMITTED

**Exhibit 45**

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

COOPER SQUARE VENTURES, LLC

BUSINESS ADVANTAGE CHK

**** **** 7345

Last Posting Date 05/26/2017                    Date/Time Printed 5/30/2017  a1a.a03

**Since Last Statement Summary**

| | | |
|---|---|---|
| Last Statement Date 04/30/2017 | | |
| Balance Last Statement ($) | $73,436.86 | |
| Deposits/Credits (+) | # 30 | $28,883.44  Holds (-) |
| Withdrawals/Debits (-) | # 18 | $94,853.90  Pending Credits (+) |
| Available Balance ($) | | $425.78 |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

**Transaction History**

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | $425.78 |
| Processing | ACH HOLD PAYPAL ECHECK ON 05/30 | Debit | $77.50 | |
| Processing | CHECKCARD 05/29 UPWORKESCROW**BAL-28MAY 0018888503375 CA | Debit | $218.51 | |
| Processing | CHECKCARD 05/28 ATLASSIAN ATLASSIAN B.V. | Debit | $10.89 | $509.28 |
| Processing | CASHED CHECK HOLD ON 05/27 | Debit | $23,969.86 | $721.79 |
| Processing | CASHED CHECK HOLD ON 05/27 | Debit | $50,000.00 | $763.68 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 05/30 | Credit | $82.39 | $24,915.21 |
| | | | | $74,715.21 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* =  Item(s) included in Previous Statement(s)

'00-14-9036M 11-2010
NNY

****** 7345

Page 1

# EXHIBIT A

**Bank of America** 🇺🇸
BANK OF AMERICA, N.A. (THE "BANK")

COOPER SQUARE VENTURES, LLC

BUSINESS ADVANTAGE CHK

**** **** 7345

Last Posting Date 05/26/2017

Date/Time Printed 5/30/2017 a1a:a03

### Since Last Statement Summary

Last Statement Date 04/30/2017
Balance Last Statement ($)                    $73,436.86
Deposits/Credits (+)          #  30           $28,883.44   Holds (-)
Withdrawals/Debits (-)        #  18           $94,853.90   Pending Credits (+)

Available Balance ($)                          $425.78
#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Transaction History | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| | Amount Included in Available Balance | | | | $425.78 |
| Processing | ACH HOLD PAYPAL ECHECK ON 05/30 | | Debit | $77.50 | $503.28 |
| Processing | CHECKCARD 05/29 UPWORKESCROW*BAL 28MAY 001888850335375 CA | | Debit | $218.51 | $721.79 |
| Processing | CHECKCARD 05/28 ATLASSIAN ATLASSIAN B.V | | Debit | $10.89 | $732.68 |
| Processing | CASHED CHECK HOLD ON 05/27 | | Debit | $23,999.66 | $24,731.74 |
| Processing | CASHED CHECK HOLD ON 05/27 | | Debit | $50,000.00 | $74,731.74 |
| Processing | ACH CREDIT PAYPAL TRANSFER ON 06/30 | | Credit | $92.89 | $74,638.85 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000
* = Item(s) included in Previous Statement(s)

00-14-9036M. 11-2010
NNY

Page 1

# EXHIBIT B

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK, NY  11021-5320

# Your Business Advantage Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017

Account number: 4830 3825 7345

COOPER SQUARE VENTURES, LLC

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2017 | $65,974.80 | # of deposits/credits: 30 |
| Deposits and other credits | 28,026.53 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -20,517.94 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -46.53 | Average ledger balance: $70,730.70 |
| **Ending balance on April 30, 2017** | **$73,436.86** | [1]*Includes checks paid,deposited items&other debits* |

Your account has overdraft protection provided by deposit account number
4830 3957 3510.



Bank of America Business Advantage

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during
National Small Business Week, April 30–May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path
to long-term growth. Visit bankofamerica.com/bizweek today.

Bank of America, N.A. ©2017 Bank of America Corporation.  |  ARSG7DYC | SSM-01-17-2126.B

**Exhibit 46**

**Bank of America** 〰️

06/05/17

RE: Requested Information
Name: Michael Dardashitian
RE: Cooper Square Ventures, LLC

To Whom it May Concern

This letter is confirm that for business account xxxxxxxx7345 at Bank of America for Cooper Square Ventures, LLC there were two Teller Tranfers completed at the Financial Center in Easton, PA. The first one was for 50,000.00 and the second one for 23982.53. Both of these transfers were sent to account xxxxxxxx5141 and both posted on 05/30/2017.

