**Exhibit 75**

Slack File Edit View History Window Help

Slack - channelreply

channelreply
Aleksey Glukharev
All Threads
CHANNELS
# customer-support
# design
# general
# product
# random
# sales
# seo
# technology
DIRECT MESSAGES
slackbot
Aleksey Glukharev (you)
Artem Lalaiants
David Gitman
Justin Goldschneider
Konstantyn Bagaiev
Nikita Epov
+ Invite people

David Gitman

Aleksey Glukharev
exactly
will you include K's changes in my agreement?

David Gitman
I already have

Aleksey Glukharev
ok

David Gitman

Aleksey Glukharev
Mike wrote a letter to us. He asks not to be involved in your disputes. I responded him that I don't know any details of the disput and I don't know US law and asked him to resolve it without us.

David Gitman
I saw this letter
His email (and other communications) are very carefully worded. It doesn't say meeting would be illegal.
It's a bully tactic. Do you know what a bully is?

Aleksey Glukharev
there were no other communications with me
I checked it in dictionary

David Gitman

Message David Gitman

**Aleksey Glukharev**
Jun 1, 2017, 03:46 AM

There are bugs in Freshdesk app in other browsers. JIRA: ChannelReply

Application: **Slack - channelreply**

Keystrokes / min: **17**

Mouse movements / min: **7**

**Exhibit 76** A

CHANNELS (10)
# customer-support
# design
# general
# product
# random
# sales
# seo
# technology

DIRECT MESSAGES
slackbot
Aleksey Glukharev (you)
Artem Lalaiants
David Gitman
Justin Golschneider
Konstantyn Bagaiev
Nikita Epov
+ Invite people

**David Gitman** 12:26 PM
uploaded this image: Screen Shot 2017-06-01 at 6.25.27 AM.png

**Aleksey Glukharev** 12:26 PM
exactly

will you include K's changes in my agreement?

**David Gitman** 12:30 PM
I already have

**Aleksey Glukharev** 12:30 PM
ok

**David Gitman** 12:31 PM

Mike wrote a letter to us. He asks not to be involved in your disputes. I responded him that I don't know any details of the disput and I don't be involve

avascript:;

# EXHIBIT B

Word Файл Правка Вид Вставка Формат Сервис Таблица Окно Справка

DRAFT - Employee Agreement - Offer Letter (223876v1) [Режим ограниченной функциональности]

Google

Перекладач

vesting

5. Employment Relationship. Employment with the Company is for no specific period of time. Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause. Any contrary representations which may have been made to you are superseded by this offer. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and the Company's Chief Executive Officer.

6. Outside Activities. While you render services to the Company, you agree that you will not engage in any other employment, consulting or other business activity without the written consent of the Company.

7. Withholding Taxes. All forms of compensation referred to in this letter are subject to applicable withholding and payroll taxes.

8. Miscellaneous.

(a) Governing Law. The validity, interpretation, construction and performance of the terms of this letter, and all acts and transactions pursuant hereto and the

Delete this screenshot

**Aleksey Glukharev**
Jun 1, 2017, 03:15 AM

There are bugs in Freshdesk app in other browsers. JIRA: ChannelReply

Application: **DRAFT - Employee Agreement - Offer Letter (223876v1) [Режим ограниченной функциональности]**

Keystrokes / min: **5**

Mouse movements / min: **33**

# EXHIBIT C

Входящие – aleksey@channelreply.com (Сообщений: 32)

CLERKY

Hi,

david@dalva.ventures would like you to provide signatures for a Employee Agreement with ChannelReply Inc. using Clerky.

