**Exhibit 78** A

Aleksey Glukharev
Jun 1, 2017, 03:26 AM

There are bugs in Freshdesk app in other browsers. ( JIRA: ChannelReply )

▤ Application: Slack - channelreply

▦ Keystrokes / min:  12        ⚙ Mouse movements / min:  4

# EXHIBIT B



**Aleksey Glukharev**
Jun 1, 2017, 03:08 AM

There are bugs in Freshdesk app in other browsers.   JIRA: ChannelReply

Application: DRAFT - Employee Agreement - Transaction Summary (223877v1) [Режим ограниченной функциональности]

Keystrokes / min:  38

Mouse movements / min:  44

# EXHIBIT C



Konstantin Bagaev
Jun 1, 2017, 03:05 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Skype

Keystrokes / min: 50    Mouse movements / min: 19

# EXHIBIT D



Konstantin Bagaev
Jun 1, 2017, 03:42 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: **Skype**

Keystrokes / min: **36**          Mouse movements / min: **24**

**Exhibit 79**



**Konstantin Bagaev**
Jun 2, 2017, 05:07 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: **69**          Mouse movements / min: **11**

**<u>Exhibit 80</u>**



Konstantin Bagaev
Jun 2, 2017, 04:39 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min:  107                Mouse movements / min: 12

**Exhibit 81** A



Konstantin Bagaev
Jun 2, 2017, 06:09 AM

Channel Reply Customer Support   JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  98         Mouse movements / min:  17

# EXHIBIT B



Konstantin Bagaev
Jun 2, 2017, 05:50 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  92       Mouse movements / min: 3

# EXHIBIT C



# EXHIBIT D



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support : JIRA: ChannelReply

▢ Application: Slack - channelreply

⌨ Keystrokes / min:  81          🖱 Mouse movements / min:  18

# EXHIBIT E



**Konstantin Bagaev**
Jun 2, 2017, 04:48 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:   90     Mouse movements / min:   22

# EXHIBIT F



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support ( JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  81          Mouse movements / min:  18

**Exhibit 82**



Konstantin Bagaev
Jun 2, 2017, 10:23 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min:  115          Mouse movements / min: 11

**Exhibit 83**

