**<u>Exhibit 51</u>**

**Bank of America** ⟨⟨⟨   Sign In

⌂ Secure Area ⁞⁞ En Español

## Sign In to Online Banking

⚠ We don't recognize your Online ID and/or Passcode. Please try again or visit Forgot Online ID & Passcode?

### Online ID

ndapamexonline|

☐ Save this Online ID ⓥ

### Passcode

Forgot your Passcode?



### Sign-in help

Forgot your Online ID?

Forgot your Passcode?

### Not using Online Banking?

Enroll now

Learn more about Online Banking

Service Agreement

**Exhibit 52**

**1Password Account Suspended**

Your 1Password account ndap has been suspended and can not currently be accessed. Please contact your administrator for more information.

OK

9:52

Good evening, Mike.

What is your main focus for today?

**Exhibit 53** A



Aleksey Glukharev
May 30, 2017, 10:42 PM

Aleksey Miscellaneous Work ( JIRA: Information Technology )

Application: Slack - channelreply

Keystrokes / min: 3          Mouse movements / min: 2

# EXHIBIT B



# Restore a recently deleted user

You can restore a user account up to 5 days after deleting it. After you restore the account, the user gets back all access to their email, calendars, and other G Suite data, and to their Google Cloud Platform permissions.

After 5 days, the data is gone and Google Support can't restore it, either.

*You must be signed in as a super administrator for this task.*

## If the account can be restored

1. Sign in 🗗 to your Google Admin console.

   Sign in using an *administrator account*, not your current account AmyLaurenH@gmail.com

2. From the Admin console dashboard, go to Users.

3. Under Filters, click ⌄ and choose Recently deleted users. If you don't see Filters, click ☰ in the top toolbar.

4. Check the box next to the user you want to restore. If the user doesn't appear in this list, the account was permanently deleted and can no longer be restored.

5. At the top right, click ↩.

6. Select the organizational unit you want to assign the user to.

7. Click Done.

If the user was previously suspended or had their data transferred, they'll show as a suspended user. To give them access, see Restore a suspended user.

## You can't restore a user if...

- It's been longer than 5 days since you deleted the user account.

- The username has been given to someone else as a primary address or email alias. Or if it's used for a group.

- You don't have an available user license.

# G Suite

Start your free 14-day trial today

Professional email, online storage, shared calendars, video meetings and more. Start your free G Suite trial today. .

## Exhibit 54



Konstantin Bagaev
May 30, 2017, 06:56 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack – channelreply

Keystrokes / min:  24

Mouse movements / min:  9

**Exhibit 55** A



Michael Dash

michael@
channelreply.com

support | privacy | my profile      rapportive

More

David Gitman
CTO

Show details

Michael Dash <michael@channelreply.com>

1/25/16

... or a PowerPoint?

Michael Dash
michael@channelreply.com

Contact Info    Emails

Mike

Michael Dash <mdash@ndap-llc.com>

1/25/16

to David

Boom out of nowhere.

# EXHIBIT B



**<u>Exhibit 56</u>** 

**M Mixmax**

📝 Compose

- ⚡ Live Feed
- 📊 Insights
- ⊙ Outbox
- ✉ Sequences
- 📋 Templates
- 📁 Contacts
- © Branding
- 🗓 Calendar
- 👥 Team
- ☰ Account & Billing
- ⚙ Settings
- 📣 What's New
- 👤 Mike Dash
  mdash@ndap-llc.com

Live Feed   EVERYONE   MYSELF   MY TEAM

Q ▾ Search

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | | ⇩ Download CSV |
|-----|----------|--------|---------|------------|---------|-------------------|---|---|---|
| 📧 Me | | 🙂 Joel, Ronnie | | | American Century Investment Account | ⇩ Downloaded by Joel Liebman *Brooklyn, New York, United States* Mar_31_2017_Statement.pdf | | Jun 1 🔒 | |
| 📧 Me | | 🙂 Joel, Ronnie | | | American Century Investment Account | ⇩ Downloaded by Joel Liebman *Brooklyn, New York, United States* 2016_Tax_Form_1099-DIV.pdf | | Jun 1 🔒 | |
| 📧 Me | | 👥 David, Jeremy, Jeffrey, +1 | | | Re: CPK | 👁 Opened by David Gitman *Brooklyn, New York, United States* | | Jun 1 🔒 | |
| 📧 Me | | 👥 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | 👁 Opened by David Gitman | | Jun 1 · 6:04am 🔒  View in Gmail   Mute | |
| 📧 Me | | 👥 Rajiv, Konstantyn, Virnhya | | | Re: Freshdesk / ChannelReply | 👁 Opened by Rajiv Ramanan | | Jun 1 🔒 | |

