**Exhibit 78** A

Aleksey Glukharev
Jun 1, 2017, 03:26 AM

There are bugs in Freshdesk app in other browsers. ( JIRA: ChannelReply )

⌨ Application: Slack - channelreply

⌨ Keystrokes / min: 12          🖱 Mouse movements / min: 4

# EXHIBIT B



Aleksey Glukharev
Jun 1, 2017, 03:08 AM

There are bugs in Freshdesk app in other browsers.   JIRA: ChannelReply

Application: DRAFT - Employee Agreement - Transaction Summary (223877v1) [Режим ограниченной функциональности]

Keystrokes / min: 38

Mouse movements / min: 44

# EXHIBIT C



Konstantin Bagaev
Jun 1, 2017, 03:05 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Skype

Keystrokes / min:  50          Mouse movements / min:  19

# EXHIBIT D



Konstantin Bagaev
Jun 1, 2017, 03:42 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: **Skype**

Keystrokes / min: **36**            Mouse movements / min: **24**

**Exhibit 79**



**Konstantin Bagaev**
Jun 2, 2017, 05:07 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 69        Mouse movements / min: 11

## **<u>Exhibit 80</u>**



Konstantin Bagaev
Jun 2, 2017, 04:39 AM

Channel Reply Customer Support    JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  107          Mouse movements / min:  12

**Exhibit 81** A



**Konstantin Bagaev**
Jun 2, 2017, 06:09 AM

Channel Reply Customer Support  ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min:  98          Mouse movements / min:  17

# EXHIBIT B



Konstantin Bagaev
Jun 2, 2017, 05:50 AM

Channel Reply Customer Support _ JIRA: Channel|Reply

Application: Slack - channelreply

Keystrokes / min:  92        Mouse movements / min: 3

# EXHIBIT C



Konstantin Bagaev
Jun 2, 2017, 05:35 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack – channelreply

Keystrokes / min: 14          Mouse movements / min: 51

# EXHIBIT D



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support: JIRA: ChannelReply

📄 Application: Slack - channelreply

⌨ Keystrokes / min: 81    🖱 Mouse movements / min: 18

# EXHIBIT E



Konstantin Bagaev
Jun 2, 2017, 04:48 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:   90          Mouse movements / min:   22

# EXHIBIT F



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support    JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  81         Mouse movements / min:  18

**<u>Exhibit 82</u>**



Konstantin Bagaev
Jun 2, 2017, 10:23 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min:  115          Mouse movements / min:  11

**<u>Exhibit 83</u>**

