AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MICHAEL DARDASHTIAN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-4327 (LLS) (RWL) |
| DAVID GITMAN, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Gitman,  Dalva Ventures, LLC, Accel Commerce LLC, Cooper Square Ventures LLC, NDAP, LLC, Channelreply,Inc

Date:   05/21/2020

/s/ Brett Singer
*Attorney's signature*

Brett Singer (BS2009)
*Printed name and bar number*
Sim & DePaola, LLP
42-40 Bell Blvd, Suite 201
Bayside, NY 11361

*Address*

bsinger@simdepaola.com
*E-mail address*

(646) 836-2756
*Telephone number*

(718) 631-2700
*FAX number*