**Sim & DePaola, LLP**
**Sang J. Sim, Esq. (SSIM3467)**
42-40 Bell Blvd., Suite 201
Bayside, New York 11361
Tel:    (718) 281-0400
Fax:    (718) 631-2700
petersimesq@yahoo.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY<br><br>*Plaintiffs,*<br><br>-against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.<br><br>*Defendants.* | Index No.: 17-cv-4327 (LLS)(RWL)<br><br>**NOTICE OF REJECTION OF PLAINTIFFS' AMENDED COMPLAINT FILED ON MAY 1, 2020** |

    Please be advised that the Amended Complaint filed by Plaintiffs DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC. on May 1, 2020 is hereby rejected as untimely and not filed with the consent of Defendants DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC. or upon leave of the Court.

    Defendants reject Plaintiffs' Amended Complaint dated May 1, 2020 on the grounds that the Court has rejected Plaintiffs' Amended Complaint. The Court issued a notice dated May 4, 2020 informing Plaintiffs that the Amended Complaint filed May 1, 2020 was deficient due to Plaintiffs' failure to obtain either Leave of Court or Consent of Defendants prior to filing said Amended Complaint. Further, the version filed on May 1, 2020 materially differs from the defective version filed on April 30, 2020. The Order states that Leave of Court or Consent of Defendants was required because Plaintiff's Amended Complaint was filed after the due date set by the court.

Dated: Bayside, New York
       May 21, 2020

**SIM & DEPAOLA, LLP**

/Sang J. Sim_____
Sang J. Sim, Esq.
42-40 Bell Blvd., Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700
petersimesq@yahoo.com
*Attorneys for Defendants*

To: **VIA ECF**
Guaglardi & Meliti, LLP
*Attorneys for Plaintiffs*
365 W Passaic St #130
Rochelle Park, NJ 07662
bguaglardi@adgmlaw.com
Tel: (201) 947-4100
Fax: (201) 947-1010

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF QUEENS ss.:

    Ting Huang, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

    I served a true copy of the annexed

**NOTICE OF REJECTION OF PLAINTIFFS'**
**AMENDED COMPLAINT FILED ON MAY 1, 2020**

on May __, 2020

By mailing the paper to the person at the address designated by him or her for that purpose in a sealed envelope, with postage prepaid thereon, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

To:    Guaglardi & Meliti, LLP
        365 W Passaic St #130
        Rochelle Park, NJ 07662

                                                            _____
                                                                   Ting Huang

Sworn to before me this
__ day of May, 2020

_____
        Notary Public