# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 201
Bayside, New York 11361
Tel:  (718) 281-0400
Fax:  (718) 631-2700

May 22, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Michael Dardashtian, et al. v. David Gitman, et al.*
Docket No. 17-cv-4327 (LLS) (RWL)

Hon. Robert W. Lehrburger:

By way of background, we represent the Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, Channel Reply, Inc. (collectively hereinafter referred to as "Defendants"), in the instant matter.

Please be advised that on May 21, 2020, Defendants filed a Notice of Rejection, in regards to Plaintiffs' Amended Complaint, dated May 1, 2020. In this respect, the Court directed the Plaintiff to obtain consent from the Defendants or seek leave from the Court. Plaintiffs failed to do either. Further, the Defendants rejected said amended complaint, because the version filed on May 1, 2020 materially differed from the version that was filed on April 1, 2020. Regardless of these material differences, both Complaints are untimely and both were filed without Defendants' consent or leave of the Court.

With this said, in the event that the Court decides to accept the Plaintiffs' Amended Complaint, Defendants respectfully request leave of the Court to file their Amended Answer late.

Thank you for your consideration of the above.

Respectfully submitted,

/s/ Sang J. Sim
Sang J. Sim, Esq.
*Attorney for Defendants*
psim@simdepaola.com