```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                    Plaintiffs,

        - against -

DAVID GITMAN, et al.,

                    Defendants.
--------------------------------------------------------------X

17 Civ. 04327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiffs' Amended Complaint is allowed. On March 17, 2020, the Court extended all deadlines, including that for amended pleadings, by 30 days. Plaintiffs timely filed on April 30, 2020. Although the pleading was rejected for technical reasons, Plaintiffs corrected the filing on May 1, 2020. Defendants shall respond to the Amended Complaint by June 24, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     May 23, 2020
            New York, New York

Copies transmitted to all counsel of record.