# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 201
Bayside, New York 11361
Tel:  (718) 281-0400
Fax:  (718) 631-2700

June 6, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Michael Dardashtian, et al. v. David Gitman, et al.*
Docket No. 17-cv-4327 (LLS) (RWL)

Hon. Robert W. Lehrburger:

By way of background, we represent the Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, Channel Reply, Inc. (collectively hereinafter referred to as "Defendants"), in the instant matter.

I am formally submitting this letter as an apology to the Court as well as my adversary in this proceeding.  Our office was mistaken as to the contents of the April 30, 2020 filing because that filing did contain both Counts 20 and 21.  The error stemmed from my office's failure to review the proper pleadings.  This was an honest mistake made by my office and we apologize for this mistake.  I again apologize to my adversary and to this Court.

With this said, our office was mistaken but I would assure this Court that it was not intentional.  It is submitted that the Defendants have been acting in good faith.  We continue to respectfully request this Court for leave to file a valuation report in order to permit the Court to make a fair determination as to the market value of the company in the event this Court finds that the Plaintiffs are entitled to a redemption.

Again, my sincere apology and thank you for your consideration and understanding of the above.

Respectfully submitted,

/s/ Sang J. Sim
Sang J. Sim, Esq.

*Attorney for Defendants*
psim@simdepaola.com