```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                Plaintiffs,

     - against -

DAVID GITMAN, et al.,

                Defendants.
---------------------------------------------------------------X

17 Civ. 04327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants' request for leave and an extension of time to serve an expert report in light of Plaintiffs' amended complaint is denied. (*See* Dkt. 144.) The value of the companies has been at issue throughout the litigation. Additionally, Defendants' request comes too late – after expiration of the expert deadline on May 30, 2020, even though the amended pleading was filed on May 1, 2020.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated:      June 8, 2020
               New York, New York

Copies transmitted to all counsel of record.