# EXHIBIT A

# CHASE for BUSINESS

Printed from Chase for Business

## ✓ We've scheduled your wire.

Please print and save this page for your records.

### Account details

| | |
|---|---|
| Wire to | Shulman Associates (...2859) |
| Wire from | Dalva Checking (...8685) |
| Wire status | In transit |
| Transaction number | |

### Sender information

| | |
|---|---|
| Wire date | May 13, 2020 |
| Wire amount | $2,500.00 USD (U.S. Dollar) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollar) |
| **Total** | **$2,525.00 USD (U.S. Dollar)** |
| | Your account activity will show separate charges for wire amount and wire transfer fee. |

### Additional information

| | |
|---|---|
| Message to recipient bank | None |
| Message to recipient | David Gitman |
| Memo | None |

JPMorgan Chase Bank, N.A. Member FDIC   ©2020 JPMorgan Chase & Co.   Equal Opportunity Lender