UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,                       :
                                                   :
                          Plaintiffs,              :
                                                   :
              - against -                          :
                                                   :
DAVID GITMAN, et al.,                              :
                                                   :
                          Defendants.              :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020
```

17 Civ. 04327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' request for reconsideration of the Court's order regarding extension of expert discovery is denied. As previously observed, corporate valuation has been at issue in this case from the start. Defendants have no legitimate excuse as to why they did not previously seek out and retain a valuation expert. Moreover, the excuse offered, that an eleventh-hour attempt to retain an expert was unsuccessful, was not raised in the prior letter briefing and, in any event, does not establish excusable neglect. *See Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993); *In re American Express Financial Advisors Securities Litigation*, 672 F.3d 113, 129 (2d Cir. 2011).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      June 12, 2020
            New York, New York

Copies transmitted to all counsel of record.