# EXHIBIT A

# Evan Ostrer

| | |
|---|---|
| **From:** | Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> |
| **Sent:** | Wednesday, October 18, 2017 9:47 AM |
| **To:** | Barry Guaglardi; Evan Ostrer |
| **Cc:** | Cousin, Brian S.; Meredith, Mark D. |
| **Subject:** | Gitman et al. v. Dardashtian et al - Accounting |
| **Attachments:** | Document request for site visit.pdf |

Barry,

I write to follow-up on our discussion regarding having an accounting and valuation done for CSV and its related entities. If you recall, when we were last in court, you left off saying you had no objection to giving Mr. Gitman access to the books and records. You also said Mr. Dardashtian had not taken unequal distributions and had nothing to hide. Mr. Gitman is prepared to engage an independent forensic accountant, Shulman Associates, to do a review of the books and records of CSV and its related entities and provide a valuation of the company. In order to save both time and money, Mr. Shulman prepared the attached document request outlining the key documents he will need to complete his review. Please provide us with copies of the documents by October 23 or let us know which day(s) Mr. Shulman can come in to examine those documents next week.

Best regards,
Lindsay

**大成 DENTONS**   Lindsay F. Ditlow

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

1

Michael Dardashtian et al v David Gitman et al

**Preliminary Document Request for Site Visit to Cooper Square Ventures, LLC ("Cooper Square")**

**October 9, 2017**

**Document Request Pertaining to Cooper Square**

Tax returns from inception to 2016.

Financial statements attested to by independent CPA's from inception to current date.

Financial statements prepared internally from inception to current date.

Detailed general ledgers (general ledgers that report the detail of activity for each general ledger account.

A list of all payees and the amounts paid to them reported by each fiscal year from inception to current date.

A list of all disbursements made to Michael Dardashtian, David Gitman, Jermey Falk, Knonstantyn Bagaev, and Oleskii Glukharev including the date, payee, amount, general ledger account charged, reason for the disbursement, supporting documents for all payments.

A list of all related parties of Michael Dardashtian, David Gitman, Jermey Falk, Knonstantyn Bagaev, and Oleskii Glukharev ("Related Parties").

A list of all disbursements made to the Related Parties including the date, payee, amount, general ledger account charged, reason for the disbursement, supporting documents for all payments.

All LLC formation documents.

Cooper Square LLC agreement and amendments.

Copies of all agreements among the members of Copper Square.

Please have available for the site visit all bank statements and copies of the cancelled checks from inception to current date.

Please have available for the site visit support for all disbursements.