**GUAGLARDI & MELITI, L.L.P.**

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

**VIA ECF**                                                                June 24, 2020
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Stanton:

      Kindly accept this correspondence in connection with Plaintiffs' opposition to Defendants' objection to Magistrate Judge Lehrburger's ("Judge Lehrburger") Order(s) that was filed yesterday.

      Contained within our opposition is Plaintiffs' desire and request for a pre-motion conference for purposes filing dispositive motions. It was not our intention that the June 23, 2020 opposition be construed as Plaintiff's formal request for a pre-motion conference. I avertedly failed to indicate that Plaintiff's request will be made by way of a separate letter to the Court setting forth the basis for the motion.

      I apologize for failing to indicate same in the first instance.

      Thank you for Your Honor's consideration of the foregoing.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc:   All Counsel of Record (via ECF)