# Shulman Associates LLC

4 Windy Hill Road
Westport, CT 06880
300 Park Avenue, 12th Floor, New York, NY 10022

---

Invoice submitted to:
David Gitman
c/o Dentons LLP
ATTN: Brain Cousins, Esq.
1221 Avenue of the Americas
New Yorkj, NY 10020

June 22, 2020

Invoice #1334

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| | _Guideline Public Company Method_ | | | |
| 5/21/2020 | BB | Discussion with Stephen about business background, review of current issues and researching Saas firms | 1.00 | $350 |
| 5/22/2020 | BB | Work on downloading and analyzing SaaS Public Comps | 4.00 | $1,400 |
| 5/23/2020 | BB | Work on downloading and analyzing SaaS Public Comps | 1.00 | $350 |
| 5/25/2020 | BB | Update downloading and analyzing SaaS Public Comps as of 4 30 2019 | 2.00 | $700 |
| 5/26/2020 | BB | Discuss with Stephen to discuss results of SaaS industry multiple | 0.50 | $175 |
| | SUBTOTAL: | | [    8.50 | $2,975] |
| | _Lit Support - Planning_ | | | |
| 5/5/2020 | SWS | Call with David receipt of BOA information.  preliminary review | 0.60 | $270 |
| 5/7/2020 | SWS | Review of documents sent | 1.00 | $450 |
| 5/18/2020 | SWS | prepare an accounting of the BOA records received | 3.50 | $1,575 |
| 5/19/2020 | SWS | receipt and review of dicuments sent by Joel, CSV accountant. update accounting for additional information received from David | 2.20 | $990 |
| 5/20/2020 | SWS | review of QuickBooks reports | 1.20 | $540 |
| 5/21/2020 | SWS | Call with Bruce about the valuation required | 0.70 | $315 |

---

David Gitman                                                                                                       Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/26/2020 | SWS | review of the multiple work preformed by Bruce and discussion with him. | 1.50 | $675 |
|  | SUBTOTAL: |  | [    10.70 | $4,815] |
|  | **For professional services rendered** |  | **19.20** | **$7,790** |
|  | **Previous balance** |  |  | **$8,180** |
|  | Accounts receivable transactions |  |  |  |
| 3/23/2018 | Payment - Thank You |  |  | ($3,180) |
| 8/15/2018 | apply retainer to balance due |  |  | ($5,000) |
|  | **Total payments and adjustments** |  |  | **($8,180)** |
|  | Balance due |  |  | $7,790 |
|  | Client funds transactions |  |  |  |
|  | **Previous balance of Retanier** |  |  | **$5,000** |
| 8/15/2018 | apply retainer to balance due |  |  | ($5,000) |
|  | **New balance of Retanier** |  |  | **$0** |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bruce Bezner | 8.50 | 350 | $2,975 |
| Stephen W. Shulman, CPA/ABV/CFF, CVA | 10.70 | 450 | $4,815 |