```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                Plaintiffs,

- against -

DAVID GITMAN, et al.,

                Defendants.
-------------------------------------------------------------X

17 Civ. 04327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the parties' recent correspondence to the Court concerning the propriety of Defendants' proffered expert report, by July 7, 2020, the parties shall submit to the Court for in camera review Plaintiffs' expert report and Defendants' "rebuttal" report. No redactions are necessary. The parties shall submit the reports by email to the Court's chambers' email address.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated:      July 1, 2020
             New York, New York

Copies transmitted to all counsel of record.