UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY,<br><br>                           Plaintiffs,<br><br>           -against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.,<br>                           Defendants.<br>. | Civil Case No.:  1:17 Civ.4327 (LLS)<br><br>**NOTICE OF OBJECTION TO MAGISTRATE JUDGE'S ORDER** |

SIRS:

      PLEASE TAKE NOTICE that upon the attached declaration and memorandum of law dated July 10, 2020, Defendants will move this court, Hon. Louis L. Stanton, U.S.D.J., in Courtroom 21C, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on the 31st day of July, 2020, or as soon thereafter as counsel can be heard for an order pursuant to Rule 72 of the Federal Rules of Civil Procedures granting reversal of the Magistrate Judge's order and permitting the use of the Rebuttal Expert Report and expert.

Dated: Bayside, New York
       July 10, 2020

                                                         /s/Sang J. Sim_____
                                                       Sang J. Sim, Esq.