UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY,<br><br>                     Plaintiffs,<br><br>         -against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.,<br>                     Defendants.<br><br>         . | Civil Case No.:  1:17 Civ.4327 (LLS) |

**DECLARATION OF SANG J SIM IN SUPPORT OF
DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER**

SANG J SIM, ESQ., affirms the following under penalty of perjury:

1. I am making this declaration in support of Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply, Inc. (hereinafter "Defendants") Objection to Magistrate Judge Lehrburger's Order dated July 3, 2020 pursuant to Fed.R.Civ.P. 72.

2. In support of this motion, a true and accurate copy of Plaintiffs' expert valuation report is annexed hereto as Exhibit A.

3. A true and accurate copy of Defendants' Rebuttal expert report is annexed hereto as Exhibit B.

4. A true and accurate copy of Magistrate Judge Lehrburger's Order dated July 3, 2020 is annexed hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  Bayside, New York
        July 10, 2020



                                                    /s/Sang J. Sim_____
                                                    Sang J. Sim, Esq.