**MEMO ENDORSED**   ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES, LLC
NDAP, LLC and CHANNEL REPLY,

                  Plaintiffs,

-against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKKII GLUKHAREV
and CHANNEL REPLY, INC.,

                  Defendants.

Civil Case No.: 1:17 Civ.4327 (LLS)

NOTICE OF OBJECTION TO
MAGISTRATE JUDGE'S ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/20

SIRS:

    PLEASE TAKE NOTICE that upon the attached declaration and memorandum of law dated July 10, 2020, Defendants will move this court, Hon. Louis L. Stanton, U.S.D.J., in Courtroom 21C, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on the 31st day of July, 2020, or as soon thereafter as counsel can be heard for an order pursuant to Rule 72 of the Federal Rules of Civil Procedures granting reversal of the Magistrate Judge's order and permitting the use of the Rebuttal Expert Report and expert.

Dated: Bayside, New York
         July 10, 2020

                                                      /s/Sang J. Sim
                                                      Sang J. Sim, Esq.

---

*Endorsement re July 13, 2020 letter*

Sealing of material submitted to a court affecting a judicial determination is rarely granted; an agreement of the parties, or a confidentiality stipulation, do not qualify, because of the high public policy favoring (and requiring) openness in court proceedings. See, e.g., Lugasch, 435 F.3d 110 (2d Cir. 2006). Case law defines exceptions.

The parties have until 4pm Friday July 17, 2020 to justify sealing of particular portions. The remainder will be unsealed. So Ordered.

                                                   Louis L. Stanton 7/13/20