UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,   1:17 Civ.4327 ( LLS) (RWL)

                              Plaintiffs,   **DECLARATION OF EVAN A. OSTRER IN OPPOSITION TO DEFENDANTS' OBJECTION TO MAGISTRATE'S ORDER AND IN FURTHER SUPPORT OF CROSS-MOTION**

-against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
                              Defendants.
------------------------------------------------------------X

EVAN A. OSTRER, pursuant to 28 U.S.C. 1746, declares as follows:

    1. I am an associate of Guaglardi & Meliti, LLP, attorneys for the Plaintiffs, Michael Dardashtian, individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC, NDAP, LLC and ChannelReply ("Plaintiffs").

    2. I respectfully submit this Declaration in opposition to Defendants' motion, pursuant to Fed.R.Civ.P. 72, Objecting to Magistrate's Order dated July 10, 2020 ("Defendants' Motion"), and in further support of Plaintiffs' cross-motion for an order (a) pursuant to Rule 11, awarding Plaintiffs its reasonable expenses, including counsel fees in opposing Defendants' Motion; (b) removing from the public docket **Exhibit A** and **Exhibit B** annexed to the Declaration of Sang J. Sim, Esq., and a portion of Defendants' Memorandum of Law, namely paragraphs 26-32 contained therein; and (c) sanctions for Defendants' violation of the Discovery Confidentiality Order by Consent entered September 11, 2019, and meritless application(s) to this Court.

1

3. Attached as **Exhibit A** is a true copy of the Discovery Confidentiality Order By Consent, entered September 11, 2019.

4. Attached as **Exhibit B** is a true copy of an email sent by Evan Ostrer to Sang J. Sim on July 10, 2020.

5. Attached as **Exhibit C** is a true copy of ECF# 159, correspondence to the Magistrate by Evan Ostrer, dated June 29, 2020.

6. Attached as **Exhibit D** is a true copy of ECF #160, correspondence to the Magistrate by Sang J. Sim, dated June 30, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2020

Evan A. Ostrer
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662

111 Main Street
Chester, New York 10918

(201) 947-4100

*Attorneys for Plaintiffs*