# Evan Ostrer

| | |
|---|---|
| **From:** | Evan Ostrer |
| **Sent:** | Friday, July 10, 2020 5:46 PM |
| **To:** | psim .; Peter Sim |
| **Cc:** | Barry Guaglardi |
| **Subject:** | URGENT Dardashtian v Gitman |

Sang,

Your motion was filed publicly and attaches the valuation report(s) containing confidential information for the world to see.

Please immediately remove and re-file under seal or submit for in-camera review, as we did previously before Judge Lehrburger.

Evan

1