UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,            1:17 Civ.4327 ( LLS) (RWL)

                        Plaintiffs,       **AFFIRMATION OF SERVICE**

       -against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

                    Defendants.
---------------------------------------------------------------X

      I, Evan Ostrer, declare under penalty of perjury that I served a copy of the attached Notice of Cross-Motion and Opposition to Defendants' Motion pursuant to Fed.R.Civ.P. 72, with the enclosed Declaration of Evan Ostrer dated July 14, 2020, letter brief dated July 14, 2020 and accompanying exhibits to all counsel of record *via* the Southern District of New York's Electronic Case Filing system (ECF) on July 14, 2020.

Dated: July 14, 2020

                                                             _____
                                                             Evan Ostrer