## GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302<br><br>111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601<br><br>DIRECT DIAL: 201-374-9092<br>EOSTRER@ADGMLAW.COM | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦<br><br>♦  NJ BAR<br>▲  NJ & NY BAR |

| | | |
|---|---|---|
| **VIA ECF** | WEBSITE: WWW.ADGMLAW.COM | July 17, 2020 |

Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

    Re:    <u>Michael Dardashtian, et al. v. David Gitman, et al.</u>
              <u>17-cv-4327</u>

Dear Judge Lehrburger:

        On behalf of Plaintiffs, we write briefly to advise Your Honor of the status of this matter, and to seek Your Honor's permission to address the deadline for filing of dispositive motions (presently July 30, 2020), *if necessary*.

        On July 14th, we filed our pre-motion request with Judge Stanton for permission to file a motion for summary judgment, which is attached hereto. However, also currently before Judge Stanton is Defendants' pending motion pursuant to Fed.R. Civ. P. 72 arising out of Your Honor's July 3rd Order, and seeks relief that could extend discovery. Plaintiffs have already filed their opposition (and cross-motion), but the return date of Defendants' motion is July 31, 2020, a day after the current dispositive motion deadline.

        Subject to Judge Stanton's decision on Defendants' pending motion, a brief extension of the current dispositive motion deadline may be necessary if the parties are granted permission to file same. We respectfully request Your Honor's input as to how to best address the current deadline for filing of dispositive motions in light of the foregoing.

        Thank you for Your Honor's consideration.

Respectfully Submitted,
**GUAGLARDI & MELITI, LLP**

*/s/ Evan Ostrer*
Evan Ostrer

Cc:    All counsel of record (via ECF)

1