```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                    Plaintiffs,

       - against -

DAVID GITMAN, et al.,

                    Defendants.
------------------------------------------------------------X

17 Civ. 04327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiffs' request for a pre-motion conference to address the previous scheduling order in regard to dispositive motions is denied without prejudice. By July 31, 2020, the parties shall meet and confer and file a letter proposing a briefing schedule for Plaintiffs' proposed motion.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:       July 24, 2020
                New York, New York

Copies transmitted to all counsel of record.