## GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦   NJ BAR
▲   NJ & NY BAR

July 31, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

Please accept this correspondence on behalf of the Plaintiffs in connection with the above matter. We write in connection with Your Honor's Order dated July 24, 2020, which directed the parties to meet and confer on a proposed briefing schedule for Plaintiffs' proposed motion, and to submit a letter proposing a briefing schedule by this date.

Counsel for Plaintiffs have conferred with counsel for Defendants, and the parties have agreed to the following proposed joint briefing schedule, subject to Your Honor's approval:

- Plaintiffs shall file their motion within fourteen (14) days of this date ("Filing Date"), by no later than August 14, 2020;

- Defendants shall file their opposition papers within forty-five (45) days of the Filing Date ("Response Date"), by no later than September 11, 2020;

- Plaintiffs shall file their Reply brief within twenty-one (21) days of the Response Date, by no later than October 2, 2020.

If there are any problems with this request, kindly so advise.

We thank the Court for its courtesies.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc:   All counsel of record (via ECF)

1