# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

July 31, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re: **Michael Dardashtian, et al. v. David Gitman, et al.**
**17-cv-4327**

Dear Judge Lehrburger:

Kindly accept this correspondence in connection with the proposed briefing schedule that was submitted to the Court earlier today. It was just brought to my attention that I inadvertently counted Defendants' 45 days to oppose Plaintiff's motion from today, and not from the filing date of Plaintiffs' motion. As a result of this inadvertent error, it is respectfully requested that the Court's endorsement of the proposed briefing schedule be amended to reflect the proper deadlines as follows:

- Plaintiffs shall file their motion within fourteen (14) days of this date ("Filing Date"), by no later than August 14, 2020;

- Defendants shall file their opposition papers within forty-five (45) days of the Filing Date ("Response Date"), by no later than **September 25, 2020** (not September 11, 2020);

- Plaintiffs shall file their Reply brief within twenty-one (21) days of the Response Date, by no later than **October 16, 2020** (not October 2, 2020).

I apologize for any inconvenience to the Court.

Thank you for Your Honor's consideration.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc: All counsel of record (via ECF)

1