# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302 | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦ |
| | 111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601 | ♦ NJ BAR<br>▲ NJ & NY BAR |
| | DIRECT DIAL: 201-374-9092<br>EOSTRER@ADGMLAW.COM | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2020
```

WEBSITE: WWW.ADGMLAW.COM

July 31, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

  Re: **Michael Dardashtian, et al. v. David Gitman, et al.**
     **17-cv-4327**

Dear Judge Lehrburger:

  Kindly accept this correspondence in connection with the proposed briefing schedule that was submitted to the Court earlier today. It was just brought to my attention that I inadvertently counted Defendants' 45 days to oppose Plaintiff's motion from today, and not from the filing date of Plaintiffs' motion. As a result of this inadvertent error, it is respectfully requested that the Court's endorsement of the proposed briefing schedule be amended to reflect the proper deadlines as follows:

- Plaintiffs shall file their motion within fourteen (14) days of this date ("Filing Date"), by no later than August 14, 2020;

- Defendants shall file their opposition papers within forty-five (45) days of the Filing Date ("Response Date"), by no later than ~~September 25, 2020~~ **September 28, 2020** (not September 11, 2020);

- Plaintiffs shall file their Reply brief within twenty-one (21) days of the Response Date, by no later than ~~October 16, 2020~~ **October 19, 2020** (not October 2, 2020).

I apologize for any inconvenience to the Court.

Thank you for Your Honor's consideration.

           Respectfully Submitted,
           GUAGLARDI & MELITI, LLP

              Evan Ostrer

SO ORDERED:
7/31/2020
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Cc: All counsel of record (via ECF)