UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,        1:17 Civ.4327 ( LLS) (RWL)
                                        ECF Case
                    Plaintiffs,

       -against-                        **NOTICE OF MOTION**

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
                    Defendants.
------------------------------------------------------------X

**NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISMISSAL OF DEFENDANTS' COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that upon the accompanying (a) Memorandum of Law, (b) Affidavit of Michael Dardashtian, dated August 13, 2020, (c) Affidavit of Konstantyn Bagaiev, dated July 29, 2020, (d) Declaration of Joel Liebman, C.P.A., dated August 13, 2020; (e) Declaration of Barry Guaglardi, dated August 13, 2020; (f) Affidavit of Carleen J. Gaskin, CPA/CFF (g) Plaintiffs' Rule 56.1 Statement of Undisputed Facts;  with all accompanying exhibits annexed thereto and all the pleadings and proceedings herein, the Plaintiffs, Michael Dardashtian, individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC, NDAP, LLC and ChannelReply (hereinafter "Plaintiffs") on October 21, 2020, or as soon thereafter as counsel may be heard,  will move before the Honorable Louis L. Stanton, U.S.D.J., at the United States Courthouse, 500 Pearl St., New York, New York, for an Order granting Plaintiffs partial summary judgment as to Counts 2, 5, 7, 10, 12, 18, 19, and 20 of Plaintiffs' First Amended Verified Complaint dated May 1, 2020, and dismissing Defendants' Amended

1

Counterclaims dated June 9, 2020 in their entirety, and for such other and further relief as the Court deems just and proper pursuant to Rule 56 of the Federal Rules.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the endorsement of the Honorable Robert W. Lehrburger, U.S.M.J. on August 3, 2020, opposition to Plaintiffs' Motion, if any, shall be filed and served on the undersigned on or before September 28, 2020, and Plaintiffs' reply shall be served on counsel for Defendants and filed on or before October 19, 2020.

Dated: August 14, 2020

GUAGLARDI & MELITI, LLP

_____
Evan Ostrer (EO1099)
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662

111 Main Street
Chester, New York 10918

(201) 947-4100

*Attorneys for Plaintiffs*