UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,

                                   Plaintiffs,

      -against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

                                   Defendants.

-----------------------------------------------------------X

1:17 Civ.4327 ( LLS) (RWL)

[PROPOSED] ORDER

      Upon the motion of Plaintiffs, for an order granting Plaintiffs partial summary judgment as to Counts 2, 5, 7, 10, 12, 18, 19, and 20 of Plaintiffs' First Amended Verified Complaint dated May 1, 2020, and dismissing Defendants' Amended Counterclaims dated June 9, 2020 in their entirety, pursuant to Rule 56 of the Federal Rules, and upon review of all papers submitted by the parties in support and/or in opposition thereof, it is hereby

      ORDERED that Plaintiffs' Motion for Partial Summary Judgment as to Counts 2, 5, 7, 10, 12, 18, 19, and 20 of Plaintiffs' First Amended Verified Complaint dated May 1, 2020 be and hereby is GRANTED; and it is

      FURTHER ORDERED, that Defendants' Amended Counterclaims dated June 9, 2020 be and hereby is DISMISSED, with prejudice.

                                                      _____
                                                      HONORABLE LOUIS L. STANTON, U.S.D.J.

Dated: