UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,

17 Civ. 4327 (LLS) (RWL)

Plaintiffs,

-against-

DECLARATION OF BARRY GUAGLARDI

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

1 of 2

Defendants.

-------------------------------------------------------------X

I, Barry S. Guaglardi, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner of Guaglardi & Meliti, LLP, attorneys for Plaintiffs Michael Dardashtian, individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC, NDAP, LLC and ChannelReply ("Plaintiffs"). I respectfully submit this Declaration in support of Plaintiffs' Motion for Summary Judgment pursuant to Local Civil Rule 56.1.

2. Attached as **Exhibit A** is a true copy of the Plaintiffs' Verified Complaint dated June 8, 2017.

3. Attached as **Exhibit B** is a true copy of Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and Channel Reply Inc.'s ("Defendants"), Answer and Counterclaim dated December 13, 2017.

4. Attached as **Exhibit C** is a true copy of Plaintiffs' Reply to Defendants' Answer and Counterclaim, dated January 3, 2018.

5. Attached as **Exhibit D** is a true copy of Plaintiffs' First Amended Verified

Complaint, filed May 1, 2020.

6. Attached as **Exhibit E** is a true copy of Defendants' Amended Answer and Counterclaim, dated June 9, 2020.

7. Attached as **Exhibit F** is a true copy of Plaintiffs' Amended Answer/Reply to Defendants' Amended Counterclaim, dated June 25, 2020.

8. Attached as **Exhibit G** is a true copy of the Amended Order of the Honorable Edgardo Ramos, U.S.D.J., entering temporary restraints against Defendants, dated June 9, 2017.

9. Attached as **Exhibit H** is a true copy of the Order of the Honorable Luis L. Stanton, U.S.D.J., dated June 21, 2017.

10. Attached as **Exhibit I** is a true copy of the Opinion and Order of the Honorable Luis L. Stanton, U.S.D.J., dated November 28, 2011.

11. Attached as **Exhibit J** is a true copy of the Affidavit of Defendant David Gitman, dated June 19, 2017.

12. Attached as **Exhibit K** is a true copy of the Supplemental Affidavit of Defendant David Gitman, dated June 21, 2017.

13. Attached as **Exhibit L** is a true copy of the Affidavit of Jeffrey E. Rothman, Esq., filed June 21, 2017.

14. Attached as **Exhibit M** is a true copy of Defendants' Supplemental Discovery Responses dated June 18, 2020.

15. Attached as **Exhibit N** is a true copy of Plaintiffs' "Redemption Notice" dated May 1, 2020.

16. Attached as **Exhibit O** is a true copy of Defendant David Gitman's "Rejection of Notice of Redemption, Cooper Square Ventures, LLC" dated May 6, 2020.

17. Attached as **Exhibit N** is a true copy of the So-Ordered Stipulation, dated May 29, 2020.

17. Attached as **Exhibit Q** is a true and complete copy of the "Archived conversations" between Defendant David Gitman and Konstantyn Bagaiev on or about and between May 26, 2017 and December 14, 2017, which is also annexed to the accompanying affidavit of Konstantyn Bagaiev at Exhibit A. The within **Exhibit Q** is comprised of a total of 146 pages and has been modified by the undersigned specifically to include page numbers on each page for the Court's reference. In all other respects, the within exhibit remains in its original form.

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 13, 2020

GUAGLARDI & MELITI, LLP

_____
Barry S. Guaglardi (BG2401)

365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
(201) 947-4100

Attorneys for Plaintiffs