# David Gitman
2139 Bluff Oak Dr.
Cary, North Carolina 27519

May 6, 2020

**Via Federal Express**
Cooper Square Ventures, LLC
C/O Michael Dardashtian
125 Jericho Turnpike, Suite 300
Jericho, NY 11753

**Re: Rejection of Notice of Redemption, Cooper Square Ventures, LLC**

Dear Messrs. Dardashtian & Liebman:

    Please be advised that the Notice of Redemption that was forwarded to me is hereby rejected. Please be advised that I have never at any point consented, endorsed, supported or approved of the proposed redemption. Therefore, the proposed redemption is therefore invalid and the Company does not have the authority to redeem my membership units under the operating agreement. Thus, I unequivocally reject the Notice of Redemption.

Sincerely,

*/s/ David Gitman*
David Gitman