USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,    1:17 Civ.4327 ( LLS)

       Plaintiffs,

  -against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
       Defendants.
------------------------------------------------------------X

DAVID GITMAN, individually, and on behalf of
COOPER SQUARE VENTURES, LLC, and
NDAP, LLC,

       Counterclaim Plaintiffs,

  -against-

MICHAEL DARDASHTIAN,

       Counterclaim Defendant.
------------------------------------------------------------X

  **WHEREAS**, the Plaintiffs, Michael Dardashtian ("Michael Dardashtian"), Cooper Square Ventures, LLC a/k/a Cooper Square, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply ("ChannelReply") (CSV, NDAP and ChannelReply are collectively referred to herein as the "Plaintiff Companies"), and the Defendants, David Gitman ("David Gitman"), Accel Commerce, LLC ("Accel"), Dalva Ventures, LLC ("Dalva") and Channel Reply Inc. ("CR Inc") (Accel, Dalva

and CR Inc. are collectively referred to "Defendant Companies") by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 1, 2020, Plaintiff CSV issued and otherwise served a Notice of Redemption ("Redemption Notice") to David Gitman to his last known address seeking to redeem all of David Gitman's right, title and membership interests in CSV, ChannelReply, NDAP and CSV's wholly-owned company, Plumburs, LLC ("Plumburs"), pursuant to Article 11.5 of the CSV Operating Agreement.

2. On May 2, 2020, Plaintiff CSV served by forwarding the Redemption Notice to David Gitman's new and current address located at 2139 Bluff Oak Drive, Cary, North Carolina 27519.

3. The Redemption Notice was received by David Gitman at his current address on May 4, 2020.

4. Pursuant to Article 11.5(f) of the CSV Operating Agreement, the Redemption Closing Date "shall be on a date and at the time specified by Management in the Redemption Notice but not later than the 30th day following the date the Redemption Notice is given." ("Redemption Closing Date").

5. The Redemption Notice set forth a Redemption Closing Date of June 1, 2020, and scheduled the Redemption Closing to take place at the law office of Guaglardi & Meliti, LLP at 365 West Passaic Street, Suite 130, Rochelle Park, New Jersey 07662.

6. On May 6, 2020, David Gitman issued a "Rejection of Notice of Redemption" to the Plaintiff CSV, including the Plaintiff Companies.

7. On May 22, 2020, Plaintiff CSV, including Plaintiff Companies, responded to Mr. Gitman's Rejection of "Notice of Redemption," confirm the Redemption Closing Date would continue on June 1, 2020 as scheduled.

8. On May 28, 2020, a teleconference was held before the Honorable Robert W. Lehrburger, U.S.M.J., and counsel for the Parties to discuss the Redemption Notice and the pending Redemption Closing Date scheduled for June 1, 2020, at which time it was agreed by and among the Parties, through counsel, that the Redemption Closing Date would be postponed, by consent of counsels, without prejudice to Plaintiffs' rights, to a later date to be set by the Court to permit Plaintiff, CSV, including Plaintiff Companies, to seek permission to file a Motion by which the Plaintiff would seek the following relief: (a) Summary Judgment in favor of Plaintiffs and against Defendants; (b) the Court's Approval of the Redemption; (c) an Order of the Court compelling David Gitman to comply with the Redemption and with the Redemption Closing; and (d) permitting Plaintiffs to take such other actions pursuant to Article 11.5 of the CSV Operating Agreement to effectuate the Redemption and the Redemption Closing.

9. Pursuant to the Plaintiffs and Defendants' agreement, the Redemption Closing Date scheduled for June 1, 2020 is hereby postponed to a later date to be set by the Court, subject to the pending disposition of Plaintiffs' Motions contemplated above, and the Parties' rights shall not be prejudiced or waived in any way by the postponement of the Redemption Closing Date.

10. This Stipulation may be signed electronically by counsel for the Parties, and the pdf counterparts may be exchanged electronically with each pdf being considered an original.

11. The Parties hereby agree that this Stipulation may be filed by either counsel with the Court via ECF.

Dated: May 29, 2020

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| /s/ Barry S. Guaglardi | /s/Sang J. Sim |
| Barry S. Guaglardi, Esq. | Sang J. Sim, Esq. |

SO ORDERED:

5/29/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE