UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,          1:17 Civ.4327 ( LLS) (RWL)

                          Plaintiffs,

         -against-                              **AFFIDAVIT OF**
                                                         **CARLEEN J. GASKIN, CPA/CFF**
DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,
                          Defendants.

-----------------------------------------------------------------X

      I, CARLEEN J. GASKIN, hereby declare as follows:

1. I am a partner of Withum Smith and Brown, P.C. ("Withum") who has been engaged by Michael Dardashtian, individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply (collectively, the "Plaintiff Companies") to conduct a valuation of the Plaintiff Companies as well as Defendant David Gitman's right, title and interest in the Plaintiff Companies that are the subject of the above captioned-matter. I am aware that this Affidavit is being submitted in support of Plaintiffs' motion for summary judgment.

2. By way of written report dated May 30, 2020, I prepared a detailed analysis in conformity with the Statement of Standards for Valuation Services No. 1 ("SSVS") of the American Institute of Certified Public Accountants (the "Report"). A true and accurate copy of the Report is annexed hereto as **Exhibit A**.

3. I have been recognized as an expert in the Superior Court of the State of New Jersey and the Supreme Court of the State of New York concerning forensic accounting services, business valuations, forensic investigations, cash flow and spending analyses, and/or asset tracing analyses. A list of relevant cases are annexed to the Report at Appendix D.

4. I have over twenty (20) years' experience in public accounting. I am certified in Financial Forensics and I am a member in good standing of the American Institute of Certified Public Accountants, the New Jersey Society of Certified Public Accountants and the Institute of Business Appraisers.

5. I understand that my role in both preparing this Report and in giving evidence, is to assist this Court, if necessary, to understand the value of the Plaintiff Companies and/or Defendant Gitman's membership interest in the Plaintiff Companies, and to understand the evidence or to determine facts that may be in issue. The reported analyses, opinions and conclusions contained in the Report are limited by the reported assumptions and limiting conditions, and are based solely on Withum's unbiased professional analyses, opinions and conclusions.

6. I have endeavored in the Report to be accurate and complete, and have addressed matters that I regard as being material to the opinions expressed therein, including the assumptions made, the bases for Withum's opinion, and the methods that Withum has employed in reaching those opinions. The documents reviewed by Withum are identified in the Report at Appendix A. Withum's Assumptions and Limiting Conditions are annexed to the Report as Appendix B.

7. Neither I, nor any of my colleagues at Withum who assisted in the preparation of this Report, its analyses, opinions, and conclusions, have any present or prospective interest in the Plaintiff Companies, and have no personal interest or bias with respect to any of the parties

involved in the above-captioned matter. Withum's Certification is annexed to the Report at Appendix C.

8. I have used my best efforts in the drafting of the Report and the disclosures, and will use my best efforts with respect to any evidence that I am called to give, to express opinions within those areas in which I have been offered or qualified, and to confirm the qualifications to all opinion(s) contained in the Report.

I declare under penalty of perjury that the foregoing is true and accurate.

August 12, 2020

_____
Carleen J. Gaskin, CPA/CFF

Sworn to before me this 14th day,
August, 2020

_____
Notary Public

CHRISTINA M. GIORGIO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 7/6/2022