

**EXHIBIT** A

CONFIDENTIAL



ADVISORY  TAX  AUDIT

May 30, 2020

**VIA EMAIL AND REGULAR MAIL**
**bguaglardi@adgmlaw.com**
Michael Dardashtian
Barry Guaglardi, Esq.
Guaglardi & Meliti, LLP
365 W Passaic Street, Suite 130
Rochelle Park, New Jersey 07662

        Re:   <u>Dardashtian, et al. v. Gitman, et al.</u>
              <u>Case No. 17 CV 4327 (LLS)(RWL)</u>

Dear Mr. Guaglardi,

Pursuant to our engagement in this matter, we calculated the Fair Value of David Gitman's 50% interest in Cooper Square Ventures, LLC d/b/a ChannelReply ("CSV/ChannelReply" or the "Company") as of June 30, 2017, December 31, 2018, and May 1, 2020.

Based on the analyses, discussion, and assumptions contained in this report, it is our opinion that the Fair Value of David Gitman's 50% interest in Cooper Square Ventures, LLC d/b/a ChannelReply is:

**$67,271**

**plus 50% of all NDAP Promissory Note payments received post May 1, 2020**

as of June 30, 2017


**$280,271**

**plus 50% of all NDAP Promissory Note payments received post May 1, 2020**

as of December 31, 2018


**$549,271**

**plus 50% of all NDAP Promissory Note payments received post May 1, 2020**

as of May 1, 2020

WithumSmith+Brown, PC   250 Pehle Avenue, Suite 104, Saddle Brook, New Jersey 07663   T (201) 265 2800   F (201) 265 8101   withum.com

AN INDEPENDENT MEMBER OF HLB - THE GLOBAL ADVISORY AND ACCOUNTING NETWORK

**CONFIDENTIAL**



We performed this valuation engagement and present our detailed report in conformity with the "Statement of Standards for Valuation Services No. 1" (SSVS) of the American Institute of Certified Public Accountants. SSVS defines a valuation engagement as,

> ...an engagement to estimate value in which a valuation analyst determines an estimate of the value of a subject interest by performing appropriate procedures, as outlined in the AICPA Statement on Standards for Valuation Services, and is free to apply the valuation approaches and methods he or she deems appropriate in the circumstances. The valuation analyst expresses the results of the valuation engagement as a conclusion of value, which may be either a single amount or a range.[1]

The opinions expressed herein are subject to the statement of Assumptions and Limiting Conditions, which is an integral part of our analysis and conclusion.

This report, which we understand will be used in the pending litigation Dardashtian, et al. v. Gitman, et al., was prepared under the supervision and direction of Carleen J. Gaskin, CPA/CFF and Jessica Hollobaugh, CPA/ABV, CFE, with significant assistance from Brian McIntyre, CVA.

The partners and staff of WithumSmith+Brown, PC, have no present interest in the subject entity.   Our compensation is not contingent upon the findings of this report.

We reserve the right to amend or supplement this report should such action be deemed appropriate or necessary.

We shall be pleased to discuss the enclosed valuation with you at your convenience.

Sincerely,

Carleen J. Gaskin, CPA/CFF
Partner

Jessica Hollobaugh, CPA/ABV, CFE
Partner

---

[1] The American Society of Appraisers uses the term "estimate" as part of a limited appraisal.  The AICPA usage of the term is equivalent to the result of the highest scope of work specified by the ASA, which is for an Appraisal.

**CONFIDENTIAL**



## TABLE OF CONTENTS

| | Page |
|---|---|
| INTRODUCTION | 1-2 |
| | |
| HISTORY AND BACKGROUND | 3-4 |
| The Company- CSV/ChannelReply | 3 |
| Operating Agreement | 4 |
| CSV/ChannelReply Subsidiaries | 4 |
| | |
| ECONOMY AND INDUSTRY | 5-14 |
| Economy | 5-9 |
| Industry | 10-14 |
| Conclusion | 14 |
| | |
| FINANCIAL ANALYSIS | 15-16 |
| | |
| VALUATION | 17-36 |
| Asset Approach | 17 |
| Market Approach | 18 |
| Income Approach | 18-19 |
| Normalized Pre-Tax Earnings | 19-20 |
| Future Expected After Tax Income | 20-22 |
| Capitalization Rate | 22-25 |
| Discounts | 25-33 |
| Income Approach Conclusion- Operating Value | 33 |
| Additional Non-Operating Asset Value | 34-35 |
| Income Approach Conclusion- Operating and Non-Operating Value | 36 |
| | |
| CONCLUSION | 37 |
| APPENDIX A | Documents Reviewed by WithumSmith+Brown | 38-39 |
| APPENDIX B | Assumptions and Limiting Conditions | 40 |
| APPENDIX C | Certifications | 41 |
| APPENDIX D | Curriculum Vitae- Carleen Gaskin | 42-44 |
| APPENDIX E | Curriculum Vitae- Jessica Hollobuagh | 45-46 |
| APPENDIX F | Exhibit 1 – Exhibit 6.1 | |

**CONFIDENTIAL**



<u>**DARDASHTIAN, ET AL. V. GITMAN, ET AL.**</u>

Fair Value of a
50% Interest in
Cooper Square Ventures, LLC
d/b/a ChannelReply

as of
June 30, 2017
December 31, 2018
May 1, 2020

**CONFIDENTIAL**

**INTRODUCTION**

Pursuant to our engagement in this matter, we calculated the value of David Gitman's 50% interest in Cooper Square Ventures, LLC d/b/a ChannelReply ("CSV/ChannelReply" or the "Company") as of June 30, 2017, December 31, 2018, and May 1, 2020 (collectively, the "Valuation Dates"). We understand this report will be used in the pending litigation <u>Dardashtian, et al. v. Gitman, et al.</u>, Case No. <u>17 CV 4327 (LLS)(RWL)</u> ("Litigation") and is not authorized to be used for any other purpose.

This valuation was performed pursuant to the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services No. 1 (SSVS), which became effective as of January 1, 2008.

As requested by counsel, we valued the Company at multiple dates which were selected as they represent dates that coincide with events that occurred relevant to this Litigation. The valuation date of June 30, 2017 was at or around the date David Gitman ("Gitman") was removed by the Court from all management duties at CSV/ChannelReply. December 31, 2018 was at or around the time of settlement discussions in the matter. The valuation date of May 1, 2020 was selected as the current valuation date and represents the date CSV/ChannelReply provided Gitman with a notice of redemption ("Redemption Date") pursuant to Article 11.5 of CSV/ChannelReply's Operating Agreement dated August 13, 2011 ("Operating Agreement")[1] titled "Redemption of Interests". We utilized information through December 31, 2019, as it represents the year-end closest to the current dates for which complete books and records were available. We reviewed financial data through April 30, 2020 and, although there has been an increase of approximately $10,750 in average monthly revenues during the first four months of 2020 compared to the 2019 year, e-commerce has seen an uptick in online activity in 2020 as a result of COVID-19. Although some of the additional online activity is projected to extend beyond the pandemic as a result of store closures and the convenience of online shopping, the stay-at-home orders implemented in the first quarter of 2020 will ultimately be lifted and some 'brick and mortar' shopping will resume. Therefore, while the initial increase in revenues experienced by the Company in 2020 is projected to have an impact on operations moving forward, we do not believe growth at this rate will continue permanently. Accordingly, we believe the Company's financial results as of December 31, 2019, adjusted for growth, are a reliable basis to estimate future expected income of CSV/ChannelReply as of the May 1, 2020 valuation date.

Based on the analyses performed and our professional judgment, it is our opinion that the going concern value of the Company, based upon future performance, exceeds the value that would be realized in an orderly dissolution or liquidation. Therefore, we did not rely upon the liquidation value and we employed the going concern premise of valuation. Our analyses and assumptions, including a detailed discussion of the prevailing economic and industry climate as of June 20, 2017, December 31, 2018, and May 1, 2020 are presented in the balance of this report.

A list of the documents we considered is attached as **Appendix A.**

---

[1] The Operating Agreement utilizes the name Cooper Square, LLC. We have been advised this is the same entity as CSV.

**CONFIDENTIAL**

The standard of value used for our analysis is Fair Value.  Fair value is a legally created standard of value that lacks a clear and concise definition and is generally used in dissenting and oppressed shareholder disputes.  In fixing the Fair Value of shares, the court shall consider the nature of the transaction giving rise to the shareholder's right to receive payment for shares and its effects on the corporation and its shareholders, the concepts and methods then customary in the relevant securities and financial markets for determining fair value of shares of a corporation engaging in a similar transaction under comparable circumstances and all other relevant factors.[2]  In addition, at the direction of Counsel and, in accordance with New York case law, we are applying a marketability discount to the value of Gitman's interest in CSV/ChannelReply.

Although the standard of value contained in Revenue Ruling 59-60 is fair market value, we followed its guidelines in performing our valuation.   Revenue Ruling 59-60 states all relevant factors must be considered, including the following:

    I.    The nature of the business and the history of the enterprise
    II.    The economic outlook in general and the condition and outlook of the specific industry
    III.    The book value of the stock and the financial condition of the business
    IV.    The earning capacity of the company
    V.    The dividend paying capacity of the company
    VI.    Whether the enterprise has goodwill or other intangible value
    VII.    Sales of the stock and the size of the block to be valued
    VIII.    The market prices of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market either on an exchange or over the counter

---

[2] New York § 623(h)(4)

2

CONFIDENTIAL

## HISTORY AND BACKGROUND

### The Company- CSV/ChannelReply

CSV was formed in the state of New York on August 13, 2011[3], is formed as a Subchapter S Corporation (1120S) and files its income tax returns on an accrual basis.  The Company is a software technology company specializing in e-commerce, software as a service ("SaaS"), software creation and innovation and technology consulting services.[4]  ChannelReply is an online SaaS product owned by CSV which facilitates the messaging of e-commerce marketplace owners' communications to customers and potential customers worldwide.[5]  Companies pay a monthly subscription fee to CSV/ChannelReply to connect their Marketplace store message with customers, allowing for free-flowing communications between the company and customer.[6]  CSV/ChannelReply has a physical office address located in Great Neck, New York, but, due to the technology driven nature of the Company, CSV/ChannelReply's business is largely conducted remotely.

CSV/ChannelReply's ownership as of each of the Valuation Dates is presented below.

**Table 1**

| Partner Name | Ownership Percentage |
|---|---|
| Michael Dardashtian ("Dardashtian") | 50% |
| David Gitman ("Gitman") | 50% |
| Total | 100% |

As 50% owners of CSV/Channel Reply, Dardashtian and Gitman served as co-managers responsible for its daily operations.[7]  Management responsibilities include overseeing the subcontract development team, architecture, design, and layout of CSV/ChannelReply, administrative and billing functions, strategic decisions, marketing initiatives, managing blogs and newsletters, customer management.  Gitman was removed from his management duties on June 19, 2017 and the Court appointed Joel Liebman, CPA as a temporary co-manager with Dardashtian in place of Gitman.  Since Gitman's removal, Dardashtian indicates that he and Liebman have jointly handled and managed all responsibilities in a focused and efficient manner.  CSV/ChannelReply utilizes three to five workers for software development, design, and customer support.  The Company does not maintain contracts with its clients and there is a dependence upon third parties (marketplaces and helpdesks) to provide service to customers.

---

[3] Operating Agreement.  ChannelReply was formed in or around 2014.
[4] Plaintiff's First Amended Complaint dated May 1, 2020, page 2
[5] Plaintiff's First Amended Complaint dated May 1, 2020, page 2
[6] Plaintiff's First Amended Complaint dated May 1, 2020, page 2
[7] Plaintiff's First Amended Complaint dated May 1, 2020, page 10

CONFIDENTIAL

## Operating Agreement

Article 11.5 of CSV/ChannelReply's Operating Agreement, titled "Redemption of Interests", outlines the terms by which the interests of any Member in the Company shall be redeemed.   Upon CSV/ChannelReply serving the member being redeemed ("Redeemed Member") with a written notice of intention to redeem ("Redemption Notice")[8] a closing date is set within 30 days of receipt of such notice.[9] At the closing, a promissory note ("Redemption Note") equal to the purchase price is tendered to the Redeemed Member.[10]   In accordance with Section 11.5(d) of the Operating Agreement, the purchase price of the Redeemed Member's interest   ("Purchase Price") equals the amount that the Redeemed Member would have received had CSV/ChannelReply terminated on the date the Redemption Notice was given, sold all of its assets at their fair market values[11], satisfied all of its debts and obligations, and made distributions to Members.[12]

## CSV/ChannelReply Subsidiaries

NDAP, LLC d/b/a Car Part Kings ("NDAP") is a wholly-owned subsidiary of CSV/ChannelReply.  NDAP was in the business of selling car parts, a different industry than CSV/ChannelReply, and ran its operations separate and apart from CSV/ChannelReply.  The assets of NDAP were sold for $450,000 pursuant to an Asset Purchase Agreement dated July 21, 2017 ("Asset Purchase Agreement") which required $125,000 of cash payments with the balance of $325,000 due in monthly installments of $5,000 under a promissory note ("Promissory Note").[13] As discussed later in this report, NDAP is no longer operational, but holds assets, including a cash escrow account and the balance of the Promissory Note.

CSV/ChannelReply also maintains a 50% ownership interest in Plumburs LLC ("Plumburs") with the remaining 50% owned by an unrelated entity.[14]   This company was created to sell plumbing supplies/parts online, but we were advised that operations only lasted a short period of time and there has not been any sales activity in approximately 3 years.  Dardashtian represents that the only remaining asset of Plumburs is a Citibank bank account.

---

[8] CSV Operating Agreement dated August 13, 2011, section 11.5(c)
[9] CSV Operating Agreement dated August 13, 2011, section 11.5(f)
[10] CSV Operating Agreement dated August 13, 2011, section 11.5(e)
[11] Our report has calculated the value as Fair Value, net of a discount for marketability, in accordance with guidelines surrounding New York shareholder disputes.  The Operating Agreement refers to Fair Market Value which, given the equal 50% ownership structure, would include a discount for marketability only.  In this situation, the resulting values would be the same.
[12] The purchase price is then reduced for any distributions made to the Redeemed Member between the date of Redemption Notice through the closing date.
[13] Asset Purchase Agreement dated July 21, 2017, section 1.03; discussed in greater detail later in this report
[14] Plumburs, LLC 2014 (initial) to 2016 income tax returns; no 2017 to current returns filed as it is represented Plumburs, LLC is inactive.

CONFIDENTIAL

## ECONOMY AND INDUSTRY

In order to properly ascertain a reasonable expectation of a company's future prospects, it is important to consider the economic and specific industry climate that prevailed as of each of the Valuation Dates.

