**Exhibit 56**

# MM Mixmax

☑ Compose

⚡ Live Feed

**Live Feed** | EVERYONE | MYSELF | MY TEAM

🔍 ▾ Search

⬇ Download CSV

MM Insights
- ⊙ Outbox
- ✉ Sequences
- 📄 Templates
- 👥 Contacts
- ◎ Branding
- 🗓 Calendar
- 👥 Team
- ☰ Account & Billing
- ⚙ Settings
- ✦ What's New

⊙ Mike Desh
imdesh@mlapllc.com

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | |
|---|---|---|---|---|---|---|---|
| ⊙ Me | | ⊙ Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman<br>*Brooklyn, New York, United States*<br>Mar_31_2017_Statement.pdf | Jun 1 ⊠ |
| ⊙ Me | | ⊙ Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman<br>*Brooklyn, New York, United States*<br>2016_Tax_Form_1099-DIV.pdf | Jun 1 ⊠ |
| ⊙ Me | | ⊙ David, Jeremy, Jeffrey, +1 | | | Re: CPK | ⊙ Opened by David Gitman<br>*Brooklyn, New York, United States* | Jun 1 ⊠ |
| ⊙ Me | | ⊙ Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | ⊙ Opened by David Gitman | Jun 1 · 6:04am ⊠   View in Gmail   Mute |
| ⊙ Me | | ⊙ Rajiv, Konstantyn, Vimihya | | | Re: Freshdesk / ChannelReply | ⊙ Opened by Rajiv Ramanan | Jun 1 ⊠ |

# EXHIBIT B

**M Mixmax**

Live Feed   EVERYONE   MYSELF   MY TEAM

Download CSV

✏ Compose

Q ▾ Search

⚡ Live Feed

📊 Insights
⊙ Outbox
⤷ Sequences
🗒 Templates

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | |
|---|---|---|---|---|---|---|---|
| 🔲 Me | | ☺ Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman<br>*Brooklyn, New York, United States*<br>Mar_31_2017_Statemen t.pdf | Jun 1 🏳 |
| 🔲 Me | | ☺ Joel, Ronnie | | | American Century Investment Account | ⬇ Downloaded by Joel Liebman<br>*Brooklyn, New York, United States*<br>2016_Tax_Form_1099-DIV.pdf | Jun 1 🏳 |
| 🔲 Me | | 💬 David, Jeremy, Jeffrey, +1 | | | Re: CPK | ◉ Opened by David Gitman<br>*Brooklyn, New York, United States* | Jun 1 · 6:52am 🏳  View in Gmail  Mute |
| 🔲 Me | | 💬 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | ◉ Opened by David Gitman | Jun 1 🏳 |
| 🔲 Me | | ☺ Rajiv, Konstantyn, Viminya | | | Re: Freshdesk / ChannelReply | ◉ Opened by Rajiv Ramanan | Jun 1 🏳 |

📇 Contacts
◎ Branding

📅 Calendar

👥 Team
☰ Account & Billing
⚙ Settings

⌄ What's New

👤 Mike Dash
mdash@ndap-llc.com

# EXHIBIT C

M Mixmax

Compose

Live Feed   EVERYONE   MYSELF   MY TEAM

Q ▾  Search

All   Unopened   Opened   Clicked   Downloaded   Replied   Meeting Confirmed

☁ Download CSV

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Me | | Joel, Ronnie | | | American Century Investment Account | ☁ Downloaded by Joel Liebman Brooklyn, New York, United States Mar_31_2017_Statement.pdf | Jun 1 🔒 |
| Me | | Joel, Ronnie | | | American Century Investment Account | ☁ Downloaded by Joel Liebman Brooklyn, New York, United States 2016_Tax_Form_1099-DIV.pdf | Jun 1 · 6:55am 🔒  View in Gmail   Mute |
| Me | | David, Jeremy, Jeffrey, +1 | | | Re: CPK | ◎ Opened by David Gitman Brooklyn, New York, United States | Jun 1 🔒 |
| Me | | Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | ◎ Opened by David Gitman | Jun 1 🔒 |
| Me | | Rajiv, Konstantyn, Viminya | | | Re: Freshdesk / ChannelReply | ◎ Opened by Rajiv Ramanan | Jun 1 🔒 |

📊 Insights

◎ Outbox
🗐 Sequences
🗒 Templates
🖇 Contacts
◎ Branding
📅 Calendar
👥 Team
☰ Account & Billing
⚙ Settings
✦ What's New
Mike Dash
Imdash@ndapi-llc.com

# EXHIBIT D

**M Mixmax** `<`

LiveFeed   EVERYONE   MYSELF   MY TEAM

☑ Compose

⚡ Live Feed
Insights
◎ Outbox
⚏ Sequences
▤ Templates
▦ Contacts
◉ Branding
▦ Calendar
👥 Team
▤ Account & Billing
⚙ Settings
✦ What's New
Mike Dash
mdash@napfi.com

Q ▾ Search

| All | Unopened | Opened | Clicked | Downloaded | Replied | Meeting Confirmed | | |
|-----|----------|--------|---------|------------|---------|-------------------|---|---|
| ⓜ Me | | ⌣ Joel, Ronnie | | | American Century Investment Account | | ⬇ Downloaded by Joel Liebman<br>Brooklyn, New York, United States<br>Mar_31_2017_Statemen t.pdf | Jun 1 · 6:55am ⌂  View in Gmail   Mute |
| ⓜ Me | | ⌣ Joel, Ronnie | | | American Century Investment Account | | ⬇ Downloaded by Joel Liebman<br>Brooklyn, New York, United States<br>2016_Tax_Form_1099-DIV.pdf | Jun 1 ⌂ |
| ⓜ Me | | 🔁 David, Jeremy, Jeffrey, +1 | | | Re: CPK | | ⊘ Opened by David Gitman<br>Brooklyn, New York, United States | Jun 1 ⌂ |
| ⓜ Me | | 🔁 Justin, Konstantyn, Aleksey, +1 | | | Re: Colton with Google | | ⊘ Opened by David Gitman | Jun 1 ⌂ |
| ⓜ Me | | ⌣ Rajiv, Konstantyn, Vimlnya | | | Re: Freshdesk / ChannelReply | | ⊘ Opened by Rajiv Raманan | Jun 1 ⌂ |

⬇ Download CSV

**Exhibit 57** A



# EXHIBIT B

# stripe

## Welcome back!

Wrong email or password.

michael@channelreply.com

Password

☑ Remember me

Forgot your password?

