**Exhibit 78** A



Aleksey Glukharev
Jun 1, 2017, 03:26 AM

There are bugs in Freshdesk app in other browsers. ( JIRA: ChannelReply )

⌨ Application: Slack - channelreply

⌨ Keystrokes / min: 12         ⊕ Mouse movements / min: 4

# EXHIBIT B



Aleksey Glukharev
Jun 1, 2017, 03:08 AM

There are bugs in Freshdesk app in other browsers.  JIRA: ChannelReply

Application: DRAFT – Employee Agreement – Transaction Summary (22387Гr1) [Режим ограниченной функциональности]

Mouse movements / min: 44

Keystrokes / min: 38

# EXHIBIT C



Konstantin Bagaev
Jun 1, 2017, 03:05 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Skype

Keystrokes / min: 50     Mouse movements / min: 19

# EXHIBIT D



**Exhibit 79**



Konstantin Bagaev
Jun 2, 2017, 05:07 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 69    Mouse movements / min: 11

**Exhibit 80**

## __Exhibit 80__



Konstantin Bagaev
Jun 2, 2017, 04:39 AM

Channel Reply Customer Support  JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 107                    Mouse movements / min: 12

**Exhibit 81** A



Konstantin Bagaev
Jun 2, 2017, 06:09 AM

Channel Reply Customer Support   JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  98   Mouse movements / min: 17

# EXHIBIT B



**Konstantin Bagaev**
Jun 2, 2017, 05:50 AM

Channel Reply Customer Support : JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min: 92          Mouse movements / min: 3

# EXHIBIT C



Konstantin Bagaev
Jun 2, 2017, 05:35 AM

Channel Reply Customer Support ( JIRA; ChannelReply )

Application: Slack - channelreply

Keystrokes / min:  14          Mouse movements / min: 51

# EXHIBIT D



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 81          Mouse movements / min: 18

# EXHIBIT E



Konstantin Bagaev
Jun 2, 2017, 04:48 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 90          Mouse movements / min: 22

# EXHIBIT F



Konstantin Bagaev
Jun 2, 2017, 04:56 AM

Channel Reply Customer Support   JIRA: ChannelReply

Application: Slack - channelreply

Keystrokes / min:  81      Mouse movements / min:  18

**Exhibit 82**



## Exhibit 83

Konstantin Bagaev
Jun 2, 2017, 10:13 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min:  48        Mouse movements / min:  27

**Exhibit 84**

← C 🔒 Secure https://login.timedoctor.com/v2/index.php?page=company_settings

📁 Bookmark  ⚙ Yotpo Salesforce  📅 Calendar  ▢ yoAdmin  ▢ Yotpo Accounts  ▢ Reports

Michael

☆ ⊙ 🔃 🅜 🅒 🐝 ✍ 🕮 ✂ 🅜 🖩 🌀 ⚙

**Dashboard  Edit Time  Screenshots  Reports ▾  Payments ▾**

② ▾  ⚙ ▾  ▢ David Gitman

## Company Settings

⚿ Company Integration Settings

**Save Settings**

🏛 **Company Details** ⓘ

Upload Photo. JPG & PNG only. Up to 2mb. square size, 80x60px minimum.

🅐 Choose file          Change

**Company Name**          David's Company

**Company Owner**          David Gitman   Change Owner

**Company Subdomain**          no subdomain selected   .timedoctor.com

**Company Time Zone**          (GMT-07:00) Tijuana                    ▸

**Invoice Information (Optional)**

🖩 **Account Settings**
Enable or disable features in your account.

🖥 Screenshots ⓘ

Allow deletion of screenshots ⓘ                                    "Yes" is recommended.

Screenshots Interval                                    ⓘ

Can managers view screenshots? ⓘ

📅 Work Schedules ⓘ

$ Payroll ⓘ

🖥 Websites & Applications Tracking ⌄

📋 Projects & Permanent Tasks ⓘ          Liam from TimeDoctor.com

The default project for all new use          Here's a quick video showing you how the Manage Users page works, hope it helps!

Require users to select a project for every task ⓘ          ▶ 1min:xxx

# EXHIBIT B

Dashboard   Edit Time   Screenshots   Reports ▾   Payments ▾

⌕ ▾   ⚙ ▾   ⓘ ▾   ⬚ ▾   David Gitman

**David's Company**

⬚ Invite new user

Ⓒ Current time: 7:31 PM, Jun 02, 2017

(GMT-05:00) Eastern Time - In... ▾   ⚙

**SET UP YOUR ACCOUNT**   »

83% complete

⬚ Add Your First Employee

⬚ Track Some Time

⬚ Add a Project

🔍 Add a Permanent Task

⬚ Review the Manage Users Page

⬚ Add an Integration

**Latest Screenshots**



Konstantin Bagaev
Jun 02, 2017, 02:59 PM



Konstantin Bagaev
Jun 02, 2017, 02:46 PM



Konstantin Bagaev
Jun 02, 2017, 02:38 PM



Konstantin Bagaev
Jun 02, 2017, 02:30 PM

**Low Activity Screenshots in the Last 7 Days** ⓘ

Aleksey Glukharev    14%

All 2 Users Selected    ▸

◂   Mon, May 29, 2017 – Sun, Jun 04, 2017   ▴   Day

# EXHIBIT C

Dashboard   Edit Time   Screenshots   Reports ▾   Payments ▾

② ▾   ⚙ ▾   ○ David Gitman

# Monthly Billing Details

① **Plan Details**

$9.99 per user (plus 1 free user)

You have   3 user

Change

Total charge   $19.98

② **Billing Information**

Add Card          Add PayPal Account

🔒 This information is secure

Your next charge will be on June 20, 2017:

◎ VISA | Ending in 7134          Edit Card

🖬 View Past Invoices

To cancel your subscription, contact support.

