**Exhibit 89** A



Aleksey Glukharev
Jun 02, 2017, 01:44 PM

Aleksey Miscellaneous Work ( JIRA: Information Technology )

Keystrokes / min:  3      Mouse movements / min:  64

# EXHIBIT B

Konstantin Bagaev
Jun 06, 2017, 12:35 AM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min: 0

Mouse movements / min: 90

## **Exhibit 90**



**Konstantin Bagaev**
Jun 07, 2017, 03:26 PM

Channel Reply Customer Support ( JIRA: ChannelReply )

Keystrokes / min:  24    Mouse movements / min:  50

# CHANNELREPLY INC.

## COMMON STOCK PURCHASE AGREEMENT

This Common Stock Purchase Agreement (this "Agreement") is made as of _____ by and between ChannelReply Inc., a Delaware corporation (the "Company"), and Konstantyn Bagaiev ("Purchaser").

1.  **Sale of Stock.** Subject to the terms and conditions of this Agreement, simultaneously with the execution and delivery of this Agreement by the parties or on such other date as the Company and Purchaser shall agree (the "Purchase Date"), the Company will issue and sell to Purchaser, and Purchaser agrees to purchase from the Company, one million (1,000,000) shares of the Company's Common Stock (the "Shares") at a purchase price of $0.00001 per share for a total purchase price of US Dollars Ten ($10) (the "Aggregate Purchase Price"). On the Purchase Date, Purchaser will deliver the Aggregate Purchase Price to the Company and the Company will enter the Shares in Purchaser's name as of such date in the books and records of the Company or, if applicable, a duly authorized transfer agent of the Company. The Company will deliver to Purchaser, upon request, a notice of issuance with respect to the Shares as soon as practicable following such date. As used elsewhere herein, the term "Shares" refers to all of the Shares purchased hereunder and all securities received in connection with the Shares pursuant to stock dividends or splits, all securities received in replacement of the Shares in a recapitalization, merger, reorganization, exchange or the like, and all new, substituted or additional securities or other property to which Purchaser is entitled by reason of Purchaser's ownership of the Shares.

2.  **Consideration.** As consideration for the mutual promises and covenants set forth in this Agreement, Purchaser will deliver the Aggregate Purchase Price by an assignment of certain assets as set forth in the Assignment of IP and Other Assets and check made out to the Company.

3.  **Limitations on Transfer.** Purchaser acknowledges and agrees that the Shares purchased under this Agreement are subject to (i) the terms and conditions that apply to the Company's Common Stock, as set forth in the Company's Bylaws, including (without limitation) certain transfer restrictions set forth in Section 5.02 of the Company's Bylaws, as may be in effect at the time of any proposed transfer (the "Bylaw Provisions"), and (ii) any other limitation or restriction on transfer created by applicable laws. In addition to the foregoing limitations on transfer, Purchaser shall not assign, encumber or dispose of any interest in the Shares while the Shares are subject to the Company's Repurchase Option (as defined below). After any Shares have been released from such Repurchase Option, Purchaser shall not assign, encumber or dispose of any interest in the Shares except to the extent permitted by, and in compliance with the Bylaw Provisions, applicable laws, and the provisions below.

(a)  **Repurchase Option; Vesting.**

HELLOSIGN

This Common Stock Purchase Agreement (this "Agreement") is made as of _____ by and between ChannelReply Inc., a Delaware corporation (the "Company"), and Konstantyn Bagniuk ("Purchaser").

1.     **Sale of Stock.**  Subject to the terms and conditions of this Agreement, simultaneously with the execution and delivery of this Agreement by the parties or on such other date as the Company and Purchaser shall agree (the "Purchase Date"), the Company will issue and sell to Purchaser, and Purchaser agrees to purchase from the Company, one million (1,000,000) shares of the Company's Common Stock (the "Shares") at a purchase price of $0.00001 per share for a total purchase price of US Dollars Ten ($10) (the "Aggregate Purchase Price").  On the Purchase Date, Purchaser will deliver the Aggregate Purchase Price to the Company and the Company will enter the Shares in Purchaser's name as of such date in the books and records of the Company or, if applicable, a duly authorized transfer agent of the Company.  The Company will deliver to Purchaser, upon request, a notice of issuance with respect to the Shares as soon as practicable following such date.  As used elsewhere herein, the term "Shares" refers to all of the Shares purchased hereunder and all securities received in connection with the Shares pursuant to stock dividends or splits, all securities received in replacement of the Shares in a recapitalization, merger, reorganization, exchange or the like, and all new, substituted or additional securities or other property to which Purchaser is entitled by reason of Purchaser's ownership of the Shares.

