EXHIBIT 100

 Gmail

## BuyAutoParts & CarPartKings: Conference Calls

**Jeremy Falk** <jeremy.falk@gmail.com>                                  Tue, Aug 16, 2016 at 12:21 PM
To: mag@meridianautoparts.com
Cc: Mike Dash <mdash@ndap-llc.com>

Matt,

Thank you for your interest in pursuing discussions with CarPartKings. It is good to meet you by email. I work with the team on acquisition and business development initiatives. We would like to formalize a process so that your team can familiarize itself with our Company. I propose that we schedule two separate conference calls: a business diligence call with operators and finance, and a second technology call with the CTOs.

1. Business & Operations Conference Call:
Are you available for a call this Wednesday (2-5pm ET) or Thursday afternoon (12pm - 3:30pm ET)?

2. Technology/CTO Conference Call:
Is your team available for a call this Wednesday (3-4pm ET) or Thursday afternoon (12pm - 4pm ET)?

Please let me know if this works for your team. I look forward to the discussion.

Thanks,
Jeremy

> **From:** Matt Glauber <mag@meridianautoparts.com>
> **Date:** August 11, 2016 at 8:12:36 PM EDT
> **To:** Michael Dash <mdash@carpartkings.com>
> **Subject: RE: BuyAutoParts & CarPartKings Intro Call**
>
> Michael,
>
> Thanks for following-up on this. We continue to be intrigued by what you guys have built and think it could be a good fit for us. In order to keep things moving on our end, sooner rather than later, we're going to need to get deeper into your tech – into your code, DB schemas and such. If you're willing to continue down that path, let me know and I suggest that we then get your bankers and my investors involved.
>
> Thanks,
>
> Matt
>
> ———————————————————————
>
> **From:** Michael Dash [mailto:mdash@carpartkings.com]
> **Sent:** Wednesday, August 10, 2016 2:10 PM

**To:** David Gitman <dgitman@ndap-llc.com>
**Cc:** Adrian Crisan <acrisan@meridianautoparts.com>; Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: BuyAutoParts & CarPartKings Intro Call

Hi Adrian/Matt - Just wanted to follow up on this.

Need to keep the process moving, anything else we can provide or answer?

Thanks,

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com



On Thu, Aug 4, 2016 2:58 PM, David Gitman dgitman@ndap-llc.com wrote:

> Hi Adrian,
>
> Attached is the (slightly out of date) ETL Data Flow. Let me know if you want to review it.
>
> > On Wed, Aug 3, 2016 at 5:41 PM Adrian Crisan <acrisan@meridianautoparts.com> wrote:
> >
> > Thanks.
> >
> > David, please send me the first set of information at your convenience.
> >
> > **Adrian Crisan** | Chief Information Officer
> >
> > **BUYAUTOPARTS**.com
> > Easy To Buy Auto Parts
> >
> > 6740 Cobra Way | San Diego, CA 92121

858 200 0508      (office)

800 874 1974      (main)

acrisan@meridianautoparts.com

---

**From:** Matt Glauber
**Sent:** Wednesday, August 03, 2016 2:26 PM
**To:** Michael Dash <mdash@carpartkings.com>

---

**Cc:** Adrian Crisan <acrisan@meridianautoparts.com>; David Gitman <dgitman@ndap-llc.com>

---

**Subject:** RE: BuyAutoParts & CarPartKings Intro Call

---

Thanks Michael.  I'll leave it to Adrian and David to take it from here regarding sharing of additional materials.


Thanks,

Matt

---

**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Wednesday, August 3, 2016 10:50 AM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Cc:** Adrian Crisan <acrisan@meridianautoparts.com>; David Gitman <dgitman@ndap-llc.com>
**Subject:** Re: BuyAutoParts & CarPartKings Intro Call


Hi Matt - Great speaking with you as well.

Attached is the executed MNDA.


David, feel free to share some documentation with Adrian as discussed.


Regards,

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com



On Wed, Aug 3, 2016 12:56 PM, Matt Glauber mag@meridianautoparts.com wrote:

Michael,

Thanks for your time on the phone yesterday.  It was very helpful for us to get some more information from both you and David.  I have attached a MNDA to this email.  If agreeable, please counter-sign and return to me.

Thanks,

Matt

-----Original Appointment-----
**From:** Matt Glauber
**Sent:** Thursday, July 28, 2016 8:34 AM
**To:** 'Michael Dash'; Adrian Crisan
**Subject:** BuyAutoParts & CarPartKings Intro Call
**When:** Tuesday, August 2, 2016 11:00 AM-11:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Dial-In: 1.781.666.2350 / Access Code: 492-513-625#

Michael,

Looking forward to continuing the conversation next week.  Below are dial-in instructions:

Dial In: 781-666-2350

Access Code: 492-513-625#

Thanks,
Matt

**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Thursday, July 28, 2016 6:27 AM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: Intro

How is Tues @ 2pm EST?

On Thursday, July 28, 2016, Matt Glauber <mag@meridianautoparts.com> wrote:

> I think it would be preferable if your CTO joined.
>
> Thanks,
>
> Matt
>
> On Jul 28, 2016, at 5:33 AM, Michael Dash <mdash@carpartkings.com> wrote:
>
>> No problem - appreciate the patience on your end.
>>
>> Would you like my CTO on the call as well or is this higher level? Let me know and I can throw out a few days/times that would work.
>>
>> On Wednesday, July 27, 2016, Matt Glauber <mag@meridianautoparts.com> wrote:

EXHIBIT 101

perfecto - thank u

- Konstantyn 9/26/2016 12:20:38 PM

  Yw boss 

- Mike Dash 9/27/2016 8:15:47 AM

  Hi K - I talked to Dave last night and we both agreed that you and Aleksey deserve it!

- Mike Dash 9/27/2016 8:16:09 AM

  I'll start the increase on the next cycle

- Mike Dash 9/27/2016 8:16:57 AM

  I'll also try and get you guys the paperwork within the next week or two

- Konstantyn 9/27/2016 8:18:13 AM

  Thanks a lot Mike

- Konstantyn 9/27/2016 8:18:16 AM

  Great news

- Mike Dash 9/27/2016 8:20:46 AM

  Thank u. You guys are amazing and deserve it!

- Konstantyn 9/27/2016 8:21:35 AM

  Thanks Mike. Really appreciate this.

- Konstantyn 9/27/2016 11:58:06 AM

  Mike there should be a call in 15 minutes right?

- Konstantyn 9/27/2016 12:42:27 PM

  Noone joined

- Mike Dash 9/27/2016 12:56:05 PM

  Hey sorry I'm headed back now I'll ping customer

- Konstantyn 9/27/2016 12:57:15 PM

  Ok

- Mike Dash 9/27/2016 1:41:37 PM

  Hey the customer from yesterday Alice sent a note that they meant 11am PST so it's 2pm est (in 20 min) 

- Konstantyn 9/27/2016 1:41:54 PM

  Ok

- Konstantyn 9/27/2016 1:45:45 PM

  Looks like they just joined

- Mike Dash 9/27/2016 2:12:29 PM

  i cant find an ebay or amazon ticket in our zendesk that has any order detail..

- Konstantyn 9/27/2016 2:12:40 PM

  Hch ☺

- Mike Dash 9/27/2016 2:12:47 PM

  is it bc they are all old?

- Konstantyn 9/27/2016 2:12:53 PM

  Yes

EXHIBIT 102

**CNN BUSINESS**

# Winter storms slam online sales, too

by Katie Lobosco   @KatieLobosco

February 14, 2014; 11:27 AM ET






The Fresh Diet missed six days of shipments to customers in January due to the weather.

## It's been a bad winter for business.

Snow, ice and freezing temperatures across much of the country have kept people home, slowing business at shops and restaurants. Extreme weather in places like Atlanta and the Carolinas caught many people off guard, and even the Northeast experienced average temperatures of 19 degrees in January, 4 degrees cooler than normal.

But even some businesses that don't rely on foot traffic are feeling the cold.

"This winter has been the worst since we opened our Brooklyn kitchen back in 2008," said Zalmi Duchman, founder of Fresh Diet.

Customers sign up online for Duchman's gourmet meal delivery service expecting a shipment each day. The company uses its own trucks to deliver daily meals to the New York City area, as well as Washington D.C., Philadelphia and Boston.

Related: The snow is great for my business

But the weather prevented Fresh Diet trucks from making deliveries on six days in January alone. For two of those days, the weather caught them off guard and meals already made were never shipped -- costing the company about $20,000 each day.

Not to mention that for all six missed days, Duchman will add six onto the end of the monthly subscriptions, meaning a customer who would have otherwise renewed on March 1 wouldn't need to until March 6 -- costing the company thousands of dollars in cash flow.

**Small Business Videos**

Watch Death Wish Coffee's free Super Bowl ad


This is how Captain America learned to fight

**The Motley Fool**

You Can Still Buy This "Millionaire Maker" Stock

Bitcoin Up 30,000X -- Here's Your Backdoor In

Motley Fool Issues Rare Triple-Buy Alert

This Stock Could Be Like Buying Amazon for $3.19

**Paid Content**

Are you on Medicare? If you live in Virginia, Read This
Quick Medigap


How To Prepare For The Deepest Recession On Record
Ageful


Dr. Ron Paul: "Here's What I Think Is Coming Next for America"
Stansberry Research


Millionaire Investor Predicts Coming "Cash Frenzy"
Stansberry Research

**CNN Market Sponsors**


"It's been a hard winter, and things like that make a huge difference for small businesses," said Marc Glazer, CEO of Business Financial Services, a national lender.

Glazer has seen small business loan applications increase 60% in the past six weeks when compared to last year, at least half of which he said is weather related. Many applications are from existing customers on the East Coast who have had to close their stores multiple times due to winter storms and need financial help to meet payments.

Related: Drought hits ski towns hard

Sales for Car Part Kings, an online seller of car parts, always drop about 20% in the winter, but this year, they've declined by an additional 10% to 15%.

Half the company's sales are usually to mechanics, but the weather is preventing people from even getting their cars to the shop, said President Mike Dash.

Car Part Kings ships worldwide from its main warehouses in New York, and FedEx has sometimes failed to show up, causing delays and order cancellations.

"It's crushed our ability to deliver on time," Dash said.

Customers are only understanding to a point, he said, so Car Part Kings has been giving some partial refunds when shipments are delayed.

But extreme weather isn't always bad for business. Last summer's heat waves brought an increase in sales because cars broke down more easily, Dash said. He's hoping that will happen again this summer, making up for this winter's lost revenue.

