

EXHIBIT 111

Changes are made. Our lawyer must approve it now. He should release the update to you soon.

- davidgitman6/1/2017, 6:17:59 AM

And better then ever

- bagaiev.kostiantyn6/1/2017, 6:17:50 AM

<ss type="smile">:)</ss>

- davidgitman6/1/2017, 6:17:44 AM

I'm back

- bagaiev.kostiantyn6/1/2017, 6:17:38 AM

But if you are back to Channel Reply - then let him report to you.

- bagaiev.kostiantyn6/1/2017, 6:17:15 AM

He can report to me

<u>EXHIBIT 112</u>



**David Gitman** 10:28 AM
Yes. But he's mine, full time.

**Michael Dash** 10:28 AM
ahcha

k not really my domain so dont care but if he recommends anyone let me know and ill pass on

December 6th, 2016 ⌄

**David Gitman** 11:00 AM
Will do

**Michael Dash** 2:10 PM
Just had 2 cold outreach VC emails abt investing in ChannelReply in past 2 hours..

**David Gitman** 2:11 PM
Nice

December 7th, 2016 ⌄

**Michael Dash** 9:08 AM
What happened?

**Michael Dash** 11:30 AM

David Gitman has notifications turned off



EXHIBIT 113



October 27th, 2016 ∨

**Michael Dash** 8:16 AM
Sounds like Alice is making progress

**David Gitman** 10:55 AM
She is!

**Michael Dash** 10:55 AM
heyooo

dude

CR is blowing up

i literally have had back to back calls for past 3 days

80 sign ups this month so far

October 28th, 2016 ∨

**David Gitman** 3:37 PM
Nice

David Gitman has notifications turned off

<u>EXHIBIT 114</u>

# Cooper Square Ventures

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Jul 3, 10:42 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 25, 12:03 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 16, 4:01 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 8, 12:02 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 30, 6:13 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 20, 10:51 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Dec 19 2018, 7:23 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 18 2018, 5:22 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 18 2018, 5:16 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 18 2018, 5:10 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Aug 6 2018, 10:25 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Aug 6 2018, 10:23 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Aug 3 2018, 3:04 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 1 2018, 11:52 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Mar 1 2018, 10:36 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 22 2018, 4:40 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 16 2018, 5:10 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 31 2018, 6:23 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 31 2018, 6:19 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 31 2018, 2:40 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 30 2018, 4:28 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 22 2018, 4:39 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 22 2018, 12:15 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 19 2018, 3:13 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 19 2018, 2:59 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 19 2018, 2:58 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 19 2018, 2:36 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 19 2018, 1:37 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 7 2018, 1:52 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 5 2018, 12:04 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2017, 12:46 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 11 2017, 3:56 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Oct 1 2017, 6:41 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Sep 27 2017, 2:34 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jul 6 2017, 7:45 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 20 2017, 3:11 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 19 2017, 11:47 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 16 2017, 10:10 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 9 2017, 11:10 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 7 2017, 10:25 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 7 2017, 10:22 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 27 2017, 8:21 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |

7/16/2020

Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Apr 17 2017, 10:45 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 3 2017, 11:24 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 3 2017, 9:28 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 30 2017, 3:02 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 18 2017, 5:23 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 7 2017, 10:35 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Mar 7 2017, 10:35 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 25 2017, 2:39 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 20 2017, 2:32 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 17 2017, 7:47 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 17 2017, 7:43 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 5 2017, 11:17 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 5 2017, 11:17 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 22 2017, 3:42 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 22 2016, 4:00 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 21 2016, 7:23 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:14 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:05 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:05 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 4:58 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 10:33 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 19 2016, 10:52 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 16 2016, 6:30 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 1 2016, 8:20 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Nov 15 2016, 5:21 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Nov 5 2016, 8:44 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:10 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:06 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:04 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 3:30 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:31 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:26 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:25 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:15 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Oct 24 2016, 9:54 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Sep 26 2016, 11:43 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jul 31 2016, 6:47 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jul 26 2016, 2:19 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 26 2016, 1:48 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 26 2016, 1:47 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Jun 7 2016, 2:44 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 15 2016, 7:15 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 14 2016, 10:15 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 30 2016, 9:41 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 23 2016, 11:03 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |

7/16/2020

Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Oct 14 2015, 3:03 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 2 2015, 10:26 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Oct 20 2014, 1:24 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Oct 20 2014, 11:57 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 12 2014, 8:15 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| May 12 2014, 8:15 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 15 2014, 6:13 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 15 2014, 5:55 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 15 2014, 10:49 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 15 2014, 8:59 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Apr 15 2014, 8:58 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Mar 31 2014, 3:36 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Feb 18 2014, 9:19 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 18 2014, 9:17 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Feb 18 2014, 9:17 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 30 2014, 4:39 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 8 2014, 5:27 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 30 2013, 2:55 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 2 2013, 2:56 pm Eastern Standard Time | David Gitman | Logged in. | | | | |



