

EXHIBIT 121



- David Gitman 1/14/2016 8:42:08 PM

I can see you doing this. http://imgur.com/gallery/CUojXoF

- David Gitman 1/15/2016 9:42:23 AM

Hello Dave if Mike wil pay us today you can include my internet bill payment there.

- Mike Dash 1/15/2016 2:19:05 PM

http://techcrunch.com/2016/01/15/keyme-raises-20m-for-its-key-copying-service/

- Mike Dash 1/18/2016 10:14:46 AM

u want me to sign agreement for u?

- David Gitman 1/18/2016 11:15:52 AM

Great letter

- Mike Dash 1/18/2016 11:16:03 AM

Yea

- Mike Dash 1/18/2016 11:16:16 AM

Def looks good

- David Gitman 1/18/2016 11:18:22 AM

Though I could wipe my ass with it.

- David Gitman 1/18/2016 11:19:51 AM

Makes me believe they're actully interested.

- David Gitman 1/18/2016 11:22:19 AM

Should we ask J to fix the formatting issues?

- David Gitman 1/18/2016 12:03:43 PM

You might come to dinner?

- Mike Dash 1/18/2016 12:03:56 PM

probably not

- David Gitman 1/18/2016 12:03:59 PM

K

## EXHIBIT 122

**NDAP, LLC**
125 Jericho Turnpike, Suite 300
Jericho, NY 11753

Dated as of November 15, 2011

Dear 

When signed by each of the parties hereto, this letter sets forth the entire agreement between NDAP, LLC., a New York Limited Liability Company (the "Company") and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉(the "Contractor"), with respect to the engagement of Contractor as an independent contractor by the Company on the following terms and conditions:

1. <u>Acknowledgment</u>. Contractor understands and acknowledges that:

     (a)    The Company is engaged in a continuous program of research, design, development, production, publishing, marketing and servicing with respect to its business and as part of Contractor's engagement by the Company, Contractor is (or may be) expected to make new contributions and inventions of value to the Company.

     (b)    The Company's engagement of Contractor creates a relationship of confidence and trust between Contractor and the Company with respect to certain information applicable to the business of the Company or the business of any client, customer, or business partner of the Company, which may be made known to Contractor by the Company or by any client, customer, or business partner of the Company, or learned by Contractor during the period of Contractor's engagement.

     (c)    The Company possesses and will continue to possess information that has been created, discovered or developed by, or otherwise become known to, the Company (including, without limitation, information created, discovered, developed or made known by Contractor during the period of or arising out of Contractor's engagement by the Company, whether before or after the date hereof), which information has commercial value in the business in which the Company is engaged and is treated by the Company as confidential.

     (d)    As used herein, the period of Contractor's engagement includes any time during which Contractor shall perform any services for or on behalf of the Company, in any capacity, including as an employee.

2. <u>Engagement</u>. All work to be performed by Contractor is listed hereto in Exhibit A.

3. <u>Term of Engagement</u>. Until work listed on Work Order in Exhibit A is completed but no longer than 30 days from the date of this Agreement.

4. <u>Declaration</u>.

     (a)    Contractor acknowledges and agrees that Contractor is acting as an independent contractor in the performance of the services hereunder, and nothing herein contained shall be deemed to create an agency and/or an

NDAP, LLC
125 Jericho Turnpike, Suite 300
Jericho, NY 11753

employer/employee relationship between Contractor and the Company.   As an
independent contractor, Contractor shall determine the times and locations at which his
services are performed, subject to the timetable for the completion of specified tasks as
the Company and Contractor shall agree.  Contractor shall bear all costs associated with
the performance of his services, except those services that Company agrees to pay for
under the designated fee in Exhibit A.

(b)     Contractor shall in no event be entitled to participate in, or
receive any benefits from, any of the Company's benefit or welfare plans, specifically
including, but not limited to, coverage under the Company's workers' compensation
program.  The Company shall have no obligation whatsoever to compensate Contractor
on account of any damages or injuries, which Contractor may sustain as a result or in the
course of performance of Contractor's services hereunder.          (c)
Contractor shall be solely responsible for the payment of all Federal and State income
taxes, social security taxes, Federal and State unemployment and similar taxes and all
other assessments, taxes, contributions or sums payable, with the exception of applicable
sales tax, with respect to Contractor as a result of or in connection with the services
performed by Contractor hereunder and Contractor shall file all returns and reports with
respect to any of the foregoing.

(d)     Contractor hereby agrees to indemnify the Company, its
officers, directors, employees, and agents and to hold them harmless from and against
any and all claims, demands, causes of action, losses, liabilities and expenses (including,
without limitation, attorneys' fees) resulting or arising from any failure by Contractor to
perform Contractor's obligations set forth in this paragraph.   The provisions of this
paragraph shall survive the expiration or earlier termination of this agreement.

5. Works Made for Hire.  Contractor acknowledges that all right, title and
interest in all works of authorship, designs, computer programs, copyrights and copyright
applications, inventions, discoveries, developments, original content production or
programming, know-how, systems, processes, formulae, patent and patent applications,
trade secrets, new products, internal reports and memoranda, strategies, and marketing
plans conceived, devised, developed, written, reduced to practice, or otherwise created or
obtained by Contractor in connection with Contractor's engagement by the Company (the
"Intellectual Property") shall be regarded as "works made for hire" with Company as the
sole author and owner thereof including, without limitation, as works specially ordered or
commissioned for use as part of an audiovisual work.  Company will own all right, title
and interest in the Intellectual Property with the full and unrestricted right to exploit same
in any manner or media now known or hereafter devised and without any additional
compensation to Contractor. To the extent that any such Intellectual Property is for any
reason not deemed to be works made for hire, Contractor hereby transfers and assigns to
the Company all right, title and interest in and to the Intellectual Property from the
inception of creation thereof.  Promptly after Contractor creates or obtains knowledge of
any Intellectual Property, Contractor will disclose it to the Company.  Upon request of
the Company, Contractor will execute and deliver all documents or instruments and take
all other action as the Company may deem reasonably necessary to transfer all right, title,
and interest in any Intellectual Property to the Company; to vest in the Company good,
valid and marketable title to such Intellectual Property; to perfect, by registration or

**NDAP, LLC**
**125 Jericho Turnpike, Suite 300**
**Jericho, NY 11753**

otherwise, trademark, copyright and patent protection of the Company with respect to such Intellectual Property; and otherwise to protect the Company's trade secrets and proprietary interest in such Intellectual Property. In the event Contractor does not sign any such document or instrument within five (5) days of a request thereof, Company shall have the right to execute such document or instrument in Contractor's name and take any other action in order to vest in Company all rights hereunder and Contractor appoints Company as Contractor's attorney in fact to do so, which power of attorney is irrevocable and coupled with an interest.

6. <u>Documentation</u>.   In the event of the termination of Contractor's engagement for any reason, Contractor will deliver to the Company all documents, notes, drawings, blueprints, formulae, specifications, computer programs, data and other materials of any nature pertaining to any Intellectual Property or to Contractor's work with the Company, and will not take any of the foregoing or any reproduction of any of the foregoing that is embodied in a tangible medium of expression.

7. <u>Confidentiality</u>.   At all times, both during Contractor's engagement by the Company and after its termination, Contractor will keep in strict confidence and will not disclose any confidential or proprietary information relating to the business of the Company, or any client, customer, or business partner of the Company, to any person or entity, or make use of any such confidential or proprietary information for Contractor's own purposes or for the benefit of any person or entity, except as may be necessary in the ordinary course of performing Contractor's duties for the Company.

8. <u>Other Agreements</u>.   Contractor represents and warrants that Contractor's execution and delivery of this Agreement and the performance of all the terms of this Agreement do not and will not breach any agreement to keep in confidence proprietary information acquired by Contractor in confidence or trust.   Contractor has not entered into and shall not enter into any agreement, either written or oral, in conflict with this Agreement.   Contractor represents that Contractor has not brought and will not bring with Contractor to the Company or use at the Company any materials or documents of an employer or a former employer that are not generally available to the public, unless express written authorization from such employer for their possession and use has been obtained.   Contractor also understands that Contractor is not to breach any obligation of confidentiality that Contractor has to any employer or former employer and agrees to fulfill all such obligations during the period of Contractor's affiliation with the Company.

9. Remedies. In no event shall Contractor have the right to terminate or rescind any rights granted to Company hereunder, to obtain equitable relief or otherwise to enjoin, restrain or otherwise interfere with the full exploitation of the rights herein granted including, without limitation, with respect to any or all Intellectual Property.

10. <u>Assignment</u>. Neither this Agreement nor any rights or benefits hereunder may be assigned by Contractor.

11. <u>Interpretation, Severability</u>. Should any part(s) of this Agreement be rendered or declared invalid by a court of competent jurisdiction of the State of New

**NDAP, LLC**
125 Jericho Turnpike, Suite 300
Jericho, NY 11753

York, such invalidation of such part(s) or portion(s) of this Agreement should not invalidate the remaining portions thereof, and they shall remain in full force and effect.

12. Waivers. If either party shall waive any breach of any provision of this Agreement, such party shall not thereby be deemed to have waived any preceding or succeeding breach of the same or any other provision of this Agreement.

13. Governing Law. This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of New York, without giving effect to principles governing conflicts of laws.

14. No Employment Agreement. Contractor acknowledges that this Agreement does not constitute an employment agreement and agrees that, except to the extent herein specified to the contrary, this Agreement shall be binding upon Contractor regardless of whether or not Contractor's engagement shall continue for any length of time hereafter and whether or not Contractor's engagement is terminated for any reason whatsoever by the Company or Contractor or both.

15. Complete Agreement; Amendments; Prior Agreements. The foregoing is the entire agreement of the parties with respect to the subject matter hereof and may not be amended, supplemented, canceled or discharged except by written instrument executed by both parties.

Very truly yours,
NDAP, LLC

By: _____
Name: Michael Dardashtian
Title: President
For:   NDAP, LLC

AGREED TO AND ACCEPTED BY:

Address: _____

_____

Business Tax

NDAP, LLC
125 Jericho Turnpike, Suite 300
Jericho, NY 11753

## EXHIBIT A - WORK ORDER

Contractor: ███████████████████

Start Date Under Agreement: November 28, 2011

Term of Work Order:  Work to be completed within One Month, with ability to extend as
the parties agree.

Total Compensation ██████████████████████████████
*(50% - $1,500 to be paid as a deposit upon signing of contract, remaining 50% - $1500
to be paid upon completion of work).*

Services: Work with NDAP, LLC to develop the overall Branding and Design for the
CarPartKings website and Brand.

