<u>EXHIBIT 132</u>

 Gmail

Michael Dash <mdash@channelreply.com>

## ChannelReply and Volo Commerce - NDA and Partner Referral Agreement

**Toby Sharpe** <Toby.Sharpe@volocommerce.com>
To: Michael Dash <mdash@coopersquare.ventures>

Mon, Nov 9, 2015 at 2:34 PM

Hi Michael,

Sorry for the delay in sending these back but please find attached countersigned copies of both the NDA and your Partner Referral Agreement for your records.

I am in New York from Thursday this week until Friday next week. It would be good to meet, do you have some time?

Best,

Toby

--
**Toby Sharpe**
**Senior Consultant**

UK office +44 (0) 20 8144 5433
US office +1 (917) 688 4322
UK mobile +44 (0) 7843 377 337
email Toby.Sharpe@volocommerce.com
web www.volocommerce.com
linkedin www.linkedin.com/in/tobysharpe7



Adventures in ecommerce

      

[Quoted text hidden]

CSV Mail - ChannelReply and Volo Commerce - NDA and Partner Referral Agreement                                              7/27/20, 3:49 AM

**2 attachments**

**Associate Partner Agreement US - CSV countersigned.pdf**
5943K

**Volo Commerce Limited NDA - CSV countersigned.pdf**
2042K

## EXHIBIT 133

CSV Mail - Dreamforce info                                                                                7/27/20, 4:07 AM

 Gmail                                     Michael Dash <mdash@channel..........>

---

## Dreamforce info

**Jonathan Tait** <Jonathan.Tait@volocommerce.com>                     Wed, Aug 17, 2016 at 11:58 AM
To: Michael Dash <michael@channelreply.com>
Cc: Dan Burnham <Dan.Burnham@volocommerce.com>, Andrew Norman <Andrew.Norman@volocommerce.com>, Toby Sharpe <Toby.Sharpe@volocommerce.com>

You're welcome Mike.

Please do let me know if there's anything else I can get for you.

Thanks,

Jonathan

Jonathan Tait
Head of Marketing
Volo Commerce
M: +44 7467 955025

---

**From:** Michael Dash <michael@channelreply.com>
**Sent:** Wednesday, August 17, 2016 4:42:08 PM
**To:** Jonathan Tait
**Cc:** Toby Sharpe; Dan Burnham; Andrew Norman
**Subject:** Re: Dreamforce info

These are awesome - thank you!

      **Michael Dash**   Co-Founder, CEO
                 **phone:** +1 (646) 553-5918
                 **email:** michael@channelreply.com
                 

Here is an easy way to schedule a 30-minute meeting with me.


On Wed, Aug 17, 2016 11:12 AM, Jonathan Tait Jonathan.Tait@volocommerce.com wrote:

Hi Mike,


I've attached some slides pulled from a few decks I have. They cover market size and growth, plus

challenges retailers face and how Volo can help at a high level.

I think Andrew might have some more specific slides on how to go, if not I could look to pull some more together.

I've also attached a copy of Internet Retailer's Online Marketplace report we purchased recently. It contains a great deal of info/stats that should be of use to you too.

Please let me know if there's more specific information you need.

Best,

Jonathan

**From:** Jonathan Tait
**Sent:** 16 August 2016 21:42
**To:** Michael Dash <michael@channelreply.com>; Toby Sharpe <Toby.Sharpe@volocommerce.com>
**Cc:** Dan Burnham <Dan.Burnham@volocommerce.com>; Andrew Norman <Andrew.Norman@volocommerce.com>
**Subject:** Re: Dreamforce info

Hi Michael,

Apologies for slow response, I'm catching up after a few days out last week.

Certainly happy to look into this as I think we have various slide decks we can pull from.

I can jump on the items below tomorrow if you're sill looking for the content.

Thanks,

Jonathan

Jonathan Tait
Head of Marketing
Volo Commerce
M: +44 7467 955025

_____

From: Michael Dash <michael@channelreply.com>
Sent: Monday, August 15, 2016 2:11 pm
Subject: Re: Dreamforce info
To: Toby Sharpe <toby.sharpe@volocommerce.com>
Cc: Jonathan Tait <jonathan.tait@volocommerce.com>, Dan Burnham <dan.burnham@volocommerce.com>,
Andrew Norman <andrew.norman@volocommerce.com>

Following up on this -

My session at DreamForce is how to make money selling on
eBay and Amazon in the SMB track.

It will be heavily attended (think there already over 2k registered
attendees).

I need to do an in depth on all of the points for selling, what
makes marketplaces unique, why should sell on them, how to
take advantage, how to integrate, how to reprice, etc. etc.

Let me know what you can provide - I need to have a deck in at
end of this upcoming week.

Thanks,

On Wednesday, August 10, 2016, Toby Sharpe <Toby.Sharpe@volocommerce.com> wrote:

Hi Mike,

Great to hear from you.

