# EXHIBIT A

From: Michael Dash <mdash@ndap-it.com>
Subject: **Channel Reply Options**
To: Me

Konstantyn -

As discussed, the plan is to give you a 5% equity stake in the business. I'm working with our attorney to get the paperwork in place. Right now it is a bit too expensive for us to proceed with a formal options plan and package.

Please bear with us as we continue to work on the issue - know that your contribution to the company is vital and we look at you as a partner.

Regards,

Michael Dash  Co-Founder CEO
phone: +1 (646) 553-5918
email: michael@channelreply.com

Here is an easy way to schedule a 30-minute meeting with me.

# EXHIBIT B

## EXHIBIT A - WORK ORDER

Contractor: Konstantyn Bagaev

Start Date Under Agreement: January 1st, 2016

Term of Work Order: One Year, with ability to extend as the parties agree.

Time Commitment: Contractor shall dedicate at minimum 75% of Contractor's business time, energy and attention to the business and affairs of the Company.

Rate of Payment: $2,000 per month, pro rata for any work due within 30 days of receipt of invoice.

Scope of Services: Act on behalf of Client in the capacity of Work for Hire / Consultant working on various projects included but not limited to ChannelReply API Connection CarPartKings

By: IP Bagaev Konstantin
Konstantyn Bagaev
Ul Mira d 59 k3 kv 138
Jeleznogorsk 307178
Russia

Registration Number: 315463300002436

Signed: _____  Date: _____

Agreed and Accepted by Konstantyn Bagaev

By: NDAP, LLC. (Company)
Rep; David Gitman

By: _____  Date: 1/1/2016

# EXHIBIT C

[1/29/16, 4:47:59 PM] Mike Dash: we have a contract
[1/29/16, 4:48:01 PM] Mike Dash: didnt u sign it?
[1/29/16, 4:48:58 PM] Konstantyn: I never seen it
[1/29/16, 4:49:11 PM] Konstantyn: Do you have a copy?
[1/29/16, 4:49:25 PM] Mike Dash: im looking
[1/29/16, 4:52:38 PM] Mike Dash: do you have a tax id number or social number
[1/29/16, 4:52:43 PM] Mike Dash: some reperesentiative number?
[1/29/16, 4:52:58 PM] Konstantyn: Yes.
[1/29/16, 4:53:02 PM] Konstantyn: 1 min
[1/29/16, 4:55:39 PM] Konstantyn: So here I'm private entrepreneur, or individual entrepreneur, it is like a company for 1 person. The name of the company is "IP Bagaev Konstantin Alexandrovich" and registration number is 315463300002436
[1/29/16, 4:58:23 PM] Mike Dash: sent a file to Konstantyn: Konstantyn Contractor Agreement.pdf
[1/29/16, 4:59:31 PM] Konstantyn: I suppose we should print last page, sign it and scan ?
[1/29/16, 4:59:47 PM] Konstantyn: I'll check now what to do with it
[1/29/16, 4:59:51 PM] Mike Dash: hang on ill sign and resend
[1/29/16, 5:00:21 PM] Mike Dash: sent a file to Konstantyn: Konstantyn Contractor Agreement.pdf
[1/29/16, 5:01:12 PM] Konstantyn: How did you do that? :)
[1/29/16, 5:01:16 PM] Mike Dash: Magic :)
[1/29/16, 5:01:27 PM] Mike Dash: there is a signature button in .pdf
[1/29/16, 5:01:45 PM] Mike Dash: click the little briefcase on top
[1/29/16, 5:01:45 PM] Konstantyn: What software has it?
[1/29/16, 5:01:47 PM] Mike Dash: Preview
[1/29/16, 5:01:50 PM] Mike Dash: on Mac
[1/29/16, 5:04:01 PM] Mike Dash: bbs

# EXHIBIT D



Mark D. Meredith
Senior Attorney

mark.meredith@dentons.com
D +1 2127686852

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

August 3, 2017

**By FedEx and Email**

Tomer Tagrin, Founder and CEO
Tom Rotem, VP Business Development and US Operations
Yotpo NYC
33 W. 19th Street
New York, NY 10011

Re: Michael Dardashtian's Continuing Confidentiality Obligations

Dear Mr. Tagrin and Mr. Rotem:

This firm represents David Gitman, co-Member of Cooper Square Venture, LLC ("CSV") with Michael Dardashtian. The purpose of this letter is to provide Yotpo with notice regarding Mr. Dardashtian's continuing obligations of confidentiality regarding customer lists, processes and designs and Yotpo's potential liability in connection with its tortious interference with Mr. Dardashtian's obligations. We demand that Mr. Dardashtian cease and desist from any violations of his confidentiality obligations owed under CSV's Operating Agreement.

Specifically, under Section 12.2 of the Operating Agreement, entitled Confidentiality, each Member agrees that he "will not, at any time or in any manner, either directly or indirectly, publish, communicate, divulge, disclose, disseminate or otherwise reveal to any person or entity, or use for any purpose whatsoever any Confidential Information." Operating Agreement §12.2(a). Confidential Information, in turn, is defined to include, among other things, any of CSV's "processes, data, designs, compilations of information, apparatus, computer programs, information of or relating to suppliers or customers, customer requirements, cost or price data, research data, business plans, marketing or sales plans or information, . . . policies or procedures, sales know-how or any other information that may be considered to be proprietary to or a trade secret of" CSV's, whether or not such information is considered a trade secret within the meaning of the applicable law. Operating Agreement § 12.2(b).

CSV's customer lists and its process and design feedback management feature are Confidential Information under the Operating Agreement. Any use of such confidential and proprietary information by Mr. Dardashtian or Yotpo, a direct competitor of CSV's, is in violation of the restrictions set forth under Section 12.2. We have reason to believe that certain of CSV's customers have become Yotpo's customers since Mr. Dardashtian has joined Yotpo. We also understand that Yotpo may now be using a feedback management feature that uses Confidential Information under the Operating Agreement. To the extent Mr. Dardashtian has been or is divulging, disclosing, disseminating, otherwise revealing or using for any purpose Confidential Information, including customer lists and the process and design of the feedback management feature, Mr. Dardashtian and Yotpo should stop immediately.



August 3, 2017
Page 2

大成 Salans FMC SNR Denton McKenna Long
dentons.com

In view of the foregoing, Mr. Gitman demands that Yotpo ensure that Mr. Dardashtian cease and desist from using "for any purpose whatsoever" Confidential Information under the Operating Agreement. Please confirm in writing that Yotpo understands its ongoing obligations not to tortiously interfere with Mr. Dardashtian's obligations, and that Mr. Dardashtian will adhere to those continuing obligations. Mr. Gitman reserves all rights.

Sincerely,

Mark D. Meredith
Senior Attorney

cc: Barry Guaglardi, Esq. (for Mr. Dardashtian)

104507757\V-1