# EXHIBIT A

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| CHANNELREPLY INC. | | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6427452 | 2017/05/30 | |

**PRINCIPAL PLACE OF BUSINESS**
100 STERLING PL APT 1
BROOKLYN, NY 11217

**PHONE NUMBER**
(646)878-9184

**REGISTERED AGENT**
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

**AGENT NUMBER**
9018442

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| DAVID GITMAN | | 100 STERLING PL APT 1 BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| DAVID GITMAN | | 100 STERLING PL APT 1 BROOKLYN, NY 11217 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DAVID GITMAN 100 STERLING PL APT 1 BROOKLYN, NY 11217 US | 2017/06/20 | PRESIDENT |

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| CHANNELREPLY INC. | 2017 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 6427452 | 82-173048 |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.          DEC. 31st.

**Date(s) of Inactivity**

| From | To |
|---|---|
| 2017/06/19 | 2017/06/20 |

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |

# EXHIBIT B



# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF DISSOLUTION OF "CHANNELREPLY INC.",
FILED IN THIS OFFICE ON THE TWENTIETH DAY OF JUNE, A.D. 2017,
AT 10:17 O`CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

6427452  8100
SR# 20174838133

Authentication: 202741039
Date: 06-20-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# SHORT FORM CERTIFICATE
# OF DISSOLUTION
# (SECTIONS 275 AND 391 (a) (5) (b))

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:17 AM 06/20/2017
FILED 10:17 AM 06/20/2017
SR 20174838133 - File Number 6427452

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1.      The dissolution of CHANNELREPLY INC.

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2.      The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 5/30/2017                                                       .

3.      The date the dissolution was authorized is 6/20/2017

4.      The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
| --- | --- | --- |
| DAVID GITMAN | President | 100 Sterling PL Apt 1 Brooklyn, NY 11217 |

5.      The corporation has no assets and has ceased transacting business.

6.      The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware

7.      The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

By: DAVID GITMAN
Authorized Officer

Name: /s/ DAVID GITMAN
Print or Type

# EXHIBIT C

**Chase Online**

## Review this request — Read and confirm the details for this wire request.
Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | ChannelReply Checkin (...7775) |

**Wire Details - Sender**

| | |
|---|---|
| Wire amount | 3454.84 U.S. Dollars (USD) |
| Scheduled On | 06/20/2017 at 10:20 AM ET |
| Wire date | 06/20/2017 |
| Message to recipient | |
| Message/instructions to recipient bank | |
| Memo | |
| Transaction number | 5018259559 |
| Fed reference number | N/A |
| Status | In Transit |
| Submitted by | Administrator on 6/20/2017 10:20:17 AM |
| Last modified by | Administrator on 6/20/2017 10:20:17 AM |
| Approved by | Not Available |

© 2017 JPMorgan Chase & Co.

# EXHIBIT D

| Transaction | Date | Amount | Balance | Confirmation | Screenshot |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | $ (50,000.00) | | https://www.awesomescreenshot.com/image/2599135/9a1c09a6e053d9f8e17e0e59a428edc2 |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | $ (73,982.53) | | https://www.awesomescreenshot.com/image/2599132/4dc37375f5ea053296 7b054ac75cded7 |
| OVERDRAFT ITEM FEE F | 5/31/2017 | $ (35.00) | $ (74,017.53) | | https://www.awesomescreenshot.com/image/2599117/d2449338e03897dd72b6702b097ccffa |
| OVERDRAFT ITEM FEE F | 6/1/2017 | $ (25.00) | $ (74,042.53) | | https://www.awesomescreenshot.com/image/2599108/8c41ac0691670a0073712c82173cd4c1 |
| Transfer into CSV | 7/13/2017 | $ 68,669.53 | $ (5,373.00) | 263033 | https://www.awesomescreenshot.com/image/2599097/80a5c863cd38d6d809e7adfacb9dd2f |
| Transfer into CSV | 7/13/2017 | $ 5,373.00 | $ - | 373891 | https://www.awesomescreenshot.com/image/2599093/80z6eb28335d8fdc496ce8a0ee1c5ae5 |
| Umar Farooq | 7/13/2017 | $ (5,060.00) | $ (5,060.00) | | https://www.awesomescreenshot.com/image/2599138/dc2b22095ef5a0d7e681026b5843aca |
| Umar Farooq | 7/15/2017 | $ (5,500.00) | $ (10,560.00) | | https://www.awesomescreenshot.com/image/2599142/64bf28c54d276b0bb352c57a208ebdf6 |
| Transfer into CSV | 7/15/2017 | $ 10,560.00 | $ - | 025672025646014 | https://www.awesomescreenshot.com/image/2599081/51511e0b9d9dc16b95497449a4599af5 |
| Transfer into CSV | 7/20/2017 | $ 3,454.84 | 3,454.84 | 365101 | https://www.awesomescreenshot.com/image/2599072/da182ed3ca13188bcd665bda8bd277b |

Bank of America | Online Banking | Accounts | Accou…

Comment point:

| | 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#… | | C | -50,000.00 |

Start a co...  **Edit Description**

Add a comment …

| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD |
| Send notification to 0 people. Hide | #0094043 PA Confirmation# 2589533902 |
| All | **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD |
| David Gitman | | #0094043 PA Confirmation# 2589533902  Edit |
| | **Transaction category:** ? | Savings & Transfers: Transfers  Edit |

Post Comment     Cancel
Print transaction details

Bank of America | Online Banking | Accounts | Accou…                    Comment point:

| 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#... | | | -23,982.53 |

**Edit Description**

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 |
| **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525  Edit |
| **Transaction category:** ? | Savings & Transfers: Transfers  Edit |

Print transaction details

Send notification to 0 people. Hide

All

David Gitman

Post Comment        Cancel

Bank of America | Online Banking | Accounts | Accou…                     Comment point:

| | 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE… | | | -35.00 |

**Edit Description**

| | |
|---|---|
| **Type:** | Bank charge |
| **Description:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003 |
| **Merchant name:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003   Edit |
| **Transaction category:** ? | Finance: Service Charges/Fees   Edit |

Start a conversation

Print transaction details | What triggered this fee?   Add a comment …

Send notification to 0 people. Hide

All

David Gitman

Post Comment      Cancel

Bank of America | Online Banking | Accounts | Accou. .                    Comment point:

---

06/01/2017    OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01                        -35.00
              ELECTRONIC TRANSACTION POSTING DATE...

