**ORIGINAL**

# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| BARRY S. GUAGLARDI ▲ | 365 WEST PASSAIC STREET, SUITE 130 | JASON S. NUNNERMACKER ♦ |
| MICHAEL P. MELITI ▲ | ROCHELLE PARK, NJ 07662 | FRANCES OLIVERI ▲ |
| | TELEPHONE: 201-947-4100 | KRISTEN E. DANIELE ▲ |
| | FACSIMILE: 201-947-1010 | EVAN A. OSTRER ▲ |
| | FACSIMILE: 201-843-5302 | MYLES M. MISSIRIAN ♦ |

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

♦ NJ BAR
▲ NJ & NY BAR

DIRECT DIAL: 201-374-9146
MMISSIRIAN@ADGMLAW.COM
WEBSITE: WWW.ADGMLAW.COM

August 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/20

**MEMO ENDORSED**

**VIA HAND DELIVERY**
Honorable Louis Stanton, U.S.D.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re: **Michael Dardashtian, et al. v. David Gitman, et al.**
    **17-cv-4327**

*Respectfully referred to Judge Lehrburger.*
*Louis L. Stanton*
*8/19/20*

Dear Judge Stanton:

Kindly be advised that the undersigned firm represents the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply ("Plaintiff Companies") in connection with the above-referenced matter.

Enclosed herein please find two (2) courtesy copies of Plaintiffs' Notice of Motion for Partial Summary Judgment on Counts 2, 5, 7, 10, 12, 18, 19, and 20 of Plaintiffs' First Amended Verified Complaint and dismissing Defendants' Amended Counterclaims pursuant to Rule 56 of the Federal Rules, with the following documents in support:

(a) Plaintiffs' Rule 56.1 Statement of Undisputed Facts;
(b) Memorandum of Law;
(c) Affidavit of Michael Dardashtian, dated August 13, 2020, with accompanying tabbed exhibits 1-148;
(d) Affidavit of Konstantyn Bagaiev, dated July 29, 2020, with accompanying tabbed exhibits A and B;
(e) Declaration of Joel Liebman, C.P.A., dated August 13, 2020, with accompanying tabbed exhibit A;
(f) Affidavit of Carleen J. Gaskin, CPA/CFF, with accompanying exhibit A;
(g) Declaration of Barry Guaglardi, dated August 13, 2020, with accompanying tabbed exhibits A- Q;
(h) [proposed] Order; and
(i) Affirmation of Service, dated August 14, 2020.

1

Thank you for Your Honor's consideration of the foregoing.

>Respectfully Submitted,
>**GUAGLARDI & MELITI, LLP**
>
>Barry S. Guaglardi, Esq.

BSG:eo
Enclosures
Cc:   All counsel of Record via ECF