UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Michael Dardashtian, et al.,

Plaintiff,

-v-

David Gitman, et al.,

Defendant.

-------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 cv 4327  (LLS) (RWL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/20

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☑ Specific Non-Dispositive Motion/Dispute:*
   See below

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

☐ Habeas Corpus

☐ Social Security

☑ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: Plaintiff's Motion for Partial Summary Judgment filed 8/19/20

   All such motions: _____

*Identification and resolution of outstanding disputes regarding completeness of defendant's compliance with orders of this court (Ramos, J. on June 8 and June 9; Stanton, J. on June 13) for the purpose of restoring the factual situation to that existing on May 26, 2017; hear and determine resolution of each specific item still in issue between the parties. Recommend directions to be included in a preliminary injunction, as necessary to address continuing violations.

*Do not check if already referred for general pretrial.

Dated August 20, 2020

SO ORDERED:

*Louis L. Stanton*

United States District Judge