UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DARDASHTIAN, individually and on behalf of COOPER SQUARE VENTURES, LLC NDAP, LLC and CHANNEL REPLY,<br><br>        Plaintiffs,<br><br>    -against-<br><br>DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, KONSTANTYN BAGAIEV, OLESKKII GLUKHAREV and CHANNEL REPLY, INC.,<br>        Defendants.<br>. | Civil Case No.:  1:17 Civ.4327 (LLS) |

**DECLARATION OF SANG J SIM IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

SANG J SIM, ESQ., affirms the following under penalty of perjury:

1. I am making this declaration in opposition to the motion for summary judgment filed by the Plaintiffs.

2. In opposition of this motion, a true and accurate copy of Michael Dardashtian's deposition testimony is annexed hereto as Exhibit A.

3. A true and accurate copy of Carleen Gaskin's deposition transcript is annexed hereto as Exhibit B.

4. A true and accurate copy of proceedings before Judge Stanton on June 19, 2017 is annexed hereto as Exhibit C.

5. A true and accurate copy of relevant pages from the book Standards of Value, Theory and Applications, Second Edition by Jay E. Fishman, Shannon P. Pratt, and William J. Morrison, which was identified as authoritative by Carleen Gaskin is annexed hereto as Exhibit D.

6. A true and accurate copy of accounting workpapers that was produced to Plaintiffs in Defendants discovery submission that demonstrates uneven distribution to Michael Dardashtian is annexed hereto as Exhibit E.

7. A true and accurate copy of the Service Agreement with Jeremey Falk's entity setting forth the commission to be paid Falk is annexed hereto as Exhibit F.

8. A true and accurate copy of a telephone text between David Gitman and Michael Dardashtian that was attached as an Exhibit to Plaintiffs' motion for summary judgment is annexed hereto as Exhibit G, which demonstrates that Michael Dardashtian knew that assets had to be spinned off from CSV.

9. True and accurate copies of Quickbooks transaction report attached to Plaintiffs' motion for summary judgment is annexed hereto as Exhibit H.

10. True and accurate copy of Accel Commerce and Dalva Ventures LLC Operating Agreement are annexed hereto as Exhibit I.

11. True and accurate copy of Common Stock Purchase Agreement by Channel Reply, Inc. is annexed hereto as Exhibit J

12. True and accurate copy of relevant communication between Bagaiev and Gitman that was attached to Plaintiffs motion for summary judgment is annexed hereto as Exhibit K.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Bayside, New York
September 28, 2020

/s/Sang J. Sim
Sang J. Sim, Esq.