# ACCOUNTING
# DOCUMENTS

**Issues identified after a review of the documents received:**

- The profit and loss statement per QuickBooks bears little to no resemblance to tax returns 2012-2016 for CSV or NDAP
- The stockholders equity and the capital accounts for CSV and NDAP, respectively, per QuickBooks does not agree with the tax returns
- Distributions between MD and DG are not equal
- There were disbursements made on behalf of MD for which DG did not credit
- The income reported for 2017 on QuickBooks does not agree with Charge-Be the payment processor aggregator for Channel Reply
- The inter-company accounts between CSV and DNAP do not agree
- A preliminary calculation of value for CSV would be approximately $2,000,000. This estimate of value is only to be used for discussion purposes and settlement talks. The attached exhibits are not to be distributed. It does not include any applicable discounts for control or marketability. I have not performed all the steps required for an opinion of value utilizing the valuation standards. SSVS #1 – allows us to do a calculation of value for litigation purposes that do not include all the requirements of an opinion of value. See Exhibits 1-4 attached for our calculations. Exhibit 3 is the exhibit that calculates value.

**The profit and loss statement per QuickBooks bears little to no resemblance to tax returns 2012-2016 for CSV or NDAP**

A Forensic accountant cannot rely on the QuickBooks files for a forensic analysis if they do not agree with the tax returns. A forensic accountant needs to know that the detail being reviewed is correct and pertains to the subject company.

The following are two charts that compare critical elements of the profit and loss statement as reported by QuickBooks and the tax returns from 2012-2016 (the last year a tax return is available) for CVS and 2012-2014 for NDAP: NDAP was out of business in 2016 and apparently did not file a 2016 return. Apparently NDP was reported as part of CVS in 2015.

## Copper Square Ventures

| | 2012 | | 2013 | | 2014 | | 2015 | | 2016 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (000's) | | | | | |
| Net income Per the QuickBooks | $ | (20) | $ | 171 | $ | 197 | $ | 244 | $ | 2,993 |
| Officer Comp per QuickBooks | $ | - | $ | - | $ | - | $ | - | $ | 9 |
| Officer heal Insurance per QuickBooks | $ | - | $ | - | $ | - | $ | - | $ | 18 |
| Net revenue per QuickBooks | $ | 135 | $ | 241 | $ | 206 | $ | 261 | $ | 185 |
| Guaranteed Payments From NDAP shown as Consulting Income on QuickBooks | $ | 124 | $ | 227 | $ | 202 | $ | 257 | $ | 8 |
| | | | | | | | | | | |
| Net income Per the Books per Tax Returns | $ | 141 | $ | 64 | $ | 20 | $ | (181) | $ | (52) |
| Officer Comp per tax returns | $ | - | $ | 131 | $ | 159 | $ | 159 | $ | 9 |
| Officer heal Insurance per tax returns | | | $ | 7 | | | | | | |
| Net revenue per Tax Returns | | | | | | | $ | 5,962 | $ | 419 |
| Guaranteed Payments From NDAP per tax returns | $ | 142 | $ | 219 | $ | 207 | | | | |
| | | | | | | | | | | |
| Difference between QuicBooks and Tax Returns:: | | | | | | | | | | |
| Net income Per the Books per Tax Returns | $ | (161) | $ | 107 | $ | 177 | $ | 425 | $ | 55 |
| Officer Comp per tax returns | $ | - | $ | (131) | $ | (159) | $ | (159) | $ | - |
| Officer heal Insurance per tax returns | $ | - | $ | (7.0) | $ | - | $ | - | $ | 17.7 |
| Net revenue per Tax returns | | | | | | | $ | (5,701) | $ | (234) |
| Guaranteed Payments From NDAP | $ | (18) | $ | 8 | $ | (6) | | | | |

