●●ooo Verizon 🔾          7:24 PM           19% 🔋

&lt;          David Gitman

---

05/11, 11:13 AM

 You in the office?

Ya

 Kk

I'll swing by

05/11, 12:53 PM

Let's sit down tom - we gotta go thru all expenses etc and figure out how to spin everything out of CSV and into a newco.. we gotta cut everything we dont need at this point..

 Sure

05/12, 9:43 AM

Type a message here      

