# COOPER SQUARE VENTURES LLC
## Transaction Report
### January 2013 - March 2017

| Date | Transaction Type | Name | Memo/Description |
|---|---|---|---|
| **Michael Dardashtian Contribution** | | | |
| Beginning Balance | | | |
| 01/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/01/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 08/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 10/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 10/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 11/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 11/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Micl |
| 12/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/15/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| **Total for Michael Dardashtian Contributio** | | | |
| | | | |
| **Partner 1 Draws** | | | |
| 05/27/2014 | Check | Michael Dardashtian | |
| 05/19/2016 | Check | Michael Dardashtian | Check 69 |
| 09/12/2016 | Expense | Michael Dardashtian | TRANSFER COOPER SQUARE VENT |
| **Total for Partner 1 Draws** | | | |
| | | | **Automobile Expense** |
| 01/07/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003ε |
| 02/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003ε |

| 03/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 04/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 05/02/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 07/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 08/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 09/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 10/03/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 11/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 12/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |
| 06/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:33030003 |

**Total Automobile expense**

**Health Insurance**

| 01/13/2016 | Check | NorthShore LIJ Care Connect | Health Insurance |
| 02/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 02/09/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 03/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 04/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 05/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 06/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill North |
| 07/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 07/18/2016 | Deposit | AP Intego | APIntegoInsuranc DES:ACHTRANS ID |
| 08/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 09/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 10/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 11/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 12/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |

**Total Health Insurance**

## COOPER SQUARE VENTURES LLC
## Transaction Report
January 2013 - March 2017

| Date | Transaction Ty | Name | Memo/Description |
|---|---|---|---|
| **Michael Dardashtian Contribution** | | | |
| Beginning Balance | | | |
| 01/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 03/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 04/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/01/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 05/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 06/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/17/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 07/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 08/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 09/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 10/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 10/16/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 11/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 11/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 12/02/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 12/18/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil Mich |
| 12/31/2015 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 01/15/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/02/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| 02/18/2016 | Expense | Michael Dardashtian CSV 401k | Michael Dardashtian CSV 401k Bil |
| **Total for Michael Dardashtian Contributio** | | | |
| | | | |
| **Partner 1 Draws** | | | |
| 05/27/2014 | Check | Michael Dardashtian | |
| 05/19/2016 | Check | Michael Dardashtian | Check 69 |
| 09/12/2016 | Expense | Michael Dardashtian | TRANSFER COOPER SQUARE VENT |
| **Total for Partner 1 Draws** | | | |
| | | | **Automobile Expense** |
| 01/07/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 02/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |

| 03/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 04/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 05/02/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 07/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 08/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 09/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 10/03/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 11/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 12/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |
| 06/01/2016 | Expense | Volvo | VCFS DES:LEASE PMT ID:330300038 |

**Total Automobile expense**

### Health Insurance

| 01/13/2016 | Check | NorthShore LIJ Care Connect | Health Insurance |
| 02/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 02/09/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 03/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 04/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 05/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 06/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill North |
| 07/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 07/18/2016 | Deposit | AP Intego | APIntegoInsuranc DES:ACHTRANS ID |
| 08/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 09/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 10/01/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 11/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |
| 12/02/2016 | Expense | Insurance | North Shore LIJ CareConnect Bill |

**Total Health Insurance**

| Account | Split | Amount |
|---|---|---|
| | | 500.00 |
| Michael Dardashtian Contributio | Bank of America | (729.16) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| Michael Dardashtian Contributio | Bank of America | (750.00) |
| | | (20,479.16) |
| | | |
| Partner 1 Draws | Bank of America | -10,000.00 |
| Partner 1 Draws | Bank of America | -5,000.00 |
| Partner 1 Draws | Bank of America | -5,000.00 |
| | | -$ 20,000.00 |
| | | |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |

| Automobile Expense | Bank of America | 448.89 |
|---|---|---|
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| Automobile Expense | Bank of America | 448.89 |
| | | **5,386.68** |

| Insurance Expense | Bank of America | 1,405.00 |
|---|---|---|
| Insurance Expense | Bank of America | 1,405.00 |
| Insurance Expense | Bank of America | 132.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | -272.60 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| Insurance Expense | Bank of America | 1,471.00 |
| | | **17,379.40** |

