- davidgitman12/11/2017, 8:01:23 AM

  I am not allowed t touch CR.

- davidgitman12/11/2017, 8:01:14 AM

  Yes. By court order.

- bagaiev.kostiantyn12/11/2017, 8:01:06 AM

  <quote author="davidgitman" authorname="David Gitman" timestamp="1512997240" conversation="8:davidgitman" messageid="1512997240185"><legacyquote>[1512997240] David Gitman: </legacyquote>I am not allowed to do it. <legacyquote>

  <<< </legacyquote></quote>Really?

- davidgitman12/11/2017, 8:00:52 AM

  Check your email.

- davidgitman12/11/2017, 8:00:39 AM

  I am not allowed to do it.

- davidgitman12/11/2017, 8:00:32 AM

  I didn't ignore. I said mike has to do it.

- bagaiev.kostiantyn12/11/2017, 8:00:06 AM

  Dave, I asked you to enable higher level of support. We couldn't do that without you. You ignored me in skype and in 2 emails.

- davidgitman12/11/2017, 7:59:53 AM

  Check the documents that are filed tomorrow.

- bagaiev.kostiantyn12/11/2017, 7:59:33 AM

  Mike promised me share, you promised me something. I don't care any more. If I'll get fired - I'll start something for myself.

- davidgitman12/11/2017, 7:59:26 AM

That means that Mike should start conversation about that with me

- bagaiev.kostiantyn 9/27/2017, 4:41:33 PM

  So basically I understand why you need this.

- bagaiev.kostiantyn 9/27/2017, 4:41:23 PM

  I want to hear Mike's opinion

- bagaiev.kostiantyn 9/27/2017, 4:41:15 PM

  So basically I understand ehy you need this.

- bagaiev.kostiantyn 9/27/2017, 4:40:50 PM

  I was promised by both you and Mike that I have equity. I want to hear both, your and Mike reasons to sign such agreement

- davidgitman 9/27/2017, 4:39:16 PM

  I said that's crazy.

- davidgitman 9/27/2017, 4:39:06 PM

  They think you will since you went back to work.

- davidgitman 9/27/2017, 4:38:46 PM

  And I would not be able to compete with CR.

- bagaiev.kostiantyn 9/27/2017, 4:38:43 PM

  Why should I do this ?

- davidgitman 9/27/2017, 4:38:14 PM

  Also they mentioned I would have to help get you to sign an agreement with CR for no equity.

- bagaiev.kostiantyn 9/27/2017, 4:37:58 PM

  I'm here

Right. That's what I'm talking about.

- davidgitman 6/5/2017, 12:14:07 PM

  And also keep you out of US

- davidgitman 6/5/2017, 12:13:58 PM

  You would never see anything from sale

- bagaiev.kostiantyn 6/5/2017, 12:13:01 PM

  Don't be in a hurry. Talk to your lawyers &lt;ss type="smile"&gt;:)&lt;/ss&gt;

- bagaiev.kostiantyn 6/5/2017, 12:11:57 PM

  On 6/5/17, at 6:10 PM, David Gitman wrote:
  &gt; What do you mean lied about share?

  He sent me an email in 10th of October last year, that I'll pretend on 5% in case of CR sale, or extra income. Basically if these taxes are not paid that makes no sense for me.

- davidgitman 6/5/2017, 12:11:08 PM

  I will reply to his last email

- davidgitman 6/5/2017, 12:10:49 PM

  I'm going to send an email to Mike.

- davidgitman 6/5/2017, 12:10:43 PM

  What do you mean lied about share?

- bagaiev.kostiantyn 6/5/2017, 12:10:21 PM

  So basically that means that Mike lied to me about share too. Just lied.

- davidgitman 6/5/2017, 12:10:15 PM

  Look in upwork contract. They say taxes are up to the parties to do correctly&lt;e_m ts="1496679004" ts_ms="1496679004998" a="davidgitman" t="61"/&gt;