UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
MICHAEL DARDASHTIAN, individually and on
behalf of COOPER SQUARE VENTURES, LLC,
NDAP, LLC and CHANNEL REPLY,

                    Plaintiffs,

          -against-              Index No:
                                17-cv-4327(LLS)(RWL)


DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA
VENTURES, LLC, KONSTANTYN BAGAIEVE, OLESKKII
GLUKHAREV and CHANNEL REPLY, INC.,

                    Defendants.
-----------------------------------------x


     EXAMINATION BEFORE TRIAL of the Plaintiff,
MICHAEL DARDASHTIAN, taken by the Defendant,
pursuant to Court Order, via video conference, on
April 16, 2020, at 10:33 a.m., before a Notary
Public of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3    GUAGLARDI & MELITI LLP
            Attorneys for Plaintiffs
 4          365 West Passaic Street, Suite 130
            Rochelle Park, New Jersey 07662
 5
      BY:   EVAN OSTRER, ESQ.
 6          BARRY GUAGLARDI, ESQ.
 7
 8
      SIM & DEPAOLA, LLP
 9          Attorney for Defendants
            DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA
10          VENTURES, LLC & CHANNEL REPLY, INC.
            42-40 Bell Boulevard, Suite 201
11          Bayside, New York 11361
12    BY:   SANG SIM, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2              S T I P U L A T I O N S:
 3            IT IS HEREBY STIPULATED AND AGREED by and
 4    between (among) counsel for the respective parties
 5    herein, that filing and sealing be and the same are
 6    hereby waived.
 7            IT IS FURTHER STIPULATED AND AGREED that all
 8    objections, except as to the form of the question
 9    shall be reserved to the time of the trial.
10            IT IS FURTHER STIPULATED AND AGREED that the
11    within deposition may be sworn to and signed before
12    any officer authorized to administer an oath, with
13    the same force and effect as if signed and sworn to
14    before the Court.
15            IT IS HEREBY STIPULATED AND AGREED by and
16    between counsel for all parties present that
17    Pursuant to CPLR section 3113(d) this deposition is
18    being conducted by video conference, that the court
19    reporter, all counsel, and the witness are all in
20    separate remote locations and participating via
21    Videoconference (LegalView/Zoom) meeting under the
22    control of Lexitas Court Reporting Service, that the
23    officer administering the oath to the witness need
24    not be in the place of the deposition and the
25    witness shall be sworn in remotely by the court
```

1
2    reporter after confirming the witnesses identity,
3    that this video conference will not be recorded in
4    any manner and that any recording without the
5    express written consent of all parties shall be
6    considered unauthorized, in violation of law, and
7    shall not be used for any purpose in this litigation
8    or otherwise.
9            IT IS FURTHER STIPULATED that exhibits may
10   be marked by the attorney presenting the exhibit to
11   the witness, and that a copy of any exhibit
12   presented to a witness shall be emailed to or
13   otherwise in possession of all counsel prior to any
14   questioning of a witness regarding the exhibit in
15   question.  All parties shall bear their own costs in
16   the conduct of this deposition by video conference,
17   not withstanding the obligation by CPLR to supply a
18   copy of the transcript to the deposed party by the
19   taking party in civil litigation matters.
20
21
22
23
24
25

1
2    M I C H A E L    D A R D A S H T I A N, the witness
3    herein, having been first duly sworn via video
4    conference by a Notary Public of the State of New
5    York, was examined and testified as follows:
6    EXAMINATION BY
7    MR. SIM:
8    Q.      State your name for the record, please.
9    A.      Michael Dardashtian.
10   Q.      State your address for the record,
11   please.
12   A.      15 Pine Drive South, Roslyn, New York
13   11576.
14              MR. GUAGLARDI:  Who is on the
15          call right now?
16              MR. SIM:  Roll call?
17              MR. GUAGLARDI:  I just want to
18          know who is on the call.
19              MR. SIM:  Right now, it is just
20          me, you, Evan, your client and the court
21          reporter.
22              MR. GUAGLARDI:  Mr. Gitman is
23          not on and nobody on his behalf is on?
24              MR. SIM:  No.
25              MR. GUAGLARDI:  Thank you.  I

1              Michael Dardashtian

2       just wanted to make sure.

3            MR. SIM:  Sure.

4            MR. OSTRER:  Before we get

5       started, Sang, if there are exhibits

6       being used, just if you can, send them

7       to me so I can forward them to the

8       witness so we are all looking at the

9       same documents as we proceed.  You just

10      were not here to defend Mr. Gitman, when

11      we did his second day.  I had sent Brett

12      all documents as we went through, and

13      then we would put them up on the screen

14      so everybody could see them.  It just

15      allowed it and enabled us to proceed a

16      little quicker that way.

17           MR. SIM:  Sure, sure.

18           That's it?

19           MR. OSTRER:  That's it.

20  Q.    Good morning, Mr. Dardashtian.  My name

21  is Sang J. Sim.  I am with the firm of Sim &

22  DePaola and we represent the Defendants in this

23  case, including Mr. Gitman.  I am going to be

24  conducting your deposition today.

25           Let me just ask you before I start,

1                    Michael Dardashtian
2     whether you have ever submitted to a deposition
3     before?
4     A.     No.
5     Q.     I am going to tell you some ground
6     rules, and it will help us get through this
7     deposition as quickly and as efficiently as
8     possible.  Today I am going to be asking you
9     questions and you are going to respond to my
10    questions verbally, which means with words.  As
11    you can tell, there is a court reporter taking
12    down a written transcript of today's
13    deposition, so I am going to ask that as I am
14    asking you questions, even though some of my
15    questions may be predictable, please wait until
16    I finish asking that question before you
17    respond because she can only take down one
18    person speaking at a time.
19              Do you understand that?
20    A.     Yes.
21    Q.     During the course of the questioning, if
22    you need a break for whatever reason, please
23    let me know.  I am very happy to accommodate.
24    I just ask that you answer any open questions
25    before taking such break.

1               Michael Dardashtian

2          You understand that, right?

3     A.     Yes.

4     Q.     During the course of questioning, some

5     questions may require an approximation.

6     Approximations are fine, as long as you

7     identify your answer as being an approximation,

8     but we do not want you to make any guesses.  If

9     you do not know, responses that I do not know,

10    I do not recall are appropriate answers.

11          Do you understand that?

12    A.     Yes.

13    Q.     Before we begin, let me ask you:  Are

14    you currently married?

15    A.     Yes.

16    Q.     Who are you married to?

17    A.     Amy Horowitz, H-O-R-O-W-I-T-Z.

18    Q.     When did you get married?

19    A.     September 2011.  I'm sorry, August 2011.

20    I should know that.

21    Q.     You currently reside with her?

22    A.     Yes.

23    Q.     Do you reside with anyone else?

24    A.     We have two children.

25    Q.     What are their ages?

```
 1              Michael Dardashtian
 2   A.     Five and one and a half.
 3   Q.     Do you reside with anyone else?
 4   A.     We have an au pair living in our
 5   household.
 6   Q.     Any family members also residing with
 7   you?
 8   A.     No.
 9   Q.     Mr. Dardashtian, can you tell us a
10   little bit about your educational background?
11   I am interested in what college you went to.
12   A.     Sure.  I went to Tulane University.
13   Q.     What did you graduate with?
14   A.     A philosophy degree.
15   Q.     That is a Bachelor's of philosophy?
16   A.     Bachelor's in philosophy, minor in
17   computer informational systems.
18   Q.     Any other degrees?
19   A.     No.
20   Q.     After you graduated from Tulane, did you
21   start an employment someplace?
22   A.     Yes, I did.
23   Q.     Where did you start?
24   A.     I believe it was called at the time
25   Concord Mortgage Company.
```

1                 Michael Dardashtian

2    Q.      What did you do there?

3    A.      I worked in sales.

4    Q.      Sales meaning to obtain mortgage leads?

5    A.      To assist in mortgage brokerage for

6    residential properties.

7    Q.      Do you know approximately from what

8    period of time you did this work?

9    A.      2004 is when I graduated.  Maybe for

10   four or five years from 2008 or '09, around

11   that.

12   Q.      After you left Concord Mortgage Company,

13   where did you go next?

14   A.      I believe I went to a company -- what

15   was called?  It was called -- a construction

16   company.  It was called Procida Construction.

17   Q.      What did you do there?

18   A.      I was a project manager.

19   Q.      What are the job duties of a project

20   manager?

21   A.      I managed a construction site, usually

22   about -- between sixty and a hundred

23   construction personnel, different roles.

24   Q.      Did there come a time where you left the

25   construction company?

1                Michael Dardashtian
2    A.     Yes.
3    Q.     What year did you leave?
4    A.     I was there for about two years.  So I
5    don't remember the year, but I was there for
6    about two years.
7    Q.     After you left the construction company,
8    did you go someplace else?
9    A.     Yes, I did.
10   Q.     Where did you go to?
11   A.     It was a startup called VirtualHealth
12   and Bodicy.  It was two companies in one.
13   Q.     You said the name was Bodicy?
14   A.     Yeah.  It's no longer in existence.
15   Q.     You said that it was also VirtualHealth.
16   VirtualHealth was the name of the entity?
17   A.     Yes.
18   Q.     You worked simultaneously at
19   VirtualHealth and Bodicy?
20   A.     Yes.
21   Q.     Were they related entities?
22   A.     Yes, they are.
23   Q.     Who was the owner?
24   A.     Adam Sabloff.
25   Q.     When you started working at

```
 1                Michael Dardashtian
 2   VirtualHealth and Bodicy, what was your title?
 3   A.      I was in charge of sales.
 4   Q.      Your duties included obtaining sales
 5   leads, --
 6   A.      Correct.
 7   Q.      -- getting sales?
 8           Anything else?
 9   A.      Well, it was a startup, and there were
10   only three or four of us, so we had a lot of
11   different roles, but my primary role was sales.
12   Q.      You indicated that was a primary role.
13   I am actually interested in hearing all your
14   roles at the company.
15   A.      Yeah.  I --
16   Q.      Sales was the primary -- go ahead.
17   A.      I assisted with the website creation,
18   design, strategy, marketing, customer service.
19   Q.      Anything else?
20   A.      I'm sorry.  You broke up.  What was
21   that?
22   Q.      I said anything else?
23   A.      I -- no.  That was -- those were my
24   primary responsibilities.
25   Q.      Do you know roughly what period of time
```

1             Michael Dardashtian
2    you were with VirtualHealth and Bodicy?
3    A.    I would have to say it was about two
4    years, so it was right after Procida.  Right
5    around 2009 to '11, I think.  Right in that
6    time.
7    Q.    Did there come a time where
8    VirtualHealth and Bodicy closed its business?
9    A.    I don't -- I don't know if they closed
10   their business, but I -- I left the business.
11   Q.    For what reason did you leave?
12   A.    I wanted to start a new company with a
13   co-founder.
14   Q.    Who was the co-founder?
15   A.    David Gitman.
16   Q.    Speaking of David Gitman, when was the
17   first time you met David?
18   A.    I found him on LinkedIn.  I don't
19   remember.  Probably 2008ish.
20   Q.    When you say found him on LinkedIn, were
21   you specifically looking for somebody named
22   David Gitman?  How did you manage to find him?
23   A.    No.  We were -- set of skills for SE
24   Virtual Health Venture.  Someone with IPTV
25   experience, with over-the-air programming

1                    Michael Dardashtian

2    experience, network cabling experience, and

3    David met these criteria.  So I messaged him on

4    LinkedIn and he responded.

5    Q.      Did David Gitman start working for

6    Bodicy VirtualHealth?

7    A.      Yes.

8    Q.      What was his function at VirtualHealth

9    and Bodicy?

10   A.      He was our -- you know, our -- I don't

11   know if it was officially a CTO, but he was our

12   chief technologist.

13   Q.      Was he employed by the VirtualHealth and

14   Bodicy?

15   A.      I don't know the answer to that

16   question.  I didn't run payroll, so I'm not

17   sure if he was on payroll or not.

18   Q.      You are not familiar with which David

19   Gitman received compensation from VirtualHealth

20   and Bodicy, correct?

21   A.      I would not know the answer to that

22   question.

23   Q.      With respect to David Gitman joining

24   VirtualHealth and Bodicy, was he recruited, so

25   to speak, to fill in a void within the company?

