# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦   NJ BAR
▲   NJ & NY BAR

October 12, 2020

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:     **Michael Dardashtian, et al. v. David Gitman, et al.**
        **17-cv-4327**

Dear Judge Lehrburger:

Please accept this letter application on behalf of the Plaintiffs in connection with Plaintiffs' pending motion for partial summary judgment. We write to respectfully seek permission from the Court to include three (3) additional exhibits for the Court's consideration as part of Plaintiffs' Reply, namely (1) Defendant David Gitman's sworn deposition testimony, (2) each of the parties' individual tax form Schedule K-1 from the Federal Income Tax Return of Plaintiff Cooper Square Ventures, LLC; and (3) the Plaintiff Companies 401K/Distribution report pulled from the Plaintiff Companies' Quickbooks file.

The within request will assist the Court as the Affidavit of David Gitman ("Gitman Affidavit"), which was included in Defendants' opposition to the pending motion, substantially contradicts Mr. Gitman's earlier sworn deposition testimony, which was not contemplated and/or expected by Plaintiffs. Palazzo ex rel. Delmage v. Corio, 232 F.3d 38, 43 (2d Cir. 2000) ("[I]n opposing summary judgment, a party who has testified to a given fact in his deposition cannot create a triable issue merely by submitting an affidavit denying the fact.")

While Plaintiffs continue to maintain that their pending motion eliminates all genuine issues of material fact, the relevant portions of the proposed three (3) exhibits will dispose of those issues that Defendants maintain are in dispute, and will assist the Court in deciding whether any issues are appropriate for trial.

To the extent that the within application is granted, Plaintiffs have no objection to Defendants filing a Sur-Reply, if they so request, provided same is limited in scope.

Thank you for Your Honor's consideration

Respectfully Submitted,
**GUAGLARDI & MELITI, LLP**

Evan Ostrer

Cc:     All counsel of record (via ECF)

2