```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,                :
                                            :        17-CV-4327 (LLS) (RWL)
                        Plaintiffs,         :
                                            :        ORDER
        - against -                         :
                                            :
DAVID GITMAN, et al.,                       :
                                            :
                        Defendants.         :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Plaintiffs' request (Dkt. 190) is granted as follows: Plaintiffs may file the three additional exhibits. By **October 21, 2020**, Plaintiffs shall file a letter not longer than three pages specifying, and explaining why, Plaintiffs believe the information in the additional exhibits is relevant to the summary judgment arguments. Although Plaintiffs' letter reply (Dkt. 192) sets forth some explanation, it is at a general level without any citation to the exhibits. By **October 28, 2020**, Defendants may file a letter not longer than three pages in response.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:_____*
*DATE FILED: 10/14/2020*