PROPOSED 149(a)

Bus Platinum Privileges


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 1.888.BUSINESS (1.888.287.4637)

🔗 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

COOPER SQUARE VENTURES, LLC
1010 NORTHERN BLVD STE 208
GREAT NECK, NY  11021-5320

## Your Business Advantage Chk
## Bus Platinum Privileges
for January 1, 2014 to January 31, 2014

Account number: ▓▓▓▓▓▓▓345

COOPER SQUARE VENTURES, LLC

## Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2014 | $28,694.63 | # of deposits/credits: 2 |
| Deposits and other credits | 17,000.00 | # of withdrawals/debits: 18 |
| Withdrawals and other debits | -17,309.76 | # of items-previous cycle[1]: 0 |
| Checks | -27,000.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $7,834.27 |
| **Ending balance on January 31, 2014** | **$1,384.87** | [1]Includes checks paid,deposited items&other debits |

## Share your opinions and earn cash prizes

Join the Bank of America Online Advisory Panel. Your voice is important and we would like you to help us learn what we're doing right, and what we could do better. Just for joining, you'll be entered to win $3,000*, and you could win more cash each time you share your feedback.

**Get started at bankofamerica.com/advisorypanel**

*Contest details: No purchase necessary. Void where prohibited. Starts 11/30/2013. Ends 3/31/2014. Restrictions apply.
Visit https://panelinfo.ipsos.com/boacontestrules.htm for complete details and Official Contest Rules.   AR3WXVRD/YSDUTU   SSM-08-13-0197.A

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



# Your checking account

COOPER SQUARE VENTURES, LLC   |   Account #XXXXXXXXX845   |   January 1, 2014 to January 31, 2014

**Use our worksheet to help balance your account.**
To make balancing your account easier, we have a step-by-step worksheet available. For a printable version of the **Balance Your Account** worksheet, go to bankofamerica.com/statementbalance or the **Statements and Documents** page in Online Banking by hovering over the Accounts tab on your Accounts overview page.

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/14/14 | Online Banking Transfer From Chk 7390 Confirmation# 0471868677 | 7,000.00 |
| 01/30/14 | Online Banking Transfer From Chk 7390 Confirmation# 2610038480 | 10,000.00 |
| **Total deposits and other credits** | | **$17,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/06/14 | NY TLR transfer to CHK 2859 | -25.00 |
| 01/10/14 | ADP PAYROLL FEES DES:ADP - FEES ID:2ROUE | -74.88 |
| 01/14/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:5459 | -3,580.94 |
| 01/15/14 | ADP TX/FINCL SVC DES:ADP - TAX ID: | -2,260.90 |
| 01/15/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:5459 | -71.49 |
| 01/17/14 | Pershing LLC FBO Cooper Squar Bill Payment | -729.16 |
| 01/17/14 | Michael Dardashtian CSV 401k Bill Payment | -729.16 |
| 01/21/14 | ADP PAYROLL FEES DES:ADP - FEES ID:2ROUE | -40.00 |
| 01/21/14 | ADP PAYROLL FEES DES:ADP - FEES ID:2ROUE | -21.50 |
| 01/24/14 | ADP PAYROLL FEES DES:ADP - FEES ID:2ROUE | -74.88 |
| 01/27/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:RIOUE | -126.00 |
| 01/30/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:608 | -4,910.04 |
| 01/31/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:RIOUE | -3,172.80 |
| 01/31/14 | Pershing LLC FBO Cooper Squar Bill Payment | -729.16 |

continued on the next page

COOPER SQUARE VENTURES, LLC  |  Account # ▓▓▓▓▓▓345  |  January 1, 2014 to January 31, 2014

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/31/14 | Michael Dardashtian CSV 401k Bill Payment | -729.16 |
| 01/31/14 | ADP TX/FINCL SVC DES:ADP - TAX ID:▓▓▓▓▓ | -34.69 |
| **Total withdrawals and other debits** | | **-$17,309.76** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 01/06/14 | 51 | -13,500.00 | 01/10/14 | 52 | -13,500.00 |
| | | | **Total checks** | | **-$27,000.00** |
| | | | **Total # of checks** | | **2** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 28,694.63 | 01/15 | 2,681.42 | 01/27 | 960.72 |
| 01/06 | 15,169.63 | 01/17 | 1,223.10 | 01/30 | 6,050.68 |
| 01/10 | 1,594.75 | 01/21 | 1,161.60 | 01/31 | 1,384.87 |
| 01/14 | 5,013.81 | 01/24 | 1,086.72 | | |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Bank of America

COOPER SQUARE VENTURES, LLC  |  Account # ************345  |  January 1, 2014 to January 31, 2014

## Check images
**Account number:** ************345

Check number: 51  |  Amount: $13,500.00




Check number: 52  |  Amount: $13,500.00




PROPOSED 149(b)



Michael Dash <mdash@channelreply.com>

# Channelreply: Sales - Yearly & Monthly - Invitation to edit

**Yuvaraj S** <yuvaraj.s@chargebee.com>                    Thu, Oct 8, 2020 at 12:49 PM
To: Michael Dash <michael@channelreply.com>

Hello Michael,

Please find your Start date on Chargebee, Activation date and the year wise sales numbers below:

| Signup Date (YYYY-MM-DD) | Activation Date (YYYY-MM-DD) |
|---:|---:|
| 2015-12-01 | 2016-01-19 |

| Year | Sales (in USD) |
|---:|---:|
| 2016 | 94963.22 |
| 2017 | 350162.19 |
| 2018 | 577941.66 |
| 2019 | 792642.35 |
| 2020 | 791041.49 |

Hope this helps.

Regards,
Yuvaraj
Chargebee
[Quoted text hidden]

# Cooper Square Ventures

## PROFIT AND LOSS BY MONTH
January 2017 - December 2019

| | JAN - DEC 2017 | JAN - DEC 2018 | JAN - DEC 2019 | TOTAL |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| **Gross Revenues** | | | | $0.00 |
| **PayPal Income** | 117,707.14 | 126,934.49 | 162,081.72 | $406,723.35 |
| Chargeback & Disputes | -165.30 | 0.00 | 0.00 | $ -165.30 |
| **Total PayPal Income** | **117,541.84** | **126,934.49** | **162,081.72** | **$406,558.05** |
| **Stripe Income** | 245,056.25 | 447,435.43 | 611,434.97 | $1,303,926.65 |
| Gross Up | 13,321.20 | 18,493.48 | 33,744.96 | $65,559.64 |
| **Total Stripe Income** | **258,377.45** | **465,928.91** | **645,179.93** | **$1,369,486.29** |
| **Total Gross Revenues** | **375,919.29** | **592,863.40** | **807,261.65** | **$1,776,044.34** |
| **Refunds** | | | | $0.00 |
| PayPal Refunds Sent | -6,860.07 | -1,748.60 | -3,126.97 | $ -11,735.64 |
| Stripe Refunds | -5,738.27 | -5,633.77 | -17,142.49 | $ -28,514.53 |
| **Total Refunds** | **-12,598.34** | **-7,382.37** | **-20,269.46** | **$ -40,250.17** |
| **Sales** | | | | $0.00 |
| ChannelReply | 3,916.00 | 4,608.00 | 5,472.86 | $13,996.86 |
| **Total Sales** | **3,916.00** | **4,608.00** | **5,472.86** | **$13,996.86** |
| Stripe Income (additional) | 5,247.00 | | | $5,247.00 |
| Uncategorized Income | 3,651.84 | | | $3,651.84 |
| **Total Income** | **$376,135.79** | **$590,089.03** | **$792,465.05** | **$1,758,689.87** |