1

671113

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax
year beginning _____
ending _____

□ Final K-1    □ Amended K-1    OMB No. 1545-0130

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) **37,801.** | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income **77.** | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* **4,247.** |
| 12 | Other deductions | | D **26,258.** |
| | | 17 | Other information A **77.** |

### Part I — Information About the Corporation

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY 11753

**C** IRS Center where corporation filed return
E-FILE

### Part II — Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN
~~████████████████████~~
~~NEW YORK, NY 10075~~

**F** Shareholder's percentage of stock
ownership for tax year ................. **50.000000%**

For IRS Use Only

*See attached statement for additional information.

311271
03-11-14    JWA    For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    IRS.gov/form1120s    Schedule K-1 (Form 1120S) 2013

COOPER SQUARE VENTURES LLC                                    45-2943587

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| OFFICERS HEALTH INS | 3,428. | |
| OTHER NON-DEDUCTIBLE EXPENSES | 819. | |
| TOTAL | 4,247. | |

1

# Schedule of Activities

For calendar year 2013, or tax year beginning _____ , 2013, and ending _____ , _____ .

Name: COOPER SQUARE VENTURES LLC

For: MICHAEL DARDASHTIAN

I.D. Number: ▓▓▓▓▓▓▓▓

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 1 | | | | NDAP, LLC |

| | Activity - 1 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 109,928. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | 77. | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | 77. | | |
| Investment expenses | | | |

```
*   1 - Single Family Residence      5 - Land
    2 - Multi-Family Residence       6 - Royalties
    3 - Vacation or Short-Term Rental  7 - Self-Rental
    4 - Commercial                   8 - Other

325001 01-16-14
```

1

671113

**Schedule K-1**
**(Form 1120S)**

**2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| | Final K-1 | | Amended K-1 | | OMB No. 1545-0130 |

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 37,800. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 77. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |

**Part I    Information About the Corporation**

**A** Corporation's employer identification number

~~■■■■■■■~~

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY  11753

**C** IRS Center where corporation filed return
E-FILE

**Part II    Information About the Shareholder**

**D** Shareholder's identifying number

~~■■■■■■■■■~~

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN

~~■■■■■■■■■■■■■~~

**F** Shareholder's percentage of stock
ownership for tax year ............. 50.000000%

| | | | |
|---|---|---|---|
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis 4,246. |
| 12 | Other deductions | D | 26,258. |
| | | 17 A | Other information 77. |

For IRS Use Only

*See attached statement for additional information.

311271
03-11-14   JWA   **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2013

COOPER SQUARE VENTURES LLC

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

---

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| OFFICERS HEALTH INS | 3,427. | |
| OTHER NON-DEDUCTIBLE EXPENSES | 819. | |
| TOTAL | 4,246. | |

2

# Schedule of Activities

For calendar year 2013, or tax year beginning _____ , 2013, and ending _____ . _____

Name: **COOPER SQUARE VENTURES LLC**                                                I.D. Number: ▓▓▓▓▓▓▓

For:   **DAVID GITMAN**

| Description of Activity | Activity Number 1 | 100% Disposed | Publicly Traded Partnership | Type Code * | Description NDAP, LLC |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | Activity - 1 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 109,927. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | 77. | | |
| Dividends  - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | 77. | | |
| Investment expenses | | | |

* 1 - Single Family Residence   5 - Land
  2 - Multi-Family Residence   6 - Royalties
  3 - Vacation or Short-Term Rental   7 - Self-Rental
  4 - Commercial   8 - Other

325001 01-16-14

14

2

1

671114

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2014**

☐ Final K-1   ☐ Amended K-1      OMB No. 1545-0123

For calendar year 2014, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**   ▶ See separate instructions.

**Part I   Information About the Corporation**

**A** Corporation's employer identification number

~~███████~~

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY  11753

**C** IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

**D** Shareholder's identifying number

~~███████~~

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN
~~███████~~

**F** Shareholder's percentage of stock
ownership for tax year ................   50.000000%

**For IRS Use Only**

| | Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  10,200. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  37. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other Income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | D | 10,000. |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 37. |

*See attached statement for additional information.

411271
11-19-14   JWA   **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**      IRS.gov/form1120s      **Schedule K-1 (Form 1120S) 2014**

15000407  793839  COOP          2014.06020  COOPER SQUARE VENTURES LLC   COOP____1

1

# Schedule of Activities

For calendar year 2014, or tax year beginning _____ , 2014, and ending _____ , _____.