Best Regards,

Small Business
Customer Service

# EXHIBIT B


**Bank of America**
PO BOX 25118
TAMPA, FL 33622-5118

C3_15496_021916

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK NY 11021-5320

Case Number 1281-1385078169
**Account(s) ending in** 7345
**Date**
June 7, 2017
**Customer service**
800.432.1000
**Account information**
bankofamerica.com

# We received your request for information on account transactions.

Our records indicate that the following electronic transaction(s) posted to your account:

| Date | Amount | Transaction Description |
|------|--------|------------------------|
| May 30, 2017 | $23,982.53 | PA TLR transfer to CHK 5141- David M. Gitman<br>Banking Ctr NORTHWOOD ████4043 PA<br>Confirmation# ████2525<br>Authorized by David M. Gitman |
| May 30, 2017 | $50,000.00 | PA TLR transfer to CHK 5141- David M. Gitman<br>Banking Ctr NORTHWOOD ████4043 PA<br>Confirmation# ████3902<br>Authorized by David M. Gitman |

## What you need to know

If you're interested in obtaining copies:
- We're unable to provide copies for phone, ACH, debit card or Internet transactions.
- Statements for the past seven years on open and active accounts are available at no charge at bankofamerica.com.
- Copies of statements from the past seven years can be ordered by mail from the return address above, in person at one of our financial centers, or by calling the phone number below.

To locate a financial center in your area, please visit bankofamerica.com/locator.

## We're here to help

We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.432.1000, Monday through Friday, 8 a.m. to 11 p.m. and Saturday through Sunday, 8 a.m. to 8 p.m. Eastern.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2016 Bank of America Corporation



CNFET

**<u>Exhibit 47</u>**

5/29/2017                         ndap Mail – Account Alert: Balance Below $25

 Mike Dash <mdash@ndap-llc.com>

---

## Account Alert: Balance Below $25

---

**'Bank of America' via Partners** <partners@ndap-llc.com>            Sat, May 27, 2017 at 1:21 PM
Reply-To: Bank of America <reply-febe11707c63027b-30_HTML-219458820-73720-2160778@ealerts.bankofamerica.com>
To: partners@ndap-llc.com





 # Hi, NDAP, LLC, your account balance is low

| | |
|---|---|
| Account: | Cooper Square Ventures - **7345** |
| Balance: | below $25 |
| When: | May 27, 2017 at 10:30 a.m. ET |



·We're sending this alert·as a courtesy.

If you'd like to know your balance before your account reaches $25, sign in to Online Banking or the Mobile Banking app and activate the Low Balance alert with an amount that's right for you.

 **Did you know Overdraft Protection can help when your account falls short?**

Learn about Overdraft Protection

Your last sign-in was 05/27/2017

5/29/2017                                    ndap Mail – Account Alert: Balance Below $25

To verify that this email is from Bank of America, confirm your last sign-in date is correct. To access Online or Mobile Banking, go directly to bankofamerica.com or use our Mobile Banking app.

**Remember:** We never ask for private information such as an account number, card PIN, or Social Security or Tax ID number in email messages. If you think an email is suspicious, don't click on any links. Instead, forward it to abuse@bankofamerica.com and delete it.

This is a service email from Bank of America. Please note that you may receive service emails in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email. Please don't reply directly to this automatically generated email message.

Read our Privacy Notice.
Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂
© 2017 Bank of America Corporation. All rights reserved.

This email was sent to: partners@ndap-llc.com

**Exhibit 48**

# GMail
by Google

## RE: CPK

**Mike Dash <mdash@ndap-llc.com>**

Sat, May 27, 2017 at 4:34 PM

David Gitman <dgitman@ndap-llc.com>
To: Michael Dash <mdash@ndap-llc.com>
Cc: "Jeffrey E. Rothman" <jrothman@srrlaw.com>, Jeremy Falk <jeremy.falk@gmail.com>, Joel Liebman <joel@lghaccountants.com>, Umar Farooq <umar@farooqco.com>

Thank you for taking the time to express the taxation benefits from your distributions to the company. However, I will continue to authorize the company to proceed with a financial audit to correctly state capital accounts, individual tax liabilities, etc.

Your resistance for an accounting has given me cause to transfer the company's cash balances to a call deposit account. This money will remain in this account until an audit is completed by the company's accountant, Liebman Goldberg & Hymowitz or you accept my conservative estimate of $121,500 in overpayments.

I will also continue to authorize Summit Rock Holdings in working with ██████████ to execute on the terms of purchase.