To get started:

GET STARTED

Thanks,
Clerky
www.clerky.com

Delete this screenshot

**Aleksey Glukharev**
Jun 1, 2017, 02:59 AM

There are bugs in Freshdesk app in other browsers. JIRA: ChannelReply

Application: **Входящие – aleksey@channelreply.com (Сообщений: 32)**

Keystrokes / min: **74**

Mouse movements / min: **18**

# EXHIBIT D

Pages File Edit Insert Format Arrange View Share Window Help

Thu 12:34 PM kbagaiev

DRAFT - Employee Agreement - Confidential Information and Invention Assignment Agreement (223869v1)

View Zoom Insert Table Chart Text Shape Media Comment Share Tips Format Document

Company and information and physical material entrusted to the Company in confidence by third parties. Confidential Information includes, without limitation: (i) Company Inventions (as defined below); and (ii) technical data, trade secrets, know-how, research, product or service ideas or plans, software codes and designs, algorithms, developments, inventions, patent applications, laboratory notebooks, processes, formulas, techniques, biological materials, mask works, engineering designs and drawings, hardware configuration information, agreements with third parties, lists of, or information relating to, employees and consultants of the Company (including, but not limited to, the names, contact information, jobs, compensation, and expertise of such employees and consultants), lists of, or information relating to, suppliers and customers (including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the Relationship), price lists, pricing methodologies, cost data, market share data, marketing plans, licenses, contract information, business plans, financial forecasts, historical financial data, budgets or other business information disclosed to me by the Company either directly or indirectly, whether in writing, electronically, orally, or by observation.

(c) Third Party Information. My agreements in this Section 2 are intended to be for the benefit of the Company and any third party that has entrusted information or physical material to the Company in confidence. I further agree that, during the term of the Relationship and thereafter, I will not improperly use or disclose to the Company any confidential, proprietary or secret information of my former employer(s) or any other person, and I agree not to bring any such information onto the Company's property or place of business.

(d) Other Rights. This Agreement is intended to supplement, and not to supersede, any rights the Company may have in law or equity with respect to the protection of trade secrets or confidential or proprietary information.

(e) U.S. Defend Trade Secrets Act. Notwithstanding the foregoing, the U.S. Defend Trade Secrets Act of 2016 ("DTSA") provides that an individual shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (ii) solely for the purpose of reporting or investigating a suspected violation of law; or (iii) in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. In

Text

List Paragraph*

Style Layout More

Font

Times New Roman

Regular 12 pt

Character Styles page number

Alignment

Spacing 1.0 - Single

Bullets & Lists Imported Style 2

Konstantin Bagaev
Jun 1, 2017, 03:34 AM

Channel Reply Customer Support JIRA: ChannelReply

Keystrokes / min: 5

Mouse movements / min: 11

# EXHIBIT E



Pages File Edit Insert Format Arrange View Share Window Help Thu 12:23 PM kbagaev

DRAFT - Employee Agreement - Confidential Information and Invention Assignment Agreement (223869v1)

Agreement (this "Agreement") will apply to my employment relationship with the Company. If that relationship ends and the Company, within a year thereafter, either reemploys me or engages me as a consultant, I agree that this Agreement will also apply to such later employment or consulting relationship, unless the Company and I otherwise agree in writing. Any such employment or consulting relationship between the parties hereto, whether commenced prior to, upon or after the date of this Agreement, is referred to herein as the "Relationship."

2. Confidential Information.

(a) Protection of Information. I understand that during the Relationship, the Company intends to provide me with information, including Confidential Information (as defined below), without which I would not be able to perform my duties to the Company. I agree, at all times during the term of the Relationship and thereafter, to hold in strictest confidence, and not to use, except for the benefit of the Company to the extent necessary to perform my obligations to the Company under the Relationship, and not to disclose to any person, firm, corporation or other entity, without written authorization from the Company in each instance, any Confidential Information that I obtain, access or create during the term of the Relationship, whether or not during working hours, until such Confidential Information becomes publicly and widely known and made generally available through no wrongful act of mine or of others who were under confidentiality obligations as to the item or items involved. I further agree not to make copies of such Confidential Information except as authorized by the Company.