# EXHIBIT B

**M Mixmax**

Compose

- Live Feed
- Insights
- Outbox
- Sequences
- Templates
- Contacts
- Branding
- Calendar
- Team
- Account & Billing
- Settings
- What's New
- Mike Dash — mdash@ndap-llc.com

Live Feed   EVERYONE   MYSELF   MY TEAM

Search

| All | Unopened | Opened | Clicked | Downloaded | Replied | | |
|---|---|---|---|---|---|---|---|
| | Me | Joel, Ronnie | | | American Century Investment Account | Downloaded by Joel Liebman — Brooklyn, New York, United States — Mar_31_2017_Statement.pdf | Jun 1 |
| | Me | Joel, Ronnie | | | American Century Investment Account | Downloaded by Joel Liebman — Brooklyn, New York, United States — 2016_Tax_Form_1099-DIV.pdf | Jun 1 |
| | Me | David, Jeremy, Jeffrey, + 1 | | | Re: CPK | Opened by David Gitman — Brooklyn, New York, United States | Jun 1 · 6:52am — View in Gmail   Mute |
| | Me | Justin, Konstantyn, Aleksey, + 1 | | | Re: Colton with Google | Opened by David Gitman | Jun 1 |
| | Me | Rajiv, Konstantyn, Vimnya | | | Re: Freshdesk / ChannelReply | Opened by Rajiv Ramanan | Jun 1 |

Meeting Confirmed

Replied

Download CSV

# EXHIBIT C

**M Mixmax**  <

✎ Compose

**Live Feed**   EVERYONE   MYSELF   MY TEAM

Q ▾   Search

⚡ Live Feed

📊 Insights

⊙ Outbox

≡ Sequences

📄 Templates

👥 Contacts

◎ Branding

🗓 Calendar

👥 Team

☰ Account & Billing

⚙ Settings

📣 What's New

👤 Mike Dash
mdash@ondapllc.com

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | ⬇ Download CSV |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ⬇ Downloaded by Joel Liebman | |
| @ Me | | 🙂 Joel, Ronnie | | | American Century Investment Account | | *Brooklyn, New York, United States* *Mar_31_2017_Statemen t.pdf* | Jun 1 ⌂ |
| @ Me | | 🙂 Joel, Ronnie | | | American Century Investment Account | | ⬇ Downloaded by Joel Liebman *Brooklyn, New York, United States* *2016_Tax_Form_1099- DIV.pdf* | Jun 1 · 6:55am ⌂   View in Gmail   Mute |
| @ Me | | 👥 David, Jeremy, Jeffrey, +1 | | | Re: CPK | | ⊚ Opened by David Gitman *Brooklyn, New York, United States* | Jun 1 ⌂ |
| @ Me | | 👥 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | | ⊚ Opened by David Gitman | Jun 1 ⌂ |
| @ Me | | 🙂 Rajiv, Konstantyn, Viminya | | | Re: Freshdesk / ChannelReply | | ⊚ Opened by Rajiv Ramanan | Jun 1 ⌂ |

# EXHIBIT D

**M Mixmax**   <

📝 Compose

⚡ Live Feed
📊 Insights
⊙ Outbox
✉ Sequences
📄 Templates
📇 Contacts
⊛ Branding
📅 Calendar
👥 Team
💳 Account & Billing
⚙ Settings
📺 What's New

Mike Dash
mdash@ndapllc.com

Live Feed   EVERYONE   MYSELF   MY TEAM

🔍 ▾ Search

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | |
|-----|----------|--------|---------|------------|---------|-------------------|---|---|
| Me | | Joel, Ronnie | | | American Century Investment Account | | ⬇ Downloaded by Joel Liebman<br>Brooklyn, New York, United States<br>Mar_31_2017_Statement.pdf | Jun 1 · 6:55am   View In Gmail   Mute |
| Me | | Joel, Ronnie | | | American Century Investment Account | | ⬇ Downloaded by Joel Liebman<br>Brooklyn, New York, United States<br>2016_Tax_Form_1099-DIV.pdf | Jun 1 |
| Me | | David, Jeremy, Jeffrey, +1 | | | Re: CPK | | 👁 Opened by David Gitman<br>Brooklyn, New York, United States | Jun 1 |
| Me | | Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | | 👁 Opened by David Gitman | Jun 1 |
| Me | | Rajiv, Konstantyn, Viminya | | | Re: Freshdesk / ChannelReply | | 👁 Opened by Rajiv Ramanan | Jun 1 |

⬇ Download CSV

**<u>Exhibit 57</u>** A



# EXHIBIT B

# stripe

## Welcome back!

Wrong email or password.

michael@channelreply.com

Password

☑ Remember me          Forgot your password?