### Economy[15]

Revenue Ruling 59-60 requires consideration of "the economic outlook in general and the condition and outlook of the specific industry in particular." Understanding of the economic outlook is fundamental to developing reasonable expectations about a subject company's prospects. In any business valuation, the general economic outlook as of the appraisal date should be considered as the national economic outlook is often the basis of how investors perceive alternative investment opportunities at any given time. The following is a summary of the general economic climate that existed at each of the Valuation Dates.

### 2017, Quarter 2

The U.S. economy grew at an annual rate of 2.6% in the second quarter of 2017 as indicated by GDP, up from 1.2% during the first quarter of 2017. This growth is due to an increase in consumer spending, which comprises about 70% of the economy. The quarter ended with the economy in the third longest economic expansion in U.S. history, averaging a 2.2% pace from 2014 to 2016, up from 2.1%. Total government spending grew 0.7% in the second quarter, following a decline last quarter. Private fixed investment, which includes residential and business spending, increased 2.2%, marking the fifth consecutive quarter of increases. The trade deficit lessened in the second quarter, as the deficit decreased from $46.4 billion in May to $43.6 billion in June. The goods deficit decreased $2.1 billion in June, to $65.2 billion, while the services surplus increased $0.6 billion, to $21.6 billion.

The Leading Economic Index increased 0.6% in June, the sixth consecutive month of gains, bringing the index to a record high of 127.8. The economy is forecast to experience growth, with GDP possibly seeing moderate growth in the second half of the year. Job growth averaged over 193,000 jobs per month over the past three months, well above the 80,000-jobs-a-month pace the White House Council of Economic Advisers believes is needed to maintain a low and stable unemployment rate.

In the second quarter, the Federal Open Market Committee voted to raise the target range for the federal funds rate to between 1.00% and 1.25%, citing realized and expected labor market conditions and inflation as the reasons for the increase, both signals that the economy is poised for more robust growth. This was the fourth increase in the federal funds rate since the 2008 financial crisis. The yield on the 10-year U.S. Treasury bond remained steady but

---

[15] All of the contents of the economic outlook section of this valuation report are quoted from the Economic Outlook Update™ 2Q 2017; 4Q 2018; and 1Q 2020 all published by Business Valuation Resources, LLC and reprinted with permission. The editors and Business Valuation Resources, while considering the contents to be accurate as of the dates of publication of the EOU, take no responsibility for the information contained therein. Relation of this information to this valuation engagement is the sole responsibility of the author of this valuation report.

CONFIDENTIAL

dipped toward the end of the quarter. At the start of the quarter, the 10-year Treasury yield hit 2.35% but, following the rate hike by the Fed, the 10-year Treasury yield closed the quarter at 2.31%. Following the Fed's decision to raise interest rates, it signaled that there may be only one additional hike in 2017.

The Consumer Confidence Index increased 1.3 points in June to 118.9, up from 117.6 in May. The improved reading suggests consumers anticipate the economy will continue to expand in the months ahead, but they do not see the pace of growth accelerating. The Consumer Sentiment Index decreased 2.0 points in June, to 95.1 points, a seven-month low for the survey and possible sign that consumers' attitudes may have begun to sour as the bipartisan divide has kept any legislation from passing Congress.

U.S. stock indexes reported mostly positive results in June, as four of the five major indexes reported gains. Volatility, as measured by the Chicago Board Options Exchange Volatility Index, was near historical lows for the month.

Housing starts increased by 8.3% in June and are up 2.1% from one year ago. Existing-home sales fell in June, after a rebound in May. June's sales pace declined 1.8% but is 0.7% higher than one year ago. June's report saw sales of existing homes post a seasonally adjusted annual rate of 5.52 million homes, down from 5.62 million in May. In June, existing home sales declined 1.8%, as homebuyers dealt with a lack of listings and rising prices, despite strong demand by buyers.

The National Association of Realtors' most recent Commercial Real Estate Market Survey, analyzing the first quarter of 2017, found that commercial real estate investments declined for the first time in five years during the first quarter. The report found that 62% of Realtors closed a commercial sale and sales volumes declined 4.4% from the same period one year ago. Prices for commercial real estate increased 7.2% compared with the same period in 2016.

## 2018, Quarter 4

The U.S. economy remained steady at an annual growth rate of 2.6% in the fourth quarter of 2018 as indicated by GDP, ahead of forecasts for growth of 2.2%, according to a poll by the Dow Jones. From the fourth quarter of 2017 to the fourth quarter of 2018, GDP grew at an annual rate of 3.1%, marking the first annual growth rate for GDP exceeding 3.0% since 2005.

Total government spending grew 0.4%, in the fourth quarter, slower than the 2.6% rate in the third quarter. Private fixed investment, which includes residential and business spending, was up 3.9%, marking the streak of gains at 12 consecutive months. The trade deficit was $59.8 billion in the fourth quarter 2018, an increase from the $55.4 billion reported in the third quarter of 2018. A December increase in the goods and services deficit reflected an increase in

6

**CONFIDENTIAL**

the goods deficit of $9.0 billion, to $81.5 billion, and a decrease in the services surplus of $0.5 billion, to $21.8 billion.

The Leading Economic Index decreased 0.1% in December, coming in at 111.7 points. The trend in recent months suggests U.S. economic growth may slow down in 2019. Employment in December increased by 312,000 jobs, well ahead of forecasts for gains of 176,000 jobs in a survey by CNBC. In a separate report, the Labor Department said initial claims for state unemployment benefits remained near record lows, at 231,000 claims for the week ending December 29. In addition, the streak of 197 consecutive weeks below the 300,000 threshold is associated with a strong labor market. In December, unemployment was at 3.9%, which was 0.2 percentage point higher than it was in November. The report noted that a larger pool of job applicants contributed to the rise.

In the fourth quarter, the FOMC raised the target range for the federal funds rate to between 2.25% and 2.50%. In determining to raise the federal funds rate, the committee cited that the economic outlook had strengthened and that market measures for inflation had increased. Throughout the fourth quarter, the yield on the 10-year U.S. Treasury bond declined from 3.09% at the beginning of the quarter to 2.69% at the end.

The Consumer Confidence Index decreased 8.3 points in December, which follows a modest decline in November. Despite the decline, consumers remain quite positive, primarily due to strong employment growth. The Consumer Sentiment Index unexpectedly increased in December, moving up 0.8 point, to 98.3 points, after two months of declines.

All five of the major U.S. stock market indices plummeted in December, enduring their worst month since 2008, which led all of the indexes to negative returns in 2018. Following the declines in December, the major indexes moved near bear market territory, a level reached when an index falls more than 20% from recent highs. Volatility remained in December after initially resurfacing in October.

Housing starts decreased in December, plummeting 11.2% when compared to last month, and are 10.9% below the figures from one year ago. Existing-home sales decreased 6.4% in December, resulting in a seasonally adjusted annual rate of 4.99 million sales. The fall in December came after two months of increases and marked the lowest level since 2015. Distressed home sales remained unchanged, at 2.0% of sales, in December and are down from 5% from one year ago.

The National Association of Realtors' most recent "Commercial Real Estate Outlook," analyzing the third quarter of 2018, found that sales volume rose 1.6% on a year-over-year basis and prices increased 1.4% over the same period. Leasing activity picked up, as vacancies experienced upward pressures, while low inventory remained the principal concern among realtors, as the wide pricing gap between buyers and sellers affected over 20% of respondents.

**CONFIDENTIAL**

### 2020, Quarter 1[16]

The U.S. economy contracted at an annual rate of 4.8% in the first quarter of 2020 as indicated by GDP, with economist's comparing the economic damage caused by the spread of the coronavirus to that of the Great Depression. In 2019, GDP grew at an annual rate of 2.3%. Total government spending grew 0.7% in the first quarter, slower than the rate in the prior quarter, when it grew 2.5%. Private fixed investment, which includes residential and business spending, decreased 2.6%, faster than the decline of 0.6% in the fourth quarter of 2019. The trade deficit increased in March, coming in at $44.4 billion, up from the $39.8 billion reported in February but less than the $48.6 billion reported in the fourth quarter of 2019. The March increase in the goods and services deficit reflected an increase in the goods deficit of $4.6 billion, to $65.6 billion, and a decrease in the services surplus of $0.1 billion, to $21.2 billion. Over the past 12 months, the goods and services deficit decreased $28.1 billion, or 17.8%, and exports decreased $21.7 billion, or 3.5%. Imports decreased $49.7 billion, or 6.4%.

The Leading Economic Index decreased 6.7% in March, to 104.2 points, the largest monthly decline in the 60-year history of the index. As a result, the index for the six-month period ending in March decreased 6.6%, which is equivalent to a 12.8% annual rate. In addition, the weaknesses among the leading indicators have become very widespread. The declines in stock prices, consumers' outlook on economic conditions, manufacturing new orders, average workweek in manufacturing, and rising unemployment claims will begin to negatively impact the economy. Employment in March reported losses of 701,000 jobs from the economy, with figures depicting only the beginning of the labor crisis caused by the coronavirus. The March report was the first monthly decline since September 2010. Initial claims for state unemployment benefits were at 6,648,000 for the week ending March 28, setting a new record high for unemployment claims. The unemployment rate increased 0.9 percentage point in March, to 4.4%, which is its highest rate since August 2017, caused by employers beginning to cut payroll due to the coronavirus pandemic. For perspective on the economic damages the virus caused, the unemployment rate in the month prior was the lowest rate in 50 years.

In the first quarter, the FOMC met three times as the spread of the coronavirus allotted for two unscheduled meetings as the spread of the coronavirus across the U.S. worsened, causing extensive economic damages to small businesses, the labor force, and global energy markets. The FOMC lowered the target range of the federal funds rate to between 0.0% and 0.25%. The committee expects to maintain this target range until it is confident that the economy is on track to achieve its maximum employment and price stability goals. During the first quarter, the yield on the 10-year U.S. Treasury bond fell sharply. At the start of the quarter, the 10-year Treasury yield was 1.88%; by the end of the quarter, the rate was 0.70%.

---

[16] Most recent quarter available.

CONFIDENTIAL

The Consumer Confidence Index fell sharply in March, as the economic impact of the coronavirus deteriorated the short-term outlook of the U.S. economy. The March score fell 12.6 points, to 120.0, but managed to report higher than forecasts of 110.0 points, according to a poll by the Dow Jones. The report did, however, note that the decline in March is more in line with a severe contraction rather than a temporary shock and further declines are likely to follow. The Consumer Sentiment Index decreased 11.9 points in March, to 89.1 points.

Stocks endured their worst month in over a decade, which put an end to the bull market. Due to the spread of the coronavirus and uncertainty over the economic damages, volatility skyrocketed in March as the Chicago Board Options Exchange Volatility Index ranged between 24.9 and 85.5 and produced a monthly average of 57.9 that is higher than the 15.4 annual average in 2019.

Housing starts decreased 22.3% in March but are 1.4% above the figures from one year ago. The decline in March came as the spread of the coronavirus and subsequent shutdown of nonessential businesses put housing construction projects on hold. Existing-home sales decreased 8.5% in March as the coronavirus kept potential buyers away. Distressed home sales were 3.0% of sales in March, up 1.0 percentage point from February and unchanged from one year ago.

The National Association of Realtors' most recent "Commercial Real Estate Trends and Outlook," which analyzed the small commercial real estate market in the first quarter of 2020, found that sales volume fell at a modest pace of 1.0% in the first quarter when compared to one year ago. Realtors and commercial affiliate members reported a modest dip of 1.5% in leasing volume.

<u>Conclusion</u>

GDP indicated the US economy maintained a steady annual growth rate from June 2017 through December 2018. Private and commercial spending continued to increase as employment and job growth continued to increase ahead of forecasted numbers. The interest rate was raised by the Federal Open Market Committee, a sign that the economy would continue to be poised for more robust growth moving forward.

The first three months of 2020 experienced the rapid spread of the coronavirus. In March 2020, this virus was declared a pandemic by the World Health Organization. Jobs declined, down 701,000 in just the month of March – the first decline in almost ten years. Unemployment totals reached a new high and the government reduced the interest rate to between 0 and 0.25 percent in light of the virus's strain on businesses and the workforce. Stocks fell sharply as volatility increased drastically. The first quarter of 2020 saw the economy contract sharply, with economists forecasting that damage to the economy will be as severe, if not more than, that of the Great Depression.

9

**CONFIDENTIAL**

### Industry

CSV/ChannelReply designed, developed and currently provides customers with a help desk connection software that serves as the API messaging order and feedback bridge between online marketplaces including eBay, Amazon, Walmart and help desks such as Zendesk, Freshdesk, Helpscout, Gorgias and Reamaze. The software allows for the simultaneous addressing of messages and creation of work tickets for each message from multiple platforms in one help desk location.[17] CSV/ChannelReply has a unique specialization that facilitates a bridge for e-commerce marketplace sellers; however, there is a risk that these sellers could build these services on their own. Further, while CSV/ChannelReply's code is proprietary, the service offered can be provided by another competitor who can write similar code and increase competition quickly.

The U.S. Department of Labor classifies computer programs and systems design under the Standard Industrial Code (SIC) 7371[18] and its corresponding North American Industry Classification System (NAICS) 541511.[19] This classification includes IT consulting establishments engaged in writing, modifying, testing and supporting software to meet specific needs of a customer. All companies rely on external IT support to operate more efficiently. The IT consulting industry encompasses a wide breadth of offerings in addition to writing and developing software, making the industry one of the largest and most resilient in the United States economy. One of the most significant services provided by IT consultants is custom application design, development and integration of databases and software, known as software as a service, SaaS. Over the past five years, SaaS has become the most demanded service by clients. SaaS products are sold on a subscription basis and benefit businesses by reducing initial setup, hardware and technical support costs.[20]

The following is a summary of both the IT consulting industry and the e-commerce marketplace industry, which also heavily impacts CSV/ChannelReply's performance, as of the three valuation dates.