**Sign in to your account**

Don't have an account? Sign up

# EXHIBIT C



## **Exhibit 58**

I have been removed as an admin on our google domain.  I need to be added back as an admin to the ndap-llc.com level domain which controls all of our subdomains. We were both admins which grants the other the power to remove someone as an admin and disable, suspend or delete accounts.

Email Address':
mdash@ndap-llc.com
mdash@carpartkings.com
mdash@coopersquare.ventures
mdash@coopersquareventures.com
mdash@plumburs.com
michael@channelreply.com
partners@ndap-llc.com
paypal@ndap-llc.com
partners@plumburs.com
paypal@coopersquareventures.com
sales@carpartkings.com
sales@channelreply.com
sales@nextdayautoparts.com
support@channelreply.com

All google drive accounts associated with the email accounts shown above
All google analytics accounts associated with the email accounts shown above

Bank of America Bank Accounts:
Cooper Square Ventures
NDAP, LLC

1Password Account – this is a password and login account management system. It holds all of my personal passwords and the companies shared passwords.  Account was paid for out of company funds.

Chargebee Account – This is our subscription management account that holds the customer information and billing information for all of our ChannelReply customers

Stripe Account – This is our credit card billing service that allows us to receive credit card payments from our customers.

PayPal Account – This is an online payment system which allows us to take online payments from our customers.

Upwork Account – This is a freelancer marketplace that allows us to hire and pay freelancers to run the business.

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services  (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me — This is a screenshare service that allows us to talk to customers and share our screens with them

Zendesk Accounts – This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

JIRA Account – This is a project management software that allows us to manage projects effectively for our business and work with one another to successfully complete tasks.

Slack – This is a messaging management software for our business that allows company employees and freelancer to openly communicate with one another and share documents.

Amazon Seller Central – This is our Amazon seller account that allows us to sell products on Amazon and manage our MWS accounts for channelreply sellers through our admin.

eBay Accounts – This allows us to sell products on ebay and manage our ebay subscription id's for channelreply sellers through our admin.

Timedoctor – This allows us to manage the time management of employees and freelancers via an online portal to track time and take screenshots of employees and freelancer work.

Amazon Web Services  (AWS) – This is where we manage all of our Amazon Web Servers which keep the businesses servers running effectively.

American Express Account – This is a NDAP corporate credit card account

Magento Accounts – This is our Magento Admin which allows us to see all backend data associated with our business

Quickbooks Accounts – This is where all the finances are held and all accounting and reconciliation is done.

Desk.com Account - This is a customer service management account which allows us to talk to our customers when they email us through support tickets.

Godaddy Account – We have a company godaddy account which owns and operates many domains, I cannot login to Godaddy to even list all of the domains we own together.

Magemojo – This is our Magento hosted server account

Mailchimp – This is our email subscription newsletter account

Github – This is where all of our software is checked in and stored for sharing

Ringcentral – This is our VOIP system that allows us to make and receive internet phone calls and faxes

Join.me – This is a screenshare service that allows us to talk to customers and share our screens with them

**Exhibit 59**



Your "ndap" 1Password account has been suspended. Please contact your administrator.

**Exhibit 60**



**Exhibit 60**

6/4/2017                                   ndap Mail - Confirm your email address



Mike Dash <mdash@ndap-llc.com>

---

## Confirm your email address

---

service via Partners <partners@plumburs.com>                    Sat, May 27, 2017 at 4:18 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



# Confirm your email address

Hello Cooper Square Ventures, LLC,

Confirm your email address now to let us know it really belongs to you.

Once that's done, you're ready to receive money.

If you are unable to click the button below to confirm your email, please follow this link
https://www.paypal.com/us/signin?expId=confirmEmail&cc=16094865017745295720&em=
FrBKfVd3C2oxXvNngfUVcOSN9j9VEQ_WgUaVrPZ0yyVRzw5E1mXySGFBWZJVT
OvN9vQ_2RjdsiigRw6b.

Confirm your email

Thanks,

PayPal

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000372:b3fc1edcfee4e

# EXHIBIT B

6/6/2017                                    ndap Mail - You just changed your password



Mike Dash <mdash@ndap-llc.com>

---

## You just changed your password

---

service via Partners <partners@plumburs.com>                    Sat, May 27, 2017 at 4:23 PM
Reply-To: service@paypal.com
To: "Cooper Square Ventures, LLC" <paypal@channelreply.com>



Hello Cooper Square Ventures, LLC,

You just changed your password.

If you didn't change your password, give us a call right away at 402-935-7733.

 Just a reminder:

 - Never share your password with anyone.
 - Create passwords that are hard to guess and don't use personal information. Be sure to include uppercase and lowercase letters, numbers, and symbols.
 - Use different passwords for each of your online accounts.

Sincerely,
PayPal

Help  | Security Centre

Please do not reply to this email. To get in touch with us, click Help & Contact.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001527:17632bf0a47e5

# EXHIBIT C

**PayPal**

⚠ Some of your info isn't correct. Please try again.

paypal@coopersquareventures.com

Password

**Log In**

Having trouble logging in?

Sign Up

**Exhibit 61**



Konstantin Bagaev
May 31, 2017, 09:43 AM

Channel Reply Customer Support  JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 58          Mouse movements / min: 16

**Exhibit 62**



slack

(i) You need to sign in to see this page.