✓ Norton
  SECURED
  powered by Symantec

Liam from TimeDoctor.com

Here's a quick video showing you how the
Manage Users page works, hope it helps!



**<u>Exhibit 85</u>** A

AMEX.COM | MY ACCOUNT | CARDS | TRAVEL | REWARDS | BUSINESS

# Transaction Details

**MICHAEL DARDASHTIAN |** ‑91006

Information Is as of : 06/04/2017

Time Period [ Recent Activity May 30, 2017 - Present ◄ ]   [ Filter ]

| NAME | ACCOUNT NUMBER | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|
| ► MICHAEL DARDASHTIAN | ‑91006 | $0.00 | $0.00 |
| ▼ DAVID GITMAN | ‑95015 | $3,585.88 | $0.00 |

1 - 3 ►

| DATE | DESCRIPTION | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|
| 06/02/2017 | GOOGLE *SVCSAPPS_COO CC@GOOGLE.COM CA REF# A052665G ADVERTISING 06/02/17 | ☑ | $35.00 | |
| 06/02/2017 | AMAZON WEB SERVICES AWS.AMAZON.CO WA REF# BWYC40Q4NJU WEB SERVICES 06/02/17 | ☑ | $3,499.68 | |
| 05/29/2017 | UPWORKESCROW*BAL-2BM MOUNTAIN VIEW CA T131867970 94043 05/29/17 | ☑ | $51.20 | |

Card Account Hierarchy

[ FILTER BY ] [ Payment V2.0 ] [ Submit Payment V2.0 ] [ IPX ]

| CARD ACCOUNT NAME | ACCOUNT NUMBER | AGING STATUS | STATEMENT BALANCE | PLEASE PAY BY DATE | PAYMENT |
|---|---|---|---|---|---|

STATEMENT DOWNLOAD

# EXHIBIT B

WELCOME TO @WORK

# MICHAEL DARDASHTIAN

Session Timeout: 29:52

For users of GL/GM Data Files delivered in @Work. Due to a process redesign the Data File format that changed. Data Files will now be posted as ASCII, E-Kit and CSV = CSV (extensions) No compression (zip/.exe) will be delivered for GL/GM Data Files being posted to @Work.

You have no unread program alerts at this time. If you wish to enroll for program alerts or modify your current options, please click here.

see all notifications

Search @Work

TRY OUR UPDATED BETA SEARCH

<- Please choose an option.

advanced search | status tracking

FILTERS   MCA | NDAP, LLC |   91007 | CC

## Spend Analysis

Recent
Payments &
Credits:
$0

Current Statement Balance:
$3.69K

Recent
Charges:
$3.90K

EXPOSURE BALANCE
$7,671.49

OUTSTANDING BALANCE
$7,596.49

Make a Payment

Balances may be inaccurate during the cycle out process.

## Payment Status

**<u>Exhibit 86</u>**



Konstantin Bagaev
Jun 4, 2017, 12:16 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Application: Slack - channelreply

Keystrokes / min: 7

Mouse movements / min: 9

## __Exhibit 87__

6/5/2017                                          ndap Mail - ChannelReply



Mike Dash <mdash@ndap-llc.com>

## ChannelReply

**David Gitman** <dgitman@ndap-llc.com>                    Mon, Jun 5, 2017 at 12:46 PM
To: Michael Dardashtian <mdash@ndap-llc.com>
Cc: Konstantyn Bagaiev <Konstantyn@channelreply.com>, Aleksey Glukharev <aleksey@channelreply.com>, Umar Farooq
<umar@farooqco.com>

We're happy to discuss ChannelReply with you after you agree to the following. There is no "deal" to be made here.

1. You will issue Alice 15% of CPK today.
2. You will produce an executed Settlement, Release and Escrow Agreement from Parts Authority today.
3. You will execute the ▆▆▆▆▆▆▆▆▆▆▆ Asset Purchase Agreement today.
4. Proceeds from the sale to ▆▆▆ will be placed into escrow.
5. PA (Parts Authority) will be paid 100k out of escrow.
6. Summit Rock Holdings (SRH) will be paid 80K out of escrow.
7. My past CPK ▆▆▆▆ work will be paid.
8. My future work for CPK ▆▆▆ will be paid.
9. If Alice leaves ▆▆▆ we will split the cost of my work.
10. A full accounting (A partial accounting is not acceptable)
11. Federal, State, local and personal tax filings are correctly restated.
12. Tax withholding on payments to foreign persons are satisfied
13. Distributions can then be taken.

[Quoted text hidden]

## Exhibit 88

Konstantin Bagaev
Jun 05, 2017, 11:20 AM

Channel Reply Customer Support   (JIRA: ChannelReply)

Application: Skype

Keystrokes / min: 131        Mouse movements / min: 30

---

Today

David Gilman

Dave, what if you outsource development to Ukrainian company. Should company pay US taxes too?

That's what will do.

I would like to set up a new corp in UA with you

There will be some taxes but we can reduce them this way

Someone will open corp in UA

Moving me back to UA ? ☺

That's fine. Don't worry.

Type a message here