2.     **Consideration.**  As consideration for the mutual promises and covenants set forth in this Agreement, Purchaser will deliver the Aggregate Purchase Price by an assignment of certain assets as set forth in the Assignment of IP and Other Assets and check made out to the Company.

3.     **Limitations on Transfer.**  Purchaser acknowledges and agrees that the Shares purchased under this Agreement are subject to (i) the terms and conditions that apply to the Company's Common Stock, as set forth in the Company's Bylaws, including (without limitation) certain transfer restrictions set forth in Section 5.02 of the Company's Bylaws, as may be in effect at the time of any proposed transfer (the "Bylaw Provisions"), and (ii) any other limitation or restriction on transfer created by applicable laws.  In addition to the foregoing limitations on transfer, Purchaser shall not assign, encumber or dispose of any interest in the Shares while the Shares are subject to the Company's Repurchase Option (as defined below).  After any Shares have been released from such Repurchase Option, Purchaser shall not assign, encumber or dispose of any interest in the Shares except to the extent permitted by, and in compliance with the Bylaw Provisions, applicable laws, and the provisions below.

(a)     **Repurchase Option; Vesting.**

(i)     In the event of the voluntary or involuntary termination of Purchaser's Continuous Service Status (as defined below) for any reason (including, without limitation, resignation, death or Disability (as defined below), with or without cause, the



EXHIBIT 91

 Gmail

---

## go daddy

**David Gitman** <dgitman@ndap-llc.com>                                    Mon, Jul 22, 2013 at 9:37 PM
To: Bradley Stern <bstern0782@gmail.com>
Cc: Michael Dash <mdash@ndap-llc.com>

Off the top of my head I would like to launch on amazon, sears and new egg right after ebay. Send me the eBay credentials once the account is live. We're close....

**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com | http://www.ndap-llc.com

Contact me:  davidgitman  david@gitman.net  gitmand  gitmand  david@gitman.net

On Mon, Jul 22, 2013 at 9:30 PM, <bstern0782@gmail.com> wrote:

I'll take care of the ebay account. Anything else you can think of right now we need to setup?

Outstanding:
Pricing structure
Shipping costs
Ebay account

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** David Gitman
**Sent:** Monday, July 22, 2013 9:25 PM
**To:** Michael Dash
**Cc:** Bradley Stern
**Subject:** Re: go daddy

Great. I'm making dns changes to the domain. I'll set up email, etc for it. Did you register an eBay account or should I?

**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com | http://www.ndap-llc.com

Contact me:  davidgitman  david@gitman.net  gitmand  gitmand  david@gitman.net

On Mon, Jul 22, 2013 at 5:25 PM, David Gitman <dgitman@ndap-llc.com> wrote:

On Monday, July 22, 2013, Michael Dash wrote:
    thanks.
    Michael Dash
    NDAP, LLC
    email: mdash@ndap-llc.com
    office: 646-553-5918


    On Mon, Jul 22, 2013 at 5:03 PM, Bradley Stern <bstern0782@gmail.com> wrote:
    > username/customer # 63753509
    > pwd            Plumburs0007
    >
    > Jordan is currently unavailable but i am going to talk to him later about
    > getting the individual product costs and the related shipping costs.  Be in
    > touch later this evening.
    >


--
**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com I http://www.ndap-llc.com

Contact me: 😊 davidgitman 📷 david@gitman.net 👤 gitmand 💬 gitmand 📧 david@gitman.net

EXHIBIT 92

 Gmail

---

## eBay Change User ID Confirmation

---

**eBay** <ebay@ebay.com>                                      Tue, Jan 14, 2014 at 10:38 AM
Reply-To: ebay@ebay.com
To: ebay@plumburs.com

 **eBay sent this message to Brad Stern (plumburs).**
Your registered name is included to show this message originated from eBay. Learn more.