CNNMoney (New York)
First published February 13, 2014: 12:47 PM ET

**PAID CONTENT**

◉◯ Smartfeed ▷



**Tip #18: Avoid Annuities**
Sponsored: Fisher Investments



**New Senior Apartments Near Ashburn Are A Dream Come True**
Sponsored: Senior Living | Sponsored Listings

These are your 3 financial advisors near you

This site finds and compares 3 financial advisors in your area

Check this off your list before retirement: talk to an advisor

Answer these questions to find the right financial advisor for you

Find CFPs in your area in 5 minutes

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card



Today's Refinance Rate

# 2.46%

APR 15 Year Fixed

Select Loan Amount

$ ────────────

# $225,000

AdChoices ▷

**THE BLOG**  10/28/2014 11:37 am ET | **Updated** Dec 06, 2017

# Zero-Logistics E-Commerce Businesses Kick Ass

 **By Sramana Mitra**



A key factor for the success of an e-commerce business is the management of inventory and logistics. Especially for bootstrapping companies, this could be a major challenge. One way to work around this challenge is be a zero-logistics company. Shoplet, eComfort, and Car Part Kings have all successfully applied this method in their businesses and they surely kick ass!



categories including furniture, cleaning and break room supplies, green products, and security and safety. Their products cut across categories and feature many unconventional products that small and medium-sized businesses need.

Tony Ellison, CEO of Shoplet, started the business in 1994 with 1,000 of the most popular items in CD-ROMs. The Internet was in its infancy at that time, so Tony invested his own money and built a basic site with shopping cart capabilities. But instead of buying the inventory, he got them drop shipped. This took away the need for a warehousing operation and the related overheads. It also enabled him to bootstrap and provide the products at greater discounts.

At that time, there was no Google PPC but a Macworld magazine reviewed their business in 1995. Overnight, their site gained enough visibility and their business idea was validated. They were advertising a CD-ROM product called Encarta Encyclopedia for $24 while retail stores were selling it for $69 dollars. That year, they averaged 100 orders a day as the idea of buying online at discounted prices caught on. In the first year of their operations, their revenue crossed the $100,000 level. He had two other part-time employees and they became full-time employees by the end of the year.

The business also scaled from 1,000 items to 120,000 items in 1996 and they added more people and even had an office. Adding more people took a toll on their margins and they decided to focus on B2B customers and offer an e-procurement platform. They turned profitable in 1997 and have been cashflow positive since then.

Shoplet has close to 75 people now and has expanded to the UK and Canada in 2013. They stuck to a bare essentials model using the infrastructure and services of distributors and trading partners for shipping the products. They were able to connect to the back end of their databases, provide inventory to their users and handle all the marketing, SEO, and SCM. Partnerships with distributors and trading partners enabled Tony to bootstrap the company and expand to great heights.

The e-commerce industry has evolved now and the drop ship model has brought in several smaller players. That is why Michael Dash, CEO of
Car Part Kings wanted to start an e-commerce company which was not that easy to get into and would have a high barrier to entry. He chose auto parts and started the company in

1/29/2020                           Zero-Logistics E-Commerce Businesses Kick Ass | HuffPost



drop shippers who would lend him the data, let him process it, and then fulfill orders.

These distributors have large warehouses that stock auto part inventories, which are set up as shipment and fulfillment warehouses. Every order received at Car Part Kings is electronically transmitted to them. They pick that part and ship it to the customer and charge Car Part Kings for that service.

In 2012, they started out selling in the easiest way possible, which was by selling through marketplaces like eBay, Amazon, Sears, and others. In 2013, their revenue was $6 million with 14 people.

Michael says there are hundreds, if not thousands, of drop shippers to choose from, which has allowed them to expand. They now sell plumbing parts, electrical supply parts, and plan to expand further to other verticals. However, he is selective with distributors and believes in having one distributor for covering 99% of a category. The logic behind this is that if you spend a million dollars a month with one distributor, then you can negotiate the prices better.

Again, Michael is particular about the category he chooses as well. "I go after businesses that have been around a long time. They have had a hard time going online, perhaps because they are older businesses. People just have not taken the time to bring these businesses online."

CEO Pavel Sokolovsky of eComfort.com also used the zero-logistics strategy to bootstrap to $13 million in four years with an e-commerce business in the niche area of heating and cooling. Pavel and his co-founder Victor leveraged their relationships with distributors that they knew from their previous work. Initially, convincing the distributors that they could pay their bills was a challenge but over time, it became less so. They sold inventory that was made available to them. They focused on keeping the inventory to a bare minimum so that it made sense financially.

With the advances in logistics, it is much less expensive and easier to move products across the country. Pavel says their value proposition lies in finding players in the supply chain who have operating efficiency and deliver value, thereby providing a smooth experience for the user.

partner with distributors and use their infrastructure and services without having to carry the additional burden of handling delivery. However, it works best when you target a niche area where you can differentiate yourself, especially where there is limited competition. You are able to create good relationships with distributors and drop shippers.

Finally, the model requires that you trade off some margin to keep your operations simple.

*Excerpt from my book, From eCommerce To Web 3.0.*

*Photo: <u>Joe Kingston</u>/Flickr.*

## Follow Sramana Mitra on Twitter: <u>www.twitter.com/sramana</u>

 **Sramana Mitra** 🐦
Founder, One Million by One Million

**MORE:**

( E Commerce )

**This Blogger's Books and Other Items from...**        amazon.com

---

Bootstrapping With A Paycheck: Entrepreneur Journeys

**Bootstrapping With A Paycheck: Entrepreneur Journeys**
by Sramana Mitra



# gbxm|magazine

☰

**APR 06 2015**

# This is What Makes You a Car Part King

————————————

This story pretty much embodies what I'm talking about when I'm talking about *next level gearheads.* You feel like you know what the hell you're doing? Feel like you'd do fairly well for yourself – *if there was just the right opportunity to be your own boss?* Guess what. **You have what it takes.**

I'm pretty excited about this one. At least a couple times a month, I get some poorly worded email asking me to do some kind of link exchange or publish some kind of keyword-laden piece of marketing garbage for a company or an offer to assist with SEO from someone who doesn't even have his own domain. *Get a life.*

**GBXM OFFICIAL PARTNER!**

*Michael Dash* found me on *LinkedIn,* obviously took the time to review my profile, clearly spent more than a little time checking out GBXM, and sent me an email asking if we might do paid content. As a matter of fact – *we do.*

We call it our *Official Partners Program.* (Yes, yes. You could say we're down with OPP.) It's not something I've ever really pushed, but it's never been far from my mind. (I'd like to do this for

a living one day, after all.)

You can read more about *OPP* through that link in the last paragraph. Suffice to say, Michael's email was clearly written to me, personally, based on a sincere interest in GBXM. We started emailing back and forth.

Over the course of about a week, I learned a lot about Michael and his company – *CarPartKings.com* – and, **the more I learned, the more excited I got.** Not because [disclaimer] CarPartKings provided me with a couple hundred bucks in parts I need to get my new truck baselined and ready for reliable, daily driver duty, [/disclaimer] but because their

website had more of the stock replacement parts I was after than all but maybe *one* other site PLUS they're building out their catalog to include performance aftermarket bits, too.

I got spark plugs, a few top end gaskets, *and a K&N filter.* In time, I suspect I'll be able to get wheel bearings, tie rod ends, *and a brake upgrade* – all from one vendor. **GBXM isn't in the business of pimping ourselves to advertisers, but we ARE in the business of getting you stories you won't find anywhere else.**

Some people have already stopped reading because they misunderstand and take this as paid advertising. In a way, yeah, it is, BUT this is a gearhead who started an automotive business with a friend, offering product, selection, and price that genuinely makes me excited. I could easily drop a grand with them right now – but my new car budget is shrinking rapidly and I need to confirm a few things before I click that *"buy now"* button.

**I hope you'll read through, feel as inspired as I do, and show someone who believed in GBXM enough to make a difference in my life our/my recommendation is worth a closer look. Thanks in advance!**

Michael Dash, smiling (as one might in such a machine).

• • •

**[bd] We'll start high level. You're co-founder and CEO of Car Part Kings, one of the largest online performance and automotive parts sellers on the web these days. What lead to your decision to start such a company?**

[md] I have always been interested in building and creating by finding out how pieces fit together. Cars were a passion from a young age, my father has been working on a '72 Porsche 911 for the past 25 years, and the parts that went into the car always fascinated me.

Early in my career, I worked as a construction project manager on multi-million dollar skyscrapers throughout Manhattan. I love the process of ground up management as it takes a detail oriented, highly organized mindset to get the job done. Moving pieces are my life, making them work together is an art form that drives my motivation.

> " Moving pieces are my life, making them work together is an art form that drives my motivation.

I became really close friends with the CTO of the previous start-up I was involved in. We decided when the time was right we would try and make something work together. I knew I lacked the technical chops to build an e-commerce company from the ground up. He comes from a highly technical background and has built out Fortune 500 network systems with nearly no infrastructure in place. His passion is conquering highly complex challenges through technology.

When the opportunity arose to launch our own e-commerce company, auto parts was the first segment I looked into. **We saw an old fashioned industry that needed updating.** Websites were difficult to use and cluttered, parts ordering seemed antiquated and it was nearly impossible to find the parts you needed at a good price and quick. **We decided to solve this problem.** Little did I know how difficult the task ahead would be, however, I couldn't be happier that we made the leap.

CPK staffers on-site at one of the warehouses.

**[bd] In which makes and models does Car Part Kings specialize?**

[md] We cast a very large net. We have nearly 2.5 billion fitments for nearly 35k different vehicle Year, Make, [and] Model combinations. That being said, our top sellers usually include larger brands such as *Ford, Chevy, Honda, Nissan, Toyota, GMC, BMW, Subaru,* etc. We stock parts for domestic and import vehicles, ranging from brakes, exhaust, suspension, engine, electrical, HVAC. **You name it – we probably have it.**

We only sell brands we know and trust. Our focus is on the aftermarket replacement sector, however, we do carry performance and body as well. Eventually we want to be your one stop shop to fix your vehicle from end to end.

**[bd] I've spoken to a number of niche players in this industry, specializing in specific platforms or communities, over the years. Many of them have told me how they experienced the crush of data specificity and decided to stay in their niche. How daunting a task is a catalog this size and how have you ensured accuracy and such?**

[md] I definitely underestimated the difficulty of selling auto parts online. **Car parts are probably the most complex product that you can purchase on the internet.** Every car is so fitment specific you cannot just purchase a random set of brake rotors online, you must be sure they fit your *99 Ford F-150* with a V8 5.4L engine and RWD. If a customer gets the wrong parts because of bad data, they are going to be pissed.

> " If a customer gets the wrong parts because of bad data, they are going to be pissed.

a look down the aisle at one of CarPartKings' warehouses

Our catalog is at nearly 500k SKUs [*stock keeping units – think: part numbers*] and growing – each SKU fits approximately 50 cars. That makes up nearly 2.5 billion fitments to manage constantly. It is a database nightmare, but it also makes for a high barrier to entry into the industry. If you don't have the technical chops, you are not going to succeed.