EXHIBIT 115

7/16/2020

Audit Log

# Cooper Square Ventures

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Jan 22 2017, 3:42 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Jan 9 2017, 6:21 pm Eastern Standard Time | Michael Dardashtian | Logged in. | | | | |
| Jan 2 2017, 2:08 pm Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Jan 2 2017, 1:48 pm Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Jan 2 2017, 1:46 pm Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 29 2016, 11:28 am Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 28 2016, 10:03 am Eastern Standard Time | Michael Dardashtian | Logged in. | | | | |
| Dec 22 2016, 4:00 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 21 2016, 7:23 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:14 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:05 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 5:05 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 4:58 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 20 2016, 3:23 pm Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 20 2016, 1:53 pm Eastern Standard Time | Zachary Mayhew | Logged out. | | | | |
| Dec 20 2016, 1:41 pm Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 20 2016, 11:37 am Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 20 2016, 10:37 am Eastern Standard Time | Zachary Mayhew | Logged in. | | | | |
| Dec 20 2016, 10:33 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 19 2016, 10:52 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 16 2016, 6:30 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Dec 1 2016, 8:20 am Eastern Standard Time | David Gitman | Logged in. | | | | |
| Nov 15 2016, 5:21 pm Eastern Standard Time | David Gitman | Logged in. | | | | |
| Nov 7 2016, 8:20 am Eastern Standard Time | Dee Clay | Logged in. | | | | |
| Nov 6 2016, 10:52 am Eastern Standard Time | Dee Clay | Logged in. | | | | |
| Nov 5 2016, 8:44 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:10 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:06 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 4 2016, 3:04 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 8:33 pm Eastern Daylight Time | Michael Dardashtian | Logged in. | | | | |
| Nov 1 2016, 3:30 pm Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:31 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:26 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:25 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Nov 1 2016, 11:15 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Oct 28 2016, 10:07 am Eastern Daylight Time | Michael Dardashtian | Logged in. | | | | |
| Oct 24 2016, 9:54 am Eastern Daylight Time | David Gitman | Logged in. | | | | |
| Oct 21 2016, 5:01 pm Eastern Daylight Time | Michael Dardashtian | Logged in. | | | | |



EXHIBIT 116

# COOPER SQUARE VENTURES LLC
## Transaction Report
January 2013 - March 2017

| Date | Transaction Ty | Name | Memo/Description |
|------|------|------|------------------|
| **Michael Dardashtian Contribution** | | | |
| Beginning Balance | | | |
| 01/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/01/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 08/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 10/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 10/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 11/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 11/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 12/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 12/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mict |
| 12/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/15/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| **Total for Michael Dardashtian Contributio** | | | |
| | | | |
| **Partner 1 Draws** | | | |
| 05/27/2014 | Check | Michael Dardashtian | |
| 05/19/2016 | Check | Michael Dardashtian | Check 69 |
| 09/12/2016 | Expense | Michael Dardashtian | TRANSFER COOPER SQUARE VENT |
| **Total for Partner 1 Draws** | | | |
| | | | **Automobile Expense** |
| 01/07/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003€ |
| 02/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003€ |

| | | | |
|---|---|---|---|
| 03/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 04/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 05/02/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 07/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 08/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 09/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 10/03/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 11/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 12/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 06/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |

**Total Automobile expense**

**Health Insurance**

| | | | |
|---|---|---|---|
| 01/13/2016 | Check | NorthShore LIJ Care Connect | Health Insurance |
| 02/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 02/09/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 03/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 04/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 05/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 06/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill North |
| 07/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 07/18/2016 | Deposit | AP Intego | APIntegoInsuranc DES:ACHTRANS ID |
| 08/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 09/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 10/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 11/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 12/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |

**Total Health Insurance**

# COOPER SQUARE VENTURES LLC
## Transaction Report
### January 2013 - March 2017

| Date | Transaction Type | Name | Memo/Description |
|---|---|---|---|
| **Michael Dardashtian Contribution** | | | |
| Beginning Balance | | | |
| 01/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/01/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 08/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 10/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 10/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 11/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 11/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/15/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| **Total for Michael Dardashtian Contributio** | | | |
| | | | |
| **Partner 1 Draws** | | | |
| 05/27/2014 | Check | Michael Dardashtian | |
| 05/19/2016 | Check | Michael Dardashtian | Check 69 |
| 09/12/2016 | Expense | Michael Dardashtian | TRANSFER COOPER SQUARE VENT |
| **Total for Partner 1 Draws** | | | |
| | | | |
| | | | **Automobile Expense** |
| 01/07/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 02/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |

| Date | Type | Payee | Description |
|---|---|---|---|
| 03/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 04/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 05/02/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 07/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 08/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 09/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 10/03/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 11/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 12/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 06/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |

**Total Automobile expense**

**Health Insurance**

| Date | Type | Payee | Description |
|---|---|---|---|
| 01/13/2016 | Check | NorthShore LIJ Care Connect | Health Insurance |
| 02/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 02/09/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 03/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 04/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 05/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 06/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill North |
| 07/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 07/18/2016 | Deposit | AP Intego | APIntegoInsuranc DES:ACHTRANS ID |
| 08/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 09/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 10/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 11/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 12/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |

**Total Health Insurance**

| Account | Split | Amount |
|---|---|---|
| | | 500.00 |
| Michael Dardashtian Contributio | Bank of America | (729.16) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| | | (20,479.16) |
| | | |
| Partner 1 Draws | Bank of America | -10,000.00 |
| Partner 1 Draws | Bank of America | -5,000.00 |
| Partner 1 Draws | Bank of America | -5,000.00 |
| | | -$ 20,000.00 |
| | | |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |

| | | |
|---|---|---|
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| | | **5,386.68** |

| | | |
|---|---|---|
| Insurance Expense | Bank of America | 1,405.00 |
| Insurance Expense | Bank of America | 1,405.00 |
| Insurance Expense | Bank of America | 132.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | -272.60 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| | | **17,379.40** |