**1. Branding.** Contractor will develop the Logo's CarPartKings.  Vertical, Horizontal
Type treatment along with iconography to be explored.  4 Concepts to be shown initially
and hone in on the development thereafter.
**Brand Guideline Document:**
Insignia exploration logo
Color CMYK logo
Black and White, Greyscale logo
Vertical Treatment
Horizontal Treatment

**2. Homepage Design.** Contractor to develop the design and flow of the Home Page for
Carpartkings.com.  Subpage and sitemap to come at a later date.
**Homepage Design:**
Exploration of placements
User Interface study of competitor sites
Delivery of placements using FPO's
!
*Scope of Services:* Act on behalf of Company in the capacity of Work for Hire / Consultant

By: ████████████████████

Business ███████████████

Signed: ████████████████████         Date: ____11/17/11____

Agreed and Accepted

By:  NDAP, LLC (Company)

By: _____         Date: _11/18/11_



EXHIBIT 123

Hope they can consolidate the content
Mike Dash 12/8/2015 10:47:01 AM
http://www.apple.com/shop/product/MGQM2LL/A/iphone-6s-smart-battery-case-white
David Gitman 12/8/2015 10:47:39 AM
Made by apple?
David Gitman 12/8/2015 11:20:40 AM
https://ndap.timedoctor.com/#/dashboard-company
David Gitman 12/8/2015 11:27:58 AM
https://ndap.timedoctor.com/v2/index.php?page=payroll/payroll_settings
David Gitman 12/9/2015 11:30:23 AM
Can you get Mykahilo a contractor agreement. He needs it for a visa app.
Mike Dash 12/9/2015 11:30:29 AM
Yea
David Gitman 12/9/2015 11:30:55 AM
Thx.
Mike Dash 12/9/2015 11:30:59 AM
np
David Gitman 12/9/2015 11:31:25 AM
You have him on Skype?
Mike Dash 12/9/2015 11:31:29 AM
yup
David Gitman 12/11/2015 7:57:19 AM
William Regonas - Today 07:24



EXHIBIT 124

Even when I receive money through Paypal I'll have to provide contract to the bank.

- Mike Dash 1/29/2016 9:47:58 AM
  we have a contract
- Mike Dash 1/29/2016 9:48:01 AM
  didnt u sign it?
- Konstantyn 1/29/2016 9:48:58 AM
  I never seen it
- Konstantyn 1/29/2016 9:49:11 AM
  Do you have a copy?
- Mike Dash 1/29/2016 9:49:25 AM
  im looking
- Mike Dash 1/29/2016 9:52:38 AM
  do you have a tax id number or social number
- Mike Dash 1/29/2016 9:52:43 AM
  some representative number?
- Konstantyn 1/29/2016 9:52:58 AM
  Yes.
- Konstantyn 1/29/2016 9:53:02 AM
  1 min

- Mike Dash 1/29/2016 9:58:23 AM
  File transfer:

- Konstantyn Contractor Agreement.pdf
- Konstantyn 1/29/2016 9:59:30 AM
  I suppose we should print last page, sign it and scan ?
- Konstantyn 1/29/2016 9:59:47 AM
  I'll check now what to do with it
- Mike Dash 1/29/2016 9:59:51 AM
  hang on ill sign and resend
- Mike Dash 1/29/2016 10:00:21 AM
  File transfer:

- Konstantyn Contractor Agreement.pdf
- Konstantyn 1/29/2016 10:01:11 AM

  How did you do that? ☺
- Mike Dash 1/29/2016 10:01:16 AM

  Magic ☺
- Mike Dash 1/29/2016 10:01:28 AM
  there is a signature button in .pdf
- Konstantyn 1/29/2016 10:01:45 AM
  What software has it?
- Mike Dash 1/29/2016 10:01:46 AM
  click the little briefcase on top
- Mike Dash 1/29/2016 10:01:48 AM
  Preview
- Mike Dash 1/29/2016 10:01:51 AM
  on Mac
- Mike Dash 1/29/2016 10:03:53 AM
  To view this shared photo, go to: https://login.skype.com/login/sso?go=xmmfallback?pic=0-eus-d4-7afebca4695664161cd702bc9266a94
- Mike Dash 1/29/2016 10:04:02 AM
  bbs
- Konstantyn 1/29/2016 10:04:45 AM
  Ok, I signed it. Thanks
- Konstantyn 1/29/2016 10:05:02 AM



EXHIBIT 125



- bagaiev.kostiantyn10/2/2017, 3:22:00 AM

I've signed it, but never sent my signature to Mike.

- bagaiev.kostiantyn10/2/2017, 3:21:29 AM

Dave, I've explained you before about the agreement, which I needed for my bank

- bagaiev.kostiantyn10/2/2017, 3:19:00 AM

Hi, checking

- davidgitman10/2/2017, 3:08:55 AM

Hey. Can you check my email when you have a moment

EXHIBIT 126

 Gmail

Michael Dash <mdash@chamairsupor...>

## Parts Authority Reconciliation

**David Gitman** <dgitman@ndap-llc.com>
To: betsythomasjr@comcast.net
Cc: Mike Dash <mdash@ndap-llc.com>, Gitman CPA <jon@gitmancpa.com>

Wed, Jul 25, 2012 at 2:01 PM

Hi Betsy,

Sorry I couldn't join yesterdays call. We have a complicated but strong partnership with Parts Authority. Mike and I have been working with PA for over a year. We would like to take some profits. It feels like we've been working for free and it's beating us up. If we're not making a profit, we'll have to make some hard decisions. So, we need help to figure out what we owe PA. We need give them a "corrected invoice".

Part of our partnership with PA puts me as a technical advisor. Mike mentioned you know RPG. They do need a new RPG programmer. Let me know if you or anyone you know might be interested in that position.

Anyway, here's some info to get you started. Let me know if you want to review this over the phone.

- **PA Accounts**
  - We have two accounts with PA. 64366 and 64367.
  - We inherited 64367. We stopped sending order to it in June.
  - 64366 is the only account we will be using going forward.
- **Data Points**
  - As of July 1, all orders should go through Magento, our e-commerece platform. That way we can just reconcile Magento against PA.
  - Parts Authority.
    - 2012-06-05-NDAP-Jan_Apr'12.zip. PA has only given us data for Jan-April. I expect the Nov, Dec and May data on Friday or Monday.
    - 2012-07-05 NDAP Nov'11-Jun'12_BG_1.xlsx This file highlights 5,000 of the shipping mistakes PA has made. Lines marked with a B have some sort of mistake. We should use the amount we charge the customer for these mistakes.
  - Magento. oreders.csv I exported all orders from Magento to a CSV. I could get more data into the export like paypal ids, ebay ids and amazon id's. It will require some custom development work. Let
  - Authorize.net. Download20120725-113511.txt We can join on Magento PO.
  - PayPal. I requested the report. I will send shortly.
  - eBay. I requested the report. I will send shortly.
  - Amazon. I requested the report. I will send shortly.
- **PA Mistakes** (we've noticed)
  - 64367 Pricing. The invoices for account 64367 might actually list the price we sold the product for vs what PA should incise us for it. Without diving deeper into the issue lets just mark it up as a technical problem that was never resolved but has gone away since we're not using that account anymore.
  - Double billing. We have seen invoices twice for the same order.
  - Splitting orders. Pa will ship a part out of two different warehouses. We will receive two shipping charges for those orders.
  - Wrong or missing weights.
  - PA reuses order numbers. There is a 5 character length limitation with DST on the A/S400. PA is forced to reuse an order numbers.
  - Old refunds to 64367. Since we inherited the 67367 account, there were refunds we had to make for customers that placed orders before we took over the account.
- **NDAP Known Issues**
  - We made some mistakes in the beginning. We reused data points like PO numbers. I expect there to be

transactions that will need to be reconciled manually. Let us know how we should handle that.
- eBay orders. The software we use to import eBay orders into Magento wasn't accurately doing so for part of this month. The bug has been resolved by the vendor.
- Amazon Shipping. The software we use to import Amazon into Magento orders seems to only capture the first shipping charge of an order with multiple parts. We are working on resolving this.
- Drop Shipping. PA let's us know what products are in stock and what products will drop ship. We currently don't have any logic built to handle the additional shipping costs from a drop ship.
- International Drop Shipping.
- Dimensions. We currently don't use dimensions to calculate an accurate shipping cost. We only use weight. This can cause a problem for some items

- **Other Stuff**
  - We receive an additional 10% discount on parts from PA. This is not reflected in the current invoice.
  - We might want to separate the reconciliation of parts and shipping.
  - You can see the report we've written to help with reconciling. You can access it here http://www.carpartkings.com/paGateway/reporting/report_test_o.php Username: bthomas Password: $4ndap! .We have some great new backend developers working with us so we can create a report on your spec.


Regards,

David Gitman
NDAP
email dgitman@ndap-llc.com
desk (646) 553-5917

---

**4 attachments**

📄 **Download20120725-113511.txt**
579K

📄 **2012-06-05-NDAP-Jan_Apr'12.zip**
1098K

📄 **2012-07-05 NDAP Nov'11-Jun'12_BG_1.xlsx**
1292K

📄 **orders.csv**
1622K

 Gmail                                    Michael Dash <mdash@ebmail net/com>

---

## Recommendations for NDAP from Scott

---

**David Gitman** <dgitman@ndap-llc.com>                              Sun, Apr 20, 2014 at 8:14 PM
To: Scott Cipu <scott@marksbookkeeping.com>
Cc: Mike Dash <mdash@ndap-llc.com>, Kellen Williams <kellen@marksbookkeeping.com>, Peter L
<peter@marksbookkeeping.com>, info <info@marksbookkeeping.com>

Hi Scott,

Thanks for the detailed email. A few questions.

- You mentioned Chase Bank accounts. Did you mean Bank of America?
- Can you explain the 5 digit number in front if the account name?
- With the new bookkeeping method we will be able to see our actual accrual at the end of the month?
- Can you go back to the beginning of the year to so we can see this year under using the accrual method?
- How many hours do you estimate this to be?
- Do we need to set QuickBooks to use the accrual method under company settings?
- What rate will the 12 hours a month be billed at?


**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com I http://www.ndap-llc.com

🔲 🔲 🔲 🔲

Contact me:  ☺ davidgitman  💬 david@gitman.net  👤 gitmand  💬 gitmand  👤 david@gitman.net


On Fri, Apr 18, 2014 at 3:27 PM, Scott Cipu <scott@marksbookkeeping.com> wrote:
Good Morning, Mike,

We've looked over your file and have some opinions about what we can offer your company as a bookkeeping
service.  Please look over these recommendations and tell us what you think.

The following reports are attached to this email:

- *Profit & Loss (Summary & Detail)- April 2014*
- *Balance Sheet (Summary & Merch Detail)- April 18, 2014*
- *Amazon Merch Statement*
- *PayPal Financial Summary*

**Regarding Merchant Accounts:**

The most important change we recommend is in regards to the way NDAP records revenue.  In the current system,
merchant disbursements are automatically coded to revenue accounts when they transfer from your various
marketplace and merchant service providers into your bank account.  Since the schedule by which money transfers

from these accounts is inconsistent with the orders that are processed every day, and since they include, within them, merchant fees that are not automatically reflected in QuickBooks, you periodically rely on CPA adjustments to 'gross-up' your revenue.