Thanks for thinking of us, it would be great to be included in your deck. I am copying Andrew
Norman, who you know already, and also Jonathan Tait (Head of Marketing) and Dan Burnham
(Head of Customer Success). I'll let them come back to you individually / collectively with what

you need. It may be easier still to set up a quick call.

On another note, I am fully relocated to NYC now and it would be great to get together soon. How's next week's schedule looking for coffee / lunch?

Best,


Toby

--
Toby Sharpe
Senior Consultant
Volo Commerce



office: +1 646 374 2898
mobile: +1 347 803 8894
web: www.volocommerce.com


**From:** Michael Dash [mailto:michael@channelreply.com]
**Sent:** 10 August 2016 17:33
**To:** Toby Sharpe <Toby.Sharpe@volocommerce.com>
**Subject:** Dreamforce info


Hi Toby - I am speaking at DreamForce this year on Marketplace Selling.

I would love to include you guys in the deck.  Do you have any materials I can use on marketplace size/opportunity, ease of selling, etc?


Please let me know.

Thanks,

Mike


--

              **Michael Dash**   Co-Founder, CEO

CSV Mail - Dreamforce info

7/27/20, 4:07 AM



**phone:** +1 (646) 553-5918

**email:** michael@channelreply.com

Here is an easy way to schedule a 30-minute meeting with me.

--

**Michael Dash**   Co-Founder, CEO

**phone:** +1 (646) 553-5918

**email:** michael@channelreply.com



Here is an easy way to schedule a 30-minute meeting with me.

<u>EXHIBIT 134</u>





<u>EXHIBIT 135</u>



<u>EXHIBIT 136</u>

Q Search Twitter

David Gitman
@dgitman

At the #MagentoImagine @Yotpo booth with @rogyar @daniel_sloof



9:14 PM · May 13, 2014 · Tweetbot for iOS

2 Retweets    3 Likes

Log in    Sign up

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

David Gitman
@dgitman                          Follow

Technologist. Mostly Magento. New
to #TheRTP. Partner at
@scalenegroup, @accelcommerce,
@coopersqv. ASCII Art Aficionado.
Aspiring stand up philosopher. INTP.

Yotpo
@Yotpo                            Follow

Yotpo is the leading eCommerce
marketing platform with data-driven
solutions for reviews, visual UGC,
loyalty, referrals, and more.

Yaroslav Rogoza
@rogyar                          Follow

CTO at Atwix, Magento Master 2019,
Magento Master 2020

**Trends for you**

Entertainment · Trending
Andrew Garfield
20.7K Tweets



EXHIBIT 137

SUPPORT (https://www.springbot.com/company/contact-us/) I CUSTOMER LOGIN (https://app.springbot.com)


springbot
(https://www.springbot.com/)

≡

# 3 Ways to Get More Out of Reviews on Your Magento Store

June 30, 2014



It's not news that reviews are good for your online store. We all know they can build trust and increase sales. According to research, 63% of shoppers are more likely to make a purchase from a store that has reviews (//socialmediatoday.com/sector45/1433331/why-online-reviews-matter) and 79%of shoppers trust reviews as much as personal recommendations. (//searchengineland.com/2013-study-79-of-consumers-trust-online-reviews-as-

3 Ways to Get More Out of Reviews on Your Magento Store - Springbot

much-as-personal-recommendations-164565) But that's not the whole story. Your store can benefit from reviews in a ton of different ways. Here are three creative ways stores on the Magento platform are using reviews with great results.

## Adore Me – Product Development

Adore Me (https://www.adoreme.com/) is a leading lingerie brand that releases new collections each month. Because the company is constantly developing new products and lines, their reviews (//www.adoreme.com/guila.html) help them see what's working and what's not.

Stephanie Falcon, VP of Brand Marketing at Adore Me, gives this example: "We were selling a twin set where the customers loved the top but didn't like the bottoms. We were losing a lot of potential sales from people who only liked one piece of a two-piece product," she explained. "Because we were able to get so many customer reviews and feedback using Yotpo, we identified the problem and were able to fix it. We kept the top, which our customers loved, but changed the bottom—which was preventing many people from buying this set."

## The Takeaway:

Adore Me is able to take feedback from their reviews and deliver it directly to their product team, allowing them to incorporate real-time feedback into development and design. Even if you're not developing new products every month, you can do the same in your store. If you're creating a new product, look at the reviews for other products in that category; they will often contain valuable insights. If you're trying to find out why an existing product isn't selling, read your reviews and see if you can't hone in on where it's missing the ball.

Nothing is more valuable than knowing exactly what your customers want, and reviews give you that information. Be smart and incorporate it into your product development strategy. (Note: If you want to hear more about this, check out Adore Me's talk at IRCE (//www.irce.com/agenda/listen-consumer-input-improves-product-%E2%80%93-so-they-buy-more) in Chicago, June 11-12)

## Car Parts King – SEO

At Car Part Kings (//www.carpartkings.com/), "fresh, new content reigns supreme," says CEO David Gitman. The company places a high premium on its daily blog and customer experience reviews in order to drive shoppers to their store through search engine results. And they make the most of their reviews (//www.carpartkings.com/dorman-engine-oil-dipstick-917-330.html) by using them to automate their SEO. "Optimising our site manually for millions of long-tail search terms isn't scalable. Having reviews means our customers can generate these search terms by reviewing a product," says David. "This way, we are able to turn user-generated content into new customers." Just two months after implementing an SEO-friendly reviews system, Car Par Kings saw an 8.8% increase in organic traffic.