**Edit Description**

Type:                    Bank charge
Description:             OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC
                         TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002
Merchant name:           OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC
                         TRANSACTION POSTING DATE 06-01-17 POSTING SEQ
                         00002  Edit
Transaction category:    Finance: Service Charges/Fees  Edit

Print transaction details | What triggered this fee?        Start a conversation

                                                            Add a comment ...

---

                                                  Send notification to 0 people. Hide

                                                       All

                                                       David Gitman

                                                  Post Comment      Cancel

Chase Online - Wire Detail                                    Comment point:



Start a conversation

Add a comment ...

Send notification to 0 people. Hide

All

David Gitman

Post Comment          Cancel

Chase Online - Wire Detail                                   Comment point:

Payments & Transfers > Wire Activity > Wire Detail

## Wire Detail

○ Print ○ Help with this page

I'd like to...

▸ Schedule a wire transfer
▸ See wire activity
▸ See pending wire activity
▸ See more choices

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

Wire to       Cooper Square Ventures(...7345)

Wire from    Dalva Checking (...6685)

**Wire Details - Sender**

Wire amount       5373.00 U.S. Dollars (USD)

Scheduled On      06/13/2017 at 01:02 PM ET

Wire date            06/13/2017

Message to recipient

Message/Instructions to recipient bank

Memo

Transaction number      5017854

Fed reference number    0373891

Status       Completed

Submitted by       Administrator on 6/13/2017 1:02:15 PM

Last modified by    Not Available on 6/13/2017 1:50:35 PM

Approved by        Not Available

**Start a conversation**

**Add a comment ...**

**Send notification to 0 people.** Hide

All

David Gitman

**Wire Activity**

Site Feedback

Post Comment          Cancel

Invoice for Cooper Square Ventures (NDAP) on UpCo...          Comment point:



Invoice for Cooper Square Ventures (NDAP) on UpCo...          Comment point:



Wire Transfers - Citibank                                                    Comment point:



**CitiBusiness**

Accounts | Payments & Transfers | Investments | Financial Tools | Account Management

Welcome David Gitman | [0] Messages | Last Login: June 20, 2017, 10:09 AM |

**See Past Wire Transfers**

□ Common Questions
- What information do I need to send a domestic wire transfer?
- What information do I need to send an international wire transfer?
- What do online wire transfers cost?
- Is there a dollar limit for outgoing wire transfers?

Please be advised Japan now requires a foreign currency contract to be on file for the recipient's account to be credited in US dollars. Refer to the recipient to confirm a contract is on file prior to completing the transfer.

**Past Wire Detail**

| | |
|---|---|
| Source Account | XXXXXXXXX741 (Checking) |
| Amount | $10,560.00 |
| Beneficiary | Cooper Square Ventures |
| Beneficiary Account | 483038257345 |
| Bank | BANK OF AMERICA, N.A., NY New York, NY |
| Detail | 026009593 |
| Setup Date | 06/14/2017 |
| Posted Date | 06/15/2017 |
| Reference Number | 0256720256460142811025 |
| Citibank Reference Number | 1650006209 |
| Customer Reference Number | |
| Set up by | DAVID GITMAN |
| Approved by | DAVID GITMAN |

Start a conversation

Add a comment

Send notification to Other comment:
○ All
‹ Back   ○ David Gitman

Post Comment    Cancel



**citi**

**Why Citi**                  **Relationship Banking**      **Business Banking**         **Rates**              **Help & Support**       **ATM/Branch Location**
Our Story                     Citi Priority                 Small Business Accounts      Personal Banking       Contact Us
Benefits and Services         Citigold®                     Commercial Accounts          Credit Cards           Help & FAQs              Enter Address
Rewards                       Citi Private Bank                                          Mortgage
Citi Easy DealsSM             Citi Global Banking                                        Home Equity                                     Find Locations
Citi® Private Pass®                                                                      Lending
Special Offers

© 2017 Citigroup Inc.  Terms & Conditions   Privacy   Security   Accessibility   Card Member Agreement

This page of citi.com contains information about U.S. domestic financial services provided by the Citigroup family of companies and is intended for use domestically in the U.S. Terms, conditions and fees for accounts, products, programs and services are subject to change.

The products, account packages, promotional offers and services described in this website may not apply to customers of Citigold Private Client, Citigold International, International Personal Banking or Global Executive Banking. Please click on the appropriate link to obtain such information.

07.2                                                                                                                                    Member FDIC

Chase Online - Wire Detail                                    Comment point:



# EXHIBIT E

| Service | Account | Status 7/10/17 | Notes 7/10/17 | Status 7/18/17 | Notes 7/18/17 | Owner | Username | Password | Screenshot |
|---|---|---|---|---|---|---|---|---|---|
| G Suite | Admin | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | mdash@rdap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | mdash@carpatkings.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | mdash@coopersquare.ventures.com | Confirmed | | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | mdash@plumburs.com | Confirmed | | Confirmed | | Plumburs | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | michael@channelreply.com | | channelreply | Confirmed | Forwarded to mic | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | partners@rdap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | partners@plumburs.com | Confirmed | | Confirmed | | Plumburs | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | paypal@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | sales@carpatkings.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | sales@channelreply.com | - | channelreply | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | sales@nextdayautoparts.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| G Suite | support@channelreply.com | - | channelreply | Confirmed | Forwarded to sup | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Bank Of America | Cooper Square Ventures | Confirmed | | Confirmed | | CSV | ndaponline | Michael's private password | https://www.awesomescreenshot.com/... |
| Bank Of America | NDAP | Confirmed | | Confirmed | | NDAP | ndaponline | Michael's private password | https://www.awesomescreenshot.com/... |
| 1Password | mdash@rdap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| ChargeBee | michael@channelreply.com | - | Moved to was mc | Confirmed | Invite sent to Ma | CR LLC | michael@channelreply.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Stripe | michael@channelreply.com | - | Moved to was mc | Confirmed | Invite sent to Ma | CR LLC | michael@channelreply.com | Michael's private password | https://www.awesomescreenshot.com/... |
| PayPal | michael@channelreply.com | - | Moved to was mc | Confirmed | Username: CRMIC | CR LLC | CRMDASH17 | ▉ | https://www.awesomescreenshot.com/... |
| NDAP | | Confirmed | | Confirmed | | NDAP | | Michael's private password | https://www.awesomescreenshot.com/... |
| UpVork | Cooper Square Ventures | Confirmed | | Confirmed | Invite sent to Ma | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| UpVork | Channel Reply | Confirmed | | Confirmed | Invite sent to Ma | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| UpVork | Plumburs | Confirmed | | Confirmed | Invite sent to Ma | Plumburs | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Zendesk | michael@coopersquareventures.com | Confirmed | | Confirmed | | NDAP | mdash@coopersquareventures.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Jira | mdash@rdap-llc.com | - | Moved to was mc | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Slack | mdash@11@gmail.com | Confirmed | | Confirmed | | NDAP | mdash@11@gmail.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Amazon Seller Central | carpatkings | Confirmed | | Confirmed | Invite sent to Ma | NDAP | carpatkings | ▉ | https://www.awesomescreenshot.com/... |
| eBay | carpatkings | Confirmed | | Confirmed | | NDAP | carpatkings | Michael's private password | https://www.awesomescreenshot.com/... |
| Timedoctor | mdash@rdap-llc.com | | | | | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Timedoctor | mdash@rdap-llc.com | Confirmed | | Confirmed | | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Amazon Web Services | mdash | - | | - | | CR LLC | mdash | Michael's private password | https://www.awesomescreenshot.com/... |
| American Express | rdapamexonline | Confirmed | | Confirmed | | NDAP | rdapamexonline | Michael's private password | https://www.awesomescreenshot.com/... |
| American Express | rdapamexonline2 | Confirmed | | Confirmed | | NDAP | rdapamexonline2 | ▉ | https://www.awesomescreenshot.com/... |
| Magento | mdash | - | | - | | NDAP | mdash | Michael's private password | https://www.awesomescreenshot.com/... |
| Quickbooks | Cooper Square Ventures (mdash@rdap-llc.com) | Confirmed | | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Quickbooks | Car Part Kings (mdash@rdap-llc.com) | Confirmed | | Confirmed | | NDAP | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Quickbooks | ChannelReply (mdash@rdap-llc.com) | - | | Confirmed | | CR LLC | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| Quickbooks | Plumburs(mdash@rdap-llc.com) | - | | Confirmed | | Plumburs | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| N/A | | - | | - | I have no knowledge | | | I have no knowledge of this account | |
| desk.com | coopersquareventures (mdash@coopersquareventures.com) | Confirmed | | Confirmed | | CSV | mdash@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| GoDaddy | ndap (mdash@rdap-llc.com) | Confirmed | | Confirmed | | NDAP | dgitman@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| GoDaddy | Plumburs (mdash@plumburs.com) | Confirmed | | Confirmed | | Plumburs | dgitman@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| CR | | Confirmed | | Confirmed | | CR LLC | dgitman@rdap-llc.com | Michael's private password | https://www.awesomescreenshot.com/... |
| MageMojo | | Confirmed | | Confirmed | | NDAP | mikedash1 | ▉ | https://www.awesomescreenshot.com/... |
| MageMojo | | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/... |
| MailChimp | | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/... |
| Github | | Confirmed | | Confirmed | | CSV | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/... |
| Github | | | | | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/... |
| Github | | | | | | CR LLC | mikedash1 | ▉ | https://www.awesomescreenshot.com/... |
| Ringcentral | | Confirmed | 6465553918 | Confirmed | | NDAP | mikedash1 | Michael's private password | https://www.awesomescreenshot.com/... |
| join.me | | - | I have no knowledge | - | I have no knowledge | | | I have no knowledge of this account | |
| N/A | | | | | | | | | |

# EXHIBIT F

| | |
|---|---|
| **From:** | Ditlow, Lindsay F. |
| **Sent:** | Tuesday, June 20, 2017 11:33 AM |
| **To:** | bguaglardi@adgmlaw.com; Evan Ostrer (eostrer@adgmlaw.com) |
| **Cc:** | Cousin, Brian S.; Meredith, Mark D. |
| **Subject:** | Dardashtian v. Gitman |
| **Attachments:** | Transfer of CR Stripe Account.pdf; C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf; Chase Wire 5018259559.pdf |

Barry,

 In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:

1. Transferred the Channel Reply Stripe Account (see account notice change attached).
2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of.  (See June 19, 2017 Affidavit of David Gitman, Exh. D).
3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc.  It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware.  I will provide you a copy of the dissolution certificate as soon as it becomes available.
4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached).  Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.

Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order.  If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.

Best regards,
Lindsay

**DENTONS**

**Lindsay F. Ditlow**

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**Ditlow, Lindsay F.**

Subject:                          FW: Your bank account has changed

---------- Forwarded message ---------
From: Stripe <support@stripe.com>
Date: Mon, Jun 19, 2017 at 7:12 PM
Subject: Your bank account has changed
To: <david@channelreply.com>


A request to update the USD bank account associated with your Stripe account (ChannelReply) was successfully confirmed by email. Your bank account was successfully changed from one with an account number ending in 7775 to one with an account number ending in 7345.

If you did not request this change, please let us know immediately by replying to this email.

Thank you,

The Stripe Team

# *State of Delaware*

# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| CHANNELREPLY INC. | 2017 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 6427452 | 2017/05/30 | | |

**PRINCIPAL PLACE OF BUSINESS**
100 STERLING PL APT 1
BROOKLYN, NY 11217

**PHONE NUMBER**
(646)878-9184

**REGISTERED AGENT**
THE COMPANY CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9018442

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2017/05/30 | | COMMON | 10,000,000 | .0000100000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| DAVID  GITMAN | | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| DAVID  GITMAN | | 100 STERLING PL APT 1<br>BROOKLYN, NY 11217 |

*NOTICE:  Pursuant to 8 Del. C.  502(b),  If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| DAVID  GITMAN<br>100 STERLING PL APT 1<br>BROOKLYN, NY 11217 US | 2017/06/20 | PRESIDENT |

# *State of Delaware*

# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| CHANNELREPLY INC. | 2017 |

| FILE NUMBER | FEDERAL EMPLOYER ID NO. |
|---|---|
| 6427452 | 82-173048 |

ASSETS FOR REGULATED INVESTMENT CORPS
JAN. 1st.  DEC. 31st.