## NDAP

| | 2012 | | 2013 | | 2014 |
|---|---|---|---|---|---|
| | | | (000's) | | |
| Net income Per the Books per QuickBooks | $ | 358 | $ | 206 | $ | 69 |
| Guaranteed Payment to CSV per QuickBooks | $ | 150 | $ | 220 | $ | 200 |
| Net Revenue per QuickBooks | $ | 2,177 | $ | 4,021 | $ | 5,720 |
| Gross Profit per QuickBooks | $ | 792 | $ | 1,202 | $ | 1,499 |
| Gross profit Percentage | | 36% | | 30% | | 26% |
| | | | | | | |
| Net income Per the Books per Tax Returns | $ | (18) | $ | (97) | $ | (128) |
| Guaranteed Payment to CSV per Tax Returns | $ | 150 | $ | 220 | $ | 196 |
| Net Revenue per Tax Returns | $ | 2,151 | $ | 4,011 | $ | 5,734 |
| Gross Profit per Tax Returns | $ | 448 | $ | 1,045 | $ | 2,281 |
| Gross profit Percentage | | 21% | | 26% | | 40% |
| | | | | | | |
| Difference Between QuickBooks and Tax Returns: | | | | | | |
| Net income Per the Books per Tax Returns | $ | 376 | $ | 303 | $ | 197 |
| Guaranteed Payment to CSV per QuickBooks | $ | 0 | $ | (0) | $ | 4 |
| Sales | $ | 26 | $ | 10 | $ | (14) |
| Gross Profit | $ | 344 | $ | 157 | $ | (782) |
| Gross profit Percentage | | 16% | | 4% | | -14% |

**The stockholders' equity and the capital accounts for CSV and NDAP, respectively, per QuickBooks does not agree with the tax returns**

As with the profit and loss statements, the differences between the balance sheets per QuickBooks and the Tax Returns indicate is just another example of why you cannot rely on either the QuickBooks or Tax Returns. The tax returns did not report balance sheets for CSV. However, they do report the Accumulated Adjustment Account, Other Adjustments Account and Shareholders' Undistributed Taxable Income Previously Taxed which in CSVs case would indicate the approximate shareholders' equity.

The following is a table that shows the differences for CSV:

| | (000s) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2012 | 2013 | 2014 | 2015 | 2016 |
| Shareholders' Equity per QuickBooks | $ (19) | $ 152 | $ 329 | $ 541 | $ 536 |
| Accumulated Adjustment Account, Other Adjustments Account and Shareholders' Undistributed Taxable Income Previously Taxed | $ - | $ 12 | $ 13 | $ (168) | $ (221) |
| Difference between Equity and the AAA | $ (19) | $ 140 | $ 316 | $ 709 | $ 757 |

The following is a table that shows the differences for NDAP:

| | (000s) | | |
| --- | --- | --- | --- |
| | 2012 | 2013 | 2014 |
| Partners' Capital Accounts per QuickBooks | $ 397 | $ 604 | $ 461 |
| Partner Capital Accounts per Tax Return | $ (35) | $ (132) | $ (259) |
| Difference between Capital Accounts per Tax Returns and total Equity | $ 432 | $ 736 | $ 720 |

**Distributions between MD and DG are not equal**

In 2016 the QuickBbooks files that include the balance sheet and cumulative general ledger report that MD got $20,000 while DG received $10,000.

In addition the tax returns show no distributions were made for 2016.

**There were disbursements made on behalf of MD for which DG did not credit**

The QuickBook disbursement files indicate that in 2013 there was a "Michael Dardashtian CSV 401K" payment for $13,500.

there DG did not get a corresponding benefit.

QuickBooks files indicate that there was health insurance of $17,635 paid. As DG and MD were the only ones for which this could have applied, and DG said it was not for him, it is apparent that is was for MD. DG did not get a corresponding benefit.

In 2013 the tax returns indicated that there was approximately $7,000 of health insurance paid. DG indicated it was not him that received the coverage. As MD would be the only other individual that it could have been for, this is another benefit that MD got that EDG did not.

**The income reported for 2017 on QuickBooks does not agree with Charge-Be the payment processor aggregator for Channel Reply**

DG provided a statement from Charge-Be that there were $447,000 of net revenue generated on the internet for Channel Reply. The QuickBooks profit and loss statements is only reporting $343,000.

According to DG the $447,000 that Charge-Be reports is what was collected for Channel Reply. It should be noted that the 2017 1099 from Stripe one of the processors included in the Charge-Be amount was $274,917.

**The inter-company accounts between CSV and DNAP do not agree**

Inter-company accounts are a way for related parties to pay and receive funds on behalf of another. If the inter-company accounts do not agree then the income or expenses on one or the other company will not be correct, and their books would not include all their business activity.