| | | **63,245.24** |
|---|---|---|

## COOPER SQUARE VENTURES LLC
## Transaction Report
January 2013 - March 2017

| Date | Transaction Type | Name |
|------|------------------|------|
| **David Gitman Contribution** | | |
| Beginning Balance | | |
| 01/02/2015 | Expense | David Gitman |
| 01/16/2015 | Expense | David Gitman |
| 02/02/2015 | Expense | David Gitman |
| 02/18/2015 | Expense | David Gitman |
| 03/02/2015 | Expense | David Gitman |
| 03/18/2015 | Expense | David Gitman |
| 04/02/2015 | Expense | David Gitman |
| 04/17/2015 | Expense | David Gitman |
| 05/01/2015 | Expense | Pershing LLC FBO |
| 05/18/2015 | Expense | Pershing LLC FBO |
| 06/02/2015 | Expense | Pershing LLC FBO |
| 06/18/2015 | Expense | Pershing LLC FBO |
| 07/02/2015 | Expense | David Gitman |
| 07/17/2015 | Expense | David Gitman |
| 07/31/2015 | Expense | David Gitman |
| 08/18/2015 | Expense | David Gitman |
| 09/02/2015 | Expense | David Gitman |
| 09/18/2015 | Expense | David Gitman |
| 10/02/2015 | Expense | David Gitman |
| 10/16/2015 | Expense | David Gitman |
| 11/02/2015 | Expense | David Gitman |
| 11/18/2015 | Expense | David Gitman |
| 12/02/2015 | Expense | David Gitman |
| 12/18/2015 | Expense | David Gitman |
| 12/31/2015 | Expense | David Gitman |
| 01/15/2016 | Expense | David Gitman |
| 02/02/2016 | Expense | David Gitman |
| 02/18/2016 | Expense | Pershing LLC FBO |
| **Total for David Gitman Contribution** | | |
| | | |
| **Partner 2 Draws** | | |
| 05/27/2014 | Check | David Gitman |
| **Total for Partner 2 Draws** | | |
| | | |
| **Automobile Expense** | | |
| 01/29/2016 | Expense | BMW |
| 02/29/2016 | Expense | BMW |
| 03/29/2016 | Expense | BMW |

| | | |
|---|---|---|
| 04/29/2016 | Expense | BMW |
| 07/29/2016 | Expense | BMW |
| 08/30/2016 | Expense | BMW |
| 09/29/2016 | Expense | BMW |
| 10/31/2016 | Expense | BMW |
| 11/29/2016 | Expense | BMW |
| 12/29/2016 | Expense | BMW |
| 05/31/2016 | Expense | BMW |
| 06/29/2016 | Expense | BMW |

**Total Automobile expense**

| Memo/Description | Account | Split |
|---|---|---|
| David Gitman 401K Contribution | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi Pershing LLC FBO Cooper | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| Pershing LLC FBO Cooper Squar Bi | David Gitman Contribution | Bank of America |
| | Partner 2 Draws | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |

| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT BMWFINANCIAL S\ | Automobile Expense | Bank of America |
| BMWFINANCIAL SVS DES:BMWFS PYMT BMWFINANCIAL S\ | Automobile Expense | Bank of America |

| Amount |
| --- |
| 500.00 |
| (729.16) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| (750.00) |
| **(20,479.16)** |

|   |
| --- |
| -10,000.00 |
| **-$    10,000.00** |

|   |
| --- |
| 528.57 |
| 528.57 |
| 528.57 |

```
                528.57
                528.57
                528.57
                528.57
                528.57
                528.57
                528.57
                528.57
                528.57
              6,342.84


            36,822.00
```

**COOPER SQUARE VENTURES LLC**
**Cash and Expenses Distribution**
**BOFA Account**
**For the Year 2014 to 2016**

|  | dgitman | mdash | TOTAL |
|---|---|---|---|
| Owners Draw | 20,479.16 | 20,479.16 | 40,958.32 |
| Cash Distribution | 10,000.00 | 20,000.00 | 30,000.00 |
| Automobile Expense | 6,342.84 | 5,386.68 | 11,729.52 |
| Health Insurance | - | 17,379.40 | 17,379.40 |
| **TOTAL** | **36,822.00** | **63,245.24** | **100,067.24** |

**COOPER SQUARE VENTURES LLC**
**Cash and Expenses Distribution**
**BOFA Account**
**For the Year 2014 to 2016**

| | dgltman | mdash | TOTAL |
|---|---|---|---|
| Owners Draw | 20,479.16 | 20,479.16 | 40,958.32 |
| Cash Distribution | 10,000.00 | 20,000.00 | 30,000.00 |
| Automobile Expense | 6,342.84 | 5,386.68 | 11,729.52 |
| Health Insurance | - | 17,379.40 | 17,379.40 |
| **TOTAL** | **36,822.00** | **63,245.24** | **100,067.24** |