```
 1              Michael Dardashtian
 2   A.     I would say that there was open
 3   conversation with him to see if he could help,
 4   which he thought he could, so he joined.
 5   Q.     Did he help?
 6   A.     Yes.
 7   Q.     Did there come a time when you and David
 8   started discussing cofounding a company
 9   together?
10   A.     Correct.
11   Q.     Was this while you were employed at
12   VirtualHealth and Bodicy?
13   A.     I would say it was at the tail end when
14   the company was struggling, and we needed to
15   figure out if we wanted to work together in the
16   future.
17   Q.     Who started that conversation?
18   A.     I don't remember.
19   Q.     Sum and substance of the conversation,
20   did you guys formulate a type of company you
21   wanted to do business in?
22   A.     No, we didn't have a specific field.
23   There were a bunch of ideas that we had, but
24   there wasn't a specific industry or field that
25   we were interested in.
```

1                   Michael Dardashtian

2    Q.      When you were discussing possibly

3    creation or formation of a company together,

4    did you guys discuss in terms of what roles

5    each of you would play in the company?

6    A.      No, we never got that specific.

7    Q.      It would be some type of company in the

8    e-commerce space?

9    A.      No, not necessarily.  We looked at a

10   number of different industries.

11   Q.      What industries did you look at?

12   A.      We looked a home renovation services.

13   We looked at home maintenance.  We looked at

14   tire retreading.  We looked at a fitness

15   company.  Those are ones the ones I can recall.

16   There may have been a few others, but it was a

17   long time.  So those are the ones that come to

18   the top of my mind.

19   Q.      When you were in this type of discussion

20   with David, you were talking a brick-and-mortar

21   type of establishment or some type of business

22   using the internet?

23   A.      Most of these had an internet component

24   to them.  Some had an offline component to them

25   as well.

1                    Michael Dardashtian

2   Q.      What was the offline component?

3   A.      Well, so for the tire retreading, there

4   was the tire retreading factory where we were

5   actually retreading the physical tires

6   themselves.  For the home maintenance service,

7   there was a maintenance component where someone

8   would have to go out to homes and maintain the

9   homes and fix issues with the home.  For the

10  fitness component, there was a physical fitness

11  establishment.  So they all had an offline

12  component as well.

13  Q.      By the time you left VirtualHealth and

14  Bodicy, did you and David come to any type of

15  agreement in terms of starting a company?

16  A.      I believe we both had left, and we were

17  still in the process of deciding what to do.

18  Q.      You continued your discussion after you

19  left VirtualHealth and Bodicy, correct?

20  A.      I believe so.

21  Q.      Do you know if David Gitman left

22  VirtualHealth and Bodicy at the same time you

23  left?

24  A.      I believe so.  But again, I wasn't in

25  charge of the books or the payroll, so I don't

```
 1                 Michael Dardashtian
 2   know specifically what his arrangement was.
 3   Q.     I am not talking about leaving or ending
 4   the work with VirtualHealth or Bodicy.  Do you
 5   know if he ceased working for VirtualHealth and
 6   Bodicy around the same time you did?
 7   A.     I would think so, but you would have to
 8   ask David that question.
 9   Q.     Do you know what year you left Bodicy
10   and VirtualHealth?
11   A.     Late 2010, early 2011, I believe.
12   Maybe, it was 2011.  It was around that time.
13   Q.     Did there come a time where you and
14   David decided to start a company together?
15   A.     Yes.
16   Q.     What type of company did you finally
17   come to understand to open together?
18   A.     An online automotive parts company.
19   Q.     Who started that conversation about
20   doing online automobile parts company?
21   A.     I did.
22   Q.     What was the idea of the company?
23   A.     To sell auto parts online.
24   Q.     As a result of deciding to start a
25   company together, did you, in fact, start a
```

1               Michael Dardashtian

2    company?

3    A.      Yes, we did.

4    Q.      What was the name of that company?

5    A.      Cooper Square Ventures LLC.

6    Q.      When you guys decided to start Cooper

7    Square Venture -- I am just going to refer to

8    it as CSV, okay?

9           When you guys decided to start CSV, did

10   you guys decide what each of your roles would

11   be?

12   A.      No, we didn't.

13   Q.      Were you going to be doing any type of

14   programming with CSV?

15   A.      Possibly.

16   Q.      Did you have any experience with

17   programming?

18   A.      Graduated Tulane University with a

19   computer informational systems minors degree.

20   Q.      That entails programming?

21   A.      Correct.

22   Q.      As far as the business of CSV was

23   concerned, once you started CSV, were there

24   specific duties that you were in charge of?

25   A.      We -- we had very similar duties as

```
 1                    Michael Dardashtian
 2    managing members together.
 3    Q.     Some of the duties meaning,
 4    administrative, finance, information systems --
 5    A.     Correct.
 6    Q.     -- programming, things of this nature?
 7    A.     Correct.
 8    Q.     Each of you worked jointly to address
 9    the administrative needs of the company?
10    A.     Correct.
11    Q.     The same applies to the programming
12    nature of the business?
13    A.     Correct.
14    Q.     What was your initial capital
15    contributions to CSV?
16    A.     I don't remember the exact amounts.  A
17    few thousand.
18              MR. GUAGLARDI:  Mike, I am just
19          going to instruct you not to guess.  If
20          you can approximate, you can
21          approximate.  Just guessing will not
22          help Mr. Sim.
23    A.     Oh, okay.  Sorry.  I don't remember the
24    exact amounts.
25    Q.     That is fine.  It was not a significant
```

1               Michael Dardashtian
2    amount; significant meaning more than ten
3    thousand dollars?
4    A.      Correct.
5    Q.      When you first created CSV, you were a
6    joint owner of CSV?
7    A.      I'm sorry.  I don't understand
8    specifically the question.
9    Q.      As far as CSV is concerned, what
10   percentage of the business did you take and
11   what percentage of the business did David
12   Gitman take?
13   A.      I was a fifty percent owner and David
14   was a fifty percent owner.
15   Q.      Did you enter into a membership
16   agreement?
17   A.      Yes, we did.
18   Q.      That embodied the fact that each of you
19   owned fifty percent of this entity, correct?
20   A.      Correct.
21   Q.      Did there come a time where business
22   started at CSV?
23   A.      Yes.
24   Q.      The business was to sell automobile
25   parts through the internet, correct?

1                Michael Dardashtian

2   A.      Correct.

3   Q.      When you started the business of CSV,

4   did you have any employees at that time?

5   A.      Yes, we hired one employee.

6   Q.      What was the name of that employee?

7   A.      Alice Fritz.

8   Q.      When did she start?

9   A.      I don't remember the exact date.

10  Q.      Did she start when the business started

11  or did she come in at a later time?

12  A.      I believe she came in at a later time.

13  Q.      Do you know how much later?

14  A.      I don't remember exactly.

15  Q.      Was it months, years later?

16  A.      Months.

17  Q.      When CSV first started, there were no

18  employees at that time, correct?

19  A.      Correct.

20  Q.      It was just you and David Gitman working

21  at CSV?

22  A.      Correct.

23  Q.      Were you both working full time at CSV

24  at that time?

25  A.      Yes.

1                   Michael Dardashtian

2    Q.      Were you employed anywhere else?

3    A.      No.

4    Q.      Do you know if David Gitman was employed

5    anywhere else?

6    A.      I do not know.

7    Q.      You each worked how many hours a week

8    during that initial period of time when

9    business first started?

10   A.      Full time.

11   Q.      That means forty hours a week?

12   A.      Yes.

13   Q.      Did you have an office?

14   A.      No.

15   Q.      This would be what you consider a

16   virtual office?

17   A.      Yes, in the beginning.

18   Q.      In the beginning, each of you worked

19   from your home?

20   A.      Home or coffee shop.

21   Q.      Did you have a business mailing address?

22   A.      Yes, we did.

23   Q.      How did you obtain the business address?

24   A.      I don't remember what our first business

25   address was.

1                    Michael Dardashtian

2    Q.    I did not ask what was the business

3    address.   I just said how did you obtain that

4    business address?

5    A.    I don't remember.   I don't remember what

6    the address was.

7    Q.    Did there come a time where the business

8    moved into an actual office?

9    A.    Yes.

10   Q.    Where was that?

11   A.    In Brooklyn.

12   Q.    Do you know the address in Brooklyn?

13   A.    I do not remember.

14   Q.    Did you go there every day?

15   A.    Yes.

16   Q.    You worked there from nine to five?

17   A.    Correct, or later.

18   Q.    Do you know what time -- I am sorry?

19   A.    Or later.

20   Q.    Do you know roughly from the time you

21   started the business to the time you obtained

22   the physical office how much time had lapsed?

23   A.    A few months.

24   Q.    When you obtained the physical office in

25   Brooklyn and you started to go to the Brooklyn

```
1                 Michael Dardashtian
2    office to work full time, did David Gitman also
3    come to the physical office to work full time?
4    A.      Yes.
5    Q.      When you first initially started working
6    at the physical office, was it just you and
7    David at this point in time?
8    A.      I believe so.
9    Q.      Subsequent to that, you hired an
10   employee, correct?
11   A.      Correct.
12   Q.      That employee, what was her function?
13   A.      She was our lead programmer.
14   Q.      Did she do the programming by herself or
15   did you and David assist?
16   A.      It was mainly by herself.
17   Q.      Prior to hiring this individual, did you
18   or David do any programming?
19   A.      No.
20   Q.      By the time you hired the first
21   employee, did the company CSV make any income?
22   A.      No.  Or -- I'm sorry.  There may have
23   been previous income when we acquired the
24   company that was flowing through the company.
25   Q.      When you say acquired a company, what
```

1                 Michael Dardashtian
2    company did you acquire?
3    A.      Well, it wasn't an actual acquisition.
4    As part of our joint venture agreement with NDA
5    Holdings, our partner in the venture, they gave
6    us their eBay business and sales which had been
7    operating.
8    Q.      That joint venture, that came to be
9    known as NDAP?
10   A.      Correct.
11   Q.      What percentage did CSV own in NDAP?
12   A.      Forty-nine percent.
13   Q.      NDAP Holdings owned the fifty-one; is
14   that correct?
15   A.      NDA Holdings.
16   Q.      NDA Holdings.  I am sorry.
17   A.      Correct.
18   Q.      That entity owned fifty-one percent?
19   A.      Yes.
20   Q.      Do you know who the owner of NDA
21   Holdings were?
22   A.      Randy Buller, Yaron Rosenthal.  I
23   believe there were two or three more owners.  I
24   don't recall their names.
25   Q.      At this time, when you entered into a

```
 1                  Michael Dardashtian
 2    joint venture to do a joint venture business
 3    for NDAP, as far as CSV was concerned, it was
 4    just you and David at this point in time,
 5    correct?
 6    A.      Correct.
 7    Q.      Once you entered into a joint venture
 8    for NDAP, did you have to do any programming at
 9    this time?
10    A.      No.
11    Q.      There was an existing platform for you
12    guys to use?
13    A.      We were selling through eBay.  Yes, that
14    was existent.
15    Q.      You were selling auto parts through
16    eBay?
17    A.      Correct.
18    Q.      When you received an order from eBay,
19    you would basically ship the products to the
20    customer?
21    A.      We would drop-ship, so we didn't
22    physically ship.  We would use a distributor to
23    ship the products.
24    Q.      For how long did you do this?
25    A.      Can you -- can you be more specific?
```

```
 1              Michael Dardashtian
 2   Q.    With respect to the NDAP, drop shipment,
 3   obtaining, selling, selling items on eBay.
 4   A.    Till we -- till we ended up selling the
 5   company.
 6   Q.    The company, meaning NDAP?
 7   A.    Correct.
 8   Q.    Before you sold NDAP, did there come a
 9   time where you obtained a hundred percent
10   ownership of NDAP?
11   A.    Yes.
12   Q.    What year did you obtain a hundred
13   percent ownership of NDAP?
14   A.    I don't recall the actual year.
15   Q.    You actually bought out NDA Holdings?
16            MR. GUAGLARDI:  Excuse me.  I am
17         just going to object, just only to the
18         use of the term "you," Sang.  If you
19         would be kind enough to just, when you
20         refer to you, do you mean Michael or do
21         you mean Michael and David?  Just so it
22         is clear.
23            MR. SIM:  I thought I mentioned
24         CSV, but I will clarify that.
25            MR. GUAGLARDI:  Thank you.
```

1              Michael Dardashtian

2    Q.    As far as buying out NDA Holdings, was

3    it you, CSV or David Gitman that bought out

4    NDA Holdings?

5    A.    CSV.

6    Q.    Do you know how much you purchased NDAP

7    for?

8    A.    I don't recall the actual amount.

9    Q.    It was a cash payment?

10   A.    No.

11   Q.    How was it paid?

12   A.    There was an -- an arrangement made to

13   where we pay the lien if we ever sold NDAP.

14   Q.    There came a time when you sold NDAP,

15   correct?

16   A.    Correct.

17   Q.    Do you know how long you were operating

18   NDAP?  When I say you operating, I meant CSV

19   operating NDAP exclusively until the date of

20   the sale of NDAP assets?

21   A.    I don't recall the exact amount of time.

22   Q.    Was it more than a year, less than a

23   year?

24   A.    It was about a year.  I don't recall the

25   actual amount of time.

```
 1              Michael Dardashtian
 2   Q.    Do you know roughly what year this was?
 3   Again, we do not want you to guess, but --
 4   A.    I don't recall the actual year.
 5   Q.    When CSV was operating NDAP, at this
 6   point in time, as far as duties were concerned
 7   between you and David Gitman, was it more
 8   defined at this time or were you both doing the
 9   same duties?
10   A.    We had similar duties.  We were both
11   managing members, so we were both responsible
12   for the operation and function of the company.
13   Q.    Both of you were responsible for the
14   finances, the administrative of the company?
15   A.    Yes.
16   Q.    Both of you were signing checks, writing
17   checks at this point in time?
18   A.    Correct.
19   Q.    Both of you worked together as far as
20   the intellectual property or programming side
21   of the business was concerned as well?
22   A.    Yes, correct.
23   Q.    Did you have any specific titles at this
24   point in time?
25   A.    I don't recall.
```

1                    Michael Dardashtian
2    Q.      Did you have business cards at this
3    time?
4    A.      I believe so, yes.
5    Q.      As far as titles that were presented on
6    the business card, do you recall what your
7    title was?
8    A.      I do not recall.
9    Q.      Do you recall what David Gitman's title
10   was?
11   A.      I don't recall.
12   Q.      When you were operating NDAP -- again,
13   just for clarification, when I say you were
14   operating, I meant CSV.  When CSV is operating
15   NDAP, did you have additional employees?
16   A.      Yes.
17   Q.      Who else?
18   A.      We had customer service.  We had
19   additional programmers.  We had marketing
20   consultants.  I believe that's everybody.
21   Q.      After you hired your initial first
22   employee, how much time lapsed before you
23   started hiring others?
24   A.      I don't recall an exact amount of time.
25   Q.      Was it within a short time frame?

1                    Michael Dardashtian

2    A.      Within six months.

3    Q.      Within six months, how many people did

4    you hire?

5    A.      I don't recall.

6    Q.      You indicated that you hired some

7    programmers?

8    A.      Eventually.

9    Q.      Those were hired around the six-month

10   period of time?

11   A.      I don't recall when additional

12   programmers were hired.

13   Q.      How about the marketing, do you know

14   when the marketing person was hired?

15   A.      I don't recall exact dates.

16   Q.      What was the name of the marketing

17   personnel?

18   A.      We used Market Me consultants.

19   Q.      The company did not hire marketing

20   personnel, but you used marketing consultants?

21   A.      Correct.

22   Q.      What is the difference between using

23   marketing consultants as far as a marketing

24   personnel?

25   A.      One would be in-house.  It's on our

1            Michael Dardashtian

2   books.   The other would be a consultant that we

3   paid to do the tasks for us.

4   Q.      Who was the marketing consultant?

5   A.      We had numerous consultants over the

6   years.

7   Q.      I am talking about initially when you

8   first needed a marketing consultant.

9   A.      I don't remember our first marketing

10  consultant.

11  Q.      How about the programmer?  You indicated

12  that you hired additional programmers, correct?

13  A.      We eventually hired additional

14  programmers.

15  Q.      Was it because the initial first

16  programmer that you hired left the company --

17  A.      No.

18  Q.      -- or it is because you needed more

19  people?

20  A.      We eventually needed more people.

21  Q.      Do you know the names of the

22  programmers?

23  A.      I believe we started out with a

24  consulting firm again before hiring anybody

25  in-house.  Similar to marketing, where we

1              Michael Dardashtian
2    outsourced the consultants for technology.
3    We -- I don't remember the name of the first
4    firm we hired, though.
5    Q.     Before hiring the first firm who was a
6    consultant, as far as program was concerned,
7    during this period of time, prior to hiring the
8    first consultant, did you and David also
9    continue doing programming?
10              MR. OSTRER:  Object to form.
11   A.     I'm -- I'm sorry.  I don't --
12   Q.     Before hiring the additional
13   programmers, because you indicated that the
14   business needed more programmers, did you and
15   David program for CSV up to that point in time?
16   A.     We both collaborated on the technology,
17   yes.
18   Q.     When you say collaborated on the
19   technology, what does that mean?
20   A.     Well, technology takes many forms.
21   There's project management, there's program
22   management, there's coding, there's, you know,
23   ops, data ops, QA.  So we collaborated on
24   numerous functions for technology.
25   Q.     I am just trying to get an understanding