Name: **COOPER SQUARE VENTURES LLC**                                    I.D. Number: ▓▓▓▓▓▓

For: **MICHAEL DARDASHTIAN**

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 1 | | | | NDAP, LLC |
| | 5 | | | | PLUMBURS LLC |

| | Activity - 1 | Activity - 5 | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 102,855. | 865. | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | 37. | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | 37. | | |
| Investment expenses | | | |

```
*   1 - Single Family Residence        5 - Land
    2 - Multi-Family Residence         6 - Royalties
    3 - Vacation or Short-Term Rental  7 - Self-Rental
    4 - Commercial                     8 - Other
425001 05-01-14
```

1

2

671114

| | | | |
|---|---|---|---|
| **Schedule K-1**<br>**(Form 1120S)**<br>Department of the Treasury<br>Internal Revenue Service | **2014**<br>For calendar year 2014, or tax<br>year beginning _____<br>ending _____ | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 | |

| | | |
|---|---|---|
| **Part III** | **Shareholder's Share of Current Year Income,**<br>**Deductions, Credits, and Other Items** | |
| **1** Ordinary business income (loss)<br>10,199. | **13** Credits | |
| **2** Net rental real estate inc (loss) | | |
| **3** Other net rental income (loss) | | |
| **4** Interest income<br>37. | | |
| **5a** Ordinary dividends | | |
| **5b** Qualified dividends | **14** Foreign transactions | |
| **6** Royalties | | |
| **7** Net short-term capital gain (loss) | | |
| **8a** Net long-term capital gain (loss) | | |
| **8b** Collectibles (28%) gain (loss) | | |
| **8c** Unrecaptured sec 1250 gain | | |
| **9** Net section 1231 gain (loss) | | |
| **10** Other income (loss) | **15** Alternative min tax (AMT) items | |
| **11** Section 179 deduction | **16** Items affecting shareholder basis<br>D          10,000. | |
| **12** Other deductions | | |
| | **17** Other information<br>A          37. | |

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**   ▶ See separate instructions.

**Part I     Information About the Corporation**

**A** Corporation's employer identification number
~~████████████~~

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY  11753

**C** IRS Center where corporation filed return
E-FILE

**Part II     Information About the Shareholder**

**D** Shareholder's identifying number
~~████████████~~

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN
~~████████████~~ 215

**F** Shareholder's percentage of stock
ownership for tax year ........    50.000000%

For IRS Use Only

*See attached statement for additional information.

411271
11-19-14     JWA   **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**     IRS.gov/form1120s     **Schedule K-1 (Form 1120S) 2014**

10

2

## Schedule of Activities

For calendar year 2014, or tax year beginning _____ , 2014, and ending _____ . _____

Name: COOPER SQUARE VENTURES LLC                                         I.D. Number: ~~(redacted)~~

For: DAVID GITMAN

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 1 | | | | NDAP, LLC |
| | 5 | | | | PLUMBURS LLC |

| | Activity - 1 | Activity - 5 | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 102,854. | 864. | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | 37. | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | 37. | | |
| Investment expenses | | | |

```
*   1 - Single Family Residence      5 - Land
    2 - Multi-Family Residence       6 - Royalties
    3 - Vacation or Short-Term Rental  7 - Self-Rental
    4 - Commercial                   8 - Other
425001  05-01-14
```

15000407 793839 COOP          2014.06020 COOPER SQUARE VENTURES LLC  COOP___1          2

COOPER SQUARE VENTURES LLC



| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4,384. | SEE SHAREHOLDERS INSTRUCTIONS |
| OTHER NON-DEDUCTIBLE EXPENSES | 34. | |
| TOTAL | 4,418. | |

1

# Schedule of Activities

For calendar year 2015, or tax year beginning _____, 2015, and ending _____, _____

Name: **COOPER SQUARE VENTURES LLC**                                                      I.D. Number: ▓▓▓▓▓▓▓
For:  **MICHAEL DARDASHTIAN**

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 5 | | | | **PLUMBURS LLC** |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 1,121. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence        5 - Land
  2 - Multi-Family Residence         6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial                     8 - Other

525001 04-01-15

2

671113

| Schedule K-1 (Form 1120S) | **2015** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

| | | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
| --- | --- | --- | --- |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY  11753

**C** IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN
███████████ 215

**F** Shareholder's percentage of stock
ownership for tax year ................  50.000000%

| Box | Item | Amount | Box | Item | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | Ordinary business income (loss) | -86,040. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 8. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |  C* 4,417. |
| 12 | Other deductions | | | | |
| | | | 17 | Other information |  A 8. |

*See attached statement for additional information.