I agree Umar should work directly with your lawyer. Please reply with your attorney's information.

I will remind you once again that you will receive the final asset purchase agreement early next week. It would be rational and prudent for you to execute the agreement before the accounting is complete. The proceeds from the purchase will be held in escrow by the company's attorney, Jeff Rothman until the accounting is complete. Any other action may be considered as a breach of contract.

I would also like to remind you that there will be a true-up with the accounting. You should consider applying your proceeds from the asset purchase to satisfy your liability with the company instead of paying it back.

You will receive your share of the asset purchase proceeds after the company's liabilities are satisfied as required by our operating agreements and the asset purchase agreement.

On Fri, May 26, 2017 at 7:49 PM Michael Dash <mdash@ndap-llc.com> wrote:

**<u>Exhibit 49</u>**

30/2017                                                   ndap Mail - RE: CPK



Mike Dash <mdash@ndap-llc.com>

## RE: CPK

**Michael Dash <mdash@ndap-llc.com>**                              Sat, May 27, 2017 at 9:40 PM
To: David Gitman <dgitman@ndap-llc.com>
Cc: "Jeffrey E. Rothman" <jrothman@srrlaw.com>, Jeremy Falk <jeremy.falk@gmail.com>, Joel Liebman
<joel@lghaccountants.com>, Umar Farooq <umar@farooqco.com>

Dave,

Umar has my attorney's info. My attorney offered to speak with Umar provided that Umar sent confirmation in writing that he would not be billing his services to our company, since he is your independent attorney and not our company attorney. He refused to do so.

I'd like to memorialize the very shocking events from today.

After you withdrew all of the money from our Cooper Square Ventures Bank of America account without my knowledge or approval, I received a notification stating the account was completely empty. I also received notifications that bank passwords had been changed as well as our Paypal password. This means that you have unilaterally taken full control and locked me out of a company that I own 50/50 with you. You then sent me a letter stating you are unilaterally authorizing an audit which I will address shortly, and authorizing the continued use of a broker that I do not agree to and a broker who you have a side business with, which I maintain is a conflict of interest. All of this is very concerning to me.

As you know, Cooper Square Ventures owns and operates Channel Reply, a business that is active and successfully running. By depleting the bank account and leaving no capital to run that business, you are putting a separate business of ours at risk. Should checks and auto debits that have already been issued to satisfy the obligations of that company bounce, then that will be a direct ault of your actions and damage Channel Reply, which I own equally with you.

Accordingly, I contacted our business attorney Jeff Rothman. While he stated that he represents us both and cannot take sides, he suggested a reasonable resolution that he believes would be fair to both of us. I agree with his suggestion, find it to be reasonable and am prepared to follow it.

Jeff stated all funds should be returned to our business account immediately and in exchange we should both agree to be co-signees on the account, which would require a dual signature before any funds are withdrawn by either of us, thereby protecting the capital of our business. Passwords must also be shared by both of us, no one person may lock the other person out by virtue of our equal partnership.

I am relying on you, as my fiduciary partner, to act in the best interests of our business and put the full monies/capital funds back into our business account before the start of the next business day. Your actions to the contrary would not only be detrimental to me but detrimental to Channel Reply.

Further, Jeff has suggested that we move ahead with the ▓▓▓▓purchase provided that we agree beforehand that all funds from said purchase, except those owed to Parts Authority (since this is undisputed), be placed in escrow with him while Joel Liebman and his associates conduct an audit. Once the audit is complete, Jeff suggests we participate in a mediation and if that does not lead to a resolution then an arbitration would follow. The funds would not be released to anyone except pursuant to the terms of an order from an independent mediator or arbitrator from one of these conflict resolution processes.

If you agree to Jeff's suggestion then let me know and Jeff will draw up a document that we can both sign.

Mike

:hael Dash
ndap
Tel: (646) 553-5918
mdash@ndap-llc.com | http://www.ndap-llc.com



**Exhibit 50**

**Bank of America** 〉〉〉 Sign In

🔒 Secure Area ┊ En Español

## Sign In to Online Banking

⚠️ We don't recognize your Online ID and/or Passcode. Please try again or visit Forgot Online ID & Passcode?

Online ID

☐ Save this Online ID ⑦

Passcode

Forgot your Passcode?

🔒 Sign In

### Sign-in help

Forgot your Online ID?

Forgot your Passcode?

### Not using Online Banking?

Enroll now

Learn more about Online Banking

Service Agreement