(b) Confidential Information. I understand that "Confidential Information" means information and physical material not generally known or available outside the

Company and information and physical material entrusted to the Company in confidence by third parties. Confidential Information includes, without limitation: (i) Company

**Konstantin Bagaev**
Jun 1, 2017, 03:23 AM

Channel Reply Customer Support JIRA: ChannelReply

Keystrokes / min: 75

Mouse movements / min: 13

# EXHIBIT F



engagement for any reason, Contractor will deliver to the Company all documents, notes, drawings, blueprints, formulae, specifications, computer programs, data and other materials of any nature pertaining to any Intellectual Property or to Contractor's work with the Company, and will not take any of the foregoing or any reproduction of any of the foregoing that is embodied in a tangible medium of expression.

8. Confidentiality. At all times, both during Contractor's engagement by the Company and after its termination, Contractor will keep in strict confidence and will not disclose any confidential or proprietary information relating to the business of the Company, or any client, customer, or business partner of the Company, to any person or entity, or make use of any such confidential or proprietary information for Contractor's own purposes or for the benefit of any person or entity, except as may be necessary in the ordinary course of performing Contractor's duties for the Company.

9. Other Agreements. Contractor represents and warrants that Contractor's execution and delivery of this Agreement and the performance of all the terms of this Agreement do not and will not breach any agreement to keep in confidence proprietary information acquired by Contractor in confidence or trust. Contractor has not entered into and shall not enter into any agreement, either written or oral, in conflict with this Agreement. Contractor represents that Contractor has not brought and will not bring with Contractor to the Company or use at the Company any materials or documents of an employer or a former employer that are not generally available to the public, unless express written authorization from such employer for their possession and use has been obtained. Contractor also understands that Contractor is not to breach any obligation of confidentiality that Contractor has to any employer or former employer and agrees to fulfill all such obligations during the period of Contractor's affiliation with the Company.

10. Remedies. Contractor acknowledges that a remedy at law for any breach or threatened breach of the provisions of this Agreement would be inadequate and therefore agrees that the Company shall be entitled to injunctive relief in addition to any other available rights and remedies in case of any such breach or threatened breach; provided, however, that nothing contained herein shall be construed as prohibiting the Company from pursuing any other remedies available for any such breach or threatened

**Konstantin Bagaev**
Jun 1, 2017, 02:17 AM

Channel Reply Customer Support JIRA: ChannelReply

Application: **Konstantyn Contractor Agreement (1).pdf (page 7 of 7)**

Keystrokes / min: **3** Mouse movements / min: **29**

# EXHIBIT G

Delaware
The Official Website of the First State

Department of State: Division of Corporations

Allowable Charact

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 6315718 | Incorporation Date / Formation Date: | 2/13/2017 (mm/dd/yyyy) |
| Entity Name: | DALVA VENTURES, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or

**Exhibit 77**

Skype File Edit View Contacts Conversations Window Help
Thu 2:11 PM kbagalev
Skype
channelreply
Konstantyn Bagalev
# marketing
# product
# random
# sales
# seo
# technology
DIRECT MESSAGES
slackbot
Konstantyn Bagalev (you)
Alexey Gluknarev
Artem Lelaiants
David Gitman
Justin Golschneider
Nikita Epov
+ Invite people
Konstantyn
Home
Contacts
Favorites
+380572628631
Recent
David Gitman
What have you heard
Менеджеры проект...
CJ Lamky
Dmitry Pirozhok
History
David Gitman
Today
Stockholder Consent
Np
And then there will be another set we need to do
It's expensive to get this set up. Im spending the 10k+ out of my own pocket to make this right.
I heard a lot about these parasites in your economy.
You've been working with one.
Sorry, didn't mean to say that
What have you heard
Type a message here
Konstantin Bagaev
Jun 1, 2017, 05:11 AM
Channel Reply Customer Support
JIRA: ChannelReply
Application: Skype
Keystrokes / min: 51
Mouse movements / min: 14