**Sign in to your account**

Don't have an account? Sign up

# EXHIBIT C



**Exhibit 58**

I have been removed as an admin on our google domain.  I need to be added back as an admin to the ndap-llc.com level domain which controls all of our subdomains. We were both admins which grants the other the power to remove someone as an admin and disable, suspend or delete accounts.

Email Address':
mdash@ndap-llc.com
mdash@carpartkings.com
mdash@coopersquare.ventures
mdash@coopersquareventures.com
mdash@plumburs.com
michael@channelreply.com
partners@ndap-llc.com
paypal@ndap-llc.com
partners@plumburs.com
paypal@coopersquareventures.com
sales@carpartkings.com
sales@channelreply.com
sales@nextdayautoparts.com
support@channelreply.com

All google drive accounts associated with the email accounts shown above
All google analytics accounts associated with the email accounts shown above

Bank of America Bank Accounts:
Cooper Square Ventures
NDAP, LLC

1Password Account – this is a password and login account management system. It holds all of my personal passwords and the companies shared passwords.  Account was paid for out of company funds.

Chargebee Account – This is our subscription management account that holds the customer information and billing information for all of our ChannelReply customers

Stripe Account – This is our credit card billing service that allows us to receive credit card payments from our customers.

PayPal Account – This is an online payment system which allows us to take online payments from our customers.

Upwork Account – This is a freelancer marketplace that allows us to hire and pay freelancers to run the business.

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services  (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them

Zendesk Accounts — This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account — This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack — This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central — This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts — This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor — This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services  (AWS) — This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account — This is a NDAP corporate credit card account

Magento Accounts — This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts — This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account — We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo — This is our Magento hosted server account

Mailchimp — This is our email subscription newsletter account

Github — This is where all of our software is checked in and stored for sharing

Ringcentral — This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them

**Exhibit 59**



Your "ndap" 1Password account has been suspended. Please contact your administrator.

**<u>Exhibit 60</u>** 

6/4/2017                                 ndap Mail - Confirm your email address



Mike Dash <mdash@ndap-llc.com>

---

**Confirm your email address**

---

**service via Partners** <partners@plumburs.com>                    Sat, May 27, 2017 at 4:18 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



# Confirm your email address

Hello Cooper Square Ventures, LLC,

Confirm your email address now to let us know it really belongs to you.

Once that's done, you're ready to receive money.

If you are unable to click the button below to confirm your email, please follow this link
https://www.paypal.com/us/signin?expId=confirmEmail&cc=16094865017745295720&em=
FrBKfVd3C2oxXvNngfUVcOSN9j9VEQ_WgUaVrPZ0yyVRzw5E1mXySGFBWZJVT
OvN9vQ_2RjdsiigRw6b.

   Confirm your email

Thanks,

PayPal

---

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000372:b3fc1edcfee4e

# EXHIBIT B

6/6/2017                                    ndap Mail - You just changed your password



Mike Dash <mdash@ndap-llc.com>

## You just changed your password

service via Partners <partners@plumburs.com>                    Sat, May 27, 2017 at 4:23 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



Hello Cooper Square Ventures, LLC,

You just changed your password.

If you didn't change your password, give us a call right away at 402-935-7733.

Just a reminder:

- Never share your password with anyone.
- Create passwords that are hard to guess and don't use personal information. Be sure to include uppercase and lowercase letters, numbers, and symbols.
- Use different passwords for each of your online accounts.

Sincerely,
PayPal

Help  | Security Centre

Please do not reply to this email. To get in touch with us, click Help & Contact.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001527:17632bf0a47e5

# EXHIBIT C

**P** *PayPal*

⚠ Some of your info isn't correct. Please try again.

paypal@coopersquareventures.com

Password

**Log In**

Having trouble logging in?

Sign Up

## Exhibit 61

Konstantin Bagaev
May 31, 2017, 09:43 AM

Channel Reply Customer Support: JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 58

Mouse movements / min: 16

## **Exhibit 62**



slack

ⓘ You need to sign in to see this page.

# Sign in to channelreply

channelreply.slack.com

What is your sign-in email address?

you@example.com

**Continue →**

If you have an @channelreply.com email address, you can create an account.