### June 30, 2017

IBISWorld reported approximately 443,000 businesses within the IT consulting industry, with revenue expected to increase at an annualized rate of 2.1 percent from 2012 to year end 2017, reaching $408.2 billion. Strong corporate profits and increases in computer and software investments aided with the industry revenue growth.[21]

---

[17] "Why Did You Create ChannelReply?" 17 Aug 2015. ChannelReply.com. Accessed 20 May 2020.
<https://www.channelreply.com/blog/view/why-we-built-channelreply>
[18] Description for 7371: Computer Programming Services. Occupational Safety & Health Administration. *U.S. Department of Labor.* Accessed 20 May 2020. <https://www.osha.gov/pls/imis/sic_manual.display?id=148&tab=description>
[19] Description for 541511: Custom Computer Programming Services. 17 Aug 2016. U.S. Census Bureau. Accessed 20 May 2020.
<https://www.census.gov/cgi-bin/sssd/naics/naicsrch?input=541511&search=2017+NAICS+Search&search=2017>
[20] Moses, Jeremy. "IT Consulting in the US." Apr 2020. IBISWorld. Accessed 20 May 2020. <www.ibisworld.com>
[21] Miller, Dylan. "IT Consulting in the US." Aug 2017. IBISWorld. Accessed 22 May 2020. <www.ibisworld.com>

**CONFIDENTIAL**

The five-year period leading up to 2017 saw technology trends shifting toward cloud computing and data analytics, leading larger companies to acquire smaller ones and develop new products in order to remain relevant. The number of establishments rose over the past five years, creating intensifying internal competition and incentivizing greater expenditures on research and new product development as companies tried to stay up-to-date with shifts in the market. Increases in revenue and low barriers to entry within the industry were expected to lead to a rise in competition as new companies entered the market offering newer technologies to customers. The economy was expected to remain strong, leading to increases in corporate profits and support for additional investments in technology and software.[22]

Competition within the IT consulting industry was mostly based on one's technical expertise, the quality of the service being offered, the amount of value being added and the overall price for the service and product. The ability for consultants to foster long-term relationships with clients allows for maintaining a strong client base while also boosting a company's reputation, especially as competition for IT projects was expected to increase moving forward. Although larger consulting firms have brand recognition, smaller firms have the advantage of providing more tailored services including disaster recovery, database integration and maintaining online retail development. Additionally, intellectual property regulations are crucial to the profitability of operators in the IT consulting industry. Companies rely on patent, copyright and trademark laws in the United States. These laws permit the companies to establish and maintain intellectual property rights to the products and they create. The breadth of information and the freedom with which it moves can make any regulatory directive highly challenging to enforce.[23]

The IT consulting industry was in the growth stage of its economic life cycle during mid-2. Its industry value added (IVA), or the measurement of an industry's contribution to the overall economy, was forecast to grow at an annualized rate of 4.3 percent over the 10 years to 2022, exceeding growth of the overall economy, which was projected to rise an annualized 2.1 percent during the same 10-year period. This growth would be attributable to strong and stable revenue and wage increases as a proportion of revenue.[24] The industry was forecast to experience consistent growth over the next five years, with revenue expected to increase annually at a compounded rate of 2.9 percent through 2022 to reach a total of $471.3 billion. As consumers turned to using smartphones and tablets to access the internet, changing technological trends would experience increased demand for industry services primarily driven by mainstream adoption of third-platform services, which encompasses cloud-based computing, big data analytics and mobile-based solutions.[25]

As of June 2017, 96 percent of consumers made an online purchase in their lifetime, with 80 percent making a purchase in June 2017 alone. E-commerce was continuing to grow, registering at 23 percent year over year, while one in four online shoppers anticipated they would use a marketplace to research and complete a purchase in the

---

[22] Ibid.
[23] Ibid.
[24] Miller, Dylan. "IT Consulting in the US." Aug 2017. IBISWorld. Accessed 22 May 2020. <www.ibisworld.com>
[25] Ibid.

CONFIDENTIAL

upcoming year.[26] Companies like Amazon saw much success, with its marketplace attracting between 250 and 330 million users every day. 63 percent of sellers on Amazon were only selling their products through online marketplace platforms as opposed to brick-and-mortar shops. The e-commerce market was anticipated to reach $6.7 trillion in sales worldwide by 2020.[27]

**December 31, 2018**

IBISWorld reported over 450,000 businesses within the IT consulting industry, with revenue increasing at an annualized rate of 2.7 percent from 2013 to 2018, reaching $426.0 billion by year end 2018. Strong corporate profits and increases in computer and software investments continued to help with the growth in industry revenue.[28] Similar to June 2017, competition arose from the same factors and was expected to intensify with new players entering the market and offering newer technologies to the consumer.

The IT consulting industry remained in the growth stage of its economic life at year end 2018. Its IVA was forecast to grow at an annualized rate of 3.4 percent over the 10 years to 2023, higher than the growth of the overall economy, which was still forecast to increase an annualized 2.1 percent during the same 10-year period. As predicted in June 2017, growth would come from strong and stable revenue and wage increases as a proportion of revenue.[29]

The industry was also expected to maintain growth over the next five years, with revenue forecast to increase annually at a compounded rate of 2.4 percent through 2023 to reach a total of $479.7 billion.[30] Demand for services was anticipated to come primarily from mainstream adoption of third-platform services, encompassing cloud-based computing, big-data analytics and mobile-based solutions. Growing businesses will also look to IT consultants to assist with improving their operational efficiencies.

Digital marketplaces continued to thrive, mostly due to advances made in artificial intelligence, machine learning, personalization in real time and the speed of cloud platforms. These platforms continued to transform and create unique, trusted and personal experiences for consumers. Digital marketplaces were one form of new digital business models that larger organizations adopted, piloted and began to standardize on, while forward-thinking smaller organizations also planned to consult digital marketplaces to help augment their business models.[31]

---

[26] Hufford, Jillian. "e-commerce Statistics: 100 Stats and Trends about Online Shopping." 15 Jun 2017. nchannel. Accessed 23 May 2020. <https://www.nchannel.com/blog/e-commerce-stats-trends-online-shopping/>
[27] "How Innovation Will Change the Future of the Marketplace." 2017. Clarity. Accessed 23 May 2020. <https://www.clarity-ventures.com/blog/how-innovation-will-change-the-future-of-the-marketplace>
[28] Lifschutz, Marisa. "IT Consulting in the US." Dec 2018. IBISWorld. Accessed 22 May 2020. <www.ibisworld.com>
[29] Ibid.
[30] Ibid.
[31] Columbus, Louis. "Predicting The Future of Digital Marketplaces." 21 Oct 2018. Forbes. Accessed 23 May 2020. <https://www.forbes.com/sites/louiscolumbus/2018/10/21/predicting-the-future-of-digital-marketplaces/#25e43d351d0e>

CONFIDENTIAL

**May 1, 2020**

IBISWorld reported more than 471,000 businesses within the IT consulting industry at the start of 2020. Industry revenue was expected to increase at an annualized rate of 3.1 percent from 2015 to 2020, reaching $462.4 billion at year end 2020, due to anticipated favorable economic trends throughout that five-year period. However, on March 11, 2020, the World Health Organization officially recognized COVID-19 as a pandemic. The impact of the virus adjusted the forecast of revenue growth for the IT consulting industry to account for a decline of 4.3 percent in 2020 from an anticipated reduction of private investment in both computers and software during a large economic contraction.[32] In the best case scenario during the pandemic, spending on software will slow and remain in the 2 to 4 percent range. In the worst-case scenario of a recession, spending on software will show no growth and remain flat.[33] Many companies have modified operations to allow for remote working, which will likely need consulting services and could aid in offsetting some of the decline in demand for the overall industry.[34]

On par with prior years, the five-year period leading to 2020 saw technology trends continue to experience more cloud computing and data analytics and the purchase of smaller companies by larger ones. Businesses will likely be encouraged to continue replacing older products. A main driver of the industry's future performance will be the growth of the world's data, which is expected to double every two years and will need to be organized and managed accordingly. Consumers continue using smartphones and tablets to access the internet; by 2025, mobile internet connections are expected to reach 346.5 million users. Remote working will likely continue after the pandemic, resulting in IT consulting services necessary to maintain telecommuting.[35]

The IT consulting industry is currently in the growth stage of its economic life cycle within the United States. Its IVA is forecast to grow at an annualized rate of 2.4 percent over the 10 years to 2025, higher than the growth of the overall economy, which is projected to only rise an annualized 1.8 percent during the same 10-year period. The IT consulting industry is resilient and projected to rebound moving forward, with revenues expected to increase annually at a compounded rate of 2.7 percent from 2020 to 2025, reaching a total of $527.3 billion by 2025. This will be supported by the expectation of corporate profits bouncing back and leading to increasing investments in computers, upgraded software, security maintenance and overall improvement in efficiency. Additionally, 25.6 percent of all companies' business operations are expected to be conducted online by 2025, indicating that demand for IT consulting will remain high moving forward.[36]

[32] Moses, Jeremy. "IT Consulting in the US." Apr 2020. IBISWorld. Accessed 20 May 2020. <www.ibisworld.com>
[33] Bartels, Andrew. "The Odds of a Tech Market Decline in 2020 Have Just Gone Up to 50%." 16 Mar 2020. Forrester. Accessed 20 May 2020. <https://go.forrester.com/blogs/the-odds-of-a-tech-market-decline-in-2020-have-just-gone-up-to-50/>
[34] Moses, Jeremy. "IT Consulting in the US." Apr 2020. IBISWorld. Accessed 20 May 2020. <www.ibisworld.com>
[35] Ibid.
[36] Ibid.

CONFIDENTIAL

The e-commerce industry has revolutionized retail, making more than $2 trillion US dollars in sales globally, and is expected to increase to $4.5 trillion in 2021. As e-commerce stores become more popular, more people are turning to online shopping. The pandemic will have one of the biggest impacts on e-commerce trends. As stores were closed and lockdowns put in place in the first quarter, more people used online shopping for purchases. Experts forecast that this trend will last even after the pandemic, as consumers become more comfortable with the process and realize the benefits it offers, including convenience and contactless payment. Market analysts think that the e-commerce industry will be the biggest beneficiary of the coronavirus pandemic as penetration rates, which are currently at 15 percent, are expected to increase to 25 percent by 2025, marking a 67 percent increase in five years.[37]

## Conclusion

The IT consulting industry has continued to see new establishments enter the marketplace during the periods of June 2017, December 2018 and May 2020. Although impacted by the pandemic during the first quarter of 2020, the IT consulting industry is resilient and expected to rebound with continued growth as the demand for new equipment and advances in technology are always prevalent. The e-commerce industry has also experienced ongoing growth as more people become accustomed to the convenience of using Amazon and similar online marketplaces. E-commerce is forecast to have a positive future as a result of the pandemic, as store closures forced people to online shop for groceries and other necessities. Analysts believe this trend will continue well after the pandemic is over, with the e-commerce market penetration expected to increase by 67 percent within five years. Therefore, while the initial increase in revenues experienced by the Company in 2020 is projected to have an impact on operations moving forward, we do not believe growth will continue permanently at the same rate.

---

[37] Mohsin, Maryam. "10 E-commerce Trends That You Need to Know in 2020." 12 Mar 2020. Oberlo. Accessed 23 Mar 2020. <https://www.oberlo.com/blog/e-commerce-trends>

CONFIDENTIAL

## FINANCIAL ANALYSIS

Comparative and common size financial statements for the four years ended December 31, 2019 and the trailing twelve months ended June 30, 2016 and 2017 are presented as **Exhibits 1 and 1.1** (balance sheets) and **Exhibits 2 and 2.1** (income statements).

### Balance Sheets

See **Exhibit 1** for the 2016 through 2019 historical balance sheets of CSV/ChannelReply.

The Company's largest asset is cash.  The Company's assets in 2016 were $19,025 and increased to $695,790 in 2019, $693,860 of which was cash.  The Company does not utilize debt to fund operations.

While it appears the Company maintains a large cash balance as of December 31, 2019, this is largely because CSV/ChannelReply has not paid any compensation to its owners as a result of the current litigation.  If a reasonable compensation was paid for the owners' management functions performed for the Company, the remaining cash estimated approximates a balance to support the Company's ongoing operations.

### Income Statements

See **Exhibit 2** for the 2016 to 2019 historical income statements of the Company.  See **Exhibit 2.1** for the common size income statements of the Company.

As NDAP is a wholly owned subsidiary of CSV/ChannelReply, the results of NDAP's operations were consolidated with CSV/ChannelReply's operations when reported on the December 31, 2016, 2017, and 2018 income tax filings as presented at **Exhibit 2**.  NDAP maintained separate books and records, therefore, the CSV/ChannelReply internal financials for the year end December 31, 2019 and the trailing twelve-months of June 30, 2016 and 2017 do not contain any operations relative to NDAP.

After adjusting for NDAP revenues, CSV/ChannelReply revenues increased from $184,544 in 2016 to $792,465 in 2019 as follows:

**Table 2**

|  | 1/1/2016–12/31/2016 | 1/1/2017–12/31/2017 | 1/1/2018–12/31/2018 | 1/1/2019–12/31/2019 |
|---|---|---|---|---|
| CSV/ChannelReply Tax Return Revenues^ | $      418,899 | $      377,136 | $      590,089 | $      792,465 |
| Less: NDAP Revenues | (234,355) | (1,000) | - | - |
| CSV/ChannelReply Actual Revenues | $      184,544 | $      376,136 | $      590,089 | $      792,465 |
| ^ 2019 tax return has not been filed; amount from internal financial records. | | | | |

15

**CONFIDENTIAL**

In addition, revenues are expected to continue to grow through 2020 as e-commerce continues to expand globally. CSV/ChannelReply experienced an increase in the first four months of 2020, increasing revenues approximately $10,750 per month over the 2019 average monthly revenues.

## Conclusion

The Company experienced significant organic growth between 2016 and 2019, and with the impact of COVID-19, has seen additional increases in revenue in the first four months of 2020.   Industry analysts expect 2020 and beyond revenues to continue to grow as more consumers move towards e-commerce and away from brick and mortar stores.   Accordingly, although the Company experienced a spike in revenues related to COVID-19 in the first four months of 2020,  we do not anticipate this level of growth to continue indefinitely.

CONFIDENTIAL

## VALUATION

The proper principles of business valuation can be summarized as follows:

- The value of a business is equal to the present value of the expected future benefits of ownership.  In other words, a buyer will attempt to buy at a price less than or equal to the benefits of ownership.  Conversely, a seller will attempt to sell at a price greater than or equal to the future benefits of ownership.

- Value is not always a single number.  Business valuation is as much an art as a science.  The process includes judgments and estimates.  Therefore, no one can predict with certainty the future benefits an owner will receive. Investors will have different perceptions of risk based upon their own knowledge and motivations. Consequently, the value of a business is a function of each individual's assessment of risks and his/her anticipated benefits of ownership.

- Valuation is based on a specific point in time.  An investor's required rate of return can, for the most part, be estimated at a single point in time.  In addition, the estimate of value is based solely on the reliability and availability of information at the valuation date.

Business valuation methods are generally categorized into one of the following three approaches:

- Asset Approach
- Market Approach
- Income Approach

### Asset Approach

The asset approach is based on the principle of substitution.  This approach is used primarily in the appraisals of real estate, machinery, and equipment.  It assumes an asset's value is indicated by the cost of reproducing or replacing it, less an allowance for deterioration or obsolescence.  Please refer to **Exhibit 1** for the balance sheets of the Company[38]. As previously discussed, it is our opinion that the Company's value as a going concern as of each of the Valuation Dates, exceeded that which would be derived by liquidating its assets.  Consequently, we considered, but did not utilize this approach to value the subject company.

---

[38] The balance sheet of CSV/ChannelReply does not include the assets of NDAP or Plumburs.