# Sign in to channelreply

channelreply.slack.com

What is your sign-in email address?

you@example.com

Continue →

If you have an @channelreply.com email address, you can create an account.

## **Exhibit 63**



## Cooper Square Ventures

Help

🔍 Search transactions

### Available Balance                    -$10.89

**Amount Included in Available Balance**

**Processing**                          -$10.89
CHECKCARD 05/28                          -$10.89
ATLASSIAN ATLASSIAN B.V

**Processing**                          -$23,982.53
CASHED CHECK HOLD ON                     $0.00
05/27

**Processing**                          -$50,000.00
CASHED CHECK HOLD ON                     $23,982.53
05/27

**Processing**                          $124.23
ACH CREDIT PAYPAL                        $73,982.53
TRANSFER ON 05/27

**05/26/2017**
PAYPAL DES:TRANSFER ID:
56YJ2A5SSSZKC                            $220.38
INDN:COOPER SQUARE                       $73,858.30
VENTURES CO
ID:PAYPALSD11 PPD

**05/25/2017**
PAYPAL DES:TRANSFER ID:
56YJ2A5RR9NB8                            $347.91
INDN:COOPER SQUARE                       $73,637.92
VENTURES CO

## **Exhibit 64**

●●○○○ Verizon   LTE          10:40 AM          ⏰ ✳ 91% ▭

‹ **Back**                                    ⌃      ⌄

---

From: **David Gitman**                         

To: Michael Dash                         Hide

---

## Canceled Event: ChannelReply Sprint Planning Meeting @ Mon May 29, 2017 10:30am - 10:55am (Mike Dash)
Today at 10:26 AM

---

**This event has been canceled and removed from your calendar.**

**ChannelReply Sprint Planning Meeting**

| | |
|---|---|
| When | Mon May 29, 2017 10:30am – 10:55am Eastern Time |
| Where | https://join.skype.com/CWOEt6JzF0lz (map) |
| Video call | https://plus.google.com/hangouts/_/ndap-llc.com/channelreply |
| Calendar | Mike Dash |
| Who | • David Gitman - organizer |
| | • Konstantyn Bagaiev |
| | • Artem Lalaiants |
| | • aglukharev@ndap-llc.com |
| | • Justin Golschneider |
| | • Mike Dash |

Invitation from Google Calendar

You are receiving this email at the account mdash@ndap-llc.com because you are subscribed for cancellations on calendar Mike Dash.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

---

                    

# EXHIBIT B

[ July 10, 2017 8:35 AM ] David Gitman: Hey. Hope you had a good weekend. Did you get the release yet?

[ July 10, 2017 8:54 AM ] Konstantyn Bagaiev: I was promised to have it today

[ July 10, 2017 8:54 AM ] Konstantyn Bagaiev: Hi

[ July 10, 2017 9:07 AM ] Konstantyn Bagaiev: Dave, In your email you asked me to point on 10% suggestion to Alice. Here is it

https://monosnap.com/file/tL4cwY9AO1ZcEJdM1V9ek1uFVnpCQo

[ July 10, 2017 9:08 AM ] Konstantyn Bagaiev: It is from Mike's initial Affidavit Exhibit 68

[ July 10, 2017 9:59 AM ] David Gitman: Great news about release. Is it for Aleksey too?

[ July 10, 2017 10:00 AM ] David Gitman: I missed the 10% in that email. This is great.

[ July 10, 2017 10:00 AM ] David Gitman: Thank you for pointing that out.

[ July 10, 2017 10:00 AM ] Konstantyn Bagaiev: Yes of course.  But 30 mins ago Mike told that it will take 2 more days

[ July 10, 2017 10:00 AM ] David Gitman: That's scary. I was told it is a simple filing.

[ July 10, 2017 10:01 AM ] David Gitman: It sounds like he's not going to give you a release until you sign over all intellectual property to him

[ July 10, 2017 10:02 AM ] David Gitman: He must've have gotten a new lawyer to draft that

[ July 10, 2017 10:02 AM ] Konstantyn Bagaiev: I will not

[ July 10, 2017 10:02 AM ] Konstantyn Bagaiev: I will not sign this for release only

[ July 10, 2017 10:03 AM ] Konstantyn Bagaiev: I don't think I actually going to sign anything at all

[ July 10, 2017 10:03 AM ] Konstantyn Bagaiev: Except of my share agreement :)

[ July 10, 2017 10:03 AM ] David Gitman: I hope you get the tax issue and ownership sorted out with the release.

[ July 10, 2017 10:04 AM ] Konstantyn Bagaiev: I don't think it can be sorted before you both will settle with something

[ July 10, 2017 10:04 AM ] David Gitman: Make sure that you're fully vested and can't be diluted with the shares. Otherwise he could fire you the next day and he'll have the IP and you'll have no work

[ July 10, 2017 10:05 AM ] David Gitman: I'm happy to sign anything to ensure that you have ownership and no tax liability.

[ July 10, 2017 10:12 AM ] Konstantyn Bagaiev: Dave you should negotiate this with Mike somehow. Or he should negotiate this with you. Someone should make first step. Both should. Both should be ready to give up in some requirements. You need long negotiations, without rage. Not a single ultimatum  email.

[ July 10, 2017 10:13 AM ] David Gitman: I can't negiotate for you.

[ July 10, 2017 10:13 AM ] Konstantyn Bagaiev: I mean only you and Mike

[ July 10, 2017 10:13 AM ] David Gitman: David,

We spoke with Barry.  They aren't willing to mediate he said. We think next best step is to go forward with the counterclaims.  Please let us know if you would like to discuss further.  We will prepare the counterclaims for your review early next week.

Best regards,
Lindsay

[ July 10, 2017 10:18 AM ] Konstantyn Bagaiev: What was said?

[ July 10, 2017 10:19 AM ] David Gitman: We asked for mediation or arbitration. They have no interest in that.