## eBay Change User ID Confirmation

Dear brad-stern,                                              [ Go to eBay ]

You have sucessfully changed your eBay User ID from brad-stern to plumburs.

Please note that because you have changed your User ID, you may need to
update certain eBay features which depend on it. Features that use your old User
ID will stop working 30 days after the change.

- If you have bookmarked your My eBay page or seller search results
  page, you'll need to rebookmark those pages.
- If you use an eBay link button to display a list of your auctions from your
  own web page, the HTML tag provided for that link button contains your
  old User ID. There are two ways to make this change:
    1. Visit http://pages.ebay.com/services/buyandsell/link-
       buttons.html to request a new HTML tag.
    2. Update the HTML in the source code on your web page by
       replacing your old User ID with your new one.

Thank you,
eBay

---

Email reference id: [#76e18dc1ef1445dfbc4892479f1f771c#]

---

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at ebay@plumburs.com about your account registered on www.ebay.com.

eBay will periodically send you required emails about the site and your transactions. Visit our Privacy Policy and User Agreement if you have any
questions.

Copyright © 2014 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay
logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.



<u>EXHIBIT 93</u>

 Gmail

---

## Late eBay Shipments

---

**David Gitman** <dgitman@ndap-llc.com>                           Wed, Mar 5, 2014 at 5:11 PM
To: Alfredo Garcia <agarcia@partsauthority.com>
Cc: Robert Pesiri <rpesiri@partsauthority.com>, Howard Cohen <hcohen@partsauthority.com>, Gibran Narine
<ggnarine@partsauthority.com>, "randytheb@aol.com" <randytheb@aol.com>, Abdool Nazim
<anazim@partsauthority.com>, Mike Dash <mdash@ndap-llc.com>, Will Martinez <wmartinez@ndap-llc.com>

Hi Fredo,

We had about 700 late eBay shipments in February. They're prevent us from becoming an eBay Top Rated Seller. Not
having TRS is costing us 32k+ year discount plus a large boost in sales.

Can you take a look at the attached eBay orders from the last week in February.

They should have shipped within a day (since the feed said they were in stock) but shipped an average of 2 days and
7 hours later. Do you have any ideas why?

Thanks

**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com | http://www.ndap-llc.com



Contact me:  davidgitman   david@gitman.net   gitmand   gitmand   david@gitman.net

EXHIBIT 94



- David Gitman 5/3/2016 10:06:58 AM
  I have to look through some backups then
- Mike Dash 5/3/2016 10:07:02 AM
  k
- Mike Dash 5/3/2016 11:30:25 AM
  we gotta do something w/ plumburs.. brad is all over me.. can we get the dropship products loaded up to shut him up for a while?
- Mike Dash 5/3/2016 11:30:37 AM
  anyone u know u can farm it out to?
- David Gitman 5/3/2016 12:10:58 PM
  I'll ask around.
- David Gitman 5/3/2016 12:11:13 PM
  BBS
- David Gitman 5/3/2016 1:12:16 PM
  https://www.upwork.com/blog/2016/05/upwork-pricing/
- Mike Dash 5/3/2016 1:17:09 PM
  Wow
- Mike Dash 5/3/2016 1:17:12 PM
  Big up charge




EXHIBIT 95

 Gmail

---

## Fw: Global

---

**David Gitman** <dgitman@ndap-llc.com>                    Mon, Jan 20, 2014 at 1:00 PM
To: Bradley Stern <bstern0782@gmail.com>
Cc: Mike Dash <mdash@ndap-llc.com>

Thanks.. I'm planning the catalog relational tables. Hope to have them live on Thursday. eBay launch is close.