We ensure our data is accurate by doing the cataloging ourselves. There are plenty of sources out there that will license you the data, however, they are inaccurate and status-quo. We do not settle, we hunt down the necessary data and normalize it so it's user friendly and manageable. It's a daunting task but thats what we relish. **We believe in our data,**

**therefore we ensure all orders are covered with free shipping, free returns, and a free two-year warranty.**

**[bd] I think we've come to take for granted all the ways technology has impacted our lives. We have access to more information than at any point in history.**

**Used to be, you had to do your research at the parts counter, then wait for the part to come in from a warehouse somewhere.**

**You're handling more data than I think many of us can even comprehend. Methinks the overall process hasn't really changed, but the logistics behind it have. What, exactly, happens between when I submit payment on your website and the part arrives on my doorstep?**

[md] The process of looking up parts as a consumer has become a lot more manageable and accessible. If you know your vehicles specifications (year, make, model, engine size) you can generally find the part you are looking for. In some circumstances we do require a bit more information, such as an ECM/ECU – we need the OEM number off the old unit to ensure it works perfectly with the car or truck. As you said, technology makes the process of purchasing car parts easier than ever.

Once an order is placed on our website or over the phone with one of our customer service team members, a receipt is immediately sent out to the customer for reference and records. Our back-end system immediately checks our databases for all warehouse locations that show the parts in-stock. We then select the closest shipping hub to the customer's provided shipping address and route the order to that particular warehouse.

The warehouse then sends a picker to pick and pack that part and a label is created. The tracking number for that order is entered by the warehouse shipping software into our

back-end system and the customer is emailed a tracking number on their order. This closes the loop on the order ensuring that the customer receives the part they need as fast as possible and are able to track the entire process.

`

For the record, I asked for the drop-in K&N...

**[bd] Some people might think you've "made it" and no longer have anything to worry about, seeing as Car Part Kings is so big. We've already gone into the challenges of sourcing and maintaining the data required to perform at this level. As you think about where CPK is going these days, what challenges are you facing and how do you, personally, go about overcoming them?**

[md] There is never a time where I do not have to worry about something related to the business. As you grow, so do your problems (As the great Notorious B.I.G. said, *Mo Money Mo Problems*). Managing these huge data sets, ensuring website uptime, increasing traffic to the site, sourcing material, maintaining warehouse stock levels, guaranteeing the highest levels of customer satisfactions, dealing with returns/exchanges, purchasing prices, and about a million other issues arise daily that must be dealt with.

> " People often think if you have your own business you get to make the rules and make your own hours – the truth is you are always working.

It is a 24/7/365 a day job. People often think if you have your own business you get to make the rules and make your own hours – the truth is you are always working. *I work longer and harder now that I run my own company than I ever have before because I am responsible for the success or failure of CarPartKings.*

Always working. Full stop. But love what you do.

**[bd]** ***"The truth is you are always working."*** **Let's set the company line aside for a moment (*is that possible? haha*). Despite the relatively extraordinary level of commitment required running a successful business, many would say *"it's worth it."* Why would you subject yourself to such a thing? Would you recommend this lifestyle to anyone? Why or why not?**

[md] I couldn't be happier with what we have built. It is an extremely satisfying feeling to know that, as a direct result of all the hard work, you can support yourself and others. **Providing a much needed service while creating opportunity for others is very**

**gratifying.** I personally have a very hard time working for someone else, knowing that all my time and effort is going into something that could potentially make them successful when I could be doing it myself.

> " The lifestyle is not for everyone, you need to be extremely committed to what you are doing – self reliant and a risk taker.

The lifestyle is not for everyone, you need to be extremely committed to what you are doing – self reliant and a risk taker. It may be a cliché, however, **if you're not willing to fail you will never truly succeed.** I can't tell you how many times ideas we have tried to execute have been a total flop. Money and time wasted followed by anxiety and depression.

Those failures teach you so much, if you can take a step back and look at it from a larger perspective, you can truly see what needs to be done to get the job done. New ideas spawn and you take a new risk that hopefully pays off. It may be gambling, but I would always put the odds in my favor when I am betting on myself.

One day, we'll be able to buy all our parts from one vendor...

**[bd] What parallels do you see between building/modifying/racing a vehicle and building/growing a competitive business?**

[md] Building, modifying or racing a vehicle and building a growing business carry an abundance of similarities. To start you need a basic idea of what you want, i.e. *"I'm going to repair this '68 Mustang Fastback like McQueens from the ground up."*

You must go out and find a great deal on the frame to build the project off of. **Without solid bones the vehicle will be useless.** Similarly in business, you must think of an idea

you believe to be as valuable and useful to others as that Mustang is to you. If others are as passionate about your idea and are engaged, you have a great base to build off of.

You then begin to slowly start gathering the tools and parts needed to make the repair. **This doesn't happen overnight, it takes research, preparation and a well thought out budget.** *What will it cost to repair this car so that I am able to eventually sell for a maximum profit? Even if I use it for the rest of my life and pass it down to my children, will it be an asset to them or just a money pit?* Same goes for business, the research involved in building out a budget to run your company will be vital to its success.

I'm still worried...

*Do you know how to repair the car yourself or are you going to need a trained mechanic to help you? If you don't have the necessary skills, is it something you are passionate about learning? Can you race the car or will you be leasing it out as a racing vehicle to make money? Do you have the sales skills required to sell it if you want to turn a buck?*

All of these questions will help you to determine what is needed to see the project through to completion. If you don't have the talent to do it yourself, can you find it for a reasonable price? If/when you do find it, you should invest in learning what it takes so next time around you can do it yourself a get more out of the project. All apply within business building.

**At the end of the day it is about passion, determination, organization, and work ethic. If you put all these tools to good use, you will no doubt succeed in building your dream car or your dream company.**

. . .

A picture is worth 1,000 words, but a metaphor is worth 1,000 pictures. I don't think I can put it any better than Michael did right there. GBXM is all about helping gearhead build high performance machines & lives. It's about *gearheads like us* figuring out how we can modify every aspect of our lives just like we can improve every aspect of any vehicle.

I hope you enjoyed this conversation. In a month or so, I'll be working with Michael again. He's going to introduce to me to a couple people I can't wait to interview for you – and we're going to see what we can do about CarPartKings being a sponsor for the *Death Valley Rally-thing* later this year.

In the meantime, I really hope you'll make the jump over to CarPartKings.com and have a look around. Check the selection. Check the prices. Check that thoroughly modern website that's so easy to use.

**Like I said, I'm thrilled to get some free parts out of this partnership, *but I'm even more excited about finding a solid, go-to source for car parts.***

**Do us a kindness?**

     

**Like this:**

Loading...

---

Written by Brian Driggs · Categorized: WIP · Tagged: GBXM, Official Partners

---

### About Brian Driggs

Brian founded GBXM back in 2009. He wants to help gearheads like us live high performance lives. If you've got a story to tell or would just like to be featured in Gearbox Magazine, don't miss that [ Are you a gearhead like us? ] link up in the top right corner of the screen.

---



EXHIBIT 103

- Mike, I've created a support ticket in Paypal
- Konstantyn 9/17/2015 10:13:18 AM
- I think you should have received reply from them
- Konstantyn 9/17/2015 10:13:42 AM
- It should be about 7 of Aug
- Mike Dash 9/18/2015 3:29:31 PM
- K did you see the email that just came in for CR?
- Konstantyn 9/18/2015 4:52:44 PM
- I'll help him now
- Konstantyn 9/18/2015 4:53:09 PM
- The fix is on production already. I'll just update his account now
- Mike Dash 9/18/2015 5:08:40 PM
- OK thanks - i figured it was a Large bug no worries
- Konstantyn 9/18/2015 5:08:57 PM
- Well it is not small
- Konstantyn 9/18/2015 5:09:17 PM
- In some cases customers didn't had their free trial
- Mike Dash 9/18/2015 5:09:22 PM

- Nothing is ever small :)
- Konstantyn 9/18/2015 5:09:36 PM

:)

- Konstantyn 9/18/2015 5:09:58 PM
- I've sent him an email and reenabled his account.
- Konstantyn 9/18/2015 5:10:17 PM
- And we need to make refund
- Mike Dash 9/18/2015 5:10:52 PM
- OK lets make sure at least one of the accounts is still subcribed - because i saw he canceled one
- Mike Dash 9/18/2015 5:10:57 PM
- not sure if he resubscribed...
- Konstantyn 9/18/2015 5:11:06 PM
- He resubscribed
- Mike Dash 9/18/2015 5:11:11 PM
- OK
- Konstantyn 9/18/2015 5:11:23 PM
- But once you resubscirbe - you are being paid immediately
- Mike Dash 9/18/2015 5:11:30 PM
- OK no big deal
- Konstantyn 9/18/2015 5:11:33 PM
- To avoid unlimited trials
- Konstantyn 9/18/2015 5:12:00 PM
- So I promised him that we'll refund him all today's payments
- Mike Dash 9/18/2015 5:12:11 PM

&lt;ConditionNote&gt;Example ConditionNote&lt;/ConditionNote&gt;

&lt;PriceDesignation&gt;BusinessPrice&lt;/PriceDesignation&gt;

&lt;/OrderItem&gt;

- Mike Dash 10/8/2015 12:42:15 PM
- I would only use ASIN & Customized URL
- Mike Dash 10/8/2015 12:42:30 PM
- again, for now – we can always add more later
- bagaiev.kostiantyn 10/8/2015 12:43:03 PM
- Ok, Maybe quantity?
- bagaiev.kostiantyn 10/8/2015 12:43:10 PM
- And Item price?
- Mike Dash 10/8/2015 12:43:16 PM
- Yes good idea
- bagaiev.kostiantyn 10/8/2015 12:43:24 PM
- Ok
- bagaiev.kostiantyn 10/8/2015 12:43:55 PM
- There is also ScheduledDeliveryEndDate can it be useful?
- Mike Dash 10/8/2015 12:44:14 PM
- I guess we can include that - but that is not always accurate
- bagaiev.kostiantyn 10/8/2015 12:44:23 PM
- Ok.
- Mike Dash 10/8/2015 12:44:25 PM
- i would probably skp that for now
- bagaiev.kostiantyn 10/8/2015 12:44:29 PM
- Ok
- bagaiev.kostiantyn 10/8/2015 12:44:31 PM
- Thanks
- Mike Dash 10/8/2015 12:44:35 PM
- thank u
- Mike Dash 10/8/2015 12:44:44 PM
- ive been talking to a lot of the Zendesk team since yesterday
- Mike Dash 10/8/2015 12:44:46 PM
- they are very excited
- bagaiev.kostiantyn 10/8/2015 12:45:24 PM
- That is great.
- Mike Dash 10/8/2015 12:45:51 PM
- Yes they are going to do everything they can to expand knowledge
- Mike Dash 10/8/2015 12:45:55 PM