**63,245.24**

# COOPER SQUARE VENTURES LLC
## Transaction Report
### January 2013 - March 2017

| Date | Transaction Type | Name |
|------|------------------|------|
| **David Gitman Contribution** | | |
| Beginning Balance | | |
| 01/02/2015 | Expense | David Gitman |
| 01/16/2015 | Expense | David Gitman |
| 02/02/2015 | Expense | David Gitman |
| 02/18/2015 | Expense | David Gitman |
| 03/02/2015 | Expense | David Gitman |
| 03/18/2015 | Expense | David Gitman |
| 04/02/2015 | Expense | David Gitman |
| 04/17/2015 | Expense | David Gitman |
| 05/01/2015 | Expense | Pershing LLC FBO |
| 05/18/2015 | Expense | Pershing LLC FBO |
| 06/02/2015 | Expense | Pershing LLC FBO |
| 06/18/2015 | Expense | Pershing LLC FBO |
| 07/02/2015 | Expense | David Gitman |
| 07/17/2015 | Expense | David Gitman |
| 07/31/2015 | Expense | David Gitman |
| 08/18/2015 | Expense | David Gitman |
| 09/02/2015 | Expense | David Gitman |
| 09/18/2015 | Expense | David Gitman |
| 10/02/2015 | Expense | David Gitman |
| 10/16/2015 | Expense | David Gitman |
| 11/02/2015 | Expense | David Gitman |
| 11/18/2015 | Expense | David Gitman |
| 12/02/2015 | Expense | David Gitman |
| 12/18/2015 | Expense | David Gitman |
| 12/31/2015 | Expense | David Gitman |
| 01/15/2016 | Expense | David Gitman |
| 02/02/2016 | Expense | David Gitman |
| 02/18/2016 | Expense | Pershing LLC FBO |
| **Total for David Gitman Contribution** | | |
| | | |
| **Partner 2 Draws** | | |
| 05/27/2014 | Check | David Gitman |
| **Total for Partner 2 Draws** | | |
| | | |
| **Automobile Expense** | | |
| 01/29/2016 | Expense | BMW |
| 02/29/2016 | Expense | BMW |
| 03/29/2016 | Expense | BMW |

| 04/29/2016 | Expense | BMW |
| 07/29/2016 | Expense | BMW |
| 08/30/2016 | Expense | BMW |
| 09/29/2016 | Expense | BMW |
| 10/31/2016 | Expense | BMW |
| 11/29/2016 | Expense | BMW |
| 12/29/2016 | Expense | BMW |
| 05/31/2016 | Expense | BMW |
| 06/29/2016 | Expense | BMW |

**Total Automobile expense**

| Memo/Description | Account | Split |
|---|---|---|
| David Gitman 401K Contribution | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
|  | Partner 2 Draws | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |

| | | |
|---|---|---|
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT BMWFINANCIAL S\ | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT BMWFINANCIAL S\ | Automobile Expense | Bank of America |

| Amount |
|---|
| 500.00 |
| (729.16) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (20,479.16) |

| | |
|---|---|
| | -10,000.00 |
| -$ | 10,000.00 |

| |
|---|
| 528.57 |
| 528.57 |
| 528.57 |

528.57
528.57
528.57
528.57
528.57
528.57
528.57
528.57
528.57
6,342.84


36,822.00

**COOPER SQUARE VENTURES LLC**
**Cash and Expenses Distribution**
**BOFA Account**
**For the Year 2014 to 2016**

| | dgitman | mdash | TOTAL |
|---|---|---|---|
| Owners Draw | 20,479.16 | 20,479.16 | 40,958.32 |
| Cash Distribution | 10,000.00 | 20,000.00 | 30,000.00 |
| Automobile Expense | 6,342.84 | 5,386.68 | 11,729.52 |
| Health Insurance | - | 17,379.40 | 17,379.40 |
| **TOTAL** | **36,822.00** | **63,245.24** | **100,067.24** |

**COOPER SQUARE VENTURES LLC**
**Cash and Expenses Distribution**
**BOFA Account**
**For the Year 2014 to 2016**

|  | dgitman | mdash | TOTAL |
|---|---|---|---|
| Owners Draw | 20,479.16 | 20,479.16 | 40,958.32 |
| Cash Distribution | 10,000.00 | 20,000.00 | 30,000.00 |
| Automobile Expense | 6,342.84 | 5,386.68 | 11,729.52 |
| Health Insurance | - | 17,379.40 | 17,379.40 |
| **TOTAL** | **36,822.00** | **63,245.24** | **100,067.24** |

EXHIBIT 117



**David Gitman**
Active now | Gallery

In May you told me that you thing illegal, but you have THIS now

David 4:04 PM
I'm asking the judge to dissolve CRI and all other entities. It was worth saying before you signed the papers. At this point I see no future in us working well together and think everything about be dissolved

Lol

You told me a month or more ago that I have to sign such document

Right after we talked to your lawers

4:05 PM
I told you should sign an agreement that would remove you from the case and give you ownership. The document says everything, but that and even gives Mike power of attorney to make the decisions for you. I don't think you understand what you signed

Why you always think that I don't understand something

Just explain me what

EXHIBIT 118

CSV Mail – Books                                                                                    7/30/20, 5:59 PM

 Gmail                                            Michael Dash <mdash@coopersquare.ventures>

---

## Books

---

**David Gitman** <david@coopersquare.ventures>                         Mon, Oct 31, 2016 at 6:46 PM
To: Michael Dash <mdash@ndap-llc.com>

I want to have a grip on what has happened over the past 10 months. I'm fine with Freeman doing it.
On Mon, Oct 31, 2016 at 6:44 PM Michael Dash <mdash@ndap-llc.com> wrote:
> There's hardly anything to do - it's an hour of work a month. If you want Freyman can do it but don't see the point of
> paying someone right now.
>
> On Oct 31, 2016, at 6:42 PM, David Gitman <david@coopersquare.ventures> wrote:
>
>> I would rather have a third-party doing right now. Plus I just can't find the time to get through it
>> On Mon, Oct 31, 2016 at 6:41 PM Michael Dash <mdash@ndap-llc.com> wrote:
>>> What are you having issues with? Why don't we run thru them see if I can make sense of it..
>>>
>>> > On Oct 31, 2016, at 6:36 PM, David Gitman <david@coopersquare.ventures> wrote:
>>> >
>>> > Hey,
>>> >
>>> > I don't understand what's going on with the books. I'm going to pull someone in to make sense of
>>> > them.