In our recommended system, we would track merchant accounts as independent bank accounts, like your Chase Bank Accounts, which we would reconcile on a regular basis.  When money hits your bank account from these accounts, instead of being coded as deposits against revenue, they would be booked as transfers from your merchant account into the bank account.  Revenue, and deductive refunds and fees, would be coded into QuickBooks by way of adjustments that tie to reporting that we can run from the merchant service providers.

To prove out this system, we've used April 2014 in your QuickBooks Online as a test area.  You can see the transactions we've booked to this system on the attached P&L and Balance Sheet, highlighted in yellow.  All highlighted transactions can be found to correspond with a value on either the Amazon or PayPal merchant reports.  Utilizing this system, revenue could be reported without a need to 'gross-up,' and QuickBooks could accurately post the fees assessed from each provider, as well as details of chargebacks and returns.

Amazon Merchant can be reconciled on a bi-weekly basis, per the schedule of their statements.  PayPal can be reconciled on a monthly basis.  Although PayPal can run reports on a custom basis as needed, we found errors in the reporting when we tried to tie the dating to the Amazon reporting schedule.   If, at any time, you needed a 'current' report, both merchant service providers produced accurate current-day reporting, which we could incorporate into QuickBooks on an ad-hoc basis.

**Other Recommendations:**

- If you agree with the systems described above, we would revise the merchant revenue for Quarter 1, 2014 to reflect these systems.
- We recommend a quantity of garden variety chart of account cleanups, which would include a more organized hierarchy of subaccounts, and the use of account numbers for all accounts.
- Based on our analysis, it appears that payroll is not entered per our office standard.  MBS has an efficient and accurate protocol for recording payroll that we would recommend that you implement into your financials.

**Estimated Time:**

Our focus throughout this analysis has been to maintain efficiency.  As such, we would rely on as many existing systems, including the automation between QB and your bank accounts, as possible.

With that in mind, we feel like we could maintain these financials in our office within a time budget of **12 hours per month**.  This would include maintaining the merchant systems described above, performing reconciliations, entering payroll, other file maintenance, as well as providing any reporting you might require.

Please note that this is only an estimate.  We bill in quarter hour increments for all work performed in our office.  It is also worth noting that, over time, sometimes our in-office clients see a reduction in billable hours once our staff becomes familiar with the procedures.

**Missing Information:**

There are still some outstanding questions we would have to answer if we wanted to run accurate financials for NDAP.  If you're interested in continuing your relationship with Mark's Bookkeeping Services, here are some additional assets to which we would like access:

- **American Express Merchant Account Online Access**
- **Alavara Online Access**
- **Paychex online access, or Paychex payroll reports.**

If you have any questions or comments for us, do not hesitate to contact the office.  We look forward to hearing from you!

CSV Mail - Status Update                                                                                                          7/25/20, 4:44 PM

 Gmail

## Status Update

**David Gitman** <david@coopersquare.ventures>                                    Thu, Apr 24, 2014 at 4:32 PM
To: Scott Cipu <scott@marksbookkeeping.com>
Cc: Kellen Williams <kellen@marksbookkeeping.com>, info <info@marksbookkeeping.com>, Mike Dash <mdash@ndap-llc.com>

Thanks for the quick response. Please ping me once it's done.

**David Gitman**
**Cooper Square Venture**
Tel: (646) 553-5917
david@coopersquare.ventures | http://coopersquare.ventures



On Thu, Apr 24, 2014 at 4:31 PM, Scott Cipu <scott@marksbookkeeping.com> wrote:
David,

I expect that, by **tomorrow afternoon**, we will have accomplished the following tasks:

- **Implemented and reconciled systems to record revenue through merchant accounts**
- **Banks reconciled through March 2014**
- **Payroll entered & reconciled**

Let me know if you have any questions or comments.

-Scott

On Thu, Apr 24, 2014 at 4:20 PM, David Gitman <david@coopersquare.ventures> wrote:
Hi Scott,

As I mentioned a few days ago, Mike and I both experiencing life changing events. These events are forcing us to take more monthly recurring distributions then we have previously taken. We're probably going to have to make cuts to our 11 FTE's in order to take the required distributions. We need to know where we stand ASAP. It's keeping me up nights. Can you give me an ETA on when we'll be caught up for this year?

Thanks,

**David Gitman**
**Cooper Square Venture**
Tel: (646) 553-5917
david@coopersquare.ventures | http://coopersquare.ventures



CSV Mail - (no subject)                                                                                                7/25/20, 4:45 PM

 Gmail                                                Michael Dash <mdash@chemeimc...

---

## (no subject)

---

**David Gitman** <david@coopersquare.ventures>                                    Wed, Apr 30, 2014 at 11:08 AM
To: Scott Cipu <scott@marksbookkeeping.com>
Cc: info <info@marksbookkeeping.com>, Mike Dash <mdash@ndap-llc.com>, Thomas Cianci
<tom@marksbookkeeping.com>, Kellen Williams <kellen@marksbookkeeping.com>

Hi Scott,

It would be great if you could break out the PayPal reserve and clean up the expense accounts. Can you work on that soon?

I'll create a conference expense account and move transactions underneath it. Obviously, feel free to move it.




**David Gitman**
**Cooper Square Venture**
Tel: (646) 553-5917
david@coopersquare.ventures | http://coopersquare.ventures




On Wed, Apr 30, 2014 at 10:45 AM, Scott Cipu <scott@marksbookkeeping.com> wrote:
Hello David,

I'm sorry to respond late to this- I was in a meeting with a CPA all day yesterday with limited access to email. I'll be at the MBS offices for part of Friday of this week, and at that time, I may be able to address some of the matters in more detail, but in summary:


- **Are you booking the PayPal Reserve? If so, where?**
  - This was going to be a question for once we got all your revenue tied up in a gross way that made you happy, but thus far, you can see the balance of the PayPal account at the top of the Balance Sheet in the account named 'PayPal Merchant.' The value of this account includes both the money held in reserve, as well as the money that will be shorty disbursed to you. For the sake of simplicity, I had opted to book the total balance of PayPal into a single account, with the understanding that once we agreed on a basis by which we would report this revenue, we could make subsequent decisions about subdividing a portion of the revenue into a reserve account.
    - It is certainly a simple enough process to break out the reserves if you so choose, so which would you prefer: to see the total balance of the PayPal account to be rolled up into a single bank account, or to split the account into reserve and non-reserve monies?

- **What account is Payroll under?**
  - Salary can be found in the expense account '60110- Gross Salary Staff.' Various payroll taxes are coded to the parent account, '60200- Payroll Taxes.' There is also a subaccount under the parent group 'Service Charges' called 'Payroll Processing Fees' where we book all the expense associated with running the payroll.

---

CSV Mail - (no subject)                                                                                          7/25/20, 4:45 PM

- **I see payments to staff are under Consulting and Outside Services. Can we get payroll / staff payments under one account?**
  - Absolutely.  There is, in truth, a fair share of organization of the expense section of the Chart of Accounts that I haven't gotten to because I've invested my energies thus far in getting the revenue to tie out.  Coding all the consulting expenses into a single group is one of the priorities of the expense account cleanup.

- **Can you suggest what account should we use to track attending industry conferences?**
  - Generally speaking, for clients that regularly attend conferences, I set up a 'Conference' expense account, either grouped with research and development or marketing and advertising, depending on the nature of the conferences attended.  For some clients that want more detail, I can subdivide the conference expenses into, for example, Conference: fees / travel / lodging / etc, but for most businesses, a single account is sufficient.  How would you like to see it?

If you have any questions or comments, don't hesitate to contact me.  I look forward to hearing from you!

-Scott


On Tue, Apr 29, 2014 at 11:13 AM, David Gitman <david@coopersquare.ventures> wrote:
Hi Scott,

Great work on Amazon. I had a few questions.

- Are you booking the PayPal Reserve? If so, where?
- What account is Payroll under?
- I see payments to staff are under Consulting and Outside Services. Can we get payroll / staff payments under one account?
- Can you suggest what account should we use to track attending industry conferences?


**David Gitman**
**Cooper Square Venture**
Tel: (646) 553-5917
david@coopersquare.ventures I http://coopersquare.ventures




--
**Scott Cipu**_____

**Mark's Bookkeeping Services, LLC**
19 West 21 Street, Suite 705
New York, NY 10010

Tel:    1-212-243-5757

Scott@marksbookkeeping.com
**www.marksbookkeeping.com**

**Follow Us!!!**

 Gmail                                    Michael Dash <mdash@ndap-llc.com>

---

## Notes from 05/08/14 Meeting...

**David Gitman** <david@coopersquare.ventures>                   Thu, May 8, 2014 at 7:24 PM
To: Scott Cipu <scott@marksbookkeeping.com>
Cc: Mike Dash <mdash@ndap-llc.com>, info <info@marksbookkeeping.com>, Kellen Williams
<kellen@marksbookkeeping.com>

Thanks for your time today,  Scott.

**David Gitman**
**Cooper Square Venture**
Tel: (646) 553-5917
david@coopersquare.ventures | http://coopersquare.ventures



On Thu, May 8, 2014 at 5:59 PM, Scott Cipu <scott@marksbookkeeping.com> wrote:
Gentlemen,

For reference, here is a summary of our meeting from earlier this afternoon:

1) Met with client to discuss file:
   a) Discussed implementation of income reporting procedures
      i) client approves implementation.
   b) Discussed FedEx expense reporting:
      i) Client will provide online access.
      ii) Expensed should be implemented, based on data online, along the following parameters:
         (1) Returns
         (2) Per 3rd Party Shipper
   c) Discussed analysis of unknown vendor, uncategorized transactions:
      i) Cleaned up through 2014.
      ii) David wants me to review previous fiscal years.
   d) Client has added new American express cards.
   e) Discussed large discrepancy between bank balance and QBO balance.
   f) Discussed 2013 transaction recategorizations (including fixed assets):
      i) David claims to have made more than 1,000 transactional revisions to closed fiscal years in the
      past week.
      ii) I advised that we should hold off on further recategorization until we speak with CPA.
   g) Discussed Product costs with Mike.

   **Mike:  I'd like to request the following report from Magento:**

   • **Product Costs by Month- January through April 2013, on an Order Basis**
   • **Please break out the cost by your 3rd Party Shipper.**
   • **Please break out the costs on a product and shipping basis.**

Thanks!  If you have any questions or comments, don't hesitate to contact me.

<u>**Scott Cipu**</u>

CSV Mail - NDAP Software Development Cost Accounting                                      7/25/20, 4:47 PM

 Gmail                                      Michael Dash <mdash@channelreply.com>

## NDAP Software Development Cost Accounting

**David Gitman** <david@coopersquare.ventures>                    Fri, May 29, 2015 at 2:18 PM
To: Mitchell Kahn <mkahn@kgsllp.com>, Michael Dardashtian <mdash@ndap-llc.com>

Hi Mitch,

I'm working on the capitalization. How do I need to break it out? By date?  By dollar amount? Please review the
attached file to see how I'm doing it so far.