### The Takeaway:

Put your reviews to work for you! Make sure they can be crawled and indexed by search engines, and you'll be enhancing your SEO without lifting a finger. Using a reviews system optimized for searches means you'll get your store and products in front of engaged and qualified shoppers, bringing you that much closer to making the sale.

### Paradise Fibers – Connecting with Shoppers

Paradise Fibers (//paradisefibers.com/) is a family-owned business with a brick-and-mortar location in Spokane, Washington. Though their offline customers get to enjoy the benefits of connecting with other shoppers and meeting Mom and Dad in the store, they want to make sure online shoppers get the same benefits.

On Paradise Fibers' product pages (//www.paradisefibers.com/paradise-fibers-mulberry-silk-noil-grade-a.html), reviews are displayed side by side with a Question and Answer section. A potential shopper has the opportunity to ask questions about a product, so they can make sure they're getting exactly what they want. These questions can be answered by the store's staff or past purchasers of that product. Travis Romine, owner and self-proclaimed "Fibermaster General," says past shoppers are really eager to lend a hand. "Our customers are always jumping in to answer questions, sometimes faster than we can! It's a great way for shoppers to connect, and helps lighten the load on our staff." Paradise Fibers also takes the time

to respond to the reviews they get. "My team loves going over the reviews and responding personally to them," says Travis. "It allows my staff to get a morale boost, while building a firmer connection with our customers."

## The Takeaway:

Letting customers connect to each other and with your team creates a community around your store, which enhances their overall experience and increases loyalty. When you make it easy for your shoppers to ask product questions, you help eliminate whatever is stopping them from making a purchase. Furthermore, giving past shoppers the opportunity to answer drives them back to your store and makes them feel like they are a part of the team. When customers get a response to their reviews, they know someone on the other end is listening and this makes them more loyal to your store.

Reviews can do more for your store than build trust and increase sales. When used correctly, your reviews can help you create better products, generate qualified traffic through SEO, and help you connect with your users. As a store owner, it's not enough to simply have reviews, you need to ask yourself: are you making the most of your reviews?

3 Ways To Get More Out Of Reviews On Your Magento Store (//magento.com/blog/best-practices/3-ways-get-more-out-reviews-your-magento-store#.U7FlkbGFa00) was originally posted on Magneto's blog on June 9, 2014.

## About Yotpo

Yotpo is a product reviews solution for eCommerce sites. Yotpo helps store owners generate tons of reviews and makes it easy for them to use these reviews to increase traffic and sales from social media, email and other channels.Check out their blog and see what's happening in the world of eCommerce – //blog.yotpo.com/ (//blog.yotpo.com/)

## About the Author

Talia Shani is the Content & Community Lead at Yotpo (https://www.yotpo.com/), a Magento Gold Partner and leading reviews solution that helps you get tons of reviews and use them to generate qualified traffic and more sales. Over 50,000 stores worldwide use Yotpo to get dramatically more reviews. Yotpo (//www.magentocommerce.com/magento-connect/yotpo-product-reviews.html) is a free app, available on Magento Connect (//www.magentocommerce.com/magento-connect/yotpo-product-reviews.html), where they are also offering a free 30-day trial of their Premium service to Magento platform users.

≡

*Posted in Ecommerce (https://www.springbot.com/category/blog/ecommerce/) and tagged Customer Reviews (https://www.springbot.com/tag/customer-reviews/), magento (https://www.springbot.com/tag/magento/), springbot (https://www.springbot.com/tag/springbot/), Yotpo (https://www.springbot.com/tag/yotpo/)*

## ALSO OF INTEREST

Managing Coupon Codes in Your Magento eCommerce Store (https://www.springbot.com/2018/03/managing-coupon-codes/)
Five Quick Tips for Managing Your BigCommerce... (https://www.springbot.com/2018/08/https-www-springbot-com-blog-quick-tips-to-manage-your-bigcommerce-store/)
Best-Selling Magento Themes and eCommerce... (https://www.springbot.com/2018/02/magento-themes-ecommerce/)

## NEWSLETTER

**Sign Up to Get All The Latest Happenings,**
**Insider Information, and more!**

SUPPORT (https://www.springbot.com/company/contact-us/) I CUSTOMER LOGIN (https://app.springbot.com)



(https://www.springbot.com/)

Email *

First Name *

SUBSCRIBE

## RECENT POSTS

The Importance of Migrating Off Magento 1
(https://www.springbot.com/2020/04/migratin
g-off-magento-1/)