**Date(s) of Inactivity**

| From | To |
|---|---|
| 2017/06/19 | 2017/06/20 |

| TOTAL NUMBER OF SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|
| 5,000,000 | $0.00 | 2017/06/20 |

| Franchise Tax | Penalty | 1.5% Monthly Interest | Annual Filing Fee | Prev Credit or Balance |
|---|---|---|---|---|
| $350.00 | $0.00 | $0.00 | $50.00 | $0.00 |

| Prepaid Qrty. Payments | Amount Due | Amount Paid | Check Number |
|---|---|---|---|
| $0.00 | $400.00 | $400.00 | |

**Chase Online**

## Review this request — Read and confirm the details for this wire request.
Click "Wire Activity" to go back on the Activity page.

**Wire Details**

**Account Details**

| | |
|---|---|
| Wire to | Cooper Square Ventures(...7345) |
| Wire from | ChannelReply Checkin (...7775) |

**Wire Details - Sender**

| | |
|---|---|
| Wire amount | 3454.84 U.S. Dollars (USD) |
| Scheduled On | 06/20/2017 at 10:20 AM ET |
| Wire date | 06/20/2017 |
| Message to recipient | |
| Message/instructions to recipient bank | |
| Memo | |
| Transaction number | 5018259559 |
| Fed reference number | N/A |
| Status | In Transit |
| Submitted by | Administrator on 6/20/2017 10:20:17 AM |
| Last modified by | Administrator on 6/20/2017 10:20:17 AM |
| Approved by | Not Available |

© 2017 JPMorgan Chase & Co.

# EXHIBIT G

| | |
|---|---|
| **From:** | Ditlow, Lindsay F. |
| **Sent:** | Tuesday, June 20, 2017 4:13 PM |
| **To:** | 'Barry Guaglardi' |
| **Cc:** | 'Evan Ostrer'; Cousin, Brian S.; Meredith, Mark D. |
| **Subject:** | RE: Dardashtian v. Gitman |
| **Attachments:** | Dardashtian Account Access Information.xlsx; CHANNELREPLY INC. -DE Dissolution Evidence.pdf; Dardashtian v Gitman 17 cv 4327 TRO B Worksheet.pdf |

Barry,

  Attached please find a spreadsheet detailing all account information, including login and password information for Mr. Dardashtian. Many of the passwords are Mr. Dardashtian's private passwords.  If he has any problem logging in he can use the "forgot my password" function and reset through normal channels, as the accounts are tied to his e-mail address.  Additionally, please find the CR Inc. State of Delaware Certificate of Dissolution as well as an outline of all recent money transfers regarding the CSV Bank of America bank account.  As noted in Mr. Gitman's affidavit yesterday, the current balance of that account is over $80,000 (it was approximately $73,000 on or May 27). Please review the attached, and let us know as soon as possible if there is anything else you believe Mr. Gitman is required to do to comply with the court orders.

Best regards,
Lindsay

**DENTONS**  **Lindsay F. Ditlow**

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 1:22 PM
**To:** Ditlow, Lindsay F.
**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** Re: Dardashtian v. Gitman

Lindsay

Please identify, in detail, all of the actions taken by your client to comply with the Court's orders, so we can review same with our client. Please include all new passwords, login and access information so that my client has the ability to confirm whether your client has taken all such actions as have been ordered by the Court.

As you know, there were representations by your client in his prior certification to the Court that he previously took all such actions that were necessary to comply with the Court's June 8 and 9 Orders, and a great deal of unnecessary time was expended by my client and my firm to confirm the accuracy of your client's representations and to demonstrate that same were untrue. We don't want to repeat that exercise without the proof as to what actions were actually taken.

The court was clear yesterday that the burden is on your client to establish compliance, not mine.

So rather than ask if there is anything else your client needs to do, please specify, in detail, what actions he has taken, and provide all necessary information, including passcodes, login and access information so our client can verify same.

We will continue to cooperate, but need the above information to do so.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 20, 2017, at 12:34 PM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

> Barry,
>  Other than finalizing the closing of the CR Inc. bank account and forwarding the certificate of dissolution as described below, Mr. Gitman has taken the steps to comply with the Court's Orders of June 8, June 9 and Judge Stanton's verbal order yesterday, as detailed in his affidavit and in my e-mail to you below.  If there are things you contend still have not been completed, please provide specifics so that Mr. Gitman can take any additional actions necessary to try and resolve the items identified by you.  Judge Stanton directed Mr. Gitman to work with plaintiffs to ensure compliance.  Your response below does not facilitate such efforts.  As requested, please promptly identify and detail any outstanding actions plaintiffs contend Mr. Gitman must take to comply with the court orders so that Mr. Gitman may address these points in a timely fashion before tomorrow's hearing.
>
> Best regards,
> Lindsay
>
> <image001.png>
>
> ### Lindsay F. Ditlow
>
> D +1 212 398 5782   |   US Internal 15782
> lindsay.ditlow@dentons.com
> Bio   |   Website
>
> Dentons US LLP
>
> 大成 Salans FMC SNR Denton McKenna Long
>
> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Barry Guaglardi [mailto:bguaglardi@adgmlaw.com]
**Sent:** Tuesday, June 20, 2017 12:18 PM
**To:** Ditlow, Lindsay F.

**Cc:** Evan Ostrer; Cousin, Brian S.; Meredith, Mark D.
**Subject:** Re: Dardashtian v. Gitman

Lindsay

As you know from Judge Stanton's verbal order yesterday, there is no compliance until the status quo as it existed on May 26, 2017 in all of Plaintiffs' Companies is fully and completely restored and returned to in each and every respect,
and further until there is full and complete compliance with this Court's OSC dated June 8, as amended on June 9 and yesterday's verbal order of Judge Stanton.

Please guide your client accordingly as there will be no exceptions.

When you have provided proof, as the court directed, of everything being restored and returned to the manner in which it existed prior to your client's alteration of same, and proof of full and complete compliance with the Court's several orders, we will at that time review your proof and respond accordingly. We will not review things on a piecemeal basis.

Thank you.