For Example: If NDAP paid $100,000 of expenses for CSV, then CSV has to pick a liability to NDAP. If they do not show this liability to NDAP then CSV did not pick up expenses paid for them by NDAP

The QuickBooks files show the following differences between CSV and NDAP:

|  | (000s) | |
| --- | --- | --- |
|  | 2016 | 2017 |
| Inter-company with NDAP on CSV's QBs, a liability | $ (44) | $ (12) |
| Inter-company with CSV on NDAP's QBs, a receivable | $ 20 | $ 20 |
| Difference | $ (24) | $ 8 |

**Cooper Square Ventures-**
**For Discussion Purposes Only**
**Fair Market Value of Equity**
**As of December 31, 2017**
**Statements of Operations**

APPENDIX I

For Settlement Purposes Only
Exhibit 1

In Whole Dollars

|  | | 12/31/2016 (a) | | 12/31/2017 (a) |
|---|---|---|---|---|
| Revenue | $ | 418,999 | $ | 447,000 |
| *Growth* | | *NA* | | *6.7%* |
| Operating expenses | | | | |
| General and administrative | | 145,227 | | 164,742 |
| Total operating expenses | | 145,227 | | 164,742 |
| *Growth* | | *NA* | | *13.4%* |
| Income from operations | | 273,772 | | 282,258 |
| *Operating Margin* | | *65.3%* | | *63.1%* |
| Pre-tax income | | 273,772 | | 282,258 |
| Income tax expense | | - | | - |
| Net income | $ | 273,772 | $ | 282,258 |
| *Net Income Margin* | | *65.3%* | | *63.1%* |

**Footnote:**
(a)  Source: Internal financial statements and tax returns

Shulman Associates LLC
Valuation Consulting Services

**Cooper Square Ventures - (b)** 
**Only**
**Fair Market Value of Equity**
**As of December 31, 2017**
**Supporting Schedule of Normalized Operating Expenses**
In Whole Dollars

APPENDIX 1
For Settlement Purposes Only
Exhibit 2

| | (a) 12/31/2016 | (a) 12/31/2017 |
|---|---|---|
| **General and administrative** | | |
| Advertising and promotion | $ 133 | $ 406 |
| Bank service charges | 200 | 774 |
| Amazon fees | - | 635 |
| PayPal fees | 2,239 | 2,553 |
| Account fees invoice | 80 | 20 |
| Stripe fees | 2,240 | 7,763 |
| Insurance | - | 51 |
| Computer and internet expenses | 52 | 477 |
| Software | 4,540 | 8,117 |
| Office meals | 4,338 | 1,739 |
| Rent expense | - | 2,327 |
| Supplies | 105 | 76 |
| Telecommunications | 4,936 | 4,401 |
| Accounting services | 3,000 | 8,094 |
| Consultants | 65,000 | 66,000 |
| Legal | 913 | 2,416 |
| Air | (316) | 1,211 |
| Auto gas | 527 | 496 |
| Auto rental | - | 312 |
| Lodging | 2,048 | 1,659 |
| Parking | 70 | 52 |
| Taxi | 824 | 601 |
| Train | 4,249 | 4,390 |
| Taxes | 50 | 175 |
| Site operations | 50,000 | 50,000 |
| **Total general and administrative** | 145,227 | 164,742 |
| *Percent of net revenue* | *34.7%* | *36.9%* |

**Footnote:**
(a)  Source: Internal financial statements and tax returns

Shulman Associates LLC
Valuation Consulting Services

APPENDIX I

**Cooper Square Ventures-**
**Fair Market Value of Equity**
**As of December 31, 2017**
**Capitalization of Net Cash Flow Method**