```
 1                  Michael Dardashtian
 2   of what you mean by collaborated.
 3   A.      Yeah.
 4   Q.      Collaborated meaning that you both did
 5   similar type of work?
 6   A.      Correct.
 7   Q.      You both did coding?
 8   A.      I -- I don't recall who -- if either of
 9   us did coding, to tell you the truth.
10   Q.      Do you recall if you did coding?
11   A.      I did a little bit of HTML coding, yes.
12   Q.      This is before you hired a programming
13   consultant, correct?
14   A.      I don't remember if it was before or
15   after.
16   Q.      My question was before you hired the
17   programming consultant, as far as functions
18   that you performed and functions that David
19   performed within the CSV under the NDAP joint
20   venture.
21   A.      Yes, we had a lot of numerous functions
22   together.  It was a very small company.
23   Q.      Whenever decisions were made, decisions
24   were made jointly?
25   A.      Correct.
```

```
 1                Michael Dardashtian
 2    Q.    When there was a bill to be paid, two
 3    people signed the checks?
 4    A.    No.  Sometimes one person would sign.
 5    Sometimes two people would sign.
 6    Q.    Sometimes you wrote the checks and
 7    sometimes David wrote the checks?
 8    A.    Correct.
 9    Q.    As far as programming is concerned,
10    sometimes you programmed and sometimes David
11    programmed?
12    A.    Again, I don't recall who programmed
13    what.
14    Q.    I am not asking who programmed what.  I
15    am asking there are things that you programmed,
16    and there are things that David programmed,
17    correct?
18    A.    Correct.
19    Q.    How would you describe the business of
20    NDAP?  Would you describe that as being
21    successful?
22    A.    Yes.
23    Q.    When you first started the NDAP joint
24    venture, within that first year, do you recall
25    what the revenues were?
```

1                  Michael Dardashtian

2    A.     I don't.

3    Q.     But it was profitable?

4    A.     I don't recall if we were profitable at

5    that time.

6    Q.     There came a time when it became

7    profitable?

8    A.     I don't recall if we were ever

9    profitable.

10   Q.     As far as NDAP is concerned, from the

11   time you started the joint venture, because you

12   indicated that NDA Holdings gave you the

13   platform, did you build on top of that

14   platform?

15   A.     Yes.

16   Q.     Do you recall what you built?

17   A.     We built a lot of different systems on

18   top of that platform.

19   Q.     What type of systems did you build?

20   A.     We built an order management system.  We

21   built a warehouse fulfillment system.  We built

22   the actual website itself.  We built SEO

23   technology.  We built a cataloging system.  A

24   pricing system.  There were a number of

25   different systems that were built.

Page 38
April 16, 2020

```
 1                Michael Dardashtian
 2   Q.      When you had built the systems, did you
 3   use any type of open-source information to
 4   build the system or was this exclusively
 5   proprietary coding?
 6   A.      Both.
 7   Q.      There are some elements of open-source?
 8   A.      Yes.
 9   Q.      Do you know where you obtained the
10   open-source coding?
11   A.      It's open-source.
12   Q.      Do you know where?
13   A.      I don't know specifically.  It's
14   open-source.  It's available on the internet.
15   Q.      I understand it is open-source on the
16   internet, but do you recall specifically where
17   you obtained it?
18   A.      I don't recall.
19   Q.      As far as the proprietary coding that
20   you built, you created or CSV created on behalf
21   of NDAP, do you know who created that?
22   A.      It was contributed to by a number of
23   different technologists and others --
24   management.
25   Q.      Did you contribute to that?
```

1               Michael Dardashtian

2    A.     Yes, I did.

3    Q.     Did David Gitman contribute?

4    A.     Yes, he did.

5    Q.     Would you say it is fair to say that you

6    and David contributed equally?

7    A.     Yes.

8    Q.     When you were operating NDAP, would it

9    be fair to say that you kept the books of NDAP

10   separate from CSV?

11   A.     Yes, we did.

12   Q.     You maintained separate bank accounts?

13   A.     Correct.

14   Q.     Income earned through NDAP was not

15   shared with CSV?

16   A.     Well, are you referring to when NDAP

17   owned CSV or before?

18   Q.     Let's break it down to before, all

19   right?  I understand that when NDAP was a joint

20   venture with NDA Holdings, you had to

21   account -- let me strike that, withdraw those

22   questions and start here.

23          With respect to the NDAP joint venture

24   with NDA Holdings, when that joint venture was

25   underway, who maintained the financial books

```
 1                    Michael Dardashtian
 2    for that entity, NDAP?
 3    A.      Our entity did, Cooper Square Ventures.
 4    Q.      CSV maintained the books?
 5    A.      Yes.  I mean, as managing members, both
 6    David and I were responsible for the books.
 7    Q.      Did you have to account to NDA Holdings?
 8    A.      We provided a financial report to NDA
 9    Holdings, yes.
10    Q.      When you were operating NDAP as a joint
11    venture with NDA Holdings, who controlled the
12    checkbook?
13    A.      Both David and I.
14    Q.      CSV?
15    A.      Correct.
16    Q.      NDA Holdings did not control the
17    checkbook?
18    A.      Well, they had rights to the checkbook.
19    They chose not to use the checkbook.
20    Q.      As far as business development,
21    continuation of business when this was a joint
22    venture, was this decision that affect the
23    business decided jointly between CSV and NDA
24    Holdings at this time?
25                    MR. OSTRER:  Object to form.
```

1                    Michael Dardashtian

2    A.     I'm sorry.  Can you repeat the question?

3    Q.     Sure.  I am asking for that time frame

4    when NDAP was a joint venture with NDA

5    Holdings.  During this period of time,

6    decisions, like the business, was that decided

7    jointly between all the members --

8    A.     You froze.

9    Q.     -- joint venture partners --

10   A.     I'm sorry.

11   Q.     -- or was it made by CSV Holding?

12   A.     You froze in the middle of that

13   question.  I missed -- I missed most of the

14   question.  Your computer froze.

15              MR. SIM:  Could you read back

16        the question, please.

17        (The requested portion of the record

18   was read by the reporter.)

19   A.     I'm sorry.  Maybe -- the way I

20   understand you're asking a question, did both

21   entities, NDA Holdings and CSV make joint

22   decisions?

23   Q.     Yes.

24   A.     Yes, we did.

25   Q.     Was there a person from NDA Holdings

1                    Michael Dardashtian
2    that was working within the fiscal office with
3    you at this time?
4    A.      No.
5    Q.      Whenever decisions had to be made, a
6    meeting would occur or something else?
7    A.      Either phone call or a physical meeting.
8    Q.      Who would make that phone call?
9    A.      Cooper Square Ventures.
10   Q.      Between you and David, would both of you
11   make the call simultaneously?
12   A.      We'd be on the call together.
13   Q.      There was never a point in time where
14   you called by yourself or David called by
15   himself?
16   A.      Possibly.
17   Q.      You do not recall?
18   A.      I don't recall a specific time.
19   Q.      You also indicated that there came a
20   point in time when CSV became a hundred percent
21   owner of NDAP, correct?
22   A.      Correct.
23   Q.      Was this because CSV was interested in
24   obtaining a hundred percent of NDAP?
25   A.      I -- I don't recall what the specific

1                    Michael Dardashtian

2    reason why we ended up purchasing.

3    Q.      Do you recall if NDA Holdings wanted to

4    get out of the business?

5    A.      There wasn't -- there was an appetite

6    for them to get out of the business.

7    Q.      Who raised that topic for the first time

8    for NDA Holdings to sell out NDAP to CSV?

9    A.      I don't recall which member of NDA

10   Holdings raised it for the first time.

11   Q.      When CSV decided to absorb a hundred

12   percent of NDAP, did you and David have a

13   discussion regarding this?

14   A.      Absolutely.

15   Q.      Do you know who initiated that

16   conversation?

17   A.      I -- I don't.  I mean, we were both part

18   of the conversation with NDA Holdings when they

19   told us that they wanted to -- they were

20   interested in leaving the business, so we both

21   had the conversation together.

22   Q.      At this point in time, you both decided

23   that it would be a good idea?

24   A.      Yes.

25   Q.      In order to effectuate this buyout of

```
 1                Michael Dardashtian
 2   NDA Holdings, did you guys enter into
 3   agreements?
 4   A.     Yes, we did.
 5   Q.     You indicated that NDA Holdings agreed
 6   to take a lien for its interest in NDAP at the
 7   time of when NDAP would eventually be sold?
 8   A.     Can you repeat that?  I don't know if
 9   you got the names and entities right in that
10   part.
11   Q.     Let me withdraw that.  I will just
12   rephrase it.
13          At the time when CSV took a hundred
14   percent control of NDAP, NDA Holdings did not
15   receive any compensation at this point in time,
16   correct?
17   A.     I don't -- I don't recall specifically.
18   Q.     You had indicated earlier that there was
19   some type of lien that NDA Holdings would take?
20   A.     There was a note.  I'm not sure if it
21   was a lien or a note.  I don't recall
22   specifically the function as to how we signed
23   the agreement, but the -- essentially, we owed
24   them the money.  We didn't have to pay it up
25   front on the sale.
```

1           Michael Dardashtian

2    Q.    It was agreed that you would pay it when

3    NDAP would be sold?

4    A.    Correct.

5    Q.    At this point in time, did you have an

6    agreement that eventually NDAP would be sold?

7    A.    No.

8    Q.    It is only if NDAP was sold that NDA

9    Holdings would receive monies?

10   A.    Correct.

11   Q.    At this point in time, if NDAP created

12   profits, would you have to pay some of this

13   loan or lien to NDA Holdings from the profits?

14              MR. OSTRER:   Objection.

15   A.    I don't recall specifically.

16   Q.    As CSV operated NDAP, did CSV have

17   separate employees for NDAP?

18   A.    I don't recall specifically how the

19   employment structure was set up.

20   Q.    With respect to NDAP, did you have any

21   job titles with NDAP?

22   A.    I don't recall if we have had specific

23   job titles.

24   Q.    Did you have business cards for NDAP

25   separately?