For IRS Use Only

511271
10-26-15   JWA   **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2015

COOPER SQUARE VENTURES LLC



| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4,384. | SEE SHAREHOLDERS INSTRUCTIONS |
| OTHER NON-DEDUCTIBLE EXPENSES | 33. | |
| TOTAL | 4,417. | |

2

# Schedule of Activities

For calendar year 2015, or tax year beginning _____, 2015, and ending _____, _____.

Name: COOPER SQUARE VENTURES LLC                                    I.D. Number: ▒▒▒▒▒▒▒▒

For: DAVID GITMAN

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 5 | | | | PLUMBURS LLC |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 1,120. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
|     - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
|     - Collectibles (28%) gain (loss) | | | |
|     - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
|     - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
|     - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

\* 1 - Single Family Residence    5 - Land
   2 - Multi-Family Residence    6 - Royalties
   3 - Vacation or Short-Term Rental    7 - Self-Rental
   4 - Commercial    8 - Other

525001 04-01-15

12160830 793839 COOP        2015.05050 COOPER SQUARE VENTURES LLC   COOP___1

1

671113

| Schedule K-1<br>(Form 1120S) | **2016** | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

~~XX-XXXXXXX~~

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY   11021

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN
~~address redacted~~

**F** Shareholder's percentage of stock
ownership for tax year .............   50.000000%

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>-25,169. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income<br>1. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| | | | |
| | | | |
| | | | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis<br>C*            1,085. |
| 12 | Other deductions | | |
| | | | |
| | | 17 | Other information<br>A            1. |

*See attached statement for additional information.

| 611271<br>11-16-16 | JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S. | IRS.gov/form1120s | Schedule K-1 (Form 1120S) 2016 |
|---|---|---|---|

10

16160914 793839 COOP        2016.03030 COOPER SQUARE VENTURES LLC   COOP___1
1

COOPER SQUARE VENTURES LLC                          

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,085. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 1,085. | |

1

# Schedule of Activities

For calendar year 2016, or tax year beginning _____ , 2016, and ending _____ , _____ .

Name : COOPER SQUARE VENTURES LLC

For: MICHAEL DARDASHTIAN

I.D. Number:

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 5 | | | | PLUMBURS LLC |
| | | | | | |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | -633. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence    5 - Land
2 - Multi-Family Residence    6 - Royalties
3 - Vacation or Short-Term Rental    7 - Self-Rental
4 - Commercial    8 - Other

625001 04-01-16

12

1

2

671113

| Schedule K-1<br>(Form 1120S)<br><br>Department of the Treasury<br>Internal Revenue Service | **2016** | | Final K-1 | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|---|

For calendar year 2016, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| Part I   Information About the Corporation |
|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY   11021

**C** IRS Center where corporation filed return
E-FILE

| Part II   Information About the Shareholder |
|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN

**F** Shareholder's percentage of stock
ownership for tax year ................   50.000000%

For IRS Use Only

| | Part III | Shareholder's Share of Current Year Income,<br>Deductions, Credits, and Other Items |
|---|---|---|
| 1 | Ordinary business income (loss)<br>-25,167. | 13  Credits |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income<br>1. | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14  Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15  Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16  Items affecting shareholder basis<br>C*             1,084. |
| 12 | Other deductions | |
| | | 17  Other information<br>A              1. |
| | | *See attached statement for additional information. |

671271
11-16-16    JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.     IRS.gov/form1120s        Schedule K-1 (Form 1120S) 2016

16160914  793839  COOP              2016.03030 COOPER SQUARE VENTURES LLC   COOP___1    2

COOPER SQUARE VENTURES LLC                                    

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 1,084. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 1,084. | |

2

# Schedule of Activities

For calendar year 2016, or tax year beginning _____ , 2016, and ending _____ , _____ .

Name: COOPER SQUARE VENTURES LLC                                    I.D. Number: ▓▓▓▓▓▓▓
For: DAVID GITMAN

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 5 | | | | PLUMBURS LLC |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | -632. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence        5 - Land
  2 - Multi-Family Residence         6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial                     8 - Other

625001 04-01-16

1

671117

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

# 2017

For calendar year 2017, or tax
year beginning _____
ending _____

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY  11021

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN

**F** Shareholder's percentage of stock
ownership for tax year .................    50.000000%

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss)  46,266. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss)  -121. | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 * | Net section 1231 gain (loss)  33,007. | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 C* | Items affecting shareholder basis  604. |
| 12 | Other deductions | | |
| | | 17 | Other information |

For IRS Use Only

*See attached statement for additional information.