17

**CONFIDENTIAL**

## Market Approach

Under the Market Approach, the value of a business reflects the price at which comparable assets or businesses are purchased under similar circumstances. Use of the Market Approach requires that comparable transactions or companies be available, such as:

- The recent sales price of a similar business in an arm's-length transaction; or

- Market multiples derived from publicly traded companies operating a similar business.

The primary drawback of the Market Approach is the availability of comparable transactions within a recent date upon which to establish Fair Value. There are two methods typically used in the Market Approach:

- The Guideline Public Company ("GPC") method is based on the premise that pricing multiples of publicly traded companies can be used as a tool to be applied in valuing closely held companies. The mechanics of the method require the use of the stock price in conjunction with other factors to create a pricing multiple that can be used, with certain adjustments, to apply against the company's similar factor to determine an estimate of value for the subject company. The publicly-traded companies that are used as guidelines will not be identical to the subject company but similar enough to provide guidance in the valuation process. The GPC method was considered for purposes of calculating the value of the Subject Interest as of the Valuation Dates, but not used given the lack of comparable publicly-traded firms.

- The Guideline Merged and Acquired Company ("GMAC") method is based on the same premise as the GPC. The valuation specialist relates the price at which the merger or acquisition transaction took place to other factors in order to create a pricing multiple that can be used to apply against the subject company's similar factor to determine an estimate of value for the subject company. The GMAC method was considered in calculating the value of the Subject Interest as of each of the Valuation Dates, however, this method was not employed given insufficient or incomparable transaction data relating to the Company's business.

## Income Approach

The Income Approach is predicated upon the value of the future cash flows that an asset or business will generate over its remaining useful life. There are two methods within the Income Approach typically used:

- The Discounted Cash Flow ("DCF") method involves a projection of the cash flows that the business is expected to generate. The next step involves converting these cash flows into a present value equivalent through discounting, using a rate of return, which is based on consideration of the risks inherent in the

CONFIDENTIAL

investment and market rates of return available from alternative investments of similar type and quality as of a valuation date. If the cash flow stream is expected to continue beyond the discrete time period, the residual value of the business is also estimated and discounted to present value. The sum of the discounted cash flows and the discounted residual value are used to determine an estimate of value for the subject company. The DCF method was considered in our analysis, but not employed given that a forecast was not provided to us and we were unable to estimate the future cash flows ourselves. Additionally, based on discussions with management, the future expectations of operations are estimated to remain relatively consistant. There are no significant growth opportunitioes or unplanned expenses projected.

- The Capitalized Earnings method is commonly used to value business interests and assets based on future estimated profits, determined by some measure of earnings or cash flows the company is expected to generate. Typically, the estimated future profits are estimated by considering the historical cash flows and other relevant factors to normalize expected future cash flows, which are then capitalized by an appropriate capitalization rate. The capitalization rate is calculated by subtracting a long-term growth rate from the discount rate. This method does not separate tangible and intangible assets, claiming the two are indistinguishable. This method applies a yield or a capitalization rate to the future estimated profits to determine an estimate of value for the subject company. The Capitalized Earnings method was the method we relied upon to arrive at the value of the Subject Interest.

**Normalized Pre-Tax Earnings for Capitalization**

In order to capitalize an income stream that represents normal business operations of CSV/ChannelReply, normalization adjustments were made to remove discretionary, non-recurring, or otherwise abnormal expenses from the Company's historical financial results.

As outlined in **Exhibit 3**, we started with the historical pre-tax income for each twelve-month period and made adjustments to normalize CSV/ChannelReply's income stream as follows:

Actual Officers' Compensation and Compensation Adjustment

The only CSV/ChannelReply payroll related to officers and accordingly the full amount of compensation has been added back. The amount expensed in the twelve months ended June 30, 2016 includes a $198,062 journal entry posted on December 31, 2015 relative to the full 2015 year. Accordingly, approximately 50% of this entry pertains to the period January 1, 2015 to June 30, 2015 and has been removed as it relates to a period outside of our analysis.

19

CONFIDENTIAL

### NDAP Operations

In July 2017[39], NDAP and CSV/ChannelReply sold assets related to the Car Parts King business to Meridian Rack & Pinion, Inc.  As previously discussed, the income statements presented for the years ended December 31, 2016, 2017, and 2018 are derived from the CSV/ChannelReply income tax returns, which include all income and expenses of NDAP as its wholly owned subsidiary.  Accordingly, as the Car Parts King business is not a part of ongoing business activities at any of the Valuation Dates, we removed all related income and expenses of this segment.

### Discretionary Expenses

We estimated and added back other discretionary expenses of CSV/ChannelReply, including travel/auto expense, meals and entertainment, auto insurance, and telephone expenses.

### Legal Fees

During 2018, the Company accrued $200,000 for legal fees related to this litigation.  We added back these fees as they do not represent an ongoing expense to maintain operations of CSV/ChannelReply.

After the above adjustments, the Company's normalized pre-tax income before reasonable compensation for each of the twelve-month periods is presented in **Exhibit 3** and is summarized as follows:

**Table 3**

|  | 7/1/2015 - 6/30/2016 | 1/1/2016 - 12/31/2016 | 7/1/2016 - 6/30/2017 | 1/1/2017 - 12/31/2017 | 1/1/2018 - 12/31/2018 | 1/1/2019 - 12/31/2019 |
|---|---|---|---|---|---|---|
| Pre-Tax Income | $ (70,047) | $ (51,240) | $ 50,331 | $ 93,788 | $ 109,905 | $ 420,777 |
| Total Adjustments | 111,142 | 77,153 | 28,222 | 69,564 | 213,701 | 18,758 |
| Normalized Pre-tax Income before Reasonable Compensation | $ 41,095 | $ 25,913 | $ 78,553 | $ 163,352 | $ 323,606 | $ 439,535 |

## Future Expected After Tax Income

After determining the normalized pre-tax income before reasonable compensation for each twelve-month period, the normalized pre-tax income streams outlined in **Table 3** were weighted, adjusted for officers' reasonable compensation, tax effected, and growth adjusted to arrive at a future expected after-tax income for capitalization as follows:

---

[39] Correspondence was provided and reviewed that indicated this sale was being negotiated and in its final stages as of the valuation date.

CONFIDENTIAL

<u>Weighting</u>

For each Valuation Date, the normalized pre-tax income before reasonable compensation for the preceding twelve-month periods were considered.  Weighting for each of the Valuation Dates are outlined in **Exhibit 4, Exhibit 5, and Exhibit 6**.

<u>Reasonable Officers' Compensation</u>

A reasonable compensation adjustment must also be considered in determining the earnings capacity of the Company.  In valuing businesses, the compensation paid to the owners tend to be based on what the company can afford to pay and may bear little relationship to the services actually performed.  The reasonable compensation adjustment substitutes the cost of hiring and paying a non-owner employee to perform the same services performed by the owner.  In <u>Valuing Small Businesses and Professional Practices</u>, Third Edition, the authors provide the following guidance[40]:

> **Earnings Surveys** A practitioner's economic earnings should be compared, as much as possible, to that of a like practitioner. The comparative practitioner should be in the same specific field, in the same geographic area, of approximately the same level of experience, and so on, as the professional whose practice is being valued.

These concepts are presented in the <u>Guide to Business Valuations</u>.[41]  The authors explain that when a compensation adjustment is required, an "estimate of reasonable salary level for the owner or owners based solely on the services performed"[42] must be created.  Some key factors to be considered should include education, knowledge and skills, experience, duties and responsibilities, and time and effort devoted to the business.

As previously mentioned, Joel Liebman, CPA was appointed by the Court as a temporary co-manager of CSV/ChannelReply in place of Gitman.  It was further ordered that Mr. Liebman would be paid $2,500 per month for his services.  Based upon review of the Company's records, Mr. Liebman was paid $14,950 between July – December 2017, a total of $5,825 in 2018, a total of $8,000 in 2019 and $2,500 in 2020 through April.[43]  We have added the compensation payments to Mr. Liebman back to net income, in order to calculate a total officer's reasonable compensation for valuation purposes that encompasses all officers' responsibilities.

---

[40] Pratt, Shannon P., et al. *Valuing Small Businesses & Professional Practices.* Third ed., McGraw-Hill, 1998. p. 602-603.
[41] Fishman, Jay E. *PPC's Guide to Business* Valuations. Volume 1, Chapter 4, Section 404.24.
[42] Fishman, Jay E. *PPC's Guide to Business* Valuations. Volume 1, Chapter 4, Section 404.26.
[43] As a professional courtesy, Mr. Liebman agreed to a lesser amount of payment than what was order by the Court for his services rendered.

**CONFIDENTIAL**

To make our determination of reasonable compensation, we considered the description of management's contributions, the compensation of other individuals at the Company and compensation surveys. These surveys set forth the compensation of similarly classified employees.   In this case we reviewed the compensation of CEO's, COO's and CTO's.  We reviewed several surveys including Salary Genius, Career One Stop, Indeed.Com, Salary.com, RMA and Integra.  Based on the officer's experience, qualifications, job functions, industry statistics and our professional judgement, reasonable compensation for the owners is estimated at $150,000 in each year

Tax Rate

Income taxes of 27.5 percent represent an estimated individual federal and state income tax rate. The rate reflects the changes to the tax code as implemented in the Tax Cuts and Jobs Act of 2017.

The future expected after tax income as of each of the Valuation Dates is calculated as follows:

**Table 4**

|  | 6/30/2017 | 12/31/2018 | 5/1/2020 |
|---|---|---|---|
|  | **Exhibit 4** | **Exhibit 5** | **Exhibit 6** |
| Weighted Normalized Pre-Tax Income Before Reasonable Compensation^ | $    66,000 | $    270,000 | $    440,000 |
| Less: Reasonable Compensation | (150,000) | (150,000) | (150,000) |
| Weighted Normalized Pre-Tax Income | (84,000) | 120,000 | 290,000 |
| Income Taxes at 27.5% |  | (33,000) | (79,750) |
| After-Tax Income |  | 87,000 | 210,250 |
| One Plus Growth Rate |  | 104% | 110% |
| Future Expected After-Tax Income | $         - | $    90,480 | $    231,275 |

^ Calculations included at Exhibit 4, 5, and 6.

**Capitalization Rate**

The discount rate used to convert future cash flows to their present value equivalent is the rate of return expected by an investor for taking on the perceived risks of an investment. Although risk is a term used to cover a wide range of business situations, it can be analyzed in three basic frameworks: the financial structure of the business, the industry environment, and the economic conditions in which a business operates. Risk thus includes financial risk, business risk, and market risk.

**CONFIDENTIAL**

Financial risk refers to the capital structure of a business and the percentage of debt-to-total capital (debt plus equity) employed. Business risk refers to a lack of market acceptability, inferior service, overpricing, inefficient operations, etc. Market risk is reflected by overall economic conditions, such as inflation, interest rates, etc. Financial risk, business risk, and market risk must all be considered in developing the components of the discount rate.

The discount rate for CSV/ChannelReply was calculated using the Build-Up Method ("BUM"), as follows:

$$\text{Discount Rate} = R_f + R_m + R_s + R_{CSRP} + R_{CRP}$$

Where:

| | | |
|---|---|---|
| $R_f$ | = | Risk-free rate reflects the yield on Constant Maturity ("CMT") 20-year U.S. Treasury bonds as of the Valuation Date published in the Federal Reserve Statistical Release. |
| $R_m$ | = | Equity risk premium, which reflects the average total return on large company stocks less the risk-free rate. The supply-side equity risk premium was selected based on the Duff & Phelps Cost of Capital Navigator. |
| $R_s$ | = | Size premium based on the historical incremental return on similar sized stocks pursuant to Duff & Phelps Cost of Capital Navigator. |
| $R_{CSRP}$ | = | Company-specific risk premium ("CSRP"), which can be applied to the cost of equity calculations for instances in which the subject company and/or its investment is exposed to additional risks to financial performance, whether external or internal, not captured elsewhere. We considered CSV/ChannelReply's unique specialization (bridge for e-commerce sellers), the Company's dependence upon third parties (Marketplaces and helpdesks) to provide service to customers, lack of any patents/trademarks on their programs, easy of entry into the industry, competition and specific risks related to the continued revenue growth in selecting CSRP at each of the Valuation Dates. |

23

CONFIDENTIAL

<table>
<tr><td>$R_{CRP}$</td><td>=</td><td>Country risk premium, ("CRP") which reflects the additional risk associated with investing in an international company rather than the domestic market. Macroeconomic factors such as political instability, volatile exchange rates and economic turmoil causes investors to be wary of overseas investment opportunities and thus require a premium for investing. Since the Company operates in the United States[44], we did not apply a CRP.</td></tr>
</table>

The discount rates are calculated for the December 31, 2018 and May 1, 2020 Valuation Dates[45] in **Exhibits 5.1 and 6.1**, respectively, and are summarized as follows:

**Table 5**

| Discount Rate | 6/30/2017 | 12/31/2018 | 5/1/2020 |
|---|---|---|---|
| Risk-Free Rate | | 2.87% | 1.04% |
| + U.S.Equity Risk Premium | | 6.04% | 6.17% |
| + Size Premium | | 5.37% | 4.99% |
| + Company Specific Risk Premium | | 6.00% | 10.00% |
| + Country Risk Premium | | 0.00% | 0.00% |
| = Discount Rate (Rounded) | n/a | 20.00% | 22.00% |

The capitalization rate was then deduced from the discount rate by using an estimated long-term growth rate of 4.0%. The growth rate represents the approximate growth rate of a subject company in perpetuity. This rate is based upon the Company's future expectations and forecasts/expectations of the general economy and specific industry.   By subtracting the growth rate of 4.0% from our discount rate, we calculated the capitalization rate for CSV/ChannelReply as each of the Valuation Dates:

---

[44] The Company's customers have international locations.
[45] No discount rate has been calculated for the June 30, 2017 Valuation Date as there was no income to capitalize as outlined in Table 4.

CONFIDENTIAL

Table 6

| Capitalization Rate | | | |
|---|---|---|---|
| | 6/30/2017 | 12/31/2018 | 5/1/2020 |
| Discount Rate | n/a | 20.00% | 22.00% |
| Long Term Growth Rate | | -4.00% | -4.00% |
| Capitalization Rate | n/a | 16.00% | 18.00% |

This capitalization rate from **Table 6** was applied to the future expected after tax income calculated in **Table 4** to arrive at a Fair Value of 100% interest in the operations of CSV/ChannelReply, prior to discounts, at each of the Valuation Dates as follows:

Table 7

| | 6/30/2017 | | 12/31/2018 | | 5/1/2020 |
|---|---|---|---|---|---|
| | Exhibit 4 | | Exhibit 5 | | Exhibit 6 |
| Future Expected After-Tax Income | $ - | $ | 90,480 | $ | 231,275 |
| Capitalization Rate | n/a | | 16.00% | | 18.00% |
| Fair Value (Marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded) | $ - | $ | 566,000 | $ | 1,285,000 |

## Discount for Lack of Marketability ("DLOM")

The FMV Restricted Stock Study™ ("FMV Study") was introduced by FMV Opinions, LLC in 2001, which was acquired by Stout Risius Ross, Inc ("Stout") in February 28, 2017. It is built around 800 restricted stock transactions with "distinct transaction and company characteristics on which comparisons to a subject company can be made." It is widely used in the professional valuation community, has been vetted and challenged in the courts and by the IRS. American tax courts have been increasingly requiring comparative empirical analysis between a subject company and other companies in a database.