[ July 10, 2017 10:20 AM ] David Gitman: Barry can't take mediation or arbitration because he is working on a contingency basis

[ July 10, 2017 10:20 AM ] David Gitman: Unless Mike would pay his fees

[ July 10, 2017 10:20 AM ] David Gitman: And Mike has no interest in that

[ July 10, 2017 10:20 AM ] Konstantyn Bagaiev: Do you have written decline on this suggestion?

[ July 10, 2017 10:21 AM ] David Gitman: From Barry?

[ July 10, 2017 10:21 AM ] Konstantyn Bagaiev: Basically this can be used

[ July 10, 2017 10:21 AM ] Konstantyn Bagaiev: In court

[ July 10, 2017 10:21 AM ] Konstantyn Bagaiev: Like they have no good will

[ July 10, 2017 10:21 AM ] David Gitman: We have it in multiple emails.

[ July 10, 2017 10:22 AM ] Konstantyn Bagaiev: Do they explain the reason?

[ July 10, 2017 10:23 AM ] David Gitman: "My client has no interest in mediation"

[ July 10, 2017 10:23 AM ] Konstantyn Bagaiev: Ok I see

[ July 10, 2017 10:23 AM ] Konstantyn Bagaiev: Thanks

[ July 10, 2017 10:24 AM ] Konstantyn Bagaiev: Actually this is clear. Current situation suits Mike.

[ July 10, 2017 10:24 AM ] Konstantyn Bagaiev: He has all he need

[ July 10, 2017 10:25 AM ] David Gitman: I think this will change when Barry realizes how little money there is to be made.

[ July 10, 2017 10:25 AM ] David Gitman: I mean, I hope this will change

[ July 10, 2017 10:26 AM ] David Gitman: I'm done being defensive. Now it's time to play offense.

[ July 10, 2017 10:26 AM ] Konstantyn Bagaiev: Dave I can give several suggestions right now to you. But they are all useless while you are with Dentons

[ July 10, 2017 10:27 AM ] David Gitman: I am meeting with other lawyers

[ July 10, 2017 10:27 AM ] Konstantyn Bagaiev: First and main is. You should clearly know if you are able to compete

[ July 10, 2017 10:27 AM ] Konstantyn Bagaiev: Clearly.

[ July 10, 2017 10:27 AM ] Konstantyn Bagaiev: This is important.

[ July 10, 2017 10:27 AM ] David Gitman: Why is this important?

[ July 10, 2017 10:28 AM ] Konstantyn Bagaiev: Because all our issues are because it wasn't clear

[ July 10, 2017 10:28 AM ] David Gitman: What do you mean by "our issues"?

[ July 10, 2017 10:29 AM ] Konstantyn Bagaiev: I mean this suit and that we couldn't immediately win it

[ July 10, 2017 10:29 AM ] David Gitman: There is no suit yet

[ July 10, 2017 10:29 AM ] Konstantyn Bagaiev: Like it is not clear that you didn't break the law

[ July 10, 2017 10:29 AM ] David Gitman: It's only been an order of protection

[ July 10, 2017 10:30 AM ] David Gitman: I didn't break any laws.

[ July 10, 2017 10:30 AM ] Konstantyn Bagaiev: I don't care what is it. If you don't break the law then why can't you control your company

[ July 10, 2017 10:31 AM ] Konstantyn Bagaiev: Basically as I say all senseless with these lawyers

[ July 10, 2017 10:31 AM ] David Gitman: Because the judge asked for everything to be reset to June 26th before he will allow even a preliminary trail to start.

[ July 10, 2017 10:31 AM ] Konstantyn Bagaiev: All discussions are useless

[ July 10, 2017 10:31 AM ] David Gitman: The judge doesn't want a trial with a "moving target"

[ July 10, 2017 10:31 AM ] David Gitman: It makes sense to me.

[ July 10, 2017 10:32 AM ] Konstantyn Bagaiev: We both can't discuss when lawyers don't explain and don't do anything.

[ July 10, 2017 10:32 AM ] David Gitman: I'm also very happy not to have control right now. I can focus on building other things.

[ July 10, 2017 10:32 AM ] Konstantyn Bagaiev: I see.

[ July 10, 2017 10:33 AM ] David Gitman: Let Mike kill the companies. It only makes me look better.

[ July 10, 2017 10:34 AM ] Konstantyn Bagaiev: This is what I can't agree with. I don't want to destroy CR.

[ July 10, 2017 10:34 AM ] Konstantyn Bagaiev: "Look better" can be turned against tou

[ July 10, 2017 10:34 AM ] David Gitman: Mike will milk CR for all money he can make out of it. Other then that, it's done.

[ July 10, 2017 10:35 AM ] Konstantyn Bagaiev: Like issues are because of your actions

[ July 10, 2017 10:35 AM ] David Gitman: I really wanted to build something awesome.

[ July 10, 2017 10:36 AM ] David Gitman: Mike said infant of judge that he will take responsibility if he is given control.

[ July 10, 2017 10:36 AM ] David Gitman: I agreed.

[ July 10, 2017 10:36 AM ] David Gitman: *in front

[ July 10, 2017 10:36 AM ] David Gitman: I have no interest in working with Mike

[ July 10, 2017 10:37 AM ] Konstantyn Bagaiev: Dave. Why I know about this responsibility only now?

[ July 10, 2017 10:37 AM ] David Gitman: You know I was removed as a managing member weeks ago

[ July 10, 2017 10:37 AM ] David Gitman: I called you right after court

[ July 10, 2017 10:37 AM ] Konstantyn Bagaiev: Yes I know this.

[ July 10, 2017 10:38 AM ] Konstantyn Bagaiev: But telling in front of judje that he takes responsibility is a bit different way

[ July 10, 2017 10:38 AM ] David Gitman: I'm sorry if I didn't give the details of the converstation. It was a crazy day and the days after were tough.

[ July 10, 2017 10:38 AM ] David Gitman: I didn't mean to hide

[ July 10, 2017 10:38 AM ] David Gitman: It is very emtional and another emotion takes over from another event and I forget to explain something.