**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com | http://www.ndap-llc.com

Contact me: davidgitman   david@gitman.net   gitmand   gitmand   david@gitman.net

[Quoted text hidden]

EXHIBIT 96

 Gmail

## Re: duplicate products in magento

**David Gitman** <dgitman@ndap-llc.com>                                    Tue, Dec 13, 2016 at 2:39 AM
To: Bradley Stern <bstern0782@gmail.com>, Michael Dash <mdash@ndap-llc.com>

I agree with you. However I want to see a clean set of books before we make any decisions. I have asked a bookeper to start on this ASAP. .
On Mon, Dec 12, 2016 at 1:36 PM Bradley Stern <bstern0782@gmail.com> wrote:
> Hey David,
>
> Is there any update on getting the duplicate transactions fixed in the system yet and having the new products loaded?
>
> I understand that everyone has things to get done, but if this has zero priority then that needs to be addressed.  The products we do have listed have a hit ratio that is highly encouraging (selling >50% of all little giant products listed) and to not put the time (or money) into finishing off what we have on hand is a waste.  There are new lines that are being established now that could vastly change the trajectory of the venture and right now I am uncomfortable having them included onto the platform because of our inability to  execute.  Please let me know where we stand, i do not see why we would not hire someone to finish off the build out if that is what it takes, but to stand still any longer has past the point of tolerance and we need to act.
>
> Let me know your thoughts.
>
> Brad
>
> On Tue, Aug 30, 2016 at 3:43 PM, Bradley Stern <bstern0782@gmail.com> wrote:
>> Did we wipe the system of the duplicates so we can reload the new skus into magento?
>>
>> On Thu, Aug 25, 2016 at 7:53 PM, Michael Dash <mdash@ndap-llc.com> wrote:
>>> The issue is that I can't have Regonas build skus now bc there are duplicates in magento. I would just clear all skus out of magento reload what we got from Platsky in stock and have Regonas start new.
>>>
>>> On Aug 25, 2016, at 7:30 PM, Bradley Stern <bstern0782@gmail.com> wrote:
>>>
>>>> We need to see what we have with the additional skus to warrant spending capital going forward to continue to grow the business into a sustainable annuity or more.
>>>>
>>>> Mike what do u believe the cost will be associated with getting the skus cleaned and loaded?
>>>>
>>>>
>>>> On Thursday, August 25, 2016, David Gitman <dgitman@ndap-llc.com> wrote:
>>>>> Sure. Is it worth spending that much? How will we pay her?
>>>>>
>>>>> On Tue, Aug 23, 2016 at 2:18 PM Bradley Stern <bstern0782@gmail.com> wrote:
>>>>>> Hey
>>>>>>
>>>>>> Can you hand this off to alice?
>>>>>>
>>>>>> On Mon, Aug 22, 2016 at 7:17 PM, Bradley Stern <bstern0782@gmail.com> wrote:

Hey,

Where does this stand?

On Wednesday, August 17, 2016, Bradley Stern <bstern0782@gmail.com> wrote:
Is this something Alice could do?  If so push it over to her.

On Wed, Aug 17, 2016 at 10:47 AM, David Gitman <dgitman@ndap-llc.com> wrote:
I haven't had an hour to look at it yet. I'll try to find time this weekend.
On Wed, Aug 17, 2016 at 10:46 AM Bradley Stern <bstern0782@gmail.com> wrote:
How's this looking?

On Fri, Aug 12, 2016 at 1:41 PM, David Gitman <dgitman@ndap-llc.com> wrote:

I haven't had time to look at it. I shoukd have some time over the next week.

On Fri, Aug 12, 2016, 1:27 PM Bradley Stern <bstern0782@gmail.com> wrote:
Were you able to confirm this, want to work with Mike to make sure we have
these new products up and launched to see what our hit rate is on this and
know where we stand for future.

On Wed, Aug 10, 2016 at 10:12 AM, Bradley Stern <bstern0782@gmail.com>
wrote:
Ok keep me posted.

On Wed, Aug 10, 2016 at 9:01 AM, David Gitman <dgitman@ndap-llc.com>
wrote:
Let me check.

On Tue, Aug 9, 2016 at 4:05 PM Bradley Stern <bstern0782@gmail.com>
wrote:
Hey Dave,

Do you know where we stand with the multiple product listings in
Magento?

Also my sister was inquiring to me about a potential website she is
trying to launch and I gave her your info (it would be a auction style site
for furniture).  Not sure if it is something that would interest you or may
be able to put her in touch with someone else.  Either way just wanted
you to be aware she may reach out.