- Mike Dash 10/8/2015 12:48:33 PM
- and then we offer add ons on the website
- Mike Dash 10/8/2015 12:48:41 PM
- he said we will make all our money in add ons
- Mike Dash 10/8/2015 12:48:48 PM
- thats where he believes is the biggest potential
- bagaiev.kostiantyn 10/8/2015 12:48:57 PM
- Add-ons?
- Mike Dash 10/8/2015 12:49:04 PM
- more messages
- Mike Dash 10/8/2015 12:49:09 PM
- more amazon / ebay accounts
- Mike Dash 10/8/2015 12:49:12 PM
- secure transfers
- Mike Dash 10/8/2015 12:49:15 PM
- customizations
- Mike Dash 10/8/2015 12:49:15 PM
- etc
- bagaiev.kostiantyn 10/8/2015 12:49:18 PM
- I see. Ok
- Mike Dash 10/8/2015 12:49:20 PM
- all the extra's
- bagaiev.kostiantyn 10/8/2015 12:49:49 PM
- Well 30 sounds 1.5 better than 20 :)
- Mike Dash 10/8/2015 12:49:55 PM
- ha
- bagaiev.kostiantyn 10/8/2015 12:50:07 PM
- I just thought that 20 is too few after out last conversation
- Mike Dash 10/8/2015 12:50:11 PM
- again we can focus on that once we have a good working app
- Mike Dash 10/8/2015 12:50:24 PM
- then we can integrate w/ chargeebee for the site and make the add ons and subscriptions easier to manage
- bagaiev.kostiantyn 10/8/2015 12:50:27 PM
- Agree.
- bagaiev.kostiantyn 10/8/2015 12:51:47 PM
- Do you see new message in this ticket https://channelreply.zendesk.com/agent/tickets/177?
- bagaiev.kostiantyn 10/8/2015 12:51:55 PM
- Can you please handle this?
- Mike Dash 10/8/2015 12:52:16 PM
- OK i will call them in a little bit

- Mike Dash 10/12/2015 2:09:11 PM
- hows the app looking?
- bagaievkostiantyn 10/12/2015 2:09:46 PM
- The amazon part is completed. Adding info from ebay to the app now.
- Mike Dash 10/12/2015 2:09:53 PM
- wahoo
- bagaievkostiantyn 10/12/2015 2:10:06 PM
- I have 1 question
- bagaievkostiantyn 10/12/2015 2:10:23 PM
- I didn't find where to get tracking#
- Mike Dash 10/12/2015 2:10:33 PM
- in eBay?
- bagaievkostiantyn 10/12/2015 2:10:42 PM
- I supposed that it should be in Magento
- bagaievkostiantyn 10/12/2015 2:10:44 PM
- In Amazon
- Mike Dash 10/12/2015 2:11:08 PM
- Well we upload tracking from magento into Amazon
- Mike Dash 10/12/2015 2:11:12 PM
- so it is in Amazon as well
- bagaievkostiantyn 10/12/2015 2:11:27 PM
- Can you please give me a link or a screenshot?
- Mike Dash 10/12/2015 2:11:33 PM
- yes
- bagaievkostiantyn 10/12/2015 2:11:36 PM
- I didn't find how to pull it with Amazon API
- Mike Dash 10/12/2015 2:12:42 PM
- http://www.awesomescreenshot.com/image/655035/d83b741ad317e88854fe744ef6e4804b7
- bagaievkostiantyn 10/12/2015 2:13:14 PM
- Ok, thanks I have an idea where to look
- Mike Dash 10/12/2015 2:13:34 PM
- np let me know if i can help w/ anything else
- bagaievkostiantyn 10/13/2015 2:08:28 PM
- Hello Mike. User wants to switch to Enterprize account
- bagaievkostiantyn 10/13/2015 2:08:29 PM
- https://channelreply.zendesk.com/agent/tickets/180
- bagaievkostiantyn 10/13/2015 2:08:52 PM
- But he afraid of being billed twice (since he recently was billed)
- bagaievkostiantyn 10/13/2015 2:09:04 PM
- Can I offer him refund of the last payment?

- Mike Dash 10/19/2015 11:14:29 AM
I want to get the app out asap
- Konstantyn 10/19/2015 11:15:02 AM
Same here. I decided to release all that we have now ASAP. Then we can continuously add new features.
- Mike Dash 10/19/2015 11:15:11 AM
great
- Mike Dash 10/19/2015 11:15:16 AM
lets do it!
- Konstantyn 10/19/2015 11:15:26 AM
Too much time spent without updates.
- Konstantyn 10/19/2015 11:15:33 AM
Yes :)
- Mike Dash 10/19/2015 3:51:31 PM
K the Amazon app looks great - a quick thought, can you make the fields on the right auto expand?
- Konstantyn 10/19/2015 3:51:43 PM
On hover?
- Konstantyn 10/19/2015 3:51:59 PM
Or expanded when loaded?
- Mike Dash 10/19/2015 3:52:05 PM
expand when loaded
- Konstantyn 10/19/2015 3:52:06 PM
I just wanted it to be compact
- Konstantyn 10/19/2015 3:52:10 PM
I can
- Mike Dash 10/19/2015 3:52:20 PM
Yes think it will be more beneficial to agents
- Konstantyn 10/19/2015 3:52:36 PM
Just there can be several applications there
- Konstantyn 10/19/2015 3:52:47 PM
However I can save state
- Konstantyn 10/19/2015 3:53:02 PM
So if they'll collaps once, then it will be collapsed on load
- Mike Dash 10/19/2015 3:53:12 PM
OK
- Konstantyn 10/19/2015 3:53:14 PM
But by default it will be expanded
- Mike Dash 10/19/2015 3:53:24 PM
great think people are going to like it
- Konstantyn 10/19/2015 3:53:45 PM
:)

- Mike Dash 10/26/2015 1:35:07 PM
- I talked tothem
- Mike Dash 10/26/2015 1:35:11 PM
- we should just have 1 app
- Mike Dash 10/26/2015 1:35:17 PM
- starter plan - $29
- Konstantyn 10/26/2015 1:35:26 PM
- I don't mind having 1 app 😐
- Mike Dash 10/26/2015 1:35:32 PM
- yes makes it easier
- Mike Dash 10/26/2015 1:35:37 PM
- then add ons will be on the website
- Mike Dash 10/26/2015 1:35:40 PM
- if they want to upgrade, etc
- Mike Dash 10/26/2015 1:35:57 PM
- but we should be using a better subscription service as a mentioned - chargebee
- Mike Dash 10/26/2015 1:36:04 PM
- will make managing these upgrades, etc easier
- Konstantyn 10/26/2015 1:36:07 PM
- Yes
- Mike Dash 10/26/2015 1:36:11 PM
- and they integrate with both paypal and stripe
- Konstantyn 10/26/2015 1:36:17 PM
- Current subscription change process is a pain
- Konstantyn 10/26/2015 1:37:05 PM
- As far as I understood we don't need stripe integration, since paypal charges less fees, and stripe doesn't give any bonuses to customers
- Mike Dash 10/26/2015 1:38:15 PM
- yes i got same pricing with stripe
- Mike Dash 10/26/2015 1:38:26 PM
- and if user subscribes to service in zendesk with stripe
- Mike Dash 10/26/2015 1:38:44 PM
- we can offer same payment method on our site so they don't have to chose one or another - they can use stripe or paypal whateve they prefer
- Konstantyn 10/26/2015 1:39:04 PM
- Ok got it.
- Konstantyn 10/26/2015 1:39:15 PM
- But we should priorityze next steps.
- Mike Dash 10/26/2015 1:39:39 PM
- I agree
- Konstantyn 10/26/2015 1:39:47 PM
- E.g. how gathering marketing data is important

- Mike Dash 10/26/2015 1:47:46 PM

and if David has you very busy with CPK tasks which I know are crazy right now, let's put some tasks on Alexsey that is what he's there for as well
- Konstantyn 10/26/2015 1:47:52 PM

On 10/26/15, at 8:30 PM, Mike Dash wrote:

> I was thinking more along the lines of this - https://www.zendesk.com/apps/tickler-plus/

On 10/26/15, at 8:31 PM, Konstantyn wrote:

> But what is the difference. What do you like in these checklists and what we don't have

On 10/26/15, at 8:32 PM, Konstantyn wrote:

> Do you mean update of the look and feel?
- Konstantyn 10/26/2015 1:48:48 PM

On 10/26/15, at 8:46 PM, Mike Dash wrote:

> if you want to set up a call with them i can as well

I'd better write an email, to have a reply in my mailbox.
- Konstantyn 10/26/2015 1:49:47 PM

On 10/26/15, at 8:47 PM, Mike Dash wrote:

> let's put some tasks on Alexsey

Last week and this week I'm more on Channel Reply to release it. Alexey does great job on backend and website UI.
- Mike Dash 10/26/2015 1:50:06 PM

OK
- Mike Dash 10/26/2015 2:20:33 PM

K have you been putting together an integration "guide" for the website - copywriter is asking me when he can start working on this
- Konstantyn 10/26/2015 2:21:11 PM

Can we start tomorrow. Right now I'm working on basic instructions. Amazon settings page is updated
- Mike Dash 10/26/2015 2:21:23 PM

OK - do you want me to put him in touch w/ you via Skype
- Konstantyn 10/26/2015 2:21:33 PM

Actually there is everything there. But I'm still trying to make it better
- Mike Dash 10/26/2015 2:21:35 PM

maybe will be easier if he just picks your brain and starts writing it so you dont have to
- Konstantyn 10/26/2015 2:21:56 PM

I'm OK with it but starting from tomorrow :)

- Mike Dash 10/28/2015 10:14:24 AM
  sounds good - again, if you need anything let me know I will help help you get it quickly
- Konstantyn 10/28/2015 10:14:49 AM