CSV Mail – Books

7/25/20, 4:54 PM

 Gmail

Michael Dash <mdash@channelreply.com>

## Books

**David Gitman** <dgitman@ndap-llc.com>
To: Greg Freyman <gfreyman@taxproff.com>
Cc: Michael Dash <mdash@ndap-llc.com>

Tue, Nov 1, 2016 at 11:30 AM

Hi Greg,

Thanks for taking the time for my call today. As we spoke about please reconcile our books for the following 3 companies

NDAP (Car Part Kings)
Cooper Square Ventures
ChannelReply

I expect to have clear reporting on the 3 companies income, expenses, cash flow, P&L, etc.

TIA,

David

[Quoted text hidden]

 Gmail                    Michael Dash <mdash@ndap.llc.com>

---

## Dee Clay

---

**David Gitman** <david@coopersquare.ventures>                    Tue, Nov 1, 2016 at 5:08 PM
To: Michael Dash <mdash@ndap-llc.com>

This girls knows of Joel too. I don;t feel like she's trying to rip me off like Greg.

On Tue, Nov 1, 2016 at 5:01 PM Michael Dash <mdash@ndap-llc.com> wrote:

Up to you - Greg was quoting me at $100 but said he would work with you to scope out project if you wanted...

You make the call - I trust you.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com



On Tue, Nov 1, 2016 4:33 PM, David Gitman david@coopersquare.ventures wrote:
I found a great bookkeeper on LI who is happy to work with Joel at 1/2 the price.

 I moved the CR peoples account to a new full attion with account.
I'm keeping Alice in the NDAP account

**November 8th, 2016** ⌄

 **Michael Dash**  2:58 PM
k - i got a notification abt a cr acct too

i dont need 2

 **David Gitman**  2:58 PM
You only have one

 **Michael Dash**  2:58 PM
k

 **David Gitman**  2:59 PM
But I set you as an admin for both

I mean

 **Michael Dash**  2:59 PM
got it

**David Gitman**  2:59 PM
You have two accounts but only CR has a license on it

CSV Mail – Books

7/25/20, 4:53 PM

 Gmail

Michael Dash <mdash@shanatrachron...

## Books

**Greg Freyman** <gfreyman@taxproff.com>
To: Michael Dash <mdash@ndap-llc.com>

Thu, Nov 10, 2016 at 6:33 AM

Any updates? He disappeared and he needed everything asap. I'm left very confused.

[Quoted text hidden]

 **David Gitman**  1:11 PM
K

 **Michael Dash**  2:08 PM
what email address do you want on the chargebee email admin?

**January 4th, 2017** ⌄

 **David Gitman**  2:09 PM
I have no preference

 **Michael Dash**  2:09 PM
k i sent to ndap

 **David Gitman**  2:22 PM
Did you send an invite to @zmayhew too?

 **Michael Dash**  2:22 PM
yea he has accounting access

 **David Gitman**  2:23 PM
We have QBO access now?

 **Michael Dash**  2:24 PM
no its not in the admin yet

 Gmail

Michael Dash <mdash@ndap-llc.com>

## Books

**David Gitman** <david@coopersquare.ventures>
To: Michael Dash <mdash@ndap-llc.com>

Sun, Jan 22, 2017 at 7:15 PM

Awesome, thanks! She's tough.
On Sun, Jan 22, 2017 at 7:04 PM Michael Dash <mdash@ndap-llc.com> wrote:
> Yea give him my contact info and I'll try and find some time for him.

> On Jan 22, 2017, at 4:22 PM, David Gitman <david@coopersquare.ventures> wrote:
>
> Hey Mike,
>
> Zachary doesn't seem interested or is too busy in helping getting our books updated. So, I found someone local. I spent the afternoon with a bookkeeper who's daytime gig is at Andersen Tax. We aren't able to figure out what's going on with our books. I need you to step in and sort them out. I'm at my limit.

CSV Mail – NDAP QBO access                                                                              7/25/20, 4:59 PM

 Gmail

---

**NDAP QBO access**
---

**Michael Dash** <mdash@ndap-llc.com>
To: Jeremy Falk <jeremy.falk@gmail.com>

I have requested Freyman update the account to Quickbooks Online Plus which gives us 5 user seats and 2 accountant seats.  They have also added Zachary Mahew as a user so he has full acces

**Michael Dash**
ndap
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Tue, Jan 24, 2017 11:40 AM, Michael Dash mdash@ndap-llc.com wrote:

Dave has Company Administrator rights.  The only difference between Company Administrator and Master Administrator is that the Master was the one who set up the account.  Here is an article

We are only able to give accountant access to 2 CPA's, 1 is Greg Freyman the current company's CPA and the other is Mary Adnan at David's request.  If David wants Zachary to have access we

The company's CPA at the moment has Master Administrator access.  Dave should have every bit of information that he needs accessible to him and the CPA of his choosing.  Should we need to

I can be accessible and the companies CPA can be accessible to discuss the books anytime he wants.