On Wed, May 27, 2015 at 6:06 PM David Gitman <david@coopersquare.ventures> wrote:
Thanks for the explanations, Mitch. I'll start looking at the books tomorrow.

**David Gitman**
**Cooper Square Ventures**
Tel: (646) 553-5917
david@coopersquare.ventures I http://coopersquare.ventures

On Wed, May 27, 2015 at 5:52 PM, Mitchell Kahn <mkahn@kgsllp.com> wrote:

Mitchell Kahn, CPA

KGS LLP

125 Jericho Turnpike, Suite 300

Jericho, NY  11753

Tel.  (516) 997-7500 x231

Fax: (516) 997-3480

email: mkahn@kgsllp.com

**From:** David Gitman [mailto:david@coopersquare.ventures]
**Sent:** Wednesday, May 27, 2015 5:48 PM
**To:** Mitchell Kahn
**Cc:** Michael Dardashtian
**Subject:** Re: NDAP Software Development Cost Accounting

Hi Mitch,

Never mind the call. There are just three points I want to clarify. If it easier to talk OTP, just call my cell anytime,

.31a

States "travel expenses incurred by employees in their duties directly associated with developing software." So If I spend a week with my developers writing code, why can't I capitalize it? "travel"  so yes if you travel to Russia to write code during the "development stage", your travel costs can be capitalized, not entertainment costs.

.48

Why can't we assign a value to the software? Because that's not GAAP.  You cant arbitrarily put a value on something you created and give in value.  You can capitalize your costs (not beyond the asset's FMV) but you can't "write-up" its value.

.?

I believe traditional digital marketing like PPC is an expense. However SEO has a long shelf life. SEO has reusability and brings us customers even after the SEO work is finished. So, it should be capitalized. Does that make sense?  GAAP says that advertising and marketing costs must be expensed as incurred.

**David Gitman**
**Cooper Square Ventures**

Tel: (646) 553-5917

david@coopersquare.ventures | http://coopersquare.ventures



On Wed, May 27, 2015 at 5:30 PM, Mitchell Kahn <mkahn@kgsllp.com> wrote:

See below

Mitchell Kahn, CPA

KGS LLP

125 Jericho Turnpike, Suite 300

Jericho, NY  11753

Tel.  (516) 997-7500 x231



EXHIBIT 127

CSV Mail - Fwd: NDA Agreement                                                                    7/25/20, 2:43 PM

 Gmail                                           Michael Dash <mdash@channelreply…>

## Fwd: NDA Agreement

**Michael Dash** <mdash@ndap-llc.com>                              Thu, May 28, 2015 at 3:51 PM
To: Jeffrey Rothman <jrothman@srrlaw.com>, Joel <Joel@lghaccountants.com>
Cc: David Gitman <dgitman@ndap-llc.com>

Jeff/Joel -

We just received this agreement from Parts Authorities attorney for review.  I have asked for Exhibit A and both
documents in redline format for changes (I am waiting).

I will be frank, I think this is insane.  They want David and I to take on $500k in debt with interest, no end date to the
debt and no out.

David and I both agree that there is no way we are doing this deal without having the option to walk away debt and
obligation free.  We need to brainstorm how to reply.

Thank you,

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918


---------- Forwarded message ----------
From: **Richard Kestenbaum** <rkestenbaum@kmtaxlaw.com>
Date: Thu, May 28, 2015 at 4:07 PM
Subject: NDA Agreement
To: Mike Dash <mikedash1@gmail.com>


Mike:  Here is the Agreement that you spoke about with Randy.  As you know, it is important to all concerned that  the
agreement be signed as quickly as possible.  Any questions, please call.


## Richard S. Kestenbaum, Esq.

**Kestenbaum & Mark**

**40 Cutter Mill Road**

**Great Neck, NY 11021**

**phone: (516) 466-0410**

**fax: (516) 829-3729**

**url: www.kmtaxlaw.com**

CSV Mail - Fwd: From Richard Kestenbaum                                              7/25/20, 2:46 PM

 Gmail                                    Michael Dash <mdash@ebenostdgp.rn>

---

## Fwd: From Richard Kestenbaum

**Michael Dash** <mdash@ndap-llc.com>                        Mon, Jun 8, 2015 at 9:19 AM
To: Jeffrey Rothman <jrothman@srrlaw.com>

Hi Jeff - Please let me know when you have time to discuss.

Thank you,

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Fri, Jun 5, 2015 at 3:31 PM, Michael Dash <mdash@ndap-llc.com> wrote:
Jeff - Here is the latest and greatest, it includes 2 agreements and 2 promissary notes as they are now splitting it up at 400k and 100k for their own internal accounting reasons..

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918


---------- Forwarded message ----------
From: **BookKeeper** <BookKeeper@kmtaxlaw.com>
Date: Fri, Jun 5, 2015 at 4:27 PM
Subject: From Richard Kestenbaum
To: mikedash1@gmail.com


As requested, attached please find both Agreements and Promissory Notes.


Thank you,

Rebecca


**Rebecca Gordon**

**Kestenbaum & Mark**

**40 Cutter Mill Road**

**Great Neck, NY 11021**

**phone: (516) 466-0410**

CSV Mail – Signed Agreements                                                                7/25/20, 2:48 PM

 Gmail                                         Michael Dash <mdash@chaumbuagy b ut>

## Signed Agreements

**Michael Dash** <mdash@ndap-llc.com>                        Tue, Jun 9, 2015 at 10:21 AM
To: Richard Kestenbaum <rkestenbaum@kmtaxlaw.com>
Cc: Jeffrey Rothman <jrothman@srrlaw.com>, David Gitman <dgitman@ndap-llc.com>, Randy Buller
<randytheb@aol.com>

Please see signed agreements attached.

Thank you,

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

**2 attachments**

 **ndap_agreement_1.pdf**
287K

**ndap_agreeement_2.pdf**
287K

 Gmail

Michael Dash <mdash@gmail.com>

---

## Signed Agreements

**Michael Dash** <mdash@ndap-llc.com>                                Tue, Jun 9, 2015 at 11:54 AM
To: Richard Kestenbaum <rkestenbaum@kmtaxlaw.com>
Cc: Jeffrey Rothman <jrothman@srrlaw.com>, David Gitman <dgitman@ndap-llc.com>, Randy Buller
<randytheb@aol.com>

Apologies - My first attachment had 2 of the same doc.  Here is the 2nd agreement.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

[Quoted text hidden]

---

📄 **ndap_agreement_2.pdf**
347K

 **Gmail**

Michael Dash <mdash@chansinapro...>

---

## Parts Authority Settlement Escrow and Release

---

**Jeffrey E. Rothman** <jrothman@srrlaw.com>                    Fri, Jun 9, 2017 at 11:57 AM
To: David Gitman <david@gitman.net>, Michael Dash <mdash@ndap-llc.com>

Gentlemen:

See attached.

Please tell me when you will be able to move forward on this.

**Jeffrey E. Rothman**

Seligson, Rothman & Rothman

29 West 30th Street, 10th Floor

New York, NY 10001

jrothman@srrlaw.com

Phone: (212) 966-5020

Telecopier: (646) 514-9980

NOTICE:
This email, together with any attachment is confidential, intended for only the recipient(s) named above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this email in error, or are not the named recipient(s), you are hereby notified that any use, dissemination, distribution or copying of this email, or any attachments, is strictly prohibited.  Please immediately notify the sender at jrothman@srrlaw.com and delete this email and any attachments from your computer.  You should not retain, copy or use this email or any attachments for any purpose, or disclose all or any part of the contents to any person. Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. Thank you.

**From:** Richard Kestenbaum [mailto:RKestenbaum@kmtaxlaw.com]
**Sent:** Friday, June 09, 2017 11:38 AM
**To:** Jeffrey E. Rothman
**Subject:** settlement agreement


See executed agreement attached


**Richard S. Kestenbaum, Esq.**

**Kestenbaum & Mark LLP**

**40 Cutter Mill Road**

**Great Neck, NY 11021**

**phone: (516) 466-0410**

**fax: (516) 829-3729**

**url: www.kmtaxlaw.com**

**email: rkestenbaum@kmtaxlaw.com**


  

**Privileged/Confidential Information** may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.


**From:** Scans@KMtaxlaw.com [mailto:Scans@KMtaxlaw.com]
**Sent:** Friday, June 9, 2017 12:09 PM
**To:** Richard Kestenbaum <RKestenbaum@kmtaxlaw.com>
**Subject:** Attached Image

CSV Mail – Parts Authority Settlement Escrow and Release

7/25/20, 2:42 PM

 **0491_001.pdf**
1304K

CSV Mail - Signed Agreements                                                                7/25/20, 2:51 PM

 Gmail                                               Michael Dash <mdash@ndap-llc.com>

---

## Signed Agreements

---

**Michael Dash** <mdash@ndap-llc.com>                              Tue, Jun 9, 2015 at 3:16 PM
To: "Jeffrey E. Rothman" <jrothman@srrlaw.com>

Will do.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jun 9, 2015 at 3:12 PM, Jeffrey E. Rothman <jrothman@srrlaw.com> wrote:

Please send me a scanned copy of the fully signed agreements when you get them.

**Jeffrey E. Rothman**

Seligson, Rothman & Rothman

29 West 30th Street, 10th Floor

New York, NY  10001

jrothman@srrlaw.com

Phone: (212) 966-5020

Telecopier: (646) 514-9980

NOTICE:
This email, together with any attachment is confidential, intended for only the recipient(s) named above and may contain
information that is privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this
email in error, or are not the named recipient(s), you are hereby notified that any use, dissemination, distribution or copying of
this email, or any attachments, is strictly prohibited.  Please immediately notify the sender at jrothman@srrlaw.com  and
delete this email and any attachments from your computer.  You should not retain, copy or use this email or any attachments for
any purpose, or disclose all or any part of the contents to any person. Although this e-mail and any attachments are believed to
be free of any virus or other defect that may affect any computer system into which it is received or opened, it is the
responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or
damage arising in any way from its use. Thank you.

**From:** Michael Dash [mailto:mdash@ndap-llc.com]
**Sent:** Tuesday, June 09, 2015 11:41 AM
**To:** Richard Kestenbaum
**Cc:** Jeffrey E. Rothman; David Gitman; Randy Buller
**Subject:** Re: Signed Agreements

Mailing out now - I put 2 signed copies of each in envelop, please mail one back to us for our records at:

NDAP, LLC

1010 Northern Blvd, Suite 208

Great Neck, NY 11021

Thank you.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jun 9, 2015 at 11:03 AM, Richard Kestenbaum <rkestenbaum@kmtaxlaw.com> wrote:

Thanks. Randy, please sign two agreements and return to me for distribution. Mike, please mail me the original notes.

Richard S. Kestenbaum, Esq.