What Merchants Need to Know About Magento
1 End-Life
(https://www.springbot.com/2020/04/merchan
ts-magento-1-end-life/)

Springbot Provides Additional Automation
Through Integration with Zapier
(https://www.springbot.com/2020/03/springbo
t-provides-additional-automation-through-
integration-with-zapier/)

Magento Resources for the Magento 1 End-of-
Life Transition
(https://www.springbot.com/2020/03/resource

s-magento-1-transition/)

SUPPORT (https://www.springbot.com/company/contact-us/) I CUSTOMER LOGIN (https://app.springbot.com)



CONTACT US (https://www.springbot.com/)

REQUEST A DEMO (/schedule-a-demo)

 404.487.0041 (tel:+14044870041)

contactus@springbot.com (mailto:contactus@springbot.com?Subject=Request%20Information)

 Live Chat Hours: M-F 9am to 5pm EST


(https://vimeo.com/springbot)


(https://www.linkedin.com/company/springbot)


(https://twitter.com/springbot)


(https://www.instagram.com/springbots/)

(https://www.facebook.com/sprbot/)

Delivering Marketing Robotics™ to eCommerce Stores © 2020

Springbot, Inc. All rights reserved.

<u>EXHIBIT 138</u>

CSV Mail – Fwd: Resume                                                                 7/25/20, 4:55 PM

 Gmail                                        Michael Dash <mdash@channelrepl.com>

## Fwd: Resume

**David Gitman** <david@gitman.net>                              Thu, Dec 15, 2016 at 10:13 AM
To: Michael Dardashtian <mdash@ndap-llc.com>

Can you interview Jordan to run CR? I've worked with him for 6 months and believe will execute for us.

Also Let me know if you want any of the CC sales guys for Yotpo.

---------- Forwarded message ----------
From: Jordan Griffey <jordangriffey@gmail.com>
Date: Wed, Dec 14, 2016 at 3:28 PM
Subject: Resume
To: <david@gitman.net>

Hey David,

Here is my resume. Let me know if there is anything else you would need from me. I'm very interested in Channel Reply and think that it could potentially be a perfect fit for me right now. I'd love to discuss details more, or at least what you can provide in regards to them.

Also, I'm open to any suggestions you might have regarding what I should do. I do know that I am the end of my rope here and it's encroaching into other parts of my life. I will fill you in on what Riskified comes back with as well.

Thank you so much for everything and hopefully your talk with Berk goes well tomorrow.

📄 **Jordan Griffey Resume.pdf**
120K



EXHIBIT 139

3/25/2018                                    Gmail - David Gitman Resume

 Gmail                                    **Mike Dash <mikedash1@gmail.com>**

**David Gitman Resume**

**David Gitman** <david@gitman.net>                              Fri, Mar 17, 2017 at 5:12 PM
To: Michael Dash <mikedash1@gmail.com>

Of course.
On Fri, Mar 17, 2017 at 5:12 PM Michael Dash <mikedash1@gmail.com (mailto:mikedash1@gmail.com)> wrote:

> You start and I want a Yotpo contract :)
>
> On Mar 17, 2017, at 5:07 PM, David Gitman <david@gitman.net (mailto:david@gitman.net)> wrote:
>
>> Thx
>> On Fri, Mar 17, 2017 at 5:02 PM Mike Dash <mikedash1@gmail.com (mailto:mikedash1@gmail.com)>
>> wrote:
>>> Sent.
>>>
>>> On Fri, Mar 17, 2017 at 3:32 PM, David Gitman <david@gitman.net (mailto:david@gitman.net)> wrote:
>>>>

## EXHIBIT 140

 Gmail

Michael Dash <mdash@channelreply.com>

---

## ChannelReply Options

**Michael Dash** <mdash@ndap-llc.com>                                       Thu, Oct 20, 2016 at 12:24 PM
To: David Gitman <dgitman@ndap-llc.com>

5

**Michael Dash**
**ndap**
Tel: (646) 553-5918
mdash@ndap-llc.com | http://www.ndap-llc.com



On Thu, Oct 20, 2016 12:23 PM, David Gitman dgitman@ndap-llc.com wrote:
> What precent for K?
>
>> On Thu, Oct 20, 2016 at 10:23 AM Michael Dash <mdash@ndap-llc.com> wrote:
>>
>> FYI - This is what I sent to K and Aleksey (Aleksey at 2.5%).. both were very happy about it.
>>
>> **Michael Dash**
>> **ndap**
>> Tel: (646) 553-5918
>> mdash@ndap-llc.com | http://www.ndap-llc.com
>>
>> 
>>
>> ---------- Forwarded message ----------
>> From: **Michael Dash** <mdash@ndap-llc.com>
>> Date: Wed, Oct 19, 2016 at 2:11 PM
>> Subject: ChannelReply Options
>> To: Konstantyn Bagaiev <Konstantyn@channelreply.com>
>>
>>
>> Konstantyn -
>>
>> As discussed, the plan is to give you a 5% equity stake in the business.  I'm working with our attorney to get the paperwork in place. Right now it is a bit too expensive for us to proceed with a formal options plan and package.
>>
>> Please bear with us as we continue to work on the issue - know that your contribution to the company is vital and we look at you as a partner.
>>
>> Regards,
>>
>>    Michael Dash   Co-Founder, CEO
>>                 phone: +1 (646) 553-5918
>>                 email: michael@channelreply.com
>>
>>                 
>>
>> Here is an easy way to schedule a 30-minute meeting with me.