Barry Guaglardi

Sent from my iPhone

On Jun 20, 2017, at 11:33 AM, Ditlow, Lindsay F. <lindsay.ditlow@dentons.com> wrote:

> Barry,
>  In a good faith effort to comply with Judge Stanton's Order of June 19, 2017, Mr. Gitman has taken the following actions:
>
> 1. Transferred the Channel Reply Stripe Account (see account notice change attached).
> 2. Provided Mr. Dardashtian access to all accounts requested, except for the 2 accounts Mr. Gitman has no knowledge of. (See June 19, 2017 Affidavit of David Gitman, Exh. D).
> 3. Mr. Gitman has instructed Mr. Farooq to dissolve CR Inc. It is my understanding that Mr. Farooq has started the process by ensuring franchise tax filings are in place (see attached), is preparing corporate resolutions and filings with the State of Delaware. I will provide you a copy of the dissolution certificate as soon as it becomes available.
> 4. A transfer of all funds in the CR Inc. bank account to the CSV Bank Account (see attached). Mr. Gitman was informed by JP Morgan Chase that there were some pending transactions on the CR Inc. bank account and because of that, the account could not be closed yesterday, but once those transactions clear, Mr. Gitman will close the account.
>
> Please advise if based on the foregoing, Mr. Gitman is complying with the Court's Order. If there are any additional steps you believe Mr. Gitman must take to dissolve CR Inc. and comply with Judge Stanton's Order, please promptly advise as to what those specific items are.
>
> Best regards,
> Lindsay

3

Lindsay F. Ditlow

D +1 212 398 5782   |   US Internal 15782
lindsay.ditlow@dentons.com
Bio   |   Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliate email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure copying, distribution and use are prohibited; please notify us immediately and delete this copy from your sy Please see dentons.com for Legal Notices.

<Transfer of CR Stripe Account.pdf>

<C--ICIS-TempPDFS-EcorpConfirmationPDFs-20174837552.pdf>

<Chase Wire 5018259559.pdf>

| Service | Account | Status 7/10/17 | Notes 7/10/17 | Status 7/18/17 | Notes 7/18/17 | Owner | Username | Password | Screenshot |
|---|---|---|---|---|---|---|---|---|---|
| G Suite | Admin | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | mdash@rxdap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | mdash@carparkkings.com | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | mdash@coopersquare-ventures | Confirmed | | Confirmed | | CSV | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | mdash@jiumburs.com | Confirmed | Forwarded to mic | Confirmed | Forwarded to mic | Plumburs | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | michael@channelreply.com | - | | Confirmed | | CR LLC | michael@channelreply.com | Michael's private password | [link] |
| G Suite | partners@channelreply.com | - | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | partners@jiumburs.com | Confirmed | | Confirmed | | CSV | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | paypal@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | sales@carparkkings.com | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| G Suite | sales@channelreply.com | - | channelreply.com | Confirmed | channelreply.com | CR LLC | michael@channelreply.com | Michael's private password | [link] |
| G Suite | sales@coopersquare.com | - | | Confirmed | Forwarded to sup | CR LLC | michael@channelreply.com | Michael's private password | [link] |
| G Suite | support@channelreply.com | - | channelreply.com | Confirmed | Forwarded to sup | CR LLC | mdash@rxdap-llc.com | Michael's private password | [link] |
| Bank Of America | NDAP | Confirmed | | Confirmed | | NDAP | ndaponline | Michael's private password | [link] |
| Bank Of America | mdash@rxdap-llc.com | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| NDAP | NDAP | Confirmed | | Confirmed | | NDAP | | | |
| Cooper Square Ventures | | Confirmed | | Confirmed | | | | | |
| 1Password | michael@channelreply.com | Confirmed | Invite sent to Mixe | Invite sent to Mixe | CR LLC | michael@channelreply.com | Michael's private password | [link] |
| ChargeBee | michael@channelreply.com | Confirmed | Invite sent to Mixe | Invite sent to Mixe | CR LLC | michael@channelreply.com | Michael's private password | [link] |
| Stripe | michael@channelreply.com | Confirmed | Moved to was mo | Moved to was mo | CR LLC | CRMDASH17 | Michael's private password | [link] |
| PayPal | michael@channelreply.com | Confirmed | | Confirmed | Username: CRM | CR LLC | ndaponline | | [link] |
| UpWork | NDAP | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| UpWork | Cooper Square Ventures | Confirmed | | Confirmed | | CR LLC | mdash@rxdap-llc.com | Michael's private password | [link] |
| UpWork | Channel Reply | Confirmed | | Confirmed | | Plumburs | mdash@rxdap-llc.com | Michael's private password | [link] |
| UpWork | Plumburs | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| Zendesk | mdash@coopersquareventures.com | Confirmed | | Confirmed | | CSV | mikedash1@gmail.com | Michael's private password | [link] |
| Jira | mdash@rxdap-llc.com | Confirmed | Moved to was mo | - | Moved to was mo | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| Slack | mikedash1@gmail.com | Confirmed | | Confirmed | | CR LLC | mikedash17@gmail.com | Michael's private password | [link] |
| Amazon Seller Central | carparkkings | Confirmed | Invite sent to Mixe | Confirmed | | NDAP | carparkkings | Michael's private password | [link] |
| eBay | carparkkings | Confirmed | | Confirmed | | NDAP | carparkkings | Michael's private password | [link] |
| Timedoctor | mdash@rxdap-llc.com | - | | Confirmed | | CR LLC | mdash@rxdap-llc.com | Michael's private password | [link] |
| Timedoctor | mdash@rxdap-llc.com | Confirmed | | Confirmed | | CR LLC | mdash@rxdap-llc.com | Michael's private password | [link] |
| Amazon Web Services | mdash | - | | - | | NDAP | mdash | Michael's private password | [link] |
| Amazon Web Services | mdash | Confirmed | | Confirmed | | NDAP | mdash | Michael's private password | [link] |
| American Express | ndapamexonline | - | | Confirmed | | NDAP | ndapamexonline | Michael's private password | [link] |
| American Express | ndapamexonline2 | - | | Confirmed | | NDAP | ndapamexonline2 | Michael's private password | [link] |
| Magento | mdash | I have no knowle | - | I have no knowle | - | NDAP | mdash | I have no knowledge of this account | |
| Quickbooks | Cooper Square Ventures (mdash@coopersquareven | Confirmed | Invite sent to Mixe | Confirmed | | CSV | mdash@rxdap-llc.com | Michael's private password | [link] |
| Quickbooks | Car Park Kings (mdash@rxdap-llc.com) | Confirmed | | Confirmed | | NDAP | mdash@rxdap-llc.com | Michael's private password | [link] |
| Quickbooks | ChannelReply (mdash@rxdap-llc.com) | Confirmed | Invite sent to Mixe | Confirmed | | Plumburs | mdash@rxdap-llc.com | Michael's private password | [link] |
| Quickbooks | Plumburs/mdash@rxdap-llc.com) | | | | | CR LLC | mdash@rxdap-llc.com | Michael's private password | [link] |
| desk.com | N/A | | | - | | NDAP | | Michael's private password | [link] |
| GoDaddy | coopersquareventures (mdash@coopersquareven | Confirmed | | Confirmed | | CSV | dgman@rxdap-llc.com | Michael's private password | [link] |
| GoDaddy | ndap (mdash@rxdap-llc.com) | Confirmed | | Confirmed | | NDAP | dgman@rxdap-llc.com | Michael's private password | [link] |
| GoDaddy | Plumburs (mdash@plumburs.com) | Confirmed | Invite sent to Mixe | Confirmed | | Plumburs | dgman@plumburs.com | Michael's private password | [link] |
| GoDaddy | CR | | | - | | CR LLC | | Michael's private password | [link] |
| MageMojo | dgman@rxdap-llc.com | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | [link] |
| MailGun | dgman@plumburs.com | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | [link] |
| MailChimp | mikedash1 | Confirmed | | Confirmed | | NDAP | mikedash1 | Michael's private password | [link] |
| Github | mikedash1 | Confirmed | | - | | NDAP | mikedash1 | Michael's private password | [link] |
| Github | mikedash1 | | | | | CR LLC | mikedash1 | Michael's private password | [link] |
| Github | mikedash1 | 6465535918 | Confirmed | | | NDAP | | | |
| Ringcentral | | | | | | | | | |
| join.me | N/A | | | I have no knowle | - | | | I have no knowledge of this account | |