For Settlement Purposes Only
Exhibit 3

In Whole Dollars

| | | | |
|---|---|---|---:|
| (a) | 2017 EBITDA | | $ 282,258 |
| (b) | Growth rate | 3.0% | 8,468 |
| | 2018 EBITDA | | 290,725 |
| | Less: Tax depreciation | | - |
| | EBIT | | 290,725 |
| | Less: Taxes | 21.0% | (61,052) |
| | After-tax operating income | | 229,673 |
| | Adjustments: | | |
| (c) | Add: Tax depreciation | | - |
| (c) | Less: Capital expenditures | | - |
| (c) | Less: Changes in debt-free noncash working capital | | - |
| | Normalized net cash flow to invested capital | 0.0% | 229,673 |
| (d) | Divide by: WACC capitalization rate | | 12.00% |
| | Subtotal | | 1,913,942 |
| | Add: Excess working capital/(Deficiency) | | - |
| | Add: Non-operating assets (incl. cash) | | - |
| | Less: Non-operating liabilities | | - |
| | Indicated enterprise value | | 1,913,942 |
| | **Indicated enterprise value (Rounded)** | | 1,913,940 |
| | Less: Total interest-bearing debt | | - |
| | Indicated value of equity | | $ 1,913,942 |
| | **Indicated value of equity (Rounded)** | | $ 1,913,940 |
| | | | |
| | **Implied Enterprise Value Multiples:** | | |
| | Enterprise Value/TTM Revenue | | 4.28 |
| | Enterprise Value/TTM EBITDA | | 6.78 |

**Footnotes:**
(a) See Exhibit 1: Statements of Operations.
(b) Estimated long-term growth rate based on the expected reinvestment rate (capital expenditures less tax depreciation and change in debt-free non-cash working capital), long-term growth expectations of the Company, as well as consideration of the overall growth rate of the economy.
(c) It was assumed that the reinvestment rate (capital expenditures less tax depreciation and change in debt-free non-cash working capital) is insignificant.
(d) See Exhibit 4: Weighted Average Cost of Capital Analysis.

Shulman Associates LLC
Valuation Consulting Services

APPENDIX 1

**Cooper Square Ventures-**
**Fair Market Value of Equity**
**As of December 31, 2017**

For Settlement Purposes Only
Exhibit 4
(Page 1 of 2)

**Weighted Average Cost of Capital Analysis**

**Modified Capital Asset Pricing Model Calculation:**

| | | |
|---|---|---|
| Risk-free rate ($R_f$) | (a) | 2.58% |
| Plus equity risk premium: | | |
| Equity risk premium ($R_m$–$R_f$) | (b) | 5.97% |
| Adjusted unlevered beta | | 1.15 |
| Adjusted levered beta ($\beta$) | (c) | 1.15 |
| Capital asset pricing model | | 6.9% |
| Size premium | (d) | 9.45% |
| Specific risk premium | (e) | 5.59% |
| Country risk premium | | 0.00% |
| Cost of equity capital | | 15.04% |

| | | |
|---|---|---|
| Weighted Average Cost of capital (rounded) | | 15.00% |
| Less: Long-term sustainable growth rate | | 3.00% |
| Capitalization rate | | 12.00% |

**Cost of Debt Capital Calculation:**

| | | |
|---|---|---|
| Cost of debt capital | (f) | 0.00% |
| Tax rate | (g) | 21.00% |
| After tax cost of debt capital | | 0.00% |

**Weighted Average Cost of Capital Calculation:** (h)

| | Weight | Cost of Capital | Rate |
|---|---|---|---|
| Cost of equity capital | 100.00% | 15.04% | 15.04% |
| Cost of debt capital | 0.00% | 0.00% | 0.00% |
| Weighted average cost of capital | (i) | | 15.04% |

**Footnotes:**

(a) Measured by the 20-year Treasury Bond for December 31, 2017 as reported by the Federal Reserve Bank Daily Interest Rate Data.

(b) Equity risk premium based on the long-horizon supply-side expected equity risk premium as reported in the 2017 Duff & Phelps Valuation Handbook - Guide to Cost of Capital.

(c) Beta estimate was based on the 2017 Duff & Phelps Valuation Handbook - U.S. Industry Cost of Capital and Damodaran Online.

(d) Size premium based on the historical return of small capitalization stocks (decile 10 - market capitalization between $2.516 million and $262.891 million) in excess of CAPM, as reported in the 2017 Duff & Phelps Valuation Handbook - Guide to Cost of Capital.

(e) An adjustment is not warranted as the likely buyer would be in the software online technology business and would be purchasing the platform without concern for the size of the company.

(f) As the Company is expected to finance operations from internal cash flow, the cost of debt is not applicable.

(g) Estimated blended federal and state corporate income tax rates.

(h) Capital structure based principally the history of the Company and management's expected financial policy.

(i) Estimated long-term growth rate based on the expected reinvestment rate (capital expenditures less tax depreciation and change in debt-free non-cash working capital), long-term growth expectations of the Company, as well as consideration of the overall growth rate of the economy.