```
                   Michael Dardashtian
 1
 2    A.      I believe we had business cards for both
 3    NDAP and CSV.
 4    Q.      Were you an officer of NDAP?
 5    A.      We were both managing members.
 6    Q.      That was your job titles, managing
 7    members?
 8    A.      I don't remember.
 9    Q.      With respect to NDAP itself, you and
10    David worked at NDAP full time?
11    A.      David and I's salary was paid through
12    Cooper Square Ventures.
13    Q.      I was not asking necessarily salary at
14    this point in time.  I was asking:  As far as
15    NDAP was concerned, you and David, did you both
16    work at NDAP full time at the point in time
17    when CSV became a hundred percent owner of
18    NDAP?
19                   MR. OSTRER:  Object to form.
20    A.      I -- I don't -- we worked at both Cooper
21    Square Ventures and NDAP.  Cooper Square
22    Ventures owned NDAP.
23    Q.      You could not tell me how many hours you
24    worked for NDAP business and how many hours you
25    worked for CSV business at this time, correct?
```

Michael Dardashtian

A.     I don't recall specific hours.

Q.     At this point in time, do you know if you worked more at NDAP than David?

A.     I -- I -- I would say we worked the same amount of time on Cooper Square Ventures and NDAP.

Q.     While you were operating NDAP at this time, did Cooper Square Ventures have any other business?

A.     Yes.

Q.     What other business was there?

A.     We had started Channel Reply.  We had invested in a company called Sigmento, and we had started another online sales company in the plumbing space called Plumburs.

Q.     I am sorry.  Was that Plumb Years?

A.     Yes.

Q.     Could you spell that?

A.     P-L-U-M-B-U-R-S.

Q.     Let's talk about Sigmento.  When was Sigmento started?

A.     I don't recall dates that it started.

Q.     Do you know if this was started after NDAP, before NDAP?

1                    Michael Dardashtian

2    A.      I don't know.

3                    MR. OSTRER:   Object to form.

4         Time frame?

5    A.      I don't -- I don't recall specific dates

6    when they started the company.

7    Q.      What happened to Sigmento?

8    A.      Eventually they sold the company.

9    Q.      When you say they, who is they?

10   A.      They were -- I believe there were two

11   owners, Yoav and Izzy.  I don't know if there

12   were other managing members or owners.

13   Q.      Did CSV have any interest in Sigmento?

14   A.      Yes, we were an investor.

15   Q.      What percentage did CSV hold in

16   Sigmento?

17   A.      I don't recall the exact percentage.

18   Q.      Can you tell me approximate percentage?

19   A.      I don't recall.

20   Q.      Was CSV majority owner?

21   A.      No.

22   Q.      It was less than fifty percent?

23   A.      Yes.

24   Q.      Do you know how long CSV was an investor

25   in Sigmento?

1                    Michael Dardashtian
2       A.      Until they were eventually acquired.
3       Q.      Did you make a profit or CSV make a
4       profit from this transaction?
5       A.      No.
6       Q.      Did you lose money?
7       A.      Yes.
8       Q.      Do you know how much money you lost?
9       A.      I don't remember.
10      Q.      Do you know if it was a significant
11      amount of money?
12      A.      What would you classify as significant?
13      Q.      I would say more than ten thousand.
14      A.      No.
15      Q.      What was the business of Sigmento?
16      A.      They were trying to automate cataloging
17      of product information.
18      Q.      Did they succeed?
19      A.      I don't know.  They were acquired.
20      Q.      Do you know who acquired Sigmento?
21      A.      I don't recall the name of the company.
22      Q.      It was unrelated to you or CSV or David
23      Gitman, correct?
24      A.      Correct.
25      Q.      Let's talk about Plumburs.  As far as

1                    Michael Dardashtian
2    Plumburs is concerned, was this an investment
3    of CSV or was this a business that CSV created?
4    A.     It was a joint venture.
5    Q.     Who was the joint venture with?
6    A.     I -- I don't recall the actual name of
7    the entity that is the joint -- the other joint
8    venture owner.  It's a bunch of letters.  I
9    forgot the actual acronym that it spells out.
10   Q.     Let me ask you this then:  As far as
11   Plumburs is concerned, what was the business of
12   Plumburs?
13   A.     It was to sell plumbing parts online.
14   Q.     Much the same way as NDAP was selling
15   auto parts online?
16   A.     Correct.
17   Q.     Through eBay or Amazon?
18   A.     Correct.
19   Q.     Plumburs was intended to sell plumbing
20   supplies via eBay and Amazon online?
21   A.     Correct, and on our website.
22   Q.     Using drop shipment?
23   A.     Correct.
24   Q.     Do you know how much CSV owned in
25   Plumburs?

1                    Michael Dardashtian

2    A.      Fifty percent.

3    Q.      There was another entity that owned the

4    other fifty percent?

5    A.      Correct.

6    Q.      Do you know the owners of that other

7    entity?

8    A.      I don't know all of the owners off the

9    top of my head.

10   Q.      Tell us the ones you remember.

11   A.      Brad Stern.  He's the only one that I

12   know of.  I believe there are other owners as

13   well.

14   Q.      With respect to Plumburs, the other

15   investors or joint venture partners, did you

16   have any relationships with any of them before

17   starting Plumburs?

18   A.      I went to college with Brad Stern.

19   Q.      You were personal friends with Brad

20   Stern?

21   A.      Yes.

22   Q.      When Plumburs was first started, whose

23   idea was it to start the business?

24                    MR. OSTRER:  Object to form.

25   A.      It was -- it was a joint decision

1              Michael Dardashtian
2    between all parties.
3    Q.      There had to be somebody that introduced
4    the idea.
5    A.      I don't recall specifically if there was
6    a single person or if it was a joint decision
7    between everybody.
8    Q.      When you first started Plumburs, did CSV
9    have to make any capital contributions?
10   A.      I don't recall specifically.  I believe
11   so, but I don't recall.
12   Q.      What leads you to believe you believe
13   so?
14   A.      I believe as part of the operating
15   agreement, we had to make a capital
16   contribution.  I just don't recall
17   specifically.  If you have the operating
18   agreement, I can take a look at it.
19   Q.      Do you know how long Plumburs was in
20   business?
21   A.      I don't recall when we started the
22   company, what year.
23   Q.      Do you know how long CSV was a
24   participant in Plumburs?
25   A.      Technically, still is a fifty percent

```
 1                  Michael Dardashtian
 2   owner of Plumburs.
 3   Q.      Plumburs is still in business?
 4   A.      It's not operating, no.
 5   Q.      Do you know when it ceased operating?
 6   A.      I don't recall a specific date.
 7   Q.      Not specific a date, approximate date is
 8   fine.  Do you know the approximate date when it
 9   ceased business?
10   A.      I don't.  I believe around 2017 or '16.
11   I don't recall specifically.  Probably around
12   the date of the lawsuit; but again, I don't
13   recall.
14   Q.      It ceased doing business around the time
15   of the lawsuit between you and David Gitman?
16   A.      David Gitman refused to do any work in
17   regards to Plumburs, and so the operation was
18   very stressful for two members.  So we decided
19   that we weren't going to sell parts anymore
20   online.
21   Q.      What type of work did David Gitman
22   refuse to do?
23   A.      Any and all.
24   Q.      What work did you ask him to do?
25   A.      I don't recall specifically.
```

1                    Michael Dardashtian

2    Q.      You do recall that you asked him to do

3    some work and he refused?

4    A.      Correct.

5    Q.      Do you know if this was told to him

6    verbally, written form?

7    A.      Written form.

8    Q.      Via email?

9    A.      Yes.

10   Q.      He responded that he would not do any

11   work?

12   A.      I don't recall his exact response, but I

13   believe so.

14   Q.      Would you ask him to do administrative

15   work?

16   A.      I don't recall what the request was.

17   Q.      At the time when Plumburs ceased doing

18   business, do you know if Plumburs was

19   profitable at this time?

20   A.      I don't recall.

21   Q.      Do you know if it sustained losses?

22   A.      I don't recall.

23   Q.      Do you know if you were compensated by

24   Plumburs?

25   A.      I was not personally.

1            Michael Dardashtian

2    Q.    Let's talk about your compensation.

3    When you first started CSV with David Gitman,

4    was there an understanding that both of you

5    would be compensated by CSV?

6    A.    Yes.

7    Q.    What was that understanding?

8    A.    We would have equal compensation.

9    Q.    That equal compensation would be by way

10   of a paycheck or distributions or something

11   else?

12   A.    Both.

13   Q.    Did you receive paychecks from CSV?

14   A.    Yes, we did.

15   Q.    You went through a payroll?

16   A.    Yes.

17   Q.    You received W-2s?

18   A.    Yes.

19   Q.    That was you and David Gitman who

20   received W-2s?

21   A.    When you keep saying you, I assume

22   you're referring to David Gitman and I because

23   you keep referring to Cooper Square.

24   Q.    Yes.

25   A.    So it -- just please be specific when

1                 Michael Dardashtian

2    you refer to you because we were busted before.

3    So -- you received payments.  I'll --

4    Q.     In this context, CSV --

5    A.     -- it's confusing.

6    Q.     I am not looking to confuse you, if that

7    is --

8               MR. OSTRER:  We have lagging of

9          screens and voices that are delayed, so

10         everything is overlapping.  We just need

11         to take a second.

12              Mr. Sang, I am just going to ask

13         for you to go back to your last

14         question.  I also wanted to interject an

15         objection as well.

16              Stella, if you do not mind, just

17         read back the last question, please.

18          (The requested portion of the record

19    was read by the reporter.)

20              MR. OSTRER:  The objection, I

21         just wanted to place is clarification as

22         the question is vague as to what the

23         word "you" is referring to, whether it

24         refers jointly to David and Michael or

25         if it refers to Michael individually, so

1            Michael Dardashtian

2        Michael knows if he is answering on

3        behalf of him and his partner or on just

4        his own.

5            MR. SIM:  Just for the record, I

6        asked a question, you and David Gitman.

7        All right?  There were two individuals

8        identified in that question, but I will

9        rephrase that question.

10   Q.    Did you, Michael Dardashtian, receive

11   W-2 payments?

12   A.    I received a paycheck and W-2, correct.

13   Q.    When you were receiving the W-2

14   paycheck, do you know if David Gitman also

15   received a W-2 paycheck?

16   A.    Yes, he did.

17   Q.    When you received the W-2 paycheck, did

18   you also receive any type of 1099 payments?

19   A.    I don't recall.

20   Q.    Do you know if David Gitman received any

21   1099 payments?

22   A.    I don't recall.  You would have to ask

23   David Gitman.

24   Q.    When you were receiving paychecks, did

25   you also make distributions to yourself and

1                     Michael Dardashtian

2    David Gitman?

3    A.      When you say you, are you referring to

4    me?  Did I make distributions or did the

5    company?

6    Q.      Did you receive distributions?  The

7    question was:  Did you receive distributions?

8    Did you and David Gitman receive compensation

9    from CSV?

10                   MR. OSTRER:  Object to form.

11   A.      Yeah.  Again, I am confused.  Your first

12   question didn't say did you make or receive

13   the -- can you just repeat the question for me,

14   please.

15   Q.      Sure.  When you received W-2 payments

16   from CSV, did you also receive membership

17   distributions from CSV?

18   A.      I don't recall specifically.

19   Q.      Was there ever a time where you received

20   distributions from CSV that David Gitman did

21   not receive?

22   A.      I believe, yes.

23   Q.      When was that time?

24   A.      When David Gitman was working full time

25   at Cue Connect and not at CSV.

1                    Michael Dardashtian

2    Q.      Was there a condition that as a

3    member/owner of CSV that he would have to work

4    full time to be entitled to equal distribution?

5    A.      I don't know.  I would have to refer to

6    the operating agreement.

7    Q.      Let me just get back to Plumburs.  Did

8    you, Michael Dardashtian, receive any

9    compensation from Plumburs?

10   A.      No.

11   Q.      Do you know if David Gitman received any

12   compensation from Plumburs?

13   A.      I do not know.

14           MR. SIM:  If you guys do not

15           mind, can we just take a five minute

16           break?

17           MR. OSTRER:  Sure.

18            (At this time a pause was taken in the

19   proceeding.)

20           MR. SIM:  Just for

21           clarification, as far as my

22           representation is concerned, I represent

23           David Gitman, Accel Commerce LLC, Dalva

24           Ventures, Channel Reply, Inc.

25           MR. OSTRER:  Thank you.

```
 1                Michael Dardashtian
 2    Q.      Before we took the break, we were
 3    talking about Plumburs.  Were there any
 4    employees of CSV or NDAP that were working on
 5    Plumburs?
 6    A.      Yes.
 7    Q.      Who were they?
 8    A.      I don't recall specifically.
 9    Q.      Were they compensated separately by
10    Plumburs?
11    A.      I don't recall specifically.
12    Q.      Do you know if Plumburs had a separate
13    payroll?
14    A.      I don't recall specifically.
15    Q.      Do you know if Plumburs had a separate
16    bank account?
17    A.      Yes, it did.
18    Q.      Did you maintain separation between the
19    business of Plumburs, business of NDAP and CSV?
20    A.      Again, you say you.  Can you be specific
21    when you say you.
22    Q.      You, meaning Michael Dardashtian.
23    A.      Well, as managing members, we're both in
24    charge of the financial bookkeeping and
25    records, so I, along with David Gitman, oversaw
```

```
1                  Michael Dardashtian
2    the books and records for all three companies.
3    Q.     As you individually, as far as you are
4    concerned, you maintained separation from the
5    business of Plumburs, from the business of NDAP
6    and CSV at this time?
7    A.     Correct.
8    Q.     Just for clarification, as far as you,
9    Michael Dardashtian, and David Gitman, you did
10   not receive any separate compensation from
11   Plumburs, correct?
12   A.     I can only speak for myself when I say
13   no.
14   Q.     Let's talk about the compensation for
15   you and David Gitman from CSV.  We talked about
16   distributions.  We talked about paychecks.  Did
17   you receive any benefits from CSV?
18   A.     Yes.
19   Q.     What benefits did you receive?
20   A.     Health care.
21   Q.     Did David Gitman receive health care?
22   A.     I don't believe so.
23   Q.     Why not?
24   A.     I believe his company -- his wife's
25   company was paying for his health care.  It was
```