711271
12-05-17    JWA    For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120S) 2017

17

1

COOPER SQUARE VENTURES LLC                                    45-2943587

---

SCHEDULE K-1              NET SECTION 1231 GAIN (LOSS), BOX 9

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| FROM TRADE OR BUSINESS | 33,007. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 33,007. | |

---

SCHEDULE K-1           NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 604. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 604. | |

1

# Schedule of Activities

For calendar year 2017, or tax year beginning _____, 2017, and ending _____, _____.

Name: **COOPER SQUARE VENTURES LLC**
For: **MICHAEL DARDASHTIAN**                                             I.D. Number:

| Description of Activity | Activity Number **5** | 100% Disposed **X** | Publicly Traded Partnership | Type Code * | Description **PLUMBURS LLC** |
|---|---|---|---|---|---|

| | Activity - **5** | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | −1,232. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | −121. | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence   5 - Land
  2 - Multi-Family Residence   6 - Royalties
  3 - Vacation or Short-Term Rental   7 - Self-Rental
  4 - Commercial   8 - Other

725001 04-01-17

2

671117

| Schedule K-1 (Form 1120S) **2017** | Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0123 |
|---|---|

**Schedule K-1 (Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY  11021

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN
BROO████████████████

**F** Shareholder's percentage of stock
ownership for tax year ................   50.000000%

For IRS Use Only

---

**Part III**  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss)  46,266. | **13** Credits | | |
| **2** Net rental real estate inc (loss) | | | |
| **3** Other net rental income (loss) | | | |
| **4** Interest income | | | |
| **5a** Ordinary dividends | | | |
| **5b** Qualified dividends | **14** Foreign transactions | | |
| **6** Royalties | | | |
| **7** Net short-term capital gain (loss) | | | |
| **8a** Net long-term capital gain (loss)  −120. | | | |
| **8b** Collectibles (28%) gain (loss) | | | |
| **8c** Unrecaptured sec 1250 gain | | | |
| **9 *** Net section 1231 gain (loss)  33,007. | | | |
| **10** Other income (loss) | **15** Alternative min tax (AMT) items | | |
| **11** Section 179 deduction | **16** Items affecting shareholder basis  C*  604. | | |
| **12** Other deductions | | | |
| | **17** Other information | | |
| | *See attached statement for additional information. | | |

711271
12-05-17  JWA  **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**   www.irs.gov/Form1120S   Schedule K-1 (Form 1120S) 2017

2

COOPER SQUARE VENTURES LLC 7

| SCHEDULE K-1 | NET SECTION 1231 GAIN (LOSS), BOX 9 | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| FROM TRADE OR BUSINESS | 33,007. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 33,007. | |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 604. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 604. | |

2

# Schedule of Activities

For calandar year 2017, or tax year beginning _____ , 2017, and ending _____ , _____

Name: COOPER SQUARE VENTURES LLC                                  I.D. Number: ▓▓▓▓▓▓▓▓6

For: DAVID GITMAN

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 5 | X | | | PLUMBURS LLC |
| | | | | | |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | -1,232. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | -120. | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence    5 - Land
  2 - Multi-Family Residence     6 - Royalties
  3 - Vacation or Short-Term Residential    7 - Self-Rental
  4 - Commercial    8 - Other

725001  04-01-17

1

671118

**Schedule K-1**
**(Form 1120S)**

**2018**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax
year beginning _____
ending _____

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**   ► See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Description | # | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) 55,026. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY   11021

**C** IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN

**F** Shareholder's percentage of stock
ownership for tax year .................. 50.000000%

| # | Description | # | Description |
|---|---|---|---|
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* 74. |
| 12 | Other deductions | | D 246. |
| | | 17 | Other information V * 55,026. |
| | | | W * 0. |
| | | | X * 0. |

For IRS Use Only

*See attached statement for additional information.

811271
11-28-18   JWA   **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**   www.irs.gov/Form1120S   Schedule K-1 (Form 1120S) 2018

1

COOPER SQUARE VENTURES LLC



---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 40. | SEE SHAREHOLDERS INSTRUCTIONS |
| VIOLATIONS | 34. | |
| TOTAL | 74. | |

---

### SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODES V, W, X, Y AND Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE
CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1               SECTION 199A ITEMS, BOX 17
                           CODES V THROUGH Z

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TRADE OR BUSINESS | |
| V | QUALIFIED BUSINESS INCOME | 55,026. |
| W | W-2 WAGES | 0. |
| X | UNADJUSTED BASIS | 0. |
| Y | REIT DIVIDENDS | 0. |
| Z | PTP INCOME | 0. |