The first and probably best known of the restricted stock studies was the "SEC Study" of 1971. This study examined 300 private placement purchases of stock which occurred between 1966 and mid-1969. The study found that, on average, restricted stock sold at a 24% discount to otherwise identical publicly traded sister stock.

Other benchmark studies followed, most with more limited datasets than SEC. The average discounts these studies postulated were higher, between 33% and 35%. Valuators began to use this average, known as the Benchmark Average Approach. Recently, this approach has been actively criticized by the courts. In the Mandelbaum case, both the taxpayer and the IRS's expert used the Benchmark Average Approach, the taxpayer claiming 70% to 75% discount and the IRS expert 30%. This led Judge Laro to develop the nine-factor Mandelbaum adjustment process

25

CONFIDENTIAL

to the Benchmark Analysis, described above. The Mandelbaum factors were helpful; however, a problem remained that without underlying data there was no ability to assess the specifics of a subject company against data underlying the discount averages in order to quantify the impact of Mandelbaum factors on the DLOM.

The FMV Study, as owned by Stout, is a database of private placements of unregistered common stock issued by public companies. The database has been "cleaned" of a multiplicity of transactions which would have a distortive impact on the measurement of DLOM. Adjustments have been made to reflect changes in the volatility during discrete periods of time which might impact comparatives.

In sum, DLOM is measured as the percentage difference between the private placement price per share and the market trading price per share. The overall average discount for all transactions as of May 2020 for the FMV Study was 19.4%. Discounts range higher for higher investment risk private placements, such as companies with a higher degree of leverage and solvency risk and greater stock volatility.

A quintile analysis of the FMV Study data clearly illustrates a correlation between high discounts and lower market values, revenues, total assets, and book values, and a correlation between high discounts and higher market-to-book ratios and stock price volatility. Higher investment risk, as reflected in smaller firm size, tends to increase discount. In conducting a prior study, Stout analyzed discounts pertaining to industries based on SIC industry codes. Variations were less evident by industry, per Stout, but appear to correlate more strongly to the financial characteristics of database companies. Nevertheless, industry is a factor to consider, to some extent, due to differences in financial characteristics generally among industries.

The block size of private placements impacts discount, as larger block sizes are limited as to liquidity by SEC regulation. Stout has therefore adjusted for this factor. They have also adjusted for periods of volatility in the stock markets, such as during the global financial crisis of 2007 to 2009.

In sum, the FMV Study negatively correlates DLOM with the issuing firm's equity value, revenues, total assets, book value and net profit margin, and positively correlates with the issuing firm's market-to-book ratio, stock price volatility, block size of private placement as percent of total ownership, and general market volatility at the time of private placement, as measured by the "VIX". The VIX is a trademarked ticker symbol for the Chicago Board Options Exchange Market Volatility Index, a popular measure of the implied volatility of S&P 500 index options.

CONFIDENTIAL

Withum applies the Stout empirical methodology in relevant instances to determine the DLOM for subject companies. The results from the Stout empirical methodology for each valuation date are located in the table below.

**Table 8**

| Valuation Date: | December 31, 2018 | May 1, 2020 |
|---|---|---|
| Weighted Average Indicated Restricted Stock Equivalent Discount[46]: | 21.6% | 21.2% |
| Indicated Restricted Stock Equivalent Discount Range: | 15.7% - 31.0% | 15.7% - 26.7% |
| Selected Private Entity Discount: | 40% | 44% |
| Stout DLOM Conclusion: | 30% | 34% |

Mandelbaum Factors

Although the above studies were prepared for non-publicly traded stock or other restricted equity securities, the courts have allowed the use of such studies relating to valuation of privately held companies. In addition to the restricted stock studies summarized above, one can consider the specific factors that contribute to a marketability discount, as identified by the 1995 Tax Court Memorandum provided in Mandelbaum vs. Commissioner[47] ("Mandelbaum"). The Mandelbaum case is significant as it specifically identifies nine factors that contribute to a DLOM (many of the studies summarized above also considered these factors).

---

[46] The discount indications were found based on the specific quintile bucket in which CSV is located for each of the specified financial variables. For example, for the June 30, 2017 valuation date, total revenue was $.289 million, indicating CSV was in the 5th quintile for revenue which is empirically associated with a discount indication of 20.0%.
[47] T.C. Memo 1995-225, Docket No. 20517-92

CONFIDENTIAL

We analyzed the financial characteristics as well as qualitative aspects of the Company to determine the DLOM in accordance with the Mandelbaum Factors as indicated in the table below.

**Table 9**

| Valuation Date: | December 31, 2018 | May 1, 2020 |
|---|---|---|
| Financial Condition: | CSV is in a strong financial position as evidenced by its balance sheet with assets 57.5% financed by equity as of the Valuation Date. There are no interest-bearing liabilities and 99.2% of the Company's assets are in cash. Further, the Company has been growing revenue from 2016 to 2018 and was profitable in 2018. This supports a below-average DLOM. | CSV is in a strong financial position as evidenced by its balance sheet with assets 99.3% financed by equity as of December 31, 2019. There are no interest-bearing liabilities and 99.7% of the Company's assets are in cash. Further, the Company has been growing revenue from 2016 to May 1, 2020 and has been profitable in recent years. This supports a below-average DLOM. |
| Dividend Paying Capacity: | Over the historical period analyzed from 2016 to 2018, CSV only made de minimis distributions of $491 in 2018. However, the Company has been growing normalized EBT since realizing a loss in 2016 and has the capacity to make distributions despite not doing so in a material way historically. This supports a below-average DLOM. | The Company has realized a profit in recent years since last posting a loss in the trailing twelve months ended June 30, 2016. Additionally, the Company had ample cash on its balance sheet as of the Valuation Date to make a distribution. This supports a below-average DLOM. |
| Nature of Entity and Future Outlook: | CSV's operations consist of the creation and growth of e-commerce companies. E-commerce is a fast-growing industry as retailers increasingly move sales channels to | Lockdowns associated with the COVID-19 pandemic have shuttered physical retail locations around the country and accelerated the trend of commerce |

28

**CONFIDENTIAL**

|  |  |  |
|---|---|---|
|  | internet platforms. This supports a below-average DLOM. | migrating online that has been in place in recent years. Although e-commerce growth is anticipated, the level of acceleration is not expected to continue at the rate experienced in the first quarter of 2020.   This factor supports a below-average DLOM. |
| Depth of Company Management | Dardashtian is the Company's co-manager with Joel Liebman, CPA who are jointly responsible for overseeing operations and is knowledgeable about the Company's particular software and the industry's strengths and weaknesses. That said, it is reasonable to believe that a qualified manager with similar expertise could be hired to assume their roles and contribute a comparable level of value. This factor has a neutral effect on DLOM. |  |
| Degree of Control: | As the Subject Interest relates to a 50% interest in the Company. As indicated in Section 8.1(a) of the operating agreement, there shall be two managers of the Company and Section 8.1(c) requires approval of all managers in decision-making matters. This supports an above-average DLOM. |  |
| Restrictions on Transfer: | Section 10.1(a) of the operating agreement indicates no member shall sell, transfer, exchange, pledge, mortgage, hypothecate, or otherwise transfer or encumber and interest in the Company without prior written consent from the Company's management. Section 10.1(b) described permitted transferees as a members' spouses, lineal descendants, ancestors of such member or trusts established for the benefit of a member or any of the foregoing. This supports an above-average DLOM. |  |
| Holding Period: | The holding period of an interest in the Company is long-term.  Section 4.1 of the operating agreement indicates the Company shall continue in perpetuity unless dissolved in accordance with provisions described in Section 4.2. Section 4.2 allows for the winding-up of the Company's affairs in the event of the disposition of all or substantially all of the Company's non- |  |

CONFIDENTIAL

| | |
|---|---|
| | cash assets, the decision of management, the decision of members holding at least 51% of the profit percentages, or a judicial decree of dissolution. This supports an above-average DLOM. |
| Company's Redemption Policy: | Section 11.5 indicates the decision to redeem a member's interest in the Company shall be made by management in circumstances related to the following: (i) willful or serious misconduct by a member with respect to the Company, (ii) fraud or dishonesty on the part of the member which affects the Company, (iii) a member's conviction of a felony crime or a non-felony crime involving an act of moral turpitude, (iv) a transfer of a member's interest in violation of the operating agreement, (v) an attempt by a member to withdraw from the Company in violation of the operating agreement, (vi) an attempt by a member to partition the property of the Company, (vii) a breach by the member of any other terms, conditions, and obligations contained in the operating agreement, (viii) failure to contribute additional capital to the Company pursuant to Section 5.2(b), (ix) a breach by a member of any employment agreement between a member and the Company, and (x) any event resulting in a separation of a member from service to the Company as an employee, contractor, or agent. As the conditions whereby the Company can redeem an interest of another member to preserve the best interest of the Company, this factor supports an above-average DLOM. |
| Costs Associated with Making a Public Offering: | The Company is unlikely to make a public offering in the near future. This factor has a neutral effect on the DLOM. |

CONFIDENTIAL

Stout DLOM and Mandelbaum Factors – Confluence of Effect on Determined DLOM

**Table 10**

| Valuation Date: | Confluence of Effect: |
|---|---|
| December 31, 2018 | The indicated restricted stock equivalent discount range was 15.7% to 31.0%. A median private entity discount of 40% also influenced our determination of DLOM. In consideration of these two factors, a DLOM of 30% was ultimately concluded from the FMV Study.<br><br>While a majority of the Mandelbaum Factors indicate an above-average DLOM, it is our belief that the financial condition, dividend paying capacity, and future outlook for the Company's industry have an outsized, positive impact on the Company's marketability. This is evidenced by growing revenues and increasing profitability. Further, the Company operates in the fast-growing e-commerce industry. The FMV Study contains companies from a myriad of industries, many of which do not have the same high-growth prospects of CSV.<br><br>Taken together, we believe the Mandelbaum Factors and the FMV Study support a DLOM of **25%**. |

**CONFIDENTIAL**

| | |
|---|---|
| **May 1, 2020** | The indicated restricted stock equivalent discount range was 15.7% to 26.7%. A median private entity discount of 44% also influenced our determination of DLOM. In consideration of these two factors, a DLOM of 34% was ultimately concluded from the FMV Study.<br><br>While a majority of the Mandelbaum Factors indicate an above-average DLOM, it is our belief that the financial condition, dividend paying capacity, and future outlook for the Company's industry have an outsized, positive impact on the Company's marketability. This is evidenced by growing revenues and increasing profitability. Further, the Company operates in the fast-growing e-commerce industry. The FMV Study contains companies from a myriad of industries, many of which do not have the same high-growth prospects of CSV.<br><br>As of the May 1, 2020 valuation date, the COVID-19 pandemic has forced many businesses to close physical locations and move sales channels online. This unprecedented event is likely to accelerate the shift toward e-commerce and change the way in which businesses reach consumers and have a lasting impact on commerce. E-commerce growth is anticipated, but the Company does not expect the level of acceleration to continue at the rate experienced in the first quarter of 2020. It is therefore, in our opinion, reasonable to conclude a DLOM below the FMV Study based on the Mandelbaum Factor *Nature of Entity and Future Outlook*.<br><br>Taken together, we believe the Mandelbaum Factors and the FMV Study support a DLOM of **25%** |

**CONFIDENTIAL**

Based upon our analysis of the Mandelbaum Factors, CSV/ChannelReply's operating agreement, and comparison of these results to the FMV Study, we believe an appropriate DLOM for CSV/ChannelReply equals 25%. After application of a 25% discount for lack of marketability, the non-marketable value of a 100% operating interest in CSV/ChannelReply on each Valuation Date is as follows:

**Table 11**

| | 6/30/2017 Exhibit 4 | | 12/31/2018 Exhibit 5 | | 5/1/2020 Exhibit 6 |
|---|---|---|---|---|---|
| Fair Value (Marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded) | $ | - | $ | 566,000 | $ 1,285,000 |
| Discount For Lack of Marketability | | n/a | | 25.00% | 25.00% |
| Fair Value (Non-marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded) | $ | - | $ | 425,000 | $ 964,000 |

**Income Approach Conclusion- Operating Value**

As outlined in **Exhibits 4, 5, and 6,** the Fair Value of David Gitman's 50% interest in CSV/ChannelReply's operations as of each of the Valuation Dates is as follows:

**Table 12**

| | 6/30/2017 Exhibit 4 | | 12/31/2018 Exhibit 5 | | 5/1/2020 Exhibit 6 |
|---|---|---|---|---|---|
| Fair Value (Non-marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded) | $ | - | $ | 425,000 | $ 964,000 |
| Subject Interest | | 50.00% | | 50.00% | 50.00% |
| Fair Value (Non-marketable) of a 50% Operating Interest in CSV/ChannelReply (rounded) | $ | - | $ | 213,000 | $ 482,000 |

CONFIDENTIAL

**Additional Non-Operating Asset Value**

CSV/ChannelReply is a software technology company specializing in providing software as a service which facilitates the messaging of e-commerce marketplace owners' communications to customers and potential customers worldwide. In addition to the value attributed to the Company's operations as calculated in **Table 12,** CSV/ChannelReply holds non-operating assets relative to NDAP and Plumburs which should be considered as part of the value of the subject interest.

<u>NDAP, LLC d/b/a/ Car Parts Kings</u>

CSV/ChannelReply receives payments of $5,000 per month pursuant to an Asset Purchase Agreement dated July 21, 2017 ("Asset Purchase Agreement") under which CSV sold assets of its wholly owned subsidiary, NDAP, LLC d/b/a Car Part Kings ("NDAP").   Under the Asset Purchase Agreement, CSV sold certain assets of NDAP for $450,000, payable $25,000 at closing, $100,000 on August 15, 2017, and the balance of $325,000 under a promissory note ("Promissory Note") with monthly payments beginning September 1, 2017.[48]   Monthly payments due to CSV/ChannelReply under the Promissory Note are calculated as the greater of $5,000 or 5% of the gross revenue generated by the purchased assets during the immediately preceding month.[49,50] All monthly payments to date have been paid at the minimum amount of $5,000.[51]

NDAP, while a wholly-owned subsidiary of CSV/ChannelReply, was in a different industry and ran operations separate and apart from CSV/ChannelReply.[52]  The proceeds from the sale of NDAP's assets are not an operating source of revenue for CSV/ChannelReply.  Based upon the execution and compliance with the Asset Purchase Agreement, and because it is a non-operating asset of CSV/ChannelReply, the Promissory Note requirements are not part of the calculated value of CSV/ChannelReply in **Table 12**.   Therefore, the sale proceeds received to date and held in escrow, as well as the remaining balance due under the Asset Purchase Agreement's Promissory Note, are non-operating assets which should be considered separate, and in addition to, the operating value of CSV/ChannelReply.