[ July 10, 2017 10:39 AM ] David Gitman: I hope you can understand that I try to give you all details.

[ July 10, 2017 10:39 AM ] David Gitman: But some are missed.

[ July 10, 2017 10:39 AM ] Konstantyn Bagaiev: Important ones

[ July 10, 2017 10:39 AM ] David Gitman: Yes

[ July 10, 2017 10:39 AM ] David Gitman: I'm sure there are other important ones as well.

[ July 10, 2017 10:40 AM ] David Gitman: Once again I will invite you to come here to help sort this out.

[ July 10, 2017 10:40 AM ] David Gitman: You can be in the courtroom.

[ July 10, 2017 10:40 AM ] David Gitman: Otherwise I will do my best to tell you everything I can think of.

[ July 10, 2017 10:41 AM ] Konstantyn Bagaiev: Dave, my main concern is that there were no strategy. Nothing being explained, but for some reason I should leave job and see how MY project is being destroyed.

[ July 10, 2017 10:42 AM ] Konstantyn Bagaiev: Justin Golschneider [5:41 PM]
Volo Commerce is starting to advertise for keywords we're targeting.

[ July 10, 2017 10:42 AM ] David Gitman: I am looking for new lawyers

[ July 10, 2017 10:42 AM ] David Gitman: Mike has been emailing with Volo as of last week

[ July 10, 2017 10:42 AM ] David Gitman: He must be making money from them

[ July 10, 2017 10:42 AM ] Konstantyn Bagaiev: Hoping on some perspective. Without explanation of what kind of perspective.

[ July 10, 2017 10:43 AM ] David Gitman: Mike could file a cease and desist with them

[ July 10, 2017 10:43 AM ] David Gitman: I'm doing my best K

[ July 10, 2017 10:43 AM ] David Gitman: I'm sorry if it's not good enough

[ July 10, 2017 10:44 AM ] David Gitman: This is who I am

[ July 10, 2017 10:44 AM ] David Gitman: I have limitations too

[ July 10, 2017 10:45 AM ] Konstantyn Bagaiev: Michael Dash [5:43 PM]
Volo sends us customers a lot

[5:43]
there solution doesnt work

[ July 10, 2017 10:45 AM ] Konstantyn Bagaiev: You can read in slack general chat

[ July 10, 2017 10:46 AM ] David Gitman: Where is the agreement with Volo?

[ July 10, 2017 10:46 AM ] David Gitman: Crazy

[ July 10, 2017 10:46 AM ] Konstantyn Bagaiev: Are you asking me?

[ July 10, 2017 10:46 AM ] David Gitman: I'm asking a rhetorical question

[ July 10, 2017 10:46 AM ] Konstantyn Bagaiev: :)

[ July 10, 2017 10:47 AM ] David Gitman: Mike's going to make money for both sides

[ July 10, 2017 10:52 AM ] David Gitman: I also believe that that desk.com is kicking back Michael money. But we won't be able to prove that until the discovery phase of the trial

[ July 10, 2017 10:52 AM ] Konstantyn Bagaiev: That senseless. In this case Mike would recommend Desk for customers

[ July 10, 2017 10:53 AM ] Konstantyn Bagaiev: We have a very few of Desk cusotmers

[ July 10, 2017 10:53 AM ] David Gitman: It doesn't mean it's not in place.

[ July 10, 2017 10:53 AM ] David Gitman: The truth will come out

[ July 10, 2017 10:55 AM ] Konstantyn Bagaiev: You are right.

[ July 10, 2017 10:57 AM ] David Gitman: I believe I am and the truth will come out

[ July 10, 2017 10:58 AM ] Konstantyn Bagaiev: But once again, this is all senseless without clear plan or strategy. And I don't see strategy.

[ July 10, 2017 10:59 AM ] David Gitman: My strategy is to put an end to this as quickly as possible.

[ July 10, 2017 10:59 AM ] David Gitman: Otherwise I'm told this will take years

[ July 10, 2017 10:59 AM ] David Gitman: The current strategy is to file counterclaim so Mike comes to the table

[ July 10, 2017 11:00 AM ] Konstantyn Bagaiev: It is not a strategy.

[ July 10, 2017 11:00 AM ] Konstantyn Bagaiev: It is just next step

[ July 10, 2017 11:01 AM ] David Gitman: What would a strategy be?

[ July 10, 2017 11:01 AM ] Konstantyn Bagaiev: What counterclaim can achieve. What it can't. How Mike can react.

[ July 10, 2017 11:01 AM ] Konstantyn Bagaiev: How he can't

[ July 10, 2017 11:02 AM ] Konstantyn Bagaiev: What should be next step in both good and bad cases

[ July 10, 2017 11:02 AM ] Konstantyn Bagaiev: What are probabilities of each

[ July 10, 2017 11:03 AM ] Konstantyn Bagaiev: What should be your next step after counter claom

[ July 10, 2017 11:03 AM ] Konstantyn Bagaiev: Can Mike pull time after counter claim

[ July 10, 2017 11:03 AM ] Konstantyn Bagaiev: How much does that all costs for both you and mike

[ July 10, 2017 11:03 AM ] David Gitman: OTP

[ July 10, 2017 11:04 AM ] Konstantyn Bagaiev: A lot of questions which you should have reply before doing any step

[ July 10, 2017 11:14 AM ] David Gitman: I can answer most of these questions

[ July 10, 2017 11:15 AM ] David Gitman: What counterclaim can achieve. What it can't.

[ July 10, 2017 11:15 AM ] David Gitman: From what perspetive? Money?

[ July 10, 2017 11:15 AM ] David Gitman: Want to call me?

[ July 10, 2017 11:15 AM ] Konstantyn Bagaiev: The strategy is replies to 10 times more questions.

[ July 10, 2017 11:16 AM ] David Gitman: Yes

[ July 10, 2017 11:16 AM ] Konstantyn Bagaiev: Actually strategy assumes goals.