Brad



EXHIBIT 97

 Gmail

---

## PLUMBURS

---

**Bradley Stern** <bstern0782@gmail.com>                                    Mon, May 29, 2017 at 11:20 AM
To: David Gitman <dgitman@ndap-llc.com>
Cc: Michael Dash <mdash@ndap-llc.com>

For clarity I know that there are moving parts right now with CPK, and that is your focus.  But wanted to make sure we keep this on the radar and continue to move forward when you have squared away things on the other end.  Call me anytime to discuss.

Brad

On Mon, May 29, 2017 at 11:12 AM Bradley Stern <bstern0782@gmail.com> wrote:
> David,
>
> It's been two weeks, I expect a response before the week is out.
>
> Brad
>
>
> On Tue, May 16, 2017 at 12:30 PM Bradley Stern <bstern0782@gmail.com> wrote:
>> Ok, i am working out of CT right now, feel free to call me anytime.
>>
>> On Tue, May 16, 2017 at 12:26 PM, David Gitman <dgitman@ndap-llc.com> wrote:
>>> I'm in a closing now. I'm happy to talk in person, after this close.
>>>
>>> On Tue, May 16, 2017 at 12:25 PM Bradley Stern <bstern0782@gmail.com> wrote:
>>>> Dave any response, its been a week and i have not heard back?
>>>>
>>>> On Tue, May 9, 2017 at 12:27 PM, Michael Dash <mdash@ndap-llc.com> wrote:
>>>>> Im fine with shutting it down.
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On Tue, May 9, 2017 9:30 AM, Bradley Stern bstern0782@gmail.com wrote:
>>>>>> Gentlemen,
>>>>>>
>>>>>> I believe the time has come for us to have a conversation about what the intentions are going forward for the business.  It is currently not operating for a multitude of reasons and we no longer could use the current corporation with all vendors.  For tax/legal purposes we need to take steps to address our current status.  Please let me know your thought, at this point I believe we are best to close the business and address things going forward there after.
>>>>>>
>>>>>> Best,
>>>>>>
>>>>>> Brad

<u>EXHIBIT 98</u>

 Gmail

## You just changed your password

**Matt Schneider** <mschneider@plumburs.com>                           Mon, May 29, 2017 at 9:45 PM
To: Mike Dash <mdash@ndap-llc.com>

Was this you?


---------- Forwarded message ---------
From: service via Partners <partners@plumburs.com>
Date: Sat, May 27, 2017 at 4:23 PM
Subject: You just changed your password
To: Cooper Square Ventures, LLC <paypal@channelreply.com>




Hello Cooper Square Ventures, LLC,

You just changed your password.

If you didn't change your password, give us a call right away at 402-935-7733.


Just a reminder:
- Never share your password with anyone.
- Create passwords that are hard to guess and don't use personal information. Be sure to include uppercase and lowercase letters, numbers, and symbols.
- Use different passwords for each of your online accounts.


Sincerely,
PayPal


**Help  | Security Centre**

Please do not reply to this email. To get in touch with us, click **Help & Contact**.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001527:17632bf0a47e5



EXHIBIT 99

 Gmail

## Re: Voicemail

**Bradley Stern** <bstern0782@gmail.com>                                    Tue, Sep 19, 2017 at 9:19 AM
To: David Gitman <david@gitman.net>
Cc: "Brian S. Cousin" <brian.cousin@dentons.com>, "Ditlow, Lindsay F." <lindsay.ditlow@dentons.com>, "Meredith, Mark
D." <mark.meredith@dentons.com>, Mike Dash <mdash@ndap-llc.com>, Dardash email <mikedash1@gmail.com>

Hi,

Per my VM to David, I advised that we take steps to dissolve Plumburs LLC.  Let us know what steps need to be
taken going forward.

Thanks,

Brad

On Tue, Sep 19, 2017 at 9:16 AM, David Gitman <david@gitman.net> wrote:

Hi Brad,

Please direct any Plumburs corporate issues such as dissolution to my council, CCd on this email.

Thank you.