- Thanks Mike. I'm not hesitating when I need something :))
- Mike Dash 10/28/2015 1:52:44 PM
  are you working with Justin on all of the integration instructions? Here - https://www.channelreply.com/manage#general-info
- Mike Dash 10/28/2015 1:52:51 PM
  ebay/amazon/zendesk/etc
- Konstantyn 10/28/2015 1:53:12 PM
  Well we have just updated Amazon Settings page
- Konstantyn 10/28/2015 1:53:23 PM
  Other pages wasn't affected
- Mike Dash 10/28/2015 1:54:24 PM
  OK I'll talk to him about updating the wording on all pages
- Mike Dash 10/28/2015 1:54:51 PM
  We should also talk about screenshots on these pages - visualizations make it a lot easier.. I would like him to do a set up and then maybe he can screenshot his process
- Mike Dash 10/28/2015 1:54:54 PM
  to see what a user see's and we can use this
- Mike Dash 10/28/2015 2:31:01 PM
  K, can we use information in the Amazon app to be a part of a Macro?
- Konstantyn 10/28/2015 2:31:30 PM
  For now not.
- Konstantyn 10/28/2015 2:31:40 PM
  We can put something to custom field
- Konstantyn 10/28/2015 2:31:57 PM
  Or fill custom field by 1 click and then use it
- Konstantyn 10/28/2015 2:32:04 PM
  We can think of something
- Mike Dash 10/28/2015 2:32:06 PM
  Lets say we wanted to incorporate an ASIN or order number into a Macro
- Mike Dash 10/28/2015 2:32:40 PM
  example: "You're order for ASIN XYZ123 has shipped via UPS XYZ123"
- Mike Dash 10/28/2015 2:32:57 PM
  so we can pull that ASIN and Tracking in from the app included in a macro
- Konstantyn 10/28/2015 2:33:42 PM
  I can make small links which will paste the field to the comments box.
- Mike Dash 10/28/2015 2:34:44 PM
  Thats an OK shortcut but ultimately we would want a custom placeholder reference
- Konstantyn 10/28/2015 2:40:21 PM
  Well we can add such feature

- Konstantyn 10/28/2015 2:40:21 PM
Well we can add such feature
- Konstantyn 10/28/2015 2:40:27 PM
Just need details
- Mike Dash 10/28/2015 2:40:32 PM
Yes we should put it in roadmap
- Mike Dash 10/28/2015 2:40:46 PM
I was looking back through our emails and that is what someone had requested - I think its a great idea
- Konstantyn 10/28/2015 3:11:43 PM
On 10/28/15, at 9:51 PM, Marcos Ortega wrote:

> Can you create macros with the shipping details? For example, if a customer had their package delivered....can we create a view in Zendesk to show that the item was delivered so we can respond accordingly.
- Konstantyn 10/28/2015 3:11:48 PM

:)

- Mike Dash 10/28/2015 3:12:02 PM
someone just asked that question?
- Konstantyn 10/28/2015 3:12:07 PM
Yes
- Mike Dash 10/28/2015 3:12:10 PM
HA!
- Konstantyn 10/28/2015 3:12:15 PM
2nd customer
- Mike Dash 10/28/2015 3:12:18 PM
I read minds!
- Konstantyn 10/28/2015 3:13:28 PM
You both know what ecommerce business need :)
- Mike Dash 10/28/2015 3:13:35 PM
Moji - view it at https://login.skype.com/login/sso?go=xmmfallback&80a924da6cef046eba683634618684702
- Konstantyn 10/28/2015 3:13:39 PM
And he asked about tracking number too
- Mike Dash 10/28/2015 3:14:19 PM
yes it would be convenient - if there were custom placeholders for {Amazon.Tracking} {Amazon.Order.ID}
- Mike Dash 10/28/2015 3:14:19 PM
etc
- Mike Dash 10/28/2015 3:14:39 PM
then people could insert them into the macros and it would auto populate with the information
- Mike Dash 10/28/2015 3:14:41 PM
same w/ eBay

- Konstantyn 11/18/2015 9:22:43 AM
  Hello Mike, we have completed text script for video with Justin.
- Konstantyn 11/18/2015 9:23:35 AM
  File transfer:

- Script and Video Editing Notes – Amazon Tutorial Video Revised.docx
- Konstantyn 11/18/2015 9:24:01 AM
  This is for Amazon video
- Konstantyn 11/18/2015 9:24:19 AM
  Zendesk and Ebay configuration will be ready soon
- Mike Dash 11/18/2015 9:34:45 AM
  Great!
- Mike Dash 11/18/2015 9:34:49 AM
  I am having it edited now
- Mike Dash 11/18/2015 9:34:54 AM
  and then I will have voiceover done
- Konstantyn 11/18/2015 9:36:17 AM
  Ok.
- Konstantyn 11/18/2015 9:41:59 AM
  Also here is ebay setup video https://drive.google.com/open?id=0B-oShzSUByr-SVRiSVJIdzAzdlU and Zendesk setup video https://drive.google.com/open?id=0B-oShzSUByr-Um1oVWVMUVVvwylN
- Konstantyn 11/18/2015 9:42:08 AM
  Justin is working on them
- Mike Dash 11/18/2015 9:42:23 AM
  great - do pieces of those need to be blurred out as well?
- Konstantyn 11/18/2015 9:42:30 AM
  No.
- Konstantyn 11/18/2015 9:42:43 AM
  nothing important shown there
- Mike Dash 11/18/2015 9:42:43 AM
  Great
- Konstantyn 11/18/2015 9:43:49 AM
  I used my private ebay account with Zero deals. And password is hidden there. And I replaced our channelreply.zendesk.com credentials.
- Mike Dash 11/18/2015 9:44:21 AM
  wonderful
- Mike Dash 11/18/2015 9:44:28 AM
  The Amazon video should be ready tomorrow
- Mike Dash 11/18/2015 9:44:35 AM
  Justin is going to give the voiceover a shot  :)
- Konstantyn 11/18/2015 9:44:45 AM

- Konstantyn 11/30/2015 11:33:11 AM
- Yes, I know that
- Mike Dash 11/30/2015 11:33:13 AM
- I would do one with all eBay info - one with all Amazon info - and one showing all folders
- Mike Dash 11/30/2015 11:33:23 AM
- I think those are the 3 best
- Mike Dash 11/30/2015 11:33:26 AM
- what do you think?
- Konstantyn 11/30/2015 11:33:39 AM
- On 11/30/15, at 7:33 PM, Mike Dash wrote:

> showing all folders

- What do you mean?
- Mike Dash 11/30/2015 11:33:56 AM
- main view
- Mike Dash 11/30/2015 11:34:44 AM
- To view this shared photo, go to: https://api.asm.skype.com/s/i?0-eus-d4-08da098ac8b9b007d3bc3100b84c023f
- Mike Dash 11/30/2015 11:35:08 AM
- what 3 would you like to see?
- Konstantyn 11/30/2015 11:36:35 AM
- https://ndap.zendesk.com/agent/tickets/180386
- Konstantyn 11/30/2015 11:36:52 AM
- I don't see any other options
- Mike Dash 11/30/2015 11:37:13 AM
- I see the info now
- Mike Dash 11/30/2015 11:37:26 AM
- Under shipping address thought u were going to change display order
- Mike Dash 11/30/2015 11:37:43 AM
- so Its:

Name

Street Address

City

Postal Code

Country

Konstantyn 12/2/2015 11:03:51 AM
( :) )

Mike Dash 12/2/2015 11:04:09 AM
OK you have Justins screenshots for the app installation document
Mike Dash 12/2/2015 11:04:14 AM
with the green outlines
Konstantyn 12/2/2015 11:04:38 AM
I have a document. I need to make screenshots available
Mike Dash 12/2/2015 11:04:59 AM
File transfer:

Zendesk App Instructions Screenshots Green.zip
Konstantyn 12/2/2015 11:05:13 AM
I have these
Konstantyn 12/2/2015 11:05:21 AM
I have already uploaded them to s3
Mike Dsti 12/2/2015 11:05:23 AM
Ok great - yes these go in the installation doc
Mike Dash 12/2/2015 11:05:25 AM
wonderful
Konstantyn 12/2/2015 11:05:52 AM
And I have MS Word here, so i'll update links to screenshots
Mike Dash 12/2/2015 11:05:59 AM
great
Mike Dash 12/2/2015 11:06:08 AM
on a side note, I have been talking to CEO of Chargebee
Mike Dash 12/2/2015 11:06:18 AM
and I played with a test account yesterday, sent you an invite
Mike Dash 12/2/2015 11:06:22 AM
it looks awesome
Konstantyn 12/2/2015 11:06:48 AM
Got invitation
Konstantyn 12/2/2015 11:07:44 AM
I'm in. Thanks. I'll work with the app now\
Mike Dash 12/2/2015 11:07:58 AM
great excited
Konstantyn 12/2/2015 11:37:54 AM
Mike, can you please tell me what login did you use as Zendesk developer account?
Konstantyn 12/2/2015 11:37:57 AM

Mike Dash 12/7/2015 10:44:04 AM
Yes we can post there too - but we want it to live on the site as well for SEO
Konstantyn 12/7/2015 10:44:09 AM
We need to update colors to match our portal and put articles to the sorresponding categories
Mike Dash 12/7/2015 10:44:09 AM
this is all great content for google
Konstantyn 12/7/2015 10:44:41 AM
WEll I'm not good in SEO, I'll dicsuss that with Justin.
Mike Dash 12/7/2015 10:45:07 AM
OK - essentially by posting all this on our site
Mike Dash 12/7/2015 10:45:09 AM
google will scrape it
Mike Dash 12/7/2015 10:45:16 AM
and we will show up higher in search results
Mike Dash 12/7/2015 10:45:24 AM
so we can post it in both places
Konstantyn 12/7/2015 10:46:26 AM
I just thought that we need to use this help center as our main help
Konstantyn 12/7/2015 10:46:43 AM
But it is under another domain
Mike Dash 12/7/2015 10:46:52 AM
we will - but look here - https://replymanager.com/features/ebay-integration
Konstantyn 12/7/2015 10:46:54 AM
So maybe it is not a good option
Mike Dash 12/7/2015 10:47:11 AM
this is a landing page, but also a help page
Mike Dash 12/7/2015 10:47:24 AM
so it helps google searches so they show up when people type in keywords
Konstantyn 12/7/2015 10:47:26 AM
Well it is more like promotional page
Konstantyn 12/7/2015 10:47:34 AM
But I got you
Konstantyn 12/7/2015 10:47:39 AM
We need something similar
Mike Dash 12/7/2015 10:47:52 AM
right - we can post in both places nothing wrong with having it on zen and our site
Konstantyn 12/7/2015 10:49:08 AM
Ok, we need engine in Zendesk then. Like blog, but another one
Mike Dash 12/7/2015 10:53:30 AM
I would edit the current articles in Zen