Michael Dash
ndap
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Tue, Jan 24, 2017 11:16 AM, Michael Dash mdash@ndap-llc.com wrote:

As per Angela's email below:

Greg Freyman is the Master Admin on the account as he was the CPA who set up the account, handles the books as NDAP's CPA.  The billing is registered through Freyman so we receive the

Dave has Company Admin rights which give him full access to the books.  He can make changes as he see's fit and run any report he wants.  This is the highest rights access available.

Mike has limited access to the books as of now which I am fine with.  I can see basic reports and reconcile numbers.

Mary has been added as a CPA which gives her full CPA access to the books to adjust and reconcile as she's fit.

We can only have 2 CPA's on the account.  Freyman is 1 CPA and Mary is the other CPA.  Zachary was removed as David informed me we weren't working with him anymore which is why Mary

Trying to be fully transparent here.  As I've stated before, more than willing to sit down with both CPA's and Dave to help clarify how the books have been constructed and reconciled in the past.

Please let me know if there are any further questions.

Michael Dash
ndap
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

———— Forwarded message ————
From: Angela Freyman <afreyman@taxproff.com>
Date: Tue, Jan 24, 2017 at 10:47 AM
Subject: NDAP QBO access
To: Michael Dash <mdash@ndap-llc.com>
Cc: Greg Freyman <gfreyman@taxproff.com>

Hi Mike,

The following people currently have access to NDAP's QuickBooks Online file: Greg is Master Admin, David is Company Admin, you have User rights (non-admin), and Mary Faith is invited as a

CSV Mail - NDAP QBO access

7/25/20, 4:59 PM



## Manage Users

| Contact Name | Email Address | Access Rights |
|---|---|---|
| Greg Freyman | gfreyman@taxproff.com | Master Admin |
| David Gitman | dgitman@ndap-llc.com | Company Admin |
| Michael Dash | mdash@ndap-llc.com | Custom Access |

Transfer Master Administrator

## Accounting Firms

You can invite up to two accounting or bookkeeping firms to provide them, and any employees they may have authorized, access to your company data.

| Contact Name | Email Address | Status |
|---|---|---|
| Greg Freyman | gfreyman@taxproff.com | Active |
| Mary Faith Andan | faith_andan@yahoo.com | Invited   Resend |

Edit   Delete



accountingTODAY

Angela Freyman, MBA
Freyman CPA, P.C.
57 Washington Avenue
Westwood, NJ 07675
Phone: 646-435-4505
Fax: 646-568-9804

www.taxproff.com
IRS Circular 230 Disclosure

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document is not intended or written to be used, and c recommending to another party any transaction or matter that is contained in this document.

 Gmail                                     Michael Dash <mdash@channerch ...>

## NDAP

**Michael Dash** <mdash@ndap-llc.com>                          Tue, Jan 24, 2017 at 12:29 PM
To: Angela Freyman <afreyman@taxproff.com>
Cc: "Greg Freyman, CPA, CGMA @ Freyman CPA P.C." <gfreyman@taxproff.com>

Thank you Angela.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Tue, Jan 24, 2017 12:29 PM, Angela Freyman afreyman@taxproff.com wrote:
That's done

On Tue, Jan 24, 2017 at 12:21 PM, Michael Dash <mdash@ndap-llc.com> wrote:
I spoke with Quickbooks they said you can upgrade the account from within your login.  Go to gear icon,
accountant settings, billing and subscription and upgrade.

Please update the account to Online Plus which should give us a total of 5 seats.

Please then add Zachary Mahew - mayhewfinancial@gmail.com as a user as well.

Please confirm when this is done.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

--



Angela Freyman, MBA
Freyman CPA, P.C.
57 Washington Avenue
Westwood, NJ 07675

7/25/20, 5:05 PM

 Gmail                                              Michael Dash <mdash@coopersquare.in>

## Upgrade QBO

**David Gitman** <dgitman@ndap-llc.com>                          Mon, Apr 10, 2017 at 1:40 PM
To: Mary Faith Andan <mfgandan@gmail.com>, Michael Dardashtian <mdash@coopersquare.ventures>, Zachary
Mayhew <zachary@mayhewfinancialsolutions.com>

> Thank you kind sir.
>
> On Mon, Apr 10, 2017 at 1:14 PM Zachary Mayhew <zachary@mayhewfinancialsolutions.com> wrote:
> > Done.
> >
> > **Zachary D. Mayhew**
> > *Owner/Financial Consultant*
> > **Mayhew Financial Solutions LLC**
> >
> > **Email:**   zachary@mayhewfinancialsolutions.com
> > **Phone:**   812.240.8953
> >
> > 
> >
> > On Mon, Apr 10, 2017 at 10:04 AM, David Gitman <dgitman@ndap-llc.com> wrote:
> > > Zachary,
> > >
> > > Can you upgrade Cooper Square Ventures to Plus and enable class tracking?
> > >
> > > On Mon, Apr 10, 2017 at 10:03 AM Michael Dash <mdash@ndap-llc.com> wrote:
> > > > So I just got off phone w/ them again.. billing is wholesale thru Zach Mahew, he has to do the upgrade for us.
> > > >
> > > > **Michael Dash**
> > > > **ndap**
> > > > Tel: (646) 553-5918
> > > > mdash@ndap-llc.com I http://www.ndap-llc.com
> > > >
> > > >
> > > >
> > > > On Mon, Apr 10, 2017 9:45 AM, Mary Faith Andan mfgandan@gmail.com wrote:
> > > > > Ops.... Im sorry. I checked the CSV and the subscription in QBO Customer Service. At this point the

company is on QBO Essentials.