Kestenbaum & Mark

40 Cutter Mill Road

Great Neck, NY 11021

phone: (516) 466-0410

fax: (516) 829-3729

url: www.kmtaxlaw.com

email: rkestenbaum@kmtaxlaw.com

(Sent from my iPhone - please excuse typos)

On Jun 9, 2015, at 11:22 AM, Michael Dash <mdash@ndap-llc.com> wrote:

Please see signed agreements attached.

Thank you,


Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

<ndap_agreement_1.pdf>

<ndap_agreeement_2.pdf>

 Gmail                                          Michael Dash <mdash@channeladvisor>

## Signed Agreements

**Michael Dash** <mdash@ndap-llc.com>                                   Wed, Jun 10, 2015 at 9:38 AM
To: Richard Kestenbaum <rkestenbaum@kmtaxlaw.com>

Here are both again signed.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jun 9, 2015 at 6:10 PM, Michael Dash <mdash@ndap-llc.com> wrote:
I'll resend in morn just left office.

The copies I mailed were all signed originals you will probably have tom or thurs latest.


On Jun 9, 2015, at 7:01 PM, Richard Kestenbaum <rkestenbaum@kmtaxlaw.com> wrote:

Mike:  David did not sign the $100,000.00 Agreement.  Could you send a scanned signature and
an original signature for that Agreement?  Thanks

## Richard S. Kestenbaum, Esq.

**Kestenbaum & Mark**

**40 Cutter Mill Road**

**Great Neck, NY 11021**

**phone: (516) 466-0410**

**fax: (516) 829-3729**

**url: www.kmtaxlaw.com**

**email: rkestenbaum@kmtaxlaw.com**


<image001.jpg>

**Privileged/Confidential Information** may be contained in this message. If you are not the addressee
indicated in this message (or responsible for delivery of the message to such person), you may not
copy or deliver this message to anyone. In such case, you should destroy this message and kindly
notify the sender by reply email. Please advise immediately if you or your employer do not consent to

Internet email for messages of this kind.

---

**From:** Michael Dash [mailto:mdash@ndap-llc.com]
**Sent:** Tuesday, June 09, 2015 11:55 AM
**To:** Richard Kestenbaum
**Cc:** Jeffrey Rothman; David Gitman; Randy Buller
**Subject:** Re: Signed Agreements

Apologies - My first attachment had 2 of the same doc.  Here is the 2nd agreement.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jun 9, 2015 at 11:40 AM, Michael Dash <mdash@ndap-llc.com> wrote:

Mailing out now - I put 2 signed copies of each in envelop, please mail one back to us for our records at:

NDAP, LLC

1010 Northern Blvd, Suite 208

Great Neck, NY 11021

Thank you.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jun 9, 2015 at 11:03 AM, Richard Kestenbaum <rkestenbaum@kmtaxlaw.com> wrote:

Thanks. Randy, please sign two agreements and return to me for distribution. Mike, please mail me the original notes.

Richard S. Kestenbaum, Esq.

Kestenbaum & Mark

40 Cutter Mill Road

Great Neck, NY 11021

phone: (516) 466-0410

fax: (516) 829-3729

url: www.kmtaxlaw.com

email: rkestenbaum@kmtaxlaw.com

(Sent from my iPhone - please excuse typos)


On Jun 9, 2015, at 11:22 AM, Michael Dash <mdash@ndap-llc.com> wrote:

Please see signed agreements attached.

Thank you,


Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

<ndap_agreement_1.pdf>

<ndap_agreeement_2.pdf>

---

**2 attachments**

ndap_agreeement_2.pdf
291K

ndap_agreement_.pdf
347K

CSV Mail - Peakstone Follow Up                                                      7/25/20, 3:07 PM

 Gmail                                    Michael Dash <mdash@channelsbuy.com>

---

## Peakstone Follow Up

---

Alex Fridman <afridman@peakstone.com>                        Wed, Jun 24, 2015 at 6:49 PM
To: Michael Dash <mdash@ndap-llc.com>, dgitman@ndap-llc.com
Cc: Steve Royko <sroyko@peakstone.com>, Stephen Sleigh <ssleigh@peakstone.com>

Michael and David –


It was great to meet you guys in person.  We really enjoyed the time and learning more about the business and your
capabilities.  We also got out of LGA at a reasonable hour!


We have taken your proposal into very strong consideration and have spent a lot of time discussing this internally.
Attached is an updated engagement letter with a markup of our original proposal.  We have substantially reduced our
monthly fees as well as taken out the minimum transaction fee.


We are prepared to launch right away and are available to discuss further this week.


Thanks,

Alex


Alex Fridman

312-346-7303 (direct)

alex@peakstone.com

www.peakstone.com

---

📄 **peakstone - carpartkings engagement letter 06-24-15.docx**
109K

CSV Mail - Fwd: Peakstone Engagement                                                                    7/25/20, 3:04 PM

 Gmail                                          Michael Dash <mdash@ndaplegraph.com>

---

## Fwd: Peakstone Engagement

---

**David Gitman** <dgitman@ndap-llc.com>                         Wed, Jul 1, 2015 at 6:47 PM
To: Michael Dardashtian <mdash@ndap-llc.com>

Begin forwarded message:

> **From:** Chuck Johnson <chuck@sarettconsulting.com>
> **Date:** July 1, 2015 at 5:36:30 PM EDT
> **To:** 'David Gitman' <dgitman@ndap-llc.com>
> **Subject:** RE: Peakstone Engagement
> **Reply-To:** chuck@sarettconsulting.com

David

Looks pretty standard.  How much do you think the business is worth?  That might dictate some of the response below.  But at a high level –

1.   Have a good transaction attorney review this, especially the indemnification.

2.   Based on their threshold of $75,000 minimum, it look like their view would be an exit valuation of $1.0 - $1.5M ($75,000/.05) as a ballpark, and then they would ride some upside over that with the 5%.  But if your expectation is that the business would sell for something like $10M - $15M, then 5% is a very rich deal IMO.  That might look much closer to 2.5%.  Also, tiers are very customary, as in 1.5% up to $10M, 2.5% on the increment between $10M and $20M, etc.  But tiers vary widely depending on expected return.  basically, the bigger the expected deal, the lower the percentages, and then kickers above what all would agree is a great exit price.

3.   There are often milestones or earn-outs in exits…future payments due related to post-acquisition performance of the asset or retention of key people.  Also, there are holdbacks for escrow arrangements tied to your Reps and Warranties to the seller.  So you might get $10M total exist, but its $5M now, with a 10% escrow hold back of $500,000 for 12 months, and then you may or may not get the other $5M at later date(s) depending on success in achieving the milestones.  This agreement says you would pay them on all $10M up front at time of close ($500,000 for example) when you really only received $4.5M, have to wait 12 months for the other $500,000, and may or may not earn the last $5M.  You should structure it so that they get paid if and when you get paid.  They will argue that their position is "market" – it is not to any experienced transaction person.

4.   The tail is customarily 12 months, not 18.

5.   The retainer should be limited to 6 months. If it takes longer than that they should stay engaged but the retainer should stop accruing.

6.   small point on 5(d) – you should approve expenses in advance.  You don't want a host of travel or bar/food bills that you didn't think should have been or would have been necessary.


BTW, this was the deal I was working on (and still am until final closing) that was announced on Monday:

http://www.prnewswire.com/news-releases/spinifex-pharmaceuticals-to-be-acquired-by-novartis-510575371.html


Chuck


**From:** David Gitman [mailto:dgitman@ndap-llc.com]
**Sent:** Wednesday, July 01, 2015 11:10 AM
**To:** Chuck Johnson
**Subject:** Peakstone Engagement


Hi Chuck,


We're about to sign with an investment banking firm, Peakstone to sell Car Part Kings. Could you take a look at the attached terms. Any feedback would be appreciated.


Also, ran into G last night. I would love to hear your thoughts on his plans.


**David Gitman**
**ndap**

Tel: (646) 553-5917

dgitman@ndap-llc.com | http://www.ndap-llc.com



> 
> Steve
> 
> Steve Royko
> Managing Director
> Peakstone
> 3310 University Avenue, Suite 208
> Madison, WI 53705
> Direct: 608-236-4490
> Main: 312-204-7300
> Mobile: 608-770-1009
> Fax: 608-234-4353
> E-mail: sroyko@peakstone.com
> 
> 
> CONFIDENTIALITY NOTICE:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it and immediately notify us by calling (608) 770-1009 or by responding by email.  Thank you.
> 
> CAUTION:  Email is not secure and could be intercepted by a third party.  For your protection, please avoid sending identifying information such as account, Social Security or credit card numbers to us.  Further, do not send time-sensitive, action-oriented messages as it is our policy not to accept such items electronically.  Your e-mails may not be read immediately.  If you want your matter to be given prompt attention, please call us at (608) 770-1009 so that your matter can be handled.
> 

**CPK IOI Request Letter v.2.docx**
37K

CSV Mail – Peakstone Follow Up                                                    7/25/20, 3:06 PM

 Gmail                                    Michael Dash <mdash@ndap-llc.pl...

---

## Peakstone Follow Up

---

**David Gitman** <dgitman@ndap-llc.com>                     Tue, Jul 7, 2015 at 12:47 PM
To: Michael Dash <mdash@ndap-llc.com>
Cc: Alex Fridman <afridman@peakstone.com>, Steve Royko <sroyko@peakstone.com>

Hi Alex,

In the meantime, do you have a diligence request list we can start on?

**David Gitman**
**ndap**
Tel: (646) 553-5917
dgitman@ndap-llc.com | http://www.ndap-llc.com

On Tue, Jul 7, 2015 at 11:25 AM, Michael Dash <mdash@ndap-llc.com> wrote:
Alex - I just spoke w/ our attny, he had an emergency last week and didn't get to contract until yest.  Hoping to have it back today.

Michael Dash
NDAP, LLC
mdash@ndap-llc.com
+1 (646) 553-5918

On Tue, Jul 7, 2015 at 11:06 AM, Alex Fridman <afridman@peakstone.com> wrote:
Hi Michael and David – just checking in.  Please advise if there is anything we can do on our end.  Thanks

Alex Fridman

312-346-7303 (direct)

alex@peakstone.com

www.peakstone.com

CSV Mail - Indication of Interest Letter                                                          7/25/20, 3:02 PM

 Gmail                                          Michael Dash <mdash@chancemup.com>

## Indication of Interest Letter

Steve Royko <sroyko@peakstone.com>                              Thu, Oct 1, 2015 at 2:57 PM
To: Michael Dash <mdash@ndap-llc.com>, David Gitman <dgitman@ndap-llc.com>

Mike and Dave,

One minor change from Alex. He removed the sections asking about ownership's role going forward. His thought, which I agree with after hearing it, is those are good topics for the next stage (moving towards LOI) after you've decided that the other terms of the deal are worth pursuing.

Let me know your thoughts. If you are ok with this, I can get these out to those who have signed the NDA.