<u>EXHIBIT 141A</u>

 Gmail

Michael Dash <mdash@chan...

## ChannelReply

**Michael Dash** <mdash@ndap-llc.com>                                          Wed, May 31, 2017 at 8:38 PM
To: Konstantyn Bagaiev <Konstantyn@channelreply.com>, aleksey@channelreply.com

Dear Konstantyn and Aleksey,

First off I apologize for any disputes going on right now that are interfering with our ability to all work together for the success of ChannelReply.  Konstantyn, I'm disappointed that you would not take my call earlier today. There are two sides to every story.  It's best if you both aren't involved, but I ask you to please stay neutral if possible.  I know you both realize how much work and effort I have put into ChannelReply to make it successful over the past few years.

It's my understanding, from my lawyers that Dave is on his way to Eastern Europe, I assume it is to meet with you both. While I could be wrong, I would still like to put you on notice of a few things.

Dave has locked me out of the company, which is why I haven't been able to communicate with you.  Whatever his reasons for doing so, I want you to know that the actions he has taken are illegal here in the United States.   If Dave had any concerns regarding me, we have legal and cooperative ways to address them. I tried repeatedly to sit down with Dave but he refused to meet with me to work things out and has decided to take things into his own hands.

Just so you know, during this dispute - Dave is creating more legal problems if he meets with you in person to talk about ChannelReply without me there.  This is according to US laws. I would hate to see you both involved.

I would advise you both not to talk or meet with Dave without me being a part of the discussion, at least until all is resolved between us.

If there is anything about this letter you do not understand, please Skype me and I will explain.

We have a call tomorrow morning, and I hope all can be fixed.

Michael



EXHIBIT 141B





EXHIBIT 141C

Slack   File   Edit   View   History   Window   Help

channelreply
• Aleksey Glukharev
All Threads

CHANNELS
# customer-support
# design
# general
# product
# random
# sales
# seo
# technology

DIRECT MESSAGES
• Aleksey Glukharev (you)
• Artem Leskotz
• David Gitman
• Justin Gutenheider
• Konstantin Bizdaire
• Nikita Edin
+ Invite people

**David Gitman**

Aleksey Glukharev
exactly
will you include K's changes in my agreement?

**David Gitman**
I already have

Aleksey Glukharev
ok

**David Gitman**

Aleksey Glukharev
Make wrote a letter to us. He asks not to be involved in your disputes. I responded him that I don't know any details of the dispute and I don't know US law and asked him to receive it without us

**David Gitman**
I saw the letter

His email isn't other communication(s) are very carefully worded. It doesn't say meeting would be illegal

It's a bully tactic. Do you know what a bully is?

Aleksey Glukharev
there were no other communications with me
I checked it in dictionary

**David Gitman**

## EXHIBIT 142A



k he was just trying to reach u not     October 18th, 2016 ⌄    contact info

**David Gitman** 11:17 AM
What and when are going to tell the guys about Yotpo?

**Michael Dash** 11:17 AM
when i know for sure

**David Gitman** 11:18 AM
K

**Michael Dash** 11:18 AM
if i take will tell them i just needed $ and its a consulting gig for now

i talked to K yest a bit.. told him i want him to lead more

he is happy with that

told him also i would send an email bc we couldnt do the offering plans now

too expensive

he was fine w/ it

David Gitman has notifications turned off



## EXHIBIT 142B

told him also i would send an email bc we couldnt do the offering plans now

too expensive

he was fine w/ it

October 19th, 2016 ˅

**David Gitman** 1:32 PM
I can tell you sent out the mailchimp message 😄

**Michael Dash** 1:46 PM
Justin did

or he put it together i hit send

**Michael Dash** 2:24 PM
so the funnelpilot guys are telling me they want to build all this scraping tech

and not sure if they want us to bav or not - i asked but didnt get a response

David Gitman has notifications turned off

Add reaction



## EXHIBIT 143

CSV Mail - Intro                                                                                          7/30/20, 4:14 PM

 Gmail                                    Michael Dash <mdash@...>

---

## Intro

---

**Matt Glauber** <mag@meridianautoparts.com>                  Wed, Mar 2, 2016 at 11:26 AM
To: Michael Dash <mdash@carpartkings.com>

Sounds good.  Please give me a call at 858-200-0501.

Thanks,
Matt

---

**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Wednesday, March 2, 2016 7:42 AM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: Intro

Great how about 4pm PST today?