# Delaware



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "CHANNELREPLY INC.", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF JUNE, A.D. 2017, AT 10:17 O`CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

6427452  8100
SR# 20174838133

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202741039
Date: 06-20-17

# STATE OF DELAWARE
# SHORT FORM CERTIFICATE
# OF DISSOLUTION
# (SECTIONS 275 AND 391 (a) (5) (b))

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:17 AM 06/20/2017
FILED 10:17 AM 06/20/2017
SR 20174838133 - File Number 6427452

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1.   The dissolution of CHANNELREPLY INC.

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2.   The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 5/30/2017                                                                      .

3.   The date the dissolution was authorized is 6/20/2017

4.   The names and addresses of the directors and officers of the corporation are as follows:

| NAME | TITLE | ADDRESS |
|---|---|---|
| DAVID GITMAN | President | 100 Sterling PL Apt 1 Brooklyn, NY 11217 |

5.   The corporation has no assets and has ceased transacting business.

6.   The corporation, for each year since its incorporation in this State, has been required to pay only the minimum franchise tax then prescribed by Section 503 of the General Corporation Law of the State of Delaware

7.   The corporation has paid all franchise taxes and fees due to or assessable by this State through the end of the year in which the certificate of dissolution is filed.

By: DAVID GITMAN
Authorized Officer

Name: /s/ DAVID GITMAN
Print or Type

| Transaction | Date | Amount | Balance | Confirmation | Screenshot |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | $ (50,000.00) | | https://www.awesomescreenshot.com/image/2599135/9a1c09a6e053d9f8e17e0e59a428edc2 |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | $ (73,982.53) | | https://www.awesomescreenshot.com/image/2599132/4dc37d7575ea053296/7b054ac75cded7 |
| OVERDRAFT ITEM FEE F | 5/31/2017 | $ (35.00) | $ (74,017.53) | | https://www.awesomescreenshot.com/image/2599117/d244933f8e03976d72b6700a2097ccffa |
| OVERDRAFT ITEM FEE F | 6/1/2017 | $ (25.00) | $ (74,042.53) | | https://www.awesomescreenshot.com/image/2599108/8c41ac0691670a0073712c82173cd4c1 |
| Transfer into CSV | 7/13/2017 | $ 68,669.53 | $ (5,373.00) | 263033 | https://www.awesomescreenshot.com/image/2599097/80a5c863cd38dfd809e7adfacb9dd2f |
| Transfer into CSV | 7/13/2017 | $ 5,373.00 | $ - | 373891 | https://www.awesomescreenshot.com/image/2599093/80dc2eb28335d8fdc496ce8a0ee1c5ae5 |
| Umar Farooq | 7/13/2017 | $ (5,060.00) | $ (5,060.00) | | https://www.awesomescreenshot.com/image/2599138/dc2b22095ef5a0d7e681026b5843aca |
| Umar Farooq | 7/15/2017 | $ (5,500.00) | $ (10,560.00) | | https://www.awesomescreenshot.com/image/2599142/64bf28c54d276b0bb352c57a208ebdf6 |
| Transfer into CSV | 7/15/2017 | $ 10,560.00 | $ - | 0256720256460140 | https://www.awesomescreenshot.com/image/2599081/51511e09d9dc16b95497449a4599af5 |
| Transfer into CSV | 7/20/2017 | $ 3,454.84 | $ 3,454.84 | 365101 | https://www.awesomescreenshot.com/image/2599072/da182ed3ca1318b8cb665bda8bd277b |

Bank of America | Online Banking | Accounts | Accou…          Comment point:

---

☉ 05/30/2017    PA TLR transfer to CHK 5141 Banking Ctr                    ⇄        C̲        -50,000.00
                NORTHWOOD #0094043 PA Confirmation#...

Start a co...   **Edit Description**

Add a comment ...

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD |
| Send notification to 0 people. Hide | #0094043 PA Confirmation# 2589533902 |
| ⦂ All | **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD |
| ⦂ David Gitman | | #0094043 PA Confirmation# 2589533902  Edit |
| | **Transaction category:** ? | Savings & Transfers: Transfers  Edit |

Post Comment    Cancel
                Print transaction details

Bank of America | Online Banking | Accounts | Accou...