```
 1              Michael Dardashtian
 2  better -- it was better than what Cooper Square
 3  Ventures offered.
 4  Q.     Cooper Square Management Ventures
 5  offering was decided by you, Michael
 6  Dardashtian, and David Gitman, correct?
 7  A.     Correct.
 8  Q.     Did David Gitman know you were receiving
 9  health care benefits?
10  A.     Yes.
11  Q.     From what period of time did you receive
12  health care benefits from CSV?
13  A.     I don't recall the actual dates.
14  Q.     Was it from the start of the business
15  until the lawsuit --
16  A.     I don't know.
17  Q.     -- or something else?
18  A.     I don't recall the dates that health
19  care started at Cooper Square Ventures.
20  Q.     You offered health care to other
21  employees as well?
22  A.     Yes.
23  Q.     Did you receive any other benefits?
24  A.     Can you be specific as to what benefits
25  you are referring to?
```

Michael Dardashtian

1

2  Q.     Let's start there.  Did you receive a

3  company credit card?

4  A.     Yes.

5  Q.     Did you use the company credit card?

6  A.     Yes, for company expenses, as did David

7  Gitman, the other managing member.

8  Q.     When you say other, you mean David

9  Gitman, being the only managing member, he also

10  received a company credit card as well too?

11  A.     Correct.

12  Q.     Did you both have vehicles paid for by

13  CSV?

14  A.     Yeah.

15  Q.     What vehicle were you leasing?

16  A.     A Volvo.

17  Q.     Do you know what model?

18  A.     XC60.

19  Q.     David Gitman also was getting paid for

20  his leasing of his vehicle?

21  A.     Yes.  David was leasing a BMW.

22  Q.     What type of BMW?

23  A.     I do not know specifically.

24  Q.     Do you know what the monthly payment was

25  for the BMW?

1                    Michael Dardashtian

2    A.    The -- five hundred fifty dollars a

3    month, I believe.

4    Q.    Do you know how much the Volvo was?

5    A.    I believe it was four hundred or four

6    hundred twenty-five a month.

7    Q.    Was there any adjustments made at the

8    end of the year for the difference?

9    A.    No.

10   Q.    Did you ask for any adjustments?

11   A.    No.

12   Q.    Why not?

13   A.    Good faith.

14   Q.    When you say good faith, what do you

15   mean by good faith?

16   A.    How we operated, in good faith.

17   Q.    Let's talk about Channel Reply.  What is

18   Channel Reply?

19   A.    Channel Reply is a service that provides

20   for easy messaging for eBay and Amazon

21   customers and Wal-Mart customers to answer

22   their marketplace messages in the help desk of

23   their choice.

24   Q.    This was a business that was started by

25   CSV?

1                    Michael Dardashtian

2    A.      Correct.

3    Q.      Whose idea was it to create Channel

4    Reply?

5    A.      I don't recall.

6    Q.      Do you know when Channel Reply was

7    created?

8    A.      Can you be specific as to the question?

9    Q.      What year did you start Channel Reply?

10   A.      We started using the software -- I don't

11   recall the actual year in which the software

12   was built and we started using it for Car Part

13   Kings.  They were the first customer on the

14   software.

15   Q.      You stated that you built the software?

16   A.      Cooper Square Ventures built the

17   software, yes.

18   Q.      Do you know if they used any open-source

19   data for that software?

20   A.      I don't know specifically if open-source

21   was used in this particular instance.

22   Q.      That means you do not know if all the

23   coding or programming was proprietary?

24                    MR. OSTRER:  Object to form.

25   A.      I -- I don't recall.  I -- I believe it

1                    Michael Dardashtian

2      was probably a mix of the two, similar to Car

3      Part Kings.

4      Q.      Would you say you --

5      A.      Similar to the code I described before

6      where we used both open-source and proprietary

7      code.

8      Q.      You do not know what percentage of

9      open-source coding was in this Channel Reply

10     program?

11     A.      I don't know specifically, no.  I don't

12     recall specifically.  It's changed a lot over

13     the years as well.

14     Q.      When you say over the years, what years

15     are you referring to?

16     A.      When it was developed until today.

17     Q.      Are you still programming Channel Reply?

18     A.      Cooper Square Ventures is still

19     programming Channel Reply.

20     Q.      Can you tell us specifically what was

21     added from the time the lawsuit was filed until

22     today?

23     A.      There was always upgrades and

24     enhancements added to the platform to make it

25     better, more efficient, more reliable.  We've

1                   Michael Dardashtian

2    also added more help desks to the platform.  I

3    think specifically, we had Zendesk, Desk, and

4    Freshdesk when the lawsuit had started.  We've

5    since added Gorgias, Re:amaze.  There may be

6    one or two others I can't recall.

7         We've also added Wal-Mart as a

8    marketplace in addition to eBay and Amazon.

9    We've added a lot of features and functionality

10   to the platform itself, and we've launched a

11   beta of Amazon feedback management.

12   Q.    When you stated that you added a lot of

13   functions and features to the program, what are

14   the functions and features you added?

15   A.    A lot.  I mean, everything from being

16   able to answer an eBay resolution message,

17   process a refund through the platform on eBay,

18   answer an Amazon A to Z resolution inquiry,

19   adding Reddit tickets with the ability to

20   import data into the help desk themselves so

21   you can run reporting.  There's a significant

22   amount of -- it's hard for me to recall each

23   and every one.

24   Q.    Who did the programming?

25   A.    We have a number of programmers.

1                    Michael Dardashtian

2    Q.      Did you do any of the programming?

3    A.      Me, specifically?  No.  Not in a while.

4    Q.      Did you do any programming since the

5    lawsuit was filed in this case?

6    A.      No.

7    Q.      Do you know when Channel Reply's

8    business was launched?

9    A.      I don't recall specific dates.

10   Q.      Before launching the Channel Reply

11   business, was there significant work that was

12   performed on Channel Reply before launching?

13   A.      Well, we had to build the software

14   before being able to use the software.

15   Q.      Do you know how long it took to build

16   the software?

17   A.      I don't recall specifically.

18   Q.      Who built the software?

19   A.      It was a joint effort between myself,

20   David Gitman and Konstantyn Bagaiev.

21   Q.      You performed some programming to

22   Channel Reply?

23   A.      As I mentioned before, technology is a

24   lot of different functions.  It's programming,

25   it's project management, it's, you know, vision

1                   Michael Dardashtian
2    in what you want, what you need and being able
3    to design it, project flow.  I mean, there's a
4    lot of different function to it.
5    Q.      I am asking specifically regarding
6    programming.  Did you do any programming for
7    Channel Reply?
8    A.      I don't recall.
9    Q.      Do you know if David Gitman did any
10   programming for Channel Reply?
11   A.      I don't recall.
12   Q.      Do you know if Konstantyn Bagaiev did
13   any programming for Channel Reply?
14   A.      I believe so.  That's why he was hired,
15   so...
16   Q.      You indicated that there were other
17   elements to developing a software, such as
18   project management, vision, design, project
19   flow, correct?
20   A.      Correct.
21   Q.      Do you know what function you undertook
22   in the development of Channel Reply software?
23   A.      The initial concept and idea for having
24   the software came from, you know, joint efforts
25   between myself and David, discussions, what we

```
 1                  Michael Dardashtian
 2    wanted the software to do, how we want it to
 3    function, plan out what stages of the software
 4    we needed built and what functionalities we
 5    needed built, the design and look and feel of
 6    the software, the logo, the actual app and
 7    feel.  We -- I had a lot of different, you
 8    know, contributions to development of the
 9    Channel Reply system.
10    Q.    This was at the initial stage?
11    A.    Correct.
12    Q.    How about as the program was being
13    developed?
14    A.    Throughout.
15    Q.    Throughout the development of this
16    program, you were working in conjunction with
17    David Gitman and Konstantyn Bagaiev, correct?
18    A.    Correct.
19    Q.    You do not recall how long it took to
20    develop the program?
21    A.    I don't recall specifically.  Probably a
22    lot of different versions as well before we got
23    to the final version.
24    Q.    You indicated that Konstantyn Bagaiev
25    was hired to develop the Channel Reply program;
```

1                    Michael Dardashtian

2    is that correct?

3    A.      Correct.

4    Q.      Who hired Konstantyn?

5    A.      He was hired through Upwork.

6    Q.      When you say hired through Upwork, that

7    is just the platform in which you located Mr.

8    Bagaiev, correct?

9    A.      Well, it's a -- it's, like, a

10   consultant's platform where you can hire, pay,

11   monitor, communicate with consultants.

12   Q.      Who identified Mr. Konstantyn Bagaiev to

13   hire?

14   A.      I don't remember.

15   Q.      Do you know if you did that?

16   A.      I don't remember.  It was a long time

17   ago.  I don't remember.

18   Q.      Do you --

19   A.      I remember looking at his profile.  I

20   don't remember who actually made the hire,

21   though.

22   Q.      When you made the hire, you both had

23   agreed to hire Mr. Bagaiev, correct?

24   A.      Yes, correct.

25   Q.      Did you hire anyone else to work on the

1               Michael Dardashtian
2  Channel Reply program?
3  A.     Eventually.
4  Q.     When you say eventually, how much time
5  passed after you hired Mr. Bagaiev did you hire
6  someone else?
7  A.     Don't recall specifically.
8  Q.     Who else was hired?
9  A.     Eventually, Alexis or Oleksii Glukharev
10 was hired.  Justin Musterman was hired.  Sergey
11 -- I forgot his last name -- Oncolav, maybe,
12 was hired.  There was -- there is a number of
13 different people working on the platform today.
14 Q.     That is today, but I am asking about
15 when Oleksii Glukharev was hired.
16 A.     I don't remember the specific date.
17 Q.     Do you know roughly what year?
18 A.     I forget what year it was.
19 Q.     Do you recall how long Mr. Bagaiev was
20 working on the program before Mr. Glukharev was
21 hired?
22 A.     I don't.
23 Q.     Do you recall what percentage of the
24 program was completed before Mr. Glukharev was
25 hired?

1                    Michael Dardashtian

2    A.      I don't.

3    Q.      Who found Mr. Glukharev to hire?

4    A.      I believe he was Konstantyn Bagaiev's

5    friend, old friend, acquaintance.  I --

6    Konstantyn knew of him and brought him to David

7    and I.

8    Q.      You and David decided to hire him

9    through CSV?

10   A.      Correct.

11   Q.      How was Mr. Bagaiev compensated?  Was he

12   on a payroll?

13   A.      Initially, he was compensated through

14   Upwork.

15   Q.      What period of time was he compensated

16   through Upwork?

17   A.      I don't recall.

18   Q.      Is that how Mr. Glukharev was also

19   compensated?

20   A.      I don't recall if we had hired him

21   through Upwork or direct.  I can't remember

22   when he started.

23   Q.      You indicated that as far as Mr. Bagaiev

24   was concerned, that initially, he was hired

25   through Upwork or compensated through Upwork.

```
 1                 Michael Dardashtian
 2    Did that compensation plan change, which meant
 3    that CSV directly compensated Mr. Bagaiev?
 4    A.     Yes.
 5                 MR. OSTRER:  Objection to form.
 6                 You can answer.
 7    A.     Yes.
 8    Q.     Do you know approximately what time
 9    frame --
10    A.     I don't.
11    Q.     -- that compensation plan changed?
12    A.     I don't recall when he came direct to
13    Cooper Square Ventures, CSV.
14    Q.     When Mr. Bagaiev came to CSV, how much
15    was he compensated?
16    A.     I don't recall the specific amount.  It
17    was hourly.  We paid him hourly, at an hourly
18    rate.  I don't recall what his hourly rate was.
19    Q.     Do you recall what Mr. Glukharev's
20    hourly rate was?
21    A.     I don't.
22    Q.     Was there any offer to compensate Mr.
23    Bagaiev with stocks or percentage ownership of
24    Channel Reply?
25    A.     We had a conversation about possibly
```

1                   Michael Dardashtian

2    offering him equity in Channel Reply, but that

3    never came to fruition.

4    Q.     When you had that conversation, who did

5    you have that conversation with?

6    A.     David and I had it initially, and we

7    sent a -- an email to Mr. Bagaiev letting him

8    know that we were considering offering him

9    equity in Channel Reply.

10   Q.     Why would you consider offering him

11   equity?

12   A.     We thought it would be to the, you know,

13   advantage of the company by, you know, being

14   able to offer equity in the company by lowering

15   his overall hourly rate, giving him something

16   to look forward to in the company.

17          If it was to become, you know, very

18   profitable and valuable down the line, it would

19   be a recruitment mechanism to keep him there.

20   It was, you know, considered a benefit to the

21   company Lo be able to possibly offer him

22   equity.

23   Q.     It was eventually decided not to offer

24   him that equity?

25                  MR. OSTRER:  Mike, you are going

```
 1                Michael Dardashtian

 2          to have to repeat.  I think your

 3          computer locked up.

 4   A.     Sorry.  I said correct.

 5   Q.     Why did you decide not to give him

 6   equity?

 7                MR. OSTRER:  Objection to the

 8          use of the term you.  If you could,

 9          Sang, when you said you, you are saying

10          Mike?

11                MR. SIM:  Thank you.  Let me

12          clarify that.  I will withdraw the last

13          question.

14   Q.     The decision not to offer Mr. Bagaiev

15   equity, whose decision was that; was that you,

16   Michael Dardashtian, David Gitman or jointly?

17   A.     Jointly.

18   Q.     What was the reason equity was not

19   offered to Mr. Bagaiev?