2

671118

**Schedule K-1**
(Form 1120S)

**2018**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

| Part III | | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|

### Part I   Information About the Corporation

**A** Corporation's employer identification number

~~[redacted]~~

**B** Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
1010 NORTHERN BLVD, SUITE 208
GREAT NECK, NY   11021

**C** IRS Center where corporation filed return
E-FILE

### Part II   Information About the Shareholder

**D** Shareholder's identifying number

~~[redacted]~~

**E** Shareholder's name, address, city, state and ZIP code

DAVID GITMAN
~~[redacted]~~
BRO~~[redacted]~~215

**F** Shareholder's percentage of stock
ownership for tax year ................   50.000000%

For IRS Use Only

| # | Item | | Amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
|   | 55,025. | | |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
|    |  | C* | 72. |
| 12 | Other deductions | D | 245. |
|    |  | 17 | Other information |
|    |  | V* | 55,025. |
|    |  | W* | 0. |
|    |  | X* | 0. |

*See attached statement for additional information.

611271
11-28-18    JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120S) 2018

COOPER SQUARE VENTURES LLC                                              45-2943587

---

SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 39. | SEE SHAREHOLDERS INSTRUCTIONS |
| VIOLATIONS | 33. | |
| TOTAL | 72. | |

---

### SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODES V, W, X, Y AND Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE
CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE
AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE
1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

---

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                  CODES V THROUGH Z

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TRADE OR BUSINESS | |
| V | QUALIFIED BUSINESS INCOME | 55,025. |
| W | W-2 WAGES | 0. |
| X | UNADJUSTED BASIS | 0. |
| Y | REIT DIVIDENDS | 0. |
| Z | PTP INCOME | 0. |



**CT-200-V**

Department of Taxation and Finance

# Payment Voucher for E-Filed Corporation Tax Returns and Extensions

| | | | | Type of form e-filed | |
|---|---|---|---|---|---|
| Employer identification number | Primary return type | Tax period beginning (mm-dd-yyyy) | Tax period ending (mm-dd-yyyy) | | |
| | CT3S | 01-01-2018 | 12-31-2018 | Return ............. ☐ | |
| Legal Name of corporation | | | | | |
| COOPER SQUARE VENTURES LLC | | | | Extension ......... ☒ | |
| Mailing name (if different from legal name) | | | | Mandatory first | |
| c/o | | | | installment (MFI) ... ☐ | |
| Number and street or PO box | | | | **Amount(s) due** | |
| 1010 NORTHERN BLVD, SUITE 208 | | | | NYS amount | 175.00 |
| City | State | ZIP code | Business telephone number | MTA amount | .00 |
| GREAT NECK | NY | 11021 | | | |

| | |
|---|---|
| Make your check or money order payable in U.S. funds to: *New York State Corporation Tax.*   Do not staple or clip your check or money order. Detach all check stubs.<br><br>                    **Enter payment enclosed** ... | 175.00 |

---

**File this entire page with your payment**

---

### Where to mail
Mail your payment along with this **entire page** to:
**NYS DEPT OF TAXATION & FINANCE
CORP - V
PO BOX 15163
ALBANY NY 12212-5163**

**1019**
884141
09-20-18

538001181019





## CT-200-V

Department of Taxation and Finance

# Payment Voucher for E-Filed Corporation Tax Returns and Extensions

| Employer identification number | Primary return type | Tax period beginning (mm-dd-yyyy) | Tax period ending (mm-dd-yyyy) |
|---|---|---|---|
| ~~████████████████~~ | | 01-01-2018 | 12-31-2018 |

| Type of form e-filed | |
|---|---|
| Return ................. | [X] |
| Extension ............. | [ ] |
| Mandatory first installment (MFI) | [ ] |

**Legal name of corporation**
COOPER SQUARE VENTURES LLC

**Mailing name (if different from legal name)**
c/o

**Number and street or PO box**
1010 NORTHERN BLVD, SUITE 208

| City | State | ZIP code | Business telephone number |
|---|---|---|---|
| GREAT NECK | NY | 11021 | |

| Amount(s) due | |
|---|---|
| NYS amount | 125.00 |
| MTA amount | .00 |

| Make your check or money order payable in U.S. funds to: *New York State Corporation Tax.*  Do not staple or clip your check or money order. Detach all check stubs.  **Enter payment enclosed** ... | 125.00 |
|---|---|

### File this entire page with your payment

### Where to mail
Mail your payment along with this **entire page** to:
**NYS DEPT OF TAXATION & FINANCE
CORP - V
PO BOX 15163
ALBANY NY 12212-5163**

1019

864141
09-20-18



538001181019