In accordance with the Asset Purchase Agreement, the down payment and first payment due at August 15, 2017 have been paid (total $125,000), in addition to monthly payments of $5,000 each between September 5, 2017 and May 1, 2020 ($160,000), for a total of $285,000 paid through May 1, 2020.  The amounts have been held in escrow and reduced only by disbursements relative to NDAP's settlement with a debtor, Parts Authority, for $100,000,[53]

---

[48] Asset Purchase Agreement dated July 21, 2017, section 1.03
[49] The maximum monthly payment is $15,000 and the aggregate amount payable under the Promissory Note shall not exceed $325,000.
[50] Asset Purchase Agreement dated July 21, 2017, section 1.03
[51] Seligson, Rothman & Rothman Escrow Activity
[52] NDAP file as a Partnership (1065) for tax reporting purposes.
[53] Settlement, Release and Escrow Agreement with the Parts Authority Group dated May, 2017

CONFIDENTIAL

and payments totaling $55,000 under a settlement agreement relating to consulting/broker fees resulting from the NDAP asset sale[54].

The combined value of the escrow balance and remaining amount due on the promissory note are as follows as of each of the Valuation Dates:

Table 13

|  | 6/30/2017 | 12/31/2018 | 5/1/2020 |
|---|---|---|---|
| Promissory Note, net of Settlements Due/Paid | $ 295,000 | $ 223,000 | $ 165,000 |
| Escrow Balance | - | 72,000 | 130,000 |
| Total NDAP Non-Operating Assets | $ 295,000 | $ 295,000 | $ 295,000 |

The balance of funds held in escrow as of May 1, 2020 is $130,000 ($295,000 - $165,000). Accordingly, in addition to the operating value of CSV/ChannelReply, 50% or $65,000 of this non-operating asset is an additional component of value relevant to the subject interest. Additionally, the Promissory Note has a remaining balance due of $165,000 as of May 1, 2020, under which CSV/ChannelReply is to receive continuing monthly payments of $5,000. As advised by Counsel, given the set terms of the contract, CSV/ChannelReply shall continue to collect the monthly payments and distribute 50% of the proceeds to Gitman on a quarterly basis according to the Promissory Note terms.

Plumburs LLC

As previously described, CSV/ChannelReply also holds a 50% ownership interest in Plumburs LLC ("Plumburs"). The operations of Plumburs, which Dardashtian represents have been inactive for approximately three years, was in a different industry and ran operations separate and apart from CSV/ChannelReply.[55] Therefore, the Company's ownership interest in Plumburs is a non-operating asset and is not already included in the value of CSV/ChannelReply's operations calculated in **Table 12**.

Dardashtian represents that the only asset of Plumburs is an inactive Citibank bank account, that has a balance of $9,082 as of April 24, 2020.[56] Accordingly, the value of Plumburs would be equal to the remaining cash account of $9,082. Since CSV/ChannelReply has a 50% ownership interest in this Plumburs, Gitman's share of this value would be 25% of the bank account balance, or $2,271.

---

[54] Settlement Agreement with Summit Rock Holdings dated August 29, 2017
[55] Plumburs filed as a Partnership (1065) for tax reporting purposes.
[56] Plumburs Citibank x4465 statement dated April 24, 2020

**CONFIDENTIAL**

**Income Approach Conclusion- Operating and Non-Operating Value**

After considering the non-operating assets of CSV/ChannelReply, along with the value of CSV/ChannelReply's operating assets calculated in **Exhibit 4, Exhibit 5**, and **Exhibit 6**, and summarized in **Table 12**, the total Fair Value of a 50% interest in the Company as of each of the Valuation Dates is calculated as follows:

**Table 14**

|  | 6/30/2017 | 12/31/2018 | 5/1/2020 |
|---|---|---|---|
| Operating Value of 50% Interest as of Valuation Date | $          - | $   213,000 | $   482,000 |
| Non-Operating Asset Value as of 5/1/2020 |  |  |  |
|    NDAP Escrow Balance (50%) | 65,000 | 65,000 | 65,000 |
|    Plumburs Cash Balance (25%) | 2,271 | 2,271 | 2,271 |
|    NDAP Net Continuing Payments (50%) | Note 1 | Note 1 | Note 1 |
| Fair Value of 50% Interest as of the Valuation Date | $   67,271 | $   280,271 | $   549,271 |

Note 1: As advised by Counsel, we have not valued the Promissory Note as Gitman is entitled to 50% of the continuing payments received. Should the Court determine that this contract should be bought out, the remaining balance due ($165,000 x 50%) would need to be present valued to adjust for risk and time value.

CONFIDENTIAL

**CONCLUSION**

Based on the analyses, discussion, and assumptions contained in this report, it is our opinion that the Fair Value of David Gitman's 50% interest in Cooper Square Ventures, LLC d/b/a ChannelReply is:

<u>$67,271</u>

plus 50% of all NDAP Promissory Note payments received post May 1, 2020[57]

as of June 30, 2017

---

<u>$280,271</u>

plus 50% of all NDAP Promissory Note payments received post May 1, 2020[58]

as of December 31, 2018

---

<u>$549,271</u>

plus 50% of all NDAP Promissory Note payments received post May 1, 2020[59]

as of May 1, 2020

The above estimate represents our conclusion of the Fair Value of David Gitman's 50% interest in accordance with the American Institute of Certified Public Accountants' Statement on Standards for Valuation Services.

---

[57] See Table 11, Note 1
[58] See Table 11, Note 1
[59] See Table 11, Note 1

# APPENDIX A

CONFIDENTIAL



APPENDIX A

### DOCUMENTS REVIEWED BY WITHUMSMITH+BROWN

1.  Plaintiff's Verified Complaint dated June 8, 2017
2.  Transcript of June19, 2017 appearance before Honorable Louis L. Stanton
3.  Transcript of June 21, 2017 appearance before Honorable Louis L. Stanton
4.  Answer, Affirmative Defenses and Counterclaims of Defendants David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC and ChannelReply, Inc. dated December 13, 2017
5.  Plaintiff's First Amended Verified Complaint dated May 1, 2020
6.  Deposition Transcript of David Gitman, Day One, March 2, 2020
7.  Deposition Transcript of David Gitman, Day Two, April 14, 2020
8.  Deposition Transcript of Michael Dardashtian, April 16, 2020
9.  Operating Agreement of Cooper Square, LLC dated August 13, 2011[60]
10. CSV/ChannelReply Federal income tax returns for 2016 through 2018
11. CSV/ChannelReply Internal Financial Statements, including:
    a.  Profit & Loss Statements for the years ended December 31, 2014, 2015, 2016, 2017, 2018 and 2019, the trailing twelve-month periods ended June 30, 2016 and 2017, and the four months ended April 30, 2020.
    b.  Balance Sheets as of December 31, 2014, December 31, 2015, June 30, 2016, December 31, 2016, June 30, 2017, December 31, 2017, 2018 and 2019, and April 30, 2020.
    c.  General Ledgers for the years ended December 31, 2014, 2015, 2016, 2017, 2018 and 2019, the trailing twelve-month periods ended June 30, 2016 and 2017, and the four months ended April 30, 2020.
12. CSV/ChannelReply payroll journal reports for the years ended December 31, 2015 and 2016
13. CSV/ChannelReply Payroll Summaries for 2015 and 2016.
14. CSV/ChannelReply Bank of America x7345 activity download for January 2014 to October 2019
15. Access to QuickBooks Online for CSV/ChannelReply and NDAP

---

[60] The Operating Agreement utilizes the name Cooper Square, LLC. We have been advised this is the same entity as CSV.

**CONFIDENTIAL**



16. NDAP, LLC Internal Financial Statements, including:
    a. Profit & Loss Statements for the years ended December 31, 2014, 2015, 2016, 2017, 2018 and 2019, and the trailing twelve-month periods ended June 30, 2016 and 2017.
    b. Balance Sheets as of December 31, 2014, December 31, 2015, June 30, 2016, December 31, 2016, June 30, 2017, December 31, 2017, 2018 and 2019.
    c. General Ledgers for the years ended December 31, 2014, 2015, 2016, 2017, 2018 and 2019, the trailing twelve-month periods ended June 30, 2016 and 2017, and the four months ended April 30, 2020.
17. NDAP, LLC income tax returns for 2012 through 2014
18. Asset Purchase Agreement between NDAP, CSV/Channel Reply, and Meridian Rack & Pinion, Inc. dated July 21, 2017, along with Member Consent, Consulting Side Agreement, Bill of Sale, and attachments
19. Seligson, Rothman & Rothman Escrow Transaction Activity dated May 4, 2020
20. Settlement Agreement with Summit Rock Holdings dated August 29, 2017
21. Agreement with Parts Authority, Inc. dated December 31, 2014
22. Settlement, Release, and Escrow Agreement between CSV/NDAP and Parts Authority Group dated May 2017
23. Undated Operating Agreement of Plumburs[61]
24. Plumburs, LLC Federal income tax returns for 2014 to 2016
25. Plumburs Citibank x4465 account statement for April 24, 2020.
26. Various other data sources and documents as referenced within this report.

---

[61] There is a footnote on the Operating Agreement dated November 26, 2013.

# APPENDIX B

CONFIDENTIAL



**APPENDIX B**

<u>ASSUMPTIONS AND LIMITING CONDITIONS</u>

This estimate of value is subject to the following assumptions and limiting conditions:

1.      The information, estimates, and opinions contained in this report were obtained from sources considered to be reliable.  However, we assume no liability for such sources.

2.      Possession of this report, or a copy thereof, does not carry with it the right of publication of all or part of it, nor may it be used for any purpose by anyone without previous written consent of WithumSmith+Brown, and, in any event, only with proper attribution.

3.      We do not purport to be a guarantor of value.  Valuation of closely held companies is an imprecise science, with value being a question of fact, and reasonable people can disagree in their estimates of value.  However, we used conceptually sound and commonly accepted methods of valuation in determining the estimate of value included in this report.

4.      The opinion of value presented in this report applies to this report only and may not be used out of the context presented herein.  This opinion of value is valid only for the purposes specified herein.  The opinion of value and the report reflect facts and conditions existing at the valuation date.  Subsequent events have not been considered, and we have no obligation to update this report for such events and conditions.

5.      This report was prepared under the direction of Carleen J. Gaskin, CPA/CFF and Jessica Hollobaugh, CPA/ABV, CFE with significant assistance from Brian McIntyre, CVA.   Neither the professionals who worked on this engagement, nor the principals of WithumSmith+Brown, have any present or contemplated future interest in the Company, any personal interest with respect to the parties involved, or any other interest that might prevent the performance of an unbiased valuation.

6.      Our compensation is not contingent on an action or event resulting from the analysis, opinions, or conclusions in, or the use of, this opinion of value.

# APPENDIX C

**CONFIDENTIAL**



**APPENDIX C**

<u>CERTIFICATIONS</u>

We certify to the best of our knowledge and belief:

1.      The statements of fact in this report are true and correct.

2.      The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal unbiased professional analyses, opinions, and conclusions.

3.      Neither WithumSmith+Brown, nor Carleen J. Gaskin, CPA/CFF and Jessica Hollobaugh, CPA/ABV, CFE, have any present or prospective interest in the Company that is the subject of this report, and have no personal interest or bias with respect to the parties involved.

4.      WithumSmith+Brown's fee for services in connection with the rendering of opinion as to the value of the Company is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

5.      The Fair Value is based on financial and operating information made available to WithumSmith+Brown. We relied on the Company's information without independent analysis or verification.  We did not audit, review, or compile the financial statements and express no opinion on them.

6.      WithumSmith+Brown is not responsible for the impact of economic events occurring after the date of this report, and we have no obligation to update this report unless subsequently engaged to do so.

7.      This appraisal is valid only for the purpose stated herein.  No one may rely on the report for any other purpose, and it is valid only for the appraisal date or dates specified herein.  This report and/or any or all of the information contained herein may not be disseminated or disclosed in any manner, either directly or indirectly, to any party without the prior written consent of WithumSmith+Brown.


_____              _____
Carleen J. Gaskin, CPA/CFF                              Jessica Hollobaugh, CPA/ABV, CFE
Partner                                                              Partner


May 30, 2020

# APPENDIX D

CONFIDENTIAL



**APPENDIX D**

**Carleen J. Gaskin, CPA, CFF**
**Partner**

Carleen J. Gaskin is the Head of the Matrimonial Department of Withum's Forensic and Valuation Services department. A graduate from Marist College with a Bachelor of Science degree in accounting, Carleen is a licensed certified public accountant in New Jersey and is Certified in Financial Forensics (CFF®). She is a member of the American Institute of Certified Public Accountants (AICPA), the New Jersey Society of Certified Public Accountants (NJCPA), and the Institute of Business Appraisers (IBA). She has over 20 years of experience in public accounting.

Carleen is frequently court appointed in matrimonial litigation matters. She also works as a joint expert or is hired by a particular litigant. Carleen performs a wide range of forensic services, which include business valuations, forensic investigations, cash flow and spending analyses, alimony scenario calculations, asset tracing analyses and marital balance sheets for equitable distribution.

While she has a specialization in matrimonial litigation, she has also performed work in fraud investigations and shareholder disputes. Carleen has experience in a large variety of industries, including professional and legal services, medical and dental, retail services, construction, real estate management, manufacturing, and others.

Carleen has been recognized as an expert witness and testified in the Superior Courts of New Jersey and New York. Carleen has also received NJICLE Family Mediation Training and is a member of the Collaborative Divorce Association of North Jersey.

She has been recognized as one of the NJBIZ Top 50 Women in Business and received the Standing Ovation Award for Forensics and Valuation from the AICPA. Carleen is also the co-author of the AICPA's Core Forensic Accounting Course - Forensic Engagement Reporting Requirements & Preparing Sustainable Reports.