[ July 10, 2017 11:16 AM ] David Gitman: This is a slow long process

[ July 10, 2017 11:16 AM ] Konstantyn Bagaiev: I don't see clear goals

[ July 10, 2017 11:16 AM ] David Gitman: My goal is to settle and move on.

[ July 10, 2017 11:17 AM ] David Gitman: Lawyers clearly understand this.

[ July 10, 2017 11:18 AM ] Konstantyn Bagaiev: On which terms to settle

[ July 10, 2017 11:18 AM ] David Gitman: Anything a 3rd party says is fair.

[ July 10, 2017 11:19 AM ] Konstantyn Bagaiev: Good.

[ July 10, 2017 11:22 AM ] David Gitman: I'm sorry if that has not been clear since day 1.

[ July 10, 2017 11:24 AM ] Konstantyn Bagaiev: CompleteIt

[ July 12, 2017 11:36 AM ] David Gitman: Hey. Did you get the release?

[ July 12, 2017 11:36 AM ] Konstantyn Bagaiev: Not yet

[ July 12, 2017 11:36 AM ] David Gitman: Ugh

[ July 12, 2017 11:37 AM ] Konstantyn Bagaiev: Didn't talk about it today

[ July 12, 2017 11:37 AM ] David Gitman: Maybe today

[ July 12, 2017 11:40 AM ] David Gitman: How is everything else?

[ July 12, 2017 9:34 PM ] David Gitman: That good?

[ July 13, 2017 3:36 AM ] Konstantyn Bagaiev: FInally got my driver licence today.

[ July 13, 2017 3:37 AM ] Konstantyn Bagaiev: Sorry, thought I replied yesterday. Typed reply and didn't hit Enter.

[ July 13, 2017 3:37 AM ] Konstantyn Bagaiev: No release yet

[ July 13, 2017 5:39 AM ] David Gitman: What a pain. Now you'll get the new passport?

[ July 13, 2017 8:18 AM ] Konstantyn Bagaiev: This is the next stage

[ July 13, 2017 8:18 AM ] Konstantyn Bagaiev: Get a passport

[ July 13, 2017 8:19 AM ] David Gitman: And then Barcelona?

[ July 13, 2017 8:19 AM ] Konstantyn Bagaiev: Not sure. I need to have some savings before

[ July 13, 2017 8:20 AM ] Konstantyn Bagaiev: Probably Barcelona is only after I'll have my CR share on the paper.

[ July 13, 2017 8:25 AM ] David Gitman: Make sense.

[ July 13, 2017 8:25 AM ] David Gitman: Any update on your paperwork?

[ July 13, 2017 8:26 AM ] Konstantyn Bagaiev: No

[ July 13, 2017 8:26 AM ] Konstantyn Bagaiev: I'll ask today

[ July 13, 2017 8:26 AM ] Konstantyn Bagaiev: That doesn't look good

[ July 13, 2017 8:26 AM ] David Gitman: I agree.

[ July 13, 2017 9:48 AM ] David Gitman:
http://feedproxy.google.com/~r/Techcrunch/~3/w7Cv25iF-Wc/ - Shopify adding eBay as a sales channel for merchants

[ July 13, 2017 9:53 AM ] Konstantyn Bagaiev: Not sure how bad is it

[ July 13, 2017 9:54 AM ] David Gitman: No idea. I'll try to play with it over the next few days.

[ July 17, 2017 11:55 AM ] Konstantyn Bagaiev: Hi. I read the documents. Finally somethong that seems like a job of law company.

[ July 17, 2017 11:56 AM ] David Gitman: Yes, it's nice to be on the offense instead of only dealing with compliance.

[ July 17, 2017 11:56 AM ] Konstantyn Bagaiev: Could be great if filed in 3-5 days after Mike's affidavit.

[ July 17, 2017 11:56 AM ] David Gitman: It couldn't be

[ July 17, 2017 11:56 AM ] Konstantyn Bagaiev: But I can't get how can it end everything

[ July 17, 2017 11:57 AM ] David Gitman: It would end Mikes case.

[ July 17, 2017 11:57 AM ] David Gitman: Then it would only be my case against him.

[ July 17, 2017 11:57 AM ] Konstantyn Bagaiev: He will open a new one

[ July 17, 2017 11:58 AM ] David Gitman: I was told he can't open the same case.

[ July 17, 2017 11:59 AM ] Konstantyn Bagaiev: Probably he can do that in another court if federal one is not a correct one

[ July 17, 2017 11:59 AM ] David Gitman: I'll have to ask more about it

[ July 17, 2017 11:59 AM ] Konstantyn Bagaiev: Well Denton should know that better than me

[ July 17, 2017 12:01 PM ] Konstantyn Bagaiev: At least the money he spent on lawyers are burned

[ July 17, 2017 12:01 PM ] David Gitman: Yes. They claim over 100,000/

[ July 17, 2017 12:02 PM ] David Gitman: Also Mike would then probably have to pay Dentons fees as well.

[ July 17, 2017 12:03 PM ] Konstantyn Bagaiev: Are Denton sure that they are correct in these documents?

[ July 17, 2017 12:03 PM ] David Gitman: They did a lot of work.

[ July 17, 2017 12:03 PM ] David Gitman: Barry now has 3 weeks to respond to this.

[ July 17, 2017 12:03 PM ] David Gitman: Then Dentons has 1 week

[ July 17, 2017 12:04 PM ] David Gitman: Then the Judge can take weeks or months to rule on it.

[ July 17, 2017 12:04 PM ] Konstantyn Bagaiev: I see

[ July 17, 2017 12:08 PM ] David Gitman: I see Mike as wasting his money in papers that don't matter yet. Barry used it to posture. They did not thing about the long term.

[ July 17, 2017 12:08 PM ] Konstantyn Bagaiev: Dave as I mentioned before Mike's actions are logical

[ July 17, 2017 12:09 PM ] Konstantyn Bagaiev: What would you do on his place?