EXHIBIT 104

- Mike Dash 2/1/2016 2:43:14 PM
- OK makuing transfer now
- Konstantyn 2/1/2016 2:43:27 PM
- Good luck for us
- Konstantyn 2/2/2016 2:17:22 AM
- Hello Mike, The money arrived to my account
- Mike Dash 2/2/2016 6:52:22 AM
- Wahoo!!
- Mike Dash 2/2/2016 7:07:22 AM
- Has Dave been talking to you at all about ChannelReply?
- Konstantyn 2/2/2016 7:07:47 AM
- Yesterday
- Konstantyn 2/2/2016 7:08:07 AM
- He talked about Channel Reply and about your current issues
- Konstantyn 2/2/2016 7:08:14 AM
- With funding etc.
- Mike Dash 2/2/2016 7:08:30 AM
- Ok yes I want him to stay very focused on Channel Reply now
- Mike Dash 2/2/2016 7:08:43 AM
- Can you try and pull him in as much as possible
- Mike Dash 2/2/2016 7:08:55 AM
- Just try and get him involved
- Konstantyn 2/2/2016 7:09:11 AM
- OK
- Konstantyn 2/2/2016 7:09:14 AM
- I got what you mean
- Mike Dash 2/2/2016 7:09:31 AM
- Thanks.
- Konstantyn 2/2/2016 7:09:40 AM
- We need more or better advertising.
- Mike Dash 2/2/2016 7:09:52 AM
- Yes I'm working on that with Justin now
- Mike Dash 2/2/2016 7:09:58 AM
- We're gonna start on Twitter
- Mike Dash 2/2/2016 7:10:24 AM
- Then we'll move to Facebook then google
- Konstantyn 2/2/2016 7:10:32 AM
- And I need to finish with returns. Actually I need reply from eBay, and we are ready for beta test
- Mike Dash 2/2/2016 7:10:44 AM
- Hopefully the returns gets done and we can move on to other tasks

- With funding etc.
- Mike Dash 2/2/2016 7:08:30 AM
- Ok yes I want him to stay very focused on Channel Reply now
- Mike Dash 2/2/2016 7:08:43 AM
- Can you try and pull him in as much as possible
- Mike Dash 2/2/2016 7:08:55 AM
- Just try and get him involved
- Konstantyn 2/2/2016 7:09:11 AM
- OK
- Konstantyn 2/2/2016 7:09:14 AM
- I got what you mean
- Mike Dash 2/2/2016 7:09:31 AM
- Thanks.
- Konstantyn 2/2/2016 7:09:40 AM
- We need more or better advertising.
- Mike Dash 2/2/2016 7:09:52 AM
- Yes I'm working on that with Justin now
- Mike Dash 2/2/2016 7:09:58 AM
- We're gonna start on Twitter
- Mike Dash 2/2/2016 7:10:24 AM
- Then we'll move to Facebook then google
- Konstantyn 2/2/2016 7:10:32 AM
- And I need to finish with returns. Actually I need reply from eBay, and we are ready for beta test
- Mike Dash 2/2/2016 7:10:44 AM
- Hopefully the returns gets done and we can move on to other tasks
- Mike Dash 2/2/2016 7:10:58 AM
- Really would like to get analytics done and start on desk
- Konstantyn 2/2/2016 7:11:31 AM
- Alexey can work with Dave on analityes now. Most job for returns left on me.
- Mike Dash 2/2/2016 7:14:17 AM
- Can you please ask Dave to help or ask Alexey to ask Dave
- Konstantyn 2/2/2016 7:14:25 AM
- Yes I will
- Mike Dash 2/2/2016 7:16:12 AM
- Great he doesn't like to interfere unless he is asked so need to make sure to let him know Alexey needs his help and he should work directly with him
- Konstantyn 2/2/2016 7:16:37 AM
- I will take care of it.
- Mike Dash 2/2/2016 7:16:44 AM
- Tx
- Mike Dash 2/2/2016 12:43:07 PM

Thanks
- Konstantyn 2/22/2016 10:59:35 AM
- Mike, do you know how is Dave?
- Mike Dash 2/22/2016 10:59:47 AM
- Was just talking to him on Skype
- Mike Dash 2/22/2016 10:59:49 AM
- he was at home
- Konstantyn 2/22/2016 11:00:02 AM
- I see thanks.
- Mike Dash 2/22/2016 11:00:10 AM
- did u get in touch w/ him?
- Konstantyn 2/22/2016 11:00:23 AM
- I haven't talked to him last days.
- Konstantyn 2/22/2016 11:00:32 AM
- He looks too tired
- Mike Dash 2/22/2016 11:00:35 AM
- Have you reached out to him?
- Konstantyn 2/22/2016 11:00:37 AM
- That's why I'm asking
- Konstantyn 2/22/2016 11:01:04 AM
- You mean about meeting time?
- Mike Dash 2/22/2016 11:01:17 AM
- in general - have you been reaching out and he wasnt responding?
- Konstantyn 2/22/2016 11:01:34 AM
- No. He always responds
- Konstantyn 2/22/2016 11:02:07 AM
- What I mean is that he just make quick replies. So I hadn't talks to him last week
- Mike Dash 2/22/2016 11:02:26 AM
- Right - He seems a bit out of it, I will try and talk to him
- Mike Dash 2/22/2016 11:02:36 AM
- You can try as well - not sure what his issues are
- Konstantyn 2/22/2016 11:02:49 AM
- I will
- Mike Dash 2/22/2016 11:03:08 AM
- thanks - i will also
- Mike Dash 2/23/2016 12:43:48 PM
- we going to review returns?
- Konstantyn 2/23/2016 12:45:37 PM
- Hello, yes we are.
- Mike Dash 2/23/2016 12:45:56 PM

- this is something we can do
- Mike Dash 3/8/2016 12:45:37 PM
- there are a lot of customers who want a lot of things we can build
- Konstantyn 3/8/2016 12:45:40 PM
- I have idea how :)
- Mike Dash 3/8/2016 12:45:41 PM
- and once we have them in
- Mike Dash 3/8/2016 12:45:50 PM
- then easier to sell them a lot of services
- Mike Dash 3/8/2016 12:45:55 PM
- increase each customers LTV
- Konstantyn 3/8/2016 12:46:02 PM
- Got that
- Mike Dash 3/8/2016 12:46:50 PM
- I just need Dave to be on the same page and start working hard on everything again
- Konstantyn 3/8/2016 12:47:05 PM
- Ok, I know what to ask him
- Mike Dash 3/8/2016 12:47:13 PM
- I think he will get there
- Mike Dash 3/8/2016 12:47:15 PM
- he just needs a bit of time
- Mike Dash 3/8/2016 12:48:35 PM
- I just got a call from the lonesome vapors customer
- Konstantyn 3/8/2016 12:48:57 PM
- He can have a look what other channels have in their API. Do they have messaging fuctions, do they have order numbers in message subjects, message body to pull, do the have direct link to cusotmer order info in API etc, etc,
- Mike Dash 3/8/2016 12:49:04 PM
- is their something wrong w/ his acct?
- Konstantyn 3/8/2016 12:49:05 PM
- Oh
- Konstantyn 3/8/2016 12:49:10 PM
- He is so slow
- Mike Dash 3/8/2016 12:49:16 PM
- Yes he sounded slow on phone :)
- Konstantyn 3/8/2016 12:49:20 PM
- Everything was OK since yesterday )
- Konstantyn 3/8/2016 12:49:33 PM
- I spoke about 30 minutes with him yesterday
- Mike Dash 3/8/2016 12:49:34 PM
- OK i will let him know

Konstantyn 3/8/2016 12:55:45 PM
It is happy womens day today. We celebrate it in our country.
Mike Dash 3/8/2016 12:55:54 PM
just want you to know that I still believe in CR and what we can build
Konstantyn 3/8/2016 12:56:05 PM

Just tolda the same to Dave ☺
Konstantyn 3/8/2016 12:56:18 PM
Well CR gave nice grow this month.
Mike Dash 3/8/2016 12:56:19 PM
I know things are a bit scattered now but once we get past the returns and chargebee hurdle we can start putting out more products to get customers signed up
Mike Dash 3/8/2016 12:56:22 PM
thats what we need
Mike Dash 3/8/2016 12:56:30 PM
We need to get to 300 customers
Konstantyn 3/8/2016 12:56:40 PM
Having 25% increase in each month will make founder millionares in few years
Mike Dash 3/8/2016 12:57:04 PM

we need to grow faster ☺
Mike Dash 3/8/2016 12:57:12 PM
i want to grow 50 customers a mo or more
Mike Dash 3/8/2016 12:57:21 PM
need to build better CRM
Mike Dash 3/8/2016 12:57:25 PM
need better advertising
Mike Dash 3/8/2016 12:57:26 PM
site design - sign up etc
Mike Dash 3/8/2016 12:57:32 PM
a lot of work is there
Mike Dash 3/8/2016 12:57:36 PM
that is what i keep telling Dave
Mike Dash 3/8/2016 12:57:42 PM
he doesnt think there is any work for him
Konstantyn 3/8/2016 12:57:50 PM
He is wrong.
Mike Dash 3/8/2016 12:57:52 PM
I know
Konstantyn 3/8/2016 12:58:00 PM
On start he gave a lot of valuable advices
Mike Dash 3/8/2016 12:58:00 PM

- Mike Dash 3/8/2016 12:57:52 PM
- I know
- Konstantyn 3/8/2016 12:58:00 PM
- On start he gave a lot of valuable advices
- Mike Dash 3/8/2016 12:58:00 PM
- I need your help in explaining
- Mike Dash 3/8/2016 12:58:06 PM
- he doesnt think there is daily work for him
- Mike Dash 3/8/2016 12:58:10 PM
- I believe there is
- Konstantyn 3/8/2016 12:58:14 PM
- I see. I'll speak with him.
- Mike Dash 3/8/2016 12:58:25 PM
- OK i am talking to him again tomorrow as well in the office
- Mike Dash 3/8/2016 12:58:31 PM
- always good to talk in person
- Konstantyn 3/8/2016 12:58:39 PM
- I'll be available whole my day for Dave tomorrow
- Mike Dash 3/8/2016 12:58:39 PM
- so let me know what he says when you speak and i will do the same
- Konstantyn 3/8/2016 12:58:54 PM
- Ok.
- Mike Dash 3/8/2016 12:58:58 PM
- have a good night
- Konstantyn 3/8/2016 12:59:11 PM
- Thanks. Have a good day you too.

- Konstantyn 9/22/2016 7:09:28 AM
  Probably there are some cases when there can be some errors. I'll try to do more testing.
- Mike Dash 9/22/2016 7:15:50 AM
  We're the server issues you needed assistance w Dave fixed?
- Konstantyn 9/22/2016 7:16:19 AM
  I need Dave to guide me on how to create Chef scripts
- Mike Dash 9/22/2016 7:16:43 AM
  Have you reached out to him?
- Konstantyn 9/22/2016 7:17:29 AM
  I've pinged him twice last week, we scheduled a call on Friday. And didn't contact. I'll make 3rd attempt.
- Mike Dash 9/22/2016 7:17:59 AM
  K
- Konstantyn 9/22/2016 7:18:01 AM
  Also the weather is bad here, so we are going home tomorrow my evening, so I'll not be available tomorrow at your day
- Konstantyn 9/22/2016 7:19:03 AM
  [8/30/16, 11:10:45 PM] David Gitman: What emailing ?

[8/30/16, 11:33:53 PM] Konstantyn: Issues with missing emails

[8/30/16, 11:34:04 PM] Konstantyn: We started loose them again

[8/31/16, 1:31:59 AM] David Gitman: I would move to AWS SES.