We need to upgrade to QBO Plus.

Thanks
Faith

On Mon, Apr 10, 2017 at 9:04 PM, Michael Dash <mdash@ndap-llc.com> wrote:

I do not see where to do this - it says an admin can do this as well, can you one of you give it a shot?

Classes and Locations - How can I track different parts of my company?
The best method to track different parts of your company is to use either Class Tracking or Location Tracking. Both features let you track income and expenses for separate parts of your business. You can use either one of them or both of them together. These features are available only in Quickbooks Online Plus.
Classes - can are assigned to individual lines of a transaction.

Locations - are assigned to an entire transaction.

# You can choose the term by which Location tracking is described within Settings as well. You can then run reports for the whole company or per class or location. (**Note:** This setting is not available to Australian Users).

## To turn on either of these features:

1. Click on the  Gear icon > Company Settings (or **Account and Settings** depending on what you see).
2. Click on  Company (or**Advanced**  if you entered this menu through**Account and Settings**) from the left menu bar
3. In the    Categoriessection, click on theEditicon
4. Place a check in the box for the category you want to enable and select the settings for the category
5. Click Save

## To establish the categories:

- Go to the Gear icon > All Lists
- Click on  ClassesorLocations
- Click on New on the upper right
- Enter the information
- Click Save

Note: In order to add or modify Classes or Locations you must have master administrator, company administrator or the appropriate custom user access. If you are unsure of your access rights please contact your master administrator.

**Michael Dash**
**ndap**

Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 10, 2017 8:50 AM, David Gitman dgitman@ndap-llc.com wrote:
  Mike,

  Can you try to turn on class tracking?

  On Sat, Apr 8, 2017 at 12:33 PM David Gitman <dgitman@ndap-llc.com> wrote:
    We already might have the right edition. Can you try to turn on class tracking?

    On Apr 7, 2017, at 6:34 PM, Michael Dash <mdash@ndap-llc.com> wrote:

      Nowhere still an open ticket, they have no idea why we cannot upgrade at this point.

  On Fri, Apr 7, 2017 5:33 PM, David Gitman dgitman@ndap-llc.com wrote:
    Mike,

    Did you get anywhere with Intuit on this?

    On Tue, Apr 4, 2017 at 9:48 PM Mary Faith Andan <mfgandan@gmail.com> wrote:
      Dear Michael,

      I would just like to confirm if the QBO is already updated as QBO Plus?

      Thanks
      Faith

    On Tue, Apr 4, 2017 at 4:59 AM, David Gitman <dgitman@ndap-llc.com> wrote:
      Thanks. Keep us posted.

      On Apr 3, 2017, at 4:52 PM, Michael Dash <mdash@ndap-llc.com> wrote:

      I just got off phone with QB they have an open ticket with the tier 3 support team..
      Don't know why we do not have access to upgrade.. they said it might be under
      and accountant account but I checked with Freyman and he does not have it..
      Was it moved under Mahew? As far as I can tell we are the Master Admin's that
      is why they are confused..

      **Michael Dash**
      **ndap**
      Tel: (646) 553-5918
      mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 12:56 PM, David Gitman david@coopersquare.ventures wrote:
Ok, thanks.

On Mon, Apr 3, 2017 at 12:48 PM Michael Dash <mdash@ndap-llc.com> wrote:

No this is not Freedmans acct.. I'll try and call QBO in a bit and find out whats up

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com
On Mon, Apr 3, 2017 12:39 PM, David Gitman david@coopersquare.
ventures wrote:
Dis Freedman do something with this account? Can you talk to QBO? You're the master admin.

On Mon, Apr 3, 2017 at 12:23 PM Michael Dash <mdash@ndap-llc.com> wrote:

The only place to upgrade is here and  I get this error message -

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 12:15 PM, David Gitman david@coopersquare.
ventures wrote:
CSV
On Mon, Apr 3, 2017 at 12:15 PM Michael Dash <mdash@ndap-llc.com>
wrote:

Which account?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 11:29 AM, David Gitman david@coopersquare.
ventures wrote:
Can you upgrade QBO to the Plus version? https://community.
intuit.com/articles/1146163-upgrading-my-u-s-version-of-quickbooks-
online



<u>EXHIBIT 119</u>

I moved the CR peoples account to ~ ~~~~ ~~~ ~~~~ ~~~~~ ~~count.

I'm keeping Alice in the NDAP account

November 8th, 2016 ⌄

**Michael Dash** 2:58 PM
k - i got a notification abt a cr acct too

i dont need 2

**David Gitman** 2:58 PM
You only have one

**Michael Dash** 2:58 PM
k

**David Gitman** 2:59 PM
But I set you as an admin for both

I mean

**Michael Dash** 2:59 PM
got it

**David Gitman** 2:59 PM
Y~~ ~~~~ ~~~ ~~~~~~~~ ~~~ ~~~~ CR ~~~ ~ ~~~~~~~ ~~ ~~

January 4th, 2017 ⌄

**David Gitman** 1:11 PM
K

**Michael Dash** 2:08 PM
what email address do you want on the chargebee email admin?

**David Gitman** 2:09 PM
I have no preference

**Michael Dash** 2:09 PM
k i sent to ndap

**David Gitman** 2:22 PM
Did you send an invite to @zmayhew too?

**Michael Dash** 2:22 PM
yea he has accounting access

**David Gitman** 2:23 PM
We have QBO access now?

**Michael Dash** 2:24 PM
no its not in the admin yet

Send that post article to Randy

January 23rd, 2017 ⌄

**David Gitman**  10:40 AM
Do you have an Amex charge for $5.08 on 07/27/2016? (edited)

**Michael Dash**  10:41 AM
no idea whats it for?

**David Gitman**  10:41 AM
Amazon

I think

Can you give me your Amex login or export last years statements?