Thanks,

Steve

Steve Royko
Managing Director
Peakstone
3310 University Avenue, Suite 208
Madison, WI 53705
Direct: 608-236-4490
Main: 312-204-7300
Mobile: 608-770-1009
Fax: 608-234-4353
E-mail: sroyko@peakstone.com


CONFIDENTIALITY NOTICE:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it and immediately notify us by calling (608) 770-1009 or by responding by email.  Thank you.

CAUTION:  Email is not secure and could be intercepted by a third party.  For your protection, please avoid sending identifying information such as account, Social Security or credit card numbers to us.  Further, do not send time-sensitive, action-oriented messages as it is our policy not to accept such items electronically.  Your e-mails may not be read immediately.  If you want your matter to be given prompt attention, please call us at (608) 770-1009 so that your matter can be handled.


> On Oct 1, 2015, at 1:14 PM, Michael Dash <mdash@ndap-llc.com> wrote:
>
> Same here.
>
> Michael Dash
> NDAP, LLC

mdash@ndap-llc.com
+1 (646) 553-5918

On Thu, Oct 1, 2015 at 2:13 PM, David Gitman <dgitman@ndap-llc.com> wrote:
 Looks good to me.

 **David Gitman**
 **ndap**
 Tel: (646) 553-5917
 dgitman@ndap-llc.com I http://www.ndap-llc.com

 

On Thu, Oct 1, 2015 at 1:33 PM, Steve Royko <sroyko@peakstone.com> wrote:
 I forgot the attachment. Here you go.

 Steve Royko
 Managing Director
 Peakstone
 3310 University Avenue, Suite 208
 Madison, WI 53705
 Direct: 608-236-4490
 Main: 312-204-7300
 Mobile: 608-770-1009
 Fax: 608-234-4353
 E-mail: sroyko@peakstone.com


 CONFIDENTIALITY NOTICE:  This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure.  It is intended for use only by the individual or entity named above.  If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited.  If you have received this communication in error, please destroy it and immediately notify us by calling (608) 770-1009 or by responding by email.  Thank you.

 CAUTION:  Email is not secure and could be intercepted by a third party.  For your protection, please avoid sending identifying information such as account, Social Security or credit card numbers to us.  Further, do not send time-sensitive, action-oriented messages as it is our policy not to accept such items electronically.  Your e-mails may not be read immediately.  If you want your matter to be given prompt attention, please call us at (608) 770-1009 so that your matter can be handled.

 > On Oct 1, 2015, at 12:33 PM, Steve Royko <sroyko@peakstone.com> wrote:
 >
 > Mike and David,
 >
 > Attached is a draft of the indication of interest letter we have used in the past.
 >
 > Please review and let me know if you have questions or any comments/suggested changes. I am having Alex review as well but am sending along to expedite. I'd like to send out to our signed NDAs tomorrow.
 >
 > Thanks,

<u>EXHIBIT 128</u>

7/30/2020

Audit Log

# Cooper Square Ventures

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Jun 26 2017, 2:17 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Jun 16 2017, 9:08 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Jun 16 2017, 8:48 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Jun 16 2017, 8:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Jun 16 2017, 3:21 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Jun 8 2017, 4:47 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Jun 6 2017, 8:00 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 31 2017, 9:00 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 28 2017, 3:44 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 28 2017, 3:04 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 20 2017, 7:53 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| May 20 2017, 7:48 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 18 2017, 5:07 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 18 2017, 1:26 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 13 2017, 11:10 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 13 2017, 4:56 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 12 2017, 7:54 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 12 2017, 3:53 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 12 2017, 2:02 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 12 2017, 12:27 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 6 2017, 7:14 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 2 2017, 3:19 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 1 2017, 10:27 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 1 2017, 10:08 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| May 1 2017, 9:47 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 30 2017, 7:44 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 30 2017, 10:48 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 30 2017, 9:41 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 30 2017, 9:37 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 30 2017, 9:25 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 30 2017, 8:21 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 8:07 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 3:59 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 28 2017, 3:50 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 3:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 3:21 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 3:15 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 28 2017, 3:09 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 27 2017, 9:51 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 27 2017, 8:23 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 26 2017, 8:42 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 24 2017, 11:56 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |

7/30/2020                                         Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Apr 24 2017, 10:26 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 24 2017, 3:40 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 20 2017, 5:54 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 20 2017, 5:49 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 19 2017, 10:06 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 18 2017, 11:03 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 18 2017, 8:44 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 18 2017, 6:24 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 7:58 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 6:20 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 5:38 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 5:18 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 10:49 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 17 2017, 10:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 10:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 8:51 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 6:55 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 17 2017, 2:45 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 2:34 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 17 2017, 2:26 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 17 2017, 12:03 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 16 2017, 6:12 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 16 2017, 3:53 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 16 2017, 2:58 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 16 2017, 2:57 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 15 2017, 11:02 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 15 2017, 6:21 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 15 2017, 6:19 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 15 2017, 1:28 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 15 2017, 12:30 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 14 2017, 8:11 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 14 2017, 9:23 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 14 2017, 6:58 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 14 2017, 6:30 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 13 2017, 12:33 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 10:05 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 9:53 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 9:49 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 9:48 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 6:28 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 12 2017, 5:46 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 11 2017, 11:02 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 11 2017, 10:57 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 11 2017, 6:23 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 11 2017, 2:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |

7/30/2020                                                  Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Apr 10 2017, 10:07 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 10 2017, 9:46 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 10 2017, 9:34 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 9 2017, 7:11 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 9 2017, 7:03 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 9 2017, 11:46 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 7 2017, 10:53 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 6 2017, 11:02 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 6 2017, 9:39 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 5 2017, 8:54 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 5 2017, 7:47 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 5 2017, 6:28 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 5 2017, 6:01 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 5 2017, 3:28 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 4 2017, 10:08 pm Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Apr 4 2017, 9:47 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 3 2017, 9:19 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 3 2017, 6:52 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 3 2017, 4:59 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 3 2017, 12:04 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 11:37 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 10:30 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 10:21 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 9:27 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 9:27 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 6:29 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 6:07 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 5:12 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 2 2017, 5:00 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Apr 1 2017, 1:03 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 30 2017, 11:03 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 29 2017, 9:32 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 29 2017, 9:51 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 29 2017, 7:07 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 29 2017, 6:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 28 2017, 10:29 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 27 2017, 9:11 pm Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Mar 27 2017, 8:41 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 27 2017, 8:06 pm Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Mar 27 2017, 8:01 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 26 2017, 7:30 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 26 2017, 4:50 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 23 2017, 10:38 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 23 2017, 1:34 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 22 2017, 9:40 pm Eastern Daylight Time | Faith Andan | Logged out. | | | | |

7/30/2020                                     Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Mar 22 2017, 9:38 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 22 2017, 10:56 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 18 2017, 10:11 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 18 2017, 9:04 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 18 2017, 8:39 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 16 2017, 6:56 pm Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 14 2017, 2:38 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 14 2017, 12:17 am Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Mar 14 2017, 12:06 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 13 2017, 7:46 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 13 2017, 3:16 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 12 2017, 12:08 pm Eastern Daylight Time | Faith Andan | Logged out. | | | | |
| Mar 12 2017, 11:46 am Eastern Daylight Time | Faith Andan | Logged in. | | | | |
| Mar 11 2017, 7:32 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 11 2017, 5:28 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 10 2017, 12:10 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 10 2017, 12:00 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 9 2017, 8:19 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 9 2017, 7:05 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 9 2017, 7:12 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:23 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:20 pm Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Mar 8 2017, 8:19 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:18 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:15 pm Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Mar 8 2017, 8:11 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 9:19 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Mar 8 2017, 9:01 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:40 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 8:29 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 5:52 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 5:49 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 8 2017, 2:38 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 6 2017, 10:07 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Mar 6 2017, 9:49 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 7:42 pm Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Mar 5 2017, 6:50 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 6:24 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 5:18 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 4:39 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 4:09 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 12:22 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 10:13 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 9:58 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 8:40 am Eastern Standard Time | Faith Andan | Logged in. | | | | |

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Mar 5 2017, 8:33 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 8:11 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 7:47 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 7:19 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 6:17 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 5 2017, 5:41 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 4 2017, 10:08 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 4 2017, 2:08 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Mar 4 2017, 2:06 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 28 2017, 10:25 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 28 2017, 10:16 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 28 2017, 10:00 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 8:42 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 8:41 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 8:07 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 7:57 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 7:34 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 26 2017, 12:52 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 21 2017, 8:50 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 19 2017, 5:15 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 19 2017, 12:56 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 9:08 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 18 2017, 8:37 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 4:30 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 4:25 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 4:16 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 3:21 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 3:18 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 18 2017, 3:17 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 2:25 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 2:21 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 18 2017, 2:05 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 18 2017, 2:03 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 16 2017, 5:57 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 16 2017, 5:49 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 15 2017, 10:08 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 13 2017, 5:34 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 13 2017, 5:25 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 13 2017, 4:56 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 12 2017, 5:29 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 12 2017, 3:33 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 11:51 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 11:31 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 7:55 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 9:46 am Eastern Standard Time | Faith Andan | Logged in. | | | | |

7/30/2020                                      Audit Log

| Date Changed | User | Event | Name | Date | Amount | History |
|---|---|---|---|---|---|---|
| Feb 11 2017, 9:41 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 5:54 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 4:33 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 4:05 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 11 2017, 3:54 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 10 2017, 6:45 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 10 2017, 5:28 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 8 2017, 12:20 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 7 2017, 8:27 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 8:27 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 6:52 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 6:15 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 5:28 pm Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 8:12 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 7 2017, 7:29 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 6:50 am Eastern Standard Time | Faith Andan | Logged in. | | | | |
| Feb 7 2017, 12:23 am Eastern Standard Time | Faith Andan | Logged out. | | | | |
| Feb 7 2017, 12:21 am Eastern Standard Time | Faith Andan | Logged in. | | | | |

EXHIBIT 129A

 Gmail                                    Michael Dash <mdash@channelreply.com>

## Inquiry on Mdash credit card

**David Gitman** <david@coopersquare.ventures>                Thu, Mar 23, 2017 at 7:59 AM
To: Michael Dash <mdash@ndap-llc.com>, Mary Faith Andan <mfgandan@gmail.com>
Cc: Mike Dash <mdash@coopersquare.ventures>

Hardware, depreciate on the 3 year schedule...
On Thu, Mar 23, 2017 at 7:57 AM Michael Dash <mdash@ndap-llc.com> wrote:
> That's a voice recorder for Justin marketing director for channelreply - office expense?
>
> On Mar 23, 2017, at 12:23 AM, Mary Faith Andan <mfgandan@gmail.com> wrote:
>
>
> Dear Mike,
>
> Good morning.
>
> I would just like to ask the transactions under your credit card :
>
> 3/8/ 2017  ADORAMA, INC ECOMME 212-7410401 REF# 478800240 2127410401 $ 35.99
>
> Please advise then I will classify in QBO.
>
> Thank you and Have a nice day ahead.
> Faith

<u>EXHIBIT 129B</u>

 Gmail

Michael Dash <mdash@channelreply.com>

---

## Mdash credit card expenses for inquiry

---

**Michael Dash** <mdash@ndap-llc.com>
To: Mary Faith Andan <mfgandan@gmail.com>

Fri, Apr 7, 2017 at 1:15 PM

You sent it for Tuesday not Monday.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Fri, Apr 7, 2017 12:24 PM, Mary Faith Andan mfgandan@gmail.com wrote:
I sent an invite, Kindly check if I did the correct time.