On Tuesday, March 1, 2016, Matt Glauber <mag@meridianautoparts.com> wrote:
Michael,

I'm free any time after 2pm PT tomorrow.  Also any time before 11am PT on Friday.  Please let me
know if either of those will work for you.

Thanks,
Matt

**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Tuesday, March 1, 2016 1:01 PM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: Intro

Hi Matt - No problem. Let me know when we can reschedule.

On Tuesday, March 1, 2016, Matt Glauber <mag@meridianautoparts.com> wrote:
Michael,

I apologize for missing our call.  I neglected to put it into my calendar and then just forgot we had
agreed on the time.  Please let me know when you're available and I'll give you a call.  Again,

apologies for missing the call.

Thanks,
Matt


**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Tuesday, March 1, 2016 9:07 AM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: Intro

I am on my cell phone at 516-521-7496

On Friday, February 26, 2016, Michael Dash <mdash@carpartkings.com> wrote:
Let's shoot for 3/1 @ 9am PST



On Friday, February 26, 2016, Matt Glauber <mag@meridianautoparts.com> wrote:
Michael,

I'm available during any of the following blocks:

3/1 – 9-10am PST
3/2 – 2-3pm PST
3/4  10-11am PST


Please let me know if any of those will work for you.

-Matt


**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Friday, February 26, 2016 12:44 PM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Re: Intro


You too - I am traveling next week so have a pretty flexible schedule.  If you have any particular
day/times that work let me know and I can make some time.

Thanks,

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com

On Fri, Feb 26, 2016 at 2:40 PM, Matt Glauber <mag@meridianautoparts.com> wrote:

Michael,

Nice to meet you via email.  Let me know a few good times next week to chat and I'll see if I can line up with any of them.

Regards,
Matt

**Matt Glauber** | President & COO

6740 Cobra Way | San Diego, CA 92121
**T** 858-200-0501 | **C** 617-821-9294
mglauber@buyautoparts.com

**From:** Michael Dash [mailto:mdash@carpartkings.com]
**Sent:** Friday, February 26, 2016 8:51 AM
**To:** Matt Glauber <mag@meridianautoparts.com>
**Subject:** Intro

Hi Matt - Dara Greaney suggested I reach out for a quick conversation.

Have anytime for a call?

Thanks,

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com

--

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com

--

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com



--

**Michael Dash**

President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com



--

**Michael Dash**
President | **Car Part Kings**
Phone: +1.646.553.5918
mdash@carpartkings.com | www.carpartkings.com

 

📄 **invite.ics**
9K

## EXHIBIT 144



STRICTLY CONFIDENTIAL

*BY ELECTRONIC MAIL*

January 16, 2016

NDAP, LLCdbaCarPartKings
1010 Northern Blvd, Suite 208
Great Neck, NY 11021
Mr. Michael Dardashtian
Mr. David Gitman

Dear Michael and David,

We are pleased to submit this preliminary indication of interestby AGI Partners, LLC ("AGI") for the acquisition of NDAP, LLC ("CPK" or the "Company") based upon an enterprise value of $10.0 million. Our valuation is based upon the business information and financial projections provided that we have reviewed, our conversations with management, and our preliminary due diligence with regard to this opportunityand the forecast for growth opportunities in the industry.

TheCompany provides its customers an excellent value proposition with an offering of highqualityproducts and services. The Company, with its valuable proprietary technology is positioned as a strong platformto capture growth both organically and through strategic acquisitions. The Company appears to be led by a capable, dedicated and entrepreneurialmanagement team with a strong operational focus who demonstrated a commitment to highcustomer satisfaction, corporate culture, and employee fulfillment.We believe CPKpossesses many of the attributes we find attractive in investmentopportunities. In particular, we look for differentiated business models with product or serviceofferings that significant growth opportunities.

We believe that AGI and our strong financing relationships enable us to be in an excellent position to both execute this acquisition, and to provide the capital necessary for the Company to meet its growthneeds going forward.The purpose of AGI's capital infusion is for the redesign of CPK to acquire additional customers through various initiatives which include acquisitions of other online competitors and various marketing campaigns.Our investment strategy is based upon partnering with talented managers and enhancing the management team to maximize acompany's growth potential, both organically and through strategic acquisitions.

We have been actively conducting operational, financial and management diligence for a number of months.  We will continue to learn more aboutthe Company to gain a better understanding of its growth objectives and cash flowcharacteristics.  We are evaluating the opportunity to make this investment subject to tax, legal and other considerations which require additional due diligence.

AGI Partners, LLC is an alternative investment management firm based in New York City which deploys capital in private equity transactions and special opportunities investments.  AGI was founded to address the need for individualized solutionsand strategic direction in companies and provide enhanced business development in order to become more competitive and profitable businesses.  AGI has a seasoned perspective, a long term view of the industries and a wealth of knowledge about prospective strategic relationships and alliances and industry best practices.  AGI's core fundamental belief is that each company, as well as each management team, brings a unique set of advantages and challenges that only a highly customized solution can address.  By recognizing and

STRICTLY CONFIDENTIAL

unlocking the sources of value in firms with enterprising ideas, AGI achieves high returns on invested capital. AGI's strategic partner network is an integral component of the firm's value proposition. This network of leading executives across various sectors advises and supports AGI's initiatives. The firm's strategic partners bring with them deep sector expertise and unique, differentiated, and proven knowledge and strategic insight.