Comment point:

| | | |
|---|---|---|
| 05/30/2017 | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation#... | -23,982.53 |

**Edit Description**

| | |
|---|---|
| **Type:** | Transfer |
| **Description:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525 |
| **Merchant name:** | PA TLR transfer to CHK 5141 Banking Ctr NORTHWOOD #0094043 PA Confirmation# 0189542525   Edit |
| **Transaction category:** ? | Savings & Transfers: Transfers   Edit |

Print transaction details

Add a comment

Send notification to 0 people. Hide

All

David Gitman

Post Comment        Cancel

Bank of America | Online Banking | Accounts | Accou...                    Comment point:

| | 05/31/2017 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE... | | | -35.00 |

**Edit Description**

| | |
|---|---|
| **Type:** | Bank charge |
| **Description:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003 |
| **Merchant name:** | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-31 ELECTRONIC TRANSACTION POSTING DATE 05-31-17 POSTING SEQ 00003   Edit |
| **Transaction category:** | Finance: Service Charges/Fees   Edit |

Start a conversation

Print transaction details | What triggered this fee?    Add a comment ...

Send notification to 0 people. Hide

All

David Gitman

Post Comment          Cancel

Bank of America | Online Banking | Accounts | Accou. .                    Comment point:

06/01/2017    OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01                              -35.00
              ELECTRONIC TRANSACTION POSTING DATE...

**Edit Description**

Type:                          Bank charge
Description:                   OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC
                               TRANSACTION POSTING DATE 06-01-17 POSTING SEQ 00002
Merchant name:                 OVERDRAFT ITEM FEE FOR ACTIVITY OF 06-01 ELECTRONIC
                               TRANSACTION POSTING DATE 06-01-17 POSTING SEQ
                               00002  Edit
Transaction category:          Finance: Service Charges/Fees  Edit

Print transaction details | What triggered this fee?          Start a conversation

                                                              Add a comment ...

                               Send notification to 0 people. Hide
                                   All
                                   David Gitman

                               Post Comment     Cancel

Chase Online - Wire Detail                                    Comment point:



Chase Online - Wire Detail                                    Comment point:

Payments & Transfers > Wire Activity > Wire Detail

## Wire Detail                                    ○ Print  ○ Help with this page

**Review this request** — Read and confirm the details for this wire request. Click "Wire Activity" to go back on the Activity page.

I'd like to...
- Schedule a wire transfer
- See wire activity
- See pending wire activity
- See more choices

**Wire Details**

**Account Details**

Wire to        Cooper Square Ventures(...7345)

Wire from      Daiva Checking (...6685)

**Wire Details - Sender**

Wire amount        5373.00 U.S. Dollars (USD)

Scheduled On       06/13/2017 at 01:02 PM ET

Wire date          06/13/2017

Message to recipient

Message/Instructions to recipient bank

Memo

Transaction number    5017654

Fed reference number  0373891

Status        Completed

Submitted by   Administrator on 6/13/2017 1:02:15 PM

Last modified by  Not Available on 6/13/2017 1:50:35 PM

Approved by    Not Available

**Start a conversation**

Add a comment ...

**Send notification to 0 people. Hide**

Wire Activity        All

                     David Gitman

Site Feedback

Post Comment        Cancel

Invoice for Cooper Square Ventures (NDAP) on UpCo...                    Comment point:



Invoice for Cooper Square Ventures (NDAP) on UpCo...          Comment point:



Wire Transfers - Citibank

Comment point:



# CitiBusiness

| Accounts | Payments & Transfers | Investments | Financial Tools | Account Management |
|----------|---------------------|-------------|-----------------|-------------------|

Welcome David Gitman | [0] Messages | Last Login: June 20, 2017, 10:09 AM |

## See Past Wire Transfers

### Past Wire Detail

| Source Account | XXXXXXXX741 (Checking) |
|----------------|------------------------|
| Amount | $10,560.00 |
| Beneficiary | Cooper Square Ventures |
| Beneficiary Account | 483038257345 |
| Bank | BANK OF AMERICA, N.A., NY New York, NY |
| Details of Payment | 026009593 |
| Setup Date | 06/14/2017 |
| Posted Date | 06/15/2017 |
| Reference Number | 025672025460142811025 |
| Citibank Reference Number | 1650006209 |
| Customer Reference Number | |
| Set up by | DAVID GITMAN |
| Approved by | DAVID GITMAN |

## Start a Conversation

**Add Comment**

Send notification to conversation members
* All
* David Gitman

Post Comment    Cancel



Chase Online - Wire Detail                                    Comment point:



# EXHIBIT H

| | |
|---|---|
| **From:** | Barry Guaglardi <bguaglardi@adgmlaw.com> |
| **Sent:** | Tuesday, June 20, 2017 6:01 PM |
| **To:** | Ditlow, Lindsay F. |
| **Cc:** | Evan Ostrer; Cousin, Brian S. |
| **Subject:** | FW: Dardashtian v. Gitman |
| **Attachments:** | CSV Bank Status.xlsx; Status.docx; Barry S  Guaglardi  Esq .vcf |

Lindsay

Attached is a detailed list of the accounts my client cannot access despite your client's contention that he has fully restored access in accordance with Judge Stanton's specific order. Also attached is an explanation why, along with a detailed accounting of what is missing from the CSV Bank of America account.

In addition, BAP issued CSV a check for Gitman's travels that were paid for by CSV. This check was deposited and returned for insufficient funds. I was informed by the CEO of BAP that Gitman asked that such check be canceled and reissued directly to him. That amount is $3,651.84 and should be immediately redeposited by your client into the CSV account.

As is clear from the attached, your client continues to refuse to return all issues back to the Plaintiffs' May 26, 2017 condition as per the Court's order. This will be addressed with the Court at tomorrow's hearing and the appropriate relief will be sought.

I further overheard your client indicate on the record before Judge Stanton yesterday, when he contended that the tradename ChannelReply was not owned by Plaintiffs,  that he obtained a trademark on the name ChannelReply. If that is the case, and he, without authorization of the Plaintiffs, trademarked the name ChannelReply for his or another's benefit, it will be the basis for another cause of action and another restraint and application to the Court. Please confirm immediately if this action was taken, and, if so, provide copies of the trademark application, the registration for same, all documents relating thereto, so that we may determine how to handle that situation as well. If I misheard your client, then please confirm the nonexistence of such application for a trademark of the name ChannelReply or any other confusingly similar name.

Thank you.