20   A.     We were in the process of creating a new

21   entity for Channel Reply since it was owned by

22   Cooper Square Ventures.  The formation

23   documents were never signed by Mr. Gitman, so,

24   therefore, we never had a new entity.  We

25   didn't have a separate bank account and we
```

1                    Michael Dardashtian
2    never created an options pool for Channel
3    Reply, specifically.
4    Q.      Were there any discussions between you,
5    Michael Dardashtian, and David Gitman about
6    percentages that David Gitman should receive in
7    Channel Reply?
8    A.      Channel Reply was always owned by Cooper
9    Square Ventures.  David and I always owned
10   Cooper Square Ventures fifty-fifty.  Therefore,
11   David and I owned Channel Reply fifty-fifty.
12   Q.      The question was:  Did David Gitman ever
13   introduce the idea that he should receive a
14   greater percentage of Channel Reply than you?
15   A.      No.
16   Q.      There was never that discussion?
17   A.      Never.
18   Q.      Were there any discussions in offering
19   Mr. Glukharev equity?
20               MR. OSTRER:  Asked and answered.
21               MR. SIM:  No, that was Mr.
22         Bagaiev.
23   A.      Mr. Glukharev, yes.  Very similar to Mr.
24   Bagaiev, we had offered him a percentage as a
25   possibility in time but never came to fruition.

1           Michael Dardashtian

2   Q.      You made the offer to Mr. Glukharev --

3   A.      No.

4   Q.      -- CSV?

5   A.      No.  As I said, there was a

6   consideration of an offer via email, but

7   nothing was ever offered.

8   Q.      When you indicated via email that you

9   were considering giving equity to Mr.

10  Glukharev, did he respond?

11  A.      I don't remember.  You can look in the

12  email.

13  Q.      Do you know if Mr. Konstantyn Bagaiev

14  responded when you sent him an email

15  considering equity to him?

16  A.      I don't remember.  We can look at the

17  email chain.

18  Q.      Do you know if you wrote that email?

19  A.      I believe so.  I believe David Gitman

20  was cc'd on it as well.

21  Q.      Were there any negotiations regarding

22  this equity with Mr. Bagaiev and Mr. Glukharev?

23  A.      No.

24  Q.      The only discussion was that you were

25  considering an equity distribution to Mr.

1                   Michael Dardashtian

2    Bagaiev and Glukharev?

3    A.      We were considering a possibility of

4    offering them equity in the company.

5    Q.      When the work for Channel Reply was

6    underway to build the program, do you know if

7    Mr. Bagaiev was also working on the platform

8    for NDAP as well?

9    A.      I believe so.  I don't recall

10   specifically.

11   Q.      Do you know if Mr. Glukharev was also

12   working on the NDAP platform as well?

13   A.      I don't recall.

14   Q.      When CSV directly compensated Mr.

15   Bagaiev and Mr. Glukharev, was it for work for

16   Channel Reply, NDAP, or for both?

17               MR. GUAGLARDI:  Objection.

18   A.      I'm sorry.  Can you repeat?  I lost my

19   train of thought.

20   Q.      I will rephrase it for you.

21               As far as compensation to Mr. Bagaiev

22   and Glukharev, were their compensations

23   allocated for work they performed for Channel

24   Reply and allocated separately for work they

25   performed on NDAP or they just got paid a

1                    Michael Dardashtian

2    uniform amount?

3    A.     No.  All of their work was tracked and

4    reported.  So any project that they were

5    specifically working on at any given time was

6    tracked and reported in various softwares.  And

7    then their payments were made based off this

8    tracking.

9                    MR. GUAGLARDI:  Sang?

10                   MR. SIM:  Yes.

11                   MR. GUAGLARDI:  Sorry for

12           interrupting.  It is Barry.  I do not

13           think we ever clarified at the

14           beginning, and I just wanted to make

15           sure.  If we did, I apologize.  Maybe I

16           did not hear.

17                   When you indicated that you

18           represent the Defendants, you do not

19           represent Konstantyn Bagaiev or Oleksii

20           Glukharev who are Defendants in this

21           case; is that correct?

22                   MR. SIM:  That is correct.

23                   MR. GUAGLARDI:  I just wanted to

24           make sure.  So you represent Defendants

25           other than Mr. Bagaiev and Mr.

1          Michael Dardashtian

2     Glukharev.

3          MR. SIM:  Yes.  Just for

4     clarification, I represent David Gitman,

5     Accel Commerce LLC, Dalva Ventures LLC

6     and Channel Reply, Inc.

7          MR. GUAGLARDI:  Fantastic.

8          MR. SIM:  Those are the only

9     Defendants that I represent.

10          MR. GUAGLARDI:  Thank you for

11     clarifying that.  I apologize for

12     interrupting.

13          MR. OSTRER:  Barry, just so you

14     know.  We got back on the record, we got

15     that clarification as well.

16          MR. GUAGLARDI:  I did not hear

17     that.

18          MR. OSTRER:  It is okay.

19          MR. GUAGLARDI:  Sang, one other

20     issue.

21          MR. SIM:  Yes.

22          MR. GUAGLARDI:  Evan is

23     conducting the deposition.  I know I

24     have asserted a few objections only

25     because we are at different locations,

1              Michael Dardashtian

2       so I cannot communicate with Evan.  Do

3       you have any objection if from time to

4       time I have to put an objection on the

5       record, even though Evan is the one

6       handling it on behalf of our firm?

7              MR. SIM:  Who is representing?

8       This is where I will put my confusion

9       for clarification for the record is.  I

10      am hearing objections from both sides,

11      right?  Obviously, you guys have cell

12      phones, you guys can communicate.  I am

13      not sure.  I am not used to two

14      attorneys sitting on a deposition

15      objecting independently.

16              MR. GUAGLARDI:  I will restrain

17      from doing that, but if you would prefer

18      only Evan do that, then Evan will do

19      that on a going-forward basis.

20              MR. SIM:  I think it is just

21      cleaner for the record, no?

22              MR. GUAGLARDI:  That is right.

23              MR. SIM:  Certainly, if you have

24      a comment, please make it.  I would like

25      to consider myself a very reasonable,

1           Michael Dardashtian

2     accommodating person.  If there is some

3     clarification or something to make the

4     record cleaner because there is some

5     confusion, yes, please do so.

6           As far as objection is

7     concerned, I am not exactly sure if two

8     attorneys objecting during one

9     deposition is appropriate.

10          MR. GUAGLARDI:  We do not want

11    to do that, and we will not do that.

12    That is why I brought the issue up.

13    Evan will handle the objections going

14    forward.  If I have any need to make a

15    comment, as you said I could, then I

16    will.

17          Sorry to interrupt.

18          MR. SIM:  Sure.  Just while we

19    are here taking care of these things, do

20    you guys intend to take a lunch break?

21          MR. GUAGLARDI:  That is up to

22    you.  We are ready to go through.  If

23    you want to take a short lunch break so

24    Michael Dardashtian can do that and you

25    can do that and the court reporter can

1                   Michael Dardashtian

2          do that, that is fine.  Evan and I do

3          not eat.

4                   MR. OSTRER:  As you may have

5          seen, I have resorted myself to shakes

6          working for Barry.

7                   MR. SIM:  Can you read back the

8          last question and answer, please.  I

9          just want to make sure there is no open

10         questions here.

11          (The requested portion of the record

12     was read by the reporter.)

13     Q.    Mr. Dardashtian, at that point in time

14     when Channel Reply was ready to launch, at this

15     particular point in time, do you know if Mr.

16     Bagaiev and Glukharev were the only programmers

17     at this time?

18     A.    I don't -- I don't recall specifically

19     when we launched if -- if -- who was working at

20     the company at that time and if they were the

21     only people.  I -- honestly, it was a long time

22     ago.  I don't remember.

23     Q.    With respect to Channel Reply's concern

24     and NDAP and the work of CSV, there were

25     employees of CSV doing multiple functions,

```
1                   Michael Dardashtian
2    which means they were working for CSV, NDAP,
3    Channel Reply and Plumburs, correct?
4    A.      Different employees had different roles
5    and functions.
6    Q.      Some employees, were they exclusively
7    working on NDAP as NDAP employees?
8    A.      I believe so, yes.
9    Q.      There were employees that were working
10   exclusively for Channel Reply?
11   A.      I -- I don't recall specifically which
12   companies had exclusive employees and which
13   company had shared resources.
14   Q.      Was there a system in place at CSV that
15   tracked the work of employees to determine if
16   they were shared employees or they worked
17   specifically for one company?
18   A.      Yes.
19   Q.      What was that program?
20   A.      It was dual program.  It was Jira,
21   J-I-R-A, and Time Doctor.  Also, for a period
22   of time, Upwork as well.  All of those were a
23   variety of different types of software that can
24   track work, can open tickets or specific items,
25   log screen time, log hours worked.  It gets
```

```
 1                 Michael Dardashtian
 2  pretty granular.
 3  Q.     Did these programs also track your time?
 4  A.     I don't believe David or my time was
 5  tracked.
 6  Q.     That was going to be my second question,
 7  is whether these programs tracked David's time.
 8  A.     I don't believe David or my time was
 9  tracked.
10  Q.     Prior to Channel Reply launching, how
11  many hours a week did you devote yourself to
12  Channel Reply?
13  A.     I don't -- I don't know specifically how
14  many hours.
15  Q.     Do you know how many hours David Gitman
16  was working on Channel Reply prior to its
17  launch?
18  A.     I don't.  I don't recall specifically.
19  Q.     Do you know if it was equal amount of
20  time between you, Michael Dardashtian, and
21  David Gitman?
22  A.     I would approximate.
23  Q.     What is the basis of your approximation?
24  A.     The amount of conversations and work
25  that we did for Channel Reply together.
```

```
 1                 Michael Dardashtian
 2   Q.      At any point in time, did you know what
 3   type of work David Gitman was doing for CSV,
 4   NDAP, Plumburs or Channel Reply?
 5                 MR. OSTRER:   Object to form.
 6   A.      Only when we specifically discussed what
 7   each other were working on, on a daily or
 8   weekly basis.
 9   Q.      Did you discuss this on a daily basis?
10   A.      Most days we would discuss what either
11   of us did.  We basically sat with our desks
12   attached for many years, so we constantly
13   conversed verbally, via -- and Skype chat.
14   Q.      When you indicated that you worked many
15   years, did both you, Michael Dardashtian, and
16   David Gitman work at the same office every day?
17   A.      We worked out of the same office when
18   we -- when we did have an office.  There were
19   days that we didn't work out of the office, if
20   someone had to take a day off or if they worked
21   from home.  But, you know, for the most part,
22   yes, we worked out of the same office together.
23   Q.      Did there come a time where you no
24   longer had a physical office?
25   A.      Yes.
```

1                    Michael Dardashtian

2    Q.       When was that?

3    A.       I don't recall specifically the date.

4    Q.       Do you know what year?

5    A.       I don't.  I forget.

6    Q.       What was the reason?

7    A.       David and I were the only two remaining

8    full-time employees at a given time, and we

9    didn't feel like we needed to pay for office

10   space.  We could work remotely together.

11   Q.       How about the employees?

12   A.       They were remote.

13   Q.       They all worked from home?

14   A.       I don't know if they worked from home or

15   a shared workspace or where they worked from,

16   but they worked remotely.

17   Q.       Does CSV have a physical office now?

18   A.       We do.

19   Q.       Where is that located?

20   A.       1010 Northern Boulevard, Great Neck, New

21   York 11121, Suite 208.

22   Q.       Is that a space that is exclusively

23   dedicated for CSV?

24   A.       No.  It is a shared space.

25   Q.       Shared with who?

1                Michael Dardashtian

2   A.    I don't know the other companies in the

3   space.  There's a decent amount.

4   Q.    Do you rent just one office or something

5   else?

6   A.    We -- we rent space in the office.

7   Q.    How much space do you rent?

8   A.    I don't know specifically.

9   Q.    Who found the space?

10  A.    I don't remember.

11  Q.    Do you know when you took the space?

12  What year?

13  A.    I don't remember.

14  Q.    Was it more than a year ago?

15  A.    I believe so.  I don't remember.

16  Q.    Do you know if it was before this

17  lawsuit started?

18  A.    Honestly, I don't remember when we took

19  the space.

20  Q.    Who decided to take the space?

21  A.    David and I together.

22  Q.    Did you and David go see the space?

23  A.    I don't remember if we actually saw the

24  space or not.

25  Q.    You do not recall if you saw the space?

1                    Michael Dardashtian

2    A.     I don't recall.

3    Q.     Do you know if David saw the space?

4    A.     I don't recall.  Ask David.

5    Q.     You indicated earlier that David had

6    left to work for another company for a short

7    period of time, correct?

8    A.     I never said it was a short period of

9    time.  You did.

10   Q.     He left, correct?

11   A.     He left to go work for Cue Connect full

12   time.

13   Q.     Do you know how long he worked for Cue

14   Connect?

15   A.     I don't.

16   Q.     Was it more than a year, less than a

17   year?

18   A.     I don't know.

19   Q.     When he was working for Cue Connect, did

20   he do any work for CSV or its related entities?

21   A.     I don't remember.  I believe his

22   workload decreased when he went to Cue Connect,

23   so he was probably still helping here and

24   there, but it decreased a decent amount.

25   Q.     Were you still communicating with David

1                Michael Dardashtian

2    Gitman during this period of time?

3    A.      Yes.

4    Q.      You were jointly managing the companies?

5    A.      He was still a managing member, yes.

6    Q.      Were you managing the companies together

7    during this period of time?

8    A.      He was still involved in

9    decision-making.  If there was a larger

10   decision to be made, I -- I always discussed it

11   with David.

12   Q.      How about smaller decisions?

13   A.      Depends how small the decision was.

14   Q.      Is there a threshold?

15   A.      Hard to say.  If, you know, we felt that

16   a small bug needed to be fixed, then we fixed

17   it.

18   Q.      When you say we, who are you referring

19   to as we?

20   A.      Myself and the other members that were

21   working for Cooper Square Ventures.

22   Q.      You mean the other employees or

23   consultants?

24   A.      Right.

25   Q.      At this point in time for Cooper Square,

1                   Michael Dardashtian
2    there is only two members, --
3    A.      Well, I --
4    Q.      -- you and David Gitman?
5    A.      Yes.  I'm sorry.  Members, yes.
6    Q.      Yes.
7    A.      Consultants, employees.
8    Q.      During this period of time when he went
9    to go work for Cue Connect, he still
10   participated in the operation of CSV?
11   A.      As I mentioned, his workload reduced,
12   but he still helped out in -- where he could.
13   Q.      He also helped out with Channel Reply?
14   A.      Yes, where he could.
15   Q.      And NDAP?
16   A.      Correct.
17   Q.      And Plumburs?
18   A.      Plumburs, I don't recall when he decided
19   he didn't want to work on that anymore.
20   Q.      Did you indicate that he did not want to
21   work on that anymore when the lawsuit was
22   filed?
23   A.      It was around that time.  I don't
24   remember specifically when that was.
25   Q.      Do you know what year he went to go work

```
 1              Michael Dardashtian
 2   for Cue Connect?
 3   A.      I don't.
 4   Q.      Before taking a position with Cue
 5   Connect, did David Gitman have a conversation
 6   with you?
 7   A.      He did.
 8   Q.      What did he say to you?
 9   A.      I am going to take a position at a
10   company that's a startup called Cue Connect.
11   Q.      Do you know what was his title at Cue
12   Connect?
13   A.      I don't.
14   Q.      Was it something computer-related?
15   A.      I -- I don't know what his title was.  I
16   am sure he has it on his LinkedIn.
17   Q.      When was the last time you looked at his
18   LinkedIn?
19   A.      I don't recall.  I was -- he had blocked
20   me from his LinkedIn probably around when the
21   lawsuit started.
22   Q.      Did you look at his LinkedIn before the
23   lawsuit started?
24   A.      Possibly.
25   Q.      Do you know if he was working for Cue
```

1                Michael Dardashtian

2  Connect when the lawsuit started?

3  A.    I don't know.  I don't recall.

4  Q.    After working for Cue Connect, David

5  Gitman came back, correct?

6  A.    I don't know if he ever formally came

7  back full time.  I wouldn't say he did come

8  back full time.  I think he -- he was still

9  looking for new opportunities when he left Cue

10 Connect.

11 Q.    How do you know that he was looking for

12 new opportunities?

13 A.    Well, when we spoke and he informed me

14 that Cue Connect wasn't going to work out,

15 he -- he informed me that he was still looking

16 for something to replace Cue Connect as his

17 full-time job.

18 Q.    What did you tell him when he said that

19 to you?

20 A.    Good luck.

21 Q.    When he told you that he was looking for

22 something else, he was also participating and

23 working at CSV as well?

24 A.    Similar to when he was at Cue Connect,

25 it was a limited capacity, but he was -- he was