CONFIDENTIAL



**Carleen J. Gaskin, CPA, CFF**
**Partner**

<u>**Expert Witness Testimony**</u>

Guitmann v Ploszay
(Bergen County Arbitration)

Harms v. Harms
(Bergen County Deposition)

Ferullo v. Ferullo
(Bergen County Arbitration)

Cowles v. Cowles
(Monmouth County Superior Court, NJ)

Brescia v. D'Alberti
(Bergen County Arbitration)

Daniels v. Daniels
(Bergen County Deposition

Levinson v. Levinson
(Bergen County Arbitration)

Schoeffer v. Schoeffer
(Bergen County Arbitration)

Salvatore v. Salvatore
(Bergen County Arbitration)

Newman v. Newman
(Bergen County Superior Court, NJ)

Silverman-Cherepakhov v. Cherepakhov
(Morris County Arbitration)

Wexler v. Wexler
(Hudson County Superior Court, NJ)

Salvatore v. Salvatore
(Bergen County Deposition)

Holden v. Holden
(Morris County Superior Court, NJ)

CONFIDENTIAL



**Carleen J. Gaskin, CPA, CFF**
**Partner**

<u>**Expert Witness Testimony (continued)**</u>

Cikalo v. Cikalo
(Morris County Superior Court, NJ)

Goldman v. Mautner
(Essex County Superior Court, NJ)

Gering v. Tavano
(Manhattan Superior Court, NY)

# APPENDIX E

**CONFIDENTIAL**



## APPENDIX E

### JESSICA L. HOLLOBAUGH,  CPA/ABV, CFE
**Partner**

Jessica Hollobaugh is a partner in the Forensic and Valuation Services Department at Withum.  Her national forensic accounting practice involves a wide range of services in connection with civil and criminal litigation matters.  She brings the traditional accounting background attained earlier in her public accounting career into complex fraud and forensic investigations, white-collar criminal defense matters, internal corporate investigations, economic damage assessments, professional liability matters, estate litigation, and partnership/ shareholder disputes.  Jessica routinely tackles complex tracing analyses and fraud investigations, damage calculations, cash flow or business valuation issues, elective share and other statutory calculations, and other intricate accounting issues.

Jessica has been recognized as a leader in the field of forensic accounting, having been awarded the American Institute of Certified Public Accountants' (AICPA) Forensic and Valuation Services Standing Ovation Award in 2016, and the National Association of Certified Valuators and Analysts (NACVA) 40 under 40 Award in 2018.  Because of her strong commitment to client service, Jessica was also recognized by Withum as a 2017 nominee and 2018 winner of the firm's prestigious Strength in Client Service Award.

Jessica is a licensed certified public accountant (CPA) in the state of New Jersey, a Certified Fraud Examiner (CFE), and holds the Accredited in Business Valuation (ABV) credential.  She is a member of the New Jersey Society of Certified Public Accountants (NJSCPA) and the AICPA.  Jessica is a member of the AICPA's Forensic and Valuation Services Group and has served on the AICPA's Certified Financial Forensics (CFF) examination task force.  Jessica is also a member of the Association of Certified Fraud Examiners (ACFE), Women's White-Collar Defense Association (WWCDA), the American Bar Association (ABA) Criminal Justice and Litigation sections and is an active supporter of the Essex County Bar Association (ECBA) and the Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ).

A Magna Cum Laude graduate from Richard Stockton College with a Bachelor of Science in Accounting, Jessica has over 16 years of diverse public accounting experience, exclusively with Withum.  She began her career concentrating on tax, audit and other traditional accounting services, and later shifted the focus of her practice exclusively into forensics and litigation support.

Beyond Withum, Jessica was appointed by the New Jersey Supreme Court to the District VII Ethics Committee for the 2018 to 2022 term, where she serves as a non-attorney public member of this regulatory body for the adjudication of attorney discipline matters.  Jessica is also an active member of her community and a participant in Withum's community outreach initiatives.

CONFIDENTIAL



**JESSICA L. HOLLOBAUGH, CPA/ABV, CFE**
**Partner**

**Expert Witness Testimony**

**Arbitration Testimony**

Wicks v. Halpern
(Burlington County, NJ) 2016

**Deposition Testimony**

McLain v Brown
(Bergen County, NJ) 2018

Integrated Laminate Systems, Inc. v. Fessenden Hall, Inc. and Wilsonart, LLC
(Camden County, NJ) 2019

# APPENDIX F

# EXHIBIT 1

Cooper Square Ventures, LLC
d/b/a ChannelReply
Balance Sheets

EXHIBIT 1

|  | 6/30/2016 | 12/31/2016 | 6/30/2017 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 66,358 | 48,882 | 89,409 | 154,005 | 466,694 | 693,860 |
| Credit Cards | - | - | - | - | 2,388 | - |
| Investments - Other | - | - | - | 77 | 1,517 | 84 |
| Loans to Shareholders | - | - | - | - | - | - |
| Investments - NDAP, LLC | - | - | - | - | - | - |
| Total Current Assets | 66,358 | 48,882 | 89,409 | 154,082 | 470,599 | 693,944 |
| **Other Assets** | | | | | | |
| Constructive Receipts | | 3,598 | - | - | | |
| Intercompany Receivable | | | | | | |
| Interco Receivable - CR | - | 460 | (2,995) | (2,995) | - | - |
| Interco Receivable - NDAP | 169,877 | 182,964 | 194,606 | 199,194 | - | - |
| Interco Receivable - NDAP LKQ | - | - | - | 16,000 | - | - |
| Other A/R - NDAP Amex | (227,233) | (227,233) | (227,233) | (227,233) | - | - |
| Investment | 10,000 | 10,000 | 10,000 | 10,000 | - | 1,517 |
| PayPal Receivable | - | 354 | 76 | 630 | - | 329 |
| Total Other Assets | (47,356) | (29,857) | (25,546) | (4,404) | - | 1,846 |
| Total Assets | 19,002 | 19,025 | 63,863 | 149,678 | 470,599 | 695,790 |
| **Liabilities** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable | - | - | - | - | 200,000 (a) | - |
| Credit Cards | | | | | | |
| Amex Interco 1006 | 265 | 3,617 | 3,644 | (9) | - | (9) |
| Amex Interco 1009 | 58 | 1,812 | 1,419 | 3,029 | - | 4,813 |
| Payroll Liabilities | (8,480) | - | - | - | - | - |
| Total Current Liabilities | (8,157) | 5,429 | 5,063 | 3,020 | 200,000 | 4,804 |
| Total Liabilities | (8,157) | 5,429 | 5,063 | 3,020 | 200,000 | 4,804 |
| **Stockholder Equity** | | | | | | |
| DG | - | - | 338 | 6,111 | - | - |
| David Gitman Contribution | (20,479) | (20,479) | (20,479) | (20,479) | - | - |
| Interco PayPal | 48,359 | 48,359 | 41,610 | 41,610 | - | - |
| Michael Dardashtian Contribution | (20,479) | (20,479) | (20,479) | (20,479) | - | - |
| Opening Balance Equity {21} | (45,620) | (45,620) | (45,620) | (45,620) | - | - |
| Partner 1 Draws | (15,000) | (20,000) | (20,000) | (20,000) | - | (391) |
| Partner 1 Equity | 2,500 | 3,229 | 2,989 | 2,989 | - | - |
| Partner 2 Draws | (10,000) | (10,000) | (10,000) | (10,000) | - | - |
| Partner 2 Equity | 2,500 | 3,229 | 3,229 | 3,229 | - | - |
| Transfer 7390 | 10,000 | 2,500 | 1,500 | 1,500 | - | - |
| Net Income | 5,514 | 2,993 | 52,855 | 134,940 | - | 420,777 |
| Capital Stock | | | | | 1,000 | |
| Additional paid-in capital | - | - | - | - | 160,185 (b) | - |
| Retained Earnings | 69,864 | 69,864 | 72,857 | 72,857 | 109,414 | 270,600 |
| Total Stockholder Equity | 27,159 | 13,596 | 58,800 | 146,658 | 270,599 | 690,986 |
| Total Liabilities and Stockholder Equity | 19,002 | 19,025 | 63,863 | 149,678 | 470,599 | 695,790 |

**Notes:**

Balance sheet information was not presented on the 2016 and 2017 tax returns and we have not been provided with the 2019 tax return as of the date of this analysis. The 2018 information was obtained from the 2018 tax return for CSV/ChannelReply. All other balance sheets data was obtained from the CSV/ChannelReply QuickBooks file.

(a) This amount represents an accrual for legal fees in the amount of $200,000 ($100,000 for each partner) for expenses incurred for this this matter.

(b) This amount represents a consolidations of equity accounts presented in the prior year (DG, David Gitman Contribution, Interco PayPal, Michael Dardashtian Contribution, Opening Balance Equity (21), Partner 1 Draws, Partner 1 Equity, Partner 2 Draws, Partner 2 Equity, Transfer 7390, Net Income, Retained Earnings).

# Exhibit 1.1

**Cooper Square Ventures, LLC**
**d/b/a ChannelReply**
**Balance Sheets**

EXHIBIT 1.1

| | 6/30/2016 | 12/31/2016 | 6/30/2017 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 349.2% | 256.9% | 140.0% | 102.9% | 99.2% | 99.7% |
| Credit Cards | 0.0% | 0.0% | 0.0% | 0.0% | 0.5% | 0.0% |
| Investments - Other | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 0.0% |
| Loans to Shareholders | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% |
| Investments - NDAP, LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Current Assets | 349.2% | 256.9% | 140.0% | 102.9% | 100.0% | 99.7% |
| **Other Assets** | | | | | | |
| Constructive Receipts | 0.0% | 18.9% | 0.0% | 0.0% | 0.0% | 0.0% |
| Intercompany Receivable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Interco Receivable - CR | 0.0% | 2.4% | -4.7% | -2.0% | 0.0% | 0.0% |
| Interco Receivable - NDAP | 894.0% | 961.7% | 304.7% | 133.1% | 0.0% | 0.0% |
| Interco Receivable - NDAP LKQ | 0.0% | 0.0% | 0.0% | 10.7% | 0.0% | 0.0% |
| Other A/R - NDAP Amex | -1195.8% | -1194.4% | -355.8% | -151.8% | 0.0% | 0.0% |
| Investment | 52.6% | 52.6% | 15.7% | 6.7% | 0.0% | 0.2% |
| PayPal Receivable | 0.0% | 1.9% | 0.1% | 0.4% | 0.0% | 0.0% |
| Total Other Assets | -249.2% | -156.9% | -40.0% | -2.9% | 0.0% | 0.3% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | |
| **Liabilities** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable | 0.0% | 0.0% | 0.0% | 0.0% | 42.5% | 0.0% |
| Credit Cards | | | | | | |
| Amex Interco 1006 | 1.4% | 19.0% | 5.7% | 0.0% | 0.0% | 0.0% |
| Amex Interco 1009 | 0.3% | 9.5% | 2.2% | 2.0% | 0.0% | 0.7% |
| Payroll Liabilities | -44.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Current Liabilities | -42.9% | 28.5% | 7.9% | 2.0% | 42.5% | 0.7% |
| Total Liabilities | -42.9% | 28.5% | 7.9% | 2.0% | 42.5% | 0.7% |
| **Stockholder Equity** | | | | | | |
| DG | 0.0% | 0.0% | 0.5% | 4.1% | 0.0% | 0.0% |
| David Gitman Contribution | -107.8% | -107.6% | -32.1% | -13.7% | 0.0% | 0.0% |
| Interco PayPal | 254.5% | 254.2% | 65.2% | 27.8% | 0.0% | 0.0% |
| Michael Dardashtian Contribution | -107.8% | -107.6% | -32.1% | -13.7% | 0.0% | 0.0% |
| Opening Balance Equity {21} | -240.1% | -239.8% | -71.4% | -30.5% | 0.0% | 0.0% |
| Partner 1 Draws | -78.9% | -105.1% | -31.3% | -13.4% | 0.0% | -0.1% |
| Partner 1 Equity | 13.2% | 17.0% | 4.7% | 2.0% | 0.0% | 0.0% |
| Partner 2 Draws | -52.6% | -52.6% | -15.7% | -6.7% | 0.0% | 0.0% |
| Partner 2 Equity | 13.2% | 17.0% | 5.1% | 2.2% | 0.0% | 0.0% |
| Transfer 7390 | 52.6% | 13.1% | 2.3% | 1.0% | 0.0% | 0.0% |
| Net Income | 29.0% | 15.7% | 82.8% | 90.2% | 0.0% | 60.5% |
| Capital Stock | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% |
| Additional paid-in capital | 0.0% | 0.0% | 0.0% | 0.0% | 34.0% | 0.0% |
| Retained Earnings | 367.7% | 367.2% | 114.1% | 48.7% | 23.2% | 38.9% |
| Total Stockholder Equity | 142.9% | 71.5% | 92.1% | 98.0% | 57.5% | 99.3% |
| Total Liabilities and Stockholder Equity | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

# EXHIBIT 2

Cooper Square Ventures, LLC
d/b/a ChannelReply
Income Statements

EXHIBIT 2

| | 7/1/2015-<br>6/30/2016 | 1/1/2016-<br>12/31/2016 | 7/1/2016-<br>6/30/2017 | 1/1/2017-<br>12/31/2017 | 1/1/2018-<br>12/31/2018 | 1/1/2019-<br>12/31/2019 |
|---|---|---|---|---|---|---|
| Revenues | 191,447 | 418,899 | 289,430 | 377,136 | 590,089 | 792,465 |
| Cost of Goods Sold | | | | | | |
| Purchases | - | - | - | 16,125 | - | - |
| Other Costs | 702 | - | 685 | - | 123 | 13 |
| Total Cost of Goods Sold | 702 | - | 685 | 16,125 | 123 | 13 |
| Gross Profit | 190,745 | 418,899 | 288,745 | 361,011 | 589,966 | 792,452 |
| Expenses | | | | | | |
| Advertising | 94 | 2,618 | 392 | 619 | 2,759 | 3,333 |
| Auto Expense | - | - | - | - | 5,494 | 5,428 |
| Bank Charges | 1,215 | 30,427 | 9,183 | 13,348 | 1,048 | 26,887 |
| Compensation of Officers | 198,062 | 9,000 | 9,000 | - | - | - |
| Computer Expenses | 2,058 | 4,592 | 7,119 | 10,116 | 16,029 | 26,579 |
| Delivery & Shipping | - | 5,059 | - | - | - | - |
| Dues & Subscriptions | - | - | - | 455 | - | - |
| Insurance | 9,637 | 23,689 | 11,787 | 2,777 | 4,857 | 6,060 |
| Meals & Entertainment | 1,901 | 4,338 | 4,166 | 2,417 | 158 | 91 |
| Miscellaneous | - | 19,133 | - | 511 | - | - |
| NY Taxes - Based on Income | - | 50 | - | 175 | - | - |
| Office Expense | - | 16,753 | - | - | - | - |
| On-Line Service Charges | - | - | - | - | 19,150 | - |
| Payroll Service | 706 | 429 | 132 | - | - | - |
| Payroll Taxes | 545 | 2,867 | 854 | - | - | - |
| Professional Fees & Consultants | 31,375 | 154,782 | 163,004 | 195,668 | 414,996 | 287,167 |
| Rents | - | - | 1,266 | 2,553 | 3,764 | 6,796 |
| Salaries & Wages | - | 20,951 | - | - | - | - |
| Site Operations | - | 43,365 | - | 9,251 | - | - |
| Supplies | 84 | 104,699 | 57 | 76 | - | 13 |
| Taxes | - | - | 25 | - | 3,388 | 300 |
| Telecommunications | 1,422 | 4,936 | 6,456 | 5,734 | 3,937 | 4,410 |
| Travel | 13,693 | 22,451 | 24,973 | 23,523 | 4,414 | 4,561 |
| Violations | - | - | - | - | 67 | 51 |
| Total Expenses | 260,792 | 470,139 | 238,414 | 267,223 | 480,061 | 371,675 |
| Pre-Tax Income | (70,047) | (51,240) | 50,331 | 93,788 | 109,905 | 420,777 |
| Other Income (Expense) | | | | | | |
| Interest Income | - | 2 | - | - | - | - |
| Capital Gain(Loss) | - | - | - | (241) | - | - |
| Section 1231 Gain(Loss) from Trade or Business | - | - | - | 66,014 | - | - |
| Plumburs, LLC | - | (1,265) | - | (2,464) | - | - |
| Total Other Income (Expense) | - | (1,263) | - | 63,309 | - | - |
| Net Book Income (Loss) | (70,047) | (52,503) | 50,331 | 157,097 | 109,905 | 420,777 |

**Notes:**
Years ended 12/31/2016, 12/31/2017, and 12/31/2018 were obtained from the respective tax returns for CSV/ChannelReply. The twelve months ended 6/30/2016 and 6/30/2017 and year ended 12/31/2019 information was obtained from the CSV/ChannelReply QuickBooks file.