[ July 17, 2017 12:11 PM ] David Gitman: Settle

[ July 17, 2017 12:12 PM ] Konstantyn Bagaiev: Ha

[ July 17, 2017 12:12 PM ] Konstantyn Bagaiev: That's what I would do :) sit on a round table and negotiate.

[ July 17, 2017 12:16 PM ] David Gitman: That's too logical :)

[ July 17, 2017 12:16 PM ] David Gitman: I have to go sell my car and other things to pay for Dentons

[ July 17, 2017 12:16 PM ] David Gitman: Going to sell car now.

[ July 17, 2017 12:16 PM ] David Gitman: Be back later

[ July 17, 2017 12:17 PM ] Konstantyn Bagaiev: Ohh

[ July 24, 2017 8:27 AM ] David Gitman: Hey

[ July 24, 2017 8:27 AM ] David Gitman: How was the weekend?

[ July 24, 2017 8:28 AM ] Konstantyn Bagaiev: Hi Dave. Spent it with daughter.

[ July 24, 2017 8:28 AM ] David Gitman: Nice

[ July 24, 2017 8:28 AM ] David Gitman: Same here

[ July 24, 2017 8:29 AM ] Konstantyn Bagaiev: Finally. Going to Zelenograd tomorrow.

[ July 24, 2017 8:30 AM ] David Gitman: For the rest of the summer?

[ July 24, 2017 8:30 AM ] Konstantyn Bagaiev: Hope so

[ July 24, 2017 8:31 AM ] David Gitman: FYI I got Jermey's release on Friday.

[ July 24, 2017 8:32 AM ] Konstantyn Bagaiev: Mike told me that he can't give us release

[ July 24, 2017 8:32 AM ] Konstantyn Bagaiev: He tried to explain me why be he didn't succeed

[ July 24, 2017 8:33 AM ] Konstantyn Bagaiev: *but

[ July 24, 2017 8:33 AM ] Konstantyn Bagaiev: He sent me agreement instead. I told I see nonreason to sign it

[ July 24, 2017 8:33 AM ] David Gitman: I will sign Jeremy's release today.

[ July 24, 2017 8:34 AM ] Konstantyn Bagaiev: Good for Jeremy. Any progress with settlement?

[ July 24, 2017 8:39 AM ] David Gitman: None. Mike has no interest.

[ July 24, 2017 8:39 AM ] Konstantyn Bagaiev: I see

[ August 2, 2017 1:27 PM ] David Gitman: Hey. Just wanted to say hi. Hope everything is well

[ August 2, 2017 3:01 PM ] Konstantyn Bagaiev: Hi Dave, I'm fine

[ August 2, 2017 3:02 PM ] Konstantyn Bagaiev: Just came from football
[ August 2, 2017 4:48 PM ] David Gitman: That sounds fun. I'm looking forward to visiting an amusement park with the girls this weekend. I was in Boston for a few days.
[ August 3, 2017 4:00 AM ] Konstantyn Bagaiev: Meeting clients?
[ August 3, 2017 6:21 AM ] David Gitman: Trying to raise money
[ August 3, 2017 6:22 AM ] David Gitman: CPK deal closed on Friday
[ August 3, 2017 6:22 AM ] Konstantyn Bagaiev: Money are on escrow ?
[ August 3, 2017 6:22 AM ] Konstantyn Bagaiev: Hi
[ August 3, 2017 6:22 AM ] David Gitman: Yes
[ August 3, 2017 6:23 AM ] Konstantyn Bagaiev: I see
[ August 3, 2017 6:23 AM ] David Gitman: But there is no escrow agreement
[ August 3, 2017 6:24 AM ] David Gitman: We're filing charges today
[ August 3, 2017 6:24 AM ] Konstantyn Bagaiev: That means that you haven't decided how to split them right?
[ August 3, 2017 6:24 AM ] Konstantyn Bagaiev: I suppose that PA should be paid anyway.
[ August 3, 2017 6:25 AM ] David Gitman: I don't think they should be paid and will go after it
[ August 3, 2017 6:25 AM ] David Gitman: Now that the deal is closed I can take some sting action
[ August 3, 2017 6:28 AM ] David Gitman: Anyway meting with the district attorney today.
[ August 3, 2017 6:28 AM ] David Gitman: And sending notice to Yotpo today.
[ August 3, 2017 6:28 AM ] David Gitman: Maybe Volo Commerce too.
[ August 3, 2017 6:36 AM ] Konstantyn Bagaiev: What kind of notice?
[ August 3, 2017 7:05 AM ] David Gitman: Cease-and-desist
[ August 3, 2017 7:06 AM ] Konstantyn Bagaiev: What kind of illegal activity they do ?
[ August 3, 2017 7:07 AM ] Konstantyn Bagaiev: Place yourself on their side
[ August 3, 2017 7:07 AM ] David Gitman: They're facilitating  taking customers that are property of CR, NDAP and CSV
[ August 3, 2017 7:08 AM ] Konstantyn Bagaiev: They'll just say that they are not doing that.
[ August 3, 2017 7:08 AM ] David Gitman: There are a few laws that they are breaking.
[ August 3, 2017 7:08 AM ] Konstantyn Bagaiev: That's it
[ August 3, 2017 7:08 AM ] David Gitman: We have proof
[ August 3, 2017 7:10 AM ] Konstantyn Bagaiev: Dave we are not loosing customers to them. They'll just ask how many customers did Channel Reply lost?
[ August 3, 2017 7:10 AM ] David Gitman: I don't plan on suing them at the moment however they should consider not working with Mike anymore
[ August 3, 2017 7:10 AM ] Konstantyn Bagaiev: Especially Volo.
[ August 3, 2017 7:10 AM ] Konstantyn Bagaiev: Ok that makes sense.
[ August 3, 2017 7:10 AM ] David Gitman: Mike has no right to share these customers
[ August 3, 2017 7:11 AM ] Konstantyn Bagaiev: I don't think Mike shared customers with Volo
[ August 3, 2017 7:11 AM ] Konstantyn Bagaiev: We would have more cancellations then
[ August 3, 2017 7:12 AM ] David Gitman: Well either Mike shared how CR works with Volo or there is no intellectual property to be shared. Which would clear me of all of his allegations
[ August 3, 2017 7:12 AM ] David Gitman: They have a competing product
[ August 3, 2017 7:12 AM ] Konstantyn Bagaiev: Just thought of that :)