[9/1/16, 2:07:24 PM] Konstantyn: Dave, can we spend some time wth you to setup Chef scripts, Amazon SES, and google analytics?

[9/1/16, 4:47:59 PM] David Gitman: Sure. Can we do it tomorrow. I just got back to NY

[9/1/16, 4:50:10 PM] Konstantyn: Yes sure.

[9/13/16, 2:56:28 PM] Konstantyn: Hi Dave. Lets schedule time to work on Channel Reply a bit

[9/13/16, 2:57:13 PM] Konstantyn: I need some help with Chef scripts and google analityes

[9/14/16, 4:31:40 PM] David Gitman: Sure.

[9/14/16, 4:31:51 PM] David Gitman: Friday morning?

[9/14/16, 4:31:53 PM] Konstantyn: Hi :)

[9/14/16, 4:31:13 PM] Konstantyn: :)

[9/14/16, 4:32:01 PM] Konstantyn: Ok.

[9/14/16, 4:32:14 PM] David Gitman: I'll set it my calendar   All my conversations with Dave last 3 weeks.
Mike Dash 9/22/2016 7:20:59 AM
K
Mike Dash 9/22/2016 7:21:24 AM
I pinged him as well
Mike Dash 9/22/2016 7:45:35 AM
Also can u reach out to Alice today As well she looks like she got pretty far w etsy want u to review her work
Konstantyn 9/22/2016 7:46:50 AM
Yes, I'll talk to her
Mike Dash 9/22/2016 7:47:02 AM
Thx
Mike Dash 9/22/2016 5:04:06 PM
can u assist this customer - https://channelreply.zendesk.com/agent/tickets/1381
Mike Dash 9/23/2016 9:38:50 AM
K can u create a calendly calendar make it something like calendly.com/ChannelReply-Konstantyn
Konstantyn 9/23/2016 10:17:04 AM
Mike, I'm going out to Zelenograd now, I'll do that tomorrow
Mike Dash 9/23/2016 10:17:11 AM
ok no problem - no rush
Mike Dash 9/23/2016 11:32:25 AM
K if you get a chance can you assist this customer - https://channelreply.zendesk.com/agent/tickets/1386
Konstantyn 9/26/2016 4:56:55 AM
Hello Mike, I see your meeting invitation, can we move it 2 hours before, or 2.5 hours after that time?
Mike Dash 9/26/2016 9:45:24 AM
Hey K - Im trying to move it ill let u know when i get confirmation
Konstantyn 9/26/2016 9:50:41 AM
Ok thanks
Mike Dash 9/26/2016 10:24:46 AM
lets catch up when u have some time
Konstantyn 9/26/2016 10:25:03 AM
I have time. Before and after :)
Konstantyn 9/26/2016 10:25:10 AM
And now
Mike Dash 9/26/2016 10:25:20 AM
whenever is good for you Señor
Konstantyn 9/26/2016 10:25:52 AM



## EXHIBIT 105

P-65

 **DENTONS**

**Mark D. Meredith**
Senior Attorney

mark.meredith@dentons.com
D   +1 2127686852

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

August 3, 2017

**By FedEx and Email**

Tomer Tagrin, Founder and CEO
Tom Rotem, VP Business Development and US
Operations
Yotpo NYC
33 W. 19th Street
New York, NY 10011

Re:   Michael Dardashtian's Continuing Confidentiality Obligations

Dear Mr. Tagrin and Mr. Rotem:

This firm represents David Gitman, co-Member of Cooper Square Venture, LLC ("CSV") with Michael Dardashtian.   The purpose of this letter is to provide Yotpo  with notice regarding Mr. Dardashtian's continuing obligations of confidentiality regarding customer lists, processes and designs and Yotpo's potential liability in connection with its tortious interference with Mr. Dardashtian's obligations. We demand that Mr. Dardashtian cease and desist from any violations of his confidentiality obligations owed under CSV's Operating Agreement.

Specifically, under Section 12.2 of the Operating Agreement, entitled Confidentiality, each Member agrees that he "will not, at any time or in any manner, either directly or indirectly, publish, communicate, divulge, disclose, disseminate or otherwise reveal to any person or entity, or use for any purpose whatsoever any Confidential Information."   Operating Agreement §12.2(a).  Confidential Information, in turn, is defined to include, among other things, any of CSV's "processes, data, designs, compilations of information, apparatus, computer programs, information of or relating to suppliers or customers, customer requirements, cost or price data, research data, business plans, marketing or sales plans or information, . . .policies or procedures, sales know-how or any other information that may be considered to be proprietary to or a trade secret of' CSV's, whether or not such information is considered a trade secret within the meaning of the applicable law.  Operating Agreement § 12.2(b).

CSV's customer lists and its process and design feedback management feature are Confidential Information under the Operating Agreement.  Any use of such confidential and proprietary information by Mr. Dardashtian or Yotpo, a direct competitor of CSV's, is in violation of the restrictions set forth under Section 12.2.  We have reason to believe that certain of CSV's customers have become Yotpo's customers since Mr. Dardashtian has joined Yotpo.  We also understand that Yotpo may now be using a feedback management feature that uses Confidential Information under the Operating Agreement.  To the extent Mr. Dardashtian has been or is divulging, disclosing, disseminating, otherwise revealing or using for any purpose Confidential Information, including customer lists and the process and design of the feedback management feature, Mr. Dardashtian and Yotpo should stop immediately.



大成 Salans FMC SNR Denton McKenna Long
dentons.com

 

In view of the foregoing, Mr. Gitman demands that Yotpo ensure that Mr. Dardashtian cease and desist from using "for any purpose whatsoever" Confidential Information under the Operating Agreement. Please confirm in writing that Yotpo understands its ongoing obligations not to tortiously interfere with Mr. Dardashtian's obligations, and that Mr. Dardashtian will adhere to those continuing obligations.  Mr. Gitman reserves all rights.

Sincerely,

Mark D. Meredith
Senior Attorney

cc:  Barry Guaglardi, Esq.  (for Mr. Dardashtian)

104507757\V-1

EXHIBIT 106

 Gmail

---

# Fwd: Delivery Status Notification (Failure)

---

**Michael Dash <mdash@coopersquare.ventures>**                    Tue, Oct 21, 2014 at 12:53 PM
 To:

Hello ▆▆

Thank you for inquiring about ChannelReply.

We are currently in live beta and have a number of clients using the tool.

I have attached a one-pager that describes the functionality and pricing of CR.

If you are interested and would like to set up a live demo please let me know.

Thank you,

**Michael Dash**
**Cooper Square Ventures**
Tel: (646) 553-5918
michael@coopersquare.ventures | http://coopersquare.ventures



[Quoted text hidden]

---

 **ChannelReply.pdf**
312K



## EXHIBIT 107

 Gmail

Michael Dash <mdash@ndap-llc.com>

---

## Zendesk/Ebay integration

---

**Michael Dash** <mdash@ndap-llc.com>                                          Mon, May 12, 2014 at 2:26 PM
To: Eric Shen <eshen@zendesk.com>
Cc: David Gitman <dgitman@ndap-llc.com>

OK app has been submitted for approval.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Mon, May 12, 2014 at 12:38 PM, Michael Dash <mdash@ndap-llc.com> wrote:
This is what we are thinking for now:

- One time $500 set up fee.
- $99 monthly recurring charge for eBay
- $99 monthly recurring charge for Amazon
- $149 monthly recurring charge for eBay & Amazon together

What do you think?

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Mon, May 12, 2014 at 12:38 PM, Eric Shen <eshen@zendesk.com> wrote:
Great, thanks Michael.  Did you settle on the pricing as well?  Is there a ballpark I can throw out there to our prospect?

-Eric

On Mon, May 12, 2014 at 9:32 AM, Michael Dash <mdash@ndap-llc.com> wrote:
I am submitting app now, will think up a new name and finish up app.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Mon, May 12, 2014 at 12:31 PM, Eric Shen <eshen@zendesk.com> wrote:
Hey Michael,

Thanks for checking in.  I'd avoid using "Zen" in the name; our legal tends to balk a bit at this.  On a side note, I think I may have a prospect already for you guys.  How quickly do you think you guys will be ready to submit the app for approval? :)

-Eric

On Mon, May 12, 2014 at 9:28 AM, Michael Dash <mdash@ndap-llc.com> wrote:
Hi Eric - We are considering the name MarketplaceZen, does that violate zendesks branding copyright rules - http://developer.zendesk.com/documentation/apps/brand-guidelines.html?

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Wed, May 7, 2014 at 5:12 PM, Eric Shen <eshen@zendesk.com> wrote:
Hey Michael,

Great!  Just sent along an invite with Gotomeeting details.  Looking forward to it!

-Eric

On Wed, May 7, 2014 at 5:46 AM, Michael Dash <mdash@ndap-llc.com> wrote:
Thursday 2pm EST (11am PST) works.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, May 6, 2014 at 7:58 PM, Eric Shen <eshen@zendesk.com> wrote:
Hey Michael,

Good to hear from you and sorry for the delay!  Been absolutely swamped.

Do you have time possibly Thursday between 10am-2pm PST to chat?  Or Friday after 12pm-1pm PST?

On Fri, May 2, 2014 at 12:11 PM, Michael Dash <mdash@ndap-llc.com> wrote:
Hi Eric - We are ready to showcase our Marketplace integration.

We have been running it for a while now and are confident in its abilities.

Amazon and eBay have been flowing nicely and we are excited to show you what we have.

Let me know a good time we can give you a quick walkthrough.

Thank you,

Michael Dash

NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Mon, Mar 3, 2014 at 9:26 PM, Michael Dardashtian <mdash@ndap-llc.com> wrote:
Eric - Thanks for the call today.

I have cc'd my partner David - we look forward to continued discussions as we put the final touches on the product.

Talk soon.

On Mar 3, 2014, at 9:08 PM, Eric Shen <eshen@zendesk.com> wrote:

> Hi Mike,
>
> Thanks for taking the time to chat today.  I've attached a copy of our general partner doc that covers what you can expect from Zendesk and what's expected on your end from the partnership perspective.  It includes where you can submit the application for listing in our marketplace once complete.  Let me know if you have any questions in the mean time and once you're ready, ping me and we can reconnect to try to finalize the integration/partnership.  Looking forward to it!
>
> Regards,
>
> Eric Shen
>
>
> On Mon, Mar 3, 2014 at 11:11 AM, Michael Dash <mdash@ndap-llc.com> wrote:
>> Desk is fine  - 646-553-5918
>>
>> Michael Dash
>> NDAP, LLC
>> email: mdash@ndap-llc.com
>> office: 646-553-5918
>>
>>
>> On Mon, Mar 3, 2014 at 2:04 PM, Eric Shen <eshen@zendesk.com> wrote:
>>> Hey Mike,
>>>
>>> Great, what's the best number to reach you at (assuming today still works for you)?
>>>
>>> -Eric
>>>
>>>
>>> On Thu, Feb 27, 2014 at 6:20 AM, Michael Dash <mdash@ndap-llc.com> wrote:
>>>> Eric - I don' think we are ready for a screen share just yet, maybe just a preliminary discussion for now.
>>>>
>>>> Thanks,
>>>>
>>>> Michael Dash
>>>> NDAP, LLC

email: mdash@ndap-llc.com
office: 646-553-5918

On Wed, Feb 26, 2014 at 7:41 PM, Eric Shen <eshen@zendesk.com>
wrote:
That works for me!  Do we need a screen share session?  I can set us
up with one if so.