**Michael Dash**  10:42 AM
u want the reporting function right?

**David Gitman**  10:42 AM
I need to see transactions (edited)

**Michael Dash**  10:42 AM
yea its in atwork

atwork.americanexpress.com








January 23rd, 2017 ⌄

when u log in

scroll down to @work reporting

**David Gitman** 10:56 AM
The @work reports take a day and don't go very far back. I have someone helping me today. Can you grab the PDFs from your Amex account (edited)



**Michael Dash** 10:57 AM
that is my amex acct

**David Gitman** 10:58 AM
Can you grab the account statement PDFs from your americanexpress.com



**Michael Dash** 11:00 AM
this work

**David Gitman** 11:00 AM
From here https://online.americanexpress.com/myca/estmt/us/list.do?
request_type=authreg_Statement&Face=en_US&BPIndex=0&sorted_index=0&inav=MYCA_corp_St
atements2



**online.americanexpress.com**

request_type=submit&g_statement&state=en_US&prinstall=0&user_index=0&user_index=MTCA_tpip_statements2

January 23rd, 2017 ∨

 **online.americanexpress.com**

**American Express Login**

Login here to your American Express Account, Create a New Online Account or
Confirm you received your New Credit Card, Log In to Your Account, credit card amex

☺  ☺  ⊜  ⬏  ⊠  ⋯

**Michael Dash** 11:00 AM
Transactions (1).csv ▾

| | | |
|---|---|---|
| 1 | 12/01/2015 | Tue,, "FREYMAN CPA, P.C.  05 WESTWOOD NJ",,,,,400.00,,,,,,,,, |
| 2 | 12/01/2015 | Tue,, "GUY & GALLARD IV 884 NEW YORK NY",,,,,11.87,,,,,,,,, |
| 3 | 12/01/2015 | Tue,, "LIRRNYTICKETS JAMAICA NY",,,,,252.00,,,,,,,,, |
| 4 | 12/01/2015 | Tue,, "MEYER DISTRIBUTING 0 JASPER IN",,,,,205.18,,,,,,,,, |
| | 12/01/2015 | Tue,, "USPS.COM CLICK100611 WASHINGTON DC",,,,,81.08,,,,,,,,, |

**David Gitman** 11:01 AM

Yes

Can you also set the date range to the beginning of time (12/23/2014?)

**Michael Dash** 11:02 AM

David Gitman has notifications turned off

PDF ▾

January 23rd, 2017 ⌄

**Summary (1).pdf**
135 kB PDF

brb

**David Gitman** 11:03 AM
Thx

I'll drop it Google Drive

**David Gitman** 11:11 AM
That transaction had the wrong year

**David Gitman** 12:22 PM
Can you set me as master admin for "NDAP, LLC (OLD, DO NOT USE)"

https://help.quickbooks.intuit.com/en_US/kb/transfer-master-administrator-role/000001558_en_US:SALESFORCE.modal

**Michael Dash** 12:32 PM
which one are u trying to do it for the old NDAP qb?

 **Michael Dash** 12:32 PM

January 23rd, 2017 ⌄

which one are u trying to do it for the ~~correct account~~

 **David Gitman** 12:32 PM

Both

I want to delete the old one

We're being billed for it (edited)

How the fuck do we have hundreds of dup transactions from Amex

 **Michael Dash** 12:34 PM

i gotta look i havent been in the old acct in forever.

the new NDAP acct is managed by Greg

 **David Gitman** 12:35 PM

I sent him an email asking for master

12:35 Can you send me master for the old acct

 **Michael Dash** 12:36 PM

i dont see where to transfer on old acct

 David Gitman has notifications turned off

January 23rd, 2017 ⌄

**Michael Dash** 12:36 PM
i dont see where to transfer on old acct

i can cancel the subscription

**David Gitman** 12:36 PM
I just sent you the link

Cancel and kill it

**Michael Dash** 12:36 PM
ok its canceled

we have access to data for 365 days from today

**David Gitman** 12:37 PM
Can we totally remove it? (edited)

It drives me nuts

IDK how the fuck my brother does accounting all day.

**Michael Dash** 12:38 PM
ill check in a bit - i gotta run into a meeting

January 23rd, 2017 ⌄

**David Gitman** 6:21 PM
Can you reply to my email. I need master admin access to make changes.

**Michael Dash** 6:25 PM
I don't think we should make changes to the NDAP books now w BAP doing diligence

**David Gitman** 6:25 PM
Too late for that

I've been making changes for a month now

**Michael Dash** 6:25 PM
Not in Gregs accounts

**David Gitman** 6:25 PM
Yes

Where else would I do it

**Michael Dash** 6:26 PM
For 2015?

I thought those were locked

 David Gitman has notifications turned off



for 2015:

I thought those were locked

**David Gitman** 6:26 PM
No idea

**Michael Dash** 6:27 PM
K in subway now let me sync up w him tom and I'll ping u

Just want to make sure we have original set w filed so not issue w BAP

**David Gitman** 6:27 PM
Okay, I'll just buy more licenses until you figure it out.

I need to delete you as a user so I can add another bookeeper. Ask Greg to re-add you.