On Sat, Apr 8, 2017 at 12:19 AM, Mary Faith Andan <mfgandan@gmail.com> wrote:
Yes Mike, 9am EST . I will send a google invite.

Thanks

On Sat, Apr 8, 2017 at 12:06 AM, Michael Dash <mdash@ndap-llc.com> wrote:
I cannot do this weekend - can we do Monday @ 9am est?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Fri, Apr 7, 2017 12:05 PM, Mary Faith Andan mfgandan@gmail.com wrote:
Hi Mike,

Im sorry, I dont think I can make it today.

Can we make it tomorrow instead at 9am EST or 10 am EST time?

I will wait for you tomorrow.

Im really sorry.

CSV Mail – Mdash credit card expenses for inquiry                                        7/30/20, 1:36 AM

Thank you
Faith

On Fri, Apr 7, 2017 at 10:50 PM, Mary Faith Andan <mfgandan@gmail.com> wrote:
  Hi Mike,

  My skype Id is faith.andan

  Thanks
  Faith

  On Fri, Apr 7, 2017 at 9:08 PM, Michael Dash <mdash@ndap-llc.com> wrote:
    What is your skype ID?

    **Michael Dash**
    **ndap**
    Tel: (646) 553-5918
    mdash@ndap-llc.com | http://www.ndap-llc.com

On Fri, Apr 7, 2017 7:28 AM, Michael Dash mdash@ndap-llc.com wrote:
  Yea let's chat via Skype at 9 am

  My Skype id is mike.dash1

  On Apr 6, 2017, at 11:04 PM, Mary Faith Andan <mfgandan@gmail.com> wrote:

      Hi Mike,

      I believe we have a meeting today?

      Are we going to push it through?

      Thanks
      Faith

      On Mon, Apr 3, 2017 at 10:32 PM, Mary Faith Andan <mfgandan@gmail.com> wrote:

        Got it.
        Thanks

        On Apr 3, 2017 10:23 PM, "Michael Dash" <mdash@ndap-llc.com> wrote:

          That works, lets talk then.

          **Michael Dash**
          **ndap**
          Tel: (646) 553-5918
          mdash@ndap-llc.com | http://www.ndap-llc.com

On Mon, Apr 3, 2017 10:22 AM, Mary Faith Andan mfgandan@gmail.com wrote:

Sorry about that can we do 9am est instead?

On Apr 3, 2017 10:18 PM, "Michael Dash" <mdash@ndap-llc.com> wrote:

I cannot do 9pm that is too late.. I can do the morning at 10am EST

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 10:16 AM, Mary Faith Andan mfgandan@gmail.com wrote:

Oh. I cant. That is our middle of the night.

Can we make it at around 9pm EST?

On Apr 3, 2017 10:13 PM, "Michael Dash" <mdash@ndap-llc.com> wrote:

How about Friday at 2pm EST?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 10:06 AM, Mary Faith Andan mfgandan@gmail.com wrote:

Im okay at afternoon EST .

On Apr 3, 2017 10:01 PM, "Michael Dash" <mdash@ndap-llc.com> wrote:

What time is better mornings or afternoons EST?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 9:59 AM, Mary Faith Andan mfgandan@gmail.com

wrote:

Sure, let me check my schedule.

What time do you prefer? I am available on Wednesday and Friday ..

Thanks

On Apr 3, 2017 9:57 PM, "Michael Dash" <mdash@ndap-llc.com> wrote:

Can we schedule some time this week to review all the work you have been doing.. ?

Thurs or Friday work best for me.

Thanks,

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 9:45 AM, Michael Dash mdash@ndap-llc.com wrote:

This file doesnt have any detail in it..

<Screen%252520Shot%2525202017-04-03%252520at%2525252525209.44.39%252520AM.png>

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Mon, Apr 3, 2017 9:42 AM, Mary Faith Andan mfgandan@gmail.com wrote:

Dear Michael,

Please find attached file for your reference.

Kindly advise if this is the one you were looking for.

Thank you
Faith

On Mon, Apr 3, 2017 at 9:07 PM, Michael Dash <mdash@ndap-

CSV Mail - Mdash credit card expenses for inquiry                                    7/30/20, 1:36 AM

llc.com> wrote:

Mary there is no info behind any of these files.. when I download
it just shows me the transaction amount and qb subject.. can you
send me the full file ?

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Sun, Apr 2, 2017 10:50 AM, Mary Faith Andan
mfgandan@gmail.com wrote:
Dear Michael,

Good morning. Im just wondering if you have checked the
Amazon charges?

Please advise.

Thank you and Have a great day ahead.
Faith

On Mon, Mar 20, 2017 at 5:09 AM, David Gitman
<david@coopersquare.ventures> wrote:
Thank you

On Sun, Mar 19, 2017 at 5:04 PM Michael Dash
<mdash@ndap-llc.com> wrote:
On phone so it's tough but looks like 2 of the charges were
noemmy one is zopim which is Zendesk chat.

Most of those say Amazon marketplace or eu marketplace
so probably reimbursement charges for having acct open
or chargebacks.

I think the one for 195 was for the boxes we ordered for
plumburs.. I'll try and check when I have some time at
hotel.

On Mar 19, 2017, at 3:12 PM, David Gitman
<david@coopersquare.ventures> wrote:

Can you take a closer look at the Noemmy
charges. The descriptions aren't all the same.

The AMazon charges that need to be clarified are
from Amazon.com.
On Sun, Mar 19, 2017 at 3:03 PM Michael Dash
<mdash@coopersquare.ventures> wrote:
Hi Mary - I am traveling to Las Vegas for the

week sorry for the delay, I was able to glance at these on my phone.

Insurance charge of $8.00 was for flight to San Francisco during Dreamforce
Noemmy for $556 is the old graphic designer we used to use.
The remainder which is Amazon looks to be either AWS charges or Amazon Marketplace, I can take a look into my account when I'm back I have some time to match them up.. Thanks.

On Sat, Mar 18, 2017 11:28 AM, Mary Faith Andan mfgandan@gmail.com wrote:
Hi Mike,

Please find attached transactions made on your Amex credit card and Bofa account at NDAP LLC.

Kindly clarify these expenses and please email back to me once done.

Also, Im just wondering if you would like to give me an access on your Amazon account so I can help you to verify instead?

Thank you very much,
Faith



EXHIBIT 129C

 Gmail

Michael Dash <mdash@coopersquare.ventures>

---

## Mdash credit card expenses for inquiry

---

**Mary Faith Andan <mfgandan@gmail.com>**
To: Michael Dash <mdash@coopersquare.ventures>
Cc: David Gitman <david@coopersquare.ventures>

Tue, Apr 11, 2017 at 7:31 PM

Dear Mike,

Please find attached file for your reference.

I also create a google sheet for this expenses. Sharing this link. Kindly open.

https://docs.google.com/spreadsheets/d/1SFpwz69-XAXPT_HW-JPWU2qAd3_FcrWOwTwLoGNYZV0/edit#gid=0

Thank you,
Faith

On Wed, Apr 12, 2017 at 3:57 AM, Michael Dash <mdash@coopersquare.ventures> wrote:
I need a detailed breakdown of these transactions so I can look them up.. file is blank when i download.

On Tue, Apr 11, 2017 11:54 AM, David Gitman david@coopersquare.ventures wrote:
Mike,

Where are you with these transactions?

On Fri, Apr 7, 2017 at 5:34 PM David Gitman <david@coopersquare.ventures> wrote:
Mike / Mary,

Can you please review these transactions on your Monday call. Thank you.

On Sun, Mar 19, 2017 at 3:03 PM Michael Dash <mdash@coopersquare.ventures> wrote:
Hi Mary - I am traveling to Las Vegas for the week sorry for the delay, I was able to glance at these on my phone.

Insurance charge of $8.00 was for flight to San Francisco during Dreamforce
Noemmy for $556 is the old graphic designer we used to use.
The remainder which is Amazon looks to be either AWS charges or Amazon Marketplace, I can take a look into my account when I'm back I have some time to match them up.. Thanks.

CSV Mail – Mdash credit card expenses for inquiry                                                    7/30/20, 1:35 AM

On Sat, Mar 18, 2017 11:28 AM, Mary Faith Andan mfgandan@gmail.com wrote:

Hi Mike,

Please find attached transactions made on your Amex credit card and Bofa account at NDAP LLC.

Kindly clarify these expenses and please email back to me once done.

Also, Im just wondering if you would like to give me an access on your Amazon account so I can help you to verify instead?

Thank you very much,
Faith

**Michael Dash_2016 for inquiry.xlsx**
13K

# EXHIBIT 129D

 **Gmail**                                                                         Michael Dash

---

# Re: Declined: Meeting with Michael Dash @ Tue Apr 11, 2017 9pm - 10pm (mfgandan@gmail.com)

---

**Mary Faith Andan** <mfgandan@gmail.com>                              Mon, Apr 10, 2017 at 8:37 PM
To: Michael Dash <mdash@ndap-llc.com>

Hi Mike,

Im just wondering if you are free on Wednesday instead?

On Apr 11, 2017 8:23 AM, "Mike Dash" <mdash@ndap-llc.com> wrote:

> **Mike Dash has declined this invitation.**
>
> ## Meeting with Michael Dash
> meeting with Michael Dash
>
> | | |
> |---|---|
> | When | Tue Apr 11, 2017 9pm – 10pm Manila |
> | Calendar | mfgandan@gmail.com |
> | Who | • mfgandan@gmail.com - organizer<br>• Mike Dash |
>
> Invitation from Google Calendar
>
> You are receiving this email at the account mfgandan@gmail.com because you are subscribed for invitation replies on calendar mfgandan@gmail.com.
>
> To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.
>
> Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.



<u>EXHIBIT 129E</u>

 Gmail

Michael Dash <mdash@channelreply.com>

---

## inquiry cc

---

**Michael Dash** <mdash@ndap-llc.com>                                    Thu, Apr 13, 2017 at 1:11 PM
To: Mary Faith Andan <mfgandan@gmail.com>

No I am not free on weekends.  I will follow up with some free times

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com


On Thu, Apr 13, 2017 1:10 PM, Mary Faith Andan mfgandan@gmail.com wrote:
Are you free on Saturday for a call? I can send a meeting invite if possible?

On Fri, Apr 14, 2017 at 1:04 AM, Mary Faith Andan <mfgandan@gmail.com> wrote:
thank you Mike

On Fri, Apr 14, 2017 at 1:04 AM, Michael Dash <mdash@ndap-llc.com> wrote:
It's a fee from Amazon in order for rights to sell on their platform.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com


On Thu, Apr 13, 2017 1:03 PM, Mary Faith Andan mfgandan@gmail.com wrote:
Thank you Mike. Is this something like  bank fee? Or amazon fee?