This letter is solely an indication of interest and is not, and should not be, considered a legally-binding agreement in any manner, and the failure to execute definitive documentation or consummate the contemplated acquisition shall not impose any liability whatsoever upon the Company or AGI. This indication of interest shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to any choice or conflict of law provision or rule (whether the State of New York or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the State of New York.

Confidentiality. This preliminary indication of interest is for the explicit and sole review of CPK. Providing this confidential document to any third-parties must be first approved in writing by AGI.

Sincerely,

Jeremy Falk



EXHIBIT 145

CSV Mail - Fwd: Resume                                                                7/30/20, 5:14 PM

 Gmail                                          Michael Dash <mdash@ndap-llc.com>

---

## Fwd: Resume

---

**David Gitman** <david@gitman.net>                          Thu, Dec 15, 2016 at 1:41 PM
To: Michael Dash <mdash@ndap-llc.com>

No, I am not.

On Thu, Dec 15, 2016 at 1:27 PM Michael Dash <mdash@ndap-llc.com> wrote:
> So are you not going to be a part of the call on Wednesday? Is that what you're saying? Just trying to get a clear
> picture so I can plan.
>
> On Dec 15, 2016, at 1:22 PM, David Gitman <david@gitman.net> wrote:
>
>> I'm not spending another dollar on CPK. I've put enough into it.
>>
>> On Thu, Dec 15, 2016 at 1:15 PM Michael Dash <mdash@ndap-llc.com> wrote:
>>> We got an offer of $500K 4 mo ago. Why would you think we cannot do same again w them?
>>> What's one more month of trying? We've asked Alice and Jeremy to invest a lot of time in this - why
>>> not see it thru. We'll know after call whether they will make an offer - if not we'll shut it down.
>>>
>>> On Dec 15, 2016, at 1:01 PM, David Gitman <david@gitman.net> wrote:
>>>
>>>> You can try to sell it. Frankly, I don't think you will. I've never seen you raise a dollar or
>>>> sell an asset. Find another way to fund CPK. Take money out of your pocket and
>>>> there is no waste.
>>>> On Thu, Dec 15, 2016 at 12:59 PM Michael Dash <mdash@ndap-llc.com> wrote:
>>>>> We've got a final shot now to sell - why wouldn't we take it? Why would you agree
>>>>> to fund this for the past 6 mo if you didn't think we could sell? Anything we can get
>>>>> out of it right now would be positive - what's the issue? Even if we licensed it for
>>>>> $400k we're still coming out way on top and it's a few more meetings... can we just
>>>>> push ahead to get it done? This is 5+yrs of our lives, you want to just let it go to
>>>>> waste?
>>>>>
>>>>> On Dec 15, 2016, at 12:53 PM, David Gitman <david@gitman.net> wrote:
>>>>>
>>>>>> I see a company that you've never raised money for and you've been
>>>>>> trying to sell for over 18 months.
>>>>>>
>>>>>> On Thu, Dec 15, 2016 at 12:43 PM Michael Dash <mdash@ndap-
>>>>>> llc.com> wrote:
>>>>>>> Are you not seeing the big picture here? There wouldn't be any
>>>>>>> expenses if we unload CPK to BAP. The $ we are spending every
>>>>>>> mo is going to the delay. We would be distributing profits from CR
>>>>>>> getting taxes in order to fund the delay? Makes no sense. Let's
>>>>>>> move the process along get $ and be done with it.... Alice is ready
>>>>>>> to go we have a call next week. Let's just finish it already.