Barry Guaglardi



Barry S. Guaglardi, Esq.
Arturi, D'Argenio, Guaglardi & Meliti, LLP

1

Mack Centre I
365 W. Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
www.adgmlaw.com
(201) 947-4100 Work
(201) 947-1010 Fax
(201) 374-9087 Direct Dial
(201) 214 -5035 Cell

The information contained in this electronic mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication and, as such, privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by telephone at (201)947-4100, and return the original to us by mail. Although this e-mail and any attachments are believed to be free of any viruses or other defect that might affect other computer systems, it is the responsibility of the recipient to ensure that it is virus free, and Arturi, D'Argenio, Guaglardi & Meliti, LLP disclaims all responsibility for any loss or damage arising from its use. Should you have any questions about or problems with this transmission please contact the sender at the number shown above. Thank you.

| Transaction | Date | Amount | | | |
|---|---|---|---|---|---|
| Transfer out of CSV | 5/30/2017 | $ (50,000.00) | | | |
| Transfer out of CSV | 5/30/2017 | $ (23,982.53) | | | |
| Overdraft Item Fee | 5/31/2017 | $ (35.00) | | | |
| Overdraft Item Fee | 6/1/2017 | $ (35.00) | | | |
| Transfer into CSV | 6/13/2017 | $ 68,669.53 | | | |
| Transfer into CSV | 6/13/2017 | $ 5,373.00 | | | |
| Transfer to Dalva Ventures | 6/13/2017 | $ (5,060.00) | | | |
| JPMorgan Chase Auth Debit | 6/13/2017 | $ (0.57) | | | |
| Wire Transfer Fee | 6/13/2017 | $ (30.00) | | | |
| Incoming Wire - David Gitman | 6/15/2017 | $ 10,560.00 | | | |
| Payment to Upcounsel | 6/15/2017 | $ (5,775.00) | | | |
| Incoming Wire - David Gitman | 6/20/2017 | $ 3,454.84 | | | |
| | | $ 3,139.27 | Balance | | |

**Stripe Deposits to Gitmans Chase Account**

| | | | | | | |
|---|---|---|---|---|---|---|
| po_1AWMEXElPF4jcwQ0Jj9ksPJh | 6/20/2017 0:00 | $ (675.44) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AW1FIElPF4jcwQ0aeRPdUVY | 6/19/2017 0:00 | $ (942.83) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AUvpGElPF4jcwQ0yIFG2Rsl | 6/16/2017 0:00 | $ (1,272.33) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AUZClElPF4jcwQ0M3XC6ybv | 6/15/2017 0:00 | $ (527.69) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AUCkDElPF4jcwQ0lse94sjO | 6/14/2017 0:00 | $ (1,100.62) | bank_account | JPMORGAN CHASE | 7775 |
| po_1ATpYxElPF4jcwQ0gEsNROgb | 6/13/2017 0:00 | $ (299.00) | bank_account | JPMORGAN CHASE | 7775 |
| po_1ATSmCElPF4jcwQ0Pf3AunNd | 6/12/2017 0:00 | $ (522.53) | bank_account | JPMORGAN CHASE | 7775 |
| po_1ASO2jElPF4jcwQ0UNAy4jtc | 6/9/2017 0:00 | $ (515.33) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AS1W2ElPF4jcwQ0d1W6asQG | 6/8/2017 0:00 | $ (426.98) | bank_account | JPMORGAN CHASE | 7775 |
| po_1ARfOrElPF4jcwQ0HCShDsnp | 6/7/2017 0:00 | $ (632.89) | bank_account | JPMORGAN CHASE | 7775 |
| po_1ARlbsElPF4jcwQ0NsSTI4Sg | 6/6/2017 0:00 | $ (1,144.66) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AQvjzElPF4jcwQ079DjZ3Af | 6/5/2017 0:00 | $ (251.72) | bank_account | JPMORGAN CHASE | 7775 |
| po_1AQa7DElPF4jcwQ0nTEwKxmD | 6/5/2017 0:00 | $ (8,767.23) | bank_account | JPMORGAN CHASE | 7775 |
| | | $ (17,079.25) | | | |

| | | |
|---|---|---|
| BAP Reimbursement Check | | $ (3,651.84) |

| | | |
|---|---|---|
| **Total Still Owed to CSV Bank Account** | | **$ (17,591.82)** |

Email – Do not have direct access to Michael@channelreply.com he has simply forwarded my emails to an alternative email address, this does not give me the ability to access or control my own email as I did prior.  All Gsuite accounts must be moved back to the parent account of NDAP-LLC.

Gsuite has not been moved back to NDAP-LLC it is still a new account created by David not as it was May 26, 2017

Slack – Not currently invited as Michael@channelreply.com, now invited as mikedash1@gmail.com - not as it was May 26, 2017

Zendesk (ChannelReply) - Not currently invited as Michael@channelreply.com, now invited as mdash@coopersquareventures.com - not as it was May 26, 2017

Godaddy – All new accounts created with varying levels of Authorization, no direct access to the username NDAP which is our companies account and login - not as it was May 26, 2017 (Still no ChannelReply.com anywhere in any of the accounts)

Stripe – Access Granted
All company information in Stripe is incorrect, still states ChannelReply, Inc instead of Cooper Square Ventures, LLC with ChannelReply inc address. Not as it was May 26, 2017

Chargebee – Cannot access as was granted to Michael@channelreply.com but makes me login through my google account login (gsuite account) and there is none associated as of now.  Not as it was May 26, 2017

Github – Access Granted

PayPal – Cannot access paypal@coopersquareventures.com login as I did prior to May prior to May 26, 2017

Upwork Account – Access Granted

Amazon Seller Central – cannot access mdash@ndap-llc.com account
cannot access Michael@channelreply.com account
cannot access mdash+eu@ndap-llc.com account
on May 26th these accounts were the access points for all ChannelReply MWS details and information

AWS – cannot access NDAP or ChannelReply AWS accounts  - no login provided or email invitation provided.

Magento – cannot access Magento account (username mdash) no way to reset password

| | |
|---|---|
| **Full Name:** | Barry S. Guaglardi, Esq. |
| **Last Name:** | Guaglardi |
| **First Name:** | Barry |
| **Job Title:** | Managing Partner |
| **Company:** | Arturi, D'Argenio, Guaglardi & Meliti, LLP |
| | |
| **IM Address:** | www.adgmlaw.com |
| | |
| **Business:** | (201) 947-4100 |
| **Primary Phone:** | (201) 374-9087 Direct Dial |
| **Business Fax:** | (201) 947-1010 Fax |
| | |
| **E-mail:** | bguaglardi@adgmlaw.com |
| **E-mail Display As:** | Barry S. Guaglardi, Esq. (bguaglardi@adgmlaw.com) |