```
 1                  Michael Dardashtian
 2   still a managing member.
 3   Q.      During this period of time, you were
 4   working full-time for CSV?
 5   A.      During which time?
 6   Q.      When he was gone at Cue Connect.
 7   A.      I don't remember the dates, so it's hard
 8   for me to say.  You want to give me the --
 9   Q.      From the time you started at CSV until
10   today, did you continuously work full time at
11   CSV?
12   A.      I've always worked for CSV as a manager
13   and as a member.  I've always worked and
14   contributed.
15   Q.      I am asking you if you worked full time.
16   A.      I would say that my -- my workload today
17   is -- for CSV, part to full time.
18   Q.      What does that mean, part to full time?
19   A.      I would say I devote a significant
20   amount of time to running and growing the
21   business.  Since I took over as the managing
22   member in 2017 when David was removed, I
23   increased growth forty percent first year,
24   thirty percent the second year, tripled income
25   from, you know, three hundred and fifty
```

1              Michael Dardashtian

2   thousand to over eight hundred thousand without

3   David involved at all.  I've grown the customer

4   base from over -- from three hundred to over

5   eight hundred.  You know...

6   Q.     How did you grow the customer base?

7   A.     I went through a variety of different

8   methods.

9   Q.     Can you tell me the methods?

10  A.     Yeah.  Through marketing, through SEO,

11  through increases in platform and platform

12  capabilities, through integrations with

13  third-parties, through partnerships.  A variety

14  of different methods.

15  Q.     What partnerships?

16  A.     Well, when we work with a third-party,

17  such as an Amazon or an eBay or a Wal-Mart or a

18  Zendesk or a Freshdesk, Help Scout, Gorgias,

19  Re:amaze, those are all partnerships of ours.

20  Q.     You had those partnerships before,

21  though, correct?

22  A.     No.  A lot of them have been added since

23  2017.

24  Q.     eBay and Amazon was added after 2017?

25  A.     I said a lot of them, and a lot of them

1                    Michael Dardashtian

2    have.

3    Q.     I am asking you specifically what was

4    added.  What entities?

5    A.     I answered this question before when you

6    asked me.  I said there was a -- Wal-Mart has

7    been added, Freshdesk has been added -- or -- I

8    mean not Freshdesk.  Help Scout, Gorgias,

9    Re:amaze, Wal-Mart.  I mean, there's a variety.

10   Q.     It was not Amazon or eBay, correct?

11   A.     No.  Amazon and eBay we had started

12   with.

13   Q.     You also indicated that you undertook

14   marketing efforts to increase the business --

15   A.     Correct.

16   Q.     -- after the lawsuit was started.  Can

17   you tell me specifically what marketing you

18   undertook?

19   A.     Well, we have written many articles.  We

20   have run advertising campaigns on Google, on

21   Facebook and retargeting.  We've done published

22   posts.  We've done sponsored posts.  We've done

23   a lot of marketing activities.

24   Q.     These marketings activities were not

25   undertaken prior to the lawsuit?

1              Michael Dardashtian

2    A.     A very small fraction of them are.

3    Q.     You did some marketing before the

4    lawsuit?

5    A.     As I mentioned, a very small amount.

6    We --

7    Q.     What are the small amounts?

8    A.     Well, we wrote some articles for the

9    website to drive traffic.

10   Q.     Was that it?

11   A.     I believe so.

12   Q.     The only marketing effort that occurred

13   before the lawsuit was writing some articles to

14   drive traffic to the website?

15   A.     I -- I don't recall specifically if we

16   did any others, but that's the one that I do

17   recall.

18   Q.     You also indicated that after the

19   lawsuit, you undertook SEOs?

20   A.     Well, that is similar to writing

21   articles for the website.

22   Q.     I just want to make sure that it was

23   just only writing articles for the website or

24   there was something else because SEOs are very

25   broad, right?

1              Michael Dardashtian

2   A.      Well, SEO is a broad category, yes.

3   Q.      I am just trying to specifically

4   understand what SEO activities you performed.

5   A.      When you say you, are you talking about

6   me specifically or the company?

7   Q.      I am sorry.  CSV after the lawsuit was

8   commenced.

9   A.      We have -- we have increased our

10  cue-word research.  We have improved search

11  functionality on the website.  We have improved

12  our indexing.  We have added links on other

13  people's websites for link exchanges.  We have

14  written articles for third-party websites and

15  done interviews to get higher indexing as well.

16  We have published articles on third-party

17  websites with the links back to our website.

18  We have worked with consultants to improve our

19  SEO and our search ranking.

20  Q.      With respect to the work that was

21  performed after the lawsuit was filed and you

22  mentioned we, did you do these things or were

23  the employees of CSV that were doing these

24  things?

25  A.      Both.

Michael Dardashtian

Q.    How much of that did you perform?

A.    A decent amount.

Q.    How many hours a week would you dedicate
to this?

A.    To marketing specifically or Channel
Reply specifically?

Q.    Increase marketing, increasing the
business itself, those particular functions.

A.    Well, I look at everything I do as
increasing the business.  Any improvement that
we make to the business increases the business.

Q.    When did you start working for Yoko
[phonetic]?

A.    Yotpo?

Q.    Yes.

A.    I don't recall a specific date that I
started.  I mean, if you have a date, maybe I
could verify it if you can show me, but I can't
recall the actual date itself.

Q.    Did you start working for Yotpo
September 16, 2016?

A.    I don't recall if it was September of
'16, but it was late 2016.

Q.    You took a full-time position at Yotpo,

1              Michael Dardashtian

2    right?

3    A.      Yes, I did.

4    Q.      You took that position in late 2016,

5    correct?

6    A.      Correct.

7    Q.      When you took the position at Yotpo, did

8    you continue working the same amount of hours

9    at CSV?

10   A.      I'm sorry.  Multiple people were

11   talking.

12   Q.      My question was:  When you started

13   working full time for Yotpo, did you continue

14   to work the same amount of hours at CSV?

15   A.      Yes.

16   Q.      When did you first start having

17   discussions with Yotpo regarding employment?

18   A.      I don't recall specific dates.

19   Q.      Do you know if you contacted Yotpo or

20   Yotpo contacted you?

21   A.      I -- you know, Cooper Square Ventures

22   was very close to Yotpo because Car Part Kings,

23   our company was one of Yotpo's first customers.

24   It currently remains a customer to this day.

25   So we've -- you know, I've always been close to

```
 1                  Michael Dardashtian
 2    the company, as has David.
 3    Q.      Who initiated that conversation with
 4    respect to employment?
 5    A.      I don't remember.
 6    Q.      Did you ever ask them for a job?
 7    A.      No.
 8    Q.      Do you know if they asked you if you
 9    wanted to work for them?
10    A.      There was a conversation had at some
11    point in time in which they proposed me coming
12    to help them, the company.
13    Q.      When they proposed you coming to help
14    them, what did they want you to come help with?
15    A.      They wanted me to help start the
16    enterprise sales team, enterprise sales
17    division at Yotpo.
18    Q.      What would the activities of the
19    enterprise sales division be?
20    A.      Primarily, they were selling their
21    services to small businesses, so they wanted to
22    figure out how to take the platform that they
23    had and sell it into larger companies for
24    larger contract values.
25    Q.      Was this activity anywhere related to
```

1              Michael Dardashtian

2    the businesses that CSV were operating?

3    A.      No, not at all.

4    Q.      Yotpo was not a competitor to Channel

5    Reply?

6    A.      Never was and it never will be -- or

7    never is, I would say.

8    Q.      Yotpo ever a competitor to Plumburs?

9    A.      No.

10   Q.      Yotpo ever a competitor to NDAP?

11   A.      No.  In fact, Car Part Kings and

12   Plumburs both used Yotpo and still do.

13   Q.      You indicated that Channel Reply is not

14   a competitor to Yotpo, right?

15   A.      Right.

16   Q.      Do you know if any customers of Channel

17   Reply went to Yotpo?

18   A.      Yotpo and Channel Reply share a lot of

19   customers.  I mentioned Car Part Kings, which

20   is our company, was a customer of Channel Reply

21   and still is and a customer of Yotpo.  They're

22   two different --

23   Q.      What does Yotpo provide?  What type

24   of --

25   A.      So Yotpo provides -- I'm sorry.  Say

1                    Michael Dardashtian
2    that again.
3    Q.     What type of services?
4    A.     Yeah.  So Yotpo provides reviews and
5    ratings for websites of products and business
6    services.  They provide visual, curated
7    content.  That is, like, taking a picture from
8    Instagram and putting it on your website.  They
9    provide loyalty and referral systems.  So if a
10   company wanted to launch a loyalty program and
11   a referral platform, they do that.  And they
12   most recently acquired an SMS marketing
13   company, so the ability to market through text
14   messaging.  And all these services are only
15   provided to companies who run their own website
16   or business.  Never for third-party services.
17   Q.     Channel Reply was only for third-party
18   services?
19   A.     Channel Reply only works for companies
20   selling their products through eBay, Amazon or
21   Wal-Mart.
22   Q.     There is no portion of Yotpo business
23   that directly conflicts with Channel Reply,
24   correct?
25   A.     Correct.

1                    Michael Dardashtian

2    Q.      Yotpo does not conflict with any of the

3    businesses operated by CSV?

4    A.      Right.

5    Q.      Did you have a specific job title when

6    you went to go work for Yotpo?

7    A.      Head of enterprise sales.

8    Q.      Is that your current title today?

9    A.      No.  It's vice president of enterprise

10   sales.

11   Q.      When did you get the promotion?

12   A.      I don't remember specifically.

13   Q.      Was it based on your job performance

14   that you got the promotion?

15   A.      A number of factors.

16   Q.      What are those factors?

17   A.      You would have to -- I would say

18   performance, collaboration, seniority, success.

19   Q.      Do you know if any of the employees of

20   CSV went to go work for Yotpo after you moved

21   to Yotpo?

22   A.      No, none of them have.

23   Q.      Are the employees of CSV still working

24   for CSV?

25   A.      Well, --

1              Michael Dardashtian

2              MR. OSTRER:   Object to form.

3    A.     -- two of them have resigned.  But since

4    resignation, they're both back at Cooper Square

5    Ventures.

6    Q.     Who are these people?

7    A.     Konstantyn Bagaiev and Oleksii

8    Glukharev.

9    Q.     Who rehired them?

10   A.     I did.

11   Q.     Did you reach out to them directly?

12   A.     Say that again.

13   Q.     You reached out to them directly to

14   rehire them?

15   A.     I can't remember if they reached out to

16   me or I reached out to them.

17   Q.     Do you know when they were rehired?

18   A.     I don't know specifically the dates.

19   Q.     You still participate in the management

20   of CSV?

21   A.     Yes.

22   Q.     Do you know if David Gitman participates

23   in the management of CSV?

24   A.     He was removed as a manager by the

25   courts, so he does not.

Michael Dardashtian

1

2   Q.    As far as decision-making is concerned,

3  you are the only person making decisions right

4  now?

5   A.    We have a replacement manager, which is

6  Joe Liebman [phonetic].

7   Q.    Who is that individual?

8   A.    He was the company's and is the

9  company's accountant.

10   Q.    Did you have a relationship with

11  Mr. Liebman before CSV was formed?

12   A.    He was my personal accountant.

13   Q.    So that means yes?

14   A.    Yes.

15          MR. SIM:  If you guys do not

16      mind, could we take a fifteen-minute

17      break?

18          MR. OSTRER:  That is fine.

19          MR. GUAGLARDI:  Do you just want

20      to take a lunch break since it is

21      fifteen minutes?

22          MR. SIM:  Yes, let's do that if

23      you guys do not mind.

24          MR. OSTRER:  What time do you

25      want to resume?

1              Michael Dardashtian

2              MR. SIM:  Right now, it is

3         12:40.  Can we resume at one?

4              MR. OSTRER:  Sure.

5         (At this time a pause was taken in the

6    proceeding.)

7    Q.    Mr. Dardashtian, let me ask you

8    questions regarding Parts Authority.  Are you

9    familiar with Parts Authority?

10   A.    Yes, I am.

11   Q.    What is Parts Authority?

12   A.    Parts Authority is a automotive parts

13   distributor.

14   Q.    Did there come a time where CSV entered

15   into some type of business relationship with

16   Parts Authority?

17   A.    So some of the managing members of NDA

18   Holdings are -- I'm not sure if they're owners

19   or managing members in Parts Authority.

20   Q.    As a result, some type of business

21   arrangement came into fruition between Parts

22   Authority and NDAP; is that correct?

23   A.    Yeah.  NDAP purchased parts from Parts

24   Authority.  They were a distributor of ours.

25   Q.    Was there a specific contract with Parts

1                    Michael Dardashtian

2    Authority?

3    A.     I don't recall.

4    Q.     Do you recall what the deal was with

5    Parts Authority?

6    A.     Specifically, no.  We purchased parts

7    from them.  They gave us good rates, and they

8    shipped for us.

9    Q.     I understand that when the business

10   relationship was entered into, Parts Authority

11   wanted something from CSV, correct?

12   A.     I'm not sure specifically what you are

13   referring to.

14   Q.     Was there a requirement to rebuild the

15   PA technology system?

16   A.     No, I don't believe so.

17   Q.     Part of the deal was not for David

18   Gitman to rebuild the PA technology and return

19   to give next-day auto parts --

20                    MR. OSTRER:  Object.

21   Q.     -- NDAP?

22   A.     I'm sorry.  Say it again.  There were

23   multiple people talking.  Can you said that --

24   can you just ask the question again?

25   Q.     ·Sure.  I am just clarifying that there

```
1                  Michael Dardashtian
2    was not a deal by which David Gitman would
3    rebuild the PA technology and return to give
4    next-day auto parts to NDAP?
5                  MR. OSTRER:  Objection to form.
6    A.    I -- I -- not to my knowledge.  I don't
7    think there's anything that I've ever seen
8    written to that regard.
9    Q.    Did you see all the agreements in regard
10   to that transaction?
11                 MR. OSTRER:  Objection.
12   A.    If there's something that wasn't shown
13   to me, that could be possible.  I don't know
14   what I don't know.
15   Q.    Do you know how long David Gitman worked
16   for Parts Authority for NDAP?
17   A.    David Gitman never worked for Parts
18   Authority.
19   Q.    David Gitman never worked for Parts
20   Authority Technology?
21   A.    No.  David Gitman worked for Cooper
22   Square Ventures.  I mean, he may have worked
23   for Parts Authority unbeknownst to me and not
24   to my knowledge.  I don't know if he was
25   compensated by them.  I was not.
```