# Exhibit 2.1

**Cooper Square Ventures, LLC**
**d/b/a ChannelReply**
**Income Statements**

EXHIBIT 2.1

| | 7/1/2015-6/30/2016 | 1/1/2016-12/31/2016 | 7/1/2016-6/30/2017 | 1/1/2017-12/31/2017 | 1/1/2018-12/31/2018 | 1/1/2019-12/31/2019 |
|---|---|---|---|---|---|---|
| Revenues | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of Goods Sold | | | | | | |
| Purchases | 0.0% | 0.0% | 0.0% | 4.3% | 0.0% | 0.0% |
| Other Costs | 0.4% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% |
| Total Cost of Goods Sold | 0.4% | 0.0% | 0.2% | 4.3% | 0.0% | 0.0% |
| Gross Profit | 99.6% | 100.0% | 99.8% | 95.7% | 100.0% | 100.0% |
| Expenses | | | | | | |
| Advertising | 0.0% | 0.6% | 0.1% | 0.2% | 0.5% | 0.4% |
| Auto Expense | 0.0% | 0.0% | 0.0% | 0.0% | 0.9% | 0.7% |
| Bank Charges | 0.6% | 7.3% | 3.2% | 3.5% | 0.2% | 3.4% |
| Compensation of Officers | 0.0% | 2.1% | 3.1% | 0.0% | 0.0% | 0.0% |
| Computer Expenses | 1.1% | 1.1% | 2.5% | 2.7% | 2.7% | 3.4% |
| Delivery & Shipping | 0.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% |
| Dues & Subscriptions | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% |
| Insurance | 5.0% | 5.7% | 4.1% | 0.7% | 0.8% | 0.8% |
| Meals & Entertainment | 1.0% | 1.0% | 1.4% | 0.6% | 0.0% | 0.0% |
| Miscellaneous | 0.0% | 4.6% | 0.0% | 0.1% | 0.0% | 0.0% |
| NY Taxes - Based on Income | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Office Expense | 0.0% | 4.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| On-Line Service Charges | 0.0% | 0.0% | 0.0% | 0.0% | 3.2% | 0.0% |
| Payroll Service | 0.4% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% |
| Payroll Taxes | 0.3% | 0.7% | 0.3% | 0.0% | 0.0% | 0.0% |
| Professional Fees | 16.4% | 36.9% | 56.3% | 51.9% | 70.3% | 36.2% |
| Rents | 0.0% | 0.0% | 0.4% | 0.7% | 0.6% | 0.9% |
| Salaries & Wages | 0.0% | 5.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Site Operations | 0.0% | 10.4% | 0.0% | 2.5% | 0.0% | 0.0% |
| Supplies | 0.0% | 25.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Taxes | 0.0% | 0.0% | 0.0% | 0.0% | 0.6% | 0.0% |
| Telecommunications | 0.7% | 1.2% | 2.2% | 1.5% | 0.7% | 0.6% |
| Travel | 7.2% | 5.4% | 8.6% | 6.2% | 0.7% | 0.6% |
| Violations | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Expenses | 32.8% | 112.2% | 82.4% | 70.9% | 81.4% | 46.9% |
| Pre-Tax Income | 66.9% | -12.2% | 17.4% | 24.9% | 18.6% | 53.1% |
| Other Income (Expense) | | | | | | |
| Interest Income | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Capital Gain(Loss) | 0.0% | 0.0% | 0.0% | -0.1% | 0.0% | 0.0% |
| Section 1231 Gain(Loss) from Trade or Business | 0.0% | 0.0% | 0.0% | 17.5% | 0.0% | 0.0% |
| Plumburs, LLC | 0.0% | -0.3% | 0.0% | -0.7% | 0.0% | 0.0% |
| Total Other Income (Expense) | 0.0% | -0.3% | 0.0% | 16.8% | 0.0% | 0.0% |
| Net Book Income (Loss) | 66.9% | -12.5% | 17.4% | 41.7% | 18.6% | 53.1% |

# EXHIBIT 3

**Cooper Square Ventures, LLC**
**d/b/a ChannelReply**
**Normalized Pre-Tax Income**

EXHIBIT 3

| | Notes | 7/1/2015-6/30/2016 | 1/1/2016-12/31/2016 | 7/1/2016-6/30/2017 | 1/1/2017-12/31/2017 | 1/1/2018-12/31/2018 | 1/1/2019-12/31/2019 |
|---|---|---|---|---|---|---|---|
| Pre-Tax Income | | $ (70,047) | $ (51,240) | $ 50,331 | $ 93,788 | $ 109,905 | $ 420,777 |
| Normalizing Adjustments | Notes | | | | | | |
| Officers Compensation | A | 198,062 | 9,000 | 9,000 | - | - | - |
| Compensation Adjustment | A | (99,031) | - | - | - | - | - |
| J. Liebman Compensation | B | - | - | 3,000 | 14,950 | 5,825 | 8,000 |
| NDAP Income | C | - | (234,355) | - | (1,000) | - | - |
| NDAP Expenses | C | - | 288,587 | - | 42,153 | - | - |
| Automobile Expense | D | 11,730 | 11,730 | 12,883 | 11,101 | 5,292 | 7,991 |
| Auto Insurance | E | 381 | 2,192 | 3,339 | 2,360 | 2,584 | 2,767 |
| Legal Fees | F | - | - | - | - | 200,000 | - |
| Total Normalizing Adjustments | | 111,142 | 77,153 | 28,222 | 69,564 | 213,701 | 18,758 |
| Normalized Pre-Tax Income before Reasonable Compensation | | $ 41,095 | $ 25,913 | $ 78,553 | $ 163,352 | $ 323,606 | $ 439,535 |

**Notes:**

A   The only CSV payroll related to officers and accordingly the full amount of compensation has been added back.  The amount included in the twelve months ended June 30, 2016 includes a $198,062 journal entry posted on December 31, 2015 relative to the full 2015 year.  Accordingly, approximately 50% of this entry pertains to the period January 1, 2015 to June 30, 2015 and has been adjusted as it relates to another period.

B   All Compensation paid to Joel Liebman, CPA, the Court appointed co-manager as a result of this litigation, was deemed to be considered part of officer's compensation and added back to net income.

C   The 2016 and 2017 tax returns of CSV/ChannelReply included the operations of NDAP.  In July 2017, NDAP and CSV/ChannelReply sold all assets relating to the Car Parts King business to Meridian Rack & Pinion, Inc. We have removed any income and expenses related to this business segment as it is no longer a part of the ongoing business activities.

D   This amount represents the car payments made to Volvo and BMW related to Dardashtian and Gitman's vehicles.

E   We added back 100% of CSV/Channel Reply auto insurance expense (after 2016/2017 adjustment to remove NDAP).

F   This amount represents legal fees accrued for both parties ($100,000 each) and reported as professional fees on the 2018 tax return.

# EXHIBIT 4

**Cooper Square Ventures, LLC**                                                    EXHIBIT 4
**d/b/a ChannelReply**
**Capitalized Earnings**
**as of June 30, 2017**

|  | 7/01/2015-<br>6/30/2016 | 7/1/2016-<br>6/30/2017 |
|---|---|---|
| Normalized Pre-Tax Income before Reasonable Compensation | 41,095 | 78,553 |
| Weight | 1 | 2 |
| Weighted Normalized Pre-Tax Income before Reasonable Compensation | $    41,095 | $    157,106 |
| | | |
| Weighted Normalized Pre-Tax Income Before Reasonable Compensation (rounded) | | $    66,000 |
| Less: Reasonable Compensation | | (150,000) |
| Weighted Normalized Pre-Tax Income | | $    (84,000) |

# EXHIBIT 5

**Cooper Square Ventures, LLC**                                                      EXHIBIT 5
**d/b/a ChannelReply**
**Capitalized Earnings**
**as of December 31, 2018**

| | 1/1/2016-12/31/2016 | 1/1/2017-12/31/2017 | 1/1/2018-12/31/2018 |
|---|---|---|---|
| Normalized Pre-Tax Income before Reasonable Compensation | $ 25,913 | $ 163,352 | $ 323,606 |
| Weight | - | 1 | 2 |
| Weighted Normalized Pre-Tax Income before Reasonable Compensation | $ - | $ 163,352 | $ 647,212 |
| | | | |
| Weighted Normalized Pre-Tax Income Before Reasonable Compensation (rounded) | | | $ 270,000 |
| Less: Reasonable Compensation | | | (150,000) |
| Weighted Normalized Pre-Tax Income | | | 120,000 |
| | | | |
| Income Taxes at | | 27.5% | (33,000) |
| | | | |
| After-Tax Income | | | 87,000 |
| One Plus Long-Term Expected Growth Rate | | | 104% |
| | | | |
| Future Expected After-Tax Income | | | 90,480 |
| Capitalization Rate | | | 16.0% |
| | | | |
| **Fair Value (Marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded)** | | | **566,000** |
| | | | |
| Discount For Lack of Marketability | | 25.0% | (141,500) |
| | | | |
| **Fair Value (Non-marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded)** | | | **425,000** |
| | | | |
| Subject Interest | | | 50.0% |
| | | | |
| **Fair Value (Non-marketable) of a 50% Operating Interest in CSV/ChannelReply (rounded)** | | | **$ 213,000** |

# Exhibit 5.1

**Cooper Square Ventures, LLC**                                         EXHIBIT 5.1
**d/b/a ChannelReply**
**Build Up of Discount Rate and Capitalization Rate**
**as of December 31, 2018**

| | | |
|---|---|---|
| Risk Free Rate | (1) | 2.87% |
| Equity Risk Premium | (2) | 6.04% |
| Size Premium | (3) | 5.37% |
| Specific Company Risk | (4) | 6.00% |
| After-Tax Discount Rate (rounded) | | 20.00% |
| Growth Rate | (5) | -4.00% |
| After-Tax Capitalization Rate (rounded) | | 16.00% |

(1)  Per Federal Reserve Board. The rate reflects the twenty year Treasury Bond constant maturity rate as of December 31, 2019.

(2)  Per Duff & Phelps Cost of Capital Navigator. The rate represents the supply-side long-term equity risk premium.

(3)  Per Duff & Phelps Cost of Capital Navigator. The rate represents the additional risk premium of the smallest public companies. We utilized decile 10.

(4)  Represents our assessment of the subject entity's financial and business risks.

(5)  Represents long-term expected growth rate based on expected rate of inflation and the historical growth of the business.

# EXHIBIT 6

**Cooper Square Ventures, LLC**
**d/b/a ChannelReply**
**Capitalized Earnings**
**as of May 1, 2020**

EXHIBIT 6

| | 1/1/2016-12/31/2016 | 1/1/2017-12/31/2017 | 1/1/2018-12/31/2018 | 1/1/2019-12/31/2019 |
|---|---|---|---|---|
| Normalized Pre-Tax Income before Reasonable Compensation | $ 25,913 | $ 163,352 | $ 323,606 | $ 439,535 |
| Weight | - | - | - | 1 |
| Weighted Normalized Pre-Tax Income before Reasonable Compensation | $ - | $ - | $ - | $ 439,535 |

| | | |
|---|---|---|
| Weighted Normalized Pre-Tax Income Before Reasonable Compensation | | $ 440,000 |
| Less: Reasonable Compensation | | (150,000) |
| Weighted Normalized Pre-Tax Income | | 290,000 |
| | | |
| Income Taxes at | 27.5% | (79,750) |
| | | |
| After-Tax Income | | 210,250 |
| One Plus Long-Term Expected Growth Rate | | 110% |
| | | |
| Future Expected After-Tax Income | | 231,275 |
| Capitalization Rate | | 18.0% |
| | | |
| **Fair Value (Marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded)** | | **1,285,000** |
| | | |
| Discount For Lack of Marketability | 25.0% | (321,250) |
| | | |
| **Fair Value (Non-marketable) of a 100% Operating Interest in CSV/ChannelReply (rounded)** | | **964,000** |
| | | |
| Subject Interest | | 50.0% |
| | | |
| **Fair Value (Non-marketable) of a 50% Operating Interest in CSV/ChannelReply (rounded)** | | **$ 482,000** |

# Exhibit 6.1

**Cooper Square Ventures, LLC**                                              EXHIBIT 6.1
**d/b/a ChannelReply**
**Build Up of Discount Rate and Capitalization Rate**
**as of May 1, 2020**

| | | |
|---|---|---|
| Risk Free Rate | (1) | 1.04% |
| Equity Risk Premium | (2) | 6.17% |
| Size Premium | (3) | 4.99% |
| Specific Company Risk | (4) | 10.00% |
| After-Tax Discount Rate (rounded) | | 22.00% |
| Growth Rate | (5) | -4.00% |
| After-Tax Capitalization Rate (rounded) | | 18.00% |

(1) Per Federal Reserve Board. The rate reflects the twenty year Treasury Bond constant maturity rate as of May 1, 2020.

(2) Per Duff & Phelps Cost of Capital Navigator. The rate represents the supply-side long-term equity risk premium.

(3) Per Duff & Phelps Cost of Capital Navigator. The rate represents the additional risk premium of the smallest public companies. We utilized decile 10.

(4) Represents our assessment of the subject entity's financial and business risks.

(5) Represents long-term expected growth rate based on expected rate of inflation and the historical growth of the business.