[ August 3, 2017 7:13 AM ] Konstantyn Bagaiev: But do you have proofs of Mike sharing to Volo how wevwork

[ August 3, 2017 7:13 AM ] Konstantyn Bagaiev: I mean strong proofs

[ August 3, 2017 7:14 AM ] David Gitman: Once it goes to discovery phase will be able to get the emails that show that Mike was trying to get a job with Volo, Salesforce, Yotpo, etc and that's why he was giving them all this information

[ August 3, 2017 7:14 AM ] Konstantyn Bagaiev: I see

[ August 3, 2017 7:14 AM ] David Gitman: Have some emails but most of it was it from his personal account

[ August 3, 2017 7:14 AM ] David Gitman: We're going to have to judge for access to his personal emails

[ August 3, 2017 7:14 AM ] David Gitman: *ask

[ August 3, 2017 7:14 AM ] Konstantyn Bagaiev: I see

[ August 3, 2017 7:15 AM ] Konstantyn Bagaiev: You are not able to use what you have now

[ August 3, 2017 7:15 AM ] Konstantyn Bagaiev: But you have it

[ August 3, 2017 7:15 AM ] David Gitman: I am.

[ August 3, 2017 7:15 AM ] David Gitman: It's enough for the cease-and-desist.

[ August 3, 2017 7:16 AM ] David Gitman: I don't think Apple or Volo are bad people. I don't want to go after them.

[ August 3, 2017 7:16 AM ] David Gitman: *Yotpo

[ August 3, 2017 7:16 AM ] David Gitman: So we will legally inform them of these illegal activities but if they continue to do it then we will take action

[ August 3, 2017 7:18 AM ] David Gitman: Deal is closed, Mike is sitting on a beach all week, it's time to finally strike

[ August 8, 2017 9:59 AM ] David Gitman: Hey

[ August 8, 2017 9:59 AM ] David Gitman: Hows the new hire?

[ August 8, 2017 9:59 AM ] Konstantyn Bagaiev: Not sure

[ August 8, 2017 9:59 AM ] Konstantyn Bagaiev: He is focused on frontend

[ August 8, 2017 9:59 AM ] David Gitman: Got it

[ August 8, 2017 10:00 AM ] David Gitman: Do you have any conversations with Amy or Mike talking badly about me?

[ August 8, 2017 10:00 AM ] Konstantyn Bagaiev: I was talking with Mike about you yesterday

[ August 8, 2017 10:01 AM ] Konstantyn Bagaiev: I told him that I think that you are not constructive

[ August 8, 2017 10:02 AM ] Konstantyn Bagaiev: I asked him what happened between you both before the deal

[ August 8, 2017 10:03 AM ] Konstantyn Bagaiev: I'd like to know the real reason of your hate to each other. He didn't explain, but it seems to me that he knows it

[ August 8, 2017 10:04 AM ] David Gitman: I'm sorry you feel I'm not constructive. I've been trying to settle. I have no hate.

[ August 8, 2017 10:05 AM ] David Gitman: Do you have any conversations with Amy or Mike talking badly about me?

[ August 8, 2017 10:05 AM ] Konstantyn Bagaiev: Can you tell me why you are asking?

[ August 8, 2017 10:05 AM ] David Gitman: Lawyers are asking for it

[ August 8, 2017 10:05 AM ] Konstantyn Bagaiev: I've just told you what conversation with Mike I had.
[ August 8, 2017 10:05 AM ] Konstantyn Bagaiev: Can I call you ?
[ August 8, 2017 10:06 AM ] David Gitman: Of course. Gimme 2 min
[ August 8, 2017 10:06 AM ] Konstantyn Bagaiev: Ok
[ August 8, 2017 10:18 AM ] David Gitman: I'm ready
[ September 20, 2017 10:52 AM ] Konstantyn Bagaiev: Hi
[ September 20, 2017 10:52 AM ] Konstantyn Bagaiev: Sorry, not checking my personal email that often

## **Exhibit 65**



Konstantin Bagaev
May 29, 2017, 06:34 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 87     Mouse movements / min: 31

Delete this screenshot

**Exhibit 66**

●●○○○ **Verizon** LTE      10:40 AM      ⏰ ✴ 91% ▱

‹ **Back**                                    ⌃      ⌄

---

From: **David Gitman** ›
                                              
To: Michael Dash ›                    Hide

---

## Canceled Event: ChannelReply Sprint Planning Meeting @ Mon May 29, 2017 10:30am - 10:55am (Mike Dash)
Today at 10:26 AM

---

**This event has been canceled and removed from your calendar.**

**ChannelReply Sprint Planning Meeting**

| | |
|---|---|
| When | Mon May 29, 2017 10:30am – 10:55am Eastern Time |
| Where | https://join.skype.com/CWOEt6JzF0lz (map) |
| Video call | https://plus.google.com/hangouts/_/ndap-llc.com/channelreply |
| Calendar | Mike Dash |
| Who | • David Gitman - organizer |
| | • Konstantyn Bagaiev |
| | • Artem Lalaiants |
| | • aglukharev@ndap-llc.com |
| | • Justin Golschneider |
| | • Mike Dash |

Invitation from Google Calendar

You are receiving this email at the account mdash@ndap-llc.com because you are subscribed for cancellations on calendar Mike Dash.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

---

            

# EXHIBIT B