-Eric

On Wed, Feb 26, 2014 at 3:47 PM, Michael Dash <mdash@ndap-
llc.com> wrote:
Sure how is Monday 1pm PST?

Michael Dash
NDAP, LLC
email: mdash@ndap-llc.com
office: 646-553-5918

On Wed, Feb 26, 2014 at 4:53 PM, Eric Shen
<eshen@zendesk.com> wrote:
Hi Michael,

That sounds great!  A preliminary call would be helpful.  How about
sometime next week?  I'm available Monday from 1-2pm PST,
Tuesday after 3pm, and Wednesday from 9-2:30pm. Any of those
times work for you?

Regards,

Eric Shen

On Tue, Feb 25, 2014 at 9:03 AM, Michael Dash <mdash@ndap-
llc.com> wrote:
Hi Eric,

Thanks for reaching out.  We will work on completing this
application and getting a site built for the new integration.

Maybe we should have a preliminary call to discuss some
specifics.

Let me know when you have some time available.

Thank you,

Michael Dash
NDAP, LLC
email: mdash@ndap-llc.com
office: 646-553-5918

On Tue, Feb 25, 2014 at 11:52 AM, Eric Shen

&lt;eshen@zendesk.com&gt; wrote:

Hey all,

Zendesk checking in here!  I saw Michael's post in the forum about building an eBay integration and how it's almost complete.  If it's something you guys are interested in publishing publicly, I'd like to invite you to submit the application to the Zendesk Application Marketplace once the integration is complete to help drive you guys some traffic.  I'd be happy to discuss more details around this, but just in case, I've included a doc that outlines some of the process and what you can expect in terms of support from Zendesk.  Let me know if you'd like to chat once the integration is ready and we'll see what we can do to help promote it!

Regards,

Eric Shen

--
Eric Shen
Partner/Integrations Manager, Business Development

Phone████████ | Twitter: @eshen  |  Skype: eshen.zendesk

--
Eric Shen
Partner/Integrations Manager, Business Development

Phone████████ Twitter: @eshen  |  Skype: eshen.zendesk

--
Eric Shen
Partner/Integrations Manager, Business Development

Phone:████████ Twitter: @eshen  |  Skype: eshen.zendesk

--
Eric Shen
Partner/Integrations Manager, Business Development

Phone:████████ Twitter: @eshen  |  Skype: eshen.zendesk

EXHIBIT 108



**CR PayPal and Stripe**

---

**Michael Dash** <mdash@ndap-llc.com>                                           Tue, Mar 7, 2017 at 5:14 PM
To: David Gitman <david@coopersquare.ventures>



On Mar 7, 2017, at 5:10 PM, David Gitman <david@coopersquare.ventures> wrote:

> I updated my profile to david@channelreply.com
>
> On Tue, Mar 7, 2017 at 5:08 PM Michael Dash <mdash@ndap-llc.com> wrote:
>> I think I tried to set it up with a channelreply email for you and got a bounceback
>>
>> **Michael Dash**
>> **ndap**
>> Tel: (646) 553-5918
>> mdash@ndap-llc.com I http://www.ndap-llc.com
>>
>>
>> On Tue, Mar 7, 2017 5:07 PM, David Gitman david@coopersquare.ventures wrote:
>>> I was using the wrong email
>>>
>>> On Tue, Mar 7, 2017 at 5:06 PM Michael Dash <mdash@ndap-llc.com> wrote:
>>>> Shows me you're an admin ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
>>>> ▬▬▬▬▬▬▬▬▬▬
>>>>
>>>> **Michael Dash**
>>>> **ndap**
>>>> Tel: (646) 553-5918
>>>> mdash@ndap-llc.com I http://www.ndap-llc.com
>>>>
>>>>
>>>>
>>>> On Tue, Mar 7, 2017 5:04 PM, David Gitman david@coopersquare.ventures wrote:
>>>>> I don't have a Stripe account or see the master login in 1password.
>>>>>
>>>>> On Tue, Mar 7, 2017 at 4:50 PM David Gitman <david@coopersquare.ventures> wrote:
>>>>>> Yes, I can see it. Got it.
>>>>>>
>>>>>> On Tue, Mar 7, 2017 at 4:48 PM Michael Dash <mdash@ndap-llc.com> wrote:

I think i just added the paypal csv account to the partners folder as well.. can you see it?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Tue, Mar 7, 2017 4:47 PM, David Gitman david@coopersquare.ventures wrote:
  Thank you! What's the PayPal password for paypal@coopersquareventures.com?

  On Tue, Mar 7, 2017 at 4:46 PM Michael Dash <mdash@ndap-llc.com> wrote:
    I added you as admin on PayPal and you are already an Admin on Stripe.. can you
    see if you can login.. I made the PayPal username ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    **Michael Dash**
    **ndap**
    Tel: (646) 553-5918
    mdash@ndap-llc.com I http://www.ndap-llc.com

  On Tue, Mar 7, 2017 4:42 PM, David Gitman david@coopersquare.ventures wrote:
    Not sure why.

    On Tue, Mar 7, 2017 at 4:40 PM Michael Dash <mdash@ndap-llc.com> wrote:
      Also trying to change the vault to CR for both in 1pass and its not letting me..?

      **Michael Dash**
      **ndap**
      Tel: (646) 553-5918
      mdash@ndap-llc.com I http://www.ndap-llc.com

    On Tue, Mar 7, 2017 4:39 PM, Michael Dash mdash@ndap-llc.com wrote:
      Can I have bookkeeper email so I can add as an accountant to the account..
      didn't we do this with Zach Mahew?

      **Michael Dash**
      **ndap**
      Tel: (646) 553-5918
      mdash@ndap-llc.com I http://www.ndap-llc.com

On Tue, Mar 7, 2017 4:35 PM, David Gitman david@coopersquare.ventures wrote:

I need the CR Paypal and Stripe log in for the bookkeeper. They're not correct in 1password.

EXHIBIT 109

- bagaiev.kostiantyn6/1/2017, 5:54:44 AM

  I don't know his appartment number

- davidgitman6/1/2017, 5:54:24 AM

  Do you have his address in Kharkiv?

- bagaiev.kostiantyn6/1/2017, 5:54:08 AM

  20

- davidgitman6/1/2017, 5:54:02 AM

  What is Aleksey hourly rate?

- bagaiev.kostiantyn6/1/2017, 5:49:24 AM

  So am I.

- davidgitman6/1/2017, 5:49:02 AM

I was thinking of coming close to next weekend.

- bagaiev.kostiantyn6/1/2017, 1:12:13 PM

  2012 January <ss type="smile">:)</ss>

- davidgitman6/1/2017, 1:11:59 PM

  When did we build first version on Zendesk script?

- bagaiev.kostiantyn6/1/2017, 1:11:50 PM

  Alexey will have 4 days of driving from Monday. After that we'll be ready to meet in Kharkiv.

- davidgitman6/1/2017, 1:11:39 PM

  Phew

- bagaiev.kostiantyn6/1/2017, 1:11:27 PM

  Ok.

- davidgitman6/1/2017, 1:11:05 PM

  Let's both keep focused on the future of CR

- bagaiev.kostiantyn6/1/2017, 1:10:11 PM

- bagaiev.kostiantyn6/4/2017, 4:34:30 PM

  I'm not sure still.

- davidgitman6/4/2017, 4:34:15 PM

  How many customers would have to resubscribe?

- bagaiev.kostiantyn6/4/2017, 4:34:14 PM

  Stripe subscriptions were successfully imported

- bagaiev.kostiantyn6/4/2017, 4:33:52 PM

  Look, most of our clients are in ChargeBee, when we switched to it - they clearly stated that it is impossible to import existing Paypal subscriptions.

- bagaiev.kostiantyn6/4/2017, 4:32:50 PM

- bagaiev.kostiantyn6/4/2017, 4:39:30 PM

  So half of the customers are using Paypal.

- bagaiev.kostiantyn6/4/2017, 4:39:24 PM

  So half of the cusotmers are using Paypal.

- bagaiev.kostiantyn6/4/2017, 4:39:11 PM

  We have 245 active subscriptions in ChargeBee. About 70% are linked through Stripe. Other are on Paypal. There are also old Paypal cusotmers, about 50.

- davidgitman6/4/2017, 4:36:33 PM

  Can you look into it please

- davidgitman6/4/2017, 4:36:28 PM

  I see

- bagaiev.kostiantyn9/27/2017, 1:49:10 PM

  I think around 15k$

- bagaiev.kostiantyn9/27/2017, 1:48:47 PM

  I don't know about expenses

- bagaiev.kostiantyn9/27/2017, 1:48:40 PM

  34-35 - depending on yearly sign ups.

- bagaiev.kostiantyn9/27/2017, 1:48:20 PM

  Currently total income 35k$

- davidgitman9/27/2017, 1:48:02 PM

  Also how much do you think CR makes every month?

And we make about 2k more every month

- davidgitman9/27/2017, 1:52:06 PM

Thank you.

- bagaiev.kostiantyn9/27/2017, 1:50:55 PM

And it was about 34 on July

- bagaiev.kostiantyn9/27/2017, 1:50:43 PM

$28.73K this month (will more till 30th of Sep)

- davidgitman9/27/2017, 1:50:25 PM

Oh?

- bagaiev.kostiantyn9/27/2017, 1:50:26 PM

$32.59K last month

- bagaiev.kostiantyn9/27/2017, 1:50:15 PM

Sorry wrong info.

- davidgitman9/27/2017, 1:49:38 PM

35 right now?

calculator/">http://fitsmallbusiness.com/business-valuation-calculator/<
it doesn't include that we are growing.

- bagaiev.kostiantyn9/28/2017, 7:58:32 AM

  And we are growing.

- bagaiev.kostiantyn9/28/2017, 7:58:25 AM

  Net income.

- davidgitman9/28/2017, 7:58:16 AM

  <a href="https://techcrunch.com/2016/10/07/determining-the-worth-of
  saas-company/">https://techcrunch.com/2016/10/07/determining-the-\
  your-saas-company/</a>

- bagaiev.kostiantyn9/28/2017, 7:58:16 AM

  Let's say 20k$ net income every month. That means 240k$ per year.

<u>EXHIBIT 110</u>