**Michael Dash** 6:34 PM
Why can't this wait till after BAP

We shouldn't be adjusting these books now

**David Gitman** 6:35 PM
I'm not putting everything on hold. I've been working on this for over a month.

January 23rd, 2017 ⌄

**David Gitman** 6:35 PM

I'm not putting everything on hold. I've been working on this for over a month.

**Michael Dash** 6:35 PM

So just copy them to a new set and work off that

**David Gitman** 6:35 PM

I'm not going to revert a month of work

**Michael Dash** 6:36 PM

You won't have to if it's been updated

**David Gitman** 6:36 PM

I don't know what that means

**Michael Dash** 6:37 PM

Copy today's date back to new set

6:37   And I'll have Greg revert this set

Copy today's date back to new set

**David Gitman** 6:38 PM

January 23rd, 2017 ⌄



**David Gitman** 6:41 PM

Before

At some point we need to refile taxes

We paid too much

**Michael Dash** 6:42 PM

We didn't pay anything

We had a loss

**David Gitman** 6:42 PM

Of course we did

**Michael Dash** 6:42 PM

All we paid was sales tax and llc register tax

**David Gitman** 6:43 PM

From what Joel told me, we paid taxes.

**Michael Dash** 6:43 PM

No we did not look at the returns













No we did not look at the returns

January 23rd, 2017 ˅

**David Gitman**  6:43 PM

I did

**Michael Dash**  6:43 PM

We paid sales tax and a $3500 state registry tax which is mandatory

Taxes we paid were from W2

**David Gitman**  6:43 PM

I don't understand how we did, but it filtered though CSV, etc (edited)

**Michael Dash**  6:44 PM

CSV owns NDAP

They are the same entity

Technically there is only 1 set of books

**David Gitman**  6:44 PM

Okay

I don't see that taxes on the drive




January 23rd, 2017 ⌄

 **David Gitman** 6:44 PM

Okay

I don't see that taxes on the drive

Also if they are the same company why didn't you update the books to reflect that?

 **Michael Dash** 6:51 PM

Bc the books get done separately they are filed together to make it easier on Joel

 **David Gitman** 6:51 PM

Why have two sets of books for the same company?

 **Michael Dash** 6:51 PM

Bc it's not the same co it's a pass thru entity

6:52  NDAP and CSV are 2 cos CSV owns NDAP

So p&l is passed thru from NDAP to CSV

 **David Gitman** 6:52 PM

You just said it's the same entity.

https://channelreply.slack.com/archives/D2J3WHW8N/p1485215056000138





NDAP and CSV are 2 LLS CSV OWIB INDAP

So p&l is passed thru from NDAP to ...... January 23rd, 2017 ∨

**David Gitman**  6:52 PM
You just said it's the same entity.
https://channelreply.slack.com/archives/D2J3WHW8N/p1485215056000138

 **Michael Dash**
They are the same entity
Direct Message  Jan 23rd, 2017  View conversation

 **Michael Dash**  6:52 PM
Amazing

 **David Gitman**  6:52 PM
And now they're not?

 **Michael Dash**  6:53 PM
It's been this way since we signed the docs

 **David Gitman**  6:53 PM
You know what

 David Gitman has notifications turned off

January 23rd, 2017

**David Gitman** 6:53 PM

You know what

You get the boosk updated

I'm done

**Michael Dash** 6:53 PM

They're fine for now. I don't understand what you're trying to do

NDAP will be done w in a mo or two

And then all that's left is CSV

There's no reason to be doing this now

**David Gitman** 6:54 PM

You;re talking in circles

Fuck this

6:54   Now I'm really suspicious

WTF wouldn;t you want to know where all the businesses are.

 David Gitman has notifications turned off

6:54    There's no reason to be doing this now

January 23rd, 2017 ⌄



**David Gitman** 6:54 PM

You;re talking in circles

Fuck this

Now I'm really suspicious

WTF wouldn;t you want to know where all the businesses are.

I'm done tlaking

Tkae care



**Michael Dash** 6:55 PM

You are really paranoid. I told u I would sit w u. I told u I would talk to ur accounts. I worked w u for 6 fkin yrs Dave. Trusted u w everything. We were partners. Never once have I done anything to insult you.

But you've been treating me like shit for past few mo and I've held my tongue

I've never taken a fkin dollar never done anything shady gone above and beyond

Not sure what changed and why but it's pretty fkin disheartening

 David Gitman has notifications turned off

<u>**EXHIBIT 120**</u>



- Mike Dash 5/12/2016 9:37:50 AM
- Whats up K
- Konstantyn 5/12/2016 9:48:20 AM
- Hello Mike. I'm back in Zelenograd
- Konstantyn 5/12/2016 9:50:53 AM
- Mike, sorry for asking Dave about equity shares without you. I initiated this conversation with him because I noticed in facebook that he now works for OneConnect, and he mentioned last autumn about shares, when I talked about increase of our rate.
- Konstantyn 5/12/2016 9:51:13 AM
- So I wanted clarify this.
- Mike Dash 5/12/2016 9:51:13 AM
- Yes no problem - want to chat with you and talk abt it
- Mike Dash 5/12/2016 9:51:21 AM
- I have a call at 10 with a CR customer
- Mike Dash 5/12/2016 9:51:25 AM
- Can I call you after?
- Konstantyn 5/12/2016 9:51:29 AM
- Yes, sure
- Mike Dash 5/12/2016 9:51:31 AM
- Great
- Mike Dash 5/12/2016 11:06:04 AM
- talk now?
- Konstantyn 5/12/2016 11:06:32 AM
- Yes