On Apr 14, 2017 1:00 AM, "Michael Dash" <mdash@ndap-llc.com> wrote:
Thats an Amazon Seller Fee.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Thu, Apr 13, 2017 12:59 PM, Mary Faith Andan mfgandan@gmail.com wrote:
Thank you Mike,

How about this one please?

AMAZON SELLER REPAY AMZN.COM/BI REF# SH0HEE4393D BOOK STORES $ 39.99
Is this a book?

Thank you for your assistance
Faith

On Thu, Apr 13, 2017 at 9:16 PM, Michael Dash <mdash@ndap-llc.com> wrote:
I actually have no idea - I have opened an investigation with Amex.

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com I http://www.ndap-llc.com

On Wed, Apr 12, 2017 10:31 PM, Mary Faith Andan mfgandan@gmail.com wrote:
Hi Mike,

I would just like to confirm this transaction under your credit card so I can classify into the right
account please.

4/9/2017 ADN1010USB2CUSDUSD*M REDMOND US REF# Z20E1MQ04BC DIRECT MKTG
INTE $32.59

Thank you very much and have a nice day ahead.
Faith

<u>EXHIBIT 129F</u>

CSV Mail - Re: Inquiry on Deposit in BOFA -CSV                                                7/30/20, 1:38 AM

 Gmail                                        Michael Dash <mdash@channelreply.com>

---

## Re: Inquiry on Deposit in BOFA -CSV

---

**David Gitman** <david@coopersquare.ventures>                      Mon, May 1, 2017 at 2:59 PM
To: Michael Dash <mdash@ndap-llc.com>
Cc: Mary Faith Andan <mfgandan@gmail.com>

Faith,

PayPal is a CR customer. This could be their payment for our service.

On Mon, May 1, 2017 at 2:55 PM Michael Dash <mdash@ndap-llc.com> wrote:
> That looks like PayPal's yearly payment to ChannelReply for service.
>
>
>
>
>
> On Mon, May 1, 2017 2:53 PM, David Gitman david@coopersquare.ventures wrote:
>> Mike, do you know what this transfer is?
>>
>> On Sun, Apr 30, 2017 at 10:01 AM Mary Faith Andan <mfgandan@gmail.com> wrote:
>>> Hi David,
>>>
>>> Im working on Paypal deposit reconciliation in CSV Book
>>>
>>> With this,  I would like to ask your assistance on the said deposit as attached in this email  please. I tried to search in Paypal but not found in Paypal.
>>> The only data that I can provide from the Bank statement is this:
>>>
>>> image.png
>>>
>>> Thanks
>>> Faith

---

**2 attachments**



**image.png**
30K

**image.png**
30K

---

7/30/20, 1:38 AM

EXHIBIT 130

 Gmail                                           Michael Dash <mdash@coopersquare.ventures>

---

## leads

**Yoav Maor** <yoav@sigmento.com>                               Sat, Mar 25, 2017 at 10:42 AM
To: Mike Dash <mdash@coopersquare.ventures>

BTW, what's up with David? He was here to "help" us and said a bunch of things... Understood it didn't end up well between the two of you. He then wanted to come in as partner at Sigmento and when we said we couldn't pay 25K a month for 50% of his time he started going behind my back and pull weird moves that don't work here...

Just wanted to know your side of things as I am not sure I believe everything..

Keep this between us...

Best regards,




**Yoav Maor** / Co-Founder & COO
yoav@sigmento.com / +1415-890-2063

**Sigmento**
1-855-505-7357 Ex.700
18 Haroshet st, Ramat Hasharon, Israel. P.O Box 1815
http://www.sigmento.com

**f** **in**

Watch our video!

[Quoted text hidden]



EXHIBIT 131

DATED: 14 October 2015

Volo Commerce Limited

AND

Cooper Square Ventures, LLC

---

MUTUAL CONFIDENTIALITY AGREEMENT

---

THIS AGREEMENT is dated 14 October 2015

BETWEEN:

(1)    Volo Commerce Ltd, a company incorporated in England and Wales (registered number 3227302 having its registered office at 4th Floor, St James House, St James Square Cheltenham GL50 7LS ("Volo") ("Volo", "the Disclosing Party"); and

(2)    Cooper Square Ventures, LLC, a company incorporated in New York having its registered office at 1010 Northern Blvd, Suite 208 Great Neck, NY 11021 ("Company") ("Company", "the Receiving Party")

WHEREAS:

(A)    Volo and the Company wish to enter into discussions concerning a Technology Due diligence Review (the "Purpose") during which it will be necessary for each party (the "Disclosing Party") to disclose to the other (the "Receiving Party") (directly or indirectly and whether in writing, orally or by any other means) information of a confidential or proprietary nature, which is identified as confidential at the time of disclosure or where the confidential nature is obvious from the circumstances, and shall include but not be limited to any information relating to the Disclosing Party's business, accounts, operations, processes, plans, intentions, strategies, budgets, technical or product information, trade secrets, software, market opportunities, customers, contractual arrangements and business affairs (the "Information").

(B)    The parties wish to define their rights with respect to the Information and to protect the confidentiality thereof and proprietary features contained therein.

IT IS AGREED AS FOLLOWS:

1.    Interpretation

In this Agreement, unless the context otherwise requires:

1.1    any word indicating a gender includes all genders;

1.2    references to clauses are to clauses of this Agreement;

1.3    the headings are included for convenience only and do not constitute terms of this Agreement or affect its interpretation.

2.    Obligations

In consideration of each party supplying Information to the other, the parties undertake as follows:

2.1    The Receiving Party shall keep confidential the Information of the Disclosing Party and, except as provided in this Agreement, shall not disclose such

Information to any other person or company and shall not itself make any use of such Information for any purpose other than the Purpose.

2.2    The Receiving Party undertakes in relation to the Disclosing Party's Information:

(i)    to take the same care in protecting the Disclosing Party's Information as it takes in protecting its own confidential information and in any event not less than that which a reasonable person or business would take in protecting its own confidential information;

(ii)    only disclose Information to such of its directors, officers, employees, professional advisors, consultants and contractors who need to know the same for the Purpose and as are under similar obligations of confidentiality as contained in this Agreement; and

(iii)    forthwith upon receipt of a written request from the Disclosing Party or otherwise on termination of this Agreement:

(a)    deliver to the Disclosing Party or at its request destroy immediately all documents, records, computer media, physical objects and samples (including copies) containing the Disclosing Party's Information, which are in the possession or under the control of the Receiving Party; and

(b)    provide a certificate signed by an appropriate officer of the Receiving Party confirming that the provisions of this clause have been complied with.

2.4    Notwithstanding the foregoing, the Receiving Party shall be entitled to make any disclosure required by law or other regulatory authority but shall use its best endeavours to give the Disclosing Party not less than seven days' notice of such disclosure and shall consult with the Disclosing Party prior to such disclosure with a view to avoiding such disclosure if permitted by law or the relevant authorities.

3.    Exceptions

This Agreement shall not apply to any Information which the Receiving Party:

3.1    can show is or becomes publicly available through no fault of the Receiving Party;

3.2    can show was in its possession prior to the date of disclosure by the Disclosing Party and was not held under any obligation of confidence to the Disclosing Party whether directly or indirectly;

3.3    subsequently receives from any third party legally in possession of the Information and who was not restricted from disclosing it;

3.4    is subsequently authorised to use or disclose in any subsequent written agreement between the parties; or

4.    Confidentiality of Negotiations

4.1    The parties agree to keep the existence of this Agreement and the evaluations, discussions and negotiations in relation to the Purpose confidential and, subject to clause 4.2, not to make any public announcement in relation to, or public comment on, the Purpose without the other's consent.

4.2    Notwithstanding clause 4.1, either party may make an announcement with the consent of the other, such consent not to be unreasonably withheld or delayed:

(i)    at such time as the Purpose has been fulfilled; or

(ii)    if such announcement is required by law or regulation.

**5.    Termination**

This Agreement shall continue in force from the date hereof until terminated by mutual consent or until the commercial relationship between the parties terminates or immediately if either party has reason to believe that the other party is in breach of the obligations herein. The provisions of clauses 2, 3 and 4 shall survive any such termination for a period of two years.

**6.    Liability**

The Disclosing Party shall not be liable for any loss or damage suffered by the Receiving Party as a result of the Receiving Party's use of the Information.

**7.    No Grant**

This Agreement shall not be deemed to confer or imply the grant or agreement to grant a licence to the Company of any of SSL's rights under copyright, patents or other intellectual property rights.

**9.    Entire Agreement**

This Agreement constitutes the entire agreement and understanding between the parties regarding the subject matter of this Agreement and supersedes any prior confidentiality agreements, understandings or arrangements between them, whether oral or in writing, and no representation undertaking or promise shall be taken to have been given or be implied from anything said or written in negotiations between the parties prior to this Agreement except as set out in this Agreement.

**10.    Notices**

All written notices and other communications to be served on or given to either party shall be sent or delivered to the address set out in this Agreement. Written notices and other written communication shall be treated as having been given upon actual receipt.

**11.    Waiver**

The failure of either party to enforce or to exercise, at any time or for any period of time, any term of or any right arising pursuant to this Agreement does not constitute, and shall not be construed as, a waiver of such term or right and shall in no way affect that party's right later to enforce or exercise it.

**12.    Severability**

The invalidity of any term of or any right arising pursuant to this Agreement shall not in any way affect the remaining terms or rights.

**13.    Variation**

No variation or amendment to this Agreement shall be effective unless in writing signed by the authorised representatives of the parties.

**14.    Group**

For the purposes of this Agreement the Company shall include any subsidiaries (as defined by section 736 of the Companies Act 1985) and any parent or associated undertaking and SSL shall include any business divisions, subsidiaries, holding company or associated undertakings.

**15.    Governing Law**

The validity, construction and performance of this Agreement shall be governed by English law. The parties each submit to the jurisdiction of the English Courts for the purposes of any proceedings arising in connection herewith.

**16.    Third Parties**

This Agreement is not intended to create any right enforceable by any person not a party to it and none will arise. The Contracts (Rights of Third Parties) Act 1999 is hereby excluded from operation of this Agreement.

**17.    Cost**

Each party shall be responsible for its own costs in connection with this Agreement.

**18.    No Exclusivity**

The Company acknowledges and agrees that SSL may, at its sole discretion, enter into discussions with another company or other companies in relation to the Purpose, notwithstanding SSL's discussions with the Company in relation to the Purpose.

IN WITNESS WHEREOF the parties hereto have signed this Agreement on the date at the head hereof.

For and on behalf of: Volo

Signed    _____

Name    Tarn Birha

Position    FD

For and on behalf of: Cooper Square Ventures, LLC

Signed    _____

Name    Michael Dash

Position    Managing Member