<u>EXHIBIT 146</u>

| Service | Account | Status | Notes |
|---|---|---|---|
| G Suite | mdash@carparkings.com | Confirmed | |
| G Suite | mdash@carparkings.com | Confirmed | |
| G Suite | mdash@coopersquare.ventures | Confirmed | |
| G Suite | mdash@coopersquareventures.com | Confirmed | |
| G Suite | mdash@plumburs.com | Confirmed | |
| G Suite | michael@channelreply.com | Confirmed | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exists. |
| G Suite | partners@ndap-llc.com | Confirmed | |
| G Suite | partners@plumburs.com | Confirmed | |
| G Suite | paypal@coopersquareventures.com | Confirmed | |
| G Suite | sales@carpatkings.com | Confirmed | |
| G Suite | sales@channelreply.com | Confirmed | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exists. |
| G Suite | sales@nextdayautoparts.com | Confirmed | |
| G Suite | support@channelreply.com | Confirmed | channelreply.com was moved to ChannelReply's Inc G Suite account. This account no longer exists. |
| Bank Of America | Cooper Square Ventures | Confirmed | |
| Bank Of America | NDAP | Confirmed | |
| 1Password | mdash@ndap-llc.com | Confirmed | |
| ChargeBee | michael@channelreply.com | Confirmed | Moved to was moved to ChannelReply's Inc. This account no longer exists. |
| Stripe | michael@channelreply.com | Confirmed | Moved to was moved to ChannelReply's Inc. This account no longer exists. |
| PayPal | michael@channelreply.com | Confirmed | Moved to was moved to ChannelReply's Inc. This account no longer exists. |
| UpWork | Cooper Square Ventures | Confirmed | Invite sent to Miles email |
| UpWork | Channel Reply | Confirmed | Invite sent to Miles email |
| UpWork | Plumburs | Confirmed | Invite sent to Miles email |
| Zendesk | mdash@coopersquareventures.com | Confirmed | |
| Jira | mdash@ndap-llc.com | Confirmed | |
| Slack | miledash1@gmail.com | Confirmed | Moved to was moved to ChannelReply's Inc. This account no longer exists. |
| Amazon Seller Central | mdash@ndap-llc.com | Confirmed | |



<u>EXHIBIT 147</u>

 **Gmail**

Mike Dash <mikedash ..., ...

---

## meeting?

---

**David Gitman** <david@gitman.net>                                             Wed, May 17, 2017 at 6:30 PM
To: Jeremy Falk <jeremy.falk@gmail.com>, Mike Dash <mikedash1@gmail.com>

I appreciate your help but I have no interest in meeting.
On Wed, May 17, 2017 at 6:28 PM David Gitman <david@gitman.net> wrote:
> Jeremy, I'm not interested in meeting. I don't see any value in it.
> On Wed, May 17, 2017 at 6:18 PM Jeremy Falk <jeremy.falk@gmail.com> wrote:
>> Dave and Mike,
>>
>> I spoke with each of you over the past few days in order to assist in resolving your disagreement.  I received each
>> of your respective distribution "proposals" and communicated it to the other.
>>
>> At this point, there is no deal unless you guys figure it out. The gap is too wide between you.
>>
>> I recommend that you two should meet at this point to see whether you can dislodge the logjam.  You two could
>> meet on your own or you can have me join if you want. Up to you guys.
>>
>> Would you guys be willing to meet?
>>
>> Please let us know by 9:00AM Thursday 5/18.
>>
>> Jeremy

## EXHIBIT 148

8/3/20, 1:13 PM

 Gmail

Mike Dash <mikedash1@gmail.com>

## status update

**Jeremy Falk** <jeremy.falk@gmail.com>
To: David Gitman <david@gitman.net>
Cc: Mike Dash <mikedash1@gmail.com>

Thu, May 18, 2017 at 10:34 AM

Mike and Dave,

I spoke with each of you multiple times over the past 48 hours to resolve your disagreement.  It is my opinion that you are both moving in opposite directions.

I suggested yesterday that you both should sit down (with or without me).  Dave communicated to this point that he does not want to sit down to resolve this matter.

Based on telephone conversations with both of you this morning you are far apart on the economic split.

At this point a deal does not get done.

Mike indicated that if everyone takes a haircut (including creditors, service providers etc.) then we can get to the number that he desires. However, if you evaluate the obligations and numbers even if you take a significant haircut to all these creditors excluding Parts Authority, then you still don't get near the number that Dave is looking for.

Dave you indicated that you are at risk, opportunity cost, have invested significant time to this point in 2017, have a lot more time to invest post-close in ways that Alice cannot perform, investment made into the company historically, it's a tech company etc. These are all the reasons why your perspective based on dollar analysis gets you to your desired number.

I believe that you both need to reevaluate whether you want a deal to get done at all. At this point you run the risk of no transaction which means: 1) no distribution, 2) no sale of a 5-year old company that had partnered with a strategic in the industry.

I encourage both of you to reevaluate your position and to try to remove as much emotion as possible from this tense situation.

Good luck.

Best,
Jeremy


On Wed, May 17, 2017 at 6:30 PM, David Gitman <david@gitman.net> wrote:
I appreciate your help but I have no interest in meeting.
On Wed, May 17, 2017 at 6:28 PM David Gitman <david@gitman.net> wrote:
Jeremy, I'm not interested in meeting. I don't see any value in it.
On Wed, May 17, 2017 at 6:18 PM Jeremy Falk <jeremy.falk@gmail.com> wrote:
Dave and Mike,

I spoke with each of you over the past few days in order to assist in resolving your disagreement.  I received each of your respective distribution "proposals" and communicated it to the other.

At this point, there is no deal unless you guys figure it out. The gap is too wide between you.

8/3/20, 1:13 PM

I recommend that you two should meet at this point to see whether you can dislodge the logjam.  You two could meet on your own or you can have me join if you want. Up to you guys.

Would you guys be willing to meet?

Please let us know by 9:00AM Thursday 5/18.

Jeremy