```
 1                  Michael Dardashtian
 2   Q.      We had discussed earlier regarding NDAP,
 3   you indicated that business was sold; is that
 4   right?
 5   A.      Yes, NDAP's assets were sold.
 6   Q.      What are the specific assets that were
 7   sold; do you know?
 8   A.      The Car Part King's business assets.
 9   Q.      Anything else?
10   A.      I don't recall specifically.  If you
11   want to pull up the contract we have with -- by
12   Auto Parts in Meridian, we can look through it
13   and review which assets specifically.
14   Q.      Effectively, when those assets were
15   sold, did NDAP continue business afterwards?
16   A.      No.  NDAP is still in existence, but
17   there's no business that NDAP is performing.
18   Q.      It is not performing.  It is not an
19   active business right now?
20   A.      Correct.
21   Q.      Do you know who found the buyer for
22   NDAP?
23   A.      I did.
24   Q.      How did you find the buyer?
25   A.      I reached out to the CEO of Buy Auto
```

```
 1              Michael Dardashtian
 2   Parts.
 3   Q.     Just through a random call?
 4   A.     Cold call, yes.
 5   Q.     They indicated they have an interest in
 6   purchasing NDAP?
 7   A.     Well -- I want to -- it wasn't a call.
 8   It was a -- I believe the first message was a
 9   LinkedIn message or an email.  I can't remember
10   specifically.  But I reached out.  I use cold
11   call as -- like, it was a cold outreach.
12   Q.     Before that cold call, did you make
13   other calls as well?
14   A.     There were a few other people I reached
15   out to, to try to garner interest for Car Part
16   King.
17   Q.     This was the only buyer that had an
18   interest for Car Part King?
19   A.     Before this buyer, there was an
20   interested party, Revolution Parts, of which I
21   curated as well.
22   Q.     What happened to that transaction?
23              MR. OSTRER:  Objection.
24   A.     It wasn't ultimately a transaction that
25   we thought was to the best benefit of David and
```

```
 1                 Michael Dardashtian
 2    myself.
 3    Q.     Based on their offer?
 4    A.     Based on their offer, correct.
 5    Q.     Then you found the second buyer?
 6    A.     I don't -- I don't know the order, if I
 7    found them after or before.  I could have been
 8    talking to this buyer before the second or
 9    after but at some point.
10    Q.     Who negotiated the initial terms with
11    the buyer, --
12               MR. OSTRER:  Which buyer?
13    Q.     -- the one that eventually purchased
14    NDAP?  I will refer to it as BAP.
15    A.     Yeah, BAP.  So we -- we hired a broker
16    to help negotiate the terms.
17    Q.     Who was the broker?
18    A.     Jeremy Falk.
19    Q.     Who is Jeremy Falk?
20    A.     He's a broker.  To my knowledge, he's a
21    business broker.
22    Q.     Did you know Jeremy Falk before you
23    hired him for this transaction?
24    A.     I was introduced to Jeremy Falk along
25    with David Gitman prior to the transaction.  I
```

```
 1                Michael Dardashtian
 2   don't recall the actual date.
 3   Q.      You and David Gitman met Mr. Falk at the
 4   same time?
 5   A.      I believe so.
 6   Q.      Where were you when you first met
 7   him; --
 8   A.      I believe we had dinner --
 9   Q.      -- meaning, where were you working for?
10   A.      This was while we were running Cooper
11   Square Ventures and NDAP.  I don't remember
12   if -- if we had owned NDAP at the time or
13   Cooper Square Ventures was an investor at the
14   time.  I don't remember when -- what year we
15   met him.  It's hard for me to say, but we met
16   him at dinner in Houston's in the City.
17   Q.      You knew Mr. Falk before this
18   transaction with BAP?
19   A.      Correct.
20   Q.      What led you to reach out to Mr. Falk to
21   broker this transaction?
22   A.      So we were working with a private equity
23   company before Mr. Falk and unfortunately, we
24   did not have a successful experience with them.
25   So we decided to stop using their services.
```

1                     Michael Dardashtian
2      And when we stopped using their services, we
3      asked Mr. Falk if he would act as the broker in
4      this case to create a buffer between us and the
5      buyer.
6      Q.      He agreed to do so?
7      A.      Correct.
8      Q.      Mr. Falk was acting on your behalf as an
9      agent for CSV, correct?
10     A.      You -- so it was acting on Cooper Square
11     Ventures' behalf as a broker, correct.
12     Q.      Did you participate in the initial
13     negotiation of this transaction?
14     A.      Well, David and I were always apart of
15     the negotiations of this transaction.  Either
16     we would talk directly to BAP or Jeremy would
17     talk to BAP on our behalf and let us know how
18     the conversation went.
19     Q.      There came a time where you entered into
20     an initial term sheet?
21     A.      I don't recall specifically if we signed
22     the term sheet or if we just signed an ADA.  If
23     you have a term sheet, I'd be happy to review
24     it.  I don't recall what the -- like, what the
25     mechanical procedure was.

1                   Michael Dardashtian

2    Q.     You guys negotiated the manner in which

3    these assets would be transferred?

4    A.     Cooper Square Ventures negotiated the

5    manner in which it would be transferred, yeah.

6    Q.     How were the assets going to be

7    transferred?

8    A.     It was dependent on the asset and what

9    the expectation was.

10   Q.     You had the Car Parts, right, Car Parts

11   King?

12   A.     Car Part King's website, correct, yes.

13   Q.     If you were to transfer that asset, how

14   would you transfer that asset to BAP?

15                   MR. OSTRER:  Objection to form.

16                   You can answer.

17   A.     That's -- that's a tricky question

18   because there's a lot of components to the

19   website.  So if you're talking specifically

20   about the domain, we transferred the DNS from

21   our GoDaddy account to theirs.

22   Q.     You indicated there was a lot of

23   components to this transfer.  Once the

24   transaction was agreed to with BAP, it would be

25   fair to say that there is a lot of components

```
 1                Michael Dardashtian
 2    to the transfer of these assets to consummate
 3    the sale, correct?
 4    A.      There are components, yes.
 5    Q.      Do you know who undertook the transfer
 6    of these components?
 7    A.      A variety of individuals.
 8    Q.      Who were those individuals?
 9    A.      Myself, David Gitman and Jeremy Falk,
10    Alice Fritz.  I can't remember if there were
11    more.
12    Q.      Alice Fritz continued working for CSV?
13    A.      No.  Alice Fritz, as part of the deal,
14    as part of the transaction became a -- I don't
15    know her arrangement, whether it's a full-time
16    employee or a consultant of BAP.
17    Q.      As part of the transaction, Alice Fritz
18    was transferred or handed over to BAP, correct?
19              MR. OSTRER:  Object to form.
20    A.      Yes.
21    Q.      You indicated that there were multiple
22    people involved in transferring components of
23    this business to BAP, and you identified
24    yourself, you identified David Gitman and Mr.
25    Falk and you indicated there could be others.
```

1          Michael Dardashtian

2          Can you tell me what specifically you

3     were assigned to with respect to the transfer

4     of components of this business to BAP during

5     this transaction?

6     A.    I don't recall specifically.  I'd have

7     to look through, like, all the requests that

8     were made over time.

9     Q.    Do you know what specific function David

10    was assigned to?

11    A.    I don't.

12    Q.    How about Mr. Falk --

13    A.    -- probably in the contract specifically

14    requesting certain people do specific things.

15    Q.    It was segregated, though, between

16    different people?

17    A.    No, nothing in the contract segregated

18    us.

19    Q.    The work itself was segregated by CSV to

20    accomplish the goal?

21    A.    Perhaps.  There are sometimes multiple

22    people who had to work together to accomplish

23    specific goals.

24    Q.    Did you work together with David Gitman

25    to accomplish these goals?

```
 1                  Michael Dardashtian
 2    A.      On a couple of items, I do remember
 3    working with David, which was difficult because
 4    the lawsuit was going on.
 5    Q.      What was the couple of items?
 6    A.      I don't recall specifically.  I am sure
 7    I can look back on our emails and find what we
 8    were working on together.
 9    Q.      As a result of this transaction, did
10    Parts Authority receive any compensation from
11    NDAP?
12    A.      Yes.
13    Q.      What was that?
14    A.      A hundred thousand dollars.
15    Q.      Why did they receive that hundred
16    thousand dollars?
17    A.      Well, we had signed that arrangement
18    with them previously when we purchased NDAP
19    from NDA Holdings.  Part of that agreement, as
20    we discussed, was if the company was sold, we
21    would have to pay the note.  The note was a
22    considerable amount of money.  I don't -- I
23    don't remember the exact amount, but it was
24    more than the sale of the company itself.  So
25    we negotiated that we would pay them a hundred
```

1                    Michael Dardashtian

2    thousand dollars when the agreement was signed

3    up front.

4    Q.      The hundred thousand dollars was a

5    modification of the original note or lien --

6    A.      Correct.

7    Q.      -- as we discussed earlier, right?

8    A.      Yeah.

9    Q.      That satisfied NDA Holdings' obligations

10   or CSV's obligations to NDA Holdings, correct?

11   A.      It satisfied CSV's obligations to NDA

12   Holdings, yes, and NDA fees.

13   Q.      After the assets were successfully

14   transferred to BAP, were there any other

15   transactions that occurred with BAP thereafter?

16                    MR. OSTRER:   Objection to form.

17   A.      Not to my knowledge.

18   Q.      After that transfer of those assets,

19   NDAP stopped being an active business, correct?

20   A.      Correct.

21   Q.      There were no portions of NDAP business

22   that got rolled over to another business entity

23   of CSV?

24   A.      No.

25   Q.      When the transaction occurred, other

1           Michael Dardashtian
2    than Alice Fritz, were there any other
3    employees that were part of this transaction?
4    A.    Not to my knowledge.  Alice Fritz was
5    the only one that was obligated to work with
6    BAP directly.
7    Q.    We had a discussed earlier, Alice Fritz
8    was one of the earlier programmers that joined
9    CSV, correct?
10   A.    Yes.
11   Q.    She was actually the first programmer
12   that was hired by CSV, correct?
13   A.    She was, yes.
14   Q.    Was Alice Fritz also involved in Channel
15   Reply?
16   A.    I believe she attempted to assist with
17   Channel Reply.  It wasn't very successful
18   because that wasn't her particular skill set,
19   so she mainly focused on the NDAP portion of
20   the business.
21   Q.    When you say she was not successful with
22   the Channel Reply because that was outside her
23   skill set, is that your testimony?
24   A.    That is my -- my belief.
25   Q.    She did not know programming for Channel

1                    Michael Dardashtian

2    Reply?

3    A.      Specifically, I don't remember why we

4    didn't engage her further on it, but it wasn't

5    a successful trial.

6    Q.      We had discussed earlier regarding Mr.

7    Bagaiev and Glukharev regarding a possibility

8    of offering them equity.  Was there any

9    possibility of offering equity to Alice Fritz?

10   A.      Not to my knowledge that I remember.

11   Q.      Were there any discussions regarding

12   equity awards to Alice Fritz by CSV?

13   A.      There was a discussion about possibly

14   giving her a percentage of the sale.

15   Q.      Of NDAP?

16   A.      Of NDAP, yes.

17   Q.      That is to encourage her to go to BAP?

18   A.      Correct.

19   Q.      As an incentive to go along with the

20   transaction, so to speak?

21   A.      Yes.

22   Q.      There were no discussions regarding

23   giving her equity before the consummation of

24   the sale of BAP?

25   A.      I don't remember specifically if we have

1                    Michael Dardashtian

2    ever had that discussion.  If we did, I mean, I

3    don't remember it.  If there's a document, I

4    can review it.  Happy to.

5    Q.    During this period of time when equity

6    was being contemplated to Mr. Bagaiev and

7    Federov [sic], Alice Fritz was not part of this

8    conversation?

9                    MR. OSTRER:  Object to form.

10   A.    No, because we were specifically talking

11   about Channel Reply.

12   Q.    Because Alice Fritz was not part of

13   Channel Reply, there was no equity

14   consideration for Alice Fritz?

15   A.    Correct.

16   Q.    When they were working on Channel Reply,

17   it was only these two programmers that built

18   the programming?

19   A.    I don't -- I don't recall.  There were

20   -- could have been possibly more programmers

21   involved.  They were the two leading

22   programmers.

23   Q.    You were involved in the programming as

24   well?

25                    MR. OSTRER:  Asked and answered.

```
 1              Michael Dardashtian
 2   A.    I believe we covered this already.
 3   Q.    I am trying to understand.  Let me ask
 4   you this:  How many lines of programming did
 5   you program for Channel Reply?
 6   A.    I don't recall.
 7   Q.    More than one?
 8   A.    I -- honestly, I don't recall.
 9   Q.    Could be zero?
10   A.    I don't recall.
11   Q.    Do you know how much lines of the
12   programming Alice Fritz programmed for Channel
13   Reply?
14   A.    I do not recall.
15   Q.    Do you recall if she programmed any
16   lines of coding?
17   A.    I don't recall, no.
18   Q.    Do you know how many lines of coding
19   David Gitman programmed for Channel Reply?
20   A.    Do not recall.
21   Q.    How about for Mr. Bagaiev?
22   A.    I don't -- I don't -- I don't know the
23   exact number.
24   Q.    He did program lines, though?
25   A.    Yes, Konstantyn has programmed lines of
```

```
 1                   Michael Dardashtian
 2    code.
 3    Q.      How about the other gentleman?
 4    A.      Can you be specific?
 5    Q.      Glukharev?
 6    A.      Yes, Oleksii has programmed lines of
 7    code for Channel Reply.
 8    Q.      Would it be about the same amount as Mr.
 9    Bagaiev?
10    A.      I don't know specifically.
11    Q.      Do you know specifically what Mr.
12    Bagaiev specialized in with respect to the
13    programming for Channel Reply?
14    A.      He's our lead developer.
15    Q.      I understand lead developer, but there
16    are certain specialties within programmers,
17    correct?
18    A.      Yes.
19    Q.      Was there any particular specialty that
20    Mr. Bagaiev possessed?
21    A.      I would say he was a back-end developer.
22    He's not front-end.
23    Q.      How about Mr. Glukharev?
24    A.      Similarly, he's back-end.  He has some
25    front-end experience, though.
```