UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 1:17 4327


MICHAEL DARDASHTIAN,                :
individually and on behalf of       :
COOPER SQUARE VENTURES, LLC,        :        STENOGRAPHIC
NDAP, LLC and CHANNEL REPLY, LLC:             DEPOSITION
                                    :        TRANSCRIPT OF:
            Plaintiffs,             :
                                    :        DAVID GITMAN
         vs.                        :          (Day One)
                                    :
DAVID GITMAN, JEREMY FALK,          :
SUMMIT ROCK HOLDINGS, LLC,          :
ACCEL COMMERCE, LLC, DALVA          :
VENTURES, LLC, KONSTANTYN BAGAEV:
OLESKSII GLUKHAREV and CHANNEL      :
REPLY, INC.,                        :
                                    :
            Defendants.             :
--------------------------------:


Monday, March 2, 2020
Bayside, New York

B E F O R E:

        JOSEPHINE M. BIAGINI, a Certified Court

Reporter and Notary Public of the State of New Jersey,

License No. 1133, at the offices of SIM & DE PAOLA,

LLP, 4240 Bell Boulevard, Suite 201, Bayside, New

York, commencing at 10:15 a.m.


JOSEPHINE M. BIAGINI & ASSOCIATES
Certified Court Reporters
PO Box 71
Wyckoff, New Jersey 07481
(201) 446-7576
Email: JBiaginiCSR@aol.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NO. 1:17 4327

MICHAEL DARDASHTIAN,          :
individually and on behalf of :
COOPER SQUARE VENTURES, LLC,   :        STENOGRAPHIC
NDAP, LLC and CHANNEL REPLY, LLC:       DEPOSITION
                              :         TRANSCRIPT OF:
        Plaintiffs,           :
                              :         DAVID GITMAN
    vs.                       :         (Day One)
                              :
DAVID GITMAN, JEREMY FALK,     :
SUMMIT ROCK HOLDINGS, LLC,      :
ACCEL COMMERCE, LLC, DALVA     :
VENTURES, LLC, KONSTANTYN BAGAEV:
OLESKSII GLUKHAREV and CHANNEL  :
REPLY, INC.,                   :
                              :
        Defendants.           :
------------------------------:

Monday, March 2, 2020
Bayside, New York

B E F O R E :

JOSEPHINE M. BIAGINI, a Certified Court
Reporter and Notary Public of the State of New Jersey,
License No. 1133, at the offices of SIM & DE PAOLA,
LLP, 4240 Bell Boulevard, Suite 201, Bayside, New
York, commencing at 10:15 a.m.

JOSEPHINE M. BIAGINI & ASSOCIATES
Certified Court Reporters
PO Box 71
Wyckoff, New Jersey 07481
(201) 446-7576
Email: JBiaginiCSR@aol.com

---

Page 2

A P P E A R A N C E S :

GUAGLARDI & MELITI, LLP
By:   BARRY S. GUAGLARDI, ESQ.
      Mack Centre I
      365 West Passaic Street
      Suite 130
      Rochelle Park, New Jersey  07662
      (201) 947-4100
      Bguaglardi@adgmlaw.com
          Counsel for the Plaintiffs

BELL & DE PAOLA, LLP
By:   MARKUS WILSON, ESQ.
      4240 Bell Boulevard
      Suite 201
      Bayside, New York  11361
      (718) 281-0400
      Mwilson@simdepaola.com
          Counsel for the Defendant,
          David Gitman

A L S O   P R E S E N T :

    Michael Dardashtian

---

Page 3

### I N D E X

| WITNESS | PAGE |
|---|---|
| DAVID GITMAN | |
| By: Mr. Guaglardi | 7 |

### E X H I B I T S

| NUMBER | DESCRIPTIONS | PAGE |
|---|---|---|
| P-1 | Operating Agreement of Cooper Square, LLC dated 08/18/11 | 11 |
| P-2 | Limited Liability Company Operating Agreement of NDAP, LLC | 32 |
| P-3 | Agreement dated 12/31/14 | 45 |
| P-4 | Bank of America Limited Liability Company Signature Card | 52 |
| P-5 | E-mail dated 10/21/14 to Team@NDAP from David Gitman | 70 |
| P-6 | E-mail dated 10/19/15 to Michael Dash from David Gitman | 77 |
| P-7 | Cooper Square Ventures, LLC ChannelReply Beta Test Agreement | 91 |
| P-8 | Letter dated 01/01/16 to Mr. Bagaev from David Gitman | 104 |
| P-9 | Terms of Service Agreement effective 05/06/16 | 117 |
| P-10 | Text messages | 123 |
| P-11 | Letter dated 08/23/16 to Angela from Dylan Lolya with attachments | 139 |
| P-12 | EIN IRS notice dated 09/06/16 | 141 |

---

Page 4

### E X H I B I T S

| NUMBER | DESCRIPTIONS | PAGE |
|---|---|---|
| P-13 | E-mail dated 10/05/16 to David Gitman from Michael Dardashtian with attached ChannelReply Operating Agreement | 143 |
| P-14 | Text messages | 153 |
| P-15 | E-mail dated 02/26/17 to David Gitman from Michael Dardashtian with attached SHR-CSV Services Agreement | 158 |
| P-16 | E-mail dated 03/07/17 to David Gitman from Michael Dardashtian with attached CPK:SRH Consulting Agreement | 175 |
| P-17 | E-mail dated 03/15/17 to David Dash from Jeremy Falk | 188 |
| P-18 | Screenshot of Gmail account | 193 |
| P-19 | Letter to Jeremy Falk from Harvard Business Services with attachments | 198 |
| P-20 | Operating Agreement Member Managed for Dalva Ventures, LLC | 201 |
| P-21 | Operating Agreement Member Managed for Accel Commerce, LLC | 203 |
| P-22 | Accel Commerce Profit and Loss Statement for Jan - Dec 2017 | 215 |
| P-23 | Photocopy of business card "Jeremy Falk - 'Maneging' Partner" | 219 |
| P-24 | Screenshot of checking account statement for Accel Commerce, LLC | 225 |
| P-25 | E-mail dated 04/14/17 with attached ChannelReply Profit and Loss - 2016 | 227 |
| P-26 | E-mail dated 05/17/17 with attached CPK: D. Gitman Breakdown | 232 |
| P-27 | E-mail dated 05/22/17 to Jeremy Falk from David Gitman Re: CPK | 238 |

Page 5

### E X H I B I T S

| NUMBER | DESCRIPTIONS | PAGE |
|---|---|---|
| P-28 | E-mail chain dated May 2017 between D. Gitman, M. Dash and J. Falk | 241 |
| P-29 | Screenshot of Gmail account | 255 |
| P-30 | First page of checking account statement for Cooper Square Ventures for 04/01 to 04/30/17 | 269 |
| P-31 | Certificate of Incorporation of ChannelReply, Inc. | 270 |
| P-32 | Checking account statement for ChannelReply, Inc. for 06/02-06/30/17 | 273 |
| P-33 | Request for information on account transactions from Bank of America | 277 |
| P-34 | E-mail chain dated May 2017 between D. Gitman, M. Dash and others | 287 |
| P-35 | IRS Form 7004 with attached IRS 2017 Form 1120S for Cooper Square Ventures | 294 |
| P-36 | IRS Form 7004 with attached IRS 2018 Form 1120S for Cooper Square Ventures | 294 |

Page 6

### REQUESTS FOR DOCUMENTS/INFORMATION

| 14/15 | Calendar and notes |
|---|---|
| 15/1 | Notebooks |
| 43/22 | Tax returns for 2015, 2016, 2017, 2018, 2019 |
| 131/21 | Documents showing 70 percent ownership of ChannelReply |
| 151/16 | K-1 or W-2 from Cue Connect |
| 183/18 | Information regarding bio in Upwork |
| 185/19 | All contact information for Aramayis |
| 186/10 | All contact information for William R. |
| 188/13 | All writings disclosing Accel Commerce |
| 207/16 | Executed copy of Dawa Ventures Operating Agreement |
| 236/19 | Spreadsheet showing M. Dardashtian disbursements |
| 245/12 | Reconciliation showing $121,500 in distributions |
| 288/9 | Documents showing Channel Reply, Inc. owned Stripe and PayPal accounts |
| 291/8 | Accounting done by Mary Faith Andan |
| 293/23 | Name of person at Bank of America branch |

Page 7

1  D A V I D   G I T M A N,  residing at 2139 Bluff Oak
2      Drive, Cary, North Carolina, having been first
3      duly sworn, testifies as follows:
4
5  EXAMINATION BY MR. GUAGLARDI:
6          Q.      Good morning, Mr. Gitman.  Barry
7  Guaglardi.  We know each other from the court case.
8  Correct?
9  A.      Yes.
10          Q.      I'm going to be taking your deposition
11  today.  This is going to be the first day.  The second
12  day of your deposition, which Counsel has agreed we
13  have to determine whether or not that's going to be on
14  the 5th of March, which is Thursday, or on the 16th of
15  March.
16              MR. GUAGLARDI:   Did Sang have an
17  opportunity, Markus, to share that with you?
18              MR. WILSON:   No.
19              THE WITNESS:   I won't be available
20  either day.
21              MR. GUAGLARDI:   Let's go off the
22  record and get that straightened out first.
23              THE WITNESS:   Let's keep it on the
24  record.
25              MR. GUAGLARDI:   We need to get it

Page 8

1  straightened out.
2              (There is a discussion held off the record.)
3              MR. GUAGLARDI:   Back on the record.
4  I've spoken to Counsel and he has indicated to me that
5  Mr. Gitman is available on Monday, March 23rd.  So we
6  will continue the second day of Mr. Gitman's agreed-
7  upon deposition on March 23rd, understanding it's
8  beyond the court ordered deadline, but that we have
9  stipulation between counsel.  And the March 5th date
10  is off.
11  BY MR. GUAGLARDI:
12          Q.      Mr. Gitman, have you ever had your
13  deposition taken before?
14  A.      No.
15          Q.      You have a Court Reporter to your
16  right, you have counsel to your left.  I'm going to
17  ask you questions.  I'm going to ask you to give
18  verbal answers to the questions.  The Court Reporter
19  can't take down nods of the head, shrugs of the
20  shoulders or any nonverbal gestures.
21          Do you understand that?
22  A.      Yes.
23          Q.      If you don't understand my question,
24  please let me know and I will repeat it.  If you need
25  a bathroom break, let me know and we will stop in

Page 9

1  order to allow you to have that time.  Okay?
2  A.      Yes.
3          Q.      Let the record reflect that you're
4  taking excessive time after I ask you a question, so
5  if you continue to do that, I'll stop the deposition.
6  We'll take a videotaped deposition.  I will show
7  Judge Lehrburger your behavior in the deposition and I
8  won't tolerate it for two seconds.
9          MR. WILSON:   One, I'm going to object
10  to that question.  My client is not taking excessive
11  time to answer.  That's solely your opinion and I'm
12  going to ask you to not make statements like that.
13          MR. GUAGLARDI:   I'm going to make
14  every statement because we have had difficulty with
15  Mr. Gitman before your appearance today, Counsel.
16          MR. WILSON:   Well, I don't know about
17  that.  I'm talking about now.
18          MR. GUAGLARDI:   Well, I'm letting you
19  know now.  We're not going to delay the deposition.
20          MR. WILSON:   No one is delaying the
21  deposition and no one is playing games.  So I'm going
22  to ask you to not make those statements.
23  BY MR. GUAGLARDI:
24          Q.      Mr. Gitman, I notice you have your
25  phone.  I just want clarity that your phone is not

Page 10

1  audiotaping today's deposition.  Is that correct?
2  A.      Correct.
3          Q.      And you don't have any type of device
4  on you that is audiotaping today's deposition; do you?
5  A.      Correct.
6          Q.      If you're asked a question that
7  requires you to estimate or approximate, please do so.
8  You're allowed to do that, but I don't want you to
9  speculate or guess.  Do you understand that?
10  A.      Yes.
11          Q.      In the event that you have -- strike
12  that.
13          Are you taking any type of medication that
14  would impair your ability to understand the nature of
15  the proceedings today?
16  A.      No.
17          Q.      You understand that even though you're
18  in your counsel's conference room, that you were sworn
19  to under the penalties of perjury today?
20  A.      Yes.
21          Q.      And you recognize that although you're
22  in your counsel's conference room, it's as if you were
23  sitting in court next to a judge testifying under oath
24  under the penalties of perjury today?
25  A.      Yes.

Page 11

1          Q.      Do you have any questions of me?
2  A.      No.
3          Q.      And if your counsel has an objection,
4  please allow your counsel to complete the objection
5  because the Court Reporter can't take down two people
6  speaking at the same time.
7          Do you understand that?
8  A.      Yes.
9          Q.      And do you understand that I need you
10  to let me finish my question completely before you
11  give your answer so that your answer is to the
12  complete question and not a part of the question.
13          Do you understand that?
14  A.      Yes.
15          MR. GUAGLARDI:   P-1.
16
17          (Plaintiff's Exhibit P-1 is received and
18  marked for identification by the Reporter.)
19
20          Q.      I'm going to show you what's been
21  marked as P-1 for identification.
22          Do you know what that document is?
23  A.      It is titled the Operating Agreement of Cooper
24  Square, LLC.
25          Q.      Can you go to the second to last page.

Page 12

1  Is that your signature under your name, David Gitman?
2  Third to last page, sorry.  Is that your signature?
3  A.      Yes.
4          Q.      What is this document?
5  A.      It's titled the Operating Agreement of Cooper
6  Square, LLC.
7          Q.      Is that the operating agreement for
8  Cooper Square, LLC?
9          MR. WILSON:   Take a look at it, if you
10  have to.
11  A.      I -- yes.  I don't know.
12          MR. WILSON:   Take a look at it.  Just
13  take a look at it.
14          MR. GUAGLARDI:   Counsel, so
15  Mr. Gitman, you're more than welcome to take as much
16  time as you want to look at whatever documents I
17  present to you.  Recognizing that if --
18          Ms. Court Reporter, I want you to keep time
19  records of when the deponent begins the review and
20  when it ends review on every single document that I
21  show Mr. Gitman, so that the record is clear.
22  A.      It is both the operating agreement of Cooper
23  Square, LLC and there is a second document attached
24  here which is the SS-4 document from the Internal
25  Revenue Service.

Page 13

```
 1            Q.      And if you go to the signature page,
 2   which is the third to last page, what percentage
 3   ownership did you have in Cooper Square?
 4       A.      Fifty.
 5            Q.      And who had the other 50?
 6       A.      Michael Dardashtian.
 7            Q.      Who prepared the operating agreement
 8   for Cooper Square?
 9       A.   I don't remember.
10            Q.      Was it Jeffrey Rothman?
11       A.   I don't remember.
12            Q.      Do you know who Jeffrey Rothman is?
13       A.   I do.
14            Q.      Who is he?
15       A.   He's an attorney.
16            Q.      Does he represent your entities?
17       A.   I don't know.
18            Q.      Does he represent Cooper Square
19   Ventures, LLC?
20       A.   I don't know.
21            Q.      Does he represent ChannelReply?
22       A.   I don't know.
23            Q.      Does he represent NDAP?
24       A.   I don't know.
25            Q.      Have you ever had conversations with
```

Page 14

```
 1   Mr. Rothman?
 2       A.   I have.
 3            Q.      Regarding those entities?
 4       A.   Yes.
 5            Q.      And was it your understanding in
 6   speaking with him that he was the attorney for all
 7   those entities?
 8       A.   No.
 9            Q.      Who did he represent when you spoke
10   with him?
11       A.   I don't know.
12            Q.      Why did you speak to him?
13       A.   I don't remember the conversations I had with
14   him.  I would have to check my calendar and my notes.
15            Q.      I'm going to ask you to produce your
16   calendar and your notes.
17            Where do you keep your calendar and your
18   notes?
19       A.   At home.
20            Q.      Have you produced them in this
21   litigation?
22       A.   No.
23            Q.      Why not?
24       A.   I apologize, I have produced my calendar.  I
25   have not produced my notebooks.
```

Page 15

```
 1            Q.      I'm going to ask you to produce your
 2   notebooks.  How long have you been keeping notebooks?
 3       A.   I don't know.
 4            Q.      How many notebooks do you have?
 5       A.   I don't know.
 6            Q.      Have you been keeping notebooks from
 7   2015 to the present?
 8       A.   I don't know.
 9            Q.      Do you know how long you've been
10   keeping notebooks of any nature?
11       A.   No.
12            Q.      Have they been for the last three
13   years?
14       A.   I don't know.
15            Q.      Well, do you know you have notebooks?
16       A.   I have some notebooks.
17            MR. GUAGLARDI:   Please mark the page.
18   We're going to request, Counsel, that the notebooks
19   are produced.
20            MR. WILSON:   Just put all the requests
21   in writing.
22            Q.      Cooper Square Ventures, is that Cooper
23   Square?
24       A.   I don't understand.
25            Q.      Is Cooper Square -- do you understand
```

Page 16

```
 1   there is an entity by the name of Cooper Square
 2   Ventures?
 3       A.   I do.
 4            Q.      And what entity is that?
 5       A.   I don't understand the question.
 6            Q.      Who is Cooper Square Ventures?
 7       A.   I don't understand the question.
 8            Q.      What don't you understand about it?
 9       A.   How can -- I don't understand the question.
10            MR. GUAGLARDI:   Counsel, we're going
11   to stop the deposition.  Talk to your client.  I'm
12   going to discontinue it and I'm going to get a monitor
13   from Federal Court to monitor the deposition.
14            I'll give you two minutes to talk to him.  If
15   this is the way the deposition is going to go, we're
16   going to discontinue it and we're going to do it in
17   front of a Magistrate Judge.
18            MR. WILSON:   He said he doesn't
19   understand the question.
20            MR. GUAGLARDI:   You've got two
21   minutes.  It's not going to go like this.  Otherwise,
22   Judge Lehrburger will be the one who watches the
23   deposition.
24            We're off the record.
25            (At this point, a brief recess is taken from
```

Page 17

1   10:17 to 10:22 a.m.)
2          MR. GUAGLARDI:   Back on the record.
3   Let the record reflect that I spoke to Counsel and I
4   also spoke to Mr. Gitman's other counsel. I've
5   indicated that if Mr. Gitman does not cooperate in the
6   deposition, we will discontinue the deposition
7   immediately. We will notify Judge Lehrburger. We
8   will ask for a discovery master to videotape the
9   deposition and sit in on it. If Mr. Gitman acts in
10  bad faith, we're going to seek sanctions including for
11  today if there is any time wasted, and if he delays on
12  the answers or wastes the time during the deposition,
13  we will then seek for extended days in the deposition
14  and seek counsel fees to be paid by Mr. Gitman through
15  whatever interest he has in any of the Plaintiff
16  companies.
17         Counsel indicated to me, Mr. Sim, that he was
18  going to speak with Mr. Gitman about it. Mr. Gitman
19  and his counsel Markus have come back in the room.
20  I'm going to continue the deposition and see how it
21  goes. I just want the record to be clear.
22  BY MR. GUAGLARDI:
23         Q.      Mr. Gitman, who is Cooper Square
24  Ventures?
25  A.      Cooper Square Ventures is a company.

Page 18

1          Q.      What company is it? Is it a company
2   you have an ownership interest in?
3   A.      Yes.
4          Q.      How much of an interest do you have in
5   the company?
6   A.      50 percent.
7          Q.      Is it the same entity as Cooper
8   Square?
9   A.      No.
10         Q.      What is the difference between the
11  two?
12  A.      I don't know.
13         Q.      Do you have an interest in Cooper
14  Square?
15  A.      I don't know.
16         Q.      I'm going to point you to Exhibit P-1
17  where you showed your signature and it said 50 percent
18  interest. Do you have a 50 percent interest in Cooper
19  Square, LLC?
20  A.      I don't know if Cooper Square, LLC is a real
21  company.
22         Q.      Is Cooper Square, LLC the same as
23  Cooper Square Ventures?
24  A.      No.
25         Q.      Do you operate under the business

Page 19

1   Cooper Square Ventures?
2   A.      I am a -- I am currently, I own 50 percent
3   owner of Cooper Square Ventures, LLC.
4          Q.      Do you also receive a tax form from
5   Cooper Square Ventures, LLC?
6   A.      I receive a K-1 statement.
7          Q.      Is that a tax form?
8   A.      I believe so.
9          Q.      Do you receive a tax form from Cooper
10  Square, LLC?
11  A.      No. I receive a tax form from Cooper Square
12  Ventures, LLC.
13         Q.      So when you receive a tax form from
14  Cooper Square Ventures, LLC, is it for business that's
15  done under Cooper Square Ventures, LLC that you own 50
16  percent of an interest in?
17  A.      I receive a tax form from Cooper Square
18  Ventures, LLC.
19         Q.      For what business?
20  A.      For Cooper Square Ventures, LLC.
21         Q.      What business revenue is produced by
22  Cooper Square Ventures, LLC?
23  A.      I am currently not sure what revenue is
24  produced by the company.
25         Q.      Do you know ChannelReply? Do you know

Page 20

1   that name?
2   A.      Yes, I do.
3          Q.      Is that a business that you and
4   Mr. Dardashtian own equally?
5   A.      No.
6          Q.      What is it?
7   A.      It's a tool, it's a product.
8          Q.      Do you sell a subscription for the
9   service ChannelReply?
10  A.      I'm not currently a -- involved in the
11  ChannelReply product.
12         Q.      Who is?
13  A.      Michael Dardashtian.
14         Q.      So you're not an owner of
15  ChannelReply?
16  A.      I don't know who. . .
17         MR. GUAGLARDI:   Counsel, we're going
18  to end this deposition in the next five minutes if
19  this is the way that it's going to go, and I am going
20  to contact Judge Lehrburger and we are going to have
21  this deposition monitored.
22         Your client is purposely wasting time and
23  being evasive on questions. I understand it's not
24  your problem. He's my problem today and we will deal
25  with it with a Federal Judge and I am going to ask for

Page 21

1  sanctions and I am going to ask for monitoring if he
2  doesn't answer questions.
3          MR. WILSON:   Can you answer the
4  question he posed to you?
5          THE WITNESS:   I'm answering it to the
6  best of my ability.  If you can rephrase the question,
7  maybe I can --
8      Q.     Does ChannelReply operate today?
9   A.     I don't know.  I'm not a part of ChannelReply
10  today.
11     Q.     Are you an owner of ChannelReply?
12  A.     No.
13     Q.     No?  You're not an owner of
14  ChannelReply?
15  A.     I am not.
16     Q.     So to your knowledge, who is the owner
17  of ChannelReply?
18  A.     I don't know currently.
19     Q.     What is ChannelReply?
20  A.     I don't know anymore.  I'm vague.
21          MR. GUAGLARDI:   Let's go.  We're going
22  to cancel the deposition.  Mr. Gitman is being evasive
23  and not answering the questions.
24          MR. WILSON:   I disagree.  He's
25  answering your questions.  So you may not like the

Page 22

1  answer, but he's answering your question.
2      Q.     Is Cooper Square Ventures a software
3  technology company?
4   A.     I don't know anymore.  I am only an owner of
5  it.  I have no -- I do not manage it.
6      Q.     What was it when you were an owner?
7   A.     I've always been an owner.
8      Q.     What was Cooper Square Ventures when
9  you were an owner?
10  A.     I'm still an owner.
11     Q.     Is it a software technology company
12  when you were an owner?
13  A.     It is -- Cooper Square Ventures was a holding
14  company.
15     Q.     And what did it hold?
16  A.     Other companies.
17     Q.     What other companies?
18  A.     It owned two companies, one being NDAP, LLC.
19     Q.     Which was what?
20  A.     An automotive aftermarket e-commerce company.
21     Q.     And what was the other thing it held?
22  A.     Plumbers, LLC.
23     Q.     What is Plumbers, LLC?
24  A.     A plumbing e-commerce company.
25     Q.     Did Cooper Square Ventures specialize

Page 23

1  in e-commerce?
2   A.     Yes.
3      Q.     Specialize in acquiring websites and
4  domain names?
5   A.     No.
6      Q.     Did it acquire websites and domain
7  names?
8   A.     Yes -- no.  NDAP acquired websites and domain
9  names.  Plumbers acquired websites and domain names.
10  Cooper Square Ventures, to the best of my ability,
11  knowledge did not acquire any domain names.
12     Q.     When I refer to Cooper Square
13  Ventures, I'm going to refer to it as CSV for purposes
14  of today's deposition.  Is that okay?
15  A.     Yes, that would make it easier.
16     Q.     CSV, is it involved in software
17  creation?
18  A.     No.  CSV is a holding company.
19     Q.     Is CSV involved in technology
20  consulting services?
21  A.     No.  CSV is a holding company.
22     Q.     Let's go back to from 2011 through
23  today, what is Mike Dardashtian's role at CSV?
24  A.     He is a 50 percent owner of CSV.
25     Q.     And you're the other 50 percent owner?

Page 24

1   A.     That's correct.
2      Q.     What are the revenues that are inured
3  to CSV come from?
4   A.     NDAP, LLC and Plumbers, LLC.
5      Q.     That's the only revenue that flows
6  through to CSV?
7   A.     That's correct.
8      Q.     And I'll ask you again about
9  ChannelReply.  What is ChannelReply, to your
10  knowledge?
11  A.     It's a software SaaS product.
12     Q.     What is that?
13  A.     It is a service.
14     Q.     What type of service?
15  A.     A SaaS service.
16     Q.     And explain what a SaaS service is.
17  A.     It means software as a service.  It's a hosted
18  service.
19     Q.     How do you know that ChannelReply is a
20  SaaS service?
21  A.     Because I created it.
22     Q.     Is ChannelReply currently earning
23  income?
24  A.     I don't know.
25     Q.     Has ChannelReply ever earned income?

Page 25

1    A.      Yes.
2          Q.      When?
3    A.      I don't know.
4          Q.      You don't know when ChannelReply
5    earned income, but you know it earned income?
6    A.      I don't know the last time -- I don't have
7    access to the records to know.  I would have to look
8    at the bank statements.
9          Q.      What bank statements?
10   A.      ChannelReply's bank statements.
11         Q.      Does ChannelReply have bank
12   statements?
13   A.      Channel Reply, Inc. has bank statements.
14         Q.      Channel Reply, Inc. has bank
15   statements?
16   A.      That's correct.
17         Q.      Are there other ChannelReplys other
18   than Channel Reply, Inc.?
19   A.      I believe there is an entity called Channel
20   Reply, LLC.
21         Q.      And does Channel Reply, LLC have bank
22   statements?
23   A.      No.
24         Q.      How do you know?
25   A.      I've never seen them.

Page 26

1          Q.      Are you an owner of Channel Reply,
2    Inc.?
3    A.      Yes.  No, it's been dissolved.
4          Q.      Were you an owner of Channel Reply,
5    Inc.?
6    A.      Yes.
7          Q.      And how much of Channel Reply, Inc.
8    did you own?
9    A.      I don't remember.
10         Q.      Were there any other members of
11   Channel Reply, Inc.?
12   A.      It was a C Corp, so there were no members in
13   C Corps.
14         Q.      Were there any other shareholders in
15   Channel Reply, Inc. other than you?
16   A.      Yes.
17         Q.      Who?
18   A.      Konstantyn Bagaev.  I don't know how to
19   pronounce Konstantyn's last name.
20         Q.      What percentage of Channel Reply, Inc.
21   did Konstantyn own?
22   A.      I don't remember.
23         Q.      Any other shareholders of Channel
24   Reply, Inc. other than you and Konstantyn?
25   A.      Possibly.  I don't remember.  I'd have to

Page 27

1    check.
2          Q.      Who formed Channel Reply, Inc.?
3    A.      Umar Farooq.
4          Q.      And Channel Reply, LLC, are you an
5    owner of that?
6    A.      No.
7          Q.      Is there any other Channel Reply other
8    than Channel Reply, Inc. and Channel Reply, LLC?
9    A.      I do not know.
10         Q.      When did you form ChannelReply SaaS?
11   A.      I don't understand the question.
12         Q.      Didn't you call ChannelReply
13   ChannelReply software as a solution?
14   A.      When did I incorporate it?  I'm sorry, I don't
15   understand the question.
16         Q.      You indicated that you created
17   ChannelReply.  Correct?
18   A.      That's correct.
19         Q.      When you created ChannelReply, did it
20   begin to earn money after you created it?
21   A.      At some point.
22         Q.      And where did that money get deposited
23   into?
24   A.      I don't know.
25         Q.      Did it get deposited into a Bank of

Page 28

1    America account that was owned by Cooper Square
2    Ventures, LLC?
3    A.      I don't believe so.
4          Q.      Where did it get deposited into then?
5    A.      Possibly a bank account owned by NDAP, LLC,
6    possibly into a PayPal account, possibly into
7    somebody's personal account.  I do not have an
8    accounting of that software.
9          Q.      Did you pay taxes on your portion of
10   the ownership interest of ChannelReply for the income
11   that was paid to it?
12   A.      I do not know.
13         Q.      Do you receive a K-1?
14   A.      Yes.
15         Q.      From who?
16   A.      From Joel.
17         Q.      And did you receive it in connection
18   with your ownership of CSV?
19   A.      I have received K-1s from Joel in connection
20   to CSV.
21         Q.      Did you ever have a discussion with
22   Joel where the income from ChannelReply was reported
23   by CSV?
24   A.      Never.
25         Q.      Referring you to P-1.  When you read

Page 29

1  P-1, did you understand it?
2  A.     Yes.
3         Q.     And then you signed it and agreed to
4  it?
5  A.     Yes.
6         Q.     And you signed it and agreed to it on
7  August 13, 2011?  Referring you to the first page of
8  the document.
9  A.     The document is dated August 13, 2011.
10        Q.     Can you go to the signature page,
11 please.  Did you sign the document on or about
12 August 13, 2011?
13 A.     I do not remember.
14        Q.     But you recall reading it and
15 understanding it before you signed it.  Correct?
16 A.     That's correct.
17        Q.     Can you go to the second to last page
18 of P-1, the next page after that.
19 A.     Um-hum.
20        Q.     Cooper Square Ventures received an
21 employee tax identification number; didn't it?
22 A.     It did.
23        Q.     Are you affiliated with Cooper Square
24 Ventures?
25 A.     I am.

Page 30

1         Q.     And is Cooper Square Ventures' tax
2  identification number what is used for Cooper Square,
3  LLC, as well?
4  A.     No.
5         Q.     It's just used for Cooper Square
6  Ventures, LLC?
7  A.     The Cooper Square Ventures' employee
8  identification number is only used for the Cooper
9  Square Ventures employee identification number.
10        Q.     What was Mike Dardashtian's role in
11 Cooper Square Ventures from 2011 until the start of
12 this litigation?
13 A.     Mike's role was to handle the business part
14 of -- I'm sorry.  He was just a 50 percent partner of
15 Cooper Square Ventures, LLC, which is a holding
16 company.
17        Q.     I'm going to ask you again.  What was
18 his role in Cooper Square Ventures?
19 A.     He was a managing member.
20        Q.     Did he have any other role other than
21 a managing member?
22 A.     No.  He -- no.
23        Q.     Did he have any specific duties?
24 A.     To make sure that taxes were filed, so
25 finance.  To make sure the finances were correct.

Page 31

1         Q.     Anything else?
2  A.     I guess to make sure we had proper insurance,
3  accounting.  Any other typical duties associated with
4  a holding company.
5         Q.     Was he involved in sales?
6  A.     There were no sales in Cooper Square Ventures.
7         Q.     And you're representing under the
8  penalties of perjury that ChannelReply had no
9  involvement with Cooper Square Ventures at all.
10 Right?
11 A.     That's correct.
12        Q.     What was your role in CSV from 2011
13 through the start of the litigation?
14 A.     I was a managing member of the company.
15        Q.     Did you have any duties?
16 A.     To advise on its holdings.
17        Q.     Why did Cooper Square Ventures have an
18 operating agreement?
19 A.     I, I believe every company has an operating
20 agreement.
21        Q.     Did you speak with counsel about the
22 operating agreement at the time that you were
23 reviewing it and signing it?
24 A.     I don't remember speaking to counsel.
25        Q.     Do you know if -- withdrawn.

Page 32

1  This agreement which has been identified as
2  P-1, you've never signed any amendments to that
3  agreement; have you?
4  A.     I don't remember signing any amendments.
5         Q.     There is no amendment to that
6  agreement to your knowledge as we sit here today.
7  Correct?
8  A.     No.  I have no knowledge today.
9         Q.     You and Mike -- strike that.
10 When I refer to Mike, I'm going to refer to
11 Michael Dardashtian as Mike, if that's okay?
12 A.     That's fine with me.
13        Q.     So you and Mike have been the only
14 equal owners 50/50 of CSV since its inception through
15 today.  Correct?
16 A.     Yes.
17        MR. GUAGLARDI:  P-2.
18
19        (Plaintiff's Exhibit P-2 is received and
20 marked for identification by the Reporter.)
21
22        Q.     Again, Mr. Gitman, you don't know the
23 purpose of why CSV was formed?
24 A.     It was formed as a holding company.
25        Q.     That was its sole purpose?

1    A.       Correct.
2        Q.       Can you identify today as we sit here
3    every different business that CSV holds?
4    A.       Yes.
5        Q.       Tell me what they are.
6    A.       Well, again, I can tell you up to the time
7    before I was removed as a manager.
8        Q.       By the court?
9    A.       Yes.
10       Q.       Okay, sure.  How about you tell me the
11   answer to that up to the time that the court removed
12   you as a manager.
13   A.       At that time Cooper Square Ventures owned
14   NDAP, LLC and Plumbers, LLC.
15       Q.       And nothing else?
16   A.       Yes.
17       Q.       Was Plumbers, LLC producing income?
18   A.       Yes.
19       Q.       And where was that income deposited?
20   A.       In, I believe, into a Plumbers, LLC bank
21   account.
22       Q.       And did you receive a K-1 from
23   Plumbers, LLC?
24   A.       No.
25       Q.       For the income that was deposited in

1    Plumbers, LLC, you received a CSV K-1.  Correct?
2    A.       Correct.
3        Q.       And for NDAP's income, you received a
4    CSV K-1.  Correct?
5    A.       I believe so.  It is possible that I received
6    a K-1 directly for NDAP and for CSV separately.  I
7    don't remember.
8        Q.       What K-1 did you receive for the
9    income from ChannelReply?
10   A.       I don't believe I ever received an income K-1
11   for ChannelReply.
12       Q.       Did you fail to report income that you
13   received from ChannelReply?
14   A.       I'm not sure if -- I did not fail to report
15   any income.  I'm not sure if the income was reported
16   to me.
17       Q.       Where did you report the income that
18   you received from ChannelReply?
19   A.       Again, I didn't report any income for
20   ChannelReply, as far as I know.  You would have to ask
21   Joel and Mike Dardashtian what was in the accounting.
22       Q.       So I'm going to remind you that you're
23   under oath under the penalties of perjury in today's
24   deposition.
25   A.       Yes.

1        Q.       So is it your testimony that you have
2    never had any discussions with either Joel Liebman or
3    Mr. Rothman, who is counsel for the entity, or Mike
4    Dardashtian regarding K-1s, regarding the income that
5    you received from ChannelReply?
6    A.       That's correct.
7        Q.       I'm going to show you what's been
8    identified as P-2 for identification.  Can you please
9    tell me if P-2 is the NDAP, LLC operating agreement?
10           MR. WILSON:   Take a look at it.
11       (Time is 10:44 a.m.)
12           MR. GUAGLARDI:   Just let the record
13   reflect that Mr. Gitman is looking through each and
14   every page of the document.
15       (Time is 10:47 a.m.)
16       Q.       Is that your signature on page 32?
17   A.       It is the limited -- the LLC, the operating
18   for NDAP, LLC with a schedule.
19       Q.       Is that your signature on page 32?
20   A.       Yes.
21       Q.       And so you reviewed and agreed to the
22   terms of P-2, as well.  Correct?
23   A.       Yes.
24       Q.       And with regard to P-1, Cooper Square
25   and Cooper Square Ventures, did you ever seek an

1    accounting from Mike Dardashtian as to the finances of
2    Cooper Square, LLC or Cooper Square Ventures?
3    A.       Yes.
4        Q.       Why?
5    A.       I believe that there was some impropriety in
6    the accounting practices.
7        Q.       Did you believe you had entitlement to
8    do that?
9    A.       No.  But I did ask, so I did ask for approval
10   from Mike for the accounting.
11       Q.       You didn't believe you had entitlement
12   to do that?
13   A.       According to the operating agreement of Cooper
14   Square, LLC, it says that no member can ask for an
15   accounting.
16       Q.       So you violated the agreement by
17   asking for an accounting?
18   A.       No.  No member can enforce an accounting.
19   Excuse me.
20       Q.       Didn't you demand an accounting in
21   Federal Court?
22   A.       I don't remember.
23       Q.       You don't remember whether or not you
24   sent e-mails to Michael Dardashtian asking for an
25   accounting?

Page 37

1    A.        I don't remember sending e-mails, but I do
2    remember discussing with Mike that I was concerned
3    about the state of the books and we needed to
4    understand and separate them, so I asked for an
5    accounting.
6         Q.        When you filed the action in Federal
7    Court, did you notify the Federal Court that Section
8    9.4 of the operating agreement for Cooper Square
9    prohibits you from asking for an accounting?
10   A.        I don't remember the filing.  Could you show
11   me the filing, please?
12        Q.        So you were aware that the operating
13   agreement for Cooper Square and Cooper Square Ventures
14   expressly precluded you from asking for an accounting.
15   Correct?
16   A.        Could you point me to the page where I'm --
17             MR. WILSON:   Just answer the question.
18        Q.        I'm just asking you.  You just
19   indicated on the record that you understood that the
20   operating agreement prohibited you from asking for an
21   accounting; didn't you?
22   A.        I would like to see the page in the operating
23   agreement where it says I'm precluded.  That would
24   help refresh my memory.
25        Q.        Section 9.4, last sentence: "To the

Page 38

1    maximum extent permitted by law, the members
2    specifically renounce, waive and forfeit all rights,
3    whether arising under contract or statute or by
4    operation of law, to seek, bring or maintain any
5    action in any court of law or equity for an
6    accounting."  Did I read that right?
7    A.        You read it correctly.
8         Q.        Did you file for an accounting in
9    Federal Court even though you're expressly prohibited
10   under Section 9.4 from doing that?
11   A.        I don't remember filing an action.  If you
12   could show me the filing, that might help refresh my
13   memory.
14        Q.        If you did make an application for an
15   accounting, do you hereby stipulate in this deposition
16   to withdraw with prejudice that application based upon
17   this provision in that operating agreement?
18   A.        I'm sorry, I don't understand the question.
19   There is a lot of legalese there.  So maybe you could
20   say it to me in a simpler way.
21        Q.        Now that I've read that provision, do
22   you understand that you were prohibited from seeking
23   an accounting?
24   A.        I do.
25        Q.        Do you agree to dismiss any claim you

Page 39

1    have for an accounting at this point in time?
2    A.        I don't agree.
3         Q.        So you want to continue to violate the
4    operating agreement?
5    A.        No.  To be clear, just --
6         Q.        There is no question pending.
7    P-2, I already asked you about.  What is the
8    purpose of NDAP?
9    A.        NDAP is a company, an automotive aftermarket
10   e-commerce company.
11        Q.        And by the way, on P-1, you haven't
12   transferred any of your interest in CSV to any third
13   party as of this date; have you?
14   A.        No.
15        Q.        Did you understand when you signed the
16   operating agreement involving CSV that you were not
17   permitted to take any confidential information that
18   was owned by CSV and utilize it for any purpose other
19   than for CSV?
20   A.        Do you mind if I read the confidentiality
21   agreement --
22        Q.        I put it in front of you.
23   A.        -- so I can refresh my memory?
24        Q.        I'm the one who opened the page to the
25   section.

Page 40

1    A.        Do you mind giving me a moment to read it?
2             MR. WILSON:   Just read it.
3             THE WITNESS:   Thank you.
4         Q.        He's going to argue with me.  I was
5    trying to facilitate by opening the page to the page
6    for you to read it.
7    A.        I appreciate that.  I just wanted to make sure
8    you didn't feel like I was wasting your time by
9    reading it.
10            MR. GUAGLARDI:   Counsel?
11            MR. WILSON:   Just read it.
12   (The time is from 10:53 to 10:55 a.m.)
13        Q.        Now that you've had an opportunity to
14   read it, do you have an answer to my question?
15   A.        I'm sorry, I don't remember the question.
16            MR. GUAGLARDI:   Can you read it back,
17   please.
18   (The pending question is read by the
19   Reporter.)
20   A.        Correct.
21        Q.        Have you complied with that provision
22   of the operating agreement relating to CSV's
23   operation?
24   A.        I believe so.
25        Q.        Who is Randy Buller?

Page 41

1    A.       A friend of Michael Dardashtian.
2            Q.       Was he the NDA owner?
3    A.       I don't understand the question.
4            Q.       Well, did he have any business
5    affiliation that you knew of relating to NDAP?
6    A.       Yes.
7            Q.       What was it?
8    A.       He was one of the partners in the company.
9            Q.       And Mike introduced you to Randy?
10   A.       Yes.
11           Q.       When?
12   A.       I would have to check my calendar for that
13   date.
14           Q.       Can you approximate?
15   A.       Yes. Give me a moment to think about it.
16           Q.       Was it before or after the date that
17   you signed the NDAP operating agreement?
18   A.       It was before.
19           Q.       Was Randy the sole member of NDA
20   Holdings?
21   A.       I have no idea who the members of NDA Holdings
22   are.
23           Q.       Do you know what is NDA Holdings?
24   A.       It's a holding company it sounds like. I have
25   no idea.

Page 42

1            Q.       Did you have any involvement with NDA
2    Holdings on a business level?
3    A.       They were my -- they were a partner in NDAP.
4            Q.       And what was the purpose of the
5    partnership?
6    A.       To sell auto parts online.
7            Q.       And when you formed that partnership,
8    is that how NDAP, LLC came to be formed?
9    A.       Yes.
10           Q.       And that's when you and Mike executed
11   the operating agreement that is P-2?
12   A.       I believe so.
13           Q.       And do you know who prepared P-2?
14   A.       I don't remember.
15           Q.       Have you ever signed an amendment to
16   P-2?
17   A.       I don't remember.
18           Q.       Do you know, to your knowledge, as we
19   sit here today, has P-2 ever been amended?
20   A.       I don't remember if there are any amendments
21   to the document. I don't believe there are.
22           Q.       And NDAP began doing business as Car
23   Part Kings?
24   A.       Car Part Kings is a DBA of NDAP.
25           Q.       What does DBA mean?

Page 43

1    A.       Doing business as.
2            Q.       So NDAP does business as Car Part
3    Kings?
4    A.       No. Car Part Kings does business as NDAP.
5    Wait, hold on.
6            Q.       I think you meant I was right and you
7    should have said yes to my question. Correct?
8            NDAP does business as Car Part Kings. Right?
9    A.       I apologize. Yes, you're correct.
10           Q.       And NDAP is a wholly-owned subsidiary
11   of CSV. Correct?
12   A.       No.
13           Q.       Does NDAP issue its own tax return?
14   A.       I don't know.
15           Q.       Have you ever gotten a K-1 in your
16   lifetime from NDAP?
17   A.       I believe so.
18           Q.       So your tax returns would reflect
19   properly all of the K-1s you've ever received because
20   you report all your income. Correct?
21   A.       Absolutely.
22           Q.       I'm going to ask you to produce all of
23   your tax returns for the years 2015, '16, '17, '18,
24   '19, so that we can confirm whether you received
25   taxable income on a K-1 for ChannelReply, taxable

Page 44

1    income on a K-1 from NDAP, taxable income on a K-1
2    from CSV, taxable income on a K-1 from Cooper Square.
3            MR. GUAGLARDI:   Please mark that.
4            Counsel, my request is made.
5            MR. WILSON:   You can put your request
6    in writing and we will respond.
7            MR. GUAGLARDI:   The only way to get
8    clarification from your client. He doesn't understand
9    whether he received taxable income from ChannelReply.
10   He doesn't understand whether ChannelReply is a
11   subsidiary of CSV. He doesn't know whether he's
12   received an NDAP K-1 or whether that's a subsidiary of
13   CSV. So we need to understand those questions and he
14   has indicated he reports all his income.
15           MR. WILSON:   I've been present here at
16   the deposition. So if you want to make your request,
17   put it in writing and we'll respond.
18           MR. GUAGLARDI:   The request has been
19   made in the deposition, so we'll give you the pages in
20   the deposition where the requests were made.
21   BY MR. GUAGLARDI:
22           Q.       CSV was a minority member of NDAP.
23   Right? It owned 49 percent.
24           Do you really need to refer to the document in
25   order to know whether your entity CSV was a minority

Page 45

1   partner in NDAP or do you know that independent of the
2   document?
3   A.      I don't recall.  I would like to check the
4   document, please.
5          Q.      I'm going to ask you to refer -- can I
6   see that for one second.  I'm going to refer you to
7   Schedule A of P-2.  Does that help you to see whether
8   CSV was a minority member owning 49 percent?
9   A.      According to Schedule A, NDA Holdings owns
10  51 percent of NDAP, LLC.
11         Q.      Would that mean that CSV owns
12  49 percent?
13  A.      Yes.  According to the Schedule A of the
14  operating agreement, Cooper Square Ventures owns
15  49 percent of NDAP, LLC.
16                 MR. GUAGLARDI:   Mark this as 3.
17
18         (Plaintiff's Exhibit P-3 is received and
19  marked for identification by the Reporter.)
20
21         Q.      I'm showing you what's been marked as
22  P-3 for identification.  Can you identify that
23  document?
24         Is that the NDAP agreement where CSV bought
25  out NDA's interest in NDAP?

Page 46

1   A.      Please give me a moment to review it.
2   (Time is 11:03 a.m.)
3          Q.      It's two pages with a signature page.
4   (Time is 11:06 a.m.)
5          Q.      Do you have the answer?
6   A.      Could you repeat the question.
7          (The pending question is read by the
8   Reporter.)
9   A.      It is a --
10         Q.      It's a yes or no.  Is that the
11  agreement?
12  A.      I don't know.
13         Q.      Is your signature on that?
14  A.      No.
15         Q.      Your signature is not on the
16  agreement?
17  A.      That is not my signature.  I did not sign
18  that.
19         Q.      Were you aware of the document?
20  A.      I don't think I've seen this document before.
21         Q.      Are you aware that CSV bought out
22  NDA's interest in NDAP?
23  A.      I don't remember.
24         Q.      Have you ever had a multitude of
25  discussions with Mike and e-mails regarding how the

Page 47

1   disposition of the ultimate sale of NDAP was going to
2   be divided up?
3   A.      I don't remember.
4          Q.      You don't remember having e-mail
5   discussions with Mike and Jeremy Falk --
6          There is no question pending on that document.
7   A.      Okay.  I don't remember having conversations
8   from, according to this document date, in 2014, which
9   is six years ago.
10         Q.      Did NDAP -- strike that.
11         Did CSV ever own 100 percent of NDAP?
12  A.      I don't know.
13         Q.      What proprietary software did NDAP
14  own?
15  A.      I don't understand.  What software did they
16  license from other people?
17         Q.      Did NDAP own anything?
18  A.      NDAP, yeah, we owned tons of software
19  licenses.  We were in many agreements with many
20  companies.
21         Q.      What software licenses did it own?
22  A.      I would have to go back through many documents
23  to figure that out.
24         Q.      So you don't know?  Do you know any of
25  them?

Page 48

1   A.      Sure.  We had licenses from hundreds of
2   companies, including Magento, including Orro,
3   including Yotpo and many other companies.
4          Q.      And did NDAP receive money, income
5   from its business operation?
6   A.      Yes.
7          Q.      And what percentage of that money did
8   you receive?
9   A.      I don't know.
10         Q.      What was your role at NDAP?
11  A.      I was the -- I was a partner.
12         Q.      You had no other role other than --
13  A.      I led all of the technology, I led all of the
14  marketing, I led all of the operations of the company.
15         Q.      Were you paid a salary?
16  A.      For a brief period.
17         Q.      And were you then paid --
18         So during the period that you weren't paid a
19  salary, were you paid any money?
20  A.      No.
21         Q.      Were you mad about the fact that you
22  weren't paid any money?
23  A.      No.  I believe -- I was told that I would get
24  paid money once, on the sale of the company.
25         Q.      What work did you do during the period

Page 49

1    of time that you were paid a salary for NDAP?
2    A.       I did -- you want me to just generally
3    describe the work I did, Barry?
4           Q.       Yes.
5    A.       I did a lot of software development, product
6    development, I did a lot of marketing work.  Yeah, I
7    would -- and just general operations.
8           Q.       And what did Mike do for NDAP during
9    that same period of time?
10   A.       He did the accounting, legal, he did legal.
11   He was in charge of legal and finance.
12          Q.       During the period of time that --
13   So do you have any recollection that at some
14   point in time CSV owned 100 percent of NDAP?
15   A.       I do not have a recollection of that.
16          Q.       Was CSV always a minority partner of
17   NDAP or did it ever buy out NDA's interest in NDAP?
18   A.       I don't know.
19          Q.       Did you ever have any other
20   involvement in any other internet-based businesses
21   during the time that you were an owner of NDAP?
22   A.       Well, I was never a direct owner of NDAP.
23          Q.       What were you?
24   A.       I was an owner of a -- I was a shareholder of
25   Cooper Square Ventures which owned NDAP.

Page 50

1           Q.       And during the time that you were a
2    shareholder of Cooper Square Ventures which was an
3    owner of NDAP, did you ever have any involvement or
4    ownership interest in any other internet-based
5    businesses?
6    A.       Yes.
7           Q.       Which ones?
8    A.       I don't have a full list, but for example, I
9    helped my father with his e-commerce website.
10          Q.       Tell me what other internet-based
11   businesses you were an owner of during that period of
12   time that you were a member of CSV which was a member
13   of NDAP?
14   A.       There was Sigmento, which Cooper Square
15   Ventures owned a -- which was a Cooper Square Ventures
16   was an investor in.
17          Q.       Did you ever have an ownership
18   interest in Accel Commerce during that period of time?
19   A.       Yes, absolutely.
20          Q.       Did you ever have any other interests,
21   like in Dalva Ventures, LLC during that period of
22   time?
23          A.       Absolutely.
24          Q.       And was Accel Commerce an internet-
25   based business?

Page 51

1    A.       I'm not sure.
2           Q.       Was Dalva Ventures an internet-based
3    business?
4    A.       No.
5           Q.       What was Dalva Ventures?
6    A.       A holding company for my wife and I.
7           Q.       What did it hold?
8    A.       Accel Commerce.
9           Q.       And was Accel Commerce an internet-
10   based business?
11   A.       It was more of a consultancy.
12          Q.       What did it do, Accel Commerce?
13   A.       They never -- I don't believe it ever produced
14   any -- let me think.  What revenue did it produce?
15          Q.       I didn't ask you what revenue it
16   produced.  I asked you what it did.
17   What did it do for business?
18   A.       It changed often, so --
19          Q.       Did it ever do internet-based business
20   work?
21   A.       Definitely.
22          Q.       Was the business that Accel Commerce
23   did in competition with the business that NDAP did?
24   A.       No.
25

Page 52

1           (Plaintiff's Exhibit P-4 is received and
2    marked for identification by the Reporter.)
3
4           Q.       In October of 2011, you and Mike
5    opened a business checking account for CSV at Bank of
6    America?
7    A.       I don't remember.
8           Q.       I'm going to show you P-4.  Does that
9    help refresh your recollection that you and Mike
10   opened up a business account for Cooper Square
11   Ventures at Bank of America in October of 2011,
12   specifically October 13, 2011?
13   A.       Yes.  I remember this day.
14          Q.       That's your signature on the account
15   opening signature card; isn't it?
16   A.       Yes.
17          Q.       What was the account used for?  CSV's
18   business?
19   A.       It was used to pay Mike and I.
20          Q.       Was it used for CSV's business?
21   A.       Yes.
22          Q.       And the branch that was used was what
23   branch?
24   A.       It was a branch in Great Neck.
25          Q.       Is there a reason that the branch in

1  Great Neck was used?  Is that where Mike lived?
2  A.      That's correct.
3      Q.      Did you know anyone there at the
4  branch?
5  A.      Never.  First time I ever been in Great Neck,
6  I believe, was that day.
7      Q.      Was the NDAP income that was generated
8  from the NDAP business deposited into the Bank of
9  America bank account that is P-4?
10 A.      I'm sorry.  Could you repeat that for me?
11     Q.      Was the money that NDAP earned in its
12 business operation deposited into the bank account
13 P-4?
14 A.  No.
15     Q.      Where was it deposited?
16 A.      Into a bank account for NDAP, LLC.
17     Q.      Was the money earned by ChannelReply's
18 business operation deposited into the bank account in
19 Bank of America, P-4?
20 A.      I don't know.
21     Q.      What is ChannelReply?
22 A.      It's a -- I don't know what it is today.
23     Q.      What was ChannelReply on the day, the
24 first day that it was created?
25 A.      The first iteration of ChannelReply was a tool

1  to connect eBay to ZenDesk.
2      Q.      For what purpose?
3  A.      Customer service, to enhance customer service.
4      Q.      In what way?
5  A.      To make it easier for customer service agents
6  to reply to messages on eBay.
7      Q.      How?
8  A.      By forwarding the messages from eBay into
9  ZenDesk.
10     Q.      How?
11 A.      It would look for the messages and then
12 forward them to ZenDesk.
13     Q.      What was the benefit of performing
14 that service?
15 A.      That's a good question.
16     Q.      Thank you.
17 A.      If you're a customer service agent, it could
18 be difficult to have multiple windows open to perform
19 your tasks.  So it gives you one screen to do your
20 work in.  Does that make sense?
21     Q.      Did that provide a solution to an
22 existing problem at the time it was created?
23 A.      I'm sorry.  One more time.  Can you repeat it?
24     Q.      Did the explanation that you gave
25 provide a solution?  Do you understand the question?

1  A.      I'm sorry.  I'm having trouble following the
2  question.
3      Q.      Does the explanation that you provided
4  just now on the record, did that serve as a solution
5  to any existing problem that existed at that time in
6  the industry?
7  A.      It solved a problem for NDAP.
8      Q.      How?
9  A.      We had -- NDAP had multiple customer service
10 agents.  So it was difficult, they would be
11 overlapping work, so it would be difficult for them to
12 know who was working on which eBay message.  So the
13 tool I built, ChannelReply, helped solve that problem.
14     Q.      Was that done by computer code?
15 A.      Yes.
16     Q.      And who developed the computer code?
17 A.      Myself and Konstantyn.  I'm sorry, I'm not
18 going to pronounce Konstantyn's last name correctly.
19     Q.      Do you know how to spell it?
20 A.      It starts with the letter B.  I'm not going to
21 get much further than that.
22     Q.      Is his last name Bagaev?
23 A.      I believe that's how you pronounce his last
24 name.
25     Q.      Did anyone else assist in the creation

1  of the code other than you and Mr. Konstantyn Bagaev?
2  A.      Not initially.
3      Q.      Did anyone thereafter help improve
4  upon the code?
5  A.      Many people.
6      Q.      Can you identify those people?
7  A.      I would have to go back and look at all the
8  people working on that project.  I wouldn't be able to
9  do that right now.
10     Q.      Do you know any of them as we sit here
11 today?
12 A.      Sure.  Another one would be the other
13 defendant in this matter, Olesksii.
14     Q.      Do you know his last name?
15 A.      It starts with the letter O.  I wouldn't be
16 able to pronounce it anyway.
17     Q.      His last name begins with the
18 letter O?
19 A.      I believe so.
20     Q.      Does the name Glukharev ring a bell to
21 you?
22 A.      That's it, the letter G.  I apologize.
23     Q.      So it's not the letter O.  It's the
24 letter G?
25 A.      Yeah, that's correct.

1    Q.    So you don't know him that well; do
2  you?  You didn't know his last name.
3    A.    No, I know it well, but when you translate
4  names from Cyrillic to English, it doesn't always
5  translate.
6    Q.    Where are the developers from?
7  A.    Ukraine.
8    Q.    Did Konstantyn have a nickname?  The
9  letter K, was that his nickname, K?
10  A.    I don't remember.
11    Q.    You don't remember whether you
12  referred to him as K?
13  A.    I might have.
14    Q.    And when was ChannelReply created,
15  when, to the best of your knowledge?
16    I know you said it was during the time that
17  you were working with NDAP, but when during that time?
18  A.    I don't remember.  I would have to go back
19  through my notes.
20    Q.    Who chose the name ChannelReply?
21  A.    I did.
22    Q.    Why?
23  A.    I liked it.
24    Q.    Did it have any connotation, the word
25  channel and the word reply blended together?

1    A.    Yes.
2    Q.    What was the connotation?
3    A.    That you were replying to channels.
4    Q.    And was that what the ChannelReply
5  service did, reply to channels?
6  A.    That is one of the things it did.
7    Q.    And is that why you chose the name
8  ChannelReply?
9    A.    That is one of the reasons I chose the name
10  ChannelReply.
11    Q.    Is there any other reasons you chose
12  the name ChannelReply?
13  A.    Yes.  But I would have to check my notes in my
14  search history of doing research, but I assume some of
15  it has to do with trademarks, SEO impact.
16    Q.    What is an SEO impact?
17  A.    SEO, search engine optimization.  So how well
18  it would range when people are searching for the
19  product.
20    Q.    And the notes you're referring to is
21  the notebooks you said that you have at home that you
22  never produced in this case.  Correct?
23  A.    Yeah.  They could be the notebooks; they could
24  be typed notes in my e-mail.
25    Q.    Well, I'm not asking you what it could

1  be or to speculate.  You indicated earlier that you
2  had notebooks that were at home that you didn't
3  produce in this litigation.
4    You recall that testimony.  Right?
5  A.    That's correct.
6    Q.    So my question is, is the notes that
7  you're referring to about why you chose the name
8  ChannelReply, are they in the notebooks, as well, the
9  ones you didn't produce?
10  A.    I don't know what's in my notebooks.
11    Q.    Now, when you were working for NDAP
12  and developed the concept for ChannelReply, did the
13  ChannelReply business idea that you had become part of
14  a business?
15  A.    I don't understand the question.  I'm sorry.
16    Q.    Did you take that idea and implement
17  it so that money could be generated as a result?
18  A.    Yes.
19    Q.    How?
20  A.    That's a very complex question.  Could you ask
21  a more specific question?
22    Q.    No.  I can ask the question I asked.
23  How?
24  A.    I turned it from a simple store and forward
25  script into a multi-tenant application.

1    Q.    And how did that get implemented into
2  being able to produce revenue?
3  A.    That then somebody could sign up, somebody who
4  was not part of NDAP could sign up and use the
5  application.
6    Q.    Did that happen?
7  A.    Yes.
8    Q.    How?
9  A.    People went to the website, signed up and used
10  the application.
11    Q.    When?
12  A.    I don't have the dates of the transactions
13  when people signed up.
14    Q.    You can estimate.  What year?
15  A.    I really don't remember.  I'm sorry.
16    Q.    Would it have been 2016?
17  A.    I don't remember.  I'm sorry.
18    Q.    And what website did the people go to
19  in order to sign up?
20  A.    ChannelReply.com.
21    Q.    And who developed the name
22  ChannelReply.com?
23  A.    I did.
24    Q.    And was that domain name ever
25  registered?

Page 61

1    A.      Yes.
2          Q.      And by who was it registered?
3    A.      By me.
4          Q.      And who was the owner of the
5    ChannelReply.com domain name?
6    A.      I don't know.
7          Q.      And at the time that you registered
8    the ChannelReply.com domain name, you were working
9    with NDAP, correct; you and Mike?
10         You can answer the question.
11   A.      I don't remember the timeline.
12         Q.      When did you start working for NDAP?
13   A.      The date it was formed or registered.  So
14   in -- I don't remember this year.  So in 2011, I
15   believe.
16         Q.      So from 2011 and thereafter you were
17   working at NDAP until you were removed by the court.
18         Is that correct?
19   A.      Yes.
20         Q.      Who formed the website for
21   ChannelReply?
22   A.      I don't understand that question.
23         Q.      Who created the website that third
24   parties would go to to subscribe to ChannelReply?
25   A.      I did.

Page 62

1          Q.      And did you list who the owner was of
2    ChannelReply on the website?
3    A.      I did not.
4          Q.      Who was the owner of ChannelReply when
5    the website was formed?
6    A.      I was.
7          Q.      By yourself?
8    A.      (Witness nods.)
9          Q.      By the way, one of the instructions, I
10   don't know if I gave it to you, but I'll give it to
11   you, so in my last question where I asked you who the
12   owner was, you shrugged your shoulders.
13   A.      I --
14         Q.      Let me finish my instruction.  The
15   Court Reporter can't take down a shrug of the
16   shoulders as if your answer is "who knows."  You have
17   to speak verbally.
18   A.      Okay.
19         Q.      So let's go back to my question.
20   A.      Sure.  I'd like to take a break.
21         Q.      I'm not done with my question.
22         So at the time that the website for
23   ChannelReply was formed, who was the owner of
24   ChannelReply?  And remember you are under oath under
25   the penalties of perjury.

Page 63

1    A.      I was.
2          Q.      100 percent?
3    A.      I don't know.
4          Q.      What don't you know?
5    A.      I don't know the percentage I owned at that
6    time.  It was not clear.
7          Q.      Why was it not clear?
8    A.      Because it wasn't worked out.
9          Q.      By who?
10   A.      By myself and the other partners.
11         Q.      Who are the other partners?
12   A.      NDAP, the partners NDA, Cooper Square
13   Ventures.  I'd like to take a break.
14                 MR. WILSON:   Keep going.  We can take
15   a break.
16                 THE WITNESS:   I'd like to take a
17   break.
18                 MR. WILSON:   One more question and we
19   can take a break.
20                 THE WITNESS:   Thank you.
21         Q.      Who were the other partners that you
22   weren't clear about what the ownership of ChannelReply
23   was at the time that you created the website of
24   ChannelReply?
25   A.      Sure.  There was the developers, Konstantyn,

Page 64

1    Olesksii, there is Alice Fritz, Michael Dardashtian,
2    NDA Holdings.  There were a lot of parties involved.
3          Q.      And at this time you were an owner of
4    CSV with Michael Dardashtian 50/50.  Correct?
5    A.      I believe so.
6          Q.      And at this time you were an owner of
7    NDAP with Michael Dardashtian 50/50.  Correct?
8    A.      CSV owned 49 percent of NDAP.
9          Q.      And you were an owner at this time of
10   CSV with Michael Dardashtian 50 percent/50 percent.
11   Correct?
12   A.      At what time?
13         Q.      At any time.
14   A.      Ownership structures have changed, so I would
15   need to know what time you're talking about.
16         Q.      The ownership structures of CSV have
17   changed?
18   A.      No, they have not.
19         Q.      So from the inception of CSV --
20   A.      Not ownership, but the management structure
21   has changed.  That's what I meant to say.
22         Q.      So the ownership structure of CSV from
23   its inception through today has always been 50/50 you
24   and Mike.  Correct?
25   A.      That's correct.

Page 65

1    MR. WILSON:   We're going to take a
2  quick break.
3    THE WITNESS:   Thank you.
4    (At this point a recess is taken from 11:29
5  a.m. to 11:35 a.m.)
6  BY MR. GUAGLARDI:
7    Q.    What was the ownership structure of
8  ChannelReply, Mr. Gitman?
9  **A.    That was never created.**
10   Q.    It was never --
11 **A.    No ownership structure of ChannelReply was**
12 **ever created.**
13   Q.    What do you mean?
14 **A.    It was never created.  There was no**
15 **agreements, there was no nothing.**
16   Q.    No agreement at all?
17 **A.    Nope.**
18   Q.    So you never told the court that there
19 was a specific financial agreement between you and
20 Mike regarding the ownership of ChannelReply.
21 Is that true?
22 **A.    I don't believe I ever said that to the court.**
23   Q.    Did you ever tell the court that
24 ChannelReply was owned by CSV 50 percent and that the
25 remaining 50 percent was divided up amongst other

Page 66

1  people?
2  **A.    I don't remember saying that.  It's possible.**
3    Q.    You never swore to the court and told
4  the court that CSV owned 50 percent of ChannelReply
5  and that you owned 42 and a half percent of the other
6  50 percent of ChannelReply?
7  **A.    I don't remember saying that, but it's**
8  **possible.**
9    Q.    What's possible?
10 **A.    That that's correct.**
11   Q.    Why is it possible?
12 **A.    What?**
13   Q.    Do you know what the ownership
14 interest of ChannelReply is as we sit here today?
15 **A.    I do not.**
16   Q.    Could it be that Cooper Square
17 Ventures owns 100 percent of ChannelReply as we sit
18 here today?
19 **A.    It's possible.**
20   Q.    Do you ever recall having a discussion
21 with Mike about Konstantyn and giving Konstantyn a
22 5 percent ownership in ChannelReply?
23 **A.    I remember speaking to Mike about giving**
24 **Konstantyn ownership in ChannelReply.**
25   Q.    Do you remember whether it was

Page 67

1  5 percent that you and Mike were discussing giving
2  Konstantyn as an ownership in ChannelReply?
3  **A.    I don't remember the percentage.**
4    Q.    Do you remember ever signing any
5  agreement giving Konstantyn a 5 percent ownership
6  interest in ChannelReply?
7  **A.    I don't recall signing an agreement.**
8    Q.    As we sit here today, did you and Mike
9  ever come to a written agreement giving Konstantyn any
10 ownership interest in ChannelReply?
11 **A.    I don't believe so.**
12   Q.    As we sit here today, did you and Mike
13 ever enter into a written agreement whereby you gave
14 any ownership of ChannelReply to Oleskii Glukharev?
15 **A.    I don't believe so.**
16   Q.    As we sit here today, did you and Mike
17 ever come to a written agreement giving any ownership
18 of ChannelReply to Alice Fritz?
19 **A.    I don't believe so.**
20   Q.    As we sit here today, did you and Mike
21 ever come to any written agreement giving any
22 ownership interest of ChannelReply to any other third
23 party other than to you and Mike?
24 **A.    We never came into any written agreement for**
25 **any parties.**

Page 68

1    Q.    So I'm not sure if that was an answer
2  to my question, so I'm going to ask it again.
3  **A.    Okay.**
4    Q.    Did you and Mike ever come to any
5  written agreement whereby you agreed and Mike agreed
6  to give any ownership interest in ChannelReply to
7  anyone else other than you and Mike?
8  **A.    I don't believe so.**
9    Q.    Do you have any written agreement
10 signed by you or Mike whereby you have any greater
11 interest than Mike in ChannelReply other than a 50/50
12 ownership interest?
13 **A.    Yes.**
14   Q.    What document do you have?
15 **A.    I have the ChannelReply -- I have documents**
16 **for the C Corp. ChannelReply, Inc.**
17   Q.    I'll ask that question again.
18 Do you have any documents signed by you and
19 Mike that provides you with any ownership interest
20 greater than a 50/50 ownership interest in
21 ChannelReply?
22 **A.    No.  Only documents signed by myself.**
23   Q.    Mr. Gitman, is that responsive to my
24 question?
25 **A.    Absolutely.**

Page 69

1          MR. GUAGLARDI:   Okay.  Move to strike.
2          Q.     Are documents signed by yourself
3   documents that Michael Dardashtian also signed?
4   A.     No.
5          Q.     Are there any documents you have
6   signed by you and Michael Dardashtian that give you
7   any greater ownership interest in ChannelReply than
8   50/50 ownership?
9   A.     I do not have any documents signed by both
10  Mike and I, only documents signed by myself.
11         Q.     Konstantyn Bagaev was found through a
12  service called Upwork.  Right?
13  A.     Yes.
14         Q.     Upwork is a global freelance service?
15  A.     Sure.
16         Q.     And when you guys found Konstantyn,
17  you utilized him for services on various projects.
18  Correct?
19  A.     Yes.
20         Q.     Like what?
21  A.     He helped with some cataloging issues, various
22  PHP scripts, stuff like that.
23         Q.     Car Part Kings?
24  A.     Yeah.
25         Q.     He worked on ChannelReply.  Correct?

Page 70

1   A.     Yeah.  He worked on it three times and failed.
2          MR. GUAGLARDI:   Can you read that
3   back.
4          (The last answer is read by the Reporter.)
5          Q.     Konstantyn failed on ChannelReply?
6   A.     Yeah.  The first three attempts were failed,
7   unfortunately.
8          Q.     And did he then continue to try after
9   that?
10  A.     Yes.  The fourth time worked.  My architecture
11  for the fourth time worked.
12         Q.     Did Konstantyn participate in the
13  continued efforts to make ChannelReply work?
14  A.     Um-hum, yes.
15         Q.     And was he successful?
16  A.     On some things, yes.
17
18         (Plaintiff's Exhibit P-5 is received and
19  marked for identification by the Reporter.)
20
21         Q.     Mr. Gitman, I'm going to show you
22  what's been marked P-5 for identification.  That's an
23  e-mail dated October 21, 2014, 9:53 a.m. from you to
24  Team@NDAP-LLC.com and Team@NDAP-LLC.com.  Actually
25  it's just to Team@NDAP-LLC.com.

Page 71

1          You sent that e-mail; didn't you?
2   A.     Can I have a moment to review it?
3          Q.     Sure, you can do that.
4   A.     Thank you.
5          (11:45 to 11:46.)
6   A.     Yeah, I reviewed it.  I don't remember your
7   question, I'm sorry.  Did you ask if I sent this
8   e-mail?
9          Q.     I can tell you my question.
10         Is that your e-mail?
11  A.     Yeah.
12         Q.     You see on the bottom where it says
13  your name, David Gitman?
14  A.     Um-hum.
15         Q.     Right under it, what does it say?
16  A.     Cooper Square Ventures.
17         Q.     So you were sending that e-mail on
18  behalf of Cooper Square Ventures; weren't you?
19  A.     No.  I was sending it from my Cooper Square
20  Ventures e-mail account.
21         Q.     Isn't that what it says at the top of
22  the e-mail, David@CooperSquare.Ventures?
23  A.     Um-hum.
24         Q.     That's your e-mail account.  Right?
25  A.     That is one of my many e-mail accounts.

Page 72

1          Q.     My question isn't how many other
2   e-mail accounts.
3          That's your e-mail account; isn't it?
4   A.     That's one of my many e-mail accounts.
5          Q.     And you signed above Cooper Square
6   Ventures.  Correct?
7   A.     All my e-mails, all my professional -- yes,
8   all my professional e-mails are signed under Cooper
9   Square Ventures.
10         Q.     Could you read the e-mail into the
11  record starting with good morning.
12  A.     "Good morning.  I'd like to welcome Konstantyn
13  Bagaev to the team full-time."
14         Q.     Let's stop right there.  What team?
15  A.     The NDAP team.
16         Q.     Was he working part-time before that?
17  A.     Correct.
18         Q.     And at that point in time, the
19  decision was made by you and Mike to bring him on
20  full-time.
21  A.     The decision was made by me to bring him on
22  full-time.
23         Q.     Were you and Mike equal owners of CSV
24  as of the date October 21st, 2014?
25  A.     Yes.

Page 73

1  Q.      You can continue reading your e-mail.
2  A.      "Some of you may know Konstantyn already as
3  Agent K."
4  Q.      And Agent K is in quotes.  Right?
5  A.      Yes.
6  Q.      So you referred to Konstantyn as
7  Agent K?
8  A.      I believe so.
9  Q.      You can continue reading.
10 A.      "He has been working with us for two years on
11 ChannelReply."
12 Q.      ChannelReply is one word.  Correct?
13 A.      Yes.
14 Q.      And you can continue with that
15 sentence.
16 A.      In brackets, "ZenDesk eBay integration."
17 Q.      Let's look at that sentence.  Do you
18 see the word "us"?  Who is "us"?
19 A.      NDAP.
20 Q.      So Konstantyn has been working with
21 NDAP for two years on ChannelReply at that point.
22 That's what you said?
23 A.      That's correct.
24 Q.      What does ZenDesk eBay integration
25 refer to?

Page 74

1  A.      ChannelReply.
2  Q.      That's what ChannelReply does.
3  Correct?
4  A.      That's what it did at the time.
5  Q.      That's what it did at that time on
6  October 21st, 2014?
7  A.      That's correct.
8  Q.      Can you continue with your sentence.
9  A.      The next sentence is:  "K will continue to
10 develop ChannelReply and help us grow and optimize our
11 catalogs."
12 Q.      So you have then written that
13 Konstantyn will continue to develop.  What do you mean
14 continue to develop ChannelReply?
15 A.      He'll continue to maintain it and work on it.
16 Q.      Does develop mean maintain?
17 A.      That is -- part of developing is maintaining,
18 yes.
19 Q.      And was he already developing
20 ChannelReply that you were telling the team he's going
21 to continue to develop it?
22 A.      Yes.
23 Q.      And when you say help us grow, who do
24 you mean us?  Who does the "us" refer to?
25 A.      NDAP.

Page 75

1  Q.      And when you say optimize our
2  catalogs, who is our?
3  A.      NDAP.
4  Q.      And then what's your next sentence in
5  that e-mail?
6  A.      "Please join me in welcoming Konstantyn to the
7  NDAP," I think it might have said team.  It looks like
8  it's cut off.
9  Q.      So "Please join me in welcoming
10 Konstantyn to the NDAP T."  The T refers to team?
11 A.      Yes.
12 Q.      Who was on the team on October 21st,
13 2014?
14 A.      I would have to check.  I don't remember.
15 Q.      Well, you and Mike were on the team.
16 Correct?
17 A.      Um-hum.
18 Q.      And Konstantyn was joining the team.
19 Correct?
20 A.      Yes.
21 Q.      Was there anyone else on the team that
22 you know of?
23 A.      Yes.  Alice Fritz was on the team.  I believe
24 at that time she might have stepped away at that time.
25 I would have to go back and check my records.  I don't

Page 76

1  know who else was on the team at that time.  This, you
2  know, this was six years ago.  I don't remember.
3  Q.      And when you indicate that Konstantyn
4  was going to continue to develop ChannelReply and help
5  NDAP grow and optimize its catalogs, what catalogs?
6  A.      The Car Part Kings NDA catalogs.
7  Q.      So your e-mail says he's been working
8  on, he's been working with NDAP for two years on
9  ChannelReply and he's also going to continue with
10 developing ChannelReply and help grow the Car Part
11 Kings catalogs?
12 A.      Yeah.  His primary responsibility at the time
13 was to work on the Car Part Kings catalogs and to make
14 sure that ChannelReply was still functioning.
15 Q.      But as of October of 2014, he had
16 already spent at least two years developing
17 ChannelReply.  Right?
18 A.      On and off.
19 Q.      Pardon?
20 A.      Yes, on and off.
21 Q.      And you sent that e-mail to everyone
22 at NDAP-LLC.com.  Correct?
23 A.      Yes.
24 Q.      And you don't know who the members of
25 the team were as of that point in time.  Right?

Page 77

1   A.      I do not at this time.
2           Q.      How long did it take before
3   ChannelReply was first launched?
4   A.      I, I don't know.  Years.
5           Q.      Years?
6   A.      (Witness nods.)
7           Q.      Years from October of 2014.
8   Is that true?
9   A.      Oh, no.  What I meant is years from the
10  initial inception.
11          Q.      How long from the date of your memo,
12  October 21st, 2014, was ChannelReply being launched?
13  A.      I don't remember the launch date of
14  ChannelReply.
15          Q.      Had it been launched as of that date?
16  A.      I don't remember.  That's a good question.  I
17  don't remember, but I can find out.
18
19          (Plaintiff's Exhibit P-6 is received and
20  marked for identification by the Reporter.)
21
22          Q.      I'm going to show you an e-mail dated
23  October 19, 2015 at 4:34 p.m., and it looks like it's
24  an e-mail from you, Dgitman@NDAP-LLC.com, to Michael
25  Dash.

Page 78

1   A.      Can I take a minute to read it?
2           Q.      Sure.
3   A.      Thank you.
4           (11:54 to 11:55 a.m.)
5   A.      Yes.
6           Q.      That's your e-mail.  Correct?
7   A.      Yes.
8           Q.      Let's look at that e-mail.  It's from
9   you to Mike.  Right?
10  A.      Yes.
11          And it says: "Here's what I sent him."
12  Is the him Konstantyn?
13  A.      I don't remember who I sent this to, but
14  definitely not Konstantyn.  According to the title, it
15  says SaaS Builders AngelList.  So I assume I sent it
16  to SaaS Builders AngelList.
17          It says: "Cooper Square Ventures
18  creates, operates and acquires e-commerce websites."
19          That's true.  Correct?
20          Is that true?  You wrote it?
21  A.      Yes.
22          And then you say: "Our current
23  portfolio of properties was rebuilt using modern
24  technology to bring antiquated merchandising online."
25          Is that true?

Page 79

1   A.      Yes.
2           Q.      And by our, who are you referring to?
3   A.      Cooper Square Ventures.
4           Q.      So if you go down to the bottom of
5   that e-mail, your name appears, David Gitman.
6   Correct?
7   A.      It does.
8           Q.      And now your name is above NDAP?
9   A.      That's correct.
10          Q.      And at that time and through today,
11  NDAP is owned by you and Mike equally 50/50.  Correct?
12  A.      No.
13          Q.      No?  What's the ownership of NDAP?
14  A.      NDAP --
15          MR. WILSON:   Just what you remember.
16  A.      NDAP is owned 51 percent by NDA Holdings, LLC
17  and 49 percent by Cooper Square Ventures, LLC.
18          Q.      And do those percentages apply today?
19  And you're testifying under oath.
20  A.      I don't know.
21          Q.      Does Randy Buller have any ownership
22  interest at this point in NDAP?
23  A.      I don't know.
24          Q.      Didn't you and Mike buy NDA out?
25  A.      I did not buy NDA out.

Page 80

1           Q.      Did CSV buy NDA out?
2   A.      I don't know.  This is not my signature on
3   this agreement.
4           Q.      So your contention is because you
5   believe your signature doesn't appear on P-3, that you
6   have no knowledge as to whether or not CSV bought out
7   NDA for hundreds of thousands of dollars and acquired
8   NDA's ownership interest in NDAP?
9   A.      The ownership is not clear to me.
10          Q.      Are you aware that CSV bought out NDA?
11  A.      I am not aware of that.  I don't believe that
12  to be the case.
13          Q.      Did you ever sign any documents after
14  P-3 that acknowledged that CSV bought out NDA?
15  A.      No.
16          Q.      Referring you back to the e-mail P-6.
17  A.      Yes.
18          Q.      It says in the second paragraph: "In
19  the past five years, our e-commerce platform has
20  evolved from serving omni-channel consumers (B2C) to
21  serving multi-channel consumers (B2C) and businesses
22  (B2B)."  Is that true?
23  A.      Yes.
24          Q.      Then it says: "During this organic
25  transformation, we built a suite of internal tools to

1   enhance e-commerce product information management,
2   customer relationship management." Is that true?
3   A.      Um-hum.
4           Q.      Who is the "we"?
5   A.      NDAP.
6           Q.      Not CSV?
7   A.      That's correct.
8           Q.      And what suite of internal tools to
9   enhance e-commerce product information management,
10  customer relationship management are you referring to?
11  A.      I don't remember the tools we used five years
12  ago.
13          Q.      Is that ChannelReply?
14  A.      I don't remember the tools we used five years
15  ago.
16          Q.      But does that statement refer to
17  ChannelReply?
18  A.      I don't know. I don't remember the tools we
19  were using five years ago.
20          Q.      Could it?
21  A.      Absolutely.
22          Q.      And then it says: "Pricing strategies
23  and more" -- strike that.
24          That sentence properly reads: "During this
25  organic transformation, we built a suite of internal

1   tools to enhance e-commerce product information
2   management, customer relationship management, pricing
3   strategies and more."
4           That statement is true. Correct?
5   A.      That sentence is true, yes.
6           Q.      And then you say: "We realized these
7   tools were not only valuable to us, but to other
8   e-commerce merchants." Is that true?
9   A.      Yes.
10          Q.      Who is the "we"?
11  A.      NDAP.
12          Q.      And then your next paragraph says: "We
13  are therefore now pivoting into SaaS e-commerce," in
14  parenthesis, "pronounced sassy-commerce, to transform
15  our internal e-commerce tools into a platform to drive
16  success for any e-commerce merchant." Is that true?
17          Is that true?
18  A.      Yes.
19          Q.      And the word "our" in that sentence
20  refers to who?
21  A.      NDAP.
22          Q.      And does the SaaS stand for software
23  as a solution?
24  A.      No.
25          Q.      What does it stand for?

1   A.      Software as a service.
2           Q.      Is that reference that you're making
3   in that sentence to ChannelReply?
4   A.      No.
5           Q.      Could it be to ChannelReply, the
6   reference?
7   A.      Yes.
8           Q.      And then you use the words "not sure
9   if this is worded right," question mark.
10          Are you asking Mike to reword it?
11  A.      Yes.
12          Q.      Why? You weren't sure how to word a
13  sentence?
14  A.      I wasn't sure how to present the company. I
15  assume I wasn't sure -- yes, I wasn't sure how to word
16  the sentence before I made it public.
17          Q.      Now your next paragraph says: "The
18  first product we've launched is ChannelReply," one
19  word.
20  A.      Um-hum.
21          Q.      So clearly this e-mail refers to
22  ChannelReply; doesn't it?
23  A.      This -- that sentence applies to ChannelReply.
24          Q.      That sentence refers to the products
25  that are referenced in the above sentences. Correct?

1   A.      No. Because ChannelReply is not a PIM, CRM or
2   pricing strategy tool.
3           Q.      Why did you say the first product
4   we've launched is ChannelReply?
5   A.      I don't know.
6           Q.      You wrote it to Mike?
7   A.      This is an e-mail I wrote five years ago. I
8   don't know.
9           Q.      The other sentences above it you wrote
10  five years ago, too. You remembered those, though;
11  didn't you?
12  A.      No. I'm reading, I'm reading it.
13          Q.      So when you wrote to Mike, "The first
14  product we've launched is ChannelReply," who is the
15  "we've," W-E apostrophe V-E, that you're referring to?
16  A.      NDAP.
17          Q.      Then you say: "It's a multi-channel
18  e-commerce messaging solution." Is that true?
19  A.      Yes.
20          Q.      And then you say: "It connects help
21  desks with marketplaces." Is that true?
22  A.      Yes.
23          Q.      Then you say: "For example, eBay and
24  Amazon sellers can perform their customer service with
25  the power of ZenDesk." Is that true?

Page 85

1    A.       Yes.
2         Q.       Then in your last sentence you say:
3    "We are actively developing new features, adding help
4    desks and supporting additional marketplaces with
5    ChannelReply." Is that true?
6    A.       Yes.
7         Q.       And then you end the e-mail with:
8    "We're now also planning to release additional
9    e-commerce tools."
10   A.       Yes.
11        Q.       That's true?  The "we" and the
12   "we're," we are references in those two last
13   sentences, who are they in reference to?
14   A.       NDAP.
15        Q.       So what was the purpose of this
16   e-mail?
17   A.       I don't remember.
18        Q.       Well, now that you've read the e-mail
19   and I've read it with you, you don't remember why you
20   wrote to Mike about ChannelReply?
21   A.       I assume it's because of the title, something
22   for SaaS Builders AngelList.
23        Q.       Now, there were no other owners of
24   ChannelReply on October 19, 2015 other than you and
25   Mike; were there?

Page 86

1    A.       I don't know.
2         Q.       Why don't you know?
3    A.       I don't remember what the agreement was at
4    that point.
5         Q.       Were there any other owners of CSV at
6    that point in time?
7    A.       I don't believe so.
8         Q.       And was there income being received on
9    NDAP at that point in time by you?
10   A.       Was I taking money from NDAP?  Are you asking
11   if I was taking money from NDAP?
12        Q.       Yeah.  Were you receiving any
13   financial benefits from NDAP as of October of 2015?
14   A.       I don't remember what was going on at that
15   time.
16        Q.       Does it help to refresh your
17   recollection whether NDAP was a wholly-owned
18   subsidiary of CSV at that time and at all times?
19   A.       I don't know.  That's definitely not true.
20        Q.       What's not true?
21   A.       Your statement is not true.
22        Q.       Okay.  Let me see if I can rephrase
23   it.
24        At the time that CSV acquired NDA's interest
25   in NDAP --

Page 87

1    A.       I don't believe CSV ever acquired NDA's
2    interest in NDAP.
3         Q.       Was there ever a time that you signed
4    a promissory note to pay NDA?
5    A.       No.
6         Q.       Is that because you say that wasn't
7    your signature?
8    A.       That is not my signature.
9         Q.       So if you look at P-3, there is a
10   promissory note that's attached to P-3.  Correct?
11   A.       Um-hum.
12        Q.       And there is a signature page that is
13   the last page of Exhibit P-3, and your contention is
14   that's not your signature.  Right?
15   A.       That is absolutely not my signature.
16        Q.       So are you aware of there being a
17   promissory note that Cooper Square Ventures had to pay
18   to NDA or to BRWY, LLC in order to buy out NDA's
19   interest in NDAP?
20   A.       I don't remember.
21        Q.       Are you aware of whether CSV ever paid
22   promissory note payments or any payments to BRWY, LLC
23   to buy out NDA's interest in NDAP?
24   A.       I'm not aware of any payments.
25        Q.       And you never had any conversations

Page 88

1    with Mr. Liebman, Mr. Rothman, Michael Dardashtian,
2    Mr. Jeremy Falk or anybody else regarding those
3    payments that were made to buy the NDA interest
4    from NDAP?
5    A.       I don't remember any discussions of that
6    nature.
7         Q.       And you don't remember why you sent
8    the October 19, 2015 e-mail to Michael Dardashtian.
9    Correct?
10   A.       Is it this e-mail, P-6?
11        Q.       Yeah.
12   A.       I believe, after reading it now, I believe I
13   sent it to get feedback on the content of the e-mail
14   before I sent it to SaaS Builders AngelList.
15        Q.       Why would you have sent the e-mail to
16   anyone else?
17   A.       I'm sorry?
18        Q.       You wanted feedback from Mike before
19   you sent the e-mail to who?
20   A.       SaaS Builders AngelList.
21        Q.       Why were you sending the e-mail to
22   SaaS Builders AngelList?
23   A.       I don't -- that I don't remember.
24        Q.       Who is SaaS Builders AngelList?
25   A.       I don't remember.

Page 89

1    Q.    Would you normally float out
2  information to third parties about ChannelReply for no
3  reason at all?
4  A.    Of course not.
5    Q.    ChannelReply's business is
6  confidential information. Correct?
7  A.    I don't know.
8    Q.    You don't know whether the codes that
9  are developed and the business of ChannelReply and the
10  financial --
11  A.    There is no business of ChannelReply.  There
12  is no corporation.
13    Q.    So as of October 19, 2015 ChannelReply
14  didn't exist?
15  A.    It existed.  It was a product.
16    Q.    And what does AngelList mean?
17  A.    I believe AngelList is a website where angels
18  who are investors spend time.
19    Q.    So angels are people that might invest
20  money in new startups like ChannelReply?
21  A.    Yes.
22    Q.    And did you consider on October 19,
23  2015 ChannelReply to be a new startup?
24  A.    No.
25    Q.    What did you consider it to be as of

Page 90

1  that date?
2  A.    A tool.
3    Q.    And was it being used?
4  A.    Yes, I was using it.  NDAP was using
5  ChannelReply.
6    Q.    When you say I and NDAP in the same
7  sentence, were you the only owner of NDAP as of that
8  date?
9  A.    I was never an owner of NDAP.
10    Q.    Who was using ChannelReply as of
11  October 19, 2015?
12  A.    NDAP.  And what right did NDAP have to use
13  ChannelReply as of that date?
14  A.    I don't know.
15    Q.    I don't know.
16    Q.    Well, who gave them the right to use
17  it?
18  A.    I gave them the right.
19    Q.    And who owned NDAP as of that date?
20  A.    I don't know.  I believe it was Cooper Square
21  Ventures and NDA Holdings.
22    Q.    So you gave NDAP, which CSV owned a
23  minority interest in, the right to use ChannelReply as
24  of that date?
25  A.    I'm sorry.  Could you repeat that?

Page 91

1    (The pending question is read by the
2  Reporter.)
3  A.    Yes.  Not as of that date, but on that date it
4  was using, NDAP was using ChannelReply.
5    Q.    As of October 19, 2015?
6  A.    I don't remember as of what date, but on that
7  date it was using it.
8    Q.    Do you recall how long it was before
9  ChannelReply was first launched?
10  A.    I do not.
11    Q.    Didn't CSV first launch a beta version
12  of ChannelReply to test the online product in
13  September of 2014?
14  A.    I don't remember.  It's very possible.
15    Q.    Well --
16  A.    But --
17    Q.    There is no question pending.
18  A.    CSV --
19    Q.    There is no question pending.
20  A.    I'm finishing answering.
21    Q.    There is no question pending.
22    MR. WILSON:  Just stop.
23
24    (Plaintiff's Exhibit P-7 is received and
25  marked for identification by the Reporter.)

Page 92

1    Q.    I'm going to show you what's been
2  marked as P-7 for identification.  That's titled
3  Cooper Square Ventures, LLC, ChannelReply Beta Test
4  Agreement; isn't it?
5  A.    Okay, yes.
6    Q.    And when was the last time you saw
7  that agreement?
8  A.    I don't think I've ever seen it.
9    Q.    You've never seen the agreement?
10  A.    I don't remember ever seeing this agreement.
11    Q.    So is it your testimony that
12  ChannelReply didn't use beta test agreements before it
13  had a website in order for recipients who wanted to
14  use ChannelReply's service to be able to use it?
15  A.    Can you repeat the question?
16    Q.    Sure.  When was the ChannelReply
17  website set up?
18  A.    I don't remember.
19    Q.    Before the ChannelReply website was
20  set up, didn't people use the ChannelReply service?
21  A.    No.
22    Q.    Never?
23  A.    I don't believe so.
24    Q.    So is it your testimony that
25  ChannelReply never sent beta test agreements out to

Page 93

1 the people to use the service before the website was
2 set up?
3 A.     I never sent out beta test agreements.
4        Q.     That's not my question, Mr. Gitman.
5        My question is didn't the company CSV send out
6 beta test agreements to ChannelReply users?
7 A.     I don't know.
8        Q.     Well, when I handed you P-7, you threw
9 it on the table and didn't even look at it.  Every
10 other document you have taken the time to read.
11       Is there a reason why you took P-7 and threw
12 it on the table and didn't read it?
13              MR. WILSON:  Objection as to --
14       Q.     You can answer.
15              MR. WILSON:  Objection as to the
16 characterization of what my client did or didn't do
17 with that document.
18       Q.     Did you read the document when I
19 handed it to you, Mr. Gitman?
20 A.     I did.
21       Q.     Oh, you read it?
22 A.     Um-hum.
23       Q.     You want to misrepresent under oath
24 that you read it?
25 A.     I read it.

Page 94

1        Q.     Okay.  What does it say?
2 A.     It's a beta agreement for ChannelReply.  It's
3 signed by a potential user of ChannelReply, but is not
4 executed by ChannelReply.
5        Q.     Who is the user?
6 A.     It's somebody in the UK, I think.  I forget
7 the name of the company.
8        Q.     What's the name?  You read it.  Right?
9 You read the document that I handed you?
10 A.     Yeah.
11       Q.     So who's the person that signed it?
12 A.     I couldn't read their name.  I'm sorry.
13       Q.     What was the name?
14 A.     I don't remember.
15       Q.     What was the date it was signed?
16 A.     I don't remember.
17       Q.     How many pages was the document that
18 you say you took the time to read just now?
19 A.     Three or four.
20       Q.     What did it talk about?
21 A.     The terms of use of ChannelReply.
22       Q.     And who issued the document?
23 A.     I have no idea.
24       Q.     And what were the services that were
25 requested by the user of ChannelReply?

Page 95

1 A.     I don't know.  I don't know who this user is.
2 I don't have any interaction with them.
3        Q.     Is Australia in England?
4 A.     No.
5        Q.     I'm going to show you P-7 again, so
6 you can read it for the first time and --
7              MR. WILSON:  Objection, objection.
8        Q.     -- and tell me if you've ever seen the
9 document.
10 A.     I already read it.
11              MR. WILSON:  He's told you he read it.
12 Now, if you want to look at a part of the document --
13              MR. GUAGLARDI:  Counsel, I'm just
14 going to state for the record.  I'm sitting in front
15 of the witness --
16              MR. WILSON:  And I'm --
17              MR. GUAGLARDI:  Excuse me.  I'm going
18 to finish my statement.
19              MR. WILSON:  I'm not going to allow
20 you to mischaracterize what my client did.
21              MR. GUAGLARDI:  You can state whatever
22 you want on the record, Counselor, as an officer of
23 the court.  I handed the witness the document, he
24 looked at the front page, threw it on the table,
25 didn't read it, and now wants to misrepresent that he

Page 96

1 read it.
2              THE WITNESS:  That's incorrect.
3        Q.     So my question to you --
4              MR. WILSON:  I just want to state that
5 that's not true.
6              THE WITNESS:  That's not true.
7              MR. WILSON:  You want him to look at
8 the document or refer to the document, refer to the
9 document, Counsel.
10              MR. GUAGLARDI:  I did.  I asked him to
11 look at the document.
12 BY MR. GUAGLARDI:
13       Q.     Can you tell me what the purpose of
14 P-7 is?
15 A.     It is a ChannelReply beta test.  It's titled
16 ChannelReply Beta Test Agreement.
17       Q.     Have you ever seen a ChannelReply beta
18 test agreement?
19 A.     I don't believe so.
20       Q.     So your testimony is that
21 ChannelReply's users never used a ChannelReply beta
22 test agreement before?
23              MR. WILSON:  Objection.  You can
24 answer.
25              THE WITNESS:  I'm sorry?

Page 97

1          MR. WILSON:   You can answer.
2    **A.    I'm sorry.  Could you repeat the question?**
3          (The pending question is read by the
4    Reporter.)
5    **A.    That is not my testimony.**
6          Q.    Have they?
7    **A.    I don't know.**
8          Q.    Well, who would?
9    **A.    You would have to ask Michael Dardashtian.**
10         Q.    You wouldn't know?
11   **A.    I don't know.  I was not in charge of legal**
12   **and finance.**
13         Q.    So is it possible that the
14   ChannelReply users used the ChannelReply beta test
15   agreement in order to be able to utilize the service
16   ChannelReply?
17   **A.    Yes.  Anything is possible.**
18         Q.    Did you ever have a discussion with
19   Mr. Dardashtian about the users of ChannelReply using
20   a beta test agreement?
21   **A.    I don't believe so.**
22         Q.    Do you see on page 1 it says Cooper
23   Square Ventures, LLC?
24   **A.    I see it as titled Cooper Square Ventures,**
25   **LLC, the document.**

Page 98

1          Q.    Okay.  Can you go to page 2 of the
2    document.
3    **A.    I'm on page 2.**
4          Q.    Can you go under additional terms and
5    conditions?
6    **A.    Um-hum.**
7          Q.    Did you ever read any language in a
8    beta test agreement prepared by Cooper Square Ventures
9    on behalf of ChannelReply?
10   **A.    No.**
11         Q.    So is it your testimony under oath
12   that you have never seen a beta test agreement from
13   ChannelReply on behalf of Cooper Square Ventures?
14   **A.    I don't remember seeing a beta test agreement.**
15         Q.    And is it your testimony that you've
16   never spoken to anyone relating to ChannelReply about
17   beta test agreements that ChannelReply issued for the
18   party to use ChannelReply services?
19   **A.    I don't remember having any conversations**
20   **about beta test agreements for ChannelReply.**
21         Q.    What is a beta test agreement?
22   **A.    I don't know.**
23         Q.    You've never heard of a beta test
24   agreement?
25   **A.    No.**

Page 99

1          Q.    Can you go to the third page of that
2    document.
3    **A.    Okay.**
4          Q.    Have you ever read any of the language
5    on the third page of P-7 ever before today?
6    **A.    No.**
7          Q.    And can you go to the fourth page.
8    Do you know the name Vincent O'Brien?
9    **A.    It does not ring a bell, no.**
10         Q.    And do you see where it has the
11   services requested above on the fourth page, eBay
12   accounts and Amazon accounts?
13   Are you familiar with any of those?
14   **A.    I've seen those accounts on eBay before.**
15         Q.    Are they related in any way to
16   ChannelReply's business?
17   **A.    I don't know.**
18         Q.    What type of search would need to be
19   done in order to know?
20   **A.    I have no access to ChannelReply or its**
21   **database.**
22         Q.    As of the date January 14, 2015, was
23   ChannelReply generating income?
24   **A.    I don't remember.**
25         Q.    Was the income for ChannelReply as of

Page 100

1    that date or around that date being deposited in the
2    Cooper Square Ventures' bank account --
3    **A.    I don't know.**
4          Q.    -- at Bank of America?
5    **A.    I have no idea.**
6          Q.    Did you and Mike have discussions
7    about creating a separate legal entity to own and
8    operate ChannelReply at or about that time?
9    **A.    I don't remember if it was on or about that**
10   **time, but we did have discussions about creating a**
11   **separate entity for ChannelReply.**
12         Q.    At or about that time was a monthly
13   service fee paid by subscribers to ChannelReply?
14   **A.    I don't know.**
15         Q.    Where did the money received from
16   these subscribers get deposited?
17   **A.    I don't know.**
18         Q.    Do you know whether there were any
19   subscribers for ChannelReply in 2015?
20   **A.    No.**
21         Q.    Do you know whether the subscribers
22   were subject to any terms of service?
23   **A.    No.**
24         Q.    Who paid the developers, Konstantyn
25   Bagaev and Oleksii Glukharev, at or around this time

1  for the services they rendered to develop or further
2  develop ChannelReply?
3  **A.      I believe NDAP.**
4        Q.       Do you know or do you believe?
5  **A.      I believe.  I was not in charge of accounting**
6  **and legal, finance and legal.**
7        Q.       Has ChannelReply ever filed a tax
8  return on its own behalf?
9  **A.      No, as far as I know.**
10       Q.       Never?
11 **A.      Never.**
12       Q.       From the moment it was created until
13 today?
14 **A.      Yes.**
15       Q.       And you're not going to disagree that
16 ChannelReply has made income from the time that it was
17 created until today.  Correct?
18 **A.      It has generated revenue.**
19       Q.       So if it's generated revenue and it's
20 never filed its own tax return, who has reported the
21 income on behalf of ChannelReply?
22 **A.      That's not a question I can answer.**
23       Q.       Why not?
24 **A.      I'm not in charge of legal and finance.**
25       Q.       Do you file your own tax returns?

1  **A.      No.**
2        Q.       Do you review your tax returns before
3  they're filed?
4  **A.      Yes, I do.**
5        Q.       And you wouldn't file a false tax
6  return.  Correct?
7  **A.      Of course not.**
8        Q.       So when you file your own tax returns
9  and you review your tax returns before they're filed,
10 where is the income from ChannelReply reported?
11 **A.      I don't know.  You would have to ask Joel.**
12       Q.       Don't you want to check with your
13 accountants in order to make sure that all the
14 ChannelReply income that is attributable to you is
15 properly reported to the federal government?
16 **A.      You should definitely ask Joel.  He filed --**
17       Q.       Have you ever done that?
18 **A.      Done what?**
19       Q.       Have you ever checked to see that all
20 the ChannelReply income that you received is properly
21 recorded?
22 **A.      I've never done an accounting.**
23       Q.       Have you ever checked your K-1s to
24 make sure that you're properly given 50 percent of the
25 income and losses from ChannelReply that are reported

1  on the Cooper Square Ventures tax returns?
2  **A.      No.**
3        Q.       Never had any conversations with Joel
4  Liebman about making sure that you get your K-1s for
5  CSV because you want to see that your income or losses
6  for ChannelReply are properly issued to you on the
7  K-1?
8  **A.      That's correct.**
9        Q.       When did ChannelReply first start
10 charging a monthly service fee to the subscribers?
11 **A.      I don't have access to that information.**
12       Q.       You don't know?
13 **A.      I don't -- no.**
14       Q.       Has a monthly fee ever been charged to
15 subscribers for ChannelReply?
16 **A.      Yes, definitely.**
17       Q.       How do you know that?
18 **A.      Because we set up plans in a tool called**
19 **Chargebee.  We added that as a feature at some point.**
20 **I don't remember when.**
21       Q.       Was it more than three years ago?
22 **A.      Yes, absolutely.**
23       Q.       Was it more than four years ago?
24 **A.      I don't know.**
25       Q.       So at least for the last three years

1  you know that ChannelReply has been receiving a
2  monthly subscriber fee.  Correct?
3  **A.      I know at the time -- yes.**
4        Q.       Where has the money been deposited for
5  those last three years?
6  **A.      I don't know.**
7
8        (Plaintiff's Exhibit P-8 is received and
9  marked for identification by the Reporter.)
10
11       Q.       Did NDAP ever enter into an agreement
12 with Konstantyn Bagaev?
13 **A.      I don't remember.**
14       Q.       Did you ever negotiate the terms of an
15 agreement with Konstantyn Bagaev?
16 **A.      I don't remember.  It's been too long.**
17       Q.       Were the developers paid to do the
18 work that they did on ChannelReply?
19 **A.      Yes.  Somehow they were paid.**
20       Q.       By who?
21 **A.      By NDAP.**
22       Q.       And who determined their rate of pay?
23 **A.      Myself and Mike.**
24       Q.       What was their rate of pay?
25 **A.      I could not tell you.**

1          Q.       And did you and Mike discuss it
2     together?
3     A.       Yes.
4          Q.       Was it based on dollars per hour?
5     A.       I believe that was one of the pay --
6          Q.       How were they paid on ChannelReply?
7     Per hour?
8     A.       I believe the developers had an agreement with
9     NDAP to be paid on an hourly and ownership stock
10    basis.
11         Q.       An hourly and what?
12    A.       Stock ownership basis.
13         Q.       Are you sure about that?
14    A.       I'm pretty sure.
15         Q.       Have you ever seen an agreement that
16    said that the developers got paid on an ownership
17    stock basis?
18    A.       Have I ever seen an agreement?  I don't
19    remember.
20         Q.       And your duty as a 50/50 partner with
21    Mike Dardashtian to CSV is to make sure that you
22    protect the company.  Correct?
23    A.       Of course.
24         Q.       And your duty with Mike as an equal
25    owner in NDAP with him is to protect the company.

1     Correct?
2     A.       I'm sorry.  Can you repeat the question?
3          Q.       Your duty as an equal owner with him
4     in NDAP is to protect the company.  Correct?
5     A.       We're not equal owners in NDAP.
6          Q.       What are you?
7     A.       Again, Cooper Square Ventures owns 49 percent
8     of --
9          Q.       My question to you is you and Mike.
10    A.       Would you let me finish answering?
11         Q.       As long as you answer my question and
12    not your own question.  So I'll repeat the question.
13              MR. WILSON:   Let him repeat the
14    question.
15         Q.       I'm going to repeat the question.
16    A.       That's fine, but I would appreciate if you let
17    me finish speaking next time.
18         Q.       In NDAP, do you have any more of an
19    ownership in NDAP than Mike Dardashtian?
20    A.       I don't believe so.
21         Q.       You have equal ownership in NDAP with
22    Mike Dardashtian.  Correct?
23    A.       I believe so.
24         Q.       So when you take an action on behalf
25    of NDAP, you have a fiduciary duty to make sure that

1     you protect the company.  Right?
2     A.       I believe I do have a fiduciary duty to NDAP.
3          Q.       And you also have a fiduciary duty to
4     CSV.  Correct?
5     A.       Absolutely.
6          Q.       And you also have a fiduciary duty to
7     Cooper Square; don't you?
8     A.       What's the difference between CSV and Cooper
9     Square?
10         Q.       Is there a difference between the two
11    of them?
12    A.       I don't know.
13         Q.       Do you believe there is a difference?
14    A.       Yeah.  I believe there is a difference between
15    Cooper Square, LLC and Cooper Square Ventures, LLC.
16         Q.       What's the difference?
17    A.       They are two different companies.
18         Q.       Do you have a fiduciary duty in all of
19    those companies to each of the companies?
20    A.       Yes.
21         Q.       Do you have a fiduciary duty to
22    Michael Dardashtian in each of those companies?
23    A.       Absolutely.
24         Q.       And in each of those companies you
25    have a 50/50 financial arrangement, equity ownership

1     arrangement with Michael Dardashtian.  Correct?
2     A.       No.  Once again, Cooper Square Ventures
3     owns --
4          Q.       Mr. Gitman, I'm going to ask you one
5     last time.  In NDAP, as between you and Michael
6     Dardashtian, you have an equal ownership as between
7     the two of you.  Correct?
8     A.       I believe so.  I'm not clear on your question,
9     but I believe so.
10         Q.       Well, then let's make the question
11    clearer.
12         Do you own any more of NDAP than Michael
13    Dardashtian?
14    A.       No.
15         Q.       Do you own any more of Cooper Square
16    than Michael Dardashtian?
17    A.       No.
18         Q.       Do you own any more of Cooper Square
19    Ventures, LLC than Michael Dardashtian?
20    A.       No.
21         Q.       Do you own any more of any company
22    that you're affiliated with Michael Dardashtian in
23    other than 50/50 with him?
24    A.       Possibly.
25         Q.       What company?

Page 109

1  A.      ChannelReply.
2         Q.      And what basis do you have to make
3  that claim?
4  A.      That's my belief.
5         Q.      What is your belief based on?
6  A.      My belief is based on my value to
7  ChannelReply.
8         Q.      Is it based on anything other than
9  your value to ChannelReply?
10  A.      It might be, but that's all I can --
11         Q.      What else?
12  A.      That's all I can think of at the moment.
13         Q.      Tell me everything and anything else
14  that you believe your belief is based on other than
15  your value to ChannelReply?
16  A.      That's all I can think of at the moment.
17         Q.      Is there a written agreement that
18  exists that gives you a greater interest in
19  ChannelReply than Michael Dardashtian?
20  A.      Yes.
21         Q.      What document?
22  A.      The stock grant for Channel Reply, Inc.
23         Q.      And that is the company that you
24  formed yourself.  Correct?
25  A.      It's the company that was formed.

Page 110

1         Q.      By you.  Correct?
2  A.      I was one of the people who formed it, yes.
3         Q.      Who else formed it?
4  A.      It was, it was a joint effort.  It was formed
5  by --
6         Q.      By you and who else?
7  A.      The developers and Michael Dardashtian.
8         Q.      Michael Dardashtian formed Channel
9  Reply, Inc.?
10  A.      Um-hum.
11         Q.      Is that the entity that the court made
12  you dissolve?
13  A.      That is correct.
14         Q.      Do you know why the court made you
15  dissolve that entity?
16  A.      They wanted to reset all of the transactions
17  to a certain point in time so that everything could be
18  figured out.
19         Q.      Did they make you dissolve that entity
20  at the same time as they removed you as a manager of
21  all the companies?
22  A.      Yes.
23         Q.      Take a look at P-8.  P-8 is an
24  independent contractor agreement between NDAP, LLC and
25  Konstantyn Bagaev dated January 1st, 2016; isn't it?

Page 111

1  A.      It is an agreement.  However, it is not
2  executed, but it is executed only on Exhibit A, Work
3  Order, which is the last page and that is not my
4  signature.
5         Q.      Is it your --
6  A.      That signature was forged.
7         Q.      Is it your contention under oath in
8  this case that this agreement wasn't affirmed by you
9  as being valid?
10  A.      This is not a valid agreement.  That's not my
11  signature.
12         Q.      That's not my question to you.
13         Let's assume it's not your signature for
14  purposes of this question.  Okay?  Okay?  I need you
15  to answer my question.
16         MR. GUAGLARDI:  Counsel, can I get
17  your client to answer the question, please.
18         MR. WILSON:  Just listen to his
19  question and answer it.
20  A.      Could you repeat the question, please, Barry?
21         Q.      Sure.  Let's assume for purposes of my
22  next question that this is not your signature on P-8.
23  Okay?
24  A.      Um-hum.
25         Q.      You can't say "um-hum."  You have to

Page 112

1  say yes.
2  A.      I'm sorry, Barry.  Yes.
3         Q.      Have you ever seen this document
4  before?
5  A.      Yes.
6         Q.      When?
7  A.      During the discovery phase of litigation.
8         Q.      So you never had a discussion with
9  Konstantyn Bagaev about the fact that he had a written
10  agreement with NDAP ever?
11  A.      I don't remember having a conversation.
12         Q.      So if there is Skype messages between
13  the two of you where you acknowledge that you knew
14  that he had a written agreement, you would, of course,
15  admit to those conversations; wouldn't you?
16  A.      Yes.
17         Q.      Now, what did you understand the
18  nature of Konstantyn's relationship to be with NDAP as
19  of January 1st, 2016?
20  A.      I don't remember.
21         Q.      Was he working for NDAP?
22  A.      I don't remember.
23         Q.      Do you know whether he was getting
24  paid?
25  A.      I don't remember what was going on as of

Page 113

1 January 1st, 2016.
2      Q.      How many times had you visited him in
3 the Ukraine as of January of 2016?
4 A.      I don't remember, but I can check my calendar.
5      Q.      Had you visited him maybe three times
6 in the Ukraine?
7 A.      Possibly.
8      Q.      Why would you visit him in the
9 Ukraine?
10 A.      That's where he lived.
11      Q.      Do you normally take trips out to
12 visit an independent contractor who works for you in
13 the Ukraine?
14 A.      Yes.  About every three months I'm in the
15 Ukraine.
16      Q.      Why?
17 A.      To work with any contractors I have in the
18 Ukraine.
19      Q.      How many contractors did NDAP or CSV
20 have in the Ukraine in 2016?
21 A.      I'm not sure.  I would have to go back to our
22 records.
23      Q.      Can you name any?
24 A.      Not off the top of my head.
25      Q.      Can you name a single one other than

Page 114

1 Glukharev or Bagaev?
2 A.      Yes.
3      Q.      Who?
4 A.      Yaro.  I can't think of Yaro's last name.
5      Q.      Is Yaro the one who helped you develop
6 Accel Commerce?
7 A.      No.
8      Q.      Was he involved in Accel Commerce?
9 A.      No.
10      Q.      Was he involved in Dalva Ventures?
11 A.      No.
12      Q.      So when I show you P-8, have you ever
13 seen this document before today?
14 A.      As I said before, I have seen it.
15      Q.      Pardon?
16 A.      Yes.
17      Q.      And other than in discovery of this
18 case, after the lawsuit was initiated, have you ever
19 seen P-8?
20 A.      I don't recall seeing P-8.
21      Q.      Did you ever discuss with Konstantyn
22 Bagaev what his arrangement was with NDAP in January
23 of 2016?
24 A.      Maybe.  I don't remember a conversation from
25 over four years ago.

Page 115

1      Q.      Are you aware that Konstantyn Bagaev
2 had an independent contractor relationship with NDAP?
3 A.      Not directly.
4      Q.      Are you aware that Konstantyn wanted
5 an independent contractor relationship agreement?
6 A.      I don't remember.
7      Q.      Are you aware that Mike Dardashtian
8 wanted to protect the company to make sure that
9 Konstantyn Bagaev and any other developer, that there
10 was some financial arrangement documented in writing
11 so that the company would be protected?
12 A.      I was not aware of that.
13      Q.      Do you think that that was a good
14 business move on the part of your partner Mike to make
15 sure that there was a written agreement in place that
16 governed the relationship that NDAP had with its
17 developers?
18 A.      I think that's an excellent idea.
19      Q.      Do you know whether Konstantyn Bagaev
20 and any of the independent contractors for NDAP
21 or CSV were prevented from taking confidential
22 information of the companies, including the
23 ChannelReply information?
24 A.      I'm sorry, Barry, could you --
25      Q.      Are you aware that under the

Page 116

1 agreements that the developer signed, that they turned
2 over all of their work product, including all of the
3 work product on ChannelReply, over to NDAP and CSV?
4 A.      I don't see a signed agreement.
5      Q.      So you don't see any signed agreement,
6 and as a result of that, you don't believe that the
7 developers have a contractual obligation to not steal
8 the confidential information of NDAP or CSV?
9           MR. WILSON:   Objection.  You can
10 answer.
11 A.      They would need an agreement in order to
12 steal.  That being said, I do not see an agreement in
13 place with Konstantyn Bagaev.  However, I do see a
14 forged signature on Exhibit Work Order A on P-8.
15      Q.      Did you agree that as of January 2016,
16 regardless of the document, that Konstantyn's rate of
17 pay was 2,000 a month?
18 A.      I do not remember Konstantyn's rate of pay.
19      Q.      Did you agree that he had a one-year
20 work order with NDAP to work on ChannelReply?
21 A.      No.
22      Q.      Was the scope of services that
23 Konstantyn had in January of 2016 to work as a
24 consultant on behalf of NDAP?
25 A.      I'm sorry.  One more time.

Page 117

1
2          (The pending question is read by the
3    Reporter.)
4    A.        I don't know.
5          Q.        Was he doing work on ChannelReply in
6    January of 2016?
7    A.        I don't remember.
8          Q.        Was he doing work on Car Part Kings in
9    January of 2016 on behalf of CSV and on behalf of
10   NDAP?
11   A.        I don't remember.
12         Q.        Was he doing work on behalf of
13   ChannelReply on behalf of CSV or NDAP in January 2016?
14   A.        I don't remember.  It was four years ago, over
15   four years ago.
16         Q.        Did you have any involvement in the
17   preparation of documents, independent contractor
18   documents to make sure that the company was protected?
19   A.        I don't remember.  It was over four years ago.
20         Q.        Would you dispute that Mike had the
21   authority to prepare documents on behalf of CSV and
22   NDAP to make sure that the company was protected?
23   A.        I would not dispute that.
24
25         (Plaintiff's Exhibit P-9 is received and

Page 118

1    marked for identification by the Reporter.)
2
3          Q.        I'm going to show you what's been
4    marked as P-9 for identification.
5    A.        Thank you.
6          Q.        You're welcome.  Does ChannelReply
7    have terms of service?
8    A.        I don't know.
9          Q.        You don't know?
10   A.        No.
11         Q.        Did you have any involvement in the
12   preparation of ChannelReply's website?
13   A.        Yes.
14         Q.        You did?  And in ChannelReply's
15   website, does it have terms of service?
16   A.        I don't know.
17         Q.        Have you ever read through the terms
18   of service of ChannelReply's website?
19   A.        Never.
20         Q.        But you are aware that ChannelReply
21   has terms of service?
22   A.        I am not aware of that.
23         Q.        When you go on to any website for any
24   third party, don't you typically have to click agree
25   in order to be able to go into a website because they

Page 119

1    have terms of service?
2    A.        No.
3          Q.        So is it your testimony under oath
4    today that you are unaware that ChannelReply has terms
5    of service?
6    A.        Yes, that is correct.
7          Q.        And have you ever had a discussion
8    with Mike or any attorneys for ChannelReply or CSV or
9    NDAP regarding the terms of service?
10   A.        I don't remember any conversations about terms
11   of service for ChannelReply.
12         Q.        And did you have any involvement in
13   preparing the terms of service?
14   A.        I do not believe I had any involvement in
15   preparing the ChannelReply terms of service.
16         Q.        Can you go to the fifth page of P-9.
17   A.        Is this the fifth page, Barry?
18         Q.        If you go to the fifth page, do you
19   see where it says: "We, us or our means the
20   ChannelReply contracting party described in
21   Section 18"?
22   A.        I see that.
23         Q.        And below that it says: "ChannelReply
24   means Cooper Square Ventures, LLC, a New York limited
25   liability company, or any of its successors or

Page 120

1    assignees."  Did I read that correctly?
2    A.        You did.
3          Q.        And it says: "ChannelReply Group means
4    Cooper Square Ventures, LLC, a New York limited
5    liability company, together with all its affiliates."
6          Did I read that correctly?
7    A.        Yes.
8          Q.        And then it says: "ChannelReply
9    Service means only the on-demand customer service
10   solution made available by ChannelReply online via the
11   subscriber login link at https://www.ChannelReply, one
12   word, dot com and other web pages designated by
13   ChannelReply, one word, including individually and
14   collectively the applicable software, updates, API and
15   documentation."  I read that correctly?
16   A.        Yes, Barry.
17         Q.        So do you dispute that ChannelReply
18   was owned by Cooper Square Ventures, LLC as of May 6,
19   2016?
20   A.        Yes.
21         Q.        And what basis do you have to dispute
22   that?
23   A.        I don't believe Cooper Square Ventures ever
24   owned ChannelReply.
25         Q.        If you go back to May 6, 2016, did

1  ChannelReply have a website at that time?
2  **A.    I don't remember.**
3       Q.      Did you have any involvement in making
4  sure that the website was maintained at that time?
5  **A.    Yes.**
6       Q.      And wouldn't you have responsibility
7  to know whether ChannelReply had terms of service on
8  that website as of May 6, 2016?
9  **A.    No.**
10      Q.      Who would?
11 **A.    That would be Michael Dardashtian.**
12      Q.      So you don't know whether on May 6,
13 2016 ChannelReply was owned by Cooper Square Ventures,
14 LLC or not; do you?
15 **A.    That's correct.**
16      Q.      Can you go to the second to last page
17 of Exhibit P-9.
18 **A.    Sure.**
19      Q.      On the top, it's section 17.1, it
20 says: "If you are subscribing to ChannelReply Service,
21 the ChannelReply contracting party is Cooper Square
22 Ventures, LLC.  Notice should be addressed to Cooper
23 Square Ventures, 1010 Northern Boulevard, Suite 208,
24 Great Neck, New York, 11021.  The governing law is
25 New York and controlling United States federal law.

1  The courts in exclusive jurisdiction, New York, New
2  York, USA."
3       I read that correctly.  Right?
4  **A.    Um-hum.**
5       Q.      And the address for Cooper Square
6  Ventures, 1010 Northern Boulevard, whose address is
7  that?
8  **A.    It is a virtual office address.**
9       Q.      Is that the address that ChannelReply
10 used?
11 **A.    I don't know what address ChannelReply used.**
12      Q.      Is that the address that Cooper Square
13 Ventures used?
14 **A.    It did.**
15      Q.      How do you not know what address
16 ChannelReply used?
17 **A.    I just don't know.  I don't know.**
18      Q.      How long have you been an owner of
19 ChannelReply?
20 **A.    Since I incorporated it in -- three years ago.**
21      Q.      And when you say since you
22 incorporated it, how many years ago?
23 **A.    About three years ago.**
24      Q.      And that would have been Channel
25 Reply, Inc. that you incorporated?

1  **A.    That's correct.**
2       Q.      So prior to incorporating Channel
3  Reply, Inc., you were never an owner of ChannelReply.
4  Is that correct?
5  **A.    That's correct.  I was an owner, I take that**
6  **back.**
7       Q.      You were an owner before you
8  incorporated Channel Reply, Inc.?
9  **A.    I owned it in some capacity.**
10      Q.      But you don't know what capacity you
11 owned it prior to incorporating Channel Reply, Inc.?
12 **A.    Yes, correct, Barry.**
13      Q.      What was ChannelReply's address prior
14 to you incorporating it?
15 **A.    I have no idea.**
16      Q.      And you already testified you don't
17 know what ownership interest you had in ChannelReply
18 prior to Channel Reply, Inc. being incorporated.
19 Correct?
20 **A.    Absolutely.**
21
22      (Plaintiff's Exhibit P-10 is received and
23 marked for identification by the Reporter.)
24
25      Q.      Did there come a time when you decided

1  to leave your position -- strike that.
2       Were you ever the Chief Technology Officer of
3  CSV?
4  **A.    Maybe.  I don't remember.**
5       Q.      Maybe?
6  **A.    Yeah.  I don't remember having a title.  I was**
7  **always a managing, until removed from the court, I was**
8  **a managing partner of CSV.**
9       Q.      Do you know what a CTO is?
10 **A.    Yes, I do.**
11      Q.      What is it?
12 **A.    It's a Chief Technology Officer.**
13      Q.      And you don't have any recollection if
14 you were ever the Chief Technology Officer of CSV?
15 **A.    I don't remember discussing titles.**
16      Q.      So you were not the Chief Technology
17 Officer of CSV?
18 **A.    I don't know.  I don't remember discussing**
19 **titles, Barry.**
20      Q.      Were you ever the Chief Technology
21 Officer of NDAP?
22 **A.    Yes.**
23      Q.      When?
24 **A.    Day one.**
25      Q.      And how do you know you were the Chief

Page 125

1 Technology Officer at NDAP, but not know whether you
2 were the Chief Technology Officer of CSV?
3 A.      That's a good question.  Because Cooper Square
4 Ventures is a holding company.  It wouldn't need a
5 position like a formal company would.  Does that make
6 sense?
7        Q.      Did there ever come a point in time
8 when you decided to leave your position as Chief
9 Technology Officer of NDAP or CSV?
10 A.      I never left my position as Chief Technology
11 Officer of NDAP.
12       Q.      Are you still the Chief Technology
13 Officer of NDAP today?
14 A.      I've been removed, I believe.
15       Q.      By the court?
16 A.      Yeah.
17       Q.      Did you ever go to work full time as
18 Chief Technology Officer for Cue Connect?
19 A.      I did take a role with Cue Connect.
20       Q.      So I'm going to move to strike and
21 ask, if you would, to answer my question.
22       Did you ever become Chief Technology Officer
23 of Cue Connect?
24 A.      Yes.
25       Q.      When?

Page 126

1 A.      I don't remember the exact date, Barry.
2        Q.      What year?
3 A.      Barry, I really don't remember.  I believe it
4 was 2016.  Does that sound right?
5        Q.      What is Cue Connect?
6 A.      Cue Connect was a -- it no longer exists.  It
7 was a short-lived company.  It tried to -- it was a
8 beacon technology company is the easiest way to
9 explain it.
10       Q.      And when you left to go to work for Cue
11 Connect, did you go to work for them full-time?
12       It's a yes or no.
13 A.      I, yeah, I did spend -- yes.
14       Q.      You were an employee; you got paid a
15 W-2?
16 A.      I was a W-2 employee of Cue Connect.
17       Q.      For how long?
18 A.      A few months.  I don't remember how long.
19       Q.      And at the time you left to go to work
20 at Cue Connect, what were you doing at either CSV or
21 NDAP?
22 A.      I was also the Chief Technology Officer of
23 NDAP at that time.
24       Q.      And what job responsibilities were you
25 performing at that time, at the time you left to go

Page 127

1 work for Cue Connect full time?
2 A.      What job responsibilities was I providing for
3 NDAP?
4        Q.      Yes.
5 A.      That's a good question.  So I still was
6 providing all operational support, all technology, all
7 marketing efforts, helping, I believe, sell the
8 company.
9        Q.      What job responsibilities were you
10 performing for ChannelReply at the time you left
11 to work for Cue Connect?
12 A.      The same responsibilities I was performing for
13 NDAP.
14       Q.      Which were what?
15 A.      Operations, technology, marketing.
16       Q.      Anything else?
17 A.      Nothing -- not that I can think of.  I mean, I
18 would take out the trash if it needed to be.
19       Q.      And at the time that you left to go
20 work for Cue Connect, did you have any
21 responsibilities for CSV?
22 A.      Yes.
23       Q.      Other than --
24 A.      I was a managing partner of CSV.  I had a
25 fiduciary duty to CSV.

Page 128

1        Q.      So what duties were you performing for
2 CSV at the time that you left to go to work full-time
3 for Cue Connect?
4 A.      I don't remember the activities at that time,
5 but I can go through my records and let you know.
6        Q.      Why did you choose to leave all of
7 these responsibilities that you had for NDAP, CSV and
8 ChannelReply to go to work full-time for Cue Connect?
9 A.      I didn't leave the responsibilities.  I
10 continued my responsibilities.  However, they only
11 required a couple hours a week of work, so I had
12 plenty of time to take on additional work.
13       Q.      So there was nothing else to do at
14 ChannelReply to grow the company?  You only had a few
15 hours a week of work that allowed you to go to work
16 full-time at Cue Connect?
17 A.      That's correct.  No, there was plenty to do at
18 ChannelReply, but my team was handling it well.
19       Q.      Who was your team?
20 A.      Mike obviously.  There was Konstantyn,
21 Olesksii.  There were some other developers involved.
22       Q.      Who?
23 A.      I would have to go back and check my records.
24       Q.      Well, you were comfortable in leaving
25 the company and going to work full-time at Cue

Page 129

1  Connect. So I just want to know who you left
2  ChannelReply in the hands of at the time that you left
3  to go?
4  A.     Barry, that's a great question.
5         Q.     So you said Mike, Olesksii and --
6  A.     But I really don't remember everybody and all
7  the events from -- what year did we say, four or five
8  years ago?
9         Q.     Whenever you left to go to work
10  full-time at Cue Connect.
11  A.     Yeah, I don't remember the dates, Barry, and
12  the exact circumstances.
13         Q.     There wasn't a lot of revenue being
14  generated at that time from ChannelReply. Correct?
15  A.     I don't know the revenue that was being
16  generated from ChannelReply at that time.
17         Q.     When you left to work full-time for
18  Cue Connect, you left Mike to manage ChannelReply,
19  correct, in your absence?
20  A.     No.
21         Q.     You didn't?
22  A.     I did not.
23         Q.     Who managed ChannelReply when you went
24  to work full-time at Cue Connect?
25  A.     I did.

Page 130

1         Q.     Do you know what the revenue was at
2  the time that you left ChannelReply to go work
3  full-time for Cue Connect?
4  A.     Not off the top of my head.
5         Q.     You have no idea? Didn't you look at
6  the financials?
7  A.     Yes, quite often.
8         Q.     So you don't have any idea when you
9  left to go work for Cue Connect or what the financial
10  condition of ChannelReply was at the time that you
11  left to go work for Cue Connect?
12  A.     No. I could try to look it up, Barry, though.
13  I don't remember.
14         Q.     I'm going to show you P-10.
15  A.     Thanks, Barry.
16         Q.     And if you looked at the financials
17  all the time for ChannelReply, how do you not know
18  where the money was deposited?
19  A.     I don't remember, Barry. This case has been a
20  very traumatic experience for me.
21         MR. WILSON:   Just answer the question.
22         Q.     Obviously, it wasn't traumatic enough
23  to impair your ability to recall that you looked at
24  the financials for ChannelReply all the time. Right?
25  A.     Um-hum.

Page 131

1         Q.     You just don't remember where any of
2  that money was deposited; do you?
3  A.     I would look at reports generated, so I didn't
4  have the details.
5         Q.     And you don't remember what ownership
6  interest you had either; do you?
7  A.     I believe I owned most of the company.
8         Q.     Most of it?
9  A.     Um-hum.
10         Q.     What does most mean?
11  A.     About, I would say about 70 percent.
12         Q.     But you don't have any written
13  documents that reflect that; do you?
14  A.     I do not have them. I might; I need to check.
15         Q.     Have you produced to us everything
16  that the court has ordered that you produce to us --
17  A.     Yes.
18         Q.     -- in this case?
19  A.     Yes, absolutely. However, I don't believe you
20  have.
21         Q.     If there is a document that shows that
22  you own 70 percent of ChannelReply, I'd ask you to
23  produce it.
24         Going to Exhibit P-10, do you recognize that
25  document?

Page 132

1  A.     No.
2         Q.     You don't?
3  A.     (Witness nods.)
4         Q.     Do you see your name on the top of it?
5  A.     I do.
6         Q.     Does that look like that's a snapshot
7  of your phone?
8  A.     No.
9         Q.     No?
10  A.     It does not look like a snapshot of my phone.
11         Q.     What does it look like a snapshot of?
12  A.     A chat conversation.
13         Q.     Are you aware that you produced this
14  in the course of discovery in this case?
15  A.     No.
16         Q.     How do you know that it looks like a
17  chat conversation? Because there is a picture of you
18  A.     Yeah. It kind of, it looks like a Skype
19  conversation.
20         Q.     Can you read that?
21         Did you have Skype conversations with Mike?
22  A.     Yes.
23         Q.     Is this a Skype conversation that you
24  had with Mike on June 7?
25  A.     I don't know because I only see my picture.

Page 133

1      Q.      Well, why don't you read it. It has
2  your name on the top of it. Correct?
3      A.      Yeah. I don't see Mike's name anywhere on
4  here.
5      Q.      But it has your name on here; doesn't
6  it?
7      A.      It does.
8      Q.      And it's from June 7 at 10:57 a.m.
9  Why don't you read the --
10         And you know which are your part of the
11  conversation because it's next to a picture of you.
12  Correct?
13     A.      Yeah, that's easy to see. It has my avatar
14  next to it.
15     Q.      So read from the top all the way down
16  into the record.
17     A.      "David Gitman, 6/7, 10:57 a.m. Just got off
18  phone w Rothman."
19     Q.      Does that mean to you just got off
20  phone with Rothman?
21     A.      Yes.
22     Q.      Do you know or did you know any
23  Rothmans at that time?
24     A.      Rothman, it is an attorney.
25     Q.      And he was an attorney for who?

Page 134

1      A.      Mike Dardashtian.
2      Q.      Did he represent anyone other than
3  Mike Dardashtian?
4      A.      I don't know. I'm sure he represented lots of
5  people. He's an attorney.
6      Q.      Keep going, keep reading.
7      A.      "ABT CR creating a new LLC ETC."
8      Q.      So now it says ABT. Does that mean
9  about?
10     A.      I don't know.
11     Q.      Is that your understanding?
12     A.      I don't have an understanding about that word.
13     Q.      Capital C capital R, is that
14  ChannelReply?
15     A.      It could be. I don't know.
16     Q.      You don't know in the context of this?
17     A.      I will assume it's ChannelReply, but I do not
18  know.
19     Q.      So that says "about ChannelReply
20  creating a new LLC, et cetera." Correct?
21     A.      Yes.
22     Q.      Can you read the next sentence.
23     A.      "What do you think we should call new LLC?"
24     Q.      So has this document refreshed your
25  recollection that this is a Skype conversation between

Page 135

1  you and Mike Dardashtian?
2      A.      I don't remember if it was Skype. I don't
3  remember the chat medium, but this is a conversation
4  we had.
5      Q.      Between you and Mike?
6      A.      Yeah. I don't remember if it was Skype or a
7  text message or what, but it looks like Skype.
8      Q.      When Mike told you that he just got
9  off the phone with Rothman about ChannelReply creating
10  a new LLC and asked you what you thought you should
11  call the new LLC, what was your response?
12     A.      I don't understand the question, but the next
13  line in to Mike's question "what do you think we
14  should call new LLC" is "really going out of
15  business."
16     Q.      So your response to Mike asking you
17  "what do you think we should call new LLC," you said
18  "really going out of business"?
19     A.      That's correct.
20     Q.      What did you mean by that?
21     A.      It's a joke about the stores on Fifth Avenue
22  that have signs saying going out of business.
23     Q.      So did you think that ChannelReply
24  wasn't producing any income and that it was doing
25  poorly so that it was going to go out of business?

Page 136

1      A.      No.
2      Q.      So why would you say "really going out
3  of business"?
4      A.      Just to be funny.
5      Q.      And what did Mike respond back?
6      A.      "Hah."
7      Q.      So maybe he thought you were being
8  funny. Then Mike asks you --
9      A.      I have a great sense of humor.
10     Q.      What was Mike's next question to you?
11     A.      "Do we name it ChannelReply or do we" --
12     Q.      Can you do me a favor? Can you read
13  slowly so the Court Reporter can take it down?
14     A.      I'm sorry I was going too quickly. "Do we
15  name it ChannelReply."
16     Q.      One word.
17     A.      "Or do we name it something random, DBA
18  ChannelReply."
19     Q.      One word.
20         So you were talking about what to name
21  ChannelReply, the business. Correct?
22     A.      We were talking about what the legal entity
23  name for ChannelReply should be.
24     Q.      And the business that you guys were
25  conducting together, the ChannelReply software as a

Page 137

1  service business.  Correct?
2  A.       That's correct.
3          Q.     When Mike asked you in this
4  conversation, "Do we name it ChannelReply or do we
5  name it something random, doing business as
6  ChannelReply," what was your response to Mike?
7  A.       My response was "ChannelReply comma LLC is
8  fine with me."
9          Q.     And what was Mike's response to you?
10 A.       "K.  You talk to Alice?"
11         Q.     So when Mike asked you, "Do we name it
12 ChannelReply or do we name it something random DBA,
13 doing business as ChannelReply," your response to him
14 was, "ChannelReply, LLC is fine with me."  Right?
15 A.       Um-hum.
16         Q.     So you and he agreed to form a
17 business entity that was going to control the
18 ChannelReply software as a service business under the
19 legal entity ChannelReply, LLC.  Correct?
20 A.       I'm sorry.  Could you repeat that?  I just
21 want to make sure.
22         (The pending question is read by the
23 Reporter.)
24 A.       Yes.
25         Hey, Barry, I need to take a bathroom break.

Page 138

1          MR. GUAGLARDI:   No sweat.
2          (At this point, a recess is taken from 1:07
3  p.m. to 1:10 p.m.)
4          MR. GUAGLARDI:   Back on the record.
5          Q.     Mr. Gitman, how long were you at Cue
6  Connect?
7  A.       A few months.  I don't remember.  I think six
8  months or something.
9          Q.     And you don't know what the revenue
10 was at ChannelReply when you left?
11 A.       I don't remember right now.
12         Q.     Do you have access to the CSV bank
13 accounts?
14 A.       No.
15         Q.     Do you have access to the CSV PayPal
16 accounts?
17 A.       No.
18         Q.     Do you have access to the CSV Stripe
19 account?
20 A.       No.
21         Q.     Did you ever?
22 A.       Yes.
23         Q.     Did you ever have access to the CSV
24 PayPal account?
25 A.       Yes.

Page 139

1          Q.     And you've always had access to the
2  CSV bank accounts.  Right?
3  A.       Not day -- very early on I did, yes.
4          Q.     Was there ever a time that you lost
5  access to CSV bank accounts?
6  A.       Yes.
7          Q.     When?
8  A.       I don't remember the dates.
9          Q.     Did you ever lose access to the CSV
10 PayPal account?
11 A.       Yes.
12         Q.     When?
13 A.       I don't remember the dates.
14         Q.     Did you ever lose access to the CSV
15 Stripe account?
16 A.       Yes.
17         Q.     When?
18 A.       I don't remember the dates.
19
20         (Plaintiff's Exhibit P-11 is received and
21 marked for identification by the Reporter.)
22
23         Q.     When you agreed with Mike to form a
24 legal entity by the name of ChannelReply, LLC, do you
25 know who prepared the operating agreement for it?

Page 140

1  A.       I have no idea.
2          Q.     I'm going to show you P-11.  Have you
3  ever seen P-11 before?
4  A.       I don't believe so.
5          Q.     Do you know who Seligson, Rothman &
6  Rothman is?
7  A.       I believe that's Jeffrey Rothman.
8          Q.     And Jeffrey Rothman was the attorney
9  for ChannelReply?
10 A.       I don't know.
11         Q.     Was Jeffrey Rothman the attorney for
12 CSV?
13 A.       He did do some work for CSV.
14         Q.     Jeffrey Rothman was the attorney for
15 NDAP?
16 A.       He did do some work for NDAP.
17         Q.     And Jeffrey Rothman filed the
18 certificate of publication for ChannelReply, LLC with
19 the New York Secretary of State; didn't he?
20 A.       Yes.  That's what this document appears to
21 show.
22         Q.     And that was consistent with your and
23 Mike's discussion and agreement that occurred on --
24 A.       Yeah, it's the same discussion.
25         Q.     -- that occurred on June 7 of 2016.

Page 141

1  Correct?
2  A.      Um-hum, yes.
3          Q.      And then after that, you obtained tax
4  identification numbers for ChannelReply?
5  A.      I did not.
6
7          (Plaintiff's Exhibit P-12 is received and
8  marked for identification by the Reporter.)
9
10         Q.      I'm going to show you P-12.  You're
11 aware that ChannelReply has an EIN number.  Correct?
12 A.      I'm not aware of that.
13         Q.      Are you aware that in order to
14 operate --
15 A.      This doesn't look like -- I'm sorry.  Go
16 ahead, Barry.
17         Q.      What did you say?
18 A.      I apologize.
19         Q.      I know you're eating.  I don't have a
20 problem with you eating.  I just want to understand
21 what you're saying.
22 A.      The document you just handed me, Barry, seems
23 like it is an EIN for ChannelReply, not ChannelReply,
24 LLC.
25         Q.      And since you are very familiar with

Page 142

1  the ChannelReply financials, are you aware that the
2  ChannelReply employer identification number is
3  81-3748046.
4  A.      I am not.  I mean --
5          Q.      Have you ever looked?
6  A.      This document, I didn't file this document and
7  I don't believe this document was ever shared with me.
8  This action was taken unilaterally.
9          Q.      Are you aware that after Mr. Rothman
10 filed and obtained legal authorization to operate
11 ChannelReply, LLC, that in order to collect money it
12 needed an employer identification number?
13 A.      Yes.  I am aware that when you register a new
14 company, you also need to register with the IRS.
15         Q.      Did you register ChannelReply with the
16 IRS ever?
17 A.      No.
18         Q.      So then Mike, as you see --
19 A.      I take that back, I apologize.  I registered
20 Channel Reply, Inc. with the IRS.
21         Q.      But you acknowledge that ChannelReply
22 was doing business before Channel Reply, Inc. had ever
23 been formed.  Correct?
24 A.      The product ChannelReply was creating revenue
25 before Channel Reply, Inc. was formed.

Page 143

1          Q.      And in order to do that, there needed
2  to be an employer identification number filed with the
3  IRS.  Correct?
4  A.      I don't know.
5          Q.      Are you aware as to whether Mike
6  obtained an EIN number for ChannelReply --
7  A.      No.
8          Q.      -- on September 6, 2016?
9  A.      No, I'm not.  Also, as I said before --
10         Q.      There is no question pending.
11         MR. WILSON:   You answered the
12 question.  That's it.
13         Q.      P-9, the terms of service, are you
14 aware who drafted that document?
15 A.      No.  Do you know who drafted it?
16         MR. GUAGLARDI:   Move to strike.
17
18         (Plaintiff's Exhibit P-13 is received and
19 marked for identification by the Reporter.)
20
21         Q.      I'm going to show you what's been
22 marked as P-13.  P-13 is an October 5, 2016 e-mail
23 that Mike sent to you at 12 p.m.  Do you see that?
24 A.      Yes.
25         Q.      And it attaches a proposed operating

Page 144

1  agreement of Channel Reply, LLC.  Correct?
2  A.      Yes.
3          Q.      And Mike wrote to you and said: "I
4  took the agreement from CSV and just changed out
5  wording for CR.  Let me know what you think."
6          I read that correctly.  Right?
7  A.      Yes.
8          Q.      So Mike said he took the operating
9  agreement for Cooper Square Ventures and just changed
10 that wording for ChannelReply?
11 A.      Yes.
12         Q.      Is that correct?
13 A.      Um-hum.
14         Q.      Is that a yes?
15 A.      Yes.
16         Q.      Did you look through the operating
17 agreement that Mike prepared?
18 A.      I don't remember.
19         Q.      Why wouldn't you have taken the time
20 to look through it when you agreed with him in your
21 e-mail chain that was dated on June 7th that you were
22 going to form the legal entity Channel Reply, LLC?
23 A.      I probably didn't look at it because the body
24 of the e-mail made it very clear of what the agreement
25 was.

Page 145

1    Q.    Explain to me what you mean by that.
2  A.    Well, I didn't feel the need to open the
3  agreement because it says, "I took the agreement from
4  CSV and changed out the wording for CR." I am already
5  familiar with the CSV agreement, so I felt no need to
6  check a copy and pasted agreement.
7    Q.    So you're already in agreement with
8  the CSV operating agreement because you signed it.
9  A.    Yes.    Q.    So as a result of that, you were okay
10  with the new operating agreement that Mike prepared
11  with the new operating agreement that Mike prepared
12  which mirrored the CSV operating agreement for
13  ChannelReply. Is that correct?
14  A.    No.
15    Q.    Why not?
16  A.    I was -- I'm not okay with it.
17    Q.    Why not?
18  A.    Because it's not what I believe I owned.
19    Q.    What did you disagree with?
20  A.    Ownership percentage, also, you know, I don't
21  understand why we needed another agreement. Like if
22  it's the same agreement, Mike could have unilaterally
23  said, you know, ChannelReply is owned 100 percent by
24  CSV. There was no need for me to be involved if this
25  agreement was going to be in place, be put in place.

Page 146

1    Q.    So you didn't believe that there was a
2  need for a separate agreement for ChannelReply because
3  CSV owned ChannelReply?
4  A.    There wouldn't be a need for an agreement if
5  CSV fully owned ChannelReply.
6    Q.    So because Mike presented you with the
7  operating agreement for Channel Reply, LLC, which was
8  the same entity that Jeffrey Rothman filed based on
9  your and Mike's agreement to form that entity, you
10  didn't believe there was a need to have an operating
11  agreement for Channel Reply LLC?
12  A.    I did not believe there was a need to have an
13  operating, the same operating agreement for
14  ChannelReply since -- if CSV was going to fully own
15  it.
16    Q.    Well, did CSV fully own it?
17  A.    No.
18    Q.    And if CSV didn't fully own it, in
19  your mind, then what was the objection to entering
20  into a new operating agreement for Channel Reply, LLC
21  that was exactly the same terms and conditions of the
22  CSV operating agreement?
23  A.    Because it didn't align with the value I was
24  adding to the company.
25    Q.    So you disagreed with the profit

Page 147

1  percentages that were 50/50. Is that correct?
2  A.    I disagreed with the agreement and principal.
3    Q.    What else did you disagree with other
4  than the last page that said that it was 50/50?
5  A.    Again, I didn't read the document because it
6  was the same as CSV and I never really put any thought
7  into it besides what I -- the only disagreement I can
8  recall is the ownership percentage.
9    Q.    So you never responded to Mike's
10  October 5, 2016 e-mail; did you?
11  A.    I did.
12    Q.    You did?
13  A.    Yes.
14    Q.    What did you say?
15  A.    We had verbal conversations about it.
16    Q.    What verbal conversation did you have?
17  A.    I don't recall at this time. I would have to
18  check my notes.
19    Q.    Did you tell Mike that you disagreed
20  with the 50/50 percentage in response to his
21  October 5, 2016 e-mail.
22  A.    Yes. I told him and Jeremy Falk about it.
23    Q.    Why would you tell Jeremy Falk about
24  your private business with Mike Dardashtian?
25  A.    Jeremy was advising me on how to structure an

Page 148

1  agreement with Mike.
2    Q.    Who is Jeremy Falk?
3  A.    He's a litigant in the case.
4    Q.    Besides being a litigant in this case,
5  who is Jeremy Falk?
6  A.    He is an advisor to Cooper Square Ventures, I
7  believe.
8    Q.    Is he a lawyer?
9  A.    I don't know. He might be.
10    Q.    Is he an accountant?
11  A.    I don't know.
12    Q.    And did he eventually become a
13  business partner of yours in Accel Commerce?
14  A.    He was not a partner of mine.
15    Q.    You didn't have an ownership interest
16  together in Accel Commerce?
17  A.    No.
18    Q.    Did you have an ownership interest
19  together in Dalva Ventures?
20  A.    No.
21    Q.    And you're testifying truthfully under
22  the penalties of perjury?
23  A.    Yeah, yeah. Yes, I've always fully owned
24  Accel Commerce and Dalva Ventures.
25    Well, let me say that again. Dalva Ventures

Page 149

1  is owned by my wife and I fully, and Accel Commerce is
2  100 percent owned by Dalva Ventures.
3       Q.       Did you ever respond in writing to
4  Mike's October 5, 2016 e-mail?
5  A.       I don't recall.  I would have to check my
6  e-mails.
7       Q.       Why didn't you want to have an
8  operating agreement for ChannelReply like you did for
9  NDAP and CSV?
10 A.       A couple of reasons.  First, I thought it
11 should be a C Corp. instead of an LLC.
12      Q.       What other reasons?
13 A.       I didn't agree with the percentages.
14      Q.       That's really the only reason.  Right?
15 A.       No.
16      Q.       Why don't you have a shareholder's
17 agreement for ChannelReply?
18 A.       I don't know what a shareholder's agreement
19 is.
20      Q.       A shareholder's agreement is an
21 operating agreement for shareholders of a corporation
22 instead of members of an LLC.
23 A.       I'm not familiar with that.
24      Q.       Why didn't you have any agreement for
25 ChannelReply in writing governing the operation of the

Page 150

1  business, like you had the operating agreement for
2  NDAP and CSV?
3       Take your time.
4  A.       I don't know.
5       Q.       There came a time when you were
6  leaving Cue Connect.  Right?  When was that?
7  A.       I believe I left December of that year.
8       Q.       What year, 2016?
9  A.       Yes.
10      Q.       Why did you leave?
11 The company was closing.
12      Q.       Why was the company closing?
13 A.       It was out of money.
14      Q.       Were you fired?
15 A.       No.
16      Q.       What were the terms of your
17 separation?
18 A.       I just -- I gave my notice and left.
19      Q.       How much were you paid at Cue Connect?
20 A.       I don't remember my salary.  I can check it,
21 though.
22      Q.       What document would you need to
23 refresh your recollection on what you got paid at Cue
24 Connect?
25 A.       I should have, I could check my paystubs or I

Page 151

1  can check my -- I probably got some sort of agreement
2  with them when I started working with them.
3       Q.       And did you negotiate that salary
4  or --
5  A.       Yes, I did.
6       Q.       So they made you an offer, you made a
7  demand, and then you came to an agreement on what you
8  were going to get paid?
9  A.       I didn't make any demands, but we, we, we did
10 negotiate what the salary was.
11      Q.       How do you negotiate without making a
12 demand?
13 A.       I asked.  I don't demand things.
14      Q.       You don't demand things?
15 A.       No.
16      Q.       Okay.  I'm going to ask you to produce
17 your K-1s or your W-2s reflecting what your salary was
18 at Cue Connect.
19 A.       Sure.  It would have been a W-2.
20      MR. GUAGLARDI:  Please mark that.
21      Q.       How did you meet Jeremy Falk?
22 A.       Mike introduced me to him.
23      Q.       And wasn't Falk interested in
24 investing in Car Part Kings?
25 A.       That's what he said.

Page 152

1       Q.       Never became an investor, though, in
2  Car Part Kings.  Right?
3  A.       Yeah.  That was all bullshit.
4       Q.       Are you still partners with Jeremy
5  Falk?
6  A.       I was never partners with Jeremy Falk.
7       Q.       In 2016 -- strike that.
8       Do you know Buy Auto Parts?
9  A.       Yeah.
10      Q.       Buy Auto Parts goes under the acronym
11 BAP?
12 A.       Yes.
13      Q.       Wasn't BAP interested in buying some
14 of NDAP's software?
15 A.       Oh, yes, absolutely.
16      Q.       Why?
17 A.       I don't know why.  I guess to help their
18 business.
19      Q.       And Falk was trying to assist you in
20 negotiating terms with BAP?
21 A.       Yeah, I think so.  I think he did help with --
22 he had a relationship with BAP, with Renee.
23      Q.       Did Falk send you a proposed services
24 agreement for his fee?
25 A.       I don't remember, but I think he sent me some

Page 153

1  sort of agreement.
2        Q.      By the way, before we get into
3  Mr. Falk, on P-13 when Mike sent you his e-mail with
4  the proposed Channel Reply, LLC operating agreement,
5  you reviewed the operating agreement; didn't you?
6  A.      As I said before, no.
7        Q.      Well, then how did you know that you
8  were in disagreement with the profit percentages?
9  A.      Because it says: "I took the agreement from
10 CSV and changed out wording for CR."
11       Q.      So you assumed the profit percentages
12 were 50/50 because that's what they were for CSV
13 between you and Mike?
14 A.      Yeah, exactly.
15
16        (Plaintiff's Exhibit P-14 is received and
17 marked for identification by the Reporter.)
18
19       Q.      Mr. Gitman, I'm showing you what's
20 been marked as P-14 for identification.  That's
21 another chat conversation between you and
22 Mr. Dardashtian, isn't it, dated May 12, 2016?
23 A.      Can I have a second to read it, Barry?
24       Q.      Absolutely.
25 A.      Thanks.

Page 154

1        (Time is 1:31 to 1:32 p.m.)
2  A.      Yes.  This is a conversation on May 12 between
3  Mike and I.
4        Q.      What year?  2016.  Correct?
5  A.      It's not date stamped, so I don't know.
6        Q.      Who found BAP?
7  A.      I don't know.
8        Q.      Didn't Mike find BAP?
9  A.      I don't know if it was Mike or Jeremy.  I
10 don't know.
11       Q.      So going back to P-14, this is a chat
12 conversation between you and Mike?
13 A.      That's correct.
14       Q.      And what was the purpose of the
15 conversation?
16 A.      It sounds like Mike messaged me asking me what
17 time I'm going to come by.  So it seems like the point
18 of the conversation was to schedule a meeting.
19       Q.      And what was the point of the meeting?
20 A.      I don't remember.
21       Q.      Well, can you read the chat back and
22 forth?
23 A.      Yeah.  So I briefly go through this, Barry.  I
24 asked --
25       Q.      Why don't we start midway through the

Page 155

1  first page where it says, you wrote to Mike: "If you
2  want to send me the list, I can start working on it,
3  though."  What list?
4  A.      So in the chat it starts, I asked, "What
5  exactly do we want to review," and Mike responds,
6  "There's a bunch of stuff," he made a list.  "Anyway,
7  can you come by before?  I may have to run out after
8  lunch."  So it sounds like Mike was working at the
9  cannabis finance company, so he wanted me to come, run
10 by and speak to him.
11       Q.      I'm going to do this.  Let's have some
12 context in the exhibit.
13       You wrote to Mike: "If you want to send me the
14 list, I can start working on it, though."  And Mike
15 said to you: "Would rather go through it with you.
16 There's stuff I want to know, how to log in/see,
17 et cetera.  What time can you come by?"  You then
18 responded: "What can't you log into?"  Mike wrote to
19 you: "M2E, in parenthesis, for CPK."
20       What does M2E mean?
21 A.      M2E is a software product.
22       Q.      For Car Part Kings?
23 A.      Yes.
24       Q.      And that's what CPK means?
25 A.      Well, in this -- yes, exactly.

Page 156

1        Q.      And Mike wrote: "You need to cancel
2  this.  I'm gonna get a refund for last two months."
3        What does that mean?
4  A.      I'm not sure.  You should ask Mike, he wrote
5  it.
6        Q.      And then Mike said: "Google Services,
7  I am not a master admin."  What does that mean?
8  A.      I'm not sure.  You should ask Mike, he wrote
9  it.
10       Q.      What does a master admin mean?
11 A.      I'm not sure.
12       He wrote: "Godaddy, don't have NDAP
13 login."  Did Mike not have the login for Godaddy for
14 NDAP?
15 A.      It seems that he did not have it.  I guess
16 that's what he's saying.
17       Q.      And then he wrote: "Amazon Web
18 Services, don't have NDAP login."  Right?
19       Do you have the login for Amazon Web Services
20 for NDAP?
21 A.      I must have because lower down in the
22 conversation I sent him a link to it.
23       Q.      Okay.  And Mike also didn't have the
24 NDAP login for MageMojo or Github?
25 A.      That seems to be.  Yeah, I believe so.  I

Page 157

1  don't know.
2      Q.     Then you wrote: "I'll send them over
3  now." When you said that, you meant you were going to
4  send over all the logins?
5  A.     Yes, that's correct.
6      Q.     And then you asked Mike: "Do you not
7  know your AWS password?" What is AWS?
8  A.     Amazon Web Services.
9      Q.     And then you sent Mike the logins?
10 A.     I sent him the URL to log in.
11     Q.     Then on the next page of that exhibit
12 you wrote: "What are the expenses you wanna go
13 through?" So Mike wanted to go through expenses with
14 you?
15 A.     I guess.
16     Q.     What type of expenses, for what, NDAP?
17 A.     I have no idea.
18     Q.     Well, when you read the exhibit that
19 you're looking at, does it help you to put context
20 into what exhibits he wanted to go through?
21 A.     Zero context.
22     Q.     And then it says: "Hang on, I'll share
23 doc with you." What did you share with him?
24 A.     That was a doc Mike shared with me.
25     Q.     What did he share with you?

Page 158

1  A.     I don't know.  I would have to click on that
2  link.
3      Q.     Do you see below where it says Car
4  Part Kings attachments?
5  A.     It seems like after we had a call, Mike sent
6  me two documents.
7      Q.     Okay.  So were you guys looking at
8  expenses on May 12 as it related to NDAP?
9  A.     I don't know.  But the documents he sent, one
10 is an EPS file, which means it's a graphic file,
11 usually a logo, and I don't know what type PDF it is.
12 Looks like some sort of draft PDF dated from February,
13 earlier that year.
14     Q.     At this time were you negotiating and
15 Mike with Jeremy Falk as to a fee that Falk wanted in
16 connection with the NDAP transaction?
17 A.     I remember negotiating that, but I don't
18 remember the dates of that.  This seems to be, this
19 conversation seems to be from May.  I believe any, any
20 of that happened many, many months later.
21
22        (Plaintiff's Exhibit P-15 is received and
23 marked for identification by the Reporter.)
24
25     Q.     I'm going to show you what's been

Page 159

1  marked as P-15 for identification.  P-15 is an e-mail
2  chain between you, Mike and Jeremy Falk that begins on
3  February 17th on the second page.
4  A.     Can I have a second to read it?
5      Q.     You may want to start from the second
6  page.
7  A.     The back and work my way forward, yeah.  There
8  seems to be some of the e-mail missing.
9      Q.     Have you had a chance to read it?
10 A.     I'm going through it.  Some of it is missing.
11 So between the second -- the first and second page,
12 some of the e-mail is missing.
13     Q.     Let's start with how are you sure or
14 aware that there is some of the e-mail missing between
15 the second page and the first page?
16 A.     The header is missing.  So for instance, if we
17 work our way backwards, you can see the first e-mail
18 is written by Jeremy Falk.  Now, right above that you
19 can see Mike Dardashtian's signature.  If you keep
20 going up, however -- oh, I apologize.
21     Q.     I think you'll find that you're wrong.
22 A.     I'm reading too quickly.  I apologize for
23 that, Barry.
24     Q.     Okay.  Let's look at the second page.
25 A.     Can you just give me one more second to finish

Page 160

1  reading?  I'm sorry.  I was a little confused.  Sorry
2  about that.
3      Q.     Okay.
4  A.     Okay.  I read the e-mail.  Thanks for waiting
5  for me, Barry.
6      Q.     Now that you've had the opportunity to
7  read from February 17 to February 26, let's look at
8  the second page of P-15.  So on February 17, 2017,
9  2:48 p.m., Falk wrote to both you and Mike: "I spoke
10 with each of you guys individually.  Attached is the
11 services agreement that we agreed to.  I used your
12 Peakstone agreement as a template and shortened it.
13 Let me know if you have any questions.  I would like
14 to execute this ASAP."
15        Correct?  I read that right?
16 A.     Yeah.
17     Q.     And attached to this e-mail is a
18 services agreement on the top that says Cooper Square,
19 LLC/Cooper Square Ventures, LLC.  Do you see that?
20 A.     I do.
21     Q.     And Mr. Falk prepared this agreement;
22 didn't he?
23 A.     I don't know if he did or if he had somebody.
24 I can't attest to that.
25     Q.     The document came on his behalf to you

Page 161

1  guys.  Correct?
2  A.      It was attached in Falk's e-mail, absolutely.
3          Q.      And in Section 2.1, he's looking for a
4  $160,000 consulting fee plus .25 percent of the
5  purchase price.  Isn't that what it says?
6  A.      2.5 -- I'm sorry.  I'm catching up to you.
7  One time payment of $160,000, an additional amount
8  equal to .25 percent of the purchase price.
9          Q.      Did you need to read that to know that
10 that's what he was looking for?
11 A.      Yes.
12         Q.      Why was he looking for a fee, for what
13 purpose?
14 A.      Because, because he was brokering a deal
15 between Cooper Square Ventures and Meridian Auto
16 Parts.
17         Q.      What deal was he brokering?  Who was
18 buying, who was selling?
19 A.      Cooper Square Ventures was selling NDAP's
20 assets to Meridian Auto Parts.
21         Q.      At the time that Cooper Square
22 Ventures was selling NDAP's assets to Meridian Auto
23 Parts, how much of NDAP did Cooper Square Ventures
24 own?
25 A.      I don't know.

Page 162

1          Q.      You don't know?
2  A.      (Witness nods.)
3          Q.      Didn't you review this agreement when
4  it was sent to you?
5  A.      Yes.
6          Q.      Did you read the agreement?
7  A.      Yes.
8          Q.      Can you tell me whether there is any
9  other parties to the agreement other than Cooper
10 Square Ventures?
11 A.      No.
12         Q.      Cooper Square, NDAP, LLC?
13 A.      Again, this is an agreement between Summit
14 Rock Holdings and Cooper Square Ventures, not Summit
15 Rock Holdings and NDAP.
16         Q.      Summit Rock Holdings was Mr. Falk's
17 company.  Right?
18 A.      Yes, it is Mr. Falk's.
19         Q.      Cooper Square Ventures was your
20 company, correct, your and Mr. Dardashtian's?
21 A.      Cooper Square and Cooper Square Ventures, it
22 seems to be both.
23         Q.      Were both your -- you have to let me
24 finish the question and then you can answer, so that
25 we don't have a conversation.

Page 163

1  A.      Sorry, Barry.
2          Q.      No problem.  Summit Rock Holdings was
3  Mr. Falk.  Correct?
4  A.      Yes.
5          Q.      Cooper Square Ventures was you and
6  Mike equally.  Correct?
7  A.      Mike and I had equal ownership of Cooper
8  Square Ventures.
9          Q.      Cooper Square, LLC was your and Mike's
10 company equally.  Correct?
11 A.      One more time, yes.  Mike and I equally owned
12 Cooper Square Ventures.
13         Q.      And Mike and you also owned Cooper
14 Square, LLC.  Correct?
15 A.      I don't know.  That's not a real -- Cooper
16 Square, LLC is not a registered entity with any state.
17         Q.      Did you tell Mr. Falk that?
18 A.      I don't know.
19         Q.      Did you write back to Mr. Falk or to
20 anyone and say I don't think that Cooper Square, LLC
21 should be part of this agreement?
22 A.      No, I did not write that.
23         Q.      NDAP, LLC was owned at that time, at
24 the preparation of this agreement, 100 percent by CSV.
25 Correct?

Page 164

1  A.      I don't know if that's true or not.
2          Q.      NDAP, LLC at that time was owned 50/50
3  by you and Mike Dardashtian.  Correct?
4  A.      Say that again.  Which company?
5          Q.      NDAP, LLC --
6  A.      No, I don't know if that's true.
7          Q.      You want to let me finish the
8  question?
9          NDAP, LLC was owned 50/50 at the time on
10 February 15, 2017 by you and Dardashtian.  Correct?
11 A.      I don't know if that's true or not.
12         Q.      Why not?
13 A.      Again, because of this document here, P-3.
14         Q.      Let's go to the signature page of the
15 service agreement prepared by Mr. Falk that's P-15.
16 A.      I think it's the last page of P-15.  Right?
17         Q.      Yes.
18 A.      Okay.
19         Q.      Who are the signatories of the
20 agreement?
21 A.      Cooper Square, LLC and Cooper Square Ventures,
22 LLC.
23         Q.      Do you see a signature line for NDAP?
24 A.      I do not.
25         Q.      And who is signing on behalf of Cooper

1  Square Ventures, LLC?
2  **A.      Both Mike and myself.**
3          Q.      And who is signing on behalf of Summit
4  Rock Holdings?
5  **A.      Jeremy Falk.**
6          Q.      Do you see any other third party on
7  behalf of NDAP that would lead you to conclude that
8  anybody other than Cooper Square Ventures owned
9  100 percent of NDAP?
10 **A.      I don't understand the question.**
11         Q.      Is there any other party that's a
12 signatory to the agreement on behalf of NDAP other
13 than you and Mike?
14 **A.      NDAP has nothing to do with this, with what**
15 **you're saying. I don't understand.**
16         Q.      If the assets of NDAP are being sold
17 to Meridian, who is selling them?
18 **A.      Sure. So Mike hired multiple brokers.**
19         Q.      The answer to my question -- I'm going
20 to move to strike and I'm going to ask it again.
21 If the assets of NDAP are being sold to
22 Meridian, who is the seller?
23 **A.      Technically, I believe it should be NDAP.**
24         Q.      Who is the seller in the agreement?
25 **A.      In this agreement, it's Cooper Square, LLC and**

1  Cooper Square Ventures, LLC.
2          Q.      And when NDAP was sold to Meridian,
3  who was the seller?
4  **A.      NDAP.**
5          Q.      And who were the signatories for NDAP?
6  **A.      I don't remember. I would have to see that.**
7          Q.      Who were the owners of NDAP at the
8  time that the assets of NDAP were sold to Meridian?
9  **A.      So it's not clear to me.**
10         Q.      So if you signed the agreement and it
11 was only you and Mike that signed, would that make it
12 clear to you?
13 **A.      No.**
14         Q.      Why not?
15 **A.      Because of a document P-3 where I did not**
16 **sign.**
17         Q.      Let's go back to the e-mail that's in
18 front of you, P-15. So when Mr. Falk sent you the
19 2:48 p.m. e-mail on February 17, 2017, Jeremy
20 responded, correct, at 5:32?
21 **A.      Um-hum.**
22         Q.      Strike that, strike that.
23         When Jeremy sent you the 2:48 p.m. e-mail on
24 February 17, Mike responded at 5:24. Correct?
25 **A.      Yes.**

1          Q.      And he responded and said: "Only
2  scanned the compensation section thus far and it is
3  not what we discussed. At the sales figures
4  presented, 350 to 750,000, I would be comfortable with
5  the greater of 75,000 or 20 percent of revenue
6  generated from a sale, not both."
7          Did you agree with Mike?
8  **A.      I had no opinion on it.**
9          Q.      Well, wasn't that the amount of
10 money --
11 **A.      I don't, I don't --**
12         Q.      You have to let me finish my question.
13         Wasn't that the amount of money that Falk was
14 demanding be paid to him?
15 **A.      Sorry. Ask the question one more time, Barry.**
16         Q.      Wasn't Mike negotiating the amount of
17 money that Falk would be paid in connection with being
18 a broker for the transaction?
19 **A.      Yeah, definitely.**
20         Q.      So isn't Mike trying to save you and
21 Mike money?
22 **A.      Yeah. He did a great job of it, too. He got**
23 **him down a lot in this e-mail. He did a good job.**
24         Q.      So after Mike wrote at 5:24 that day,
25 at 5:32 Jeremy Falk wrote back to you and Mike; didn't

1  he?
2  **A.      Yes.**
3          Q.      And Jeremy said that he was looking
4  for 160,000. Correct?
5  **A.      Yeah.**
6          Q.      Not the 75,000 that Mike said would be
7  fair. Correct?
8  **A.      Um-hum, so yes.**
9          Q.      And did you respond back to Jeremy and
10 say, hey, I agree with Mike, I want to pay you less
11 money than the 160 you're demanding?
12 **A.      I responded saying that we should -- we**
13 **shouldn't pay Jeremy 160,000. I said we should pay**
14 **about the number that Mike wanted, which was my**
15 **suggestion as you can see in the e-mail.**
16         Q.      And Mike wanted to pay 75,000. Right?
17 **A.      No. According to the e-mail on February 17th**
18 **at 6:41: "We discussed a number in the range of**
19 **100,000." And then I said, and then I replied to Mike**
20 **saying: "I spoke to Jeremy. I don't want to keep**
21 **dragging this out. Can we get this done at 110K?"**
22         Q.      Who wrote that?
23 **A.      Which one?**
24         Q.      What you just read.
25 **A.      Both Mike and myself.**

Page 169

1    Q.      Mike wrote that?
2  A.    Yeah, so --
3    Q.      Excuse me.  Let's look at the e-mail.
4  On Sunday, February 26, 2017, 11:27 a.m., David Gitman
5  wrote: "Mike, I spoke to Jerry.  I don't want to drag
6  this out.  Can we get this done at 110,000 and
7  .25 percent today?"
8      You made that suggestion.  Correct?
9  A.    Yeah.
10    Q.      It's a yes or no.  Did you make that
11  suggestion?
12  A.    Yes, I did.
13    Q.      Mike didn't write that; did he?
14  A.    No.  Mike wrote 100K.
15    Q.      Where did Mike write 100,000?
16  A.    So if you look on February 17, 6:41, line
17  section 2, as we discussed a number in the 100K range,
18  and so I agreed with Mike.  110K is in the 100K range.
19  I agreed with Mike 100 percent on this.
20    Q.      You offered 110,000?
21  A.    Mike offered --
22    Q.      I asked what you offered.
23  A.    I said, Mike, we should get -- I was agreeing
24  with Mike, yes.
25    Q.      You offered 110,000.  Correct?

Page 170

1  A.    Um-hum.
2    Q.      What did Mike ultimately settle it
3  for?
4  A.    I have no idea.
5    Q.      80,000?
6  A.    I have no idea.
7    Q.      You don't know whether it was 80,000?
8  A.    I have no idea.
9    Q.      You do agree that whatever it was
10  settled for less than 160,000 was as a result of
11  Mike's efforts.  Correct?
12  A.    Absolutely, 100 percent.  Mike is an excellent
13  negotiator.
14    Q.      Is there a reason that you wanted to
15  get Mr. Falk more money than Mike wanted to get
16  Mr. Falk when Mike was trying to save both of you
17  money?
18  A.    That was not the case.
19    Q.      At the time that these e-mails were
20  going out, which would have been February 17, 2017 to
21  February 26, 2017, were you a partner with Jeremy
22  Falk --
23  A.    No.
24    Q.      -- in Accel Commerce?
25  A.    No.

Page 171

1    Q.      Did you have a business relationship
2  with him?
3  A.    No.
4    Q.      Were you having conversations with him
5  on the side about ChannelReply between you and
6  Mr. Falk without telling Mike?
7  A.    I don't remember the conversations I had with
8  Jeremy Falk --
9    Q.      Were you having conversations --
10  A.    -- in regards to ChannelReply.
11    Q.      Did you have any conversations with
12  Jeremy Falk about ChannelReply?
13  A.    Absolutely.
14    Q.      What were they about?
15  A.    I don't remember.  Over lunch I would say --
16  we would talk about it over lunch.  I would say the
17  word ChannelReply.  I couldn't tell you.
18    Q.      And the e-mails that you see here,
19  what e-mail address did you use in P-15?
20  A.    I used the e-mail address
21  DGitman@NDAP-LLC.com.
22    Q.      Is that the only e-mail address you
23  used on behalf of NDAP?
24  A.    NDAP had many, had alias e-mail addresses.
25    Q.      What were they for you?

Page 172

1  A.    I would have to check.  I don't have access
2  anymore to check either, actually.
3    Q.      And Falk, what e-mail address did he
4  use to have these communications?
5  A.    Jeremy.Falk@Gmail.com.
6    Q.      Was that his only e-mail address?
7  A.    I don't know.
8    Q.      Is that the only e-mail address you
9  used for him?
10  A.    Yes.  Definitely at the time.
11    Q.      Did it ever change?  Did you ever use
12  a different e-mail address for Mr. Falk?
13  A.    Possibly.  I believe Mr. Falk changed his
14  e-mail address.
15    Q.      To what?
16  A.    I would have to check my address book.
17    Q.      Did Mr. Falk introduce the buyer for
18  the NDAP assets or did Mike bring the buyer to the
19  table?
20  A.    I don't know actually, Barry.
21    Q.      Did Mike ever tell you why are you
22  paying him when he didn't bring a buyer to the table?
23  A.    I don't remember Mike saying that.
24    Q.      You wouldn't want to pay a commission
25  to somebody who didn't even bring a buyer to the

Page 173

1  table; would you?
2  A.       No.  I definitely --
3           Q.       Is the answer to that yes or no?
4  A.       I would not want to do that.
5           Q.       As of February 17th, did Falk produce
6  an offer for the purchase of NDAP or NDAP software?
7  A.       I don't know.
8           Q.       When Mike told you he didn't want to
9  sign an agreement with Falk at that time until he
10 talked to the company NDAP's attorneys, that's a
11 reasonable position; isn't it?
12 A.       I think that's part of Mike's -- yes.
13          Q.       Did you ever talk to Rothman about
14 whether or not it was fair to pay Falk a commission
15 when he didn't even bring the buyer to the table?
16 A.       No.  I talked to Umar Farooq about it, though.
17          Q.       Who is Umar Farooq?
18 A.       He's an attorney for the company.
19          Q.       He's an attorney for what company?
20 A.       Cooper Square Ventures.
21          Q.       Who hired him?
22 A.       I did.
23          Q.       Did you get confirmation from Mike to
24 hire him?
25 A.       No.

Page 174

1           Q.       Did you sign a written retainer
2  agreement with Mr. Farooq?
3  A.       I don't remember.
4           Q.       Did he come from Upwork?
5  A.       Yes.
6           Q.       Did you pay him by the hour?
7  A.       No, no.  He did not come from Upwork.
8           Q.       Where did he come from?  Where did you
9  find him?
10 A.       UpCounsel maybe.
11          Q.       UpCounsel?
12 A.       Yeah.
13          Q.       So that's an online service to find
14 lawyers?
15 A.       That's an online service to find lawyers.
16          Q.       And you never knew him before you
17 found him online?
18 A.       Never.
19          Q.       Did you pay him money from CSV?
20 A.       Yes.
21          Q.       How much?
22 A.       I don't remember the amounts.
23          Q.       You didn't get approval from Mike to
24 pay him money, did you, because Mike didn't even know
25 you retained him.  Right?

Page 175

1  A.       I don't -- I think Mike knew I retained him.
2  I believe Mike knew I retained him.
3           Q.       You're testifying under oath that you
4  told Mike that -- you just told me that you didn't
5  tell Mike you retained him.
6  A.       What I said before is I didn't get approval.
7  What I'm saying now is I did tell Mike at some point
8  that I retained him.
9           Q.       How long after you retained him did
10 you tell Mike that you retained him?
11 A.       That's a good question.  I don't know the
12 answer.  I would have to check the e-mails which you
13 have access to.
14          Q.       You told Mike you retained Umar after
15 you retained Umar.  Correct?
16 A.       Yeah, definitely.
17          Q.       You didn't get approval from Mike to
18 retain Umar or to pay Umar; did you?
19 A.       That's correct.  I also didn't give approval
20 to retain or pay Rothman.
21
22          (Plaintiff's Exhibit P-16 is received and
23 marked for identification by the Reporter.)
24
25          Q.       I'm going to show you what's been

Page 176

1  marked as P-16 for identification.  Can you go through
2  P-16.  If you can, take a look at P-16.
3  A.       Okay.
4           Q.       And are you familiar with that e-mail
5  chain that takes place on March 7, 2017 between you
6  and Jeremy Falk and Michael Dardashtian?
7  A.       I don't remember this, but if you give me a
8  moment to read it.
9           Q.       Okay.  Take your time.
10 A.       Thanks.
11          (Time is 2:00 to 2:02 p.m.)
12 A.       Okay.  I read it.
13          Q.       You got a chance to look at it?
14 A.       Yeah.
15          Q.       So if you go to the second page of
16 P-16 and it begins in the middle part of the first
17 page on P-16, it's an e-mail on March 7, 2017 at 9:51
18 a.m., and it's from Jeremy Falk at his Gmail account.
19 Right?  Right?
20 A.       Yes.
21          Q.       And it's to both Mike and you; isn't
22 it?
23 A.       Yes.
24          Q.       And Falk is demanding that he get paid
25 for his time; isn't he?

1  A.      I don't see a demand.

2      Q.      He's looking to get paid; isn't he?

3      He wants you guys to sign an agreement?

4  A.      Yeah.  He's asking for us to sign his

5  consulting agreement.

6      Q.      Right.  At the time that he's asking,

7  which is on March 7, has there been a deal presented?

8  A.      I, I really don't remember the timeline.  I'm

9  sorry.

10      Q.      Do you know when Mr. Falk was asking

11  for you to sign a deal asking for 160,000, that there

12  was even a deal on the table?

13  A.      I have no idea.

14      Q.      You would agree that signing an

15  agreement with Mr. Falk with a committed $160,000

16  commission, not knowing what the ultimate sale price

17  was going to be for the sale of the assets of NDAP

18  would be a dumb business move.  Correct?

19  A.      Horrible.

20      Q.      So when Jeremy wrote that to you, you

21  wrote on the same day, March 7 at 9:56 a.m., and you

22  wrote to Jeremy: "Jeremy, thank you for all your hard

23  work.  We truly appreciate it.  All your suggested

24  changes are reasonable.

25      "Mike, this situation has become emotional and

1  is embarrassing at this point.  Please execute this

2  immediately.  I'm ready to countersign."

3      I read that correctly.  Right?

4  A.      Yes, you did.

5      Q.      So how do you reconcile the fact that

6  you just testified that it would be dumb to sign an

7  agreement with a broker while you're on that day

8  demanding Mike sign the agreement with the broker when

9  there was no deal pending?

10  A.      That was not a smart thing for me to do.

11      Q.      So if you go above that to the next

12  e-mail, it's now March 7th at 10 a.m. and Mike is

13  writing to you: "I'm trying to protect us.  I suggest

14  you talk to Jeff."

15      Jeff is Rothman, the lawyer.  Right?

16  A.      I believe so.

17      Q.      "What it seems Jeremy is trying to do

18  is attach himself to NDAP and CSV so that we possibly

19  owe him money if a deal is not done or we try and do

20  something with ChannelReply.  I'm not comfortable with

21  that.  Also, he is including LLCs that don't exist in

22  this agreement, which puts us at risk.  He's including

23  potential deals in this agreement that don't exist.

24  He's refused to show me an offer letter and refused to

25  have me on the phone with BAP, proving that there is

1  even an offer at this point.  Have you seen or heard

2  anything from BAP?  Why are we jumping through hoops

3  if no deal is on the table?"

4      I read that correctly.  Right?

5  A.      Yes, Barry.

6      Q.      Is Mike acting intelligently on behalf

7  of the company NDAP and CSV and ChannelReply in trying

8  to protect the companies from having to pay Mr. Falk?

9      MR. WILSON:   Objection.  You can

10  answer.

11  A.      Mike is acting exemplary in protecting us from

12  Jeremy Falk.

13      Q.      What were you doing to protect you and

14  Mike from Jeremy Falk?

15  A.      I don't believe -- nothing.

16      Q.      Then you wrote on March 7 at 10:02

17  a.m.: "How do we owe him money if there is no deal?"

18      You didn't even understand the agreement that

19  Falk presented to you; did you?

20  A.      Yeah, I didn't.

21      Q.      And Mike wrote to you at 10:03 on

22  March 7th and said: "That's exactly what I had Jeff

23  draft in the agreement.  He is including language that

24  makes it open ended and can be construed as consulting

25  services in a contract if he were to choose at any

1  point to sue us.  I made it very clear in our version

2  he only gets paid if a deal closes.  He changed it."

3      You agree with Mike; don't you?

4  A.      100 percent.

5      Q.      So if you agreed with Mike and you

6  knew that you really didn't pay attention to the

7  agreement, then why were you --

8      MR. WILSON:   Objection.

9      Q.      -- why were you disputing with Mike

10  trying to pay him, Falk, and sign an agreement when

11  there was no deal presented?

12  A.      I don't remember if there was a deal or not,

13  Barry.  However, I was discussing with Mike the

14  agreement and Mike was 100 percent correct about how

15  to handle Jeremy and the agreement.

16      Q.      Were you partners with Falk at that

17  point in time?

18  A.      I was never partners with Falk.

19      Q.      Were you looking to give Falk an

20  equity interest in NDAP?

21  A.      No.

22      Q.      Falk wanted a .25 percent interest in

23  NDAP; didn't he?

24  A.      Is that what he wanted?  One second.  I think

25  he wanted 2.5 percent of the sale.

Page 181

1    Q.        .25 percent interest.
2  A.      In what company? I'm sorry.
3         Q.        Did you read the agreement?
4  A.      I don't have this version of the agreement on
5  P-16. This is a different version.
6         Q.        In P-15 --
7  A.      I didn't agree to P-15.
8         Q.        Oh, you didn't?
9  A.      No.
10        Q.        You didn't agree to P-15?
11  A.     Mike did a great job with this deal.
12        Q.        You never spoke with Rothman about
13  Falk's terms; did you?
14  A.     I don't remember if I did. I'm sorry.
15        Q.        And you don't know if there was even
16  an offer on the table from BAP at that time; do you?
17  A.     I don't remember. I can go back and check. I
18  can ask Renee. She actually just called me while I
19  was in the bathroom.
20        Q.        Go to the last page of P-16.
21  A.     Sure.
22        Q.        What's the last page of P-16?
23  A.     I don't know.
24        Q.        You don't know?
25  A.     I do not know.

Page 182

1         Q.        What is it entitled on the top, Accel
2  Commerce?
3  A.      Yes.
4         Q.        And it says $5.56 to $250 an hour.
5  A.      Um-hum.
6         Q.        It says e-commerce. Right?
7  A.      Um-hum.
8         Q.        It says Brooklyn, United States.
9  A.      This looks like our Upwork profile page.
10        Q.        And on the right-hand side in Upwork,
11  does it say under business manager, David G?
12  A.     That's me, yes.
13        Q.        And it's got your phone number.
14  Right?
15  A.     That's definitely me, yeah, yeah.
16        Q.        Are you saying you didn't prepare this
17  document?
18  A.     I didn't prepare this screenshot, no.
19        Q.        Where did the screenshot come from,
20  Upwork?
21  A.     I don't know.
22        Q.        Who prepared the overview?
23  A.     That is a copy and paste of my resume.
24        Q.        So would it be fair to say that the
25  only place that could come from is you?

Page 183

1  A.      Yes. Somebody else could copy and paste it
2  from my resume, but this is something I would do.
3         Q.        So it says in Accel Commerce, "Member
4  since January 30, 2017."
5         Is that when Accel Commerce started?
6  A.      No.
7         Q.        When did it start?
8  A.      I have to check the day of the incorporation.
9  I don't remember off the top of my head.
10        Q.        "Total jobs, one."
11        What job did Accel Commerce have as of that
12  date?
13  A.     I have no idea.
14        Q.        And it says, "Current members, seven."
15        What members were there to Accel Commerce?
16  A.     I don't know. I would have to check.
17        Q.        Where would you check?
18  A.     In Upwork.
19        Q.        I'm going to ask you to produce, check
20  and give me all of the information that supports when
21  this bio was provided to Upwork, who gave it to Upwork
22  to upload and where the information that is on the
23  right-hand side of this last page of P-16 was derived
24  from.
25        It says here, "Last worked February 25, 2017."

Page 184

1  A.      Um-hum.
2         Q.        What does that date signify?
3  A.      I don't know.
4         Q.        And it says, "Total earned, 200 plus."
5         Is that $200,000 plus?
6  A.      No. It's $200.
7         Q.        $200 plus. It says, "Total hours,
8  six."
9  A.      Yes.
10        Q.        Do you know what those hours were
11  spent on?
12  A.     Nope. I mean, this is from February 2017.
13        Q.        If you go in the bio in the third
14  paragraph from the bottom, it says: "Successful in
15  creating vision, identifying opportunities, building
16  organizations, and delivering strong growth for
17  startup and established organizations within
18  intensively competitive internet, e-commerce and new
19  media markets." You wrote that. Right?
20  A.     It's part of my resume.
21        Q.        And you wrote that on behalf of Accel
22  Commerce; didn't you?
23  A.     I copied and pasted my resume and put it into
24  the bio for Accel Commerce.
25        Q.        And are you aware that at the time

Page 185

1 that you were owning Accel Commerce that you were
2 under a prohibition with NDAP to involve yourself in
3 any e-commerce businesses?  Are you aware of that?
4 A.     My prohibition with NDAP does not prevent me
5 from working with any e-commerce business.
6          Q.     Who is Aramayis under agency member?
7 A.     He is a soft -- he's a software engineer.
8          Q.     Do you still work with him?
9 A.     From time-to-time.
10          Q.     And how do you communicate with him?
11 A.     We meet up, phone, Skype, video chats.
12          Q.     Where do you meet up?
13 A.     Sometimes in Europe, sometimes in the U.S.
14          Q.     Where does he reside?
15 A.     Currently in Yerevan.
16          Q.     And what address do you have for him?
17 A.     I'll have to -- I'll get you the address.  I
18 don't have it.
19          Q.     I'm going to ask you to produce every
20 address that you communicate with him through.
21 A.     The physical address, is that what you're
22 asking for?
23          Q.     Physical, e-mail, chat, Skype.
24 A.     You should have all that.
25          Q.     Viber.

Page 186

1 A.     You should have all that.
2          Q.     Who is William R?
3 A.     William R is William Regonas.
4          Q.     Who is he?
5 A.     He is a task rabbit in the Philippines.
6          Q.     And do you currently work with him?
7 A.     No.
8          Q.     And how do you communicate with him?
9 A.     E-mail mostly.
10          Q.     I'm going to ask you to produce all
11 the e-mail and other addresses that you have that you
12 communicate with William R at.
13 A.     Sure.  You already have it.
14          Q.     Do either of these gentlemen do work
15 for ChannelReply?
16 A.     I don't know.
17          Q.     Have they ever?
18 A.     I don't know.
19          Q.     Have they ever done work for CSV?
20 A.     I don't know.
21          Q.     Have they ever done work for NDAP?
22 A.     I don't know.
23          Q.     Why wouldn't you know?
24 Are these software engineers?
25 A.     Yeah, but do you know how many software

Page 187

1 engineers I hired and fired?  More than I can count.
2          Q.     When did you provide this bio to
3 Upwork?
4 A.     I, I didn't provide this.  When did I create
5 this bio?
6          Q.     Yeah.
7 A.     According to this document, January 30, 2017 I
8 created it.
9          Q.     And at the time on January 30, 2017,
10 were you a member of NDAP?
11 A.     Absolutely.
12          Q.     Were you a member of CSV?
13 A.     Yes.
14          Q.     Were you a member of ChannelReply?
15 A.     ChannelReply is not an entity.
16          Q.     Were you an owner of ChannelReply?
17 A.     Yes.
18          Q.     With Michael Dardashtian?
19 A.     Yes.
20          Q.     Did you disclose to Michael
21 Dardashtian that on January 30, 2017 that you had
22 started a new e-commerce business, Accel Commerce?
23 A.     I don't know.
24          Q.     Do you have any writings that show you
25 disclosed the formation of Accel Commerce to Mike

Page 188

1 Dardashtian on that date?
2 A.     I might.
3          Q.     Produce them.
4 A.     Okay.
5          Q.     If you have them.
6 A.     Of course.  You should have, if they exist,
7 you should have them already in the discovery.
8          MR. GUAGLARDI:   Let the record reflect
9 there are none.  Can you mark that next document in.
10
11          (Plaintiff's Exhibit P-17 is received and
12 marked for identification by the Reporter.)
13
14          Q.     I'm going to show you what's been
15 marked as P-17.  That's an e-mail chain dated
16 March 15, 2017 between you, Mike and Falk.  Correct?
17 A.     No.  It's an e-mail from Jeremy to Michael,
18 which I'm CC'ed on.
19          Q.     There is three e-mails there.  It's an
20 e-mail chain; isn't there?
21 A.     No.  Once again, it's an e-mail --
22          Q.     Let's go through it.  All right?
23 On the bottom of it, it's an e-mail dated
24 March 15, 2017 at 11:38 a.m. from you.  And it says to
25 Mike: "I just spoke to Jeremy.  He's okay taking

Page 189

1  80,000 in light of the capital P capital A offer.
2  Jeremy, please confirm.  Are we going to put in place
3  an agreement with capital P capital A?  Do we need to
4  draw something up?"
5        Did I read that correctly?
6  A.    Yes.
7        Q.    What does capital P capital A signify?
8  A.    Parts Authority.
9        Q.    So you were writing to Mike that you
10 spoke to Jeremy and he's okay with the 80,000 that
11 Mike was willing to pay.  Correct?
12 A.    Um-hum.
13       Q.    So you were talking to Jeremy after
14 Mike said I'm not paying more than 80,000.  Correct?
15 A.    Yes.
16       Q.    And you're asking Mike if you're going
17 to put an agreement in place with Parts Authority and
18 whether anything needs to be drawn up.  Correct?
19 A.    Yes.
20       Q.    Now there is a second e-mail on
21 March 15, 2017 at 11:40 a.m. where Mike wrote: "Sounds
22 good.  I am sending Randy e-mail shortly.  Once he
23 confirms, I will have Jeff draw up an agreement for
24 Parts Authority to sign.  Thanks."
25       I read that correctly.  Right?

Page 190

1  A.    Yes.
2        Q.    And then there is a third e-mail that
3  is dated March 15, 2017 at 11:42 a.m. from Falk to
4  Mike, copying you saying yes.
5  A.    No.  It's from Jeremy to Mike and me saying
6  yes.
7        Q.    It's an e-mail from Jeremy to Mike
8  copying you saying yes.
9  A.    Yes, correct.
10       Q.    So Jeremy agreed to the $80,000 that
11 Mike said is the most he would pay.  Correct?
12 A.    I don't know.  Is that what that yes -- I
13 don't know if that's what that yes means.
14       Q.    Did you ultimately learn that Jeremy
15 was willing to agree to the 80,000?  You characterized
16 Mike's work as exemplary.
17 A.    Yeah, it was.  But I don't know --
18       Q.    There is no question pending.
19 A.    But I don't know what that yes was.
20       Q.    There is no question pending.
21       MR. WILSON:   Answer the question and
22 stop talking.
23       Q.    Did you know at that time on March 15,
24 2017 whether there was even an offer pending for Parts
25 Authority?

Page 191

1  A.    I don't remember, no.
2        Q.    Would you agree that 80,000 was half
3  of what Falk demanded when he said he wanted 160,000
4  in his agreement?
5  A.    80,000 is one-half of 160,000.
6        Q.    Did Mike save you and Mike $80,000
7  from what Falk demanded?
8  A.    He might have saved us more than that.
9        Q.    Is there a reason you wanted to pay
10 Falk more than 80,000?
11 A.    I don't want to pay Falk more than 80,000.  I
12 didn't want to pay Falk anything.
13       Q.    Did you have any financial interest in
14 Falk's consulting fees?
15       Were you getting a piece of it?
16 A.    Definitely not.
17       Q.    When was Dalva Ventures created?
18 A.    I've got to check.  I don't remember off the
19 top of my head.  Sorry.  Sometime early in 2017.
20       Does that help, Barry?
21       Q.    What role did you have in Accel
22 Commerce?
23 A.    I was -- it was just me.  I was everything;
24 owner, operator.
25       Q.    You were the chief cook and bottle

Page 192

1  washer.  Correct?
2  A.    Take out the trash, mop the floors.
3        Q.    And you were the only one who did
4  anything?  Nobody else was involved in Accel Commerce.
5  Correct?
6  A.    That's correct.
7        Q.    Nobody else had any role?
8  A.    That's correct.
9        Q.    Nobody else ever had any role in Accel
10 Commerce other than you.  Correct?
11 A.    That's correct.  Well, no, I take that back, I
12 apologize.  As the company grew, I did hire people.
13       Q.    Who did you hire?
14 A.    I hired and fired a bunch of people over the
15 years.
16       Q.    Who?
17 A.    I would have to get you a list.
18       Q.    Did you ever hire Jeremy Falk?
19 A.    Definitely not.
20       Q.    Did you ever hire Mary Faith Andan to
21 do any work?
22 A.    Yeah, yeah.  She did my bookkeeping for a
23 little while.
24       Q.    That's all she did?
25 A.    Yeah, definitely.

Page 193

1    Q.    And Falk definitely never worked at
2  Accel Commerce.  Right?
3  A.    Definitely not.  He wanted --
4         Q.    There is nothing pending.
5
6         (Plaintiff's Exhibit P-18 is received and
7  marked for identification by the Reporter.)
8
9              MR. GUAGLARDI:   Excuse me.  Counsel, I
10 don't want you to show your client an exhibit before I
11 show the client the exhibit.
12             MR. WILSON:   I'm showing him the
13 exhibit.  I'm showing it to him now.
14             MR. GUAGLARDI:   It's not appropriate
15 for you to show him an exhibit until I ask him the
16 question.  There's no question pending.
17             MR. WILSON:   Well, you handed it to
18 me, I'm going to show it to him.  If you want to mark
19 that question, you can do that.
20 BY MR. GUAGLARDI:
21       Q.    Mr. Gitman, I'm going to show you
22 what's been marked as P-18 for identification.
23             What is that?
24 A.    That's a chat conversations between Mary Faith
25 Andan and I.

Page 194

1    Q.    Do you see on the top of it it says
2  "David Gitman Accel Commerce."  Correct?
3  A.    Um-hum.
4         Q.    Who wrote that into the chat
5  conversation?
6  A.    Me, I guess.
7         Q.    Let's read it.  It's David Gitman, and
8  you're writing to Mary Faith Andan, and it says: "He
9  will review your work.  I'm going to focus more on the
10 technology and Jeremy is focusing on the finance
11 side."
12 A.    Um-hum.
13       Q.    I thought you indicated that Jeremy
14 had no involvement in Accel Commerce?
15 A.    Jeremy was an advisor to me and he looked over
16 some of my finance questions.
17       Q.    I thought you indicated that Jeremy
18 had definitely nothing to do with Accel Commerce?
19 A.    He was my advisor.
20       Q.    So was he a partner in Accel Commerce?
21 A.    No.
22       Q.    You don't want to use the word
23 definitely this time because you know --
24 A.    He was definitely not a partner in Accel
25 Commerce.

Page 195

1    Q.    Was he an employee of Accel Commerce?
2  A.    He was not an employee.
3         Q.    Was he a signatory on any documents
4  for Accel Commerce?
5  A.    Yes.
6         Q.    What was he a signatory on?
7  A.    On the bank account.
8         Q.    Jeremy Falk was a signatory on Accel
9  Commerce's bank account?
10 A.    Yes.  I asked him to set up my bank accounts.
11       Q.    So when a person sets up your bank
12 accounts, they remain as a signatory on your bank
13 accounts?
14 A.    I think that's how it works.  I don't know,
15 Barry.
16       Q.    And --
17 A.    I don't know.
18       Q.    When you wrote to Mary Faith Andan
19 "Jeremy is focusing on the finance side," what did you
20 mean?
21 A.    I meant that Jeremy would review any finance
22 reports that Mary Faith Andan created.
23       Q.    Did Jeremy have any role in the
24 management of Accel Commerce?
25 A.    Zero.

Page 196

1    Q.    Did Jeremy make any decisions on
2  expenses for Accel Commerce?
3  A.    No.
4         Q.    Did Jeremy make any decisions
5  regarding software expenses for Accel Commerce?
6  A.    No.
7         Q.    Let's look, as we go down on P-18,
8  after you wrote, "He will review your work, I'm trying
9  to focus more on the technology and Jeremy is focusing
10 on the finance side," who is the "he" that you
11 referred to.  Jeremy?
12 A.    I'm sorry.  Could you point to the sentence?
13       Q.    Take your time.
14 A.    Could you just point to the sentence?
15       Q.    There is only one "he," the word "he"
16 in the sentence.
17 A.    Oh, the word "he" in the first sentence?
18 Yeah, Jeremy.
19       Q.    So Jeremy was going to review Mary
20 Faith's work?
21 A.    Yes.
22       Q.    I thought he didn't have any role in
23 management?
24 A.    He doesn't.
25       Q.    As you go down --

Page 197

1   A.      I'm not very good at accounting and finance.
2          Q.      You're not very good at accounting and
3   finance?
4   A.      That's correct.  So it would be helpful for
5   somebody with an MBA to look over some of the
6   reporting.
7          Q.      Did Mary Faith have an MBA?
8   A.      No.  But she's certified.  She's a CPA.
9          Q.      Mary Faith is a certified public
10  accountant?
11  A.      Yes.
12         Q.      In what country?
13  A.      In the Philippines.  Which is part of the
14  United States, no?
15         Q.      She has a certified public accounting
16  degree from the Philippines?
17  A.      Yes.  And she is also certified by Intuit.
18         Q.      If you look at the bottom of the chat
19  conversation, Mary Faith also says: "For your
20  information, I will classify this as software
21  expense."
22  A.      Yes.
23         Q.      And then you wrote: "Sounds good to
24  me.  Jeremy might want to change it."
25  A.      Yes.

Page 198

1          Q.      So Jeremy had the authority to change
2   classifications of expenses on behalf of Accel
3   Commerce?
4   A.      Yes.  If Jeremy suggested to me that the chart
5   of accounts was not set up correctly, I would have
6   accepted that.
7
8          (Plaintiff's Exhibit P-19 is received and
9   marked for identification by the Reporter.)
10
11         Q.      What is Dalva Ventures?
12  A.      It's a holding company for my wife and I.
13         Q.      Who set it up?
14  A.      Jeremy Falk.
15         Q.      Why?
16  A.      He was advising me on how to structure
17  companies to reduce my legal and tax rates.
18         Q.      When?
19  A.      When what?
20         Q.      Did he advise you of this?
21  A.      Early in 2017.
22         Q.      What's the nature of Dalva's business?
23  A.      There is no business.  It's a holding company.
24         Q.      What did it hold?
25  A.      Accel Commerce.

Page 199

1          Q.      Anything else?
2   A.      No.
3          Q.      And so it was formed to hold Accel
4   Commerce?
5   A.      That's correct.
6          Q.      And Accel Commerce is owned by who?
7   A.      Dalva Ventures.
8          Q.      And who are the members of Dalva, just
9   you and your wife?
10  A.      That's correct.
11         Q.      Never was any other members?
12  A.      That's correct.
13         Q.      And what percentage does your wife own
14  and what percentage do you own?
15  A.      I don't remember.  I have to check.
16         Q.      Of Dalva, you don't remember?
17  A.      No.
18         Q.      And Dalva is 100 percent member of
19  Accel Commerce?
20  A.      That's correct.
21         Q.      I'm going to show you what's been
22  marked as P-19 for identification.
23         Was Dalva Ventures filed on February 13, 2017?
24  A.      Yes.
25         Q.      And it was filed by Jeremy Falk?

Page 200

1   A.      That's correct.
2          Q.      And Mr. Falk had no involvement in
3   Dalva Ventures?
4   A.      He just advised me to open the company.  As
5   you can see on the last page, Mr. Falk opened so many
6   businesses in the State of Delaware with Harvard
7   Business Services he received a substantial discount.
8   So it was wise for me to. . .
9          Q.      If you go to the third page of that
10  document.
11  A.      Yeah.
12         Q.      Does it show Mr. Falk as a member of
13  Dalva Ventures?
14  A.      Yes, he was the initial member.  I guess so.
15         Q.      Is he a member today?
16  A.      No.  There was an agreement signed the same, I
17  believe the same day that he signed over a membership
18  to my wife and I.
19         Q.      Who paid, if you look on the last page
20  of Exhibit P-19, who paid the fee for the formation of
21  the document --
22  A.      I did.
23         Q.      -- of the entity, Dalva Ventures?
24  A.      I did.  It was on my credit card.
25

Page 201

1    (Plaintiff's Exhibit P-20 is received and
2  marked for identification by the Reporter.)
3
4        Q.      I'm going to show you what's been
5  marked as P-20 for identification.
6    A.      Yeah, this looks like the -- yes, thank you.
7  This is that agreement we just spoke about.
8        Q.      Is this the operating agreement for
9  Dalva Ventures?
10   A.      Yes.  This creates my wife and I as owners of
11  Dalva Ventures and removes Jeremy as the owner, as
12  the -- I forget the correct terminology, I apologize,
13  as the member of Dalva Ventures.
14       Q.      Why did you file in Delaware?
15   A.      That's what Jeremy suggested.
16       Q.      And you filed on February 13, 2017?
17   A.      That's when Jeremy filed it, yeah.
18       Q.      Can you go to the last page of P-20.
19   A.      Sure.
20       Q.      Who are the members?
21   A.      Myself and my wife.
22       Q.      That's it?
23   A.      Yes.
24       Q.      Do you see Mr. Falk's signature there,
25  as well?

Page 202

1    A.      Yeah, I do.  But if you look, if you look in
2  the document, you'll go back and see that the
3  membership structure in the document, the membership
4  structure removes Jeremy from it.
5        Q.      Where, in this document?
6    A.      Yeah.  Hold on one second.  I'll find it for
7  you.  If you look on the second page actually, we
8  don't need to go that far back, you can see that the
9  only membership here is half my wife and half I.
10       Q.      What paragraph is that, 2.1?
11   A.      Yes.
12       Q.      Doesn't that refer to that paragraph
13  as the initial members?
14   A.      Yes.
15       Q.      The initial members?
16   A.      Yes.  This is us switching the initial members
17  to myself and my wife from Jeremy Falk.
18       Q.      And the members of the entity that
19  signed the operating agreement include Mr. Falk; don't
20  they?
21   A.      Yes.  He was originally the member and he
22  signed it over to us right away, as you can see.
23       Q.      What was Falk's role with respect to
24  Dalva Ventures?
25   A.      There was none.  He helped me file -- he

Page 203

1  helped me create the company.
2        Q.      You never told Mike about Dalva
3  Ventures either.  Right?
4    A.      No, I don't believe I did.
5        Q.      Did you sign an operating agreement
6  for Accel Commerce?
7    A.      I don't remember, but I assume -- probably.
8
9    (Plaintiff's Exhibit P-21 is received and
10  marked for identification by the Reporter.)
11
12       Q.      What exactly did Accel Commerce do?
13   A.      I never figured it out.
14       Q.      What?
15   A.      It switched businesses constantly.  I could
16  never figure it out.
17       Q.      What did it start doing?
18   A.      Like agency-type work.
19       Q.      What does that mean?
20   A.      So if somebody wanted some software developed,
21  you know, let's say you wanted an app on your phone or
22  something like that, I would help build it.
23       Q.      And did it eventually change from
24  doing that type of work?
25   A.      Yeah.  It went a little bit more into the

Page 204

1  e-commerce realm over time.
2        Q.      How?
3    A.      I did some work for companies like MageMojo,
4  which is an e-commerce hosting company.
5        Q.      Who were its clients?
6    A.      MageMojo?  MageMojo had like 5,000 clients.  I
7  couldn't tell you.
8        Q.      What other clients did Accel have?
9    A.      I had a lobster client; I had a furniture
10  client; I had a nut milk bag client, real interesting.
11       Q.      Any other clients?
12   A.      I'm thinking, yeah.  Those are the only ones I
13  can think of off the top of my head, Barry.
14       Q.      What kind of revenue did Accel do?
15   A.      I had a nonprofit client.
16       Q.      More or less than 100,000?
17   A.      Less.  A year?
18       Q.      Yes.
19   A.      Much less.
20       Q.      Who was employed by Accel?
21   A.      Jeremy.  I mean, I had a bunch of contractors.
22  Everybody was a contractor; I had no employee.
23       Q.      What was Jeremy?  I thought Jeremy
24  definitely had no affiliation with --
25   A.      I apologize.  I worked with three or four

Page 205

1    different Jeremys, so Jeremy G.
2         Q.      Did Jeremy Falk have any affiliation
3    with Accel Commerce or employed by it?
4    A.      No. I would like to use a profanity, but the
5    answer is no.
6         Q.      Who were the members of Accel
7    Commerce?
8    A.      Dalva Ventures.
9         Q.      I'm going to show you what's been
10   marked as P-21.
11   A.      Thanks.
12        Q.      Is P-21 the operating agreement for
13   Accel Commerce?
14   A.      Um-hum.
15        Q.      And it was filed in Delaware on
16   March 20, 2017?
17   A.      I don't believe this was ever filed.
18        Q.      Accel Commerce was never filed?
19   A.      I'm sorry. I'm a little tired. Could you
20   repeat the question?
21        Q.      Was Accel Commerce ever filed, the
22   Articles of Incorporation ever filed with Accel
23   Commerce on March 20, 2017?
24   A.      I don't remember the date Accel Commerce was
25   filed with the State of Delaware, but that sounds

Page 206

1    correct.
2         Q.      And Dalva Ventures, LLC was its
3    initial member?
4    A.      It's only an initial -- its only member. I
5    think the same situation where Jeremy filed it for me,
6    so I needed him to sign over 100 percent of Dalva
7    Ventures.
8         Q.      If you go to the signature page, which
9    is the last page, you see you signing on behalf of
10   Dalva Ventures?
11   A.      Um-hum.
12        Q.      Although it's misspelled.
13   A.      I'm a horrible speller. That's a good catch.
14        Q.      Are you the one who prepared this
15   operating agreement?
16   A.      Yes.
17        Q.      Did you prepare the Dalva Ventures
18   operating agreement?
19   A.      Yes. It was a template from Harvard Business
20   Services.
21        Q.      If you look at the last page of the
22   Accel Commerce operating agreement, you misspelled
23   Falk's first name, as well. Correct?
24   A.      Did I?
25        Q.      Did you?

Page 207

1    A.      On the Accel one?
2         Q.      You're looking at the Accel one.
3    A.      I don't see the misspelling. Oh, I see it
4    now.
5         Q.      Did you misspell Jeremy Falk's first
6    name?
7    A.      I did.
8         Q.      And did you misspell Dalva?
9    A.      I did.
10        Q.      And did you misspell Ventures?
11   A.      I absolutely did. But I'm not sure, the
12   executed copy might have the correct spelling.
13        Q.      Where is the executed copy?
14   A.      I don't know. I can -- it should be in all
15   the paperwork we sent you.
16        Q.      I'm going to ask you to produce it to
17   us.
18              MR. GUAGLARDI:   Please mark that, Jo.
19        Q.      You and Falk were the managing
20   partners of Accel?
21   A.      No.
22        Q.      Who was?
23   A.      Only Dalva Ventures.
24        Q.      Who was the managing partner of Accel?
25   A.      Dalva Ventures.

Page 208

1         Q.      And who was the managing partner of
2    Dalva Ventures?
3    A.      My wife and I.
4         Q.      Your wife had an active role in
5    managing Dalva Ventures?
6    A.      Yes.
7         Q.      What did she do for Dalva Ventures?
8    A.      Nothing. She just -- I mean, she, she owned
9    half the company.
10        Q.      Mr. Gitman, who managed Accel
11   Commerce?
12   A.      Maybe I'm misunderstanding the question.
13        Q.      Who managed Accel Commerce?
14   A.      Can you explain what you mean by manage? I'm
15   sorry, Barry. I'm getting a little --
16        Q.      Who managed Accel Commerce? Who
17   managed the day-to-day affairs of Accel Commerce?
18   A.      I did.
19        Q.      And did Mr. Falk also manage it?
20   A.      Never.
21        Q.      What was his role?
22   A.      To advise me on finance.
23        Q.      Did he get paid from Accel Commerce?
24   A.      He did not.
25        Q.      What e-mail address did you use on

Page 209

1  behalf of Accel Commerce?
2  A.        David@AccelCommerce probably.
3        Q.        Did Mr. Falk have an Accel Commerce
4  e-mail address?
5  A.        I don't believe so.
6        Q.        You never created an e-mail address
7  for Mr. Falk at Accel Commerce?
8  A.        I don't believe so.
9        Q.        He never created the e-mail address
10  JFalk@AccelCommerce.com for Mr. Falk?
11  A.        I wouldn't have created an address like that.
12        Q.        Could anybody create an
13  AccelCommerce.com e-mail address other than you?
14  A.        Other people might have had access.
15        Q.        Who had access to be able to create an
16  AccelCommerce.com e-mail address other than you?
17  A.        Many, many people.
18        Q.        Who?
19  A.        Any contractor that I've worked with, anyone.
20        Q.        You certainly didn't know about any
21  Accel Commerce e-mail address for Mr. Falk; did you?
22  A.        I wouldn't have created one that was
23  JFalk@AccelCommerce.  I like to use full first names.
24  So if I created one, it would have been
25  Jeremy@AccelCommerce.

Page 210

1        Q.        You created your own at Accel Commerce
2  called DGitman@AccelCommerce.com.  Correct?
3  A.        I thought it was David.  That's very odd if it
4  was DGitman.  It could have been an alias, but I'm
5  surprised that it exists.
6        Q.        Are you denying that you used the
7  DGitman@AccelCommerce.com e-mail address?
8  A.        I'm not denying it.  I don't remember using
9  it.
10        Q.        At the time that you created Accel
11  Commerce, you had a fiduciary duty to Mike Dardashtian
12  with respect to CSV.  Correct?
13  A.        Absolutely.
14        Q.        And you had a fiduciary duty to Mike
15  Dardashtian with respect to ChannelReply.  Correct?
16  A.        Absolutely.
17        Q.        And you had a fiduciary duty to Mike
18  Dardashtian with respect to NDAP.  Correct?
19  A.        Yes.
20        Q.        And you also had a fiduciary duty at
21  the time that you formed Accel Commerce and Dalva
22  Ventures to CSV, to NDAP and to ChannelReply.
23  Correct?
24  A.        I'm sorry.  Could you say that one more time?
25

Page 211

1        (The pending question is read by the
2  Reporter.)
3  A.        Yes.
4        Q.        You wouldn't breach that fiduciary
5  duty; would you?
6  A.        Not on purpose.
7        Q.        And you wouldn't share confidential
8  information belonging to ChannelReply to people
9  outside of you and Mr. Dardashtian, other than the
10  developers; would you?
11  A.        I would not.  I take confidentiality
12  agreements seriously.
13        Q.        And you wouldn't share confidential
14  financial information relating to ChannelReply to
15  anyone other than Mr. Dardashtian; would you?
16  A.        Well, it depends if they had an agreement with
17  the company or not.
18        Q.        Did you have an agreement with Michael
19  Dardashtian or anybody to share ChannelReply's
20  confidential financial information with anyone other
21  than Mike Dardashtian?
22  A.        I assume that Jeremy Falk had an agreement
23  with the company, so he would be privy to that.  We
24  had NDAs in place with many people.
25        Q.        You assume that Jeremy Falk would have

Page 212

1  an agreement for what purpose?
2  A.        I believe we had an NDA placed with Jeremy
3  Falk to discuss the confidential nature of our
4  businesses.
5        Q.        What NDA did you have in place with
6  Mr. Falk with regard to ChannelReply?
7  A.        I'm not sure.  You'd have to ask Mike.
8        Q.        Are you testifying under oath that you
9  had an NDA with Mr. Falk to share any information
10  relating to ChannelReply with Mr. Falk?
11  A.        No.  But I believe that there was an NDA in
12  place with Cooper Square Ventures and Jeremy Falk.
13        Q.        Relating to ChannelReply?
14  A.        No.  Just. . .
15        Q.        Did Mr. Falk have any relationship
16  with ChannelReply?
17  A.        No.
18        Q.        Did Mr. Falk have any ownership
19  interest in ChannelReply?
20  A.        No.
21        Q.        Was Mr. Falk selling ChannelReply?
22  A.        No.
23        Q.        Was Mr. Falk receiving any kind of
24  brokerage commission or fee from ChannelReply?
25  A.        I don't believe so, unless there was something

Page 213

1  going on that I don't know about.

2       Q.    Why would you feel that Mr. Falk

3  might be entitled to ChannelReply's confidential

4  financial information?

5     A.     So I'll repeat myself again, Barry. When we

6  first started working with Jeremy Falk, I assume we

7  put an NDA in place with him so we could discuss all

8  our businesses and confidential information about our

9  businesses.

10      Q.    Why would you have an NDA with

11  Mr. Falk for anything other than the sale of NDAP?

12     A.    I don't know. I didn't put an NDA in place

13  with him. You would have to ask Mike why he did that.

14      Q.    So if there was no NDA in place, then

15  you would never share ChannelReply's confidential

16  financial information with Mr. Falk; would you?

17     A.    I would hope not.

18      Q.    Well, if you did, that would be a

19  violation of your fiduciary duty to ChannelReply, CSV

20  and Mike Dardashtian. Correct?

21     A.    It would be.

22      Q.    And it would also be a breach of your

23  operating agreement obligations to keep confidential

24  information confidential with CSV and ChannelReply.

25  Correct?

Page 214

1     A.    I'm not sure of the validity of my operation

2  agreements, so I can't speak to that.

3      Q.    You mean your operating agreement, not

4  operation agreement?

5     A.    Yes, my operating agreement.

6      Q.    You know you have an obligation under

7  the CSV operating agreement not to share any

8  confidential information, including ChannelReply's

9  confidential information. Correct?

10     A.    I don't believe CSV has an operating

11  agreement.

12      Q.    You don't believe CSV has an operating

13  agreement?

14     A.    That's correct.

15      Q.    So the operating agreement that you

16  referred to earlier --

17     A.    It's the first one. Yes, this is Cooper

18  Square's operating agreement, not Cooper Square

19  Ventures' operating agreement.

20      Q.    So the Cooper Square, LLC operating

21  agreement you don't believe applies to Cooper Square

22  Ventures?

23     A.    That's correct.

24      Q.    And Jeffrey Rothman, who indicated

25  that he left out the word "ventures" as a scrivener's

Page 215

1  error, means to you that the entire document is

2  invalid? Is that your legal position?

3     A.    I have no legal position. I'm not a lawyer.

4      Q.    Are you saying that you have been

5  filing tax returns for Cooper Square Ventures, LLC

6  unlawfully because there is no Cooper Square,

7  LLC entity?

8     A.    The entity exists. It's been registered with

9  New York state.

10      Q.    So are you saying that the operating

11  agreement that you signed and have been abiding by is

12  something that's in the name of Cooper Square, LLC,

13  you don't believe is applicable to Cooper Square

14  Ventures, LLC?

15     A.    Possibly.

16      Q.    Are you aware of whether or not you

17  filed an action, a counterclaim in Federal Court,

18  seeking to enforce the operating agreement for Cooper

19  Square, LLC?

20     A.    I'm not sure.

21

22          (Plaintiff's Exhibit P-22 is received and

23  marked for identification by the Reporter.)

24

25      Q.    I'm going to show you P-22. Do you

Page 216

1  know what P-22 is?

2     A.    It seems to be a P&L statement for Accel

3  Commerce in 2017.

4      Q.    And who prepares these for Accel

5  Commerce?

6     A.    It came right out of QuickBooks, so I don't

7  know.

8      Q.    Did you handle the QuickBooks for

9  Accel Commerce?

10     A.    Most of the time.

11      Q.    So I thought you indicated earlier

12  that you're terrible at finances?

13     A.    I am.

14      Q.    But you handled the QuickBooks for

15  Accel Commerce?

16     A.    Trying. I was interested in learning. You

17  know, it's a new skill for me.

18      Q.    I thought you indicated that Jeremy

19  Falk was guiding you?

20     A.    He was. But after, once the suit was filed,

21  he, you know. . .

22      Q.    You mean this lawsuit?

23     A.    Yes.

24      Q.    Then what happened after this lawsuit

25  was filed?

Page 217

1    A.        He stopped helping me with finances.
2           Q.        Jeremy Falk stopped helping you after
3    this lawsuit was filed?
4    A.        Um-hum.
5           Q.        But before this lawsuit was filed, he
6    helped you?
7    A.        Um-hum.
8           Q.        So if you go to the third page, you'll
9    see the 2018 profit and loss statement, too.  Right?
10   A.        Yeah.
11          Q.        So in 2017 you did about 79,000 and in
12   2018 you did about 78,000.
13   A.        Yeah, not bad.
14          Q.        And if you go to the fifth page, who
15   are they a list of, all the people who work for you?
16   A.        Oh, that's a payroll.  This shows the name of
17   the person, the pay period, their hourly rate, how
18   many hours they worked.
19          Q.        Any of those people work for
20   ChannelReply?
21   A.        No.
22          Q.        Any of those people work for CSV or
23   NDAP?
24   A.        No.
25          Q.        Why didn't you use any of the people

Page 218

1    that worked for CSV and ChannelReply and NDAP?
2    A.        Because that would be -- that wouldn't be
3    fair.
4           Q.        And who prepared these profit and loss
5    statements?  Did Mary Faith Andan?
6    A.        I generated these.
7           Q.        Did Mary Faith Andan have any
8    involvement in preparing them at all?
9    A.        Zero.  After the lawsuit she stopped working
10   with me, as well.
11          Q.        Did Jeremy Falk have any involvement
12   in preparing --
13   A.        No.  After the lawsuit --
14          Q.        -- P-22?
15   A.        I apologize.
16          Q.        After the lawsuit she no longer worked
17   with you, Mary Faith Andan?
18   A.        That's correct.
19          Q.        If you go to that list, William
20   Ragonas --
21   A.        Oh, yeah, Willy.
22          Q.        -- didn't he work for NDAP?
23   A.        He did do some work for NDAP, that's correct.
24          Q.        How about Sasha Anpilov?
25   A.        I don't believe Sasha did any work for NDAP.

Page 219

1           Q.        So why would you use William when you
2    just stated for the record under oath that that would
3    be an absolute prohibition and that you couldn't use
4    somebody that worked for those other companies because
5    it would be a conflict?
6    A.        I was -- William was doing a different type of
7    work for me.
8           Q.        So it was okay because he was doing a
9    different type of work when before you said it wasn't
10   okay?
11   A.        I'm not following you.
12
13          (Plaintiff's Exhibit P-23 is received and
14   marked for identification by the Reporter.)
15
16          Q.        I'm going to show you what's been
17   marked as P-23 for identification.  What is that?
18   A.        It looks -- I don't know.  It looks like some
19   sort of card saying Jeremy Falk is a managing partner.
20          Q.        Of what?
21   A.        Accel Commerce.
22          Q.        How did you spell managing that time?
23   A.        Worse than any other time.
24          Q.        So do you know how to spell managing?
25   A.        Probably with an A.

Page 220

1           Q.        But you spelled it with an E; didn't
2    you?
3    A.        Um-hum.
4           Q.        And what's the e-mail address that you
5    gave Jeremy Falk?
6    A.        JFalk@AccelCommerce.com.
7           Q.        So you actually did give him an e-mail
8    address at Accel Commerce; didn't you?
9    A.        It looks -- I don't believe so.
10          Q.        Does it say JFalk@AccelCommerce.com?
11   A.        It does.
12          Q.        And it says www.AccelCommerce.com?
13   A.        It does.
14          Q.        And that's the website.  Right?
15   A.        That's correct.
16          Q.        And the phone is (646) 242-9579?
17   A.        That's correct.
18          Q.        Whose phone number is that?
19   A.        I don't know.  We can look it up.
20          Q.        Why did you give Jeremy Falk the title
21   managing partner?
22   A.        I think he wanted a business card to hand out
23   so he could introduce me as a partner.
24          Q.        The bookkeeper you hired for Accel was
25   Mary Faith Andan?

Page 221

1   A.      Yes, initially.
2           Q.      And that was the same bookkeeper you
3   hired for CSV.  Right?
4   A.      Yes.
5           Q.      And you found Ms. Andan on Upwork?
6   A.      Yes.
7           Q.      When?
8   A.      You would have to look in Upwork.
9           Q.      How did you find her?
10  A.      In Upwork.
11          Q.      She's based in the Philippines?
12  A.      That's correct.
13          Q.      And you're saying she's got a CPA
14  degree in the Philippines?
15  A.      She's certified, yes.
16          Q.      She's certified in what?
17  A.      You'd have to check her profile.  I don't
18  remember offhand.
19          Q.      Did you ever check her profile?
20  A.      Many times.
21          Q.      Well, then what is she certified in?
22  A.      I don't remember.  I haven't looked at her
23  profile in years.
24          Q.      What was Ms. Andan going to be
25  handling when you were going to be handling the

Page 222

1   technology and Jeremy was going to be focusing on the
2   finance side?
3   A.      Bookkeeping.
4           Q.      Is that similar to the way you and
5   Mike operated CSV, NDAP and ChannelReply?
6           With respect to Ms. Andan, she was going to do
7   the bookkeeping?
8   A.      No.
9           Q.      Didn't she do the bookkeeping for
10  NDAP, ChannelReply and CSV?
11  A.      No.
12          Q.      What did she do the bookkeeping for?
13  A.      For Accel Commerce.
14          Q.      Did Mary Faith Andan do the
15  bookkeeping for NDAP?
16  A.      No.
17          Q.      Did she do the bookkeeping for CSV?
18  A.      No.
19          Q.      Did she do the bookkeeping for
20  ChannelReply?
21  A.      No.
22          Q.      At any time?
23  A.      No.  I asked her to come in and do some
24  reporting for us.
25          Q.      So in Accel when Ms. Andan was going

Page 223

1   to do the bookkeeping and you were going to handle the
2   technology and Jeremy was going to handle the finance,
3   isn't that the same way that CSV, NDAP and
4   ChannelReply were operating?
5   A.      No.
6           Q.      Were you looking for Mr. Falk to
7   replace Mike?
8   A.      No.  I don't want any more partners.
9           Q.      Ms. Andan communicated with you and
10  Falk about the bookkeeping for Accel, though.  Right?
11  A.      I'm sorry.  Could you repeat that?
12          Q.      Ms. Andan communicated with you and
13  Jeremy about the bookkeeping for Accel.  Correct?
14  A.      I don't remember her communicating with
15  Jeremy, but I know I communicated with her directly.
16          Q.      And you don't know whether she had any
17  involvement in preparing the profit and loss
18  statements for Accel --
19  A.      She did not.
20          Q.      -- that were P-22?
21  A.      She did not.  I created those P&L statements.
22          Q.      Did you leave Cue Connect so that you
23  and Falk could spend the majority of your time on
24  Accel?
25  A.      No, definitely not.

Page 224

1           Q.      Why did you form Accel then?
2   A.      I wanted to do some consulting work, that's
3   it.
4           Q.      Did Accel have bank accounts?
5   A.      Yes.
6           Q.      Where?
7   A.      Chase.
8           Q.      Chase?
9   A.      Yes.
10          Q.      Who formed those?
11  A.      Jeremy.
12          Q.      Who were the signatories on those
13  accounts?
14  A.      Myself and Jeremy.
15          Q.      So either of you could sign and take
16  the money out?
17  A.      I believe so.
18          Q.      Did you or Falk take a salary from
19  Accel?
20  A.      No.  Never took a dollar, any of us.
21          Q.      Why didn't you tell Mike about your
22  formation of Dalva and Accel?
23  A.      I didn't feel it was relevant to -- I don't
24  know.  There's just no reason.
25          Q.      You didn't think Mike would be

Page 225

1    interested to know that you were opening up an
2    e-commerce business and a holding company to hold the
3    e-commerce business?
4    A.       Again, I didn't think Mike would be interested
5    in me doing consulting work.
6         Q.       You didn't think to ask him if he
7    might be interested?
8    A.       No.  Mike had a full-time job.
9         Q.       So you didn't think Mike would want to
10   know that the person who was guiding you, Jeremy Falk,
11   was the one who was seeking to get $160,000 in a
12   commission on the NDAP deal?
13   A.       You know, in hindsight, it would have been
14   more prudent for me to have that discussion.  That's
15   an excellent point, Barry.  That was not a good move,
16   that was not a good move on my part.
17        Q.       When you wrote to Mike, did you always
18   use the NDAP e-mail address?
19   A.       No.  I don't know.  I can't answer that
20   question.
21
22            (Plaintiff's Exhibit P-24 is received and
23   marked for identification by the Reporter.)
24
25        Q.       I'm going to show you what's been

Page 226

1    marked as P-24 for identification.
2    A.       Thanks.
3         Q.       Is that the bank account information
4    for Accel Commerce for April 2017?
5    A.       It seems like on the left-hand side there is
6    a -- that looks like a QuickBooks account, QuickBooks,
7    and on the right-hand side it seems to be part of a
8    bank account statement.
9         Q.       This is the bank account statement you
10   had with Chase Bank?
11   A.       I can't tell.
12        Q.       Do you see how it says Accel Commerce,
13   LLC?
14   A.       Oh, yeah, I do see that.
15        Q.       So that was Accel Commerce's bank
16   statement?
17   A.       Yes.
18        Q.       And who would make the bank account
19   deposits?
20   A.       Customers.
21        Q.       They would deposit the money directly?
22   A.       You know, they might send a check or send a
23   wire, something like that.
24        Q.       Did Accel Commerce have terms of
25   service on their website?

Page 227

1    A.       I don't think so.
2         Q.       Who prepared the website?
3    A.       I did.
4
5            (Plaintiff's Exhibit P-25 is received and
6    marked for identification by the Reporter.)
7
8         Q.       Do you know what proprietary
9    information is?
10   A.       It's information -- I believe I do.  But. . .
11        Q.       What is it?
12   A.       It's information that is confidential.
13        Q.       And what is confidential information?
14   A.       It's information that is private.
15        Q.       Do you consider your family's bank
16   account information to be private information?
17   A.       Absolutely.
18        Q.       And you wouldn't want to share it with
19   strangers; would you?
20   A.       I would not.
21        Q.       I've already asked you before if
22   Mr. Falk had anything to do with ChannelReply and you
23   responded that he did not.  Correct?
24   A.       That's correct.
25        Q.       I'm going to show you what's been

Page 228

1    marked as P-25.  P-25 is an e-mail that's from you,
2    David Gitman, from an e-mail address
3    DGitman@AccelCommerce.com.  It's dated April 14, 2017
4    at 3:52 p.m., and it's to Jeremy Falk and it's at the
5    e-mail address JFalk@AccelCommerce.com.  The subject
6    is capital C capital R, P&L 2016, and the attachment
7    is ChannelReply profit and loss for the year 2016.
8            I read that correctly?
9    A.       Um-hum.
10        Q.       Why were you sending Jeremy Falk
11   ChannelReply's private profit and loss statement for
12   2016?
13   A.       So Mary Faith had done some work on trying to
14   understand ChannelReply's books and Jeremy was helping
15   me figure it out.
16        Q.       So you felt that you were able to take
17   the confidential financial information of ChannelReply
18   and send it to Mr. Falk?
19   A.       Absolutely.
20        Q.       And did you have authority to do that?
21   A.       Absolutely.
22        Q.       What authority did you have to do
23   that?
24   A.       Mr. Falk has an agreement, a nondisclosure
25   agreement in place with Cooper Square Ventures.

Page 229

1     Q.      Earlier you testified you weren't sure
2  if there was an NDA in place.
3     A.      You're right.  I'm not 100 percent sure, but I
4  believe there is, and I operated under the assumption
5  that there was one.
6     Q.      Why did you use your AccelCommerce.com
7  e-mail address to send ChannelReply's financial
8  information to Mr. Falk?
9     A.      I guess I like to only have one personal and
10  one business e-mail window open.  So whatever business
11  e-mail was open is where I was sending it from.
12     Q.      Why would you send it to Mr. Falk
13  under his AccelCommerce.com e-mail address rather than
14  his Gmail address?
15     A.      I don't have an answer.  I don't remember
16  Mr. Falk having an Accel Commerce e-mail address.
17     Q.      And why wouldn't you copy Mike
18  Dardashtian on the fact that you were transferring
19  financial information of ChannelReply to Mr. Falk?
20     A.      I don't have an answer.
21     Q.      What was the purpose of the transfer
22  of the information to Mr. Falk?
23     A.      Again, Mary Faith Andan was going through the
24  accounts, as you can see, and --
25     Q.      I can't see anything.  Where is Mary

Page 230

1  Faith --
2     A.      Well, you can look at the description section.
3     Q.      Who prepared the ChannelReply profit
4  and loss statement?
5     A.      Mary Faith Andan.
6     Q.      On behalf of who?
7     A.      Cooper Square Ventures and NDAP or whoever.
8     Q.      Why would anyone take that financial
9  information and send it to Mr. Falk, for what reason?
10     A.      Again, I'm not a good bookkeeper, so I was
11  asking if this is a good way to do the books.
12     Q.      So you sent private information from
13  ChannelReply to Mr. Falk who has got no affiliation
14  with ChannelReply?
15     A.      Again, he has an agreement in place to view
16  ChannelReply information.
17     Q.      And you don't know that there is an
18  agreement that exists; do you?
19     A.      I operated under the assumption that there was
20  an agreement.
21     Q.      Do you understand that this is a
22  breach of your fiduciary duty to Mike, to
23  ChannelReply, to NDAP and to CSV?
24     A.      It is not a breach.
25     Q.      Do you realize that you are violating

Page 231

1  the operating agreement of CSV?
2     A.      CSV doesn't have an operating agreement.
3     Q.      Do you realize that you're violating
4  the operating agreement of Cooper Square by
5  transmitting this information?
6     A.      Cooper Square is not a real entity.
7     Q.      So your belief is that you had no
8  confidentiality obligation to Mike Dardashtian or to
9  ChannelReply and that you were free to disseminate
10  this information to Mr. Falk.  Is that correct?
11     A.      I believe --
12             MR. WILSON:   Objection.
13     Q.      Is that correct?
14     A.      No.
15     Q.      What was your understanding of your
16  obligation to Mike and to ChannelReply as it related
17  to maintaining confidential ChannelReply's financial
18  information?
19     A.      That I had to keep it confidential.
20     Q.      And did you keep it confidential by
21  transmitting it to Mr. Falk?
22     A.      Yes.
23     Q.      How?
24     A.      Jeremy Falk was covered under our
25  nondisclosure agreements.

Page 232

1     Q.      And what's the date of that
2  nondisclosure agreement?
3     A.      You'll have to ask Mike.
4     Q.      Is there a reason Mike wasn't CC'ed to
5  this correspondence, to the e-mail?
6     A.      Mostly because I think he was busy with his,
7  with his new job.
8
9             (Plaintiff's Exhibit P-26 is received and
10  marked for identification by the Reporter.)
11
12     Q.      I'm going to show you P-26.  What's
13  P-26? It shows an e-mail on the first page dated
14  May 17, 2017 at 5:53 p.m. from Jeremy Falk with his
15  Gmail e-mail to Michael Dardashtian at his NDAP
16  e-mail.
17     A.      Um-hum.
18     Q.      And it says Gitman breakdown.
19     A.      I don't remember this.
20     Q.      Can you go to the second page.
21     A.      Um-hum.
22     Q.      The second page, did you create this
23  document?
24     A.      Definitely not.  I have never seen this
25  document before, actually.

Page 233

1    Q.      Did you tell Falk to send this
2  document to Mike?
3    A.      I would never do that, no.
4    Q.      It says that Falk's fee is $100,000;
5  doesn't it?
6    A.      Can you point me towards the line?  Oh, here
7  we go.  Jeremy F, yes, he is including $100,000 cost
8  in here.
9    Q.      Why doesn't it say 80,000?
10   A.      I don't know.  I didn't create this agreement.
11 I have no idea.
12   Q.      Did Falk agree to the 80?
13   A.      I don't remember -- yes.  I don't remember the
14 dates or when.  This isn't -- I don't know what this
15 agreement -- document is.  I have never seen it
16 before.
17   Q.      Were you trying to, at the time of the
18 NDAP sale, obtain a higher percentage of the net sale
19 proceeds than 50 percent because of the work that you
20 did?
21   A.      Yes.
22   Q.      Explain that in detail.
23   A.      I would have to have my spreadsheet in front
24 of me.  I don't remember.  It was three or four years
25 ago.

Page 234

1    Q.      What were you trying to accomplish?
2    A.      To get more, to get a higher percentage of the
3  proceeds of the sale.
4    Q.      Why?
5    A.      Because --
6    Q.      Weren't you 50/50 owners?
7    A.      Yes.
8    Q.      So why were you looking for a higher
9  percentage of the sale than 50/50?
10   A.      I was owed -- the company owed me money
11 mostly.  I would have to have my spreadsheet in front
12 of me to give you more details.
13   Q.      Did Mike bring the buyer to the table?
14   A.      I don't know.
15   Q.      Did you bring the buyer to the table?
16   A.      I definitely did not.
17   Q.      And you don't know who did?
18   A.      It was either Mike or Jeremy.  I don't know
19 what happened.  I was not involved in that.
20   Q.      And did you feel that Mike should
21 receive a reduction in the amount of money that he got
22 from the NDAP sale because he had received health
23 insurance benefits and you did not?
24   A.      That was not a feeling, but I do believe that
25 any distributions Mike took should be paid back to the

Page 235

1  company.
2    Q.      Did you have any understanding of what
3  Mike's distributions were that you contend he took at
4  that time that you were determining the allocation of
5  the NDAP sale proceeds?
6    A.      I was starting to, yes.
7    Q.      What did you understand his
8  disbursements to be?
9    A.      I don't have that spreadsheet in front of me
10 with those numbers.  I'm sorry.
11   Q.      Was it under or over $10,000?
12   A.      Oh, way over $10,000.
13   Q.      Was it under or over $50,000?
14   A.      Well over $50,000.
15   Q.      Was it under or over a million
16 dollars?
17   A.      It was under a million dollars.
18   Q.      Was it under or over $100,000?
19   A.      I would say it's in the $100,000 range.
20   Q.      What proof do you have as to what
21 disbursements he took?
22   A.      The work from Mary Faith Andan.
23   Q.      And where is that work?
24   A.      It's -- you have it.
25   Q.      Identify where the disbursements are

Page 236

1  that you contend that Mike took.
2    A.      I'm sorry.  I'm having -- I'm a little tired,
3  Barry.  Can you try again?
4    Q.      What spreadsheet is there that
5  identifies what Mike took, his disbursements?
6    A.      Mary Faith Andan created some work showing
7  that.  Fortunately, Mike never showed up for the
8  meetings to review it with Mary Faith Andan.  He
9  cancelled on her four times.
10   Q.      Where's the spreadsheet?  Where is the
11 spreadsheet that Mary Faith created?
12   A.      You should have it.  It's in the discovery
13 documents.  It's also been e-mailed to you by Dentons
14 multiple times.
15   Q.      Can you identify what the date was of
16 it?
17   A.      Yes, I would be able to, but not at the
18 moment.
19   Q.      I'm going to ask you to produce that
20 document.
21   A.      Yeah, I think it would be a good idea for you
22 to see it.
23   Q.      How much in health insurance benefits
24 did Mike get?
25   A.      I don't know.

Page 237

1    Q.    And is there a reason that you didn't
2  have health insurance benefits?
3    A.    I elected not to take them.  It was in the
4  best interest --
5    Q.    There's nothing pending.
6    A.    It was in the best interest of the company.
7          MR. GUAGLARDI:   There is nothing
8  pending.  Move to strike.
9    Q.    Did you believe that after the sale of
10  NDAP, that you were going to have obligations after
11  the sale to do work for the buyer?
12    A.    I believe I had many, many months of, I'm
13  sorry, of work to do before the sale and years after,
14  which I did do and it's all logged.
15    Q.    Did you agree to do that work?
16    A.    I didn't -- yes, I did.  I didn't have a
17  choice.  You threatened me, Barry.
18          MR. GUAGLARDI:   Move to strike.  There
19  is nothing pending.
20          MR. WILSON:   You've got to stop doing
21  that.  Stop it.
22          MR. GUAGLARDI:   Counsel, I'm going to
23  ask your client on the record to withdraw that
24  statement.  That was offensive and disparaging and ask
25  if you would ask him to do that on the record so I

Page 238

1  don't have to write to the judge about that issue.
2          MR. WILSON:   I don't think that's
3  necessary.  I spoke to my client.  You saw me speak to
4  my client.  I think we should move on, Counsel.
5          MR. GUAGLARDI:   But isn't it
6  appropriate for him --
7          MR. WILSON:   You already moved to
8  strike it.  I've already spoken to him.  You can stop
9  it.
10  BY MR. GUAGLARDI:
11    Q.    Mr. Gitman, when you said I threatened
12  you, you mean I filed a lawsuit against you?
13    A.    No.
14          MR. WILSON:   Objection.
15          MR. GUAGLARDI:   Mark that.
16
17          (Plaintiff's Exhibit P-27 is received and
18  marked for identification by the Reporter.)
19
20    Q.    P-27.
21    A.    Thanks, Barry.
22    Q.    P-27.  P-27 is an e-mail chain, is an
23  e-mail that is dated -- it's actually an e-mail chain
24  that is dated May 19, 2017 at 6:28 p.m. from Jeremy
25  Falk to both you and Mike.  Correct?

Page 239

1    A.    Correct.
2    Q.    And Jeremy was talking to you and Mike
3  about the BAP transaction because you and Mike
4  couldn't agree on how the net sale proceeds from the
5  transaction were going to be divided between you and
6  Mike.  Correct?
7    A.    Um-hum.
8    Q.    And Jeremy was coming up with a
9  proposal.  Correct?
10    A.    Can I have one second to read it?  That's what
11  it seems like.  Yes, this seems like a proposal to --
12  yes, this seems like a proposal to close the BAP deal.
13    Q.    Did you talk to Jeremy before Jeremy
14  sent his e-mail to you and Mike?
15    A.    Absolute -- yes.
16    Q.    Did you discuss what his proposal was
17  before he even put it in writing to you and Mike?
18    A.    Yes.
19    Q.    Why did you have a discussion with him
20  before he even put the proposal in writing to you and
21  Mike?
22    A.    He sat me down, he had a nice talk with me and
23  said, listen, this is the only way I think the deal is
24  going to get done, and I listened to him and I agreed.
25    Q.    And you agreed with what he was

Page 240

1  proposing?
2    A.    That's correct.
3    Q.    And how much as a percentage of the
4  total net sale proceeds were you going to get versus
5  what Mike was going to get as a result of Jeremy's
6  proposal?
7    A.    I don't know.  I don't see percentages here.
8          MR. GUAGLARDI:   Off the record.
9          (There is a discussion held off the record and
10  a short lunch recess is taken.)
11  BY MR. GUAGLARDI:
12    Q.    Mr. Gitman, when Mr. Falk was talking
13  to you and Mike about resolving the amount of money
14  that each of you were looking to receive at the end of
15  the NDAP sale, was he doing so in his capacity as a
16  consultant to NDAP or as a partner of yours in Accel?
17    A.    I don't know.  That's a good question, Barry.
18  You'd have to ask Jeremy.
19    Q.    Now, in his e-mail it indicates that
20  you were refusing to meet with Mike or speak to him on
21  the phone about this issue.
22    A.    Yeah.
23    Q.    Why?
24    A.    I was angry.  I was scared of an argument.
25    Q.    Did you believe that Mike was taking

Page 241

1  distributions that gave him a negative capital account
2  balance?
3  A.      Yes.
4          Q.      Is that what you said you went through
5  with Mary Faith Andan?
6  A.      Yes.
7          Q.      And that you were going to produce
8  that document to us?
9  A.      Yes.
10         Q.      Part of Falk's proposal was that if
11 you worked more than 60 hours, Mike was going to give
12 you a true-up calculation, which Falk said was
13 initially proposed by you.  Right?
14 A.      I don't remember if I proposed it.
15         Q.      Was the true-up proposal by you, made
16 by you?
17 A.      I don't remember.
18
19         (Plaintiff's Exhibit P-28 is received and
20 marked for identification by the Reporter.)
21
22         Q.      I'm going to show you what's been
23 marked as P-28.  Take a look at it, please,
24 Mr. Gitman.
25 A.      I'm reading it.

Page 242

1          Q.      So you're going to need to start at
2  the back.  It's an e-mail chain and the e-mail chain
3  goes from May 22, 2017 to May 24, 2017.
4          So the first e-mail, which is on page 4 of 5,
5  which is the second to last page of Exhibit P-28, is
6  dated May 22, 2017 at 7:12 p.m. and it's from Mike and
7  it's to you.  Correct?
8  A.      Yes.
9          Q.      And Mike is telling you that he's
10 willing to take 100,000 in recognition of the fact
11 that you have to oversee the transition of the
12 technology and also willing to split the $10,000 legal
13 fee $5,000 each.  Correct?
14 A.      Yes.
15         Q.      So he's telling you that the sale
16 price is 350, after the payment to Parts Authority of
17 the 100,000, which would leave you guys with $175,000
18 each.  Correct?
19 A.      Um-hum.
20         Q.      Is that a yes?
21 A.      Yes.
22         Q.      And that he said he's willing to take
23 100 because you're going to have to oversee the
24 transition of the technology, and he's willing to take
25 half of the legal fee of the ten against what he's

Page 243

1  owed, so he would accept $95,000.
2  A.      Correct.
3          Q.      Which would leave you with 250 or
4  $255,000.  Correct?
5  A.      Yes.
6          Q.      That wasn't fair to you?
7  A.      No.
8          Q.      Why not?
9  A.      I don't have the spreadsheet in front of me
10 with the numbers to explain it.
11         Q.      So did you recognize the fact that
12 Mike brought the opportunity to the business?
13 A.      Yes.
14         Q.      Did you look at the fact that you were
15 going to receive 65 percent of the net sale proceeds
16 and he was going to get 35 percent?
17 A.      Yes.
18         Q.      And even though you were 50/50 owners,
19 he was only going to get 35 percent?
20 A.      Yes.
21         Q.      And you didn't think that was fair?
22 A.      Correct.
23         Q.      So if you go to the page before that,
24 which is the fourth page of the Exhibit P-28, going
25 forward in the e-mail chain, there is a May 24, 2017

Page 244

1  e-mail at 2:53 p.m. from you to Mike.  And you told
2  Mike the purchase price is 450, the liabilities are
3  210, and in that 210 you were allocating 110,000 for
4  Jeremy Falk.
5  A.      Um-hum.
6          Q.      Right?  Is that a yes?
7  A.      Um-hum.
8          MR. WILSON:   You have to say yes or
9  no.
10 A.      I apologize.  I'm a little tired.  Yes.
11         Q.      You know that the amount that was paid
12 to Falk wasn't 110, it was 80.  Right?
13 A.      At some point it was 80.  I don't remember the
14 agreed-upon number at the date of this e-mail.
15         Q.      On the bottom of that e-mail where it
16 says "Previous distributions to Michael Dardashtian."
17 Do you see that?
18 A.      I do.
19         Q.      You wrote: "I have asked the
20 accountants to reconcile and verify around $121,500 in
21 previous distributions that have been taken by you as
22 a partner, including cash, health insurance and other
23 expenses.  Accounting for these previous distributions
24 gives you a negative account balance of around
25 $11,975."

Page 245

1  A.      Yes.
2          Q.      And then you offered Mike $50,000.
3  Correct?
4  A.      Yes.
5          Q.      Do you have the reconciliation that
6  shows that Mike was paid $121,500 in previous
7  distributions?
8  A.      Yes.
9          Q.      Where is it?
10 A.      It's been disclosed to you.  It's in the
11 filings to the court.
12         Q.      I'm going to ask you to produce it to
13 us through Counsel directly.
14         Now, in response to your e-mail on the page
15 before that, which is the second page of Exhibit P-28,
16 Mike wrote to you on May 25, 2017 at 2:06 p.m.  And he
17 asked you in paragraph three why in your prior e-mail
18 you made a reference to Jeremy Falk getting 110,000
19 when Jeremy had already agreed in writing to accept
20 80,000.  Do you see that?
21 A.      Yes.
22         Q.      Why did you make a reference to
23 110,000 in your prior e-mail when Jeremy Falk had
24 already agreed to accept 80,000?
25 A.      I don't remember, but I would assume that I

Page 246

1  was emotionally distressed and my numbers were off.
2  That number for some reason was stuck in my head.
3          Q.      If you look at the e-mail above that
4  on May 25, 2017 at 5:27 p.m., you wrote to Joel:
5  "Thank you for taking my call.  I look forward to
6  reviewing the accounting on Tuesday."  And then below
7  that, you wrote an e-mail on that same day at
8  4:50 p.m. to Joel: "Hi, Joel.  I have had an
9  accounting to create the true-up in my previous
10 e-mail.  Can you please validate this accounting on
11 behalf of the company CSV and NDAP."
12 A.      Um-hum.
13         Q.      So you were still demanding an
14 accounting of CSV through Joel.  Correct?
15 A.      No.  I was asking Joel to verify the
16 accounting.
17         Q.      The accounting that was prohibited
18 under the operating agreement?
19 A.      No.  The reports that Mary Faith Andan
20 created.  I might not be using the correct
21 terminology.
22         Q.      Then the e-mail before that was dated
23 May 26, 2017 at 12:09 p.m. and you wrote there to Mike
24 and Joel: "As you all know, I have been responsible
25 for a leading integration between Car Part Kings and

Page 247

1  BAP.  We have been notified that BAP will provide us
2  with a final APA on Tuesday.  They are not interested
3  in making any changes.  They are looking to close the
4  transaction in the middle of next week.  Renee has
5  reiterated time kills all deal."
6          Why did you write that e-mail?
7  A.      I wanted the deal to close.
8          Q.      And if you look at the second page of
9  Exhibit P-28, Mike responded to you on May 26 at
10 7:49 p.m., and he indicated to you that he's not going
11 to fund your reconciliation with money from the
12 company and that you'd have to pay for it yourself,
13 and that healthcare that was provided to him is not a
14 dollar-for-dollar deduction because the company gets
15 to take a tax deduction for it and that you had the
16 option to draw healthcare benefits in an equal amount
17 to Mike's and you opted not to.
18         Is any of that untrue?
19 A.      That is all true.
20         Q.      And then Mike says that he didn't have
21 any idea who Umar was, never met him, never approved
22 you hiring him, that he didn't approve him, that
23 Jeffrey Rothman is the company's attorney, and that if
24 you hired Umar as your personal attorney, you have to
25 pay for it personally.

Page 248

1          Did you pay for it personally or did you pay
2  for it through the company?
3  A.      I paid for it through the company.
4          Q.      Which company?
5  A.      I don't remember.
6          Q.      Was it CSV or NDAP?
7  A.      I don't believe so.
8          Q.      What company paid for it?
9  A.      Channel Reply, Inc.
10         Q.      Channel Reply, Inc., your company?
11 A.      I don't remember.  There were multiple
12 contracts with Umar; one for him to review the asset
13 purchase agreement which he marked up and found many
14 mistakes with, and I had another agreement with Umar
15 separately to create Channel Reply, Inc.
16         Q.      What did Umar do for the company?
17 A.      He made significant changes to the asset
18 purchase agreement with Buy Auto Parts.
19         Q.      He made, Umar, the lawyer, made
20 significant changes to what asset purchase agreement?
21 A.      The Buy Auto Parts asset purchase agreement.
22         Q.      Did you show Mike any of those changes
23 that Umar made to the asset purchase agreement?
24 A.      Yes.
25         Q.      And did Umar represent you in

Page 249

1    connection with the asset purchase agreement?
2    A.      No.
3         Q.      He represented Mike?
4    A.      He represented the company.
5         Q.      And did you realize that thereafter
6    Umar was negotiating against Mike and against the
7    company to try and realize as much of a financial
8    benefit for you that he could obtain in the ultimate
9    allocation of the net sale proceeds of the NDAP asset
10   sale?
11   A.      I don't believe Umar negotiated at all.
12        Q.      The e-mail above that is from May 27,
13   2017 at 4:34 p.m. from you to Mike, copying Jeff
14   Rothman, Jeremy Falk, Joel Liebman and Umar.  And this
15   is what you wrote: "Thank you for taking the time to
16   express the taxation benefits for your distributions
17   to the company."  This is to Mike.  "However, I will
18   continue to authorize the company to proceed with the
19   financial audit to correctly state capital accounts,
20   individual tax liabilities, et cetera."
21        Do you know that you don't have the authority
22   to unilaterally make that decision?
23   A.      I didn't know at that time.
24        Q.      Do you know it now?
25   A.      Yes.

Page 250

1         Q.      And do you know that you couldn't go
2    demand an audit, especially if Mike didn't agree?
3    A.      Yes, I know now.
4         Q.      And then you wrote: "Your resistance
5    for an accounting has given me cause to transfer the
6    company's cash balances to a call deposit account."
7         So because Mike was not agreeing to an
8    accounting unless you paid for it, you were going to
9    transfer all of NDAP's cash balances to another
10   account without Mike's authorization?
11   A.      Yes.
12        Q.      Do you realize that that's a violation
13   of your fiduciary duty?
14   A.      No.
15        Q.      Do you realize that's a violation of
16   the operating agreement?
17   A.      No.
18        You think you have the unilateral
19   authority without Mike's consent to transfer the
20   company's cash balances in the NDAP account to another
21   bank?
22   A.      Yes.
23        Q.      What gives you that authority?
24   A.      I believe that there were improprieties and I
25   was protecting the company.

Page 251

1         Q.      What improprieties?
2    A.      With the accounting and the way money was
3    being handled.
4         Q.      Name every specific impropriety.
5    A.      I couldn't right now.
6         Q.      Name any conceptual improprieties.
7    A.      I couldn't.  I would have to ask an
8    accountant.
9         Q.      Did you have an accountant do an
10   accounting at that point in time?
11   A.      No.  But I did have Mary Faith Andan do an
12   initial review of our accounts.
13        Q.      So what was the improprieties that
14   caused you to unilaterally decide that you were going
15   to go and switch the cash balances out of the account
16   with NDAP and put it into another account?
17   A.      I'm sorry.  Could you repeat it?
18        (The pending question is read by the
19   Reporter.)
20   A.      Again, I believe there were improprieties, so
21   I was protecting my company.
22        Q.      Do you know if the reconciliation was
23   performed by Mary Faith Andan?
24   A.      Yes.
25        Q.      Did she do the reconciliation using

Page 252

1    bank statements or just using QuickBooks?
2    A.      Bank statements.
3         Q.      Using bank statements?
4    A.      Yes.
5         Q.      So you based your claims of a
6    disproportional amount of money being paid to Mike
7    through expenses based on Mary Faith Andan's
8    reconciliation?
9    A.      Yes.
10        Q.      And her bookkeeping?
11   A.      Yes.
12        Q.      Do you know if Mary Faith Andan had
13   your bank statements at that time?
14   A.      Yes.
15        Q.      You don't know?
16   A.      I do know.
17        Q.      How do you know?
18   A.      I remember her asking for the bank statements
19   immediately when we -- immediately after engaging her
20   in December of 2016.
21        Q.      What were the improprieties that
22   caused you to threaten that you were going to take the
23   money out of the bank and switch it into another bank
24   for NDAP?
25   A.      The way the money was moving around.  Again,

Page 253

1   you would have to check with the accounting.
2       Q.      What way was it moving around?
3   A.      Between -- I don't remember.
4       Q.      Then you wrote -- withdrawn.
5           By the way, in that same paragraph you say
6   that an audit is going to be completed by Joel
7   Liebman's firm.  Correct?
8   A.      Yes.  I asked Joel to audit Mary Faith Andan's
9   work.
10      Q.      And thereafter, when it was offered
11  that Joel Liebman do the audit, didn't you refuse to
12  have Joel Liebman's firm do the audit?
13  A.      I don't believe so.
14      Q.      Is it not your position that you
15  demanded that some third party do the audit when
16  Dentons was your attorneys and that Joel Liebman's
17  firm not be permitted to do the audit?
18  A.      During litigation I did request a third party
19  to perform an accounting.
20      Q.      And did you deny or refuse allowing
21  Joel Liebman's firm to do the audit?
22  A.      I don't remember.
23      Q.      The next paragraph in your e-mail of
24  5/27/17 of 4:34 p.m. said you will also continue to
25  authorize Summit Rock Holdings in working with Buy

Page 254

1   Auto Parts to execute on the terms of the purchase.
2           What authority did you have to go make that
3   authorization when Mike was not in agreement at that
4   time?
5   A.      I was protecting the best interest of the
6   company.
7       Q.      Then you offered to have the proceeds
8   for the purchase to be held in escrow by Jeffrey
9   Rothman until the accounting is complete.
10  A.      Um-hum.
11      Q.      You agreed with that.  Right?
12  A.      I did.
13      Q.      Then you wrote: "I also would like to
14  remind you there will be a true-up with the
15  accounting."
16          Were you unilaterally dictating what was going
17  to happen within the company?
18  A.      No.
19      Q.      When you wrote, "You will receive your
20  share of the asset purchase proceeds after the
21  company's liabilities are satisfied as required by our
22  operating agreements," plural, agreements with an S,
23  "and the asset purchase agreement," were you dictating
24  what Mike had to do?
25  A.      No.

Page 255

1       Q.      What operating agreements were you
2   referring to?
3   A.      I don't remember.
4       Q.      Well, you used the word plural, so
5   that means more than one.  Right?
6   A.      It's possible.
7       Q.      Well, how many operating agreements
8   were relevant in this sale?
9   A.      At least the NDAP operating agreement.  I'm
10  not sure how the deal was structured.
11      Q.      Wasn't the Cooper Square operating
12  agreement relevant, as well, and that's why you put
13  operating agreements, plural?
14  A.      It's possible.
15
16          (Plaintiff's Exhibit P-29 is received and
17  marked for identification by the Reporter.)
18
19      Q.      Your belief that Mike had a negative
20  capital balance, did you actually have any proof that
21  he made any kind of distributions that were
22  inappropriate?
23  A.      Yes.
24      Q.      Or were you just suspicious?
25  A.      Yes.

Page 256

1       Q.      Yes, what?
2   A.      We had proof.
3       Q.      What proof did you have?
4   A.      Bank statements, cancelled checks.
5       Q.      And what distributions did Mike make
6   that comprised $121,500?
7   A.      You would have to check the spreadsheets for
8   those details.
9       Q.      And where are those spreadsheets?
10  A.      That's the spreadsheet you asked for earlier.
11      Q.      That you're going to produce to me?
12  A.      Yes.  It's also filed in the case, but I'll be
13  happy to reproduce it to you.
14      Q.      Now, you ultimately settled the NDAP
15  allocation of net sale proceeds with Mike and it was
16  filed as a settlement in the Federal Court.  Correct?
17  A.      I'm sorry.  I don't understand.
18      Q.      You and Mike ultimately settled the
19  distribution of the NDAP sale proceeds.  Correct?
20  A.      I don't know actually.
21      Q.      You don't know whether you signed a
22  settlement agreement?
23  A.      I never signed a settlement agreement.
24      Q.      You didn't sign a settlement agreement
25  involving Jeremy Falk and with you and Mike and how

Page 257

1  those sale proceeds were going to be allocated?
2  A.        I did sign a settlement agreement with Jeremy
3  Falk.
4         Q.        Do you recall what happened with the
5  NDAP sale proceeds?
6  A.        No, I don't.
7         Q.        What is Channel space Reply, Inc.?
8  A.        I don't know. I forget the -- I know I
9  incorporated a company. I forget if it was Channel
10  space Reply, Inc. or Channel Reply.
11        Q.        Let me see if I can rephrase the
12  question. Do you know how you named the company?
13  A.        I don't remember. I'm sorry. It's been a
14  while.
15        Q.        The company's name is Channel Reply,
16  Inc.?
17  A.        That I'll give you.
18        Q.        Is that correct?
19  A.        Yes.
20        Q.        And the Channel Reply is not one word;
21  is it?
22  A.        I don't remember.
23        Q.        You don't remember?
24  A.        No.
25        Q.        Why did you form Channel Reply, Inc.?

Page 258

1  A.        That's a great question. At the time of the
2  sale of the company, we needed to split out --
3         Q.        Sale of what company?
4  A.        NDAP. We needed to split out the assets and
5  the books, so it was time to start a new company for
6  Channel Reply.
7         Q.        And Mike had already previously
8  presented you with a Channel Reply, LLC document --
9  A.        Um-hum.
10        Q.        -- well before you formed Channel
11  Reply, Inc. Correct?
12  A.        Um-hum.
13        MR. WILSON:   Say yes or no.
14  A.        Yes.
15        Q.        So wouldn't that have been the
16  appropriate legal mechanism to take over the business
17  of ChannelReply, given the fact that you had agreed
18  with him during your Skype, your Skype conversation or
19  your chat conversation to form Channel Reply, LLC?
20  A.        I now believe that a C Corp. was the proper
21  vehicle for ChannelReply.
22        Q.        And did you ever put in writing that
23  you didn't want to form Channel Reply, LLC because you
24  believe a C Corp. was the proper entity?
25  A.        I don't remember.

Page 259

1         Q.        Did you ever notify Mike that you had
2  formed Channel Reply, Inc. because you felt a C Corp.
3  was the proper entity?
4  A.        I don't remember.
5         Q.        Did you ever advise Mike that you had
6  formed Channel Reply, Inc. at all?
7  A.        I don't remember.
8         Q.        Other than the fact that you believe
9  the C Corp. was the appropriate entity to embody the
10  ChannelReply software as a service business, was there
11  any other reason?
12  A.        Also to ensure the developers got the employee
13  stock options that they were promised.
14        Q.        What stock options did the developers
15  have with respect to ChannelReply that you're
16  referring to?
17  A.        They didn't have it, so I was trying to create
18  a stock option for them.
19        Q.        They didn't have any stock options;
20  did they?
21  A.        No. There was no company that existed to be
22  able to give them stock options.
23        Q.        So there was nothing in writing as of
24  the time that you formed Channel Reply, Inc. that gave
25  Konstantyn Bagaev or Olesksii Glukharev any type of a

Page 260

1  stock option. Correct?
2  A.        Yes. It would be impossible to give a stock
3  option with the type of corporations we had set up.
4         Q.        So the answer is there was no stock
5  options provided to Bagaev or Glukharev as of the time
6  that you filed Channel Reply, Inc. Correct?
7  A.        Correct.
8         Q.        And at the time that you filed Channel
9  Reply -- strike that.
10        At the time that you formed Channel Reply,
11  Inc., ChannelReply the business, the software as a
12  service business already had a website. Correct?
13  A.        Yes.
14        Q.        And it already had monthly
15  subscribers. Right?
16  A.        Yes.
17        Q.        And it already had bank accounts.
18  Right?
19  A.        No.
20        Q.        It didn't have a bank account?
21  A.        That's correct.
22        Q.        Where did the money that the
23  subscribers were paying for their ChannelReply
24  software as a service business get deposited prior to
25  the time that you formed Channel Reply, Inc.?

Page 261

1   A.      It was not clear to me.  I don't know.
2          Q.      Did you ever ask Mike?
3   A.      Yes.
4          Q.      And what was your answer?
5   A.      It was not clear.  It was going into multiple
6   accounts.
7          Q.      What accounts was it going into?
8   A.      As I said before, multiple Bank of America
9   accounts, PayPal accounts, Stripe accounts, all types
10  of accounts.
11         Q.      In the name of which companies?
12  A.      Multiple companies.
13         Q.      NDAP and CSV?
14  A.      I'm not sure.  I don't remember.
15         Q.      Any other companies other than NDAP or
16  CSV?
17  A.      Possibly.  I don't remember.
18         Q.      What other companies other than -- you
19  have to let me finish.
20         What other companies other than NDAP or CSV
21  was the ChannelReply software as a service business
22  revenues being deposited into other than NDAP or CSV
23  accounts?
24  A.      I don't know.
25         Q.      When did you first come up with the

Page 262

1   idea to create Channel Reply, Inc.?
2   A.      I don't remember the date.
3          Q.      Who helped you form Channel Reply,
4   Inc.?
5   A.      Umar Farooq.
6          Q.      Did Umar Farooq at the time that he
7   helped you form Channel Reply, Inc. know that
8   ChannelReply and its business revenues were being
9   deposited into the CSV and NDAP bank accounts?
10  A.      I don't know what he knew.
11         Q.      Did he know that at the time that you
12  formed Channel Reply, Inc. and he helped you, that all
13  of the revenue from ChannelReply software as a service
14  was being declared as income by CSV for the federal
15  government?
16  A.      I don't know what he knew.
17         Q.      Did you tell him?
18  A.      I don't remember.
19         Q.      Did anyone other than Umar Farooq help
20  you form Channel Reply, Inc.?
21  A.      I don't believe so.
22         Q.      I'm going to show you what's been
23  marked as P-29.  What is P-29, Mr. Gitman?
24  A.      It's a Slack conversation.
25         Q.      What is Slack?

Page 263

1   A.      It's a messaging tool.
2          Q.      And do you have to enroll in Slack to
3   be able to use it?
4   A.      Yes.
5          Q.      Did you have an account with
6   ChannelReply in Slack?
7   A.      No.
8          Q.      What type of account did you have with
9   Slack?
10  A.      Oh, maybe I did.  I'm sorry.  I don't remember
11  what kind of account I had.
12         Q.      Do you see in the upper left-hand
13  corner of P-29, what does it say in white?
14  ChannelReply?
15  A.      Yes.
16         Q.      Was this ChannelReply's Slack account?
17  A.      Yes.
18         Q.      And this was a conversation between
19  you and Olesksii Glukharev?
20  A.      Um-hum.
21         Q.      Who is Olesksii Glukharev?
22  A.      He's a developer.
23         Q.      He's the other developer with
24  Konstantyn Bagaev from the Ukraine who helped as
25  independent contractors for NDAP and CSV develop

Page 264

1   ChannelReply?
2   A.      Yes.
3          Q.      Let's read what was stated there from
4   the top down.
5   A.      Would you like me to read it?
6          Q.      Sure.
7   A.      I said: "I was going to spend time with you
8   and K, not in the country."
9          Q.      Not the country?
10  A.      Not the country.
11         Q.      Who is K, Bagaev?
12  A.      That's correct.
13         Q.      So you said to Glukharev: "I was going
14  to spend time with you and K, not the country."
15         You mean the country of Ukraine?
16  A.      I don't remember which country I was talking
17  about.
18         Q.      Were you telling him you were going to
19  go visit the Ukraine to see him and Bagaev and that's
20  why you were going there?
21  A.      The gist of the conversation was we were
22  trying to make plans to meet up and figuring out where
23  the best place to meet was.
24         Q.      Was the best place to meet in the
25  Ukraine?

1    A.      It ended up to be the Ukraine, yes.
2           Q.      And why were you planning to meet him
3    and Bagaev?
4    A.      I often meet with our developers in the
5    Ukraine.
6           Q.      What were you planning on meeting with
7    them around May 30, 2017 for?
8    A.      Just a normal meeting.
9           Q.      Normal meeting?
10   A.      Um-hum.
11          Q.      And you didn't have any particular
12   reason you were going to go to the Ukraine to meet
13   Mr. Bagaev and Mr. Glukharev for?
14   A.      I don't remember if I had a specific agenda.
15          Q.      Well, let's read down.  You said: "I
16   will look for least expensive flights and talk to my
17   wife."  Correct?
18   A.      Um-hum.
19          Q.      Then you wrote: "I'm moving
20   ChannelReply e-mail to a dedicated G Suite account."
21   A.      Um-hum.
22          Q.      What does that mean?
23   A.      That means I was moving the ChannelReply
24   e-mail to a dedicated Google account.
25          Q.      Why?

1    A.      Because we were doing that with all our
2    services in preparation for the asset purchase
3    agreement to be executed with Buy Auto Parts.
4           Q.      And were you doing that because you
5    wanted Mike not to have access to the ChannelReply
6    e-mail?
7    A.      No, absolutely not.
8           Q.      And then you wrote: "You should have
9    received an e-mail in your personal inbox with the new
10   account."
11   A.      That's correct.
12          Q.      And the date of this conversation is
13   May 30, 2017.  Correct?
14   A.      No.  It's over two dates.
15          Q.      What are the two dates?
16   A.      It's hard to say.  The dates of the
17   conversation, it's cut off.  I can't tell.
18          Q.      You see in the lower left-hand side,
19   what's the date that's reflected there?
20   A.      Well, that's the date of the screenshot from,
21   it looks like, a third-party tool.  It doesn't reflect
22   a date, the time of the actual conversation.
23          Q.      Was the conversation on or about
24   May 30th?
25   A.      Yes.

1           Q.      2017?
2    A.      I'll say yes.  I don't remember, though.
3           Q.      So you wrote to Glukharev and said:
4    "You should have received an e-mail in your personal
5    inbox with the new account."
6    A.      Yes.
7           Q.      "Can you give me your old password so
8    I can migrate your e-mail."
9    A.      Yes.
10          Q.      What does that mean?
11   A.      So I could move his ChannelReply e-mail from
12   NDAP into the new ChannelReply standalone account.
13          Q.      Did you send Mike an e-mail in his
14   personal inbox with the new account?
15   A.      Everybody should have received the e-mail.
16          Q.      On that day?
17   A.      I was doing one account at a time, so it could
18   have been -- should have been a few days later.
19          Q.      Then you wrote: "I reset your NDAP
20   password to kick off the migration of your e-mails to
21   ChannelReply's new G Suite account."
22   A.      Yeah.
23          Q.      Why did you do that?
24   A.      He took too long to reply, so I just took the
25   migration into my own hands.

1           Q.      And did Mike know that this was
2    happening at the time that you were having these
3    conversations?
4    A.      I can't speak for Mike.
5           Q.      And you didn't have any purpose in
6    going to visit Glukharev and Bagaev at that time at or
7    about May 30, 2017?
8                   MR. WILSON:   Objection.  You can
9    answer.
10   A.      I don't remember my agenda.
11          Q.      Do you normally fly to the Ukraine for
12   no reason?
13   A.      No.
14                  MR. WILSON:   Objection.  You can
15   answer.
16   A.      I often fly to the Ukraine to meet with my
17   developers.
18          Q.      And how did you communicate with
19   Mr. Glukharev during the time that he worked for NDAP
20   and CSV and ChannelReply?
21   A.      E-mail, Slack, the standard communication.
22          Q.      In any other way?
23   A.      Not that I remember.  Maybe we Vibered once in
24   a while, something like that.  I can't recall every
25   single communication method we used.

Page 269

1          (Plaintiff's Exhibit P-30 is received and
2   marked for identification by the Reporter.)
3
4          Q.      In April of 2017 was ChannelReply's
5   banking with Bank of America?
6   A.     **No.  ChannelReply didn't have a bank account.**
7          Q.      In April of 2017 was the money that
8   was being earned by ChannelReply deposited in the
9   Cooper Square Ventures' bank account with Bank of
10  America?
11  A.     **It's possible.  Some money did go into the**
12  **Cooper Square Ventures' Bank of America account.**
13         Q.      Did Cooper Square Ventures have any
14  other bank accounts other than Bank of America in
15  April of 2017?
16  A.     **I don't know.  I can't answer that question.**
17         Q.      Did NDAP have any other bank accounts
18  other than in the Bank of America in April of 2017?
19  A.     **I would not know that.**
20         Q.      Who would?
21  A.     **Michael Dardashtian.**
22         Q.      I'm going to show you what's been
23  marked as P-30.  What's the ending balance of the
24  Cooper Square Ventures' bank account in Bank of
25  America as of April 30, 2017?

Page 270

1   A.     **$73,000.  Excuse me, $73,436.86.**
2          Q.      And that is the Cooper Square
3   Ventures' bank account in Bank of America.  Right?
4   A.     **Um-hum.**
5          Q.      For the month of April of 2017.
6   Right? Mr. Gitman?
7   A.     **For the month of April of 2017, that's**
8   **correct.  I was looking for the date.**
9
10         (Plaintiff's Exhibit P-31 is received and
11  marked for identification by the Reporter.)
12
13         Q.      I'm going to show you what's been
14  marked as P-31.  What's P-31, Mr. Gitman?
15  A.     **It's a Certificate of Incorporation of Channel**
16  **Reply, Inc.**
17         Q.      What's the date on it?
18  A.     **5/30/2017.**
19         Q.      Who filed a certificate of
20  incorporation of Channel Reply, Inc. on May 30, 2017?
21  A.     **Umar Farooq.**
22         Q.      And how long had you been discussing
23  the filing of a new entity called Channel Reply, Inc.
24  with Mr. Farooq prior to May 30, 2017? .
25  A.     **I don't recall.**

Page 271

1          Q.      And who elected Delaware?
2   A.     **Could you -- are you asking why Delaware was**
3   **selected as the state of incorporation?**
4          Q.      Yes.
5   A.     **Umar Farooq.**
6          Q.      And do you see on the second page you
7   signed that document?
8   A.     **Yes, I see my signature.**
9          Q.      On May 27, 2017?
10  A.     **Yes.**
11         Q.      You didn't tell Mike Dardashtian that
12  you formed Channel Reply, Inc. on May 27, 2017; did
13  you?
14  A.     **I don't remember.**
15         Q.      You didn't tell Mike that you filed a
16  certificate of incorporation for Channel Reply, Inc.
17  on May 30, 2017; did you?
18  A.     **I'm sorry.  I don't know what was filed on May**
19  **30th.  Again, on May 27, this document was filed.**
20         Q.      Did you ever have a discussion with
21  Mike about the fact that you formed Channel Reply,
22  Inc. at any time at or before the time that you
23  actually formed it?
24  A.     **I don't recall.**
25         Q.      Do you have any documents that show

Page 272

1   that you were filing Channel Reply, Inc. to Mike?
2   A.     **I don't recall.**
3          Q.      Did you copy Mike on the filing?
4   A.     **I didn't do the filing, so I'm not sure if**
5   **Umar.  I did not.**
6          Q.      Did you forward Mike a copy of the
7   filed certificate of incorporation of Channel Reply,
8   Inc.?
9   A.     **I don't remember.**
10         Q.      And you picked the name Channel Reply,
11  Inc.  Correct?
12  A.     **I don't remember.**
13         Q.      Who else would have picked the name
14  Channel Reply, Inc.?
15  A.     **Umar Farooq.**
16         Q.      How would he have known to pick
17  Channel Reply, Inc.?
18  A.     **I don't know.**
19         Q.      Did you think that the name Channel
20  Reply, Inc. might be confusingly similar to the name
21  ChannelReply with a website that already existed with
22  ChannelReply software as a service?
23  A.     **It was meant as a holding company for that**
24  **website.**
25         Q.      So you formed Channel Reply, Inc. in

Page 273

1  order to take and control the ChannelReply software as
2  a service business.  Is that correct?
3  A.      No.
4          Q.      Was your address at that time 100
5  Sterling Place, Apartment 1A, Brooklyn, New York?
6  A.      Yes.
7          Q.      Do you know who prepared the
8  certificate of incorporation for Channel Reply, Inc.?
9  A.      I don't remember.
10
11         (Plaintiff's Exhibit P-32 is received and
12  marked for identification by the Reporter.)
13
14         Q.      Mr. Gitman, I'm going to show you
15  what's been marked as P-32 for identification.  That's
16  the bank account for Channel Reply, Inc.; isn't it?
17  A.      This is a statement for the month of June for
18  Channel Reply, Inc.
19         Q.      And there were total deposits of
20  $22,579.25 in the month of June 2017 for Channel
21  Reply, Inc. at Chase Bank?
22  A.      Yes.
23         Q.      Account number 0000912597775?
24  A.      I think you missed some zeroes, but yes.
25         Q.      And did you set that bank account up?

Page 274

1  A.      Yes.
2          Q.      And did you make those deposits?
3  A.      No.
4          Q.      Who did?
5  A.      They were automatic deposits.
6          Q.      And was that money deposited in
7  Channel Reply, Inc. for the work or the services that
8  were done by ChannelReply software as a service?
9  A.      Yes.
10         Q.      And if you go to the second page of
11  that exhibit where it says ATM and debit card
12  withdrawals.
13  A.      Yes.
14         Q.      Who was the Upcounsel Stripe fee for
15  $2,829.75 paid to?  Was that to Umar Farooq?
16  A.      Probably.
17         Q.      And if you go down two entries from
18  that entry to the second Upcounsel.com payment of
19  $1,349.25, that was to Umar Farooq also; wasn't it?
20  A.      I don't -- it's possible.  I don't have the
21  Upcounsel receipts in front of me.
22         Q.      And then if you go down to the
23  electronic withdrawals, there is a $5,000 online
24  transfer.  Who is that to?
25  A.      I don't know.

Page 275

1          Q.      And then there is a transfer to Bagaev
2  for $2,347.92?
3  A.      Yes.
4          Q.      What was that for?
5  A.      I don't remember.
6          Q.      And then there was another transfer to
7  Bagaev for 2,000?
8  A.      Yes.
9          Q.      What was that for?
10  A.      I don't remember.
11         Q.      Then there was a transfer, it looks
12  like to Cooper Square Ventures to the Bank of America
13  account for $3,453.84.
14         Was that because the court ordered you to
15  start paying some of the money back?
16  A.      I don't remember.
17         Q.      Where was the rest of the money that
18  was in the Channel Reply, Inc. account comprising the
19  $22,579.25 paid to after those expenses?
20         Was it given to you?
21  A.      No.
22         Q.      Did you pay the money back to Cooper
23  Square Ventures or to NDAP?
24  A.      Yes.
25         Q.      Yes, what?

Page 276

1  A.      The remaining balance was paid to NDAP the day
2  the company was closed.
3          Q.      Did you ever pay all of the money back
4  that Channel Reply, Inc. stole from Cooper Square
5  Ventures and NDAP --
6          MR. WILSON:   Objection.
7          Q.      -- that was deposited into this
8  account?
9          MR. WILSON:   Objection to the term
10  stole.
11         Q.      You can answer the question.
12  A.      I didn't steal any money.
13         Q.      Did you pay the money back that you
14  took from ChannelReply software as a service and
15  deposited it into Channel Reply, Inc. and pay it back
16  to Cooper Square Ventures?
17  A.      I didn't take money from ChannelReply as a
18  service.
19         Q.      Where did the deposits come from that
20  are contained within Exhibit 32?
21  A.      They're all listed here.
22         Q.      Are they from customers of
23  ChannelReply software as a service?
24  A.      Not directly, but yes.
25         Q.      So wasn't that money due to

Page 277

1  ChannelReply software as a service?
2  A.    It's due to Channel Reply, Inc.
3         Q.    It was due to Channel Reply, Inc.
4  because you formed Channel Reply, Inc.?
5  A.    That's correct.
6         Q.    And a week before you formed Channel
7  Reply, Inc., who was it due to then?
8  A.    I don't know.
9         Q.    Where did the money get deposited
10  before you formed Channel Reply, Inc. and opened the
11  Chase Bank account?
12  A.    I don't know.
13        Q.    You have no idea?
14  A.    I don't remember.  I have no idea.
15
16         (Plaintiff's Exhibit P-33 is received and
17  marked for identification by the Reporter.)
18
19        Q.    Mr. Gitman, do you know why the court
20  ordered you to shut down and dissolve Channel Reply,
21  Inc.?
22  A.    Yes.
23        Q.    Why?
24  A.    I believe because the judge wanted -- thought
25  the best course of action was to reset the status of

Page 278

1  the company in order to solve the issue quickly.
2         Q.    Is that the only reason?
3  A.    Yes.
4         Q.    Do you recall being in Judge Stanton's
5  chambers when Judge Stanton told you that you needed
6  to make it evaporate?
7  A.    Yes.  I don't remember if he used the word
8  evaporate.
9         Q.    You don't remember if Judge Stanton
10  used the word evaporate when he told you that that's
11  what he recommended you do with Channel Reply, Inc.?
12  A.    No, I don't remember that.
13        Q.    You do remember that the court ordered
14  you to dissolve it immediately or be subject to
15  sanctions and penalties.  Correct?
16  A.    I do remember that.
17        Q.    And why would the court make you
18  dissolve an entity if the entity was lawfully existing
19  and didn't violate any laws?
20         MR. WILSON:   Objection.  Calls for a
21  legal conclusion.
22  A.    I know now.
23        Q.    I'm going to show you what's been
24  marked as P-33 for identification.  P-33 is the Cooper
25  Square Ventures' Bank of America account; isn't it?

Page 279

1         Isn't it?
2  A.    P-33 looks like a copy of two transactions
3  that took place from a Cooper Square Ventures' bank
4  account.
5         Q.    Mr. Gitman, did you withdraw on
6  May 30, 2017 the sum of $23,982.53 from the Cooper
7  Square Ventures' Bank of America account ending in
8  7345 and transferred it to your Channel Reply, Inc.
9  bank account?
10  A.    No.
11        Q.    Where did you transfer the money to?
12  A.    A temporary holding account.
13        Q.    What temporary holding account did you
14  transfer --
15  A.    Hold it.  I apologize.  Give me one second to
16  verify that.  That's correct.  I'm sorry, Barry.
17        Q.    Why don't you tell me what you did on
18  May 30, 2017.  And remember you're under oath.
19  A.    Mr. Farooq told me to move the money in the,
20  in the Cooper Square Ventures' bank account to a
21  temporary holding account and that's what I did.
22        Q.    So Mr. Farooq told you to withdraw and
23  transfer on May 30th, 2017 from the Cooper Square
24  Ventures, LLC bank account in Bank of America ending
25  7345 the sum of $23,982.53 and the sum of $50,000 from

Page 280

1  the Cooper Square Ventures, LLC bank account to a
2  holding account?
3  A.    Yes.
4         Q.    What holding account did you transfer
5  the money to?
6  A.    The Bank of America holding account.
7         Q.    In whose name, Mr. Gitman?
8  A.    It was in my name.
9         Q.    So you took $50,000 on May 30, 2017 --
10  A.    Well, actually --
11        Q.    You have to let me finish my question,
12  please.  There is no question pending.
13         You took $50,000 on May 30, 2017 and
14  transferred it from the Cooper Square Ventures' bank
15  account in Bank of America ending 7345 to your own
16  account in your own name?  It's a yes or no.
17  A.    I don't remember.
18        Q.    Did you transfer the $50,000 to an
19  account in your own name?
20  A.    I don't remember.
21        Q.    You just earlier testified that you
22  transferred it to an account, holding account in your
23  name?
24  A.    Yes, I did.
25        Q.    Well, were you lying?

1  A.      No.  I might have misspoken.  I don't remember
2  in what name I opened the account.
3          Q.      Oh, you opened the account, the
4  holding account?
5  A.      Yes.
6          Q.      And you opened it on May 30, 2017.
7  Correct?
8  A.      Yes.
9          Q.      And you don't recall whether you
10 opened it up in your own name?
11 A.      I don't remember what name I opened the
12 account in.
13         Q.      Did you open it in Cooper Square
14 Ventures' name?
15 A.      I don't remember.
16         Q.      Wouldn't it have been appropriate to
17 take money out of a Cooper Square Ventures' bank
18 account and deposit it and transfer it into another
19 account in the name of Cooper Square Ventures?
20 A.      I think I did that.
21         Q.      You think you did?
22 A.      Yeah.
23         Q.      Are you certain that you did?
24 A.      No, I'm not.
25         Q.      Why did you take almost $74,000 on

1  May 30, 2017 and transfer it out of the bank account
2  that was owned by Cooper Square Ventures, LLC?
3  A.      I was instructed to move the money from this
4  bank account to a holding account.
5          Q.      By who?
6  A.      By Umar Farooq.
7          Q.      What authority did Umar Farooq have to
8  instruct you to take money that didn't belong to him
9  and move it?
10 A.      I don't know.
11         Q.      And did you talk to Mike Dardashtian
12 about the fact that you were unilaterally moving
13 $74,000 out of the Cooper Square bank account?
14 A.      I did send an e-mail, yes.
15         Q.      You sent Mike an e-mail saying what?
16 A.      I don't have the e-mail in front of me, so I
17 don't remember.
18         Q.      Tell me sum and substance, what did
19 the e-mail say?
20 A.      I don't remember, but. . .
21         Q.      Did you tell him you were taking
22 $74,000 out of the bank and moving it to an account
23 not in Cooper Square Ventures' name?
24 A.      No.
25         Q.      Did you tell him that you were moving

1  $74,000 out of the bank?
2  A.      Yes.
3          Q.      Did you tell him that you were taking
4  $74,000 and moving it out of the Cooper Square
5  Ventures' bank account and putting it into an account
6  in your name?
7  A.      No.
8          Q.      Did Mike agree that you could remove
9  $74,000 out of the bank on May 30, 2017?
10 A.      I don't know.
11         Q.      Wasn't that every penny that was in
12 the bank on that day in Cooper Square Ventures' bank
13 account with Bank of America ending in 7345?
14 A.      I don't remember.  I'd have to look at the
15 statement.
16         Q.      Do you know that you left the account
17 with no money in it and you left checks and
18 obligations that were left to be dishonored by the
19 bank?
20 A.      From -- no, I don't know that.
21         Q.      Do you think that's in the best
22 interest of the company to drain the bank account to
23 zero and leave it with no money to pay its
24 obligations?
25 A.      I believe I was acting in the best interest of

1  the company.
2          Q.      And how were you acting in the best
3  interest of the company?
4  A.      I was protecting the company and its funds.
5          Q.      And how were you protecting the
6  company and its funds?
7  A.      From misappropriation.
8          Q.      What misappropriation was occurring
9  that you needed to protect the company from
10 misappropriation?
11 A.      I would have to check with Mr. Farooq and the
12 accounting to speak --
13         Q.      Why do you need to check with anyone?
14 You're here in your deposition today.
15         What misappropriation occurred that you
16 drained the bank account on May 30, 2017 to zero?
17 A.      There were multiple misappropriations and I
18 don't have the exact time, dates and nature of them.
19         Q.      Do you have a bank statement you could
20 point to that shows an unauthorized transaction?
21 A.      Many.
22         Q.      Where is one of them?
23 A.      They are all -- you have access to every Bank
24 of America statement from the Cooper Square Ventures.
25         Q.      Can you identify a single transaction

Page 285

1  as we sit here today that was unauthorized?
2  A.     **If you have the company bank accounts, I can.**
3         Q.     Do you recall that after you stole the
4  money from -- withdrawn.
5         Do you recall after you took the money and
6  drained it without Mike knowing that Mike had to go to
7  court? Do you recall that?
8                MR. WILSON:   Objection. You can
9  answer.
10 A.     **I didn't take any money.**
11        Q.     You recall that when you withdrew this
12 money without Mike knowing about it, Mike went to
13 court?
14 A.     **Mike knew about it.**
15        Q.     Do you recall Mike went to court after
16 that?
17 A.     **I don't.**
18        Q.     You don't recall whether we're in a
19 case now where Mike had to go to court --
20 A.     **Oh, yes, yes.**
21        Q.     -- because you took the money without
22 his authorization?
23 A.     **He didn't have to.**
24        Q.     Did the court order you to pay the
25 money back?

Page 286

1  A.     **Yes.**
2         Q.     Why would the court order you to pay
3  the money back if they felt that you were operating in
4  the company's best interest by removing the money?
5                MR. WILSON:   Objection.
6  A.     **I have no idea.**
7         Q.     Why would the court order you to
8  dissolve Channel Reply, Inc. if the court felt like
9  you set it up to protect the company?
10               MR. WILSON:   Objection.
11 A.     **It's because the very wise Judge Stanton**
12 **thought it would be best to reset the company to**
13 **figure the issue out.**
14        Q.     The money that you see on P-32 that
15 came from Stripe and was deposited into Channel Reply,
16 Inc., why was the money coming in through Stripe?
17 A.     **Stripe is the payment gateway.**
18        Q.     Stripe is what?
19 A.     **Is the payment gateway.**
20        Q.     Is that how the money from
21 ChannelReply software as a service was being paid to
22 ChannelReply and deposited into the Cooper Square
23 Ventures' Bank of America bank account?
24 A.     **That's not clear to me.**
25

Page 287

1        (Plaintiff's Exhibit P-34 is received and
2  marked for identification by the Reporter.)
3
4         Q.     Mr. Gitman, on P-32, we talked about
5  the Stripe deposits.  Right?
6  A.     **Yeah.**
7         Q.     Who owns the Stripe account?
8  Cooper Square Ventures.  Correct?
9  A.     **I don't know.**
10        Q.     You don't know who owns the Stripe
11 account?
12 A.     **I don't know.**
13        Q.     Did Channel Reply, Inc. own a Stripe
14 account?
15 A.     **I don't know.**
16        Q.     You're the owner of Channel Reply,
17 Inc.
18 A.     **Um-hum.**
19        Q.     How do you not know whether they have
20 a Stripe account?
21 A.     **I'm sorry, I don't remember.**
22        Q.     Have you ever produced anything in
23 discovery that showed Channel Reply, Inc. owns a
24 Stripe account?
25 A.     **I don't remember.**

Page 288

1         Q.     Who owned the PayPal account?
2  A.     **What PayPal account?**
3         Q.     The one that was utilized for
4  ChannelReply subscribers to pay.
5  A.     **I don't know.**
6         Q.     Channel Reply, Inc. had no PayPal
7  account; did it?
8  A.     **I don't know.  I don't remember.**
9         Q.     I'm going to ask you to produce any
10 documents that show that Channel Reply, Inc. ever
11 owned a Stripe account.  I'm going to ask you to
12 produce any documents that show that Channel Reply,
13 Inc. ever owned a PayPal account.
14        I'm showing you P-34.  P-34 is an e-mail
15 chain, and I'm going to refer you to the first page of
16 that e-mail chain.
17 A.     **I think you already entered this document.**
18        Q.     Not the first page.  We referred to
19 it, but not the questions that I have.  So I have some
20 questions for you about it.
21 A.     **Okay.**
22        Q.     You indicate that Mike's resistance to
23 an accounting gave you cause to transfer the company's
24 cash balances to a call deposit account.
25        Do you see that, second full paragraph?

Page 289

1  **A.      I'm sorry.  What's the question?**
2          Q.      First of all, I want to make sure you
3  see what I'm referring to.
4  **A.      You want me to read the second paragraph?**
5          Q.      Second paragraph, first sentence.
6  **A.      I see that.**
7          Q.      Did Mike tell you that he wouldn't do
8  an accounting?
9  **A.      I don't remember.**
10          Q.      Didn't Mike tell you that he's happy
11  for you to do an accounting, but that you're going to
12  have to pay for it?
13  **A.      I don't remember.**
14          Q.      You don't know that in the prior
15  e-mails that we just read that Mike said if you want
16  to do an accounting, you can do it, but you're going
17  to have to pay for it out of your own personal funds?
18  **A.      I don't remember.**
19          Q.      Do you recall anyone telling you that
20  Mike was not adverse to doing an accounting, but that
21  you needed to pay for the accounting, and that if
22  there were any improprieties then he would address
23  those improprieties?
24  **A.      I don't believe that ever happened.**
25          Q.      So unless Mike agreed to an

Page 290

1  accounting, you were going to deplete CSV's bank
2  account?  Is that what you threatened there?
3  **A.      I didn't make any threats.**
4          Q.      Well, what do you call, "Your
5  resistance for an accounting has given me cause to
6  transfer the company's cash balance to a call deposit
7  account"?
8  **A.      A statement.**
9          Q.      And you recognize now that the
10  operating agreement precludes you from making that
11  demand.  Right?
12          You've already testified to that.  Correct?
13  **A.      I believe one of the operating agreements**
14  **might preclude me, yes.  I don't believe the NDAP**
15  **operating agreement precludes me from doing that.**
16          Q.      Haven't both you and Mike received
17  payments from CSV?
18  **A.      Yes.**
19          Q.      And as of May 27, the date of this
20  e-mail, May 27, 2017, you had no idea whether you had
21  received equal or unequal payments to those taken by
22  Mike.  Correct?
23  **A.      False.**
24          Q.      You knew that they were not equal?
25  **A.      Yes.**

Page 291

1          Q.      How did you know that?
2  **A.      The work that Mary Faith Andan had done.**
3          Q.      That's the work that you're going to
4  provide to us.  Correct?
5  **A.      That's the work you have.  That's the work**
6  **that's been filed with the court.  That's the work**
7  **that we can provide you again.**
8          MR. GUAGLARDI:   Make sure you note
9  that page.
10          Q.      And without providing any proof at
11  that point in time that the amount of the expenses
12  were according to you unequal, you elected to just
13  empty the bank account from Bank of America?
14          MR. WILSON:   Objection.
15          Q.      Is that correct?
16  **A.      Could you repeat the question?**
17          (The pending question is read by the
18  Reporter.)
19  **A.      No.  I previously provided proof.**
20          Q.      Mr. Gitman, were you notified
21  yesterday that Amazon is doing an audit of all third-
22  party developers for ChannelReply?
23  **A.      No.**
24          Q.      Your counsel didn't advise you of that
25  fact?

Page 292

1  **A.      No.**
2          Q.      You didn't receive correspondence from
3  our firm yesterday confirming that fact?
4  **A.      No.**
5          Q.      I'm going to put you on notice that we
6  believe you did know that, and we have reason to
7  believe that you have without authorization hacked
8  into Michael Dardashtian's personal accounts and the
9  company's accounts.  We've received notification from
10  two or three separate IP addresses that unauthorized
11  access has been attempted.
12          We are going to pursue that and we are placing
13  you on notice that, A, it is without authorization for
14  you to go into Mr. Dardashtian's personal accounts and
15  without authorization to access the business accounts.
16  If you want information on the business accounts,
17  we'll happily provide it, as we did yesterday.  And
18  you should be aware that your actions will be
19  addressed to the extent that you made those actions.
20          I'm going to ask you under oath --
21  **A.      I don't understand.**
22          Q.      I'm going to ask you under oath, did
23  you make any attempt at access into any of Michael
24  Dardashtian's personal accounts or ChannelReply's
25  business accounts to access them yesterday?

Page 293

1    A.      No.  Impossible.
2            Q.      The money that you took from the CSV
3    Bank of America bank account, where did you deposit
4    it, into another Bank of America account?
5    A.      I didn't take any money.
6            Q.      When you transferred the money that
7    was identified on P-33 from the CSV Bank of America
8    account, the approximate $74,000, what bank did you
9    transfer that money to?
10   A.      Bank of America.
11           Q.      Did anyone assist you in opening up
12   new bank accounts?
13   A.      Yes.
14           Q.      Who?
15   A.      I forget the name of the salesperson at the
16   branch.
17           Q.      Did you go to a branch?
18   A.      Yes.
19           Q.      What branch?
20   A.      A branch in, I think, Northwood, Pennsylvania.
21           Q.      Is that where you lived?
22   A.      That's where I was vacationing.
23           Q.      I'm going to ask for the name of the
24   person who assisted you at that Bank of America
25   branch.

Page 294

1            Did you tell that person that you had
2    authority to make that transfer?
3    A.      No.
4            Q.      If you look at P-34, why was Mr. Falk
5    copied on that e-mail?
6    A.      I don't know.
7            Q.      You're the one who copied him.
8    A.      I don't have a good answer.
9
10           (Plaintiff's Exhibits P-35 and P-36 are
11   received and marked for identification by the
12   Reporter.)
13
14           Q.      Mr. Gitman, I'm going to show you
15   what's been marked as P-35, which is the Cooper Square
16   Ventures, LLC 2017 federal tax return.
17   A.      Thank you.
18           Q.      You're welcome.  Take a look at it.
19   A.      Okay.
20           Q.      And if you go to --
21   A.      It also includes the New York return.
22           Q.      If you go to -- let me see if I could
23   find it for you to make it quicker.  I'm going to
24   point you to one of the pages within Exhibit P-35 that
25   purports to be your K-1.

Page 295

1            Is that your Schedule K-1 for Cooper Square
2    Ventures for the tax year 2017?
3    A.      Yes.
4            Q.      And what is your percentage ownership
5    of Cooper Square Ventures?
6    A.      50 percent.
7            Q.      I'm going to show you P-36.  P-36 is
8    the 2018 federal income tax return for Cooper Square
9    Ventures; isn't it?
10   A.      Yes.
11           Q.      And referring you to your Schedule K-1
12   in 2018, what is your ownership percentage in Cooper
13   Square Ventures in that tax return?
14   A.      50 percent.
15           Q.      And Mr. Dardashtian owns the other
16   50 percent?
17   A.      I can't speak to that.
18           Q.      Do you want to go back to the 2018 and
19   tell me what Mr. Dardashtian's ownership percentage is
20   in Cooper Square Ventures?
21   A.      50 percent.
22           Q.      And in the 2017 return, what is
23   Mr. Dardashtian's ownership percentage?
24   A.      50 percent.
25           Q.      And what did Cooper Square Ventures do

Page 296

1    for business?
2    A.      It's a holding company.
3            Q.      That's all it did.  Right?
4    A.      Correct.
5            Q.      It didn't have any income as a holding
6    company?  Is that true?
7    A.      I don't know.  In 2017/2018 I was not a member
8    of -- sorry -- a managing member of Cooper Square
9    Ventures, so I wouldn't be able to answer that.
10           Q.      Did it sell any business property --
11   A.      I would not know.
12           Q.      -- in 2017?
13   A.      I would not know.
14           Q.      Did it have any installment sales?
15   A.      I would not know.
16           Q.      So if I show you on P-35 in 2017 on
17   form 4797 where it shows that it sold business
18   property and retained $66,000, you wouldn't know what
19   that is; would you?
20   A.      I would have no idea.
21           Q.      And on the next page of that schedule
22   where it shows that the gross sale price was $425,000,
23   you would not be able to tell us that that was the
24   NDAP sale; would you?
25   A.      Sounds correct.

Page 297

1    Q.    So does this help you to understand
2  that NDAP didn't file its own separate tax return,
3  that it filed under Cooper Square Ventures?
4  **A.    I don't, I don't understand that.**
5    Q.    Do you know that NDAP --
6  Did NDAP have its own tax return?
7  **A.    I don't know.**
8    Q.    If you go to form 6252, which is
9  contained within P-35, which is the 2017 tax return
10  for CSV, it says, "Description of property, software,
11  selling price, $425,000." Right?
12    You told me that CSV is a holding company.
13  **A.    That's correct.**
14    Q.    So then what did it sell for 425,000?
15  **A.    I don't know.  I didn't do the books.  You're**
16  **going to have to ask Michael and the accountant who**
17  **were responsible for that.**
18    Q.    Mr. Gitman, is it your testimony that
19  the income received from ChannelReply in 2017, that it
20  wasn't deposited under Cooper Square Ventures where
21  Cooper Square Ventures took the income as far as taxes
22  for the federal government is concerned?
23  **A.    I was not a manager of Cooper Square Ventures**
24  **or NDAP in 2017, nor had any insight into the books or**
25  **the accounting practices of the company.**

Page 298

1    Q.    Okay.  We're going to continue the
2  deposition and you indicated that you're available on
3  March 23.  Is that correct?
4    MR. WILSON:  Yes.
5    Q.    Is that correct, Mr. Gitman?
6  **A.    Yes.**
7    MR. GUAGLARDI:  So Counsel, we're
8  going to have to discuss how we're going to start and
9  finish with Michael Dardashtian's, because we were
10  supposed to start and finish with Mr. Gitman before we
11  started with Mr. Dardashtian.  So I guess I can speak
12  to either you or Mr. Sim about that.
13    If it turns out that Mr. Gitman can be
14  available before March 23rd, please let me know.  And
15  just so the record is clear, I could take his
16  deposition on March 5, I could take his deposition on
17  March 16, I could take his deposition on March 17.
18  And we'll have one more full day to complete it as
19  Mr. Sim and I agreed, and then we can commence with
20  Mr. Dardashtian's.  Okay?
21    MR. WILSON:  All right.
22    MR. GUAGLARDI:  Mr. Gitman, you could
23  let us know through counsel if you have any
24  availability on any of those dates; March 5, March 16
25  or March 17.

Page 299

1    THE WITNESS:  Sorry, I don't.
2    MR. GUAGLARDI:  Okay, thank you.
3
4    (The deposition is adjourned at 5:12 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 300

1  <u>CERTIFICATE OF OFFICER</u>
2
3    I, JOSEPHINE M. BIAGINI, A Notary Public and
  Certified Court Reporter of the State of New Jersey,
4  do hereby certify that prior to the commencement of
  the examination,
5
6    DAVID GITMAN
7  was sworn by me to testify the truth, the whole truth
  and nothing but the truth.
8
9    I DO FURTHER CERTIFY that the foregoing is a
  true and correct transcript of the testimony as taken
10  stenographically and before me at the time, place
  and on the date herein before set forth.
11
12    I DO FURTHER CERTIFY that I am neither a
  relative nor employee nor attorney nor counsel of any
13  of the parties to this action, and that I am neither a
  relative nor employee of such attorney or counsel, and
14  that I am not financially interested in the action.
15
16
17    _Josephine Biagini_
  Notary Public of the State of New Jersey
18  My commission expires September 23, 2023
  C.S.R. License No. XI01133
19
20
21
22
23
24
25

**BY MR. GUAGLARDI:**
**[9]** 8/10 9/22 17/21
44/20 65/5 96/11 193/19
238/9 240/10
**MR. GUAGLARDI:**
**[47]** 7/15 7/20 7/24 8/2
9/12 9/17 11/14 12/13
15/16 16/9 16/19 17/1
20/16 21/20 32/16 35/11
40/9 40/15 44/2 44/6
44/17 45/15 68/25 70/1
95/12 95/16 95/20 96/9
111/15 137/25 138/3
143/15 151/19 188/7
193/7 193/13 207/17
237/6 237/17 237/21
238/4 238/14 240/7
291/7 298/6 298/21
299/1
**MR. WILSON:   [59]**
7/17 9/8 9/15 9/19 12/8
12/11 15/19 16/17 21/2
21/23 35/9 37/16 40/1
40/10 44/4 44/14 63/13
63/17 64/25 79/14 91/21
93/12 93/14 95/6 95/10
95/15 95/18 96/3 96/6
96/22 96/25 106/12
111/17 116/8 130/20
143/10 179/8 180/7
190/20 193/11 193/16
231/11 237/19 238/1
238/6 238/13 244/7
258/12 268/7 268/13
276/5 276/8 278/19
285/7 286/4 286/9
291/13 298/3 298/20
**THE WITNESS:   [11]**
7/18 7/22 21/4 40/2
63/15 63/19 65/2 96/1
96/5 96/24 298/25

**$**

**$1,349.25 [1]** 274/19
**$10,000 [3]** 235/11
235/12 242/12
**$100,000 [4]** 233/4
233/7 235/18 235/19
**$11,975 [1]** 244/25
**$121,500 [4]** 6/14
244/20 245/6 256/6
**$160,000 [4]** 161/4
161/7 177/15 225/11
**$175,000 [1]** 242/17
**$2,347.92 [1]** 275/2
**$2,829.75 [1]** 274/15
**$200 [2]** 184/6 184/7
**$200,000 [1]** 184/5
**$22,579.25 [2]** 273/20
275/19
**$23,982.53 [2]** 279/6
279/25
**$250 [1]** 182/4
**$255,000 [1]** 243/4
**$3,453.84 [1]** 275/13
**$425,000 [2]** 296/22
297/11

**$5,000 [2]** 242/13
274/23
**$5.56 [1]** 182/4
**$50,000 [2]** 235/13
235/14 245/2 279/25
280/9 280/13 280/18
**$66,000 [1]** 296/18
**$73,000 [1]** 270/1
**$73,436.86 [1]** 270/1
**$74,000 [7]** 281/25
282/13 282/22 283/1
283/4 283/9 293/8
**$80,000 [2]** 190/10
191/6
**$95,000 [1]** 243/1

**'**

**'16 [1]** 43/23
**'17 [1]** 43/23
**'18 [1]** 43/23
**'19 [1]** 43/24
**'Maneging' [1]** 4/19

**.**

**.25 [5]** 161/4 161/8
169/7 180/22 181/1
**.25 percent [3]** 161/8
169/7 180/22

**0**

**0000912597775 [1]**
273/23
**01 [1]** 5/6
**01/01/16 [1]** 3/19
**02/26/17 [1]** 4/6
**03/07/17 [1]** 4/8
**03/15/17 [1]** 4/10
**04/01 [1]** 5/6
**04/14/17 [1]** 4/21
**04/30/17 [1]** 5/6
**0400 [1]** 2/12
**05/06/16 [1]** 3/21
**05/17/17 [1]** 4/23
**05/22/17 [1]** 4/24
**06/02-06/30/17 [1]** 5/9
**07481 [1]** 1/24
**07662 [1]** 2/6
**08/18/11 [1]** 3/9
**08/23/16 [1]** 3/23
**09/06/16 [1]** 3/24

**1**

**10 [6]** 3/22 6/9 123/22
130/14 131/24 178/12
**10/05/16 [1]** 4/3
**10/19/15 [1]** 3/16
**10/21/14 [1]** 3/14
**100 [5]** 149/2 163/24
206/6 242/23 273/4
**100 percent [12]** 47/11
49/14 63/2 66/17 145/23
165/9 169/19 170/12
180/4 180/14 199/18
229/3
**100,000 [5]** 168/19
169/15 204/16 242/10
242/17
**100K [3]** 169/14 169/17
169/18

**1010 [2]** 121/23 122/6
**104 [1]** 3/19
**10:02 [1]** 179/16
**10:03 [1]** 179/21
**10:15 [1]** 1/21
**10:17 [1]** 17/1
**10:22 [1]** 17/1
**10:44 [1]** 35/11
**10:47 [1]** 35/15
**10:53 [1]** 40/12
**10:55 [1]** 40/12
**10:57 [2]** 133/8 133/17
**11 [6]** 3/9 3/9 3/23
139/20 140/2 140/3
**110 [1]** 244/12
**110,000 [6]** 169/6
169/20 169/25 244/3
245/18 245/23
**11021 [1]** 121/24
**110K [2]** 168/21 169/18
**1120S [2]** 5/14 5/15
**1133 [1]** 1/19
**11361 [1]** 2/12
**117 [1]** 3/21
**11:03 [1]** 46/2
**11:06 [1]** 46/4
**11:27 [1]** 169/4
**11:29 [1]** 65/4
**11:35 [1]** 65/5
**11:38 [1]** 188/24
**11:40 [1]** 189/21
**11:42 [1]** 190/3
**11:45 [1]** 71/5
**11:46 [1]** 71/5
**11:54 [1]** 78/4
**11:55 [1]** 78/4
**12 [7]** 3/24 6/14 141/7
141/10 153/22 154/2
158/8
**12 p.m [1]** 143/23
**12/31/14 [1]** 3/12
**123 [1]** 3/22
**12:09 [1]** 246/23
**13 [12]** 4/3 6/10 29/7
29/9 29/12 52/12 143/18
143/22 143/22 153/3
199/23 201/16
**130 [1]** 2/5
**131/21 [1]** 6/5
**139 [1]** 3/23
**14 [8]** 3/12 3/14 4/5
99/22 153/16 153/20
154/11 228/3
**14/15 [1]** 6/2
**141 [1]** 3/24
**143 [1]** 4/4
**15 [20]** 3/16 4/6 6/2
158/22 159/1 159/1
160/8 164/10 164/15
164/16 166/18 171/19
181/6 181/7 181/10
188/16 188/24 189/21
190/3 190/23
**15/1 [1]** 6/3
**151/16 [1]** 6/6
**153 [1]** 4/5
**158 [1]** 4/7
**16 [20]** 3/19 3/21 3/23
3/24 4/3 4/8 6/6 6/11

**175/22 176/1 176/2
176/2 176/16 176/17
181/5 181/20 181/22
183/23 298/17 298/24
**160 [1]** 168/11
**160,000 [6]** 168/4
168/13 170/10 177/11
191/3 191/5
**16th [1]** 7/14
**17 [21]** 4/6 4/8 4/10
4/10 4/21 4/23 4/24 5/6
5/9 160/7 160/8 166/19
166/24 169/16 170/20
188/11 188/15 232/14
253/24 298/17 298/25
**17.1 [1]** 121/19
**175 [1]** 4/9
**17th [1]** 159/3 168/17
173/5
**18 [6]** 4/11 6/7 119/21
193/6 193/22 196/7
**183/18 [1]** 6/7
**185/19 [1]** 6/8
**186/10 [1]** 6/9
**188 [1]** 4/10
**188/13 [1]** 6/10
**19 [14]** 4/12 6/8 6/13
77/23 85/24 88/8 89/13
89/22 90/11 91/5 198/8
199/22 200/20 238/24
**193 [1]** 4/11
**198 [1]** 4/13
**1:07 [1]** 138/2
**1:10 [1]** 138/3
**1:17 [1]** 1/3
**1:31 [1]** 154/1
**1:32 [1]** 154/1
**1A [1]** 273/5
**1s [6]** 28/19 35/4 43/19
102/23 103/4 151/17
**1st [3]** 110/25 112/19
113/1

**2**

**2,000 [2]** 116/17 275/7
**2.1 [2]** 161/3 202/10
**2.5 [2]** 161/6 180/25
**20 [6]** 4/14 201/1 201/5
201/18 205/16 205/23
**20 percent [1]** 167/5
**200 [1]** 184/4
**201 [5]** 1/20 1/24 2/6
2/11 4/14
**2011 [11]** 23/22 29/7
29/9 29/12 30/11 31/12
52/4 52/11 52/12 61/14
61/16
**2014 [9]** 47/8 70/23
72/24 74/6 75/13 76/15
77/7 77/12 91/13
**2015 [13]** 6/4 15/7
43/23 77/23 85/24 86/13
88/8 89/13 89/23 90/11
91/5 99/22 100/19
**2016 [33]** 4/22 6/4
60/16 110/25 112/19
113/1 113/3 113/20
114/23 116/15 116/23
117/6 117/9 117/13

**120/19 120/25 121/8
121/13 126/4 140/25
143/8 143/22 147/10
147/21 149/4 150/8
152/7 153/22 154/4
226/8 228/7 228/12
252/20
**2017 [80]** 4/17 5/3 5/12
5/13 6/4 160/8 164/10
166/19 169/4 170/20
170/21 176/5 176/17
183/4 183/25 184/12
187/7 187/9 187/21
188/16 188/24 189/21
190/3 190/24 191/19
198/21 199/23 201/16
205/16 205/23 216/3
217/11 226/4 228/3
232/14 238/24 242/3
242/3 242/6 243/25
245/16 246/4 246/23
249/13 265/7 266/13
267/1 268/7 269/4 269/
269/15 269/18 269/25
270/5 270/7 270/18
270/20 270/24 271/9
271/12 271/17 273/20
279/6 279/18 279/23
280/9 280/13 281/6
282/1 283/9 284/16
290/20 294/16 295/2
295/22 296/12 296/16
297/9 297/19 297/24
**2017/2018 [1]** 296/7
**2018 [8]** 5/15 6/4 217/9
217/12 295/8 295/12
295/18 296/7
**2019 [1]** 6/4
**2020 [1]** 1/14
**2023 [1]** 300/18
**203 [1]** 4/16
**207/16 [1]** 6/11
**208 [1]** 121/23
**21 [6]** 41/5 6/5 70/23
203/9 205/10 205/12
**210 [2]** 244/3 244/3
**2139 [1]** 7/1
**215 [1]** 4/17
**219 [1]** 4/19
**21st [4]** 72/24 74/6
75/12 77/12
**22 [9]** 4/17 6/4 215/22
215/25 216/1 218/14
223/20 242/3 242/6
**225 [1]** 4/20
**227 [1]** 4/22
**23 [6]** 4/18 6/18 219/13
219/17 298/3 300/18
**232 [1]** 4/23
**236/19 [1]** 6/13
**238 [1]** 4/25
**23rd [2]** 8/5 8/7 298/14
**24 [5]** 4/20 225/22
226/1 242/3 243/25
**241 [1]** 5/3
**242-9579 [1]** 220/16
**245/12 [1]** 6/14
**25 [7]** 4/21 183/25
227/5 228/1 228/1

**2**

**25...** [2] 245/16 246/4
**250** [1] 243/3
**255** [1] 5/4
**26** [9] 4/23 160/7 169/4
170/21 232/9 232/12
232/13 246/23 247/9
**269** [1] 5/6
**27** [11] 4/24 238/17
238/20 238/22 238/22
249/12 271/9 271/12
271/19 290/19 290/20
**270** [1] 5/8
**273** [1] 5/9
**277** [1] 5/11
**28** [7] 5/3 241/19
241/23 242/5 243/24
245/15 247/9
**281-0400** [1] 2/12
**287** [1] 5/12
**288/9** [1] 6/16
**29** [5] 5/4 255/16
262/23 262/23 263/13
**291/8** [1] 6/17
**293/23** [1] 6/18
**294** [2] 5/14 5/15
**2:00** [1] 176/11
**2:02** [1] 176/11
**2:06** [1] 245/16
**2:48** [3] 160/9 166/19
166/23
**2:53 p.m** [1] 244/1
**2s** [1] 151/17

**3**

**30** [22] 5/5 183/4 187/7
187/9 187/21 265/7
266/13 268/7 269/1
269/23 269/25 270/20
270/24 271/17 279/6
279/18 280/9 280/13
281/6 282/1 283/9
284/16
**30th** [3] 266/24 271/19
279/23
**31** [4] 5/7 270/10
270/14 270/14
**32** [9] 3/11 5/9 35/16
35/19 273/11 273/15
276/20 286/14 287/14
**33** [6] 5/10 277/16
278/24 278/24 279/2
293/7
**34** [5] 5/12 287/1
288/14 288/14 294/4
**35** [6] 5/13 294/10
294/15 294/24 296/16
297/9
**35 percent** [2] 243/16
243/19
**350** [2] 167/4 242/16
**36** [4] 5/15 294/10
295/7 295/7
**365** [1] 2/5
**3748046** [1] 142/3
**3:52 p.m** [1] 228/4

**4**

**42** [1] 66/5
**4240** [2] 1/20 2/11
**425,000** [1] 297/14
**43/22** [1] 6/4
**4327** [1] 1/3
**446-7576** [1] 1/24
**45** [1] 3/12
**450** [1] 244/2
**4797** [1] 296/17
**49 percent** [1] 44/23
45/8 45/12 45/15 64/8
79/17 106/7
**4:34** [1] 253/24
**4:34 p.m** [2] 77/23
249/13
**4:50 p.m** [1] 246/8

**5**

**5 percent** [3] 66/22
67/1 67/5
**5,000** [1] 204/6
**5/27/17** [1] 253/24
**5/30/2017** [1] 270/18
**50** [22] 13/5 19/15
32/14 64/4 64/7 64/23
68/11 68/20 69/8 79/11
105/20 107/25 108/23
147/1 147/4 147/20
153/12 164/2 164/9
234/6 234/9 243/18
**50 percent** [18] 18/6
18/17 18/18 19/2 23/24
23/25 30/14 65/24 65/25
66/4 66/6 102/24 233/19
295/6 295/14 295/16
295/21 295/24
**50 percent/50 percent**
[1] 64/10
**50/50** [20] 32/14 64/4
64/7 64/23 68/11 68/20
69/8 79/11 105/20
107/25 108/23 147/1
147/4 147/20 153/12
164/2 164/9 234/6 234/9
243/18
**51 percent** [2] 45/10
79/16
**52** [1] 3/13
**5:12** [1] 299/4
**5:24** [2] 166/24 167/24
**5:27 p.m** [1] 246/4
**5:32** [2] 166/20 167/25
**5:53 p.m** [1] 232/14
**5th** [2] 7/14 8/9

**6**

**6/7** [1] 133/17
**60** [1] 241/11
**6252** [1] 297/8
**646** [1] 220/16
**65 percent** [1] 243/15
**6:28 p.m** [1] 238/24
**6:41** [2] 168/18 169/16

**7**

**70** [2] 3/15 6/5
**70 percent** [2] 131/11
131/22
**7004** [2] 5/13 5/15

**71** [1] 1/23
**718** [1] 2/12
**7345** [4] 279/8 279/25
280/15 283/13
**75,000** [3] 167/5 168/6
168/16
**750,000** [1] 167/4
**7576** [1] 1/24
**77** [1] 3/16
**78,000** [1] 217/12
**79,000** [1] 217/11
**7:12 p.m** [1] 242/6
**7:49 p.m** [1] 247/10
**7th** [3] 144/21 178/12
179/22

**8**

**80** [3] 233/12 244/12
244/13
**80,000** [13] 170/5 170/7
189/1 189/10 189/14
190/15 191/2 191/5
191/10 191/11 233/9
220/20 245/24
**81-3748046** [1] 142/3

**9**

**9.4** [3] 37/8 37/25 38/10
**91** [1] 3/18
**947-4100** [1] 2/6
**9579** [1] 220/16
**9:51** [1] 176/17
**9:53 a.m** [1] 70/23
**9:56** [1] 177/21

**A**

**a.m** [21] 1/21 17/1
35/11 35/15 40/12 46/2
46/4 65/5 65/5 70/23
78/4 133/8 133/17 169/4
176/18 177/21 178/12
179/17 188/24 189/21
190/3
**abiding** [1] 215/11
**ability** [4] 10/14 21/6
23/10 130/23
**able** [13] 56/8 56/16
60/2 92/14 97/15 118/25
209/15 228/16 236/17
259/22 263/3 296/9
296/23
**about** [81] 9/16 9/17
16/8 17/18 24/8 29/11
31/21 33/10 37/3 39/7
41/15 48/21 59/7 63/22
64/15 66/21 66/23 85/20
89/2 94/20 97/19 98/16
98/20 100/7 100/8 100/9
105/13 112/9 113/14
119/10 122/23 131/11
131/11 134/9 134/12
134/19 135/9 135/21
136/20 136/22 147/15
147/22 147/23 160/2
168/14 171/5 171/12
171/14 171/16 173/13
173/16 180/14 181/12
201/7 203/2 209/20

**213/1 213/8 217/11**
217/12 218/24 223/10
223/13 224/21 238/1
239/3 240/13 240/21
264/17 266/23 268/7
271/21 282/12 285/12
285/14 287/4 288/20
298/12
**above** [9] 72/5 79/8
83/25 84/9 99/1 159/18
178/11 246/3 249/12
**absence** [1] 129/19
**absolute** [2] 219/3
239/15
**absolutely** [24] 43/21
50/19 50/23 68/25 81/21
87/15 103/22 107/5
107/23 123/20 131/19
152/15 153/24 161/2
170/12 171/13 187/11
207/11 210/13 210/16
227/17 228/19 228/21
266/7
**ABT** [2] 134/7 134/8
**ACCEL** [100] 1/10 4/16
4/17 4/20 6/10 50/18
50/24 51/8 51/9 51/12
51/22 114/6 114/8
148/13 148/16 148/24
149/1 170/24 182/1
183/3 183/5 183/11
183/15 184/21 184/24
185/1 187/22 187/25
191/21 192/4 192/9
193/2 194/2 194/14
194/18 194/20 194/24
195/1 195/4 195/8
198/2 198/25 199/3
199/6 199/19 203/6
203/12 204/8 204/14
204/20 205/3 205/6
205/13 205/18 205/21
205/22 205/24 206/22
207/1 207/2 207/20
207/24 208/10 208/13
208/16 208/17 208/23
209/1 209/3 209/7
209/21 210/11 210/10
210/21 216/2 216/4
216/9 216/15 219/21
220/8 220/24 222/13
222/25 223/10 223/13
223/18 223/24 224/1
224/4 224/19 224/22
226/4 226/12 226/15
226/24 229/16 240/16
**AccelCommerce** [3]
209/2 209/23 209/25
**AccelCommerce.com**
[11] 209/10 209/13
209/16 210/2 210/7
220/6 220/10 228/3
228/5 229/6 229/13
**accept** [3] 243/1 245/19
245/24
**accepted** [1] 198/6
**access** [21] 25/7 99/20
103/11 138/12 138/15

**138/18 138/23 139/1**
139/5 139/9 139/14
172/1 175/13 209/14
209/15 266/5 284/23
292/11 292/15 292/23
292/25
**accomplish** [1] 234/1
**according** [8] 36/13
45/9 45/13 47/8 78/14
168/17 187/7 291/12
**account** [121] 4/11
4/20 5/4 5/5 5/9 5/10
28/1 28/5 28/6 28/7
33/21 52/5 52/10 52/14
52/17 53/9 53/12 53/16
53/18 71/20 71/24 72/3
100/2 138/19 138/24
139/10 139/15 176/18
195/7 195/9 226/3 226/6
226/8 226/9 226/18
227/16 241/1 244/24
250/6 250/10 250/20
263/5 263/8 263/11
263/16 265/20 265/24
266/10 267/5 267/12
267/14 267/17 267/21
269/24 270/3 273/16
273/23 273/25 275/13
275/18 276/8 277/11
278/25 279/4 279/7
279/9 279/12 279/13
279/20 279/21 279/24
280/1 280/2 280/4 280/
280/15 280/16 280/19
280/22 280/22 281/2
281/3 281/4 281/12
281/18 281/19 282/1
282/4 282/4 282/13
282/22 283/5 283/5
283/13 283/16 283/22
284/16 286/23 287/7
287/11 287/14 287/20
287/24 288/1 288/2
288/7 288/11 288/13
288/24 290/2 290/7
291/13 293/3 293/4
293/8
**accountant** [5] 148/10
197/10 251/8 251/9
297/16
**accountants** [2] 102/1
244/20
**accounting** [52] 6/17
28/8 31/3 34/21 36/1
36/6 36/10 36/15 36/17
36/18 36/20 36/25 37/5
37/9 37/14 37/21 38/6
38/8 38/15 38/23 39/1
49/10 101/5 102/22
197/1 197/2 197/15
244/23 246/6 246/9
246/10 246/14 246/16
246/17 250/5 250/8
251/2 251/10 253/1
253/19 254/9 254/15
284/12 288/23 289/8
289/11 289/16 289/18

**A**

accounting... [4]
289/21 290/1 290/5
297/25
accounts [40]  6/16
71/25 72/2 72/4 99/12
99/12 99/14 138/13
138/16 139/2 139/5
195/10 195/12 195/13
198/5 224/4 224/13
229/24 249/19 251/12
260/17 261/6 261/7
261/9 261/9 261/9
261/10 261/23 262/9
269/14 269/17 285/2
292/8 292/9 292/14
292/15 292/16 292/24
292/25 293/12
acknowledge [2]
112/13 142/21
acknowledged [1]
80/14
acquire [2]  23/6 23/11
acquired [5]  23/8 23/9
80/7 86/24 87/1
acquires [1]  78/18
acquiring [1]  23/3
acronym [1]  152/10
acting [4]  179/6 179/11
283/25 284/2
action [10]  1/3 37/6
38/5 38/11 106/24 142/8
215/17 277/25 300/13
300/14
actions [2]  292/18
292/19
active [1]  208/4
actively [1]  85/3
activities [1]  128/4
acts [1]  17/9
actual [1]  266/22
actually [12]  70/24
172/2 172/20 181/18
202/7 220/7 232/25
238/23 255/20 256/20
271/23 280/10
added [1]  103/19
adding [2]  85/3 146/24
additional [5]  85/4 85/8
98/4 128/12 161/7
address [41]  122/5
122/6 122/8 122/9
122/11 122/12 122/15
123/13 171/19 171/20
171/22 172/3 172/6
172/8 172/12 172/14
172/16 185/16 185/17
185/20 185/21 208/25
209/4 209/6 209/9
209/11 209/13 209/16
209/21 210/7 220/4
220/8 225/18 228/2
228/5 229/7 229/13
229/14 229/16 273/4
289/22
addressed [2]  121/22
292/19
addresses [3]  171/24

186/11 292/10
adgmlaw.com [1]  2/7
adjourned [1]  299/4
admin [2]  156/7 156/10
admit [1]  112/15
adverse [1]  289/20
advise [5]  31/16 198/20
208/22 259/5 291/24
advised [1]  200/4
advising [2]  147/25
198/16
advisor [3]  148/6
194/15 194/19
affairs [1]  208/17
affiliated [2]  29/23
108/22
affiliates [1]  120/5
affiliation [4]  41/5
204/24 205/2 230/13
affirmed [1]  111/8
after [33]  9/4 27/20
29/18 41/16 70/8 80/13
88/12 114/18 141/3
142/9 155/7 158/5
167/24 175/9 175/14
189/13 196/8 216/20
216/24 217/2 218/9
237/10 237/13 242/16
252/19 254/20 275/19
285/3 285/5 285/15
aftermarket [2]  22/20
39/9
again [27]  24/8 30/17
32/22 33/6 34/19 68/2
68/17 95/5 106/7 108/2
147/5 148/25 162/13
164/4 164/13 165/20
188/21 213/5 225/4
229/23 230/10 230/15
236/3 251/20 252/25
271/19 291/7
against [4]  238/12
242/25 249/6 249/6
agency [2]  185/6
203/18
agency-type [1]  203/18
agenda [2]  265/14
268/10
agent [4]  54/17 73/3
73/4 73/7
agents [2]  54/5 55/10
ago [18]  47/9 76/2
81/12 81/15 81/19 84/7
84/10 103/21 103/23
114/25 117/14 117/15
117/19 122/20 122/22
122/23 129/8 233/25
agree [20]  38/25 39/2
116/15 116/19 118/24
149/13 167/7 168/10
170/9 177/14 180/3
181/7 181/10 190/15
191/2 233/12 237/15
239/4 250/2 283/8
agreed [24]  7/12 8/6
29/3 29/6 35/21 68/5
68/5 137/16 139/23
144/20 160/11 169/18

169/19 180/5 190/10
239/24 239/25 244/14
245/19 245/24 254/11
258/17 289/25 298/19
agreed-upon [1]
244/14
agreeing [2]  169/23
250/7
agreement [222]  3/9
3/11 3/12 3/18 3/20 4/4
4/7 4/9 4/14 4/15 6/12
11/23 12/5 12/7 12/22
13/7 31/18 31/20 31/22
32/1 32/3 32/6 35/9
36/13 36/16 37/8 37/13
37/20 37/23 38/17 39/4
39/16 39/21 40/22 41/17
42/11 45/14 45/24 46/11
46/16 65/16 65/19 67/5
67/7 67/9 67/13 67/17
67/21 67/24 68/5 68/9
80/3 86/3 92/4 92/7 92/9
92/10 94/2 96/16 96/18
96/22 97/15 97/20 98/8
98/12 98/14 98/21 98/24
104/11 104/15 105/8
105/15 105/18 109/17
110/24 111/1 111/8
111/10 112/10 112/14
115/5 115/15 116/4
116/5 116/11 116/12
139/25 140/23 144/1
144/4 144/9 144/17
144/24 145/3 145/3
145/5 145/6 145/7 145/8
145/11 145/12 145/21
145/22 145/25 146/2
146/4 146/7 146/9
146/11 146/13 146/20
146/22 147/2 148/1
149/8 149/17 149/18
149/20 149/21 149/24
150/1 151/1 151/7
152/24 153/1 153/4
153/5 153/9 160/11
160/12 160/18 160/21
162/3 162/6 162/9
162/13 163/21 163/24
164/15 164/20 165/12
165/24 165/25 166/10
173/9 174/2 177/3 177/5
177/15 178/7 178/8
178/22 178/23 179/18
179/23 180/7 180/10
180/14 180/15 181/3
181/4 189/3 189/17
189/23 191/4 200/16
201/7 201/8 202/19
203/5 205/12 206/15
206/18 206/22 211/16
211/18 211/22 212/1
212/23 214/3 214/4
214/5 214/7 214/11
214/13 214/15 214/18
214/19 214/21 215/11
215/18 228/24 228/25
230/15 230/18 230/20
231/1 231/2 231/4 232/2
233/10 233/15 246/11

248/13 248/14 248/18
248/20 248/21 248/23
249/1 250/16 254/3
254/23 255/9 255/12
256/22 256/23 256/24
257/2 266/3 290/10
290/15
agreements [18]  47/19
65/15 92/12 92/25 93/3
93/6 98/17 98/20 116/1
211/12 214/2 231/25
254/22 254/22 255/1
255/7 255/13 290/13
ahead [1]  141/16
alias [2]  171/24 210/4
Alice [2]  64/1 67/18
75/23 137/10
align [1]  146/23
all [71]  6/8 6/9 6/10
14/6 15/20 31/9 38/2
43/19 43/20 43/22 44/14
48/13 48/13 48/14 56/7
65/16 72/7 72/7 72/8
86/18 89/3 102/13
102/19 107/18 109/10
109/12 109/16 110/16
110/21 116/2 116/2
120/5 127/6 127/6 127/6
128/6 129/6 130/17
130/24 133/15 152/3
157/4 177/22 177/23
183/20 185/24 186/1
186/10 188/22 192/24
207/14 213/7 217/15
218/8 237/14 246/24
247/5 247/19 249/11
250/9 259/6 261/9
262/12 266/1 276/3
276/21 284/23 289/2
291/21 296/3 298/21
allocated [1]  257/1
allocating [1]  244/3
allocation [3]  235/4
249/9 256/15
allow [3]  9/1 11/4 95/19
allowed [2]  10/8 128/15
allowing [1]  253/20
almost [1]  281/25
already [2]  39/7 73/2
74/19 76/16 95/10
123/16 145/4 145/7
186/13 188/7 227/21
238/7 238/8 245/19
245/24 258/7 260/12
260/14 260/17 272/21
288/17 290/12
also [28]  17/4 19/4 69/3
76/9 85/8 107/3 107/6
126/22 142/14 143/9
145/20 156/23 163/13
175/19 178/21 197/17
197/19 208/19 210/20
213/22 236/13 242/12
253/24 254/13 256/12
259/12 274/19 294/21
although [2]  10/21
206/12
always [8]  22/7 49/16
57/4 64/23 124/7 139/1

148/23 225/17
am [20]  19/2 19/2 19/2
20/19 20/25 21/1 21/15
22/4 29/25 80/11 118/2
142/4 142/13 145/4
156/7 189/22 216/13
300/12 300/13 300/14
Amazon [6]  84/24
99/12 156/17 156/19
157/8 291/21
amended [1]  42/19
amendment [2]  32/5
42/15
amendments [3]  32/2
32/4 42/20
America [32]  3/13 5/11
6/18 28/1 52/6 52/11
53/9 53/19 100/4 261/8
269/5 269/10 269/12
269/14 269/18 269/25
270/3 275/12 278/25
279/7 279/24 280/6
280/15 283/13 284/24
286/23 291/13 293/3
293/4 293/7 293/10
293/24
amongst [1]  65/25
amount [10]  161/7
167/9 167/13 167/16
234/21 240/13 244/11
247/16 252/6 291/11
amounts [1]  174/22
Andan [28]  6/17 192/2
193/25 194/8 195/18
195/22 218/5 218/7
218/17 220/25 221/5
221/24 222/6 222/14
222/25 223/9 223/12
229/23 230/5 235/22
236/6 236/8 241/5
246/19 251/11 251/23
252/12 291/2
Andan's [2]  252/7
253/8
Angela [1]  3/23
AngelList [9]  78/15
78/16 85/22 88/14 88/2
88/22 88/24 89/16 89/1
angels [2]  89/17 89/19
angry [1]  240/24
another [11]  56/12
145/21 153/21 248/14
250/9 250/20 251/16
252/23 275/6 281/18
293/4
Anpilov [1]  218/24
answer [44]  9/11 11/1
11/11 21/12 21/3 22/1
33/11 37/17 40/14 46/5
61/10 62/16 68/1 70/4
93/14 96/24 97/1 101/2
106/11 111/5 111/17
111/19 116/10 125/21
130/21 162/24 165/19
173/3 175/12 179/10
190/21 205/5 225/19
229/15 229/20 260/4
261/4 268/9 268/15

**A**

answer... [2] 294/8
296/9
answered [1] 143/11
answering [6] 21/5
21/23 21/25 22/1 91/20
106/10
answers [2] 8/18 17/12
antiquated [1] 78/24
any [194] 8/20 10/3
10/13 11/1 15/10 17/11
17/15 23/11 26/10 26/14
26/23 27/7 30/20 30/23
31/3 31/15 32/2 32/4
34/15 34/19 35/2 38/4
38/5 38/25 39/12 39/12
39/17 39/18 41/4 42/1
42/20 47/24 48/19 48/22
49/13 49/19 49/20 50/3
50/4 50/20 51/14 55/5
56/10 57/24 58/11 64/13
67/4 67/9 67/14 67/17
67/21 67/21 67/22 67/24
67/25 68/4 68/6 68/9
68/10 68/18 68/19 69/5
69/7 69/9 79/21 80/13
82/16 86/5 86/12 87/22
87/24 87/25 88/5 95/2
98/7 98/19 99/4 99/13
99/15 100/18 100/22
103/3 106/18 108/12
108/15 108/18 108/21
108/21 113/17 113/23
115/9 115/20 116/5
117/16 118/11 118/23
118/23 119/8 119/10
119/12 119/14 119/25
121/3 124/13 127/20
130/8 131/1 131/12
133/22 135/24 147/6
149/24 151/9 158/19
158/19 160/13 162/8
163/16 165/6 165/11
171/11 179/25 185/3
185/5 187/24 191/13
192/7 192/9 192/21
195/3 195/21 195/23
196/1 196/4 196/22
199/11 204/11 205/2
209/19 209/20 212/9
212/15 212/18 212/23
214/7 217/19 217/22
217/25 218/7 218/11
218/25 219/23 222/22
223/8 223/16 224/20
234/25 235/2 247/3
247/18 247/21 248/22
251/6 255/20 255/21
259/1 259/19 259/25
261/15 265/11 268/5
268/22 269/13 269/17
271/22 271/25 276/12
278/19 285/10 288/9
288/12 289/22 290/3
291/10 292/23 292/23
293/5 296/5 296/10
296/14 297/24 298/23
298/24 300/12

anybody [4] 88/2 165/8
209/12 211/19
anymore [3] 21/20 22/4
172/2
anyone [17] 53/3 55/25
56/3 68/7 75/21 88/16
98/16 134/2 163/20
209/19 211/15 211/20
230/8 262/19 284/13
289/19 293/11
anything [15] 31/1
47/17 97/17 109/8
109/13 127/16 179/2
189/18 191/12 192/4
199/1 213/11 227/22
229/25 287/22
anyway [2] 56/16 155/6
anywhere [1] 133/3
aol.com [1] 1/25
APA [1] 247/2
Apartment [1] 273/5
API [1] 120/14
apologize [13] 14/24
43/9 56/22 141/18
142/19 159/20 159/22
192/12 201/12 204/25
218/15 244/10 279/15
apostrophe [1] 84/15
app [1] 203/21
appear [1] 80/5
appearance [1] 9/15
appears [1] 79/5
140/20
applicable [2] 120/14
215/13
application [5] 38/14
38/16 59/25 60/5 60/10
applies [2] 83/23
214/21
apply [1] 79/18
appreciate [3] 40/7
106/16 177/23
appropriate [5] 193/14
238/6 258/16 259/9
281/16
approval [5] 36/9
174/23 175/6 175/17
175/19
approve [1] 247/22
approved [1] 247/21
approximate [3] 10/7
41/14 293/8
April [9] 226/4 228/3
269/4 269/7 269/15
269/18 269/25 270/5
270/7
April 14 [1] 228/3
April 30 [1] 269/25
Aramayis [2] 6/8 185/6
architecture [2] 70/10
are [103] 10/13 15/19
20/20 21/11 24/2 24/2
25/17 26/1 27/4 29/23
33/5 41/22 42/20 42/21
46/21 57/6 58/18 59/8
62/24 63/11 69/2 69/5
72/8 79/2 80/10 81/10
82/13 83/10 83/25 85/3
85/12 85/13 86/10 87/16

87/21 89/9 89/18 89/19
99/15 99/15 102/25
103/6 105/13 106/6
107/17 115/1 115/4
115/7 115/25 118/20
119/4 121/20 125/12
132/13 133/10 141/13
141/25 142/1 142/9
143/5 143/13 152/4
157/12 159/13 164/19
165/16 165/21 172/21
176/4 177/24 179/2
182/16 184/25 185/3
186/24 188/9 189/2
199/8 201/20 204/12
206/14 210/6 212/8
215/4 215/10 215/16
217/15 230/25 235/25
244/2 247/2 247/3
254/21 256/9 266/15
271/2 276/20 276/22
281/23 284/23 292/12
292/12 294/10
argue [1] 40/4
argument [1] 240/24
arising [1] 38/3
around [7] 100/1
100/25 244/20 244/24
252/25 253/2 265/7
arrangement [4]
107/25 108/1 114/22
115/10
Articles [1] 205/22
as [198] 7/3 10/22
11/21 12/15 12/16 18/7
18/22 23/13 24/17 27/13
30/3 32/1 32/6 32/11
32/24 33/2 33/7 33/12
32/20 34/20 35/8 35/22
36/1 39/13 42/18 42/22
43/1 43/2 43/4 43/8
45/16 45/21 55/4 56/10
57/12 59/8 59/17 62/16
66/14 66/17 67/2 67/8
67/12 67/16 67/20 72/24
73/2 73/6 76/15 76/25
77/15 80/6 82/23 83/1
86/13 89/13 89/25 90/7
90/10 90/14 90/19 90/23
91/3 91/5 91/6 92/2
93/13 93/15 95/22 97/24
99/22 99/25 101/9 101/9
103/19 105/20 105/24
106/3 106/11 106/11
108/5 108/6 110/20
110/20 111/9 112/18
112/25 113/3 114/14
116/6 116/15 116/23
118/4 120/18 121/8
125/8 125/10 125/17
136/25 137/5 137/13
137/18 142/18 143/5
143/9 143/22 145/10
147/6 153/6 153/20
158/8 158/15 159/1
160/12 168/15 169/17
170/10 173/5 176/1
179/24 183/11 188/15
190/16 192/12 193/22

195/16 196/7 196/25
197/20 199/22 200/4
200/12 201/5 201/10
201/11 201/11 201/13
201/25 202/13 202/22
205/10 206/23 214/25
218/10 219/17 220/23
226/1 228/1 229/24
231/16 235/20 240/3
240/5 240/15 240/16
241/23 244/21 246/24
247/24 249/7 254/21
255/12 256/16 259/10
259/23 260/5 260/11
260/24 261/8 261/21
262/13 262/14 262/23
263/24 269/23 269/25
270/14 271/3 272/22
272/23 273/1 273/15
274/8 276/14 276/17
276/23 277/1 278/24
285/1 286/21 290/19
292/17 294/15 296/5
297/21 297/21 298/18
300/9
ASAP [1] 160/14
ask [59] 8/17 8/17 9/4
9/12 9/22 14/15 15/1
17/8 20/25 21/1 24/8
30/17 34/20 36/9 36/9
36/14 43/22 45/5 51/15
59/20 59/22 68/2 68/17
71/7 97/9 102/11 102/16
108/4 125/21 131/22
151/16 156/4 156/8
165/20 167/15 181/18
183/19 185/19 186/10
193/15 207/16 212/7
213/13 225/6 232/3
236/19 237/23 237/24
237/25 240/18 245/12
251/7 261/2 288/9
288/11 292/20 292/22
293/23 297/16
asked [22] 10/6 37/4
39/7 51/16 59/22 62/11
96/10 135/10 137/3
137/11 151/13 154/24
155/4 157/6 169/22
195/10 222/23 227/21
244/19 245/17 253/8
256/10
asking [21] 36/17 36/24
37/9 37/14 37/18 37/20
58/25 83/10 86/10
135/16 154/16 177/4
177/6 177/10 177/11
185/22 189/16 230/11
246/15 252/18 271/2
asks [1] 136/8
asset [10] 248/12
248/17 248/20 248/21
248/23 249/1 249/9
254/20 254/23 266/2
assets [8] 161/20
161/22 165/16 165/21
166/8 172/18 177/17
258/4
assignees [1] 120/1

assist [3] 55/25 152/19
293/11
assisted [1] 293/24
associated [1] 31/3
ASSOCIATES [1] 1/22
assume [12] 58/14
78/15 83/15 85/21
111/13 111/21 134/17
203/7 211/22 211/25
213/6 245/25
assumed [1] 153/11
assumption [2] 229/4
230/19
ATM [1] 274/11
attach [1] 178/18
attached [12] 4/3 4/6
4/8 4/21 4/23 5/13 5/15
12/23 87/10 160/10
160/17 161/2
attaches [1] 143/25
attachment [1] 228/6
attachments [3] 3/23
4/13 158/4
attempt [1] 292/23
attempted [1] 292/11
attempts [1] 70/6
attention [1] 180/6
attest [1] 160/24
attorney [14] 13/15
14/6 133/24 133/25
134/5 140/8 140/11
140/14 173/18 173/19
147/23 247/24 300/12
300/13
attorneys [3] 119/8
173/10 253/16
attributable [1] 102/14
audiotaping [2] 10/1
10/4
audit [10] 249/19 250/
253/6 253/8 253/11
253/12 253/15 253/17
253/21 291/21
August [3] 29/7 29/9
29/12
August 13 [3] 29/7 29/
29/12
Australia [1] 95/3
authority [15] 117/21
189/8 189/17 189/24
190/25 198/1 228/20
228/22 242/16 249/21
250/19 250/23 254/2
282/7 294/2
authorization [7]
142/10 250/10 254/3
285/22 292/7 292/13
292/15
authorize [2] 249/18
253/25
auto [10] 42/6 152/8
152/10 161/15 161/20
161/22 248/18 248/21
254/1 266/3
automatic [1] 274/5
automotive [2] 22/20
39/9
availability [1] 298/24
available [5] 7/19 8/5

**A**

available... [3] 120/10
298/2 298/14
avatar [1] 133/13
Avenue [1] 135/21
aware [29] 37/12 46/19
46/21 80/10 80/11 87/16
87/21 87/24 115/1 115/4
115/7 115/12 115/25
118/20 118/22 132/13
141/11 141/12 141/13
142/1 142/9 142/13
143/5 143/14 159/14
184/25 185/3 215/16
292/18
away [2] 75/24 202/22
AWS [2] 157/7 157/7

**B**

B2B [1] 80/22
B2C [2] 80/20 80/21
back [40] 8/3 17/2
17/19 23/22 40/16 47/22
56/7 57/18 62/19 70/3
75/25 80/16 113/21
120/25 123/6 128/23
136/5 138/4 142/19
154/11 154/21 159/7
163/19 166/17 167/25
168/9 181/17 192/11
202/2 202/8 234/25
242/2 275/15 275/22
276/3 276/13 276/15
285/25 286/3 295/18
backwards [1] 159/17
bad [2] 17/10 217/13
bag [1] 204/10
BAGAEV [28] 1/11 3/19
26/18 55/22 56/1 69/11
72/13 100/25 104/12
104/15 110/25 112/9
114/1 114/22 115/1
115/9 115/19 116/13
259/25 260/5 263/24
264/11 264/19 265/3
265/13 268/6 275/1
275/7
balance [6] 241/2
244/24 255/20 269/23
276/1 290/6
balances [5] 250/6
250/9 250/20 251/15
288/24
bank [111] 3/13 5/11
6/18 25/8 25/9 25/10
25/11 25/13 25/14 25/21
27/25 28/5 33/20 52/5
52/11 53/8 53/9 53/12
53/16 53/18 53/19 100/2
100/4 138/12 139/2
139/5 195/7 195/9
195/10 195/11 195/12
224/4 226/3 226/8 226/9
226/10 226/15 226/18
227/15 250/21 252/1
252/2 252/3 252/13
252/18 252/23 252/23
256/4 260/17 260/20

261/8 262/9 269/5 269/6
269/9 269/9 269/12
269/14 269/14 269/17
269/18 269/24 269/24
270/3 270/3 273/16
273/21 273/25 275/12
277/11 278/25 279/3
279/7 279/9 279/20
279/24 279/24 280/1
280/6 280/14 280/15
281/17 282/1 282/4
282/13 282/22 283/1
283/5 283/9 283/12
283/12 283/13 283/19
283/22 284/16 284/19
284/23 285/2 286/23
286/23 290/1 291/13
291/13 293/3 293/3
293/4 293/7 293/8
293/10 293/12 293/24
banking [1] 269/5
BAP [13] 152/11 152/13
152/20 152/22 154/6
154/8 178/25 179/2
181/16 239/3 239/12
247/1 247/1
BARRY [40] 2/4 7/6
49/3 111/20 112/2
115/24 119/17 120/16
123/12 124/19 126/1
126/3 129/4 129/11
130/12 130/15 130/19
137/25 141/16 141/22
153/23 154/23 159/23
160/5 163/1 167/15
172/20 179/5 180/13
191/20 195/15 204/13
208/15 213/5 225/15
236/3 237/17 238/21
240/17 279/16
based [17] 38/16 49/20
50/4 50/10 50/25 51/2
51/10 51/19 105/4 109/5
109/6 109/8 109/14
146/8 221/11 252/5
252/7
basis [5] 105/10 105/12
105/17 109/2 120/21
bathroom [3] 8/25
137/25 181/19
Bayside [3] 1/15 1/20
2/12
be [112] 7/10 7/11 7/13
7/19 16/22 17/14 17/21
39/5 42/8 47/2 54/18
55/10 55/11 56/8 56/12
56/15 58/23 58/24 59/1
59/17 66/16 80/12 83/5
89/23 89/25 92/14 97/15
99/18 105/9 109/10
110/17 112/18 115/11
118/25 121/11 121/22
127/18 134/15 136/4
136/23 143/2 145/24
145/25 145/25 146/4
148/9 149/11 156/25
158/18 158/19 159/8
162/22 163/21 165/23
167/4 167/14 167/17

168/6 177/17 177/18
178/6 179/24 182/24
189/18 197/4 207/14
209/15 211/23 213/3
213/18 213/21 213/22
216/2 218/2 218/2 219/3
219/5 221/24 221/25
222/1 224/25 225/4
225/7 226/7 227/16
234/25 235/8 236/17
236/21 239/5 246/20
253/6 253/17 254/8
254/14 256/12 257/1
259/21 260/2 263/3
265/1 266/3 272/20
278/14 283/18 286/12
292/18 292/18 294/25
296/9 296/23 298/13
beacon [1] 126/8
became [1] 152/1
because [55] 9/14 11/5
24/21 43/19 63/8 80/4
84/1 85/21 87/6 103/5
103/18 118/25 125/3
132/17 132/25 133/11
144/23 145/3 145/8
145/18 146/2 146/6
146/23 147/5 153/9
153/12 156/21 161/14
161/14 164/13 166/15
174/24 194/23 215/6
218/2 219/4 219/8 232/6
233/19 234/5 234/22
239/3 242/23 247/14
250/7 258/23 259/2
266/1 266/4 275/14
277/4 277/24 285/21
286/11 298/9
become [4] 59/13
125/22 148/12 177/25
been [76] 7/2 11/20
15/2 15/6 15/9 15/12
22/7 26/3 32/1 32/13
35/7 42/19 44/15 44/18
45/21 53/5 60/16 64/23
70/22 73/10 73/20 76/7
76/8 77/15 92/1 103/14
104/1 104/4 104/16
118/3 122/18 122/24
125/14 130/19 142/23
143/21 151/19 153/20
158/25 170/20 175/25
177/7 188/14 193/22
199/21 201/4 205/9
209/24 210/4 215/4
215/8 215/11 219/16
225/13 225/25 227/25
236/13 241/22 244/21
245/10 246/24 247/1
257/13 258/15 262/22
267/18 267/18 269/22
270/13 270/22 273/15
278/23 281/16 291/6
292/11 294/15
before [57] 8/13 9/15
11/10 29/15 33/7 41/16
41/18 46/20 72/16 77/2
83/16 88/14 88/18 91/8
92/12 92/19 93/1 96/22

99/5 99/14 102/2 102/9
112/4 114/13 114/14
123/7 140/3 142/22
142/25 143/9 153/2
153/6 155/7 174/16
175/6 193/10 217/5
219/9 227/21 232/25
233/16 237/13 239/13
239/17 239/20 243/23
245/15 246/22 258/10
261/8 271/22 277/6
277/10 298/10 298/14
300/10 300/10
began [1] 42/22
begin [1] 27/20
begins [4] 12/19 56/17
159/2 176/16
behalf [26] 1/5 71/18
98/9 98/13 101/8 101/21
106/24 116/24 117/9
117/9 117/12 117/13
117/21 160/25 164/25
165/3 165/7 165/12
171/23 179/6 184/21
198/2 206/9 209/1 230/6
246/11
behavior [1] 9/7
being [27] 20/23 21/22
22/18 60/2 77/12 86/8
87/16 90/3 100/1 111/9
116/12 123/18 129/13
129/15 136/7 148/4
165/16 165/21 167/17
251/3 252/6 261/22
262/8 262/14 269/8
278/4 286/21
belief [6] 109/4 109/5
109/6 109/14 231/7
255/19
believe [114] 19/8
25/19 28/3 31/19 33/20
34/5 34/10 36/5 36/7
36/11 40/24 42/12 42/21
43/17 48/23 51/13 53/6
55/23 56/19 61/15 64/5
65/22 67/11 67/15 67/19
68/8 73/8 75/23 80/5
80/11 86/7 87/1 88/12
88/12 89/17 90/20 92/23
96/19 97/21 101/3 101/4
101/5 105/5 105/8
106/20 106/23 107/2
107/13 107/14 108/8
108/9 109/14 116/6
119/14 120/23 125/14
126/3 127/7 131/7
131/19 140/4 140/7
142/7 145/18 146/1
146/10 146/12 148/7
150/7 156/25 158/19
165/23 172/13 175/2
178/16 179/15 200/17
203/4 205/17 209/5
209/8 212/2 212/11
212/25 214/10 214/12
214/21 215/13 218/25
220/9 224/17 227/10
229/4 231/11 234/24
237/9 237/12 240/25

99/5 99/14 102/2 102/9 [next col]
248/7 249/11 250/24
251/21 253/13 258/20
258/24 259/8 262/21
277/24 283/25 289/24
290/13 290/16 292/6
292/7
bell [5] 1/20 2/10 2/11
56/20 99/9
belong [1] 282/8
belonging [1] 211/8
below [3] 119/23 158/3
246/6
benefit [2] 54/13 249/8
benefits [6] 86/13
234/23 236/23 237/2
247/16 249/16
besides [2] 147/7 148/2
best [14] 21/6 23/10
57/15 237/4 237/6 254/4
264/23 264/24 277/25
283/21 283/25 284/2
286/4 286/12
beta [21] 3/18 91/11
92/3 92/12 92/25 93/3
93/6 94/2 96/15 96/16
96/17 96/21 97/14 97/2
98/8 98/12 98/14 98/17
98/20 98/21 98/23
between [31] 5/3 5/12
8/9 18/10 65/19 107/8
107/10 107/14 108/5
108/6 110/24 112/12
134/25 135/5 153/13
153/21 154/2 154/12
159/2 159/11 159/14
161/15 162/13 171/5
176/5 188/16 193/24
239/5 246/25 253/3
263/18
beyond [1] 8/8
Bguagliardi [1] 2/7
BIAGINI [3] 1/17 1/22
300/3
bio [6] 6/7 183/21
184/13 184/24 187/2
187/5
bit [1] 203/25
blended [1] 57/25
Bluff [1] 7/1
body [1] 144/23
book [1] 172/16
bookkeeper [3] 220/2
221/2 230/10
bookkeeping [12]
192/22 222/3 222/7
222/9 222/12 222/15
222/17 222/19 223/1
223/10 223/13 252/10
books [6] 37/3 228/14
230/11 258/5 297/15
297/24
both [12] 12/22 69/9
160/9 162/22 162/23
165/2 167/6 168/25
170/16 176/21 238/25
290/16
bottle [1] 191/25
bottom [6] 71/12 79/4
184/14 184/24 189/18

**B**

**bottom...** [1] 244/15
**bought** [5] 45/24 46/21
80/6 80/10 80/14
**Boulevard** [4] 1/20 2/11
121/23 122/6
**Box** [1] 1/23
**brackets** [1] 73/16
**branch** [11] 6/18 52/22
52/23 52/24 52/25 53/4
293/16 293/17 293/19
293/20 293/25
**breach** [4] 211/4
213/22 230/22 230/24
**break** [8] 8/25 62/20
63/13 63/15 63/17 63/19
65/2 137/25
**breakdown** [2] 4/23
232/18
**brief** [2] 16/25 48/16
**briefly** [1] 154/23
**bring** [10] 38/4 72/19
72/21 78/24 172/18
172/22 172/25 173/15
234/13 234/15
**broker** [3] 167/18 178/7
178/8
**brokerage** [1] 212/24
**brokering** [2] 161/14
161/17
**brokers** [1] 165/18
**Brooklyn** [2] 182/8
273/5
**brought** [1] 243/12
**BRWY** [2] 87/18 87/22
**build** [1] 203/22
**Builders** [7] 78/15
78/16 85/22 88/14 88/20
88/22 88/24
**building** [1] 184/15
**built** [3] 55/13 80/25
81/25
**Buller** [2] 40/25 79/21
**bullshit** [1] 152/3
**bunch** [3] 155/6 192/14
204/21
**business** [84] 4/13 4/18
18/25 19/14 19/19 19/21
20/3 30/13 33/3 41/4
42/2 42/22 43/1 43/2
43/4 43/8 48/5 50/25
51/3 51/10 51/17 51/19
51/22 51/23 52/5 52/10
52/18 52/20 53/8 53/12
53/18 59/13 59/14 89/5
89/9 89/11 99/16 115/14
135/15 135/18 135/22
135/25 136/3 136/21
136/24 137/1 137/5
137/13 137/17 137/18
142/22 147/24 148/13
150/1 152/18 171/1
177/18 182/11 185/5
187/22 198/22 198/23
200/7 206/19 220/22
225/2 225/3 229/10
229/10 243/12 258/16
259/1 260/11 260/12

260/24 261/21 262/8
273/2 292/15 292/16
292/25 296/1 296/10
296/17
**businesses** [10] 49/20
50/5 50/11 80/21 185/3
200/6 203/15 212/4
213/8 213/9
**busy** [1] 232/6
**buy** [13] 49/17 79/24
79/25 80/1 87/18 87/23
88/3 152/8 152/10
248/18 248/21 253/25
266/3
**buyer** [8] 172/17 172/18
172/22 172/25 173/15
234/13 234/15 237/11
**buying** [2] 152/13
161/18

**C**

**C.S.R** [1] 300/18
**calculation** [1] 241/12
**calendar** [7] 6/2 14/14
14/16 14/17 14/24 41/12
113/4
**call** [11] 27/12 134/23
135/11 135/14 135/17
158/5 246/5 250/6
288/24 290/4 290/6
**called** [6] 25/19 69/12
103/18 181/18 210/2
270/23
**Calls** [1] 278/20
**came** [7] 42/8 67/24
150/5 151/7 160/25
216/6 286/15
**can** [126] 11/25 16/9
21/3 21/6 21/7 29/10
29/17 33/2 33/6 35/8
36/14 36/18 39/23 40/16
41/14 43/24 44/5 45/5
45/22 54/23 56/6 59/22
60/14 61/10 63/14 63/19
70/2 71/2 71/3 71/9 73/1
73/9 73/14 74/8 77/17
78/1 84/24 86/22 92/15
93/14 95/6 95/21 96/13
96/23 97/1 98/1 98/4
99/1 99/7 101/22 106/2
109/10 109/12 109/16
111/16 113/4 113/23
113/25 116/9 119/16
121/16 127/17 128/5
132/20 134/22 136/12
136/12 136/13 147/7
150/20 151/1 153/23
154/21 155/2 155/7
155/14 155/17 159/4
159/17 159/19 159/25
162/8 162/24 168/15
168/21 169/6 176/1
176/2 179/9 179/24
181/17 181/18 187/1
188/9 193/19 200/5
201/18 202/8 202/22
204/13 207/14 208/14
220/19 229/24 230/2
232/20 233/6 236/3

236/15 238/8 239/10
246/10 257/11 267/7
267/8 268/8 268/14
276/11 284/25 285/2
285/8 289/16 291/7
298/11 298/13 298/19
**can't** [16] 8/19 11/5
62/15 111/25 114/4
155/18 160/24 214/2
225/19 226/11 229/25
266/17 268/4 268/24
269/16 295/17
**cancel** [2] 21/22 156/1
**cancelled** [2] 236/9
256/4
**cannabis** [1] 155/9
**capacity** [3] 123/9
123/10 240/15
**capital** [13] 134/13
134/13 189/1 189/1
189/3 189/3 189/7 189/7
228/6 228/6 241/1
249/19 255/20
**Car** [15] 42/22 42/24
43/2 43/4 43/8 69/23
76/6 76/10 76/13 117/8
151/24 152/2 155/22
158/3 246/25
**card** [7] 3/13 4/18 52/15
200/24 219/19 220/22
274/11
**Carolina** [1] 7/2
**Cary** [1] 7/2
**case** [13] 7/7 58/22
80/12 111/8 114/18
130/19 131/18 132/14
148/3 148/4 170/18
256/12 285/19
**cash** [7] 244/22 250/6
250/9 250/20 251/15
288/24 290/6
**cataloging** [1] 69/21
**catalogs** [7] 74/11 75/2
76/5 76/5 76/6 76/11
76/13
**catch** [1] 206/13
**catching** [1] 161/6
**cause** [3] 250/5 288/23
290/5
**caused** [2] 251/14
252/22
**CC'ed** [2] 188/18 232/4
**Centre** [1] 2/4
**certain** [2] 110/17
281/23
**certainly** [1] 209/20
**certificate** [8] 5/7
140/18 270/15 270/19
271/16 272/7 273/8
300/1
**certified** [10] 1/17 1/23
197/8 197/9 197/15
197/17 221/15 221/16
221/21 300/3
**certify** [3] 300/4 300/9
300/12
**cetera** [3] 134/20
155/17 249/20
**chain** [14] 5/3 5/12

144/21 159/2 176/5
188/15 188/20 238/22
238/23 242/2 242/2
243/25 288/15 288/16
**chambers** [1] 278/5
**chance** [2] 159/9
176/13
**change** [4] 172/11
197/24 198/1 203/23
**changed** [10] 51/18
64/14 64/17 64/21 144/4
144/9 145/4 153/10
172/13 180/2
**changes** [5] 177/24
247/3 248/17 248/20
248/22
**channel** [103] 1/6 1/11
6/16 25/13 25/14 25/18
25/19 25/21 26/1 26/4
26/7 26/11 26/15 26/20
26/23 27/2 27/4 27/7
27/8 27/8 57/25 80/20
80/21 84/17 109/22
110/8 122/24 123/2
123/8 123/11 123/18
142/20 142/22 142/25
144/1 144/22 146/7
146/11 146/20 153/4
248/9 248/10 248/15
257/7 257/9 257/10
257/15 257/20 257/25
258/6 258/8 258/10
258/19 258/23 259/2
259/6 259/24 260/6
260/8 260/10 260/25
262/1 262/3 262/7
262/12 262/20 270/15
270/20 270/23 271/12
271/16 271/21 272/1
272/7 272/10 272/14
272/17 272/19 272/25
273/8 273/16 273/18
273/20 274/7 275/18
276/4 276/15 277/2
277/3 277/4 277/6
277/10 277/20 278/11
279/8 286/8 286/15
287/13 287/16 287/23
288/6 288/10 288/12
**ChannelReply** [342]
**ChannelReply's** [22]
25/10 53/17 89/5 92/14
96/21 99/16 118/12
118/14 118/18 123/13
211/19 213/3 213/15
214/8 228/11 228/14
229/7 231/17 263/16
267/21 269/4 292/24
**ChannelReply.com** [4]
60/20 60/22 61/5 61/8
**ChannelReplys** [1]
25/17
**channels** [1] 58/3 58/5
**characterization** [1]
93/16
**characterized** [1]
190/15
**charge** [4] 49/11 97/11
101/5 101/24

**Chargebee** [1] 103/19
**charged** [1] 103/14
**charging** [1] 103/10
**chart** [1] 198/4
**Chase** [5] 224/7 224/8
226/10 273/21 277/11
**chat** [12] 132/12 132/1
135/3 153/21 154/11
154/21 155/4 185/23
193/24 194/4 197/18
258/19
**chats** [1] 185/11
**check** [35] 14/14 27/1
41/12 45/3 58/13 75/14
75/25 102/12 113/4
128/23 131/14 145/6
147/18 149/5 150/20
150/25 151/1 172/1
172/2 172/16 175/12
181/17 183/8 183/16
183/17 183/19 191/18
199/15 221/17 221/19
226/22 253/1 256/7
284/11 284/13
**checked** [2] 102/19
102/23
**checking** [4] 4/20 5/5
5/9 52/5
**checks** [2] 256/4
283/17
**chief** [14] 124/2 124/1?
124/14 124/16 124/20
124/25 125/2 125/8
125/15 125/12 125/18
125/22 126/22 191/25
**choice** [1] 237/17
**choose** [2] 128/6
179/25
**chose** [5] 57/20 58/7
58/9 58/11 59/7
**circumstances** [1]
129/12
**CIVIL** [1] 1/3
**claim** [2] 38/25 109/3
**claims** [1] 252/5
**clarification** [1] 44/8
**clarity** [1] 9/25
**classifications** [1]
198/2
**classify** [1] 197/20
**clear** [16] 12/21 17/21
39/5 63/6 63/7 63/22
80/9 108/8 144/24 166/?
166/12 180/1 261/1
261/5 286/24 298/15
**clearer** [1] 108/11
**clearly** [1] 83/21
**click** [2] 118/24 158/1?
**client** [6] 9/10 16/11
20/22 44/8 93/16 95/20
111/17 193/10 193/11
204/9 204/10 204/10
204/15 237/23 238/3
238/4
**clients** [4] 204/5 204/6?
204/8 204/11
**close** [3] 239/12 247/3
247/7
**closed** [1] 276/2

**C**

closes [1] 180/2
closing [2] 150/11
150/12
code [4] 55/14 55/16
56/1 56/4
codes [1] 89/8
collect [1] 142/11
collectively [1] 120/14
com [1] 120/12
come [20] 17/19 24/3
67/9 67/17 67/21 68/4
123/25 125/7 154/17
155/7 155/9 155/17
174/4 174/7 174/8
182/19 182/25 222/23
261/25 276/19
comfortable [3] 128/24
167/4 178/20
coming [2] 239/8
286/16
comma [1] 137/7
commence [1] 298/19
commencement [1]
300/4
commencing [1] 1/21
commerce [106] 1/10
4/16 4/17 4/20 6/10
22/20 22/24 23/1 39/9
50/9 50/18 50/24 51/8
51/9 51/12 51/22 78/18
80/19 81/1 81/9 82/1
82/8 82/13 82/14 82/15
82/16 84/18 85/9 114/6
114/8 148/13 148/16
148/24 149/1 170/24
182/2 182/6 183/3 183/5
183/11 183/15 184/18
184/22 184/24 185/1
185/3 185/5 187/22
187/22 187/25 191/22
192/4 192/10 193/2
194/2 194/14 194/18
194/20 194/25 195/1
195/4 195/24 196/2
196/5 198/3 198/25
199/4 199/6 199/19
203/6 203/12 204/1
204/4 205/3 205/7
205/13 205/18 205/21
205/23 205/24 206/22
208/11 208/13 208/16
208/17 208/23 209/1
209/3 209/7 209/21
210/1 210/11 210/21
216/3 216/5 216/9
216/15 219/21 220/8
222/13 225/2 225/3
226/4 226/12 226/24
229/16
Commerce's [2] 195/9
226/15
commission [6] 172/24
173/14 177/16 212/24
225/12 300/18
committed [1] 177/15
communicate [5]
185/10 185/20 186/8

186/12 268/18
communicated [3]
223/9 223/12 223/15
communicating [1]
223/14
communication [2]
268/21 268/25
communications [1]
172/4
companies [23] 17/16
22/16 22/17 22/18 47/20
48/2 48/3 107/17 107/19
107/19 107/22 107/24
110/21 115/22 179/8
198/17 204/3 219/4
261/11 261/12 261/15
261/18 261/20
company [118] 3/10
3/13 17/25 18/1 18/11
18/5 18/21 19/24 22/3
22/11 22/14 22/20 22/22
23/18 23/21 30/16 31/4
31/14 31/19 32/24 39/9
39/10 41/8 41/24 48/14
48/24 51/6 83/14 93/5
94/7 105/22 105/25
106/4 107/1 108/21
108/25 109/23 109/25
115/8 115/11 117/18
117/22 119/25 120/5
125/4 125/5 126/7 126/8
127/8 128/14 128/25
131/7 142/14 146/24
150/11 150/12 155/9
162/17 162/20 163/10
164/4 173/10 173/18
173/19 179/7 181/2
192/12 198/12 198/23
200/4 203/1 204/4 208/9
211/7 211/23 225/2
234/10 235/1 237/6
246/11 247/12 247/14
248/2 248/3 248/4 248/8
248/10 248/16 249/4
249/7 249/17 249/18
250/25 251/21 254/6
254/17 257/9 257/12
258/2 258/3 258/5
259/21 272/23 276/2
278/1 283/22 284/1
284/3 284/4 284/6 284/9
285/2 286/9 286/12
296/2 296/6 297/12
297/25
company's [9] 247/23
250/6 250/20 254/21
257/15 286/4 288/23
290/6 292/9
compensation [1]
167/2
competition [1] 51/23
competitive [1] 184/18
complete [4] 11/4
11/12 254/9 298/18
completed [1] 253/6
completely [1] 11/10
complex [1] 59/20
complied [1] 40/21
comprised [1] 256/6

comprising [1] 275/18
computer [2] 55/14
55/16
concept [1] 59/12
conceptual [1] 251/6
concerned [2] 37/2
297/22
conclude [1] 165/7
conclusion [1] 278/21
condition [1] 130/10
conditions [2] 98/5
146/21
conducting [1] 136/25
conference [2] 10/18
10/22
confidential [21] 39/17
89/6 115/21 116/8 211/7
211/13 211/20 212/3
213/3 213/8 213/15
213/23 213/24 214/8
214/9 227/12 227/13
228/17 231/17 231/19
231/20
confidentiality [3]
39/20 211/11 231/8
confirm [2] 43/24 189/2
confirmation [1]
173/23
confirming [1] 292/3
confirms [1] 189/23
conflict [1] 219/5
confused [1] 160/1
confusingly [1] 272/20
connect [29] 6/6 54/1
125/18 125/19 125/23
126/5 126/6 126/11
126/16 126/20 127/1
127/11 127/20 128/3
128/8 128/16 129/1
129/10 129/18 129/24
130/3 130/9 130/11
138/6 150/6 150/19
150/24 151/18 223/22
connection [5] 28/17
28/19 158/16 167/17
249/1
connects [1] 84/20
connotation [2] 57/24
58/2
consent [1] 250/19
consider [3] 89/22
89/25 227/15
consistent [1] 140/22
constantly [1] 203/15
construed [1] 179/24
consultancy [1] 51/11
consultant [2] 116/24
240/16
consulting [8] 4/9
23/20 161/4 177/5
179/24 191/14 224/2
225/5
consumers [2] 80/20
80/21
contact [3] 6/8 6/9
20/20
contained [2] 276/20
297/9
contend [2] 235/3

236/1
content [1] 88/13
contention [3] 80/4
87/13 111/7
context [4] 134/16
155/12 157/19 157/21
continue [19] 8/6 9/5
17/20 39/3 70/8 73/1
73/9 73/14 74/8 74/9
74/13 74/14 74/15 74/21
76/4 76/9 249/18 253/24
298/1
continued [2] 70/13
128/10
contract [2] 38/3
179/25
contracting [2] 119/20
121/21
contractor [7] 110/24
113/12 115/2 115/5
117/17 204/22 209/19
contractors [5] 113/17
113/19 115/20 204/21
263/25
contracts [1] 248/12
contractual [1] 116/7
control [2] 137/17
273/1
controlling [1] 121/25
conversation [30]
112/11 114/24 132/12
132/17 132/19 132/23
133/11 134/25 135/3
137/4 147/16 153/21
154/2 154/12 154/15
154/18 156/22 158/19
162/25 194/5 197/19
258/18 258/19 262/24
263/18 264/21 266/12
266/17 266/22 266/23
conversations [16]
13/25 14/13 47/7 87/25
98/19 103/3 112/15
119/10 132/21 147/15
171/4 171/7 171/9
171/11 193/24 268/3
cook [1] 191/25
COOPER [191] 1/6 3/9
3/17 5/6 5/14 5/15 11/23
12/5 12/8 12/22 13/3
13/8 13/18 15/22 15/22
15/25 16/1 16/6 17/23
17/25 18/7 18/13 18/18
18/20 18/22 18/23 19/1
19/3 19/5 19/9 19/11
19/14 19/15 19/17 19/20
19/22 22/2 22/8 22/13
22/25 23/10 23/12 28/1
29/20 29/23 30/1 30/2
30/5 30/7 30/8 30/11
30/15 30/18 31/6 31/9
31/17 33/13 35/24 35/25
36/2 36/23 36/13 37/8
37/13 37/13 44/2 45/14
49/25 50/2 50/14 50/15
52/11 63/12 66/16 71/16
71/18 71/19 72/5 72/8
78/17 79/3 79/17 87/17
90/20 92/3 97/22 97/24

98/8 98/13 100/2 103/1
106/7 107/7 107/8
107/15 107/15 108/2
108/15 108/18 119/24
120/4 120/18 120/23
121/13 121/21 121/22
122/5 122/12 125/3
144/9 148/6 160/18
160/19 161/15 161/19
161/21 161/23 162/9
162/12 162/14 162/19
162/21 162/21 163/5
163/7 163/9 163/12
163/13 163/15 163/20
164/21 164/21 164/25
165/8 165/25 166/1
173/20 212/12 214/17
214/18 214/20 214/21
215/5 215/6 215/12
215/13 215/18 228/25
230/7 231/4 231/6
255/11 269/9 269/12
269/13 269/24 270/2
275/12 275/22 276/4
276/16 278/24 279/3
279/6 279/20 279/23
280/1 280/14 281/13
281/17 281/19 282/2
282/13 282/23 283/4
283/12 284/24 286/22
287/8 294/15 295/1
295/5 295/8 295/12
295/20 295/25 296/8
297/3 297/20 297/21
297/23
cooperate [1] 17/5
CooperSquare.Ventur
s [1] 71/22
copied [3] 184/23 294/,
294/7
copy [10] 6/11 145/6
182/23 183/1 207/12
207/13 229/17 272/3
272/6 279/2
copying [3] 190/4
190/8 249/13
corner [1] 263/13
Corp [7] 26/12 68/16
149/11 258/20 258/24
259/2 259/9
corporation [2] 89/12
149/21
corporations [1] 260/:
Corps [1] 26/13
correct [214] 7/8 10/1
10/2 10/5 24/1 24/7
25/16 27/17 27/18 29/1
29/16 30/25 31/11 32/7
32/15 33/1 34/1 34/2
34/4 35/6 35/22 37/15
40/20 43/7 43/9 43/11
43/20 53/2 56/25 58/22
59/5 61/9 61/18 64/4
64/7 64/11 64/24 64/25
66/10 69/18 69/25 72/6
72/17 73/12 73/23 74/3
74/7 75/16 75/19 76/9
79/11 82/14 82/16 82/3

**C**

correct... [156] 87/10
88/9 89/6 101/17 102/6
103/8 104/2 105/22
106/1 106/4 106/22
107/4 108/1 108/7
109/24 110/1 110/13
119/6 121/15 123/1
123/4 123/5 123/12
123/19 128/17 129/14
129/19 133/2 133/12
134/20 135/19 136/21
137/1 137/2 137/19
141/1 141/11 142/23
143/3 144/1 144/12
145/13 147/1 154/4
154/13 157/5 160/15
161/1 162/20 163/3
163/6 163/10 163/14
163/25 164/3 164/10
166/20 166/24 168/4
168/7 169/8 169/25
170/11 175/15 175/19
177/18 180/14 188/16
189/11 189/14 189/18
190/9 190/11 192/1
192/5 192/6 192/8
192/10 192/11 194/2
197/4 199/5 199/10
199/12 199/20 200/1
201/12 206/1 206/23
207/12 210/2 210/12
210/15 210/18 210/23
213/20 213/25 214/9
214/14 214/23 218/18
218/23 220/15 220/17
221/12 223/13 227/23
227/24 231/10 231/13
238/25 239/1 239/6
239/9 240/2 242/7
242/13 242/18 243/2
243/4 243/22 245/3
246/14 246/20 253/7
256/16 256/19 257/18
258/11 260/1 260/6
260/7 260/12 260/21
264/12 265/17 266/11
266/13 270/8 272/11
273/2 277/5 278/15
279/16 281/7 287/8
290/12 290/22 291/4
291/15 296/4 296/25
297/13 298/3 298/5
300/9
correctly [14] 38/7
55/18 120/1 120/6
120/15 122/3 144/6
178/3 179/4 189/5
189/25 198/5 228/8
249/19
correspondence [2]
232/5 292/2
cost [1] 233/7
could [56] 37/10 37/16
38/12 38/19 46/6 53/10
54/17 58/23 58/23 58/25
59/17 59/20 60/3 60/4
66/16 72/10 81/20 83/5

90/25 97/2 104/25
110/17 111/20 115/24
130/12 134/15 137/20
145/22 150/25 182/25
183/1 196/12 196/14
203/15 205/19 209/12
210/4 210/24 213/7
220/23 223/11 223/23
224/15 249/8 251/17
267/11 267/17 271/2
283/8 284/19 291/16
294/22 298/15 298/16
298/17 298/22
couldn't [8] 94/12
171/17 204/7 219/3
239/4 250/1 251/5 251/7
counsel [35] 2/7 2/13
7/12 8/4 8/9 8/16 9/15
11/3 11/4 12/14 15/18
16/10 17/3 17/4 17/14
17/17 17/19 20/17 31/21
31/24 35/3 40/10 44/4
95/13 96/9 111/16 193/9
237/22 238/4 245/13
291/24 298/7 298/23
300/12 300/13
counsel's [2] 10/18
10/22
Counselor [1] 95/22
count [1] 187/1
counterclaim [1]
215/17
countersign [1] 178/2
country [7] 197/12
264/8 264/9 264/10
264/14 264/15 264/16
couple [2] 128/11
149/10
course [7] 89/4 102/7
105/23 112/14 132/14
188/6 277/25
court [49] 1/1 1/17 1/23
7/7 8/8 8/15 8/18 10/23
11/5 12/18 16/13 33/8
33/11 36/21 37/7 37/7
38/5 38/9 61/17 62/15
65/18 65/22 65/23 66/3
66/4 95/23 110/11
110/14 124/7 125/15
131/16 136/13 215/17
245/11 256/16 275/14
277/19 278/13 278/17
285/7 285/13 285/15
285/19 285/24 286/2
286/7 286/8 291/6 300/3
courts [1] 122/1
covered [1] 231/24
CPA [2] 197/8 221/13
CPK [4] 4/23 4/25
155/19 155/24
CPK:SRH [1] 4/9
CR [4] 134/7 144/5
145/4 153/10
create [10] 187/4 203/1
209/12 209/15 232/22
233/10 246/9 248/15
259/17 262/1
created [28] 24/21
27/16 27/19 27/20 53/24

54/22 57/14 61/23 63/23
65/9 65/12 65/14 101/12
101/17 187/8 191/17
195/22 209/6 209/9
209/11 209/22 209/24
210/1 210/10 223/21
236/6 236/11 246/20
creates [2] 78/18
201/10
creating [7] 100/7
100/10 134/7 134/20
135/9 142/24 184/15
creation [2] 23/17
55/25
credit [1] 200/24
CRM [1] 84/1
CSV [152] 4/7 23/13
23/16 23/18 23/19 23/21
23/23 23/24 24/3 24/6
28/18 28/20 28/23 31/12
32/14 32/23 33/3 34/1
34/4 34/6 39/12 39/16
39/18 39/19 43/11 44/2
44/11 44/13 44/22 44/25
45/8 45/11 45/24 46/21
47/11 49/14 49/16 50/12
52/5 64/4 64/8 64/10
64/16 64/19 64/22 65/24
66/4 72/23 80/1 80/6
80/10 80/14 81/6 86/5
86/18 86/24 87/1 87/21
90/22 91/1 91/18 93/5
103/5 105/21 107/4
107/8 113/19 115/21
116/3 116/8 117/9
117/13 117/21 119/8
124/3 124/8 124/14
124/17 125/2 125/9
126/20 127/21 127/24
127/25 128/2 128/7
138/12 138/15 138/18
138/23 139/2 139/5
139/9 139/14 140/12
140/13 144/4 145/4
145/5 145/8 145/12
145/24 146/3 146/5
146/14 146/16 146/18
146/22 147/6 149/9
150/2 153/10 153/12
163/24 174/19 178/18
179/7 186/19 187/12
210/12 210/22 213/19
213/24 214/7 214/10
214/12 217/22 218/1
221/3 222/5 222/10
222/17 223/3 230/23
231/1 231/2 246/11
246/14 248/6 261/13
261/16 261/20 261/22
262/9 262/14 263/25
268/20 290/17 293/2
293/7 297/10 297/12
CSV's [4] 40/22 52/17
52/20 290/1
CTO [1] 124/9
Cue [28] 6/6 125/18
125/19 125/23 126/5
126/6 126/10 126/16
126/20 127/1 127/11

127/20 128/3 128/8
128/16 128/25 129/10
129/18 129/24 130/3
130/9 130/11 138/5
150/6 150/19 150/23
151/18 223/22
current [2] 78/22
183/14
currently [7] 19/2 19/23
20/10 21/18 24/22
185/15 186/6
customer [10] 54/3
54/3 54/5 54/17 55/9
81/2 81/10 82/2 84/24
120/9
customers [2] 226/20
276/22
cut [2] 75/8 266/17
Cyrillic [1] 57/4

**D**

DALVA [38] 1/10 4/14
50/21 51/2 51/5 114/10
148/19 148/24 148/25
149/2 191/17 198/11
199/7 199/8 199/16
199/18 199/23 200/3
200/13 200/23 201/9
201/11 201/13 202/24
203/2 205/8 206/2 206/6
206/10 206/17 207/8
207/23 207/25 208/2
208/5 208/7 210/21
224/22
Dalva's [1] 198/22
DARDASHTIAN [68]
1/5 2/17 4/3 4/6 4/8 6/13
13/6 20/4 20/13 32/11
34/21 35/4 36/1 36/24
41/1 64/1 64/4 64/7
64/10 69/3 69/6 88/1
88/8 97/9 97/19 105/21
106/19 106/22 107/22
108/1 108/6 108/13
108/16 108/19 108/22
109/19 110/7 110/8
115/7 121/11 134/1
134/3 135/1 147/24
153/22 164/3 164/10
176/6 187/18 187/21
188/1 210/11 210/15
210/18 211/9 211/15
211/19 211/21 213/20
229/18 231/8 232/15
244/16 269/21 271/11
282/11 295/15 298/11
Dardashtian's [11]
23/23 30/10 159/19
162/20 292/8 292/14
292/24 295/19 295/23
298/9 298/20
Dash [5] 3/16 4/10 5/3
5/12 77/25
database [1] 99/21
date [41] 8/9 39/13
41/13 41/16 47/8 61/13
72/24 77/11 77/13 77/15
90/1 90/8 90/14 90/19
90/24 91/3 91/3 91/6

91/7 94/15 99/22 100/1
100/1 126/1 154/5
183/12 184/2 188/1
205/24 232/1 236/15
244/14 262/2 266/12
266/19 266/20 266/22
270/8 270/17 290/19
300/10
dated [32] 3/9 3/12 3/1
3/16 3/19 3/23 3/24 4/3
4/6 4/8 4/10 4/21 4/23
4/24 5/3 5/12 29/9 70/2
77/22 110/25 144/21
153/22 158/12 188/15
188/23 190/3 228/3
232/13 238/23 238/24
242/6 246/22
dates [12] 60/12 129/1
139/8 139/13 139/18
158/18 233/14 266/14
266/15 266/16 284/18
298/24
DAVID [25] 1/8 1/9 2/1
3/3 3/15 3/16 3/19 4/3
4/6 4/8 4/10 4/25 12/1
71/13 71/22 79/5 133/1?
169/4 182/11 194/2
194/7 209/2 210/3 228/?
300/6
Dawa [1] 6/11
day [23] 1/8 7/11 7/12
7/20 8/6 52/13 53/6
53/23 53/24 124/24
139/3 167/24 177/21
178/7 183/8 200/17
208/17 208/17 246/7
267/16 276/1 283/12
298/18
day-to-day [1] 208/17
days [2] 17/13 267/18
DBA [4] 42/24 42/25
136/17 137/12
DE [2] 1/19 2/10
deadline [1] 8/8
deal [20] 20/24 161/14
161/17 177/7 177/11
177/12 178/9 178/19
179/3 179/17 180/2
180/11 180/12 181/11
225/12 239/12 239/23
247/5 247/7 255/10
deals [1] 178/23
debit [1] 274/11
Dec [1] 4/17
December [2] 150/7
252/20
decide [1] 251/14
decided [2] 123/25
125/8
decision [3] 72/19
72/21 249/22
decisions [2] 196/1
196/4
declared [1] 262/14
dedicated [2] 265/20
265/24
deduction [2] 247/14
247/15
defendant [2] 1/14

**D**

**defendant... [1]** 56/13
**Defendants [1]** 1/13
**definitely [22]** 51/21
78/14 86/19 102/16
103/16 167/19 172/10
173/2 175/16 182/15
191/16 192/19 192/25
193/1 193/3 194/18
194/23 194/24 204/24
223/25 232/24 234/16
**degree [2]** 197/16
221/14
**Delaware [6]** 200/6
201/14 205/15 205/25
271/1 271/2
**delay [1]** 9/19
**delaying [1]** 9/20
**delays [1]** 17/11
**delivering [1]** 184/16
**demand [9]** 36/20
120/9 151/7 151/12
151/13 151/14 177/1
250/2 290/11
**demanded [3]** 191/3
191/7 253/15
**demanding [5]** 167/14
168/11 176/24 178/8
246/13
**demands [1]** 151/9
**Dentons [2]** 236/13
253/16
**deny [1]** 253/20
**denying [2]** 210/6
210/8
**depends [1]** 211/16
**deplete [1]** 290/11
**deponent [1]** 12/19
**deposit [6]** 226/21
250/6 281/18 288/24
290/6 293/3
**deposited [25]** 27/22
27/25 28/4 33/19 33/25
53/8 53/12 53/15 53/18
100/1 100/16 100/4
130/18 131/2 260/24
261/22 262/9 269/8
274/6 276/7 276/15
277/9 286/15 286/22
297/20
**deposition [37]** 1/6
7/10 7/12 8/7 8/13 9/5
9/6 9/7 9/19 9/21 10/1
10/4 16/11 16/13 16/15
16/23 17/6 17/6 17/19
17/12 17/13 17/20 20/18
20/21 21/22 23/4 34/24
38/15 44/16 44/19 44/20
284/14 298/2 298/16
298/16 298/17 299/4
**deposits [6]** 226/19
273/19 274/2 274/5
276/19 287/5
**derived [1]** 183/23
**describe [1]** 49/3
**described [1]** 119/20
**description [2]** 230/2
297/10

**DESCRIPTIONS [3]** 3/8
4/2 5/2
**designated [1]** 120/12
**desks [2]** 84/21 85/4
**detail [1]** 233/22
**details [3]** 131/4 234/12
256/8
**determine [1]** 7/13
**determined [1]** 104/22
**determining [1]** 235/4
**develop [10]** 74/10
74/13 74/14 74/16 74/21
76/4 101/1 101/2 114/5
263/25
**developed [5]** 55/16
59/12 60/21 89/9 203/20
**developer [4]** 115/9
116/1 263/22 263/23
**developers [16]** 57/6
63/25 100/24 104/17
105/8 105/16 110/7
115/17 116/7 128/21
211/10 259/12 259/14
265/4 268/17 291/22
**developing [5]** 74/17
74/19 76/10 76/16 85/3
**development [2]** 49/5
49/6
**device [1]** 10/3
**Dgitman [6]** 77/24
171/21 210/2 210/4
210/7 228/3
**dictating [2]** 254/16
254/23
**did [459]**
**didn't [119]** 27/12 29/21
34/19 36/11 36/20 37/21
40/8 51/15 57/2 59/2
59/9 71/1 79/24 84/11
89/14 91/11 92/12 92/20
93/5 93/9 93/12 93/16
95/25 128/9 129/21
130/5 131/3 140/19
142/6 144/23 145/2
146/1 146/10 146/18
146/23 147/5 148/15
149/7 149/13 149/24
151/9 153/5 154/8
156/23 160/22 162/3
167/25 169/13 172/22
172/25 173/8 173/15
174/23 174/24 175/4
175/6 175/17 175/19
179/18 179/20 180/6
180/23 181/7 181/8
181/10 182/16 182/18
184/22 187/4 191/12
196/22 209/20 213/12
217/25 218/22 220/1
220/8 222/9 224/21
224/23 224/25 225/4
225/6 225/9 233/10
237/1 237/16 237/16
243/21 247/20 247/22
249/23 250/2 253/11
256/24 258/23 259/17
259/19 260/20 265/11
268/5 269/6 271/11
271/15 272/4 276/17

276/17 278/19 282/8
285/10 285/23 289/10
290/3 291/24 292/2
293/5 296/5 297/2
297/15
**difference [6]** 18/10
107/8 107/10 107/13
107/14 107/16
**different [7]** 33/3
107/17 172/12 181/5
205/1 219/6 219/9
**difficult [3]** 54/18 55/10
55/11
**difficulty [1]** 9/14
**direct [1]** 49/22
**directly [6]** 34/6 115/3
223/15 226/21 245/13
276/24
**disagree [4]** 21/24
101/15 145/19 147/3
**disagreed [3]** 146/25
147/2 147/19
**disagreement [2]** 147/7
153/8
**disbursements [5]** 6/13
235/8 235/21 235/25
236/5
**disclose [1]** 187/20
**disclosed [2]** 187/25
245/10
**disclosing [1]** 6/10
**discontinue [3]** 16/12
16/16 17/6
**discount [1]** 200/7
**discovery [7]** 17/8
112/7 114/17 132/14
188/7 236/12 287/23
**discuss [6]** 105/1
114/21 212/3 213/7
239/16 298/8
**discussed [3]** 167/3
168/18 169/17
**discussing [6]** 37/2
67/1 124/15 124/18
180/13 270/22
**discussion [12]** 8/2
28/21 66/20 97/18 112/8
119/7 140/23 140/24
225/14 239/19 240/9
271/20
**discussions [6]** 35/2
46/25 47/5 88/5 100/6
100/10
**dishonored [1]** 283/18
**dismiss [1]** 38/25
**disparaging [1]** 237/24
**disposition [1]** 47/1
**disproportional [1]**
252/6
**dispute [4]** 117/20
117/23 120/17 120/21
**disputing [1]** 180/9
**disseminate [1]** 231/9
**dissolve [7]** 110/12
110/15 110/19 277/20
278/14 278/18 286/8
**dissolved [1]** 26/3
**distressed [1]** 246/1
**distribution [1]** 256/19

**distributions [11]** 6/15
234/25 235/3 241/1
244/16 244/21 244/23
245/7 249/16 255/21
256/5
**DISTRICT [2]** 1/1 1/2
**divided [3]** 47/2 65/25
239/5
**do [305]**
**doc [2]** 157/23 157/24
**document [72]** 11/22
12/4 12/20 12/23 12/24
29/8 29/9 29/11 35/14
42/21 44/24 45/2 45/4
45/23 46/19 46/20 47/6
47/8 68/14 93/10 93/17
93/18 94/9 94/17 94/22
95/9 95/12 95/23 96/8
96/8 96/9 96/11 97/25
98/2 99/2 109/21 112/3
114/13 116/16 131/21
131/25 134/24 140/20
141/22 142/6 142/6
142/7 143/14 147/5
150/22 160/25 164/13
166/15 182/17 187/7
188/9 200/10 200/21
202/2 202/3 202/5 215/1
232/23 232/25 233/2
233/15 236/20 241/8
258/8 271/7 271/19
288/17
**documentation [1]**
120/15
**documented [1]** 115/10
**documents [25]** 6/1 6/5
6/16 12/16 47/22 68/15
68/18 68/22 69/2 69/3
69/5 69/9 69/10 80/13
117/17 117/18 117/21
131/13 158/6 158/9
195/3 236/13 271/25
288/10 288/12
**DOCUMENTS/INFORM
ATION [1]** 6/1
**does [64]** 13/16 13/18
13/21 13/23 17/5 21/8
25/11 25/21 42/25 43/2
43/4 43/8 43/13 45/7
52/8 54/20 55/3 56/20
71/15 73/24 74/2 74/16
74/24 79/7 79/21 81/16
82/22 82/25 86/16 89/16
94/1 99/9 118/6 118/15
125/5 126/4 131/10
132/6 132/10 132/11
133/7 133/19 134/8
155/20 156/3 156/7
156/16 157/19 182/11
184/2 185/4 185/14
189/7 191/20 199/13
200/12 203/19 220/10
220/11 220/13 263/13
265/22 267/10 297/1
**doesn't [16]** 16/18 21/2
44/8 44/10 44/11 57/4
80/5 83/22 133/5 141/15
196/24 202/12 231/2
233/5 233/9 266/21

**doing [26]** 38/10 42/22
43/1 58/14 117/5 117/8
117/12 126/20 135/24
137/5 137/13 142/22
179/13 203/17 203/24
219/6 219/8 225/5
237/20 240/15 266/1
266/4 267/17 289/20
290/15 291/21
**dollar [3]** 224/20
247/14 247/14
**dollar-for-dollar [1]**
247/14
**dollars [4]** 80/7 105/4
235/16 235/17
**domain [8]** 23/4 23/6
23/8 23/9 23/11 60/24
61/5 61/8
**don't [504]**
**done [17]** 6/17 19/15
55/14 62/21 99/19
102/17 102/18 102/22
168/21 169/6 178/19
186/19 186/21 228/13
239/24 274/8 291/2
**dot [1]** 120/12
**down [16]** 8/19 11/5
62/15 79/4 133/15
136/13 156/21 167/23
196/7 196/25 239/22
264/4 265/15 274/17
274/22 277/20
**draft [1]** 158/12 179/23
**drafted [2]** 143/14
143/15
**drag [1]** 169/5
**dragging [1]** 168/21
**drain [1]** 283/22
**drained [2]** 284/16
285/6
**draw [3]** 189/4 189/23
247/16
**drawn [1]** 189/18
**drive [2]** 7/2 82/15
**due [4]** 276/25 277/2
277/3 277/7
**duly [1]** 7/3
**dumb [2]** 177/18 178/6
**during [18]** 17/12 48/11
48/25 49/8 49/12 49/21
50/1 50/11 50/18 50/21
57/16 57/17 80/24 81/2
112/7 253/18 258/18
268/19
**duties [4]** 30/23 31/3
31/15 128/11
**duty [18]** 105/20 105/2
106/3 106/25 107/2
107/3 107/6 107/18
107/21 127/25 210/11
210/14 210/17 210/20
211/5 213/19 230/22
250/13
**Dylan [1]** 3/23

**E**

**e-commerce [25]** 22/2
22/24 23/1 39/10 50/9
78/18 80/19 81/1 81/9

**E**

e-commerce... [16] 82/1 82/8 82/13 82/15 82/16 84/18 85/9 182/6 184/18 185/3 185/5 187/22 204/1 204/4 225/2 225/3

e-mail [156] 3/14 3/16 4/3 4/6 4/8 4/10 4/21 4/23 4/24 5/3 5/12 47/4 58/24 70/23 71/1 71/8 71/10 71/17 71/20 71/22 71/24 71/25 72/2 72/3 72/4 72/10 73/1 75/5 76/7 76/21 77/22 77/24 78/6 78/8 79/5 80/16 83/21 84/7 85/7 85/16 85/18 88/8 88/10 88/13 88/15 88/19 88/21 143/22 144/21 144/24 147/10 147/21 149/4 153/3 159/1 159/8 159/12 159/14 159/17 160/4 160/17 161/2 166/17 166/19 166/23 167/23 168/15 168/17 169/3 171/19 171/20 171/22 171/24 172/3 172/6 172/8 172/12 172/14 176/4 176/17 178/12 185/23 186/9 186/11 188/15 188/17 188/20 188/21 188/23 189/20 189/22 190/2 190/7 208/25 209/4 209/6 209/9 209/13 209/16 209/21 210/7 220/4 220/7 225/18 228/1 228/2 228/5 229/7 229/10 229/11 229/13 229/16 232/5 232/13 232/15 232/16 238/22 238/23 238/23 239/14 240/19 242/2 242/2 242/4 243/25 244/1 244/14 244/15 245/14 245/17 245/23 246/3 246/7 246/10 246/22 247/6 249/12 253/23 265/20 265/24 266/6 266/9 267/4 267/8 267/11 267/13 267/15 268/21 282/14 282/15 282/16 282/19 288/14 288/16 290/20 294/5

e-mailed [1] 236/13

e-mails [12] 36/24 37/1 46/25 72/7 72/8 149/6 170/19 171/18 175/12 188/19 267/20 269/19

each [9] 7/7 35/13 107/19 107/22 107/24 160/10 240/14 242/13 242/18

earlier [7] 59/1 158/13 214/16 216/11 229/1 256/10 280/21

early [3] 139/3 191/19

198/21

earn [1] 27/20

earned [7] 24/25 25/5 25/5 53/11 53/17 184/4 269/8

earning [1] 24/22

easier [2] 23/15 54/5

easiest [1] 126/8

easy [1] 141/19

eating [2] 141/19 141/20

eBay [9] 54/1 54/6 54/8 55/12 73/16 73/24 84/23 99/11 99/14

effective [1] 3/21

effort [1] 110/4

efforts [3] 70/13 127/7 170/11

EIN [4] 3/24 141/11 141/23 143/6

either [10] 7/20 35/2 126/20 131/6 172/2 186/14 203/3 224/15 234/18 298/12

elected [3] 237/3 271/1 291/12

electronic [1] 274/23

else [21] 31/1 33/15 55/25 68/7 75/21 76/1 88/2 88/16 109/11 109/13 110/3 110/6 127/16 128/13 147/3 183/1 192/4 192/7 192/9 199/1 272/13

Email [1] 1/25

embarrassing [1] 178/1

embody [1] 259/9

emotional [1] 177/25

emotionally [1] 246/1

employed [2] 204/20 205/3

employee [11] 29/21 30/7 30/9 126/14 126/16 195/1 195/2 204/22 259/12 300/12 300/13

employer [3] 142/2 142/12 143/2

empty [1] 291/13

end [3] 20/18 85/7 240/14

ended [2] 179/24 265/1

ending [5] 269/23 279/7 279/24 280/15 283/13

ends [1] 12/20

enforce [2] 36/18 215/18

engaging [1] 252/19

engine [1] 58/17

engineer [1] 185/7

engineers [2] 186/24 187/1

England [1] 95/3

English [1] 57/4

enhance [4] 54/3 81/1 81/9 82/1

enough [1] 130/22

enroll [1] 263/2

ensure [1] 259/12

enter [2] 67/13 104/11

entered [1] 288/17

entering [1] 146/19

entire [1] 215/1

entities [3] 13/16 14/3 14/7

entitled [1] 182/1 213/3

entitlement [2] 36/7 36/11

entity [31] 16/1 16/4 18/7 25/19 35/3 44/25 100/7 100/11 110/11 110/15 110/19 136/22 137/17 137/19 139/24 144/22 146/8 146/9 163/16 187/15 200/23 202/18 215/7 215/8 231/6 258/24 259/3 259/9 270/23 278/18 278/18

entries [1] 274/17

entry [1] 274/18

EPS [1] 158/10

equal [12] 32/14 72/23 105/24 106/3 106/5 106/21 108/6 161/8 163/7 247/16 290/21 290/24

equally [5] 20/4 79/11 163/6 163/10 163/11

equity [3] 38/5 107/25 180/20

error [1] 215/1

escrow [1] 254/8

especially [1] 250/2

ESQ [2] 2/4 2/10

established [1] 184/17

estimate [1] 10/7 60/14

et [3] 134/20 155/17 249/20

ETC [1] 134/7

Europe [1] 185/13

evaporate [3] 278/6 278/8 278/10

evasive [2] 20/23 21/22

even [14] 10/17 38/9 93/9 172/25 173/15 174/24 177/12 179/1 179/18 181/15 190/24 239/17 239/20 243/18

event [1] 10/11

events [1] 129/7

eventually [2] 148/12 203/23

ever [101] 8/12 13/25 24/25 28/21 34/10 35/25 42/15 42/19 43/15 43/19 46/24 47/11 49/17 49/19 50/3 50/17 50/20 51/13 51/19 53/5 60/24 65/12 65/22 65/23 66/20 67/4 67/9 67/13 67/17 67/21 68/4 80/13 87/1 87/3 87/21 92/8 92/10 95/8 96/17 97/18 98/7 99/4 99/5 101/7 102/17 102/19 102/23 102/24 104/11 104/14 105/15 105/18 112/3 112/10

114/12 114/18 114/21 118/17 119/7 120/23 124/2 124/14 124/20 125/7 125/17 125/22 138/21 138/23 139/4 139/9 139/14 140/3 142/5 142/7 142/16 142/22 149/3 172/11 172/11 172/21 173/13 186/17 186/19 186/21 192/9 192/18 192/20 205/17 205/21 205/22 221/19 258/22 259/1 259/5 261/2 271/20 276/3 287/22 288/10 288/13 289/24

every [12] 9/14 12/20 31/19 33/3 35/14 93/9 113/14 185/19 251/4 268/24 283/11 284/23

everybody [3] 129/6 204/22 267/15

everyone [1] 76/21

everything [4] 109/13 110/17 131/15 191/23

evolved [1] 80/20

exact [3] 126/1 129/12 284/18

exactly [6] 146/21 153/14 155/5 155/25 179/22 203/12

examination [2] 7/5 300/4

example [2] 50/8 84/23

excellent [3] 115/18 170/12 225/15

excessive [2] 9/4 9/10

exclusive [1] 122/1

Excuse [5] 36/19 95/17 169/3 193/9 270/1

execute [3] 160/14 178/1 254/1

executed [8] 6/11 42/10 94/4 111/2 111/2 207/12 207/13 266/3

exemplary [2] 179/11 190/16

exhibit [55] 11/17 18/16 32/19 45/18 52/1 70/18 77/19 87/13 91/24 104/8 111/2 116/14 117/25 121/17 123/22 131/24 139/20 141/7 143/18 153/16 155/12 157/11 157/18 158/22 175/22 188/11 193/6 193/10 193/11 193/13 193/15 198/8 200/20 201/1 203/9 215/22 219/13 225/22 227/5 232/9 238/17 241/19 242/5 243/24 245/14 247/9 255/16 269/1 270/10 273/11 274/11 276/20 277/16 287/1 294/24

exhibits [2] 157/20 294/10

exist [4] 89/14 178/21 178/23 186/6

existed [4] 55/5 89/15 259/21 272/21

existing [3] 54/22 55/5 278/18

exists [5] 109/18 126/6 210/5 215/8 230/18

expense [1] 197/21

expenses [11] 157/12 157/13 157/16 158/8 196/2 196/5 198/2 244/23 252/7 275/19 291/11

expensive [1] 265/16

experience [1] 130/20

expires [1] 300/18

explain [6] 24/16 126/5 145/1 208/14 233/22 243/10

explanation [2] 54/24 55/3

express [1] 249/16

expressly [1] 37/14 38/9

extended [1] 17/13

extent [2] 38/1 292/19

**F**

facilitate [1] 40/5

fact [13] 48/21 112/9 178/5 229/18 242/10 243/11 243/14 258/17 259/8 271/21 282/12 291/25 292/3

fail [2] 34/12 34/14

failed [3] 70/1 70/5 70/6

fair [6] 168/7 173/14 182/24 218/3 243/6 243/21

faith [31] 6/17 17/10 192/20 193/24 194/8 195/18 195/22 197/7 197/9 197/19 218/5 218/17 218/17 220/25 222/14 228/13 229/23 230/1 230/5 255/22 236/6 236/8 236/11 241/5 246/19 251/11 251/23 252/7 252/12 253/8 291/2

Faith's [1] 196/20

FALK [140] 1/9 4/10 4/12 4/19 4/24 5/3 47/5 88/2 147/22 147/23 148/2 148/5 151/21 151/23 152/5 152/6 152/19 152/23 153/3 158/15 159/5 159/22 159/18 160/9 160/21 163/3 163/17 163/19 164/15 165/5 166/18 167/13 167/17 167/25 170/15 170/16 170/22 171/6 171/8 171/12 172/3 172/12 172/13 172/17 173/5 173/9 173/14 176/6 176/18 176/24 177/10 177/15 179/8 179/12 179/14

**F**

FALK... [82] 180/18
180/19 180/22 188/16
190/3 191/3 191/7
191/10 191/11 191/12
192/18 193/1 195/8
198/14 199/25 200/2
200/5 200/12 202/17
202/19 205/2 207/19
208/19 209/3 209/7
209/10 209/21 211/22
211/25 212/3 212/6
212/9 212/10 212/12
212/15 212/18 212/21
212/23 213/2 213/6
213/11 213/16 216/19
217/2 218/11 219/19
220/5 220/20 223/6
223/10 223/23 224/18
225/10 227/22 228/4
228/10 228/18 228/24
229/8 229/12 229/16
229/19 229/22 230/9
230/13 231/10 231/21
231/24 232/14 233/1
233/12 238/25 240/12
241/12 244/4 244/12
245/18 245/23 249/14
256/25 257/3 294/4
Falk's [11] 161/2
162/16 162/18 181/13
191/14 201/24 202/23
206/23 207/5 233/4
241/10
false [2] 102/5 290/23
familiar [5] 99/13
141/25 145/5 149/23
176/4
family's [1] 227/15
far [5] 34/20 101/9
167/2 202/8 297/21
Farooq [18] 27/3
173/16 173/17 174/2
262/5 262/6 262/19
270/21 270/24 271/5
272/15 274/15 274/19
279/19 279/22 282/6
282/7 284/11
father [1] 50/9
favor [1] 136/12
feature [1] 103/19
features [1] 85/3
February [18] 158/12
159/3 160/7 160/7 160/8
164/10 166/19 166/24
168/17 169/4 169/16
170/20 170/21 173/5
183/25 184/12 199/23
201/16
February 13 [2] 199/23
201/16
February 17 [6] 160/7
160/8 166/19 166/24
169/16 170/20
February 17th [3]
159/3 168/17 173/5
February 25 [1] 183/25
February 26 [3] 160/7

169/4 170/21
federal [14] 16/13
20/25 36/21 37/6 37/7
38/9 102/15 121/25
215/17 256/16 262/14
294/16 295/8 297/22
fee [14] 100/13 103/10
103/14 104/2 152/24
158/15 161/4 161/12
200/20 212/24 233/4
242/13 242/25 274/14
feedback [2] 88/13
88/18
feel [5] 40/8 145/2
213/2 224/23 234/20
feeling [1] 234/24
fees [2] 17/14 191/14
felt [5] 145/5 228/16
259/2 286/3 286/8
few [4] 126/18 128/14
138/7 267/18
fiduciary [15] 106/25
107/2 107/3 107/6
107/18 107/21 127/25
210/11 210/14 210/17
210/20 211/4 213/19
230/22 250/13
fifth [5] 119/16 119/17
119/18 135/21 217/14
Fifty [1] 13/4
figure [4] 47/23 203/16
228/15 286/13
figured [2] 110/18
203/13
figures [1] 167/3
figuring [1] 264/22
file [10] 38/8 101/25
102/5 102/8 142/6
158/10 158/10 201/14
202/25 297/2
filed [39] 30/24 37/6
101/7 101/20 102/3
102/9 102/16 140/17
142/10 143/2 146/8
199/23 199/25 201/16
201/17 205/15 205/17
205/18 205/21 205/22
205/25 206/5 215/17
216/20 216/25 217/3
217/5 238/12 256/12
256/16 260/6 260/8
270/19 271/15 271/18
271/19 272/7 291/6
297/3
filing [9] 37/10 37/11
38/11 38/12 215/5
270/23 272/1 272/3
272/4
filings [1] 245/11
final [1] 247/2
finance [16] 30/25
49/11 97/12 101/6
101/24 155/9 194/10
194/16 195/19 195/21
196/10 197/1 197/3
208/22 222/2 223/2
finances [4] 30/25 36/1
216/12 217/1
financial [18] 65/19

86/13 89/10 107/25
115/10 130/9 191/13
211/14 211/20 213/4
213/16 228/17 229/7
229/19 230/8 231/17
249/7 249/19
financially [1] 300/14
financials [4] 130/6
130/16 130/24 142/1
find [9] 77/17 154/8
159/21 174/9 174/13
174/15 202/6 221/9
294/23
fine [4] 32/12 106/16
137/8 137/14
finish [13] 11/10 62/14
95/18 106/10 106/17
159/25 162/24 164/7
167/12 261/19 280/11
298/9 298/10
finishing [1] 91/20
fired [3] 150/14 187/1
192/14
firm [5] 253/7 253/12
253/17 253/21 292/3
first [36] 5/5 7/2 7/11
7/22 29/7 53/5 53/24
53/25 70/6 77/3 83/18
84/3 84/13 91/9 91/11
95/6 103/9 149/10 155/1
159/11 159/15 159/17
176/16 196/17 206/23
207/5 209/23 213/6
214/17 232/13 242/4
261/25 288/15 288/18
289/2 289/5
five [8] 20/18 80/19
81/11 81/14 81/19 84/7
84/10 129/7
flights [1] 265/16
float [1] 89/1
floors [1] 192/2
flows [1] 24/5
fly [2] 268/11 268/16
focus [2] 194/9 196/9
focusing [4] 194/10
195/19 196/9 222/1
following [2] 55/1
219/11
follows [1] 7/3
foregoing [1] 300/9
forfeit [1] 38/2
forged [2] 111/6 116/14
forget [5] 94/6 201/12
257/8 257/9 293/15
form [24] 5/13 5/14
5/15 5/15 19/4 19/7 19/9
19/11 19/13 19/17 27/10
137/16 139/23 144/22
146/9 224/1 257/25
258/19 258/23 262/3
262/7 262/20 296/17
297/8
formal [1] 125/5
formation [3] 187/25
200/20 224/22
formed [34] 27/2 32/23
32/24 42/7 42/8 61/13

109/25 110/2 110/3
110/4 110/8 142/23
142/25 199/3 210/21
224/10 258/10 259/2
259/6 259/24 260/10
260/25 262/12 271/12
271/21 271/23 272/25
277/4 277/6 277/10
forth [2] 154/22 300/10
Fortunately [1] 236/7
forward [6] 54/12 59/24
159/7 243/25 246/5
272/6
forwarding [1] 54/8
found [6] 69/11 69/16
154/6 174/17 221/5
248/13
four [10] 94/19 103/23
114/25 117/14 117/15
117/19 129/7 204/25
233/24 236/9
fourth [5] 70/10 70/11
99/7 99/11 243/24
free [1] 231/9
freelance [1] 69/14
friend [1] 41/1
Fritz [2] 64/1 67/18
75/23
front [11] 16/17 39/22
95/14 95/24 166/18
233/23 234/11 235/9
243/9 274/21 282/16
full [19] 50/8 72/13
72/20 72/22 125/17
126/11 127/1 128/2
128/8 128/16 128/25
129/10 129/17 129/24
130/3 209/23 225/8
288/25 298/18
full-time [13] 72/13
72/20 72/22 126/11
128/2 128/8 128/16
128/25 129/10 129/17
129/24 130/3 225/8
fully [6] 146/5 146/14
146/16 146/18 148/23
149/1
functioning [1] 76/14
fund [1] 247/11
funds [3] 284/4 284/6
289/17
funny [2] 136/4 136/8
furniture [1] 204/9
further [4] 55/21 101/1
300/9 300/12

**G**

games [1] 9/21
gateway [2] 286/17
286/19
gave [12] 54/24 62/10
67/13 90/16 90/18 90/22
150/18 183/21 220/5
241/1 259/24 288/23
general [1] 49/7
generally [1] 49/2
generated [9] 13/7
59/17 101/18 101/19
129/14 129/16 131/3

167/6 218/6
generating [1] 99/23
gentlemen [1] 186/14
gestures [1] 8/20
get [42] 7/22 7/25 16/1
27/22 27/25 28/4 44/7
48/23 55/21 60/1 88/13
100/16 103/4 111/16
151/8 153/2 156/2
168/21 169/6 169/23
170/15 170/15 173/23
174/23 175/6 175/17
176/24 177/2 185/17
192/17 208/23 225/11
234/2 234/2 236/24
239/24 240/4 240/5
243/16 243/19 260/24
277/9
gets [2] 180/2 247/14
getting [4] 112/23
191/15 208/15 245/18
gist [1] 264/21
Github [1] 156/24
GITMAN [68] 1/8 1/9
2/14 3/3 3/15 3/16 3/19
4/3 4/6 4/8 4/23 4/25 5/5
5/12 7/6 8/5 8/12 9/15
9/24 12/1 12/15 12/21
17/5 17/9 17/14 17/18
17/18 17/23 21/22 32/2
35/13 65/8 68/23 70/21
71/13 79/5 93/4 93/19
108/4 133/17 138/5
153/19 169/4 193/21
194/2 194/7 208/10
228/2 232/18 238/11
240/12 241/24 262/23
270/12 270/14 273/14
277/19 279/5 280/7
287/4 291/20 294/14
297/18 298/5 298/10
298/13 298/22 300/6
Gitman's [2] 8/6 17/4
give [23] 8/17 11/11
16/14 41/15 44/19 46/1
62/10 68/6 69/6 159/25
175/19 176/7 180/19
183/20 220/7 220/20
234/12 241/11 257/17
259/22 260/2 267/7
279/15
given [5] 102/24 250/5
258/17 275/20 290/5
gives [4] 54/19 109/18
244/24 250/23
giving [8] 40/1 66/21
66/23 67/1 67/5 67/9
67/17 67/21
global [1] 176/14
GLUKHAREV [14] 1/1
56/20 67/14 100/25
114/1 159/25 260/5
263/19 263/21 264/13
265/13 267/3 268/6
268/19
Gmail [5] 4/11 5/4
176/18 229/14 232/15
Gmail.com [1] 172/5
go [92] 7/21 11/25 13/

**G**

**go... [89]** 16/15 16/21
20/19 21/21 23/22 29/10
29/17 47/22 56/7 57/18
60/18 61/24 62/19 75/25
79/4 98/1 98/4 99/1 99/7
113/21 118/23 118/25
119/16 119/18 120/25
121/16 125/17 126/10
126/11 126/19 126/25
127/10 127/19 128/2
128/5 128/8 128/15
128/23 129/3 129/9
130/2 130/9 130/11
135/25 141/15 154/23
155/15 157/12 157/13
157/20 164/14 166/17
176/1 176/15 178/11
181/17 181/20 184/13
188/22 196/7 196/25
200/9 201/18 202/2
202/8 206/8 217/8
217/14 218/19 232/20
233/7 243/23 250/1
251/15 254/2 264/19
265/12 269/11 274/10
274/17 274/22 285/6
285/19 292/14 293/17
294/20 294/22 295/18
297/8
**Godaddy [2]** 156/12
156/13
**goes [3]** 17/21 152/10
242/3
**going [181]** 7/10 7/11
7/13 8/16 8/17 9/9 9/12
9/13 9/19 9/21 11/20
14/15 15/1 15/18 16/10
16/12 16/12 16/15 16/16
16/16 16/21 17/10 17/18
17/20 18/16 20/17 20/19
20/19 20/20 20/25 21/1
21/21 23/13 30/17 32/10
34/22 35/7 40/4 43/22
45/5 45/6 47/1 52/8
55/18 55/20 63/14 65/1
68/2 70/21 74/20 76/4
76/9 77/22 86/14 92/1
95/5 95/14 95/17 95/19
101/15 106/15 108/4
112/25 118/3 125/20
128/25 130/14 131/24
134/6 135/14 135/18
135/22 135/25 136/2
136/14 137/17 140/2
141/10 143/21 144/22
145/25 146/14 151/8
151/16 154/11 154/17
155/11 157/3 158/25
159/10 159/20 165/19
165/20 170/20 175/25
177/17 183/19 185/19
186/10 188/14 189/2
189/16 193/18 193/21
194/9 196/19 199/21
201/4 205/9 207/16
213/1 215/25 219/16
221/24 221/25 222/1
222/6 222/25 223/1
223/2 225/25 227/25
229/23 232/12 236/19
237/10 237/22 239/5
239/24 240/4 240/5
241/7 241/11 241/22
242/1 242/23 243/15
243/16 243/19 243/24
245/12 247/10 250/8
251/14 252/22 253/6
254/16 256/11 257/1
261/5 261/7 262/22
264/7 264/13 264/18
264/20 265/12 268/6
269/22 270/13 273/14
278/23 288/9 288/11
288/15 289/11 289/16
290/1 291/3 292/5
292/12 292/20 292/22
293/23 294/14 294/23
295/7 297/16 298/1
298/8 298/8
**gonna [1]** 156/2
**good [22]** 7/6 54/15
72/11 72/12 77/16
115/13 125/3 127/5
167/23 175/11 189/22
197/1 197/2 197/23
206/13 225/15 225/16
230/10 230/11 236/21
240/17 294/8
**Google [2]** 156/6
265/24
**got [17]** 16/20 105/16
126/14 133/17 133/19
135/8 150/23 151/1
167/22 176/13 182/13
191/18 221/13 230/13
234/21 237/20 259/12
**gotten [1]** 43/15
**governed [1]** 115/16
**governing [2]** 121/24
149/25
**government [3]** 102/15
262/15 297/22
**grant [1]** 109/22
**graphic [1]** 158/10
**great [9]** 52/24 53/1
53/5 121/24 129/4 136/9
167/22 181/11 258/1
**greater [5]** 68/10 68/20
69/7 109/18 167/5
**grew [1]** 192/12
**gross [1]** 296/22
**Group [1]** 120/3
**grow [5]** 74/10 74/23
76/5 76/10 128/14
**growth [1]** 184/16
**GUAGLIARDI [5]** 2/3 2/4
3/4 7/5 7/7
**guess [9]** 10/9 31/2
152/17 156/15 157/15
194/6 200/14 229/9
298/11
**guiding [2]** 216/19
225/10
**guys [7]** 69/16 136/24
158/7 160/10 161/1
177/3 242/17

**H**

**hacked [1]** 292/7
**had [126]** 8/12 9/14
13/5 13/25 14/13 31/2
31/8 35/2 36/7 36/11
40/13 46/24 48/1 48/12
55/9 55/9 59/2 59/13
76/15 77/15 87/17 87/25
92/13 103/3 105/8 112/8
112/9 112/14 113/2
113/5 115/2 115/16
116/19 116/23 117/20
119/7 119/14 121/7
123/17 127/24 128/7
128/11 128/14 131/6
132/24 135/4 139/1
142/22 147/15 150/1
152/22 158/5 159/9
160/6 160/23 163/7
167/8 171/7 171/24
171/24 179/22 187/21
192/7 192/9 194/14
194/18 198/1 200/2
204/6 204/9 204/9
204/10 204/15 204/21
204/22 204/24 208/4
209/14 209/15 210/11
210/14 210/17 210/20
211/16 211/22 211/24
212/2 212/9 223/16
225/8 226/10 227/22
228/13 231/7 231/19
234/22 237/12 239/22
245/19 245/23 246/8
247/15 248/14 252/12
254/24 255/19 256/2
258/7 258/17 259/1
259/5 260/3 260/12
260/14 260/17 263/11
265/14 270/22 285/6
285/19 288/6 290/20
290/20 291/2 294/1
297/24
**Hah [1]** 136/6
**half [7]** 66/5 191/2
191/5 202/9 202/9 208/9
242/25
**hand [7]** 182/10 183/23
220/22 226/5 226/7
263/12 266/18
**handed [6]** 93/8 93/19
94/9 95/23 141/22
193/17
**handle [5]** 30/13 180/15
216/8 223/1 223/2
**handled [2]** 216/14
251/3
**handling [3]** 128/18
221/25 221/25
**hands [2]** 129/2 267/25
**Hang [1]** 157/22
**happen [2]** 60/6 254/17
**happened [5]** 158/20
216/24 234/19 257/4
289/24
**happening [1]** 268/2
**happily [1]** 292/17
**happy [2]** 256/13

289/10
**hard [2]** 177/22 266/16
**Harvard [3]** 4/12 200/6
289/17
**has [48]** 7/12 8/4 11/3
17/15 24/25 25/13 25/14
31/19 32/1 42/19 44/14
44/18 58/15 64/21 64/23
73/10 73/20 80/19 99/10
101/7 101/16 101/18
101/20 103/14 104/1
104/4 118/21 119/4
130/19 131/16 133/1
133/5 133/13 134/24
141/11 165/14 177/7
177/25 197/15 214/10
214/12 228/24 230/13
230/15 247/4 250/5
290/5 292/11
**have [397]**
**haven't [3]** 39/11
221/22 290/16
**having [14]** 7/2 47/4
47/7 55/1 66/20 98/19
112/11 124/6 171/4
171/9 179/8 229/16
236/2 268/2
**he [219]** 8/4 13/14
13/16 13/18 13/21 13/23
14/6 14/9 16/18 16/18
17/11 17/15 17/17 21/1
21/4 23/24 30/14 30/19
30/20 30/22 30/23 31/5
41/2 41/4 41/8 44/8 44/9
44/10 44/11 44/13 44/14
49/10 49/10 49/11 69/21
69/25 70/1 70/8 70/15
72/16 73/10 74/19 76/15
95/11 95/23 95/25
102/16 112/9 112/14
112/21 112/23 113/10
114/8 114/10 116/19
117/5 117/8 117/12
133/25 134/2 134/4
135/8 136/7 137/16
140/13 140/16 140/19
144/8 148/6 148/8 148/9
148/10 148/12 148/14
151/25 152/21 152/22
152/25 155/6 155/9
156/4 156/8 156/12
156/15 156/17 157/20
157/25 158/9 160/22
160/23 160/23 161/10
161/12 161/14 161/17
167/1 167/22 167/22
167/23 168/1 168/3
169/13 172/3 172/22
173/8 173/9 173/15
174/4 174/7 174/8
176/24 176/25 177/2
177/3 178/21 179/23
179/25 180/2 180/2
180/23 180/24 180/25
185/7 185/14 186/4
186/5 189/22 190/11
191/3 191/3 191/8 193/3
194/8 194/15 194/19
194/20 194/24 195/1

195/2 195/3 195/6 196/
196/10 196/15 196/15
196/17 196/22 196/24
198/16 198/20 200/4
200/7 200/14 200/15
200/17 202/21 202/21
202/25 202/25 208/23
208/24 209/9 211/23
213/13 214/25 216/20
216/21 217/1 217/5
218/22 218/23 219/8
220/22 220/23 225/6
227/23 230/15 232/6
233/7 234/21 234/22
235/3 235/21 236/8
239/17 239/20 239/22
239/22 239/25 240/15
242/22 243/1 243/16
243/19 245/16 247/10
247/20 247/22 248/13
248/17 248/19 249/3
249/4 249/8 255/21
262/6 262/10 262/11
262/12 262/16 267/24
268/19 272/16 278/7
278/10 278/11 285/23
289/7 289/22
**He'll [1]** 74/15
**he's [34]** 13/15 20/24
21/24 22/1 40/4 44/11
74/20 76/7 76/8 76/9
95/11 134/5 148/3
156/16 161/3 173/18
173/19 177/2 177/4
177/6 178/22 178/24
185/7 188/25 189/10
242/9 242/15 242/22
242/24 242/25 247/10
263/22 263/23 289/10
**head [7]** 8/19 113/24
130/4 183/9 191/19
204/13 246/2
**header [1]** 159/16
**health [4]** 234/22
236/23 237/2 244/22
**healthcare [2]** 247/13
247/16
**heard [2]** 98/23 179/1
**held [4]** 8/2 22/21 240/
254/8
**help [20]** 37/24 38/12
45/7 52/9 56/3 74/10
74/23 76/4 76/9 76/10
84/20 85/3 86/16 152/1
152/21 157/19 191/20
203/22 262/19 297/1
**helped [11]** 50/9 55/13
69/21 114/5 202/25
203/1 217/6 262/3 262/
262/12 263/24
**helpful [1]** 197/4
**helping [4]** 127/7 217/
217/2 228/14
**her [11]** 221/9 221/17
221/19 221/22 222/23
223/14 223/15 236/9
252/10 252/18 262/14
**here [24]** 12/24 32/6
33/2 42/19 44/15 56/

**H**

**here... [18]** 66/14 66/18 67/8 67/12 67/16 67/20 133/4 133/5 164/13 171/18 183/25 202/9 233/6 233/8 240/7 276/21 284/14 285/1
**Here's [1]** 78/11
**hereby [2]** 38/15 300/4
**herein [1]** 300/10
**hey [2]** 137/25 168/10
**Hi [1]** 246/8
**higher [3]** 233/18 234/2 234/8
**him [92]** 14/6 14/10 14/12 14/14 16/14 57/1 57/12 69/17 72/19 72/21 78/11 78/12 96/7 96/10 105/25 106/3 106/13 108/23 113/2 113/5 113/8 137/13 144/20 147/22 151/22 155/10 156/22 157/10 157/23 167/14 167/23 171/2 171/4 172/9 172/22 173/21 173/24 174/6 174/9 174/16 174/17 174/19 174/24 174/25 175/1 175/2 175/5 175/8 175/9 175/10 178/19 179/17 180/10 185/8 185/10 185/16 185/20 186/6 186/8 193/12 193/13 193/15 193/15 193/18 195/10 206/6 213/7 213/13 220/7 225/6 237/25 238/6 238/8 239/19 239/24 240/20 241/1 247/13 247/21 247/22 247/22 248/12 258/18 262/17 264/18 264/19 265/2 282/8 282/21 282/25 283/3 294/7
**himself [1]** 178/18
**hindsight [1]** 225/13
**hire [5]** 173/24 192/12 192/13 192/18 192/20
**hired [7]** 165/18 173/21 187/1 192/14 220/24 221/3 247/24
**hiring [1]** 247/22
**his [42]** 17/19 30/18 44/14 50/9 55/22 55/23 56/14 56/17 57/2 57/9 76/12 111/18 114/22 147/20 152/24 153/3 160/25 172/6 172/13 176/18 176/25 177/4 191/4 208/21 229/13 229/14 232/6 232/7 232/14 232/15 235/7 236/5 239/14 239/16 240/15 240/19 267/11 267/13 285/22 298/15 298/16 298/17
**history [1]** 58/14
**hold [8]** 22/15 43/5 51/7
198/24 199/3 202/6 225/2 279/15
**holding [25]** 22/13 23/18 23/21 30/15 31/4 32/24 41/24 51/6 125/4 198/12 198/23 225/2 272/23 279/12 279/13 279/21 280/2 280/4 280/6 280/22 281/4 282/4 296/2 296/5 297/12
**holdings [16]** 1/10 31/16 41/20 41/21 41/23 42/2 45/9 64/2 79/16 90/21 162/14 162/15 162/16 163/2 165/4 253/25
**holds [1]** 33/3
**home [3]** 14/19 58/21 59/2
**hoops [1]** 179/2
**hope [1]** 213/17
**horrible [2]** 177/19 206/13
**hosted [1]** 24/17
**hosting [1]** 204/4
**hour [4]** 105/4 105/7 174/6 182/4
**hourly [3]** 105/9 105/11 217/17
**hours [6]** 128/11 128/15 184/7 184/10 217/18 241/11
**how [87]** 15/2 15/4 15/9 16/9 17/20 18/4 24/19 25/24 26/7 26/18 33/10 42/8 46/25 54/7 54/10 55/8 55/19 55/23 58/17 59/19 59/23 60/1 60/8 72/1 77/2 77/11 83/12 83/14 83/15 91/8 94/17 103/17 105/6 113/2 113/19 122/15 122/18 122/22 124/25 126/17 126/18 130/17 132/16 138/5 147/25 150/19 151/11 151/21 153/7 155/16 159/13 161/23 174/21 175/9 178/5 179/17 180/14 185/10 186/8 186/25 195/14 198/16 204/2 217/17 218/24 219/22 219/24 221/9 226/12 231/23 236/23 239/4 240/3 252/17 255/7 255/10 256/25 257/12 268/18 270/22 272/16 284/2 284/5 286/20 287/19 291/1 298/8
**however [7]** 111/1 116/13 128/10 131/19 159/20 180/13 249/17
**https: [1]** 120/11
**https://www.ChannelR eply [1]** 120/11
**hum [50]** 29/19 70/14 71/14 71/23 75/17 81/3
110/10 111/24 111/25 122/14 130/25 131/9 137/15 141/2 144/13 166/21 168/8 170/1 182/5 182/7 184/1 189/12 194/3 194/12 205/14 206/11 217/4 217/7 220/3 228/9 232/17 232/21 239/7 242/19 244/5 244/7 246/12 254/10 258/9 258/12 263/20 265/10 265/18 265/21 270/4 287/18
**humor [1]** 136/9
**hundreds [2]** 48/1 80/7

**I**

**I'd [7]** 26/25 62/20 63/13 63/16 72/12 131/22 283/14
**I'll [15]** 9/5 16/14 24/8 62/10 68/17 106/12 157/2 157/22 185/17 185/17 202/6 213/5 256/12 257/17 262/7
**I'm [208]** 7/10 8/16 8/17 9/9 9/11 9/13 9/17 9/18 9/21 11/20 14/15 15/1 16/11 16/12 17/20 18/16 20/10 21/5 21/9 21/20 22/10 23/13 27/14 30/14 30/17 32/10 34/14 34/15 34/22 35/7 37/16 37/18 37/23 38/18 39/24 40/15 43/22 45/5 45/6 45/21 51/1 52/8 53/10 54/23 55/1 55/1 55/17 55/17 55/20 58/25 59/15 60/15 60/17 62/21 68/1 68/2 70/21 71/7 77/22 84/12 84/12 87/24 88/17 90/25 91/20 92/1 94/12 95/5 95/13 95/14 95/16 95/17 95/19 96/25 97/2 98/3 101/24 105/14 106/2 106/15 108/4 108/8 112/2 113/14 113/21 115/24 116/25 118/3 125/20 130/14 134/4 136/14 137/20 140/2 141/10 141/12 141/15 143/9 143/21 145/16 149/23 151/16 153/19 154/17 155/11 156/2 156/4 156/8 156/11 158/25 159/10 159/22 160/1 161/6 161/6 165/19 165/20 175/7 175/25 177/8 178/2 178/13 178/20 181/2 181/14 183/19 185/19 186/10 188/14 188/18 189/14 193/12 193/13 193/21 194/9 196/8 196/12 197/1 199/21 201/4 204/12 205/9 205/19 205/19 206/13 207/11 207/16
208/12 208/14 208/15 210/4 210/8 210/24 212/7 214/1 215/3 215/20 215/25 219/11 219/16 223/11 225/25 227/25 229/3 230/10 232/12 235/10 236/2 236/2 236/2 236/19 237/12 237/22 241/22 241/25 244/10 245/12 251/17 255/9 256/17 257/13 261/14 262/22 263/10 265/19 269/22 270/3 271/18 272/4 273/14 278/23 279/16 281/24 287/21 288/9 288/1 288/14 288/15 289/1 289/3 292/5 292/20 292/22 293/23 294/14 294/23 295/7
**I've [17]** 8/4 17/4 22/7 25/25 38/21 44/15 46/20 85/19 92/8 99/14 102/22 125/14 148/23 191/18 209/19 227/21 238/8
**idea [26]** 41/21 41/25 59/13 59/16 94/23 100/5 115/18 123/15 130/5 130/8 140/1 157/17 170/4 170/6 170/8 177/13 183/13 233/11 236/21 247/21 262/1 277/13 277/14 286/6 290/20 296/20
**identification [59]** 11/18 11/21 29/21 30/2 30/8 30/9 32/20 35/8 45/19 45/22 52/2 70/19 70/22 77/20 91/25 92/2 104/9 118/1 118/4 123/23 139/21 141/4 141/8 142/2 142/12 143/2 143/19 153/17 153/20 158/23 159/1 175/23 176/1 188/12 193/7 193/22 198/9 199/22 201/2 201/5 203/10 215/23 219/14 219/17 225/23 226/1 227/6 232/10 238/18 241/20 255/17 269/2 270/11 273/12 273/15 277/17 278/24 287/2 294/11
**identified [3]** 32/1 35/8 293/7
**identifies [1]** 236/5
**identify [6]** 33/2 45/22 56/6 235/25 236/15 284/25
**identifying [1]** 184/15
**immediately [5]** 17/7 178/2 252/19 252/19 278/14
**impact [2]** 58/15 58/16
**impair [2]** 10/14 130/23
**implement [1]** 59/16
**implemented [1]** 60/1
**impossible [2]** 260/2
293/1
**improprieties [8]** 250/24 251/1 251/6 251/13 251/20 252/21 289/22 289/23
**impropriety [2]** 36/5 251/4
**improve [1]** 56/3
**in/see [1]** 155/16
**inappropriate [1]** 255/22
**inbox [3]** 266/9 267/5 267/14
**INC [83]** 1/12 5/8 5/9 6/16 25/13 25/14 25/18 26/2 26/5 26/7 26/11 26/15 26/20 26/24 27/2 27/8 68/16 109/22 110/ 122/25 123/3 123/8 123/11 123/18 142/20 142/22 142/25 248/9 248/10 248/15 257/7 257/10 257/16 257/25 258/11 259/2 259/6 259/24 260/6 260/11 260/25 262/1 262/4 262/7 262/12 262/20 270/16 270/20 270/23 271/12 271/16 271/22 272/1 272/8 272/11 272/14 272/17 272/20 272/25 273/8 273/16 273/18 273/21 274/7 275/18 276/4 276/15 277/2 277/3 277/4 277/ 277/10 277/21 278/11 279/8 286/8 286/16 287/13 287/17 287/23 288/6 288/10 288/13
**inception [4]** 32/14 64/19 64/23 77/10
**include [1]** 202/19
**includes [1]** 294/21
**including [13]** 17/10 48/2 48/2 48/3 115/22 116/2 120/13 178/21 178/22 179/23 214/8 233/7 244/22
**income [43]** 24/23 24/25 25/5 25/5 28/10 28/22 33/17 33/19 33/ 34/3 34/9 34/10 34/12 34/15 34/15 34/17 34/1 35/4 43/20 43/25 44/1 44/1 44/2 44/9 44/14 48/4 53/7 86/8 99/23 99/25 101/16 101/21 102/10 102/14 102/20 102/25 103/5 135/24 262/14 295/8 296/5 297/19 297/21
**incorporate [1]** 27/14
**incorporated [6]** 122/20 122/22 122/25 123/8 123/18 257/9
**incorporating [3]** 123/ 123/11 123/14
**incorporation [9]** 5/7 123/4 123/8 205/22 207/1

**I**

incorporation... [5] 270/20 271/3 271/16 272/7 273/8

incorrect [1] 96/2

independent [8] 45/1 110/24 113/12 115/2 115/5 115/20 117/17 263/25

indicate [2] 76/3 288/22

indicated [14] 8/4 17/5 17/17 27/16 37/19 44/14 59/1 194/13 194/17 214/24 216/11 216/18 247/10 298/2

indicates [1] 240/19

individual [1] 249/20

individually [3] 1/5 120/13 160/10

industry [1] 55/6

information [47] 5/10 6/1 6/7 6/8 6/9 39/17 81/1 81/9 82/1 89/2 89/6 103/11 115/22 115/23 116/8 183/20 183/22 197/20 211/8 211/14 211/20 212/9 213/4 213/8 213/16 213/24 214/8 214/9 226/3 227/9 227/10 227/12 227/13 227/14 227/16 227/16 228/17 229/8 229/19 229/22 230/9 230/12 230/16 231/5 231/10 231/18 292/16

initial [8] 77/10 200/14 202/13 202/15 202/16 206/3 206/4 251/12

initially [3] 56/2 221/1 241/13

initiated [1] 114/18

insight [1] 297/24

installment [1] 296/14

instance [1] 159/16

instead [2] 149/11 149/22

instruct [1] 282/8

instructed [1] 282/3

instruction [1] 62/14

instructions [1] 62/9

insurance [5] 31/2 234/23 236/23 237/2 244/22

integration [3] 73/16 73/24 246/25

intelligently [1] 179/6

intensively [1] 184/18

interaction [1] 95/2

interest [49] 17/15 18/2 18/4 18/13 18/18 18/18 19/16 28/10 39/12 45/25 46/22 49/17 50/4 50/18 66/14 67/6 67/10 67/22 68/6 68/11 68/12 68/19 68/20 69/7 79/22 80/8 86/24 87/2 87/19 87/23 88/3 90/23 109/18 123/17 131/6 148/15

148/18 180/20 180/22 181/1 191/13 212/19 237/4 237/6 254/5 283/22 283/25 284/3 286/4

interested [8] 151/23 152/13 216/16 225/11 225/4 225/7 247/2 300/14

interesting [1] 204/10

interests [1] 50/20

internal [5] 12/24 80/25 81/8 81/25 82/15

internet [8] 49/20 50/4 50/10 50/24 51/2 51/9 51/19 184/18

internet-based [5] 49/20 50/4 50/10 51/2 51/19

introduce [2] 172/17 220/23

introduced [2] 41/9 151/22

Intuit [1] 197/17

inured [1] 24/2

invalid [1] 215/2

invest [1] 89/19

investing [1] 151/24

investor [2] 50/16 152/1

investors [1] 89/18

involve [1] 185/2

involved [11] 20/10 23/16 23/19 31/5 64/2 114/8 114/10 128/21 145/24 192/4 234/19

involvement [14] 31/9 42/1 49/20 50/3 117/16 118/11 119/12 119/14 121/3 194/14 200/2 218/8 218/11 223/17

involving [2] 39/16 256/25

IP [1] 292/10

IRS [9] 3/24 5/13 5/13 5/15 5/15 142/14 142/16 142/20 143/3

is [563]

isn't [21] 52/15 71/21 72/1 72/3 92/4 110/25 153/22 161/5 167/20 173/11 176/21 176/25 177/2 188/20 223/3 233/14 238/5 273/16 278/25 279/1 295/9

issue [5] 43/13 238/1 240/21 278/1 286/13

issued [3] 94/22 98/17 103/6

issues [1] 69/21

it [651]

it's [108] 8/7 10/22 12/5 16/21 20/7 20/7 20/19 20/23 24/11 24/17 26/3 30/5 41/24 46/3 46/10 53/22 56/23 56/23 66/2 66/7 66/19 70/25 75/8 77/23 78/8 84/17 85/21 91/14 94/2 94/2 94/6

96/15 101/19 101/19 104/16 109/25 111/13 121/19 124/12 126/12 133/8 133/11 134/17 135/21 140/24 145/18 145/22 154/5 158/10 164/16 165/25 166/9 169/10 176/17 176/18 176/21 178/12 182/13 184/6 184/20 188/17 188/19 188/21 188/23 190/5 190/7 193/14 194/7 198/12 198/23 206/4 206/12 214/17 215/8 216/17 227/10 227/12 227/14 228/3 228/4 228/4 235/19 235/24 236/12 236/13 237/14 238/23 242/2 242/6 242/7 245/10 245/10 255/6 255/14 256/12 257/13 262/24 263/1 266/14 266/16 266/17 269/11 270/15 274/20 277/2 280/16 291/11 296/2

iteration [1] 53/25

its [23] 31/16 32/14 32/25 43/13 48/5 53/11 64/23 76/5 99/20 101/8 101/20 115/16 119/25 120/5 204/5 206/2 206/4 262/8 283/23 284/4 284/6 297/2 297/6

**J**

Jan [1] 4/17

January [15] 99/2 110/25 112/19 113/1 113/3 114/22 116/15 116/23 117/6 117/9 117/13 183/4 187/7 187/9 187/21

January 14 [1] 99/2

January 1st [3] 110/25 112/19 113/1

January 2016 [1] 116/15

January 30 [4] 183/4 187/7 187/9 187/21

JBiaginiCSR [1] 1/25

Jeff [5] 178/14 178/15 179/22 189/23 249/13

Jeffrey [11] 13/10 13/12 140/7 140/8 140/11 140/14 140/17 146/8 214/24 247/23 254/8

JEREMY [119] 1/9 4/10 4/12 4/19 4/24 47/5 88/2 147/22 147/23 147/25 148/2 148/5 151/21 152/4 152/6 154/9 158/15 159/22 159/18 165/5 166/19 166/23 167/25 168/3 168/9 168/13 168/20 170/21 171/8 171/12 176/6 176/18 177/20 177/22 177/20 178/17 178/17 179/12

179/14 180/15 188/17 188/25 189/2 189/10 189/13 190/5 190/7 190/10 190/14 192/13 194/15 194/17 195/8 195/9 195/21 195/23 196/1 196/4 196/9 196/11 196/18 196/19 197/24 198/1 198/4 198/14 199/25 201/11 201/15 201/17 202/4 202/17 204/21 204/23 204/23 205/1 205/2 206/5 207/5 209/25 211/12 211/25 212/2 212/12 213/6 216/18 217/2 218/11 219/19 220/5 220/20 222/1 223/2 223/13 223/15 224/11 224/14 225/10 228/4 228/10 228/14 231/24 232/14 233/7 234/18 238/24 239/2 239/8 239/13 239/13 240/18 244/4 245/18 245/19 245/23 249/14 256/25 257/2

Jeremy's [1] 240/5

Jeremy.Falk [1] 172/5

Jeremys [1] 205/1

Jerry [1] 169/5

Jersey [5] 1/18 1/24 2/6 300/3 300/17

JFalk [5] 209/10 209/23 220/6 220/10 228/5

Jo [1] 207/18

job [9] 126/24 127/2 127/9 167/22 167/23 181/11 183/11 225/8 232/7

jobs [1] 183/10

Joel [21] 28/16 28/19 28/22 34/21 35/2 102/11 102/16 103/3 246/4 246/8 246/8 246/14 246/15 246/24 249/14 253/6 253/8 253/11 253/12 253/16 253/21

join [2] 75/6 75/9

joining [1] 75/18

joint [1] 110/4

joke [1] 135/21

JOSEPHINE [1] 1/17 1/22 300/3

judge [13] 9/7 10/23 16/17 16/22 17/7 20/20 20/25 238/1 277/24 278/4 278/5 278/9 286/11

jumping [1] 179/2

June [6] 132/24 133/8 140/25 144/21 273/17 273/20

June 7 [3] 132/24 133/8 140/25

June 7th [1] 144/21

jurisdiction [1] 122/1

just [61] 9/25 12/12 15/20 17/21 30/5 30/14

179/14 180/15 188/17 188/25 189/2 189/10 189/13 190/5 190/7 190/10 190/14 193/4 194/13 194/15 194/17 195/8 195/9 196/1 196/4 196/9 196/11 196/18 196/19 197/24 198/1 198/4 198/14 199/25 201/11 201/15 201/17 202/4 202/17 204/21 204/23 204/23 205/1 205/2 206/5 207/5 209/10 211/8 211/15 212/9 212/12 213/6 216/18 217/2 218/11 219/19 220/5 220/20 222/1 223/2 223/13 223/15 224/11 224/14 225/10 228/4 228/10 228/14 231/24 232/14 233/7 234/18 238/24 239/2 239/8 239/13 239/13 240/18 244/4 245/18 245/19 245/23 249/14 256/25 257/2

**K**

K-1 [19] 6/6 19/6 28/13 33/22 34/1 34/4 34/6 34/8 34/10 43/15 43/25 44/1 44/1 44/2 44/12 103/7 294/25 295/1 295/11

K-1s [6] 28/19 35/4 43/19 102/23 103/4 151/17

keep [11] 7/23 12/18 14/17 63/14 134/6 134/ 159/19 168/20 213/23 231/19 231/20

keeping [3] 15/2 15/6 15/10

kick [1] 267/20

kills [1] 247/5

kind [5] 132/18 204/14 212/23 255/21 263/11

Kings [15] 42/23 42/24 43/3 43/4 43/8 69/23 76/6 76/11 76/13 117/8 151/24 152/2 155/22 158/4 246/25

knew [10] 41/5 112/13 174/16 175/1 175/2 180/6 262/10 262/16 285/14 290/24

know [311]

knowing [3] 177/16 285/6 285/12

knowledge [8] 21/16 23/11 24/10 32/6 32/8 42/18 57/15 80/6

known [1] 272/16

knows [1] 62/16

KONSTANTYN [44] 1/11 26/18 26/20 26/24 55/17 56/1 57/8 63/25 66/21 66/21 66/24 67/2 67/5 67/9 69/11 69/16 70/5 70/12 72/12 73/2 73/6 73/20 74/13 75/6 75/10 75/18 76/3 78/12 78/14 100/24 104/12 104/15 110/25 112/9 114/21 115/1 115/4 115/9 115/19 116/13 116/21 128/20 259/25 263/24

**K**

Konstantyn's [5] 26/19
55/18 112/18 116/16
116/18

**L**

language [3] 98/7 99/4
179/23
last [39] 11/25 12/2
13/2 15/12 25/6 26/19
29/17 37/25 55/18 55/22
55/23 56/14 56/17 57/2
62/11 70/4 85/2 85/12
87/13 92/6 103/25 104/5
108/5 111/3 114/4
121/16 147/4 156/2
164/16 181/20 181/22
183/23 183/25 200/5
200/19 201/18 206/9
206/21 242/5
later [2] 158/20 267/18
launch [2] 77/13 91/11
launched [7] 77/3
77/12 77/15 83/18 84/4
84/14 91/9
law [5] 38/1 38/4 38/5
121/24 121/25
lawfully [1] 278/18
laws [1] 278/19
lawsuit [9] 114/18
216/22 216/24 217/3
217/5 218/9 218/13
218/16 238/12
lawyer [4] 148/8 178/15
215/3 248/19
lawyers [2] 174/14
174/15
lead [1] 165/7
leading [1] 246/25
learn [1] 190/14
learning [1] 216/16
least [4] 76/16 103/25
255/9 265/16
leave [9] 124/1 125/8
128/6 128/9 150/10
223/22 242/17 243/3
283/23
leaving [2] 128/24
150/6
led [3] 48/13 48/13
48/14
left [26] 8/16 125/10
126/10 126/19 126/25
127/10 127/19 128/2
129/1 129/2 129/9
129/17 129/18 130/2
130/9 130/11 138/10
150/7 150/18 214/25
226/5 263/12 266/18
283/16 283/17 283/18
left-hand [3] 226/5
263/12 266/18
legal [20] 49/10 49/10
49/11 97/11 100/7 101/6
101/6 101/24 136/22
137/19 139/24 142/10
144/22 198/17 215/2
215/3 242/12 242/25

258/16 278/21
legalese [1] 38/19
Lehrburger [4] 9/7
16/22 17/7 20/20
less [5] 168/10 170/10
204/16 204/17 204/19
let [26] 8/24 8/25 9/3
11/10 17/3 35/12 51/14
62/14 86/22 106/10
106/13 106/16 128/5
144/5 148/25 160/13
162/23 164/7 167/12
188/8 257/11 261/19
280/11 294/22 298/14
298/23
let's [24] 7/21 7/23
21/21 23/22 62/19 72/14
73/17 78/8 108/10
111/13 111/21 155/11
159/13 159/24 160/7
164/14 166/17 169/3
188/22 194/7 196/7
203/21 264/3 265/15
letter [11] 3/19 3/23
4/12 55/20 56/15 56/18
56/22 56/23 56/24 57/9
178/24
letting [1] 9/18
level [1] 42/2
liabilities [3] 244/2
249/20 254/21
liability [4] 3/10 3/13
119/25 120/5
license [1] 1/19 47/16
300/18
licenses [3] 47/19
47/21 48/1
Liebman [5] 35/2 88/1
103/4 249/14 253/1
Liebman's [4] 253/7
253/12 253/16 253/21
lifetime [1] 43/16
light [1] 189/1
like [59] 9/12 16/21
21/25 37/22 40/8 41/24
45/3 50/21 62/20 63/13
63/16 69/20 69/22 72/12
75/7 77/23 89/20 125/5
132/6 132/10 132/11
132/16 132/18 135/7
141/15 141/23 145/21
149/8 150/1 154/16
154/17 155/8 158/5
158/12 160/13 182/9
201/6 203/18 203/22
204/3 204/6 205/4
209/11 209/23 219/18
226/5 226/6 226/23
229/9 239/11 239/11
239/12 254/13 264/5
266/21 268/24 275/12
279/2 286/8
liked [1] 57/23
limited [5] 3/10 3/13
35/17 119/24 120/4
line [4] 135/13 164/23
169/16 233/6
link [3] 120/11 156/22

list [9] 50/8 62/1 155/2
155/3 155/6 155/14
192/17 217/15 218/19
listed [1] 270/22
listen [1] 111/18 239/23
listened [1] 239/24
litigant [2] 148/3 148/4
litigation [6] 14/21
30/12 31/13 59/3 112/7
253/18
little [7] 160/1 192/23
203/25 205/19 208/15
236/2 244/10
lived [4] 53/1 113/10
126/7 293/21
LLC [128] 1/6 1/6 1/6
1/10 1/10 1/11 3/9 3/11
3/17 4/14 4/16 4/20
11/24 12/6 12/8 12/23
13/19 18/19 18/20 18/22
19/3 19/5 19/10 19/12
19/14 19/15 19/18 19/20
19/22 22/18 22/22 22/23
24/4 24/4 25/20 25/21
27/4 27/8 28/2 28/5 30/3
30/6 30/15 33/14 33/14
33/17 33/20 33/23 34/1
35/9 35/17 35/18 36/2
36/14 42/8 45/10 45/15
50/21 53/16 79/16 79/17
87/18 87/22 92/3 97/23
97/25 107/15 107/15
108/19 110/24 119/24
120/4 120/18 121/14
121/22 134/7 134/20
134/23 135/10 135/11
135/14 135/17 137/7
137/14 137/19 139/24
140/18 141/24 142/11
144/1 144/22 146/7
146/11 146/20 149/11
149/22 153/4 160/19
160/19 162/12 163/9
163/14 163/16 163/20
163/23 164/2 164/5
164/9 164/21 164/22
165/1 165/25 166/1
206/2 214/20 215/5
215/7 215/12 215/14
215/19 226/13 258/8
258/19 258/23 279/24
280/1 282/2 294/16
LLC.com [6] 70/24
70/24 70/25 76/22 77/24
171/21
LLC/Cooper [1] 160/19
LLCs [1] 178/21
LLP [1] 1/20 2/3 2/10
lobster [1] 204/9
log [3] 155/16 155/18
157/10
logged [1] 237/14
login [6] 120/11 156/13
156/13 156/18 156/19
156/24
logins [2] 157/4 157/9
logo [1] 158/11
Lolya [1] 3/23

77/11 91/8 104/16
106/11 122/18 126/17
126/18 138/5 175/9
267/24 270/22
longer [2] 126/6 218/16
look [52] 12/9 12/12
12/13 12/16 25/7 35/10
54/11 56/7 73/17 78/8
87/9 93/9 95/12 96/7
96/11 110/23 130/5
130/12 131/3 132/6
132/10 132/11 141/15
144/16 144/20 144/23
159/24 160/7 169/3
169/16 176/2 176/13
196/7 197/5 197/18
200/19 202/1 202/1
202/7 206/21 220/19
221/8 230/2 241/23
243/14 246/3 246/5
247/8 265/16 283/14
294/4 294/18
looked [6] 95/24 130/16
130/23 142/5 194/15
221/22
looking [15] 35/13
157/19 158/7 161/3
161/10 161/12 168/3
177/2 180/19 207/2
223/6 234/8 240/14
247/3 270/8
looks [15] 75/7 77/23
132/16 132/18 135/7
158/12 182/9 201/6
219/18 219/18 220/9
226/6 266/21 275/11
279/2
lose [2] 139/9 139/14
loss [8] 4/17 4/22 217/9
218/4 223/17 228/7
228/11 230/4
losses [2] 102/25 103/5
lost [1] 139/4
lot [6] 38/19 49/5 49/6
64/2 129/13 167/23
lots [1] 134/4
lower [2] 156/21 266/18
lunch [4] 155/8 171/15
171/16 240/10
lying [1] 280/25

**M**

M2E [3] 155/19 155/20
155/21
Mack [1] 2/4
mad [1] 48/21
made [5] 44/4 44/19
44/20 72/19 72/21 83/16
88/3 101/16 110/11
110/14 120/10 144/24
151/6 151/6 155/6 169/8
180/1 241/15 245/18
248/17 248/19 248/19
248/23 255/21 292/19
MageMojo [4] 156/24
204/3 204/6 204/6
Magento [1] 48/2
Magistrate [1] 16/17

4/6 4/8 4/10 4/21 4/23
4/24 5/3 5/12 47/4 58/2
70/23 71/1 71/8 71/10
71/17 71/20 71/22 71/2
71/25 72/2 72/3 72/4
72/10 73/1 73/5 76/7
76/21 77/22 77/24 78/6
84/7 85/7 85/16 85/18
88/8 88/10 88/13 88/15
88/19 88/21 143/22
144/21 144/24 147/10
147/21 149/4 153/3
159/1 159/8 159/12
159/14 159/17 160/4
160/17 161/2 166/17
166/19 166/23 167/23
168/15 168/17 169/3
171/19 171/20 171/22
171/24 172/3 172/6
172/8 172/12 172/14
176/4 176/17 178/12
185/23 186/9 186/11
188/15 188/17 188/20
188/21 188/23 189/20
189/22 190/2 190/7
208/25 209/4 209/6
209/9 209/13 209/16
209/21 210/7 220/4
220/7 225/18 228/1
228/2 228/5 229/7
229/10 229/11 229/13
229/16 232/5 232/13
232/15 232/16 238/22
238/23 238/23 239/14
240/19 242/2 242/2
242/4 243/25 244/1
244/14 244/15 245/14
245/17 245/23 246/3
246/7 246/10 246/22
247/6 249/12 253/23
265/20 265/24 266/6
266/9 267/4 267/8
267/11 267/13 267/15
268/21 282/14 282/15
282/16 282/19 288/14
288/16 290/20 294/5
mailed [1] 236/13
mails [12] 36/24 37/1
46/25 72/7 72/8 149/6
170/19 171/18 175/12
188/19 267/20 289/15
maintain [3] 38/4 74/1
74/16
maintained [1] 121/4
maintaining [2] 74/17
231/17
majority [1] 223/23
make [47] 9/12 9/13
9/22 23/15 30/24 30/25
31/2 38/14 40/7 44/16
54/5 54/20 70/13 76/13
102/13 102/24 105/21
106/25 108/10 109/2
110/19 115/8 115/14
117/18 117/22 125/5
137/21 151/9 166/11
169/10 196/1 196/4

**M**

make... [12] 254/2
256/5 264/22 274/2
278/6 278/17 289/2
290/3 291/8 292/23
294/2 294/23
makes [1] 179/24
making [6] 83/2 103/4
121/3 151/11 247/3
290/10
manage [4] 22/5 129/18
208/14 208/19
managed [7] 4/14 4/15
129/23 208/10 208/13
208/16 208/17
management [9] 64/20
81/1 81/2 81/9 81/10
82/2 82/2 195/24 196/23
manager [5] 33/7 33/12
110/20 182/11 297/25
managing [15] 30/19
30/21 31/14 124/7 124/8
127/24 207/19 207/24
208/1 208/5 219/19
219/22 219/24 220/21
296/8
many [28] 15/4 47/19
47/19 47/22 48/3 56/5
71/25 72/1 72/4 94/17
113/2 113/19 122/22
158/20 158/20 171/24
186/25 200/5 209/17
209/17 211/24 217/18
221/20 237/12 237/12
248/13 255/7 284/21
March [28] 1/14 7/14
7/15 8/5 8/7 8/9 176/5
176/17 177/7 177/21
178/12 179/16 179/22
188/16 188/24 189/21
190/3 190/23 205/16
205/23 298/3 298/14
298/16 298/17 298/17
298/24 298/24 298/25
March 15 [5] 188/16
188/24 189/21 190/3
190/23
March 16 [2] 298/17
298/24
March 17 [2] 298/17
298/25
March 20 [2] 205/16
205/23
March 23 [1] 298/3
March 23rd [3] 8/5 8/7
298/14
March 5 [2] 298/16
298/24
March 5th [1] 8/9
March 7 [5] 176/5
176/17 177/7 177/21
179/16
March 7th [2] 178/12
179/22
mark [9] 15/17 44/3
45/16 83/9 151/20 188/9
193/18 207/18 238/15
marked [60] 11/18

11/21 32/20 45/19 45/21
52/2 70/19 70/22 77/20
91/25 92/2 104/9 118/1
118/4 123/23 139/21
141/8 143/19 143/22
153/17 153/20 158/23
159/1 175/23 176/1
188/12 188/15 193/7
193/22 198/9 199/22
201/2 201/5 203/10
205/10 215/23 219/14
219/17 225/23 226/1
227/6 228/1 232/10
238/18 241/20 241/23
248/13 255/17 262/23
269/2 269/23 270/11
270/14 273/12 273/15
277/17 278/24 287/2
294/11 294/15
marketing [4] 48/14
49/6 127/7 127/15
marketplaces [2] 84/21
85/4
markets [1] 184/19
MARKUS [3] 2/10 17/17
17/19
Mary [31] 6/17 192/20
193/24 194/8 195/18
195/22 196/19 197/7
197/9 197/19 218/5
218/7 218/17 220/25
222/14 228/13 229/23
229/25 230/5 235/22
236/6 236/8 236/11
241/5 246/19 251/11
251/23 252/7 252/12
253/8 291/2
master [3] 17/8 156/7
156/10
matter [1] 56/13
maximum [1] 38/1
may [47] 5/3 5/12 21/25
73/2 120/18 120/25
121/8 121/12 153/22
154/2 155/7 158/8
158/19 159/5 232/14
238/24 242/3 242/3
242/6 243/25 245/16
246/4 246/23 247/9
249/12 265/7 266/13
266/24 268/7 270/20
270/24 271/9 271/12
271/17 271/18 271/19
279/6 279/18 279/23
280/9 280/13 281/6
282/1 283/9 284/16
290/19 290/20
May 12 [2] 154/2 158/8
May 22 [1] 242/3
May 27 [1] 249/12
maybe [11] 21/7 38/19
113/5 114/24 124/4
124/5 136/7 174/10
208/12 263/10 268/23
MBA [2] 197/5 197/7
me [135] 8/4 8/24 8/25
11/1 11/10 17/17 32/12
33/5 33/10 34/16 35/9
36/19 37/11 37/16 38/12

38/20 40/1 40/4 41/15
46/1 49/2 50/10 51/14
53/10 61/3 62/14 72/21
75/6 75/9 80/9 86/22
95/8 95/17 96/13 106/10
106/17 109/13 130/20
136/12 137/8 137/14
141/22 142/7 144/5
145/1 145/24 147/25
148/25 151/22 152/25
154/16 154/16 155/2
155/9 155/13 157/24
158/6 159/25 160/5
160/13 162/8 162/23
164/7 166/9 167/12
169/3 175/4 176/7
178/10 178/24 178/25
181/18 182/12 182/15
183/20 185/4 190/5
191/23 193/9 193/18
194/6 194/15 197/24
198/4 198/16 200/4
200/8 202/25 203/1
206/5 208/22 216/17
217/1 218/10 219/7
220/23 225/5 225/14
228/15 233/6 233/24
234/10 234/12 235/9
237/17 238/3 239/22
239/22 243/9 250/5
256/11 257/11 261/1
261/19 264/5 267/7
270/1 274/21 279/15
279/17 279/19 280/11
282/16 282/18 286/24
289/4 290/5 290/14
290/15 294/22 295/19
297/12 298/14 300/7
300/10
mean [30] 42/25 45/11
65/13 74/13 74/16 74/24
89/16 127/17 131/10
133/19 134/8 135/20
142/4 145/1 155/20
156/3 156/7 156/10
184/12 195/20 203/19
204/21 208/8 208/14
214/3 216/22 238/12
264/15 265/22 267/10
means [11] 24/17
119/19 119/24 120/3
120/9 155/24 158/10
190/13 215/1 255/5
265/23
meant [6] 43/6 64/21
77/9 157/3 195/21
272/23
mechanism [1] 258/16
media [1] 184/19
medication [1] 10/13
medium [1] 135/3
meet [2] 151/21
185/11 185/12 240/20
264/22 264/23 264/24
265/2 265/4 265/12
268/16
meeting [5] 154/18
154/19 265/6 265/8
265/9

meetings [1] 236/8
MELITI [1] 2/3
member [27] 4/14 4/15
30/19 30/21 31/14 36/14
36/18 41/19 44/22 45/8
50/12 50/12 183/3 185/6
187/10 187/12 187/14
199/18 200/12 200/14
200/15 201/13 202/21
206/3 206/4 296/7 296/8
members [16] 26/10
26/12 38/1 41/21 76/24
149/22 183/14 183/15
199/8 199/11 201/20
202/13 202/15 202/16
202/18 205/6
membership [4] 200/17
202/3 202/3 202/9
memo [1] 77/11
memory [3] 37/24
38/13 39/23
merchandising [1]
78/24
merchant [1] 82/16
merchants [1] 82/8
Meridian [7] 161/15
161/20 161/22 165/17
165/22 166/2 166/8
message [2] 55/12
135/7
messaged [1] 154/16
messages [6] 3/22 4/5
54/6 54/8 54/11 112/12
messaging [2] 84/18
263/1
met [2] 247/21
method [1] 268/25
MICHAEL [44] 1/5 2/17
3/16 4/3 4/6 4/8 13/6
20/13 32/11 36/24 41/1
64/1 64/4 64/7 64/10
69/3 69/6 77/24 88/1
88/8 97/9 107/22 108/1
108/5 108/12 108/18
108/19 108/22 109/19
110/7 110/8 121/11
176/6 187/18 187/20
188/17 211/18 232/15
244/16 269/21 292/2
292/23 297/16 298/9
middle [2] 176/16 247/4
midway [1] 154/25
might [20] 38/12 57/13
75/7 75/24 89/19 109/10
131/14 148/9 188/2
191/8 197/24 207/12
209/14 213/3 225/7
226/22 246/20 272/20
281/1 290/14
migrate [1] 267/8
migration [2] 267/20
267/25
Mike [300] 23/23 30/10
32/9 32/10 32/11 32/13
34/21 35/3 36/1 36/10
37/2 41/9 42/10 46/25
47/5 49/8 52/4 52/9
52/19 53/1 61/9 64/24
65/20 66/21 66/23 67/1

67/8 67/12 67/16 67/20
67/23 68/4 68/5 68/7
68/10 68/11 68/19 69/11
72/19 72/23 75/15 78/9
79/11 79/24 83/10 84/6
84/13 85/20 85/25 88/1
100/6 104/23 105/1
105/21 105/24 106/9
106/19 106/22 115/1
115/14 117/20 119/8
128/20 129/5 129/18
132/21 132/24 134/1
134/3 135/1 135/5 135/
135/16 136/5 136/18
137/3 137/6 137/11
139/23 142/18 143/5
143/23 144/3 144/8
144/17 145/11 145/22
146/6 147/19 147/24
148/1 151/22 153/3
153/13 154/3 154/8
154/9 154/12 154/16
155/1 155/5 155/8
155/13 155/14 155/18
155/16 156/4 156/6 156/
156/13 156/23 157/6
157/9 157/13 157/24
158/5 158/15 159/2
163/7 163/11 163/13
164/3 165/2 165/13
165/18 166/11 166/24
167/7 167/16 167/20
167/21 167/24 167/25
168/6 168/10 168/14
168/16 168/19 168/25
169/1 169/5 169/13
169/14 169/16 169/18
169/19 169/21 169/23
169/24 170/2 170/12
170/15 170/16 171/6
172/18 172/21 172/23
173/8 173/23 174/23
174/24 175/11 175/2
175/4 175/5 175/7
175/10 175/14 175/17
176/21 177/25 178/8
178/12 179/6 179/11
179/14 179/21 180/3
180/5 180/9 180/13
180/14 181/11 187/25
188/16 188/25 189/9
189/11 189/14 189/16
189/21 190/4 190/5
190/7 190/11 191/6
191/6 203/2 210/11
210/14 210/17 211/21
212/7 213/13 213/20
222/5 223/7 224/21
224/25 225/4 225/8
225/9 225/17 229/17
230/22 231/8 231/16
232/3 232/4 233/2
234/13 234/18 234/20
234/25 236/1 236/5
236/7 236/24 238/25
239/2 239/3 239/6
239/14 239/17 239/21
240/4 240/8 240/13
240/25 240/13 240/20

## M

**Mike... [59]** 240/25
241/11 242/6 242/9
243/12 244/1 244/2
245/2 245/6 245/16
246/23 247/9 247/20
248/22 249/3 249/6
249/13 249/17 250/2
250/7 252/6 254/3
254/24 255/19 256/5
256/15 256/18 256/25
258/7 259/1 259/5 261/2
266/5 267/13 268/1
268/4 271/11 271/15
271/21 272/1 272/3
272/6 282/11 282/15
283/8 285/6 285/6
285/12 285/12 285/14
285/15 285/19 289/7
289/10 289/15 289/20
289/25 290/16 290/22
**Mike's [18]** 30/13 133/3
135/13 136/10 137/9
140/23 146/9 147/9
149/4 163/9 170/11
173/12 190/16 235/3
247/17 250/10 250/19
288/22
**milk [1]** 204/10
**million [2]** 235/15
235/17
**mind [3]** 39/20 40/1
146/19
**mine [1]** 148/14
**minority [5]** 44/22
44/25 45/8 49/16 90/23
**minute [1]** 78/1
**minutes [3]** 16/14
16/21 20/18
**mirrored [1]** 145/12
**misappropriation [4]**
284/7 284/8 284/10
284/15
**misappropriations [1]**
284/17
**mischaracterize [1]**
95/20
**misrepresent [2]** 93/23
95/25
**missed [1]** 273/24
**missing [5]** 159/8
159/10 159/12 159/14
159/16
**misspell [3]** 207/5
207/8 207/10
**misspelled [2]** 206/12
206/22
**misspelling [1]** 207/3
**misspoken [1]** 281/1
**mistakes [1]** 248/14
**misunderstanding [1]**
208/12
**modern [1]** 78/23
**moment [9]** 40/1 41/15
46/1 71/2 101/12 109/12
109/16 176/8 236/18
**Monday [2]** 1/14 8/5
**money [76]** 27/20 27/22

48/4 48/7 48/19 48/22
48/24 53/11 53/17 59/17
86/10 86/11 89/20
100/15 104/4 130/18
131/2 142/11 150/13
167/10 167/13 167/17
167/21 168/11 170/15
170/17 174/19 174/24
178/19 179/17 224/16
226/21 234/10 234/21
240/13 247/11 251/2
252/6 252/23 252/25
260/22 269/7 269/11
274/6 275/15 275/17
275/22 276/3 276/12
276/13 276/17 276/25
277/9 279/11 279/19
280/5 281/17 282/3
282/8 283/17 283/23
285/4 285/5 285/10
285/12 285/21 285/25
286/3 286/4 286/14
286/16 286/20 293/2
293/5 293/6 293/9
**monitor [2]** 16/12 16/13
**monitored [1]** 20/21
**monitoring [1]** 21/1
**month [5]** 116/17 270/5
270/7 273/17 273/20
**monthly [5]** 100/12
103/10 103/14 104/2
260/14
**months [7]** 113/14
126/18 138/7 138/8
156/2 158/20 237/12
**mop [1]** 192/2
**more [36]** 12/15 51/11
54/23 59/21 63/18 81/23
82/3 103/21 103/23
106/18 108/12 108/15
108/18 108/21 116/25
159/25 163/11 167/15
170/15 187/1 189/14
191/8 191/10 191/11
194/9 196/9 203/25
204/16 210/24 223/8
225/14 234/2 234/12
241/11 255/5 298/18
**morning [3]** 7/6 72/11
72/12
**most [5]** 131/7 131/8
131/10 190/11 216/10
**mostly [1]** 186/9 232/6
234/11
**move [15]** 69/1 115/14
125/20 143/16 165/20
177/18 225/15 225/16
237/8 237/18 238/4
267/11 279/19 282/3
282/9
**moved [1]** 238/7
**moving [8]** 252/25
253/2 265/19 265/23
282/12 282/22 282/25
283/4
**Mr [9]** 3/4 3/19 7/5 20/4
162/18 212/9 213/11
229/16 262/23
**Mr. [123]** 7/6 8/5 8/6

8/12 9/15 9/24 12/15
12/21 14/1 17/4 17/5
17/9 17/14 17/17 17/18
17/18 17/23 21/22 32/22
35/3 35/13 56/1 65/8
68/23 70/21 88/1 88/1
88/2 93/4 93/19 97/19
108/4 138/5 142/9 153/3
153/19 153/22 160/21
162/16 162/20 163/3
163/17 163/19 164/15
166/18 170/15 170/16
171/6 172/12 172/13
172/17 174/2 177/10
177/15 179/8 193/21
200/2 200/5 200/12
201/24 202/19 208/10
208/19 209/3 209/7
209/10 209/21 211/9
211/15 212/6 212/10
212/15 212/18 212/21
212/23 213/2 213/16
223/6 227/22 228/18
228/24 229/8 229/12
229/19 229/22 230/9
230/13 231/10 231/21
238/11 240/12 240/12
241/24 265/13 265/13
268/19 270/6 270/14
270/24 273/14 277/19
279/5 279/19 279/22
280/7 284/11 287/4
291/20 292/14 294/4
294/14 295/15 295/19
295/23 297/18 298/5
298/10 298/11 298/12
298/13 298/19 298/20
298/22
**Mr. Bagaev [1]** 265/13
**Mr. Dardashtian [6]**
97/19 153/22 211/9
211/15 295/15 298/11
**Mr. Dardashtian's [5]**
162/20 292/14 295/19
295/23 298/20
**Mr. Falk [47]** 153/3
160/21 163/3 163/17
163/19 164/15 166/18
170/15 170/16 171/6
172/12 172/13 172/17
177/10 177/15 179/8
200/2 200/5 200/12
202/19 208/10 209/3
209/7 209/10 209/21
212/6 212/10 212/15
212/18 212/21 212/23
213/2 213/16 228/24
227/22 228/18 228/24
229/8 229/12 229/19
229/22 230/9 230/13
231/10 231/21 240/12
294/4
**Mr. Falk's [2]** 162/16
201/24
**Mr. Farooq [5]** 174/2
270/24 279/19 279/22
284/11
**Mr. Gitman [43]** 7/6 8/5

12/21 17/5 17/9 17/14
17/18 17/18 17/23 21/22
32/22 35/13 65/8 68/23
70/21 93/4 93/19 108/4
138/5 153/19 193/21
208/10 238/11 240/12
241/24 270/6 270/14
273/14 277/19 279/5
280/7 287/4 291/20
294/14 297/18 298/5
298/10 298/13 298/22
**Mr. Gitman's [2]** 8/6
17/4
**Mr. Glukharev [2]**
265/13 268/19
**Mr. Jeremy [1]** 88/2
**Mr. Konstantyn [1]**
56/1
**Mr. Liebman [1]** 88/1
**Mr. Rothman [4]** 14/1
35/3 88/1 142/9
**Mr. Sim [3]** 17/17
298/12 298/19
**Ms [1]** 221/24
**Ms. [6]** 12/18 221/5
222/6 222/25 223/9
223/12
**Ms. Andan [5]** 221/5
222/6 222/25 223/9
223/12
**Ms. Court [1]** 12/18
**much [11]** 12/15 18/4
26/7 55/21 150/19
161/23 174/21 204/19
236/23 240/3 249/7
**multi [3]** 59/25 80/21
84/17
**multi-channel [2]** 80/21
84/17
**multi-tenant [1]** 59/25
**multiple [9]** 54/18 55/9
165/18 236/14 248/11
261/5 261/8 261/12
284/17
**multitude [1]** 46/24
**must [1]** 156/21
**Mwilson [1]** 2/13
**my [129]** 8/23 9/10
11/10 14/14 14/14 14/24
14/25 20/24 21/6 23/10
37/24 38/12 39/23 40/14
41/12 42/3 43/7 44/4
46/17 50/9 51/6 57/19
58/13 58/13 58/24 59/6
59/10 62/11 62/14 62/19
62/21 68/2 68/23 70/10
71/9 71/19 71/25 72/1
72/4 72/7 72/7 72/8
75/25 80/2 87/8 87/15
93/4 93/5 93/16 95/18
95/20 96/3 97/5 106/9
106/11 109/4 109/6
109/6 111/3 111/10
111/12 111/15 111/21
113/4 113/24 125/10
125/21 128/5 128/10
128/18 128/23 130/4
132/10 132/25 133/13
137/7 147/18 149/1

149/5 150/18 150/20
150/25 151/1 159/7
165/19 167/12 168/14
172/16 182/23 183/2
183/9 184/20 184/23
185/4 191/19 192/22
194/16 194/19 195/10
198/12 198/17 200/18
200/24 201/10 201/21
202/9 202/17 204/13
208/3 214/1 214/5
225/16 233/23 234/11
238/3 238/4 246/1 246/4
246/5 246/9 251/21
265/16 267/25 268/10
268/16 271/8 280/8
280/11 300/18
**myself [11]** 55/17 63/1
68/22 69/10 104/23
165/2 168/25 201/21
202/17 213/5 224/14

## N

**name [72]** 6/18 12/1
16/1 20/1 26/19 55/18
55/22 55/24 56/14 56/11
56/20 57/2 57/20 58/7
58/9 58/12 59/7 60/21
60/24 61/5 61/8 71/13
79/5 79/8 94/7 94/8
94/12 94/13 99/8 113/2
113/25 114/4 132/4
133/2 133/3 133/5
136/11 136/15 136/17
136/20 136/23 137/4
137/5 137/11 137/12
139/24 206/23 207/6
215/12 217/16 251/4
251/6 257/15 261/11
272/10 272/13 272/19
272/20 280/7 280/8
280/16 280/19 280/23
281/2 281/10 281/11
281/14 281/19 282/23
283/6 293/15 293/23
**named [1]** 257/12
**names [7]** 23/4 23/7
23/9 23/9 23/11 57/4
209/23
**nature [7]** 10/14 15/10
88/6 112/18 198/22
212/3 284/18
**NDA [29]** 41/2 41/19
41/21 41/23 42/1 45/9
63/12 64/2 76/6 79/16
79/24 79/25 80/1 80/7
80/10 80/14 87/4 87/18
88/3 90/21 212/2 212/5
212/9 212/11 213/7
213/10 213/12 213/14
229/2
**NDA's [8]** 45/25 46/22
49/17 80/8 86/24 87/1
87/18
**NDAP [255]** 1/6 3/11
3/14 13/23 22/18 23/8
24/4 28/5 33/14 34/6
35/9 35/18 39/8 39/9
41/5 41/17 42/3 42/9

N

NDAP... [237] 42/22
42/24 43/2 43/4 43/8
43/10 43/13 43/16 44/1
44/12 44/22 45/1 45/10
45/15 45/24 45/25 46/22
47/1 47/10 47/11 47/13
47/17 47/18 48/4 48/10
49/1 49/8 49/14 49/17
49/17 49/21 49/22 49/25
50/3 50/13 51/23 53/7
53/8 53/11 53/16 55/7
55/9 57/17 59/11 60/4
61/9 61/12 61/17 63/12
64/7 64/8 70/24 70/24
70/25 72/15 73/19 73/21
74/25 75/3 75/7 75/10
76/5 76/8 76/22 77/24
79/8 79/11 79/13 79/14
79/16 79/22 80/8 81/5
82/11 82/21 84/16 85/14
86/9 86/10 86/11 86/13
86/17 86/25 87/2 87/19
87/23 88/4 90/4 90/6
90/7 90/9 90/12 90/13
90/19 90/22 91/4 101/3
104/11 104/21 105/9
105/25 106/4 106/5
106/18 106/19 106/21
106/25 107/2 108/5
108/12 110/24 112/10
112/18 112/21 113/19
114/22 115/2 115/16
115/20 116/3 116/8
116/20 116/24 117/10
117/13 117/22 119/9
124/21 125/1 125/9
125/11 125/13 126/21
126/23 127/3 127/13
128/7 140/15 140/16
149/9 150/2 156/12
156/14 156/18 156/20
156/24 157/16 158/8
158/16 161/23 162/12
162/15 163/23 164/2
164/5 164/9 164/23
165/7 165/9 165/12
165/14 165/16 165/21
165/23 166/2 166/4
166/5 166/7 166/8
171/21 171/23 171/24
172/18 173/6 173/6
177/17 178/14 179/7
180/20 180/23 185/2
185/4 186/21 187/10
210/18 210/22 213/11
217/23 218/1 218/22
218/23 218/25 222/5
222/10 222/15 223/3
225/12 225/18 230/7
230/23 232/15 233/18
234/22 235/5 237/10
240/15 240/16 246/11
248/6 249/9 250/20
251/16 252/24 255/9
256/14 256/19 257/5
258/4 261/13 261/15
261/20 261/22 262/9

263/25 267/12 267/19
268/19 269/17 275/23
276/1 276/5 290/14
296/24 297/2 297/5
297/6 297/24
NDAP's [6] 34/3 152/14
161/19 161/22 173/10
250/9
NDAP-LLC.com [6]
70/24 70/24 70/25 76/22
77/24 171/21
NDAs [1] 211/24
necessary [1] 238/3
Neck [4] 52/24 53/1
53/5 121/24
need [27] 7/25 8/24
11/9 44/13 44/24 64/15
99/18 111/14 116/11
125/4 131/14 137/25
142/14 145/2 145/5
145/24 146/2 146/4
146/10 146/12 150/22
156/1 161/9 189/3 202/8
242/1 284/13
needed [11] 37/3
127/18 142/12 143/1
145/21 206/6 258/2
258/4 278/5 284/9
289/21
needs [1] 189/18
negative [3] 241/1
244/24 255/19
negotiate [4] 104/14
151/3 151/10 151/11
negotiated [1] 249/11
negotiating [5] 152/20
158/14 158/17 167/16
249/6
negotiator [1] 170/13
neither [2] 300/12
300/13
net [6] 233/18 239/4
240/4 243/15 249/9
256/15
never [59] 25/25 28/24
32/2 35/2 49/22 51/13
53/5 58/22 65/9 65/10
65/14 65/18 66/3 67/24
87/25 90/9 92/9 92/22
92/25 93/3 96/21 98/12
98/16 98/23 101/10
101/11 101/20 102/22
103/3 112/8 118/19
123/3 125/10 147/6
147/9 152/1 152/6
174/16 174/18 180/18
181/12 193/1 199/11
203/2 203/13 203/16
205/18 208/20 209/6
209/9 213/15 224/20
232/24 233/3 233/15
236/7 247/21 247/21
256/23
new [44] 1/2 1/15 1/18
1/20 1/24 2/6 2/12 85/3
89/20 89/23 119/24
120/4 121/24 121/25
122/1 122/1 134/7
134/20 134/23 135/10

135/11 135/14 135/17
140/19 142/13 145/11
146/20 184/18 187/22
215/9 216/17 232/7
258/5 266/9 267/5
267/12 267/14 267/21
270/23 273/5 293/12
294/21 300/3 300/17
next [20] 10/23 20/18
29/18 74/9 75/4 82/12
83/17 106/17 111/22
133/11 133/14 134/22
135/12 136/10 157/11
178/11 188/9 247/4
253/23 296/21
nice [1] 239/22
nickname [2] 57/8 57/9
no [281] 1/3 1/19 7/18
8/14 9/20 9/21 10/16
11/2 14/8 14/22 15/11
18/9 18/24 19/11 20/5
21/12 21/13 22/5 23/5
23/8 23/18 23/21 25/23
26/3 26/12 27/6 30/4
30/22 30/22 31/6 31/8
32/5 32/8 32/8 33/24
36/9 36/14 36/18 36/18
39/5 39/6 39/14 41/21
41/25 43/4 43/12 46/10
46/14 47/6 48/12 48/20
48/23 51/4 51/24 53/14
57/3 59/22 64/18 65/11
65/14 65/15 65/16 68/22
69/4 71/19 77/9 79/12
79/13 80/6 80/15 82/24
83/4 84/1 84/12 85/23
87/5 89/2 89/11 89/12
89/24 91/17 91/19 91/21
92/21 94/23 95/4 98/10
98/25 99/6 99/9 99/20
100/5 100/20 100/23
101/9 102/1 103/2
103/13 108/2 108/14
108/17 108/20 114/7
114/9 114/11 116/21
118/10 119/2 121/9
123/15 126/6 126/12
128/17 129/20 130/5
130/12 132/1 132/8
132/9 132/15 136/1
138/1 138/14 138/17
138/20 140/1 142/17
143/7 143/9 143/10
143/15 145/5 145/14
145/24 146/17 148/17
148/20 149/15 150/15
151/15 153/6 157/17
162/11 163/2 163/22
164/6 166/13 167/8
168/17 169/10 169/14
170/4 170/6 170/8
170/23 170/25 171/3
173/2 173/3 173/16
173/25 174/7 174/7
177/13 178/9 179/3
179/17 180/11 180/21
181/9 182/18 183/6
183/13 184/6 186/7
188/17 188/21 190/5

190/18 190/20 191/1
192/11 193/16 194/14
194/21 196/3 196/6
197/8 197/14 198/23
199/2 199/17 200/2
200/16 203/4 204/22
204/24 205/4 205/5
207/21 212/11 212/14
212/17 212/20 212/22
213/14 215/3 215/6
217/21 217/24 218/13
218/16 222/8 222/11
222/16 222/18 222/21
222/23 223/5 223/8
223/25 224/20 224/24
225/8 225/19 230/13
231/7 231/14 233/3
233/11 238/13 243/7
244/9 246/15 246/19
249/2 250/14 250/17
251/11 254/18 254/25
257/6 257/24 258/13
259/21 259/21 260/4
260/19 263/7 266/7
266/14 268/12 268/13
269/6 273/3 274/3
275/21 277/13 277/14
278/12 279/10 280/12
280/16 281/1 281/24
282/24 283/7 283/17
283/20 283/23 286/6
288/6 290/20 291/19
291/23 292/1 292/4
293/1 294/3 296/20
300/18
Nobody [3] 192/4 192/7
192/9
nods [5] 8/19 62/8 77/6
132/3 162/2
nondisclosure [3]
228/24 231/25 232/2
none [2] 188/9 202/25
nonprofit [1] 204/15
nonverbal [1] 8/20
Nope [2] 65/17 184/12
normal [2] 265/8 265/9
normally [3] 89/1
113/11 268/11
North [1] 7/2
Northern [2] 121/23
122/6
Northwood [1] 293/20
not [251] 7/13 9/10 9/12
9/19 9/22 9/25 11/12
14/23 14/25 16/21 17/5
19/23 20/10 20/14 20/23
21/9 21/13 21/15 21/23
21/25 22/5 23/11 27/9
28/7 28/12 29/13 34/14
34/14 34/15 36/23 39/16
46/15 46/17 46/17 49/15
51/1 55/17 55/20 56/2
56/23 58/25 60/4 62/3
62/21 63/6 63/7 64/18
64/20 66/15 68/1 69/9
77/1 78/14 79/25 80/2
80/6 80/9 80/11 82/6
82/7 83/8 84/1 86/19
86/20 86/21 87/8 87/14

87/15 87/24 89/4 91/3
91/10 93/4 94/3 95/19
96/5 96/6 96/5 97/1
99/9 101/5 101/15
101/22 101/23 101/24
102/7 104/25 106/5
106/12 108/8 111/1
111/3 111/10 111/10
111/12 111/13 111/22
113/21 113/24 115/3
115/12 116/7 116/12
116/18 117/23 118/22
119/14 121/14 122/15
124/16 125/1 127/17
129/22 130/4 130/17
131/14 132/10 134/17
139/3 141/5 141/12
141/23 142/4 143/9
145/15 145/16 145/17
145/18 146/12 148/14
149/23 154/5 156/4
156/7 156/8 156/11
156/13 156/16 157/6
162/14 163/15 163/16
163/22 164/1 164/11
164/12 164/24 166/9
166/14 166/15 167/3
167/6 168/6 170/18
173/14 173/14 174/7
177/16 178/10 178/19
178/20 180/12 181/25
185/4 187/15 189/14
191/16 192/19 193/3
193/14 194/24 195/2
197/1 197/2 198/5
207/11 208/24 210/8
211/6 211/11 211/17
212/7 213/17 214/1
214/3 214/7 214/18
215/3 215/16 215/20
217/13 219/11 223/19
223/21 223/25 225/15
225/16 227/20 227/23
229/3 230/10 230/24
231/6 232/24 234/16
234/19 234/23 234/24
236/17 237/3 243/8
246/20 247/2 247/10
247/13 247/17 250/7
253/14 253/17 254/3
255/10 257/20 261/1
261/5 261/14 264/8
264/9 264/10 264/14
266/5 266/7 268/23
269/19 272/4 272/5
276/24 281/24 282/23
286/24 287/19 288/18
288/19 289/20 290/24
296/7 296/11 296/13
296/15 296/23 297/23
300/14
Notary [3] 1/18 300/3
300/17
note [5] 87/4 87/10
87/17 87/22 291/8
notebooks [15] 6/3
14/25 15/2 15/2 15/4
15/6 15/10 15/15 15/16
15/18 15/20 58/23 59/7

**N**

notebooks... [2] 59/8
59/10
notes [10] 6/2 14/14
14/16 14/18 57/19 58/13
58/20 58/24 59/6 147/18
nothing [14] 33/15
65/15 127/17 128/13
165/14 179/15 193/4
194/18 208/8 237/5
237/7 237/19 259/23
300/7
notice [6] 3/24 9/24
121/22 150/18 292/5
292/13
notification [1] 292/9
notified [2] 247/1
291/20
notify [3] 17/7 37/7
259/1
now [38] 9/17 9/19
38/21 40/13 55/4 56/9
59/11 79/8 82/13 83/17
85/8 85/18 85/23 88/12
94/18 95/12 95/25
112/17 134/8 138/11
157/3 159/18 160/6
175/7 178/12 189/20
193/13 207/4 240/19
245/14 249/24 250/3
251/5 256/14 258/20
278/22 285/19 290/9
number [20] 3/8 4/2 5/2
29/21 30/2 30/8 30/9
141/11 142/2 142/12
143/2 143/6 168/14
168/18 169/17 182/13
220/18 244/14 246/2
273/23
numbers [4] 141/4
235/10 243/10 246/1
nut [1] 204/10

**O**

O'Brien [1] 99/8
Oak [1] 7/1
oath [14] 10/23 34/23
62/24 79/19 93/23 98/11
111/7 119/3 175/3 212/8
219/2 279/18 292/20
292/22
object [1] 9/9
objection [22] 11/3
11/4 93/13 93/15 95/7
95/7 96/23 116/9 146/19
179/9 180/8 231/12
238/14 268/8 268/14
276/6 276/9 278/20
285/8 286/5 286/10
291/14
obligation [4] 116/7
214/6 231/8 231/16
obligations [4] 213/23
237/10 283/18 283/24
obtain [2] 133/18 249/8
obtained [3] 141/3
142/10 143/6
obviously [2] 128/20

130/22
occurred [3] 140/23
140/25 284/15
occurring [1] 284/8
October [22] 52/4
52/11 52/12 70/23 72/24
74/6 75/12 76/15 77/7
77/12 77/23 85/24 86/13
88/8 89/13 89/22 90/11
91/5 143/22 147/10
147/21 149/4
October 13 [1] 52/12
October 19 [6] 77/23
85/24 89/13 89/22 90/11
91/5
October 21 [1] 70/23
October 21st [2] 72/24
74/6 75/12 77/12
October 5 [1] 149/4
odd [1] 210/3
off [20] 7/21 8/2 8/10
16/24 75/8 76/18 76/20
113/24 130/4 133/17
133/19 135/9 183/9
191/18 204/13 240/8
240/9 246/1 266/17
267/20
offensive [1] 237/24
offer [7] 151/6 173/6
178/24 179/1 181/16
189/1 190/24
offered [7] 169/20
169/21 169/22 169/25
245/2 253/10 254/7
offhand [1] 221/18
office [1] 122/8
officer [15] 95/22 124/2
124/12 124/14 124/17
124/21 125/1 125/2
125/9 125/11 125/13
125/18 125/22 126/22
300/1
offices [1] 1/19
often [4] 51/18 130/7
265/4 268/16
oh [15] 77/9 93/21
152/15 159/20 181/8
196/17 207/3 217/16
218/21 226/14 233/6
235/12 263/10 281/3
285/20
okay [38] 9/1 23/14
32/11 33/10 47/7 62/18
68/3 69/1 86/22 92/5
94/1 98/1 99/3 111/14
111/14 111/23 145/10
145/16 151/16 156/23
158/7 159/24 160/3
160/4 164/18 176/3
176/9 176/12 188/4
188/25 189/10 219/8
219/10 288/21 294/19
298/1 298/20 299/2
old [1] 267/7
OLEKSII [10] 1/11
56/13 64/1 67/14 100/25
128/21 129/5 259/25
263/19 263/21
omni [1] 80/20

omni-channel [1] 80/20
on-demand [1] 120/9
once [6] 48/24 108/2
188/21 189/22 216/20
268/23
one [67] 1/8 9/9 9/20
9/21 16/22 22/18 39/24
41/8 45/6 54/19 54/23
56/12 58/6 58/9 62/9
63/18 71/25 72/4 73/12
83/18 105/5 108/4 110/2
113/25 114/5 116/19
116/25 120/11 120/13
124/24 136/16 136/19
158/9 159/25 161/7
163/11 167/15 168/23
180/24 183/10 191/5
192/3 196/15 202/6
206/14 207/1 207/2
209/22 209/24 210/24
214/17 225/11 229/5
229/9 229/10 239/10
248/12 255/5 257/20
267/17 279/15 284/22
288/3 290/13 294/7
294/24 298/18
one-half [1] 191/5
one-year [1] 116/19
ones [3] 50/7 59/9
204/12
online [8] 42/6 78/24
91/12 120/10 174/13
174/15 174/17 274/23
only [34] 22/4 24/5 30/8
32/13 44/7 68/22 69/10
82/7 90/7 111/2 120/9
128/10 128/14 132/25
147/7 149/14 166/11
167/1 171/22 172/6
172/8 180/2 182/25
192/3 196/15 202/9
204/12 206/4 206/4
207/23 229/9 239/23
243/19 278/2
open [7] 54/18 145/2
179/24 200/4 229/10
229/11 281/13
opened [10] 39/24 52/5
52/10 200/5 277/10
281/2 281/3 281/6
281/10 281/11
opening [4] 40/5 52/15
225/1 293/11
operate [5] 18/25 21/8
100/8 141/14 142/10
operated [3] 222/5
229/4 230/19
operates [1] 78/18
operating [81] 3/9 3/10
4/4 4/14 4/15 6/11 11/23
12/5 12/7 12/22 13/7
31/18 31/19 31/22 35/9
35/17 36/13 37/8 37/12
37/20 37/22 38/17 39/4
39/16 40/22 41/17 42/11
45/14 139/25 143/25
144/8 144/16 145/8
145/11 145/12 146/7
146/10 146/13 146/13

146/20 146/22 149/8
149/21 150/1 153/4
153/5 201/8 202/19
203/5 205/12 206/15
206/18 206/22 213/23
214/3 214/5 214/7
214/10 214/12 214/15
214/18 214/19 214/20
215/10 215/18 223/4
231/1 231/2 231/4
246/18 250/16 254/22
255/1 255/7 255/9
290/10 290/13 290/15
operation [8] 38/4
40/23 48/5 53/12 53/18
149/25 214/1 214/4
operational [1] 127/6
operations [3] 48/14
49/7 127/15
operator [1] 191/24
opinion [2] 9/11 167/8
opportunities [1]
184/15
opportunity [4] 7/17
40/13 160/6 243/12
opted [1] 247/17
optimization [1] 58/17
optimize [3] 74/10 75/1
76/5
option [4] 247/16
259/18 260/1 260/3
options [5] 259/13
259/14 259/19 259/22
260/5
order [21] 9/1 44/25
60/19 87/18 92/13 97/15
99/19 102/13 111/3
116/11 116/14 116/20
118/25 141/13 142/11
143/1 273/1 278/1
285/24 286/2 286/7
ordered [5] 8/8 131/16
275/14 277/20 278/13
organic [2] 80/24 81/25
organizations [2]
184/16 184/17
originally [1] 202/21
Orro [1] 48/2
other [99] 7/7 13/5 17/4
22/16 22/17 22/21 23/25
25/17 25/17 26/10 26/14
26/15 26/23 26/24 27/7
27/7 30/20 30/20 31/3
39/18 47/16 48/3 48/12
48/12 49/19 49/20 50/4
50/10 50/20 56/1 56/12
58/11 63/10 63/11 63/21
65/25 66/5 67/22 67/23
68/7 68/11 72/1 82/7
84/9 85/23 85/24 86/5
93/10 108/23 109/8
109/14 113/25 114/17
115/9 115/20 120/12
127/23 128/21 134/2
147/3 149/12 162/9
162/9 165/6 165/8
165/11 165/12 186/11
192/10 199/11 204/8

204/11 209/13 209/14
209/16 211/9 211/15
211/20 213/11 219/4
219/23 244/22 259/8
259/11 261/15 261/15
261/18 261/18 261/20
261/20 261/22 262/19
263/23 268/22 269/14
269/14 269/17 269/18
295/15
others [1] 5/12
Otherwise [1] 16/21
our [22] 74/10 75/1
75/2 78/22 79/2 80/19
82/15 82/19 113/21
119/19 159/17 180/1
182/9 212/3 213/8 213/
231/24 251/12 254/21
265/4 266/1 292/3
out [60] 7/22 8/1 45/25
46/21 47/23 49/17 63/8
77/17 79/24 79/25 80/1
80/6 80/10 80/14 87/18
87/23 88/3 89/1 92/25
93/3 93/5 110/18 113/1
127/18 135/14 135/18
135/22 135/25 136/2
144/4 145/4 150/13
153/10 155/7 168/21
169/6 170/20 192/2
203/13 203/16 214/25
216/6 220/22 224/16
228/15 251/15 252/23
258/2 258/4 264/22
281/17 282/1 282/13
282/22 283/1 283/4
283/9 286/13 289/17
298/13
outside [1] 211/9
over [24] 114/25 116/2
116/3 117/14 117/19
157/2 157/4 171/15
171/16 192/14 194/15
197/5 200/17 202/22
204/1 206/6 235/11
235/12 235/13 235/14
235/15 235/18 258/16
266/14
overlapping [1] 55/11
oversee [2] 242/11
242/23
overview [1] 182/22
owe [2] 178/19 179/17
owed [3] 234/10 234/1
243/1
own [37] 19/2 19/15
20/4 26/8 26/21 43/13
47/11 47/14 47/17 47/2
100/7 101/8 101/20
101/25 102/8 106/12
108/12 108/15 108/18
108/21 131/22 146/14
146/16 146/18 161/24
199/13 199/14 210/1
267/25 280/15 280/16
280/19 281/10 287/13
289/17 297/2 297/6
owned [47] 6/16 22/17
281/1 28/5 3/19 148/8

**O**

**owned... [41]** 43/10
44/23 47/18 49/14 49/25
50/15 63/5 64/8 65/24
66/4 66/5 79/11 79/16
86/17 90/19 90/22
120/18 120/24 121/13
123/9 123/11 131/7
145/18 145/23 146/3
146/5 148/23 149/1
149/2 163/11 163/13
163/23 164/2 164/9
165/8 199/6 208/8 282/2
288/1 288/11 288/13
**owner [42]** 19/3 20/14
21/11 21/13 21/16 22/4
22/6 22/7 22/9 22/10
22/12 23/24 23/25 26/1
26/4 27/5 41/2 49/21
49/22 49/24 50/3 50/11
61/4 62/1 62/4 62/12
62/23 64/3 64/6 64/9
90/7 90/9 105/25 106/3
122/18 123/3 123/5
123/7 187/16 191/24
201/11 287/16
**owners [9]** 32/14 72/23
85/23 86/5 106/5 166/7
201/10 234/6 243/18
**ownership [53]** 6/5
13/3 18/2 28/10 28/18
50/4 50/17 63/22 64/14
64/16 64/20 64/22 65/7
65/11 65/20 66/13 66/22
66/24 67/2 67/5 67/10
67/14 67/17 67/22 68/6
68/12 68/19 68/20 69/7
69/8 79/13 79/21 80/8
80/9 105/9 105/12
105/16 106/19 106/21
107/25 108/6 123/17
131/5 145/20 147/8
148/15 148/18 163/7
212/18 295/4 295/12
295/19 295/23
**owning [2]** 45/8 185/1
**owns [10]** 45/9 45/11
45/14 66/17 106/7 108/3
287/7 287/10 287/23
295/15

**P**

**P-1 [11]** 3/9 11/15 11/17
11/21 18/16 28/25 29/1
29/18 32/2 35/24 39/11
**P-10 [4]** 3/22 123/22
130/14 131/24
**P-11 [4]** 3/23 139/20
140/2 140/3
**P-12 [3]** 3/24 141/7
141/10
**P-13 [5]** 4/3 143/18
143/22 143/22 153/3
**P-14 [4]** 4/5 153/16
153/20 154/11
**P-15 [12]** 4/6 158/22
159/1 159/1 160/8
164/15 164/16 166/18

171/19 181/6 181/7
181/10
**P-16 [11]** 4/8 175/22
176/1 176/2 176/2
176/16 176/17 181/5
181/20 181/22 183/23
**P-17 [3]** 4/10 188/11
188/15
**P-18 [4]** 4/11 193/6
193/22 196/7
**P-19 [4]** 4/12 198/8
199/22 200/20
**P-2 [12]** 3/10 32/17
32/19 35/8 35/9 35/22
39/7 42/11 42/13 42/16
42/19 45/7
**P-20 [4]** 4/14 201/1
201/5 201/18
**P-21 [4]** 4/15 203/9
205/10 205/12
**P-22 [6]** 4/17 215/22
215/25 216/1 218/14
223/20
**P-23 [3]** 4/18 219/13
219/17
**P-24 [3]** 4/20 225/22
226/1
**P-25 [4]** 4/21 227/5
228/1 228/1
**P-26 [4]** 4/23 232/9
232/12 232/13
**P-27 [5]** 4/24 238/17
238/20 238/22 238/22
**P-28 [7]** 5/3 241/19
241/23 242/5 243/24
245/15 247/9
**P-29 [5]** 5/4 255/16
262/23 262/23 263/13
**P-3 [10]** 3/12 45/18
45/22 80/5 80/14 87/9
87/10 87/13 164/13
166/15
**P-30 [3]** 5/5 269/1
269/23
**P-31 [4]** 5/7 270/10
270/14 270/14
**P-32 [5]** 5/9 273/11
273/15 286/14 287/4
**P-33 [6]** 5/10 277/16
278/24 278/24 279/2
293/7
**P-34 [5]** 5/12 287/1
288/14 288/14 294/4
**P-35 [6]** 5/13 294/10
294/15 294/24 296/16
297/9
**P-36 [4]** 5/15 294/10
295/7 295/7
**P-4 [6]** 3/13 52/1 52/8
53/9 53/13 53/19
**P-5 [3]** 3/14 70/18 70/22
**P-6 [4]** 3/16 77/19 80/16
88/10
**P-7 [8]** 3/17 91/24 92/2
93/8 93/11 95/9 96/14
99/5
**P-8 [9]** 3/19 104/8
110/23 110/23 111/22
114/14 114/19 114/20

116/14
**P-9 [6]** 3/20 117/25
118/4 119/16 121/17
143/13
**p.m [22]** 77/23 138/3
138/3 143/23 154/1
160/9 166/19 166/23
176/11 228/4 232/14
238/24 242/6 244/1
245/16 246/4 246/8
246/23 247/10 249/13
253/24 299/4
**page [82]** 3/2 3/8 4/2
5/2 5/5 11/25 12/2 13/1
13/2 15/17 29/7 29/10
29/17 29/18 35/14 35/16
35/19 37/16 37/22 39/24
40/5 40/5 46/3 87/12
87/13 95/24 97/22 98/1
98/3 99/1 99/5 99/7
99/11 111/3 119/16
119/17 119/18 121/16
147/4 155/1 157/11
159/3 159/6 159/11
159/15 159/15 159/24
160/8 164/14 164/16
176/15 176/17 181/20
181/22 182/9 183/23
200/5 200/9 200/19
201/18 202/7 206/8
206/9 206/21 217/8
217/14 232/13 232/20
232/22 242/4 242/5
243/23 243/24 245/14
245/15 247/8 271/6
274/10 288/15 288/18
291/9 296/21
**pages [5]** 44/19 46/3
94/17 120/12 294/24
**paid [41]** 17/14 28/11
48/15 48/17 48/18 48/19
48/22 48/24 49/1 87/21
100/13 100/24 104/17
104/19 105/6 105/9
105/16 112/24 126/14
150/19 150/23 151/8
167/14 167/17 176/24
177/2 180/2 200/19
200/20 208/23 234/25
244/11 245/6 248/3
248/8 250/8 252/6
286/21
**PAOLA [2]** 1/19 2/10
**paperwork [1]** 207/15
**paragraph [12]** 80/18
82/12 83/17 184/14
202/10 202/12 245/17
253/5 253/23 288/25
289/4 289/5
**Pardon [2]** 76/19
114/15
**parenthesis [2]** 82/14
155/19
**Park [1]** 2/6
**part [33]** 11/12 21/9
30/13 42/23 42/24 43/2
43/4 43/8 59/13 60/4

76/10 76/13 95/12
115/14 117/8 133/10
151/24 152/2 155/22
158/4 163/21 173/12
176/16 184/20 197/13
225/16 226/7 241/10
246/25
**part-time [1]** 72/16
**participate [1]** 70/12
**particular [1]** 265/11
**parties [6]** 61/24 64/2
67/25 89/2 162/9 300/13
**partner [22]** 4/19 30/14
42/3 45/1 48/11 49/16
105/20 115/14 124/8
127/24 148/13 148/14
170/21 194/20 194/24
207/24 208/1 219/19
220/21 220/23 240/16
244/22
**partners [11]** 41/8
63/10 63/11 63/12 63/21
152/4 152/6 180/16
180/18 207/20 223/8
**partnership [2]** 42/5
42/7
**parts [15]** 42/6 152/8
152/10 161/16 161/20
161/23 189/8 189/17
189/24 190/24 242/16
248/18 248/21 254/1
266/3
**party [12]** 39/13 67/23
98/18 118/24 119/20
121/21 165/6 165/11
253/15 253/18 266/21
291/22
**Passaic [1]** 2/5
**password [3]** 157/7
267/7 267/20
**past [1]** 80/19
**paste [2]** 182/23 183/1
**pasted [2]** 145/6 184/23
**pay [44]** 28/9 52/19
87/4 87/17 104/22
104/24 105/5 116/17
116/18 168/10 168/13
168/13 168/16 172/24
173/14 174/6 174/19
174/24 175/14 175/20
179/8 180/6 180/10
189/11 190/11 191/9
191/11 191/12 217/17
247/12 247/25 248/1
248/1 275/22 276/3
276/13 276/15 283/23
285/24 286/2 288/4
289/12 289/17 289/21
**paying [4]** 172/22
189/14 260/23 275/15
**payment [5]** 161/7
242/16 274/18 286/17
286/19
**payments [6]** 87/22
87/22 87/24 88/3 290/17
290/21
**PayPal [10]** 6/16 28/6
138/15 138/24 139/10

288/13
**payroll [1]** 217/16
**paystubs [1]** 150/25
**PDF [2]** 158/11 158/12
**Peakstone [1]** 160/12
**penalties [7]** 10/19
10/24 31/8 34/23 62/25
148/22 278/15
**pending [25]** 39/6
40/18 46/7 47/6 91/1
91/17 91/19 91/21 97/3
117/2 137/22 143/10
178/9 190/18 190/20
190/24 193/4 193/16
211/1 237/5 237/8
237/19 251/18 280/12
291/17
**Pennsylvania [1]**
293/20
**penny [1]** 283/11
**people [25]** 11/5 47/16
56/5 56/6 56/8 58/18
60/9 60/13 60/18 66/1
60/9 60/22 90/21 93/1 110/2
134/5 192/12 192/14
209/14 209/17 211/8
211/24 217/19 217/19
217/22 217/25
**per [2]** 105/4 105/7
**percent [62]** 6/5 18/6
18/17 18/18 19/2 19/16
23/24 23/25 30/14 44/2
45/8 45/10 45/12 45/15
47/11 49/14 63/2 64/8
64/10 64/10 64/24 65/2
66/4 66/5 66/6 66/17
66/22 67/1 67/5 79/16
79/17 102/24 106/7
131/11 131/22 145/23
149/2 161/4 161/8
163/24 165/9 167/5
169/7 169/19 170/12
180/4 180/14 180/22
180/25 181/1 199/18
206/6 229/3 233/19
243/15 243/16 243/19
295/6 295/14 295/16
295/21 295/24
**percentage [18]** 13/2
26/20 48/7 63/5 67/3
145/20 147/8 147/20
199/13 199/14 233/18
234/2 234/9 240/3 295/
295/12 295/19 295/23
**percentages [6]** 79/18
147/1 149/13 153/8
153/11 240/7
**perform [3]** 54/18 84/2
253/19
**performed [1]** 251/23
**performing [5]** 54/13
126/25 127/10 127/12
128/1
**period [9]** 48/16 48/18
48/25 49/9 49/12 50/11
50/18 50/21 217/17
**perjury [6]** 10/19 10/24
31/8 34/23 62/25 148/22
**permitted [1]** ...

**P**

permitted... [2] 39/17 253/17
person [7] 6/18 94/11 195/11 217/17 225/10 293/24 294/1
personal [10] 28/7 229/9 247/24 266/9 267/4 267/14 289/17 292/8 292/14 292/24
personally [2] 247/25 248/1
phase [1] 112/7
Philippines [5] 186/5 197/13 197/16 221/11 221/14
phone [14] 9/25 9/25 132/7 132/10 133/18 133/20 135/9 178/25 182/13 185/11 203/21 220/16 220/18 240/21
Photocopy [1] 4/18
PHP [1] 69/22
physical [2] 185/21 185/23
pick [1] 272/16
picked [2] 272/10 272/13
picture [3] 132/17 132/25 133/11
piece [1] 191/15
PIM [1] 84/1
pivoting [1] 82/13
place [22] 115/15 116/13 145/25 145/25 176/5 182/25 189/2 189/17 211/24 212/5 212/12 213/7 213/12 213/14 228/25 229/2 230/15 264/23 264/24 273/5 279/3 300/10
placed [1] 212/2
placing [1] 292/12
Plaintiff [1] 17/15
Plaintiff's [35] 11/17 32/19 45/18 52/1 70/18 77/19 91/24 104/8 117/25 123/22 139/20 141/7 143/18 153/16 158/22 175/22 188/11 193/6 198/8 201/1 203/9 215/22 219/13 225/22 227/5 232/9 238/17 241/19 255/16 269/1 270/10 273/11 277/16 287/1 294/10
Plaintiffs [1] 1/7 2/7
planning [3] 85/8 265/2 265/6
plans [2] 103/18 264/22
platform [2] 80/19 82/15
playing [1] 9/21
please [23] 8/24 10/7 11/4 15/17 29/11 35/18 37/11 40/17 44/3 45/4 46/1 75/6 75/9 111/17 111/20 151/20 178/1

189/2 207/18 241/23 246/10 280/12 298/14
plenty [2] 128/12 128/17
Plumbers [9] 22/22 22/23 23/9 24/4 33/14 33/17 33/20 33/23 34/1
plumbing [1] 22/24
plural [1] 254/22 254/4 255/13
plus [4] 161/4 184/4 184/5 184/7
PO [1] 1/23
point [34] 16/25 18/16 27/21 37/16 39/1 49/14 65/4 72/18 73/21 76/25 79/22 86/4 86/6 86/9 103/19 110/17 125/7 138/2 154/17 154/19 175/7 178/1 179/1 180/1 180/17 196/12 196/14 225/15 233/6 244/13 251/10 284/20 291/11 294/24
poorly [1] 135/25
portfolio [1] 78/23
portion [1] 28/9
posed [1] 21/4
position [8] 124/1 125/5 125/8 125/10 173/11 215/2 215/3 253/14
possible [13] 34/5 66/2 66/8 66/9 66/11 66/19 91/14 97/13 97/17 255/6 255/14 269/11 274/20
possibly [10] 26/25 28/5 28/6 28/6 108/24 113/7 172/13 178/18 215/15 261/17
potential [2] 94/3 178/23
power [1] 84/25
practices [2] 36/6 297/25
preclude [1] 290/14
precluded [2] 37/14 37/23
precludes [2] 290/10 290/15
prejudice [1] 38/16
preparation [4] 117/17 118/12 163/24 266/2
prepare [4] 117/21 182/16 182/18 206/17
prepared [14] 13/7 42/13 98/8 139/25 144/17 145/11 160/21 164/15 182/22 206/14 218/4 227/2 230/3 273/7
prepares [1] 216/4
preparing [5] 119/13 119/15 218/8 218/12 223/17
present [4] 12/17 15/7 44/15 83/14
presented [6] 146/6 167/4 177/7 179/19 180/11 258/8

pretty [1] 105/14
prevent [1] 185/4
prevented [1] 115/21
previous [5] 244/16 244/21 244/23 245/6 246/9
previously [2] 258/7 291/19
price [7] 161/5 161/8 177/16 242/16 244/2 296/22 297/11
pricing [3] 81/22 82/2 84/2
primary [1] 76/12
principal [1] 147/2
prior [10] 123/2 123/11 123/13 123/18 245/17 245/23 260/24 270/24 289/14 300/4
private [5] 147/24 227/14 227/16 228/11 230/12
privy [1] 211/23
probably [6] 144/23 151/1 203/7 209/2 219/25 274/16
problem [8] 20/24 20/24 54/22 55/5 55/7 55/13 141/20 163/2
proceed [1] 249/18
proceedings [1] 10/15
proceeds [13] 233/19 234/3 235/5 239/4 240/4 243/15 249/9 254/7 254/20 256/15 256/19 257/1 257/5
produce [22] 14/15 15/1 43/22 51/14 59/3 59/9 60/2 131/16 131/23 151/16 173/5 183/19 185/19 186/10 188/3 207/16 236/19 241/7 245/12 256/11 288/9 288/12
produced [12] 14/20 14/24 14/25 15/19 19/21 19/24 51/13 51/16 58/22 131/15 132/13 287/22
producing [2] 33/17 135/24
product [17] 20/7 20/11 24/11 49/5 58/19 81/1 81/9 82/1 83/18 84/3 84/14 89/15 91/12 116/2 116/3 142/24 155/21
products [1] 83/24
profanity [1] 205/4
professional [2] 72/7 72/8
profile [4] 182/9 221/17 221/19 221/23
profit [11] 4/17 4/22 146/25 153/8 153/11 217/9 218/4 223/17 228/7 228/11 230/3
prohibited [4] 37/20 38/9 38/22 246/17
prohibition [2] 185/2 185/4 219/3

prohibits [1] 37/9
project [1] 56/8
projects [1] 69/17
promised [1] 259/13
promissory [4] 87/4 87/10 87/17 87/22
pronounce [4] 26/19 55/18 55/23 56/16
pronounced [1] 82/14
proof [6] 235/20 255/20 256/2 256/3 291/10 291/19
proper [4] 31/2 258/20 258/24 259/3
properly [6] 43/19 81/24 102/15 102/20 102/24 103/6
properties [1] 78/23
property [3] 296/10 296/18 297/10
proposal [8] 239/9 239/11 239/12 239/16 239/20 240/6 241/10 241/15
proposed [5] 143/25 152/23 153/4 241/13 241/14
proposing [1] 240/1
proprietary [2] 47/13 227/8
protect [1] 105/22 105/25 106/4 107/1 115/8 178/13 179/8 179/13 284/9 286/9
protected [3] 115/11 117/18 117/22
protecting [1] 179/11 250/25 251/21 254/5 284/4 284/5
provide [8] 54/21 54/25 187/2 187/4 247/1 291/4 291/7 292/17
provided [5] 55/3 183/21 247/13 260/5 291/19
provides [1] 68/19
providing [3] 127/2 127/6 291/10
proving [1] 178/25
provision [3] 38/17 38/21 40/21
prudent [1] 225/14
public [6] 1/18 83/16 197/9 197/15 300/3 300/17
publication [1] 140/18
purchase [15] 161/5 161/8 173/6 244/2 248/13 248/18 248/20 248/21 248/23 249/1 254/1 254/8 254/20 254/23 266/2
purports [1] 294/25
purpose [14] 32/23 32/25 39/8 39/18 42/4 54/2 85/15 96/13 154/14 161/13 211/6 212/1 229/21 268/5
purposely [1] 20/22

purposes [3] 23/13 111/14 111/21
pursue [1] 292/12
put [18] 15/20 39/22 44/5 44/17 145/25 147/ 157/19 184/23 189/2 189/17 213/7 213/12 239/17 239/20 251/16 255/12 258/22 292/5
puts [1] 178/22
putting [1] 283/5

**Q**

question [116] 8/23 9/ 9/10 10/6 11/10 11/12 11/12 16/5 16/7 16/9 16/19 21/4 21/6 22/1 27/11 27/15 37/17 38/1 39/6 40/14 40/15 40/18 41/3 43/7 46/6 46/7 47/ 54/15 54/25 55/2 59/6 59/15 59/20 59/21 59/2 61/10 61/22 62/11 62/1 62/21 63/18 68/2 68/17 68/24 71/7 71/9 72/1 77/16 83/9 91/1 91/17 91/19 91/21 91/25 93/4 93/5 96/3 97/2 97/3 101/22 106/2 106/9 106/11 106/12 106/12 106/14 106/15 108/8 108/10 111/12 111/14 111/15 111/17 111/19 111/20 111/22 117/2 125/3 125/21 127/5 129/4 130/21 135/12 135/13 136/10 137/22 143/10 143/12 162/24 164/8 165/10 165/19 167/12 167/15 175/11 190/18 190/20 190/21 193/16 193/16 193/19 205/20 208/12 211/1 225/20 240/17 251/18 257/12 258/1 269/16 276/11 280/11 280/22 289/1 291/16 291/17
questions [12] 8/17 8/18 11/1 20/23 21/2 21/23 21/25 44/13 160/13 194/16 288/19 288/20
quick [2] 65/2
QuickBooks [6] 216/6 216/8 216/14 226/6 226/6 252/1
quicker [1] 294/23
quickly [3] 136/14 159/22 278/1
quite [1] 130/7
quotes [1] 73/4

**R**

rabbit [1] 186/5
Ragonas [1] 218/20
random [3] 136/17 137/5 137/12
Randy [1] 40/25 41/9 41/19 79/12 189/2

**R**

range [5]  58/18 168/18
169/17 169/18 235/19
rate [5]  104/22 104/24
116/16 116/18 217/17
rates [1]  198/17
rather [2]  155/15
229/13
Re [1]  4/25
read [82]  28/25 38/6
38/7 38/21 39/20 40/1
40/2 40/6 40/11 40/14
40/16 40/18 46/7 70/2
70/4 72/10 78/1 85/18
85/19 91/1 93/10 93/12
93/18 93/21 93/24 93/25
94/8 94/9 94/12 94/18
95/6 95/10 95/11 95/25
96/1 97/3 98/7 99/4
117/2 118/17 120/1
120/6 120/15 122/3
132/20 133/1 133/9
133/15 134/22 136/12
137/22 144/6 147/5
153/23 154/21 157/18
159/4 159/9 160/4 160/7
160/15 161/9 162/6
168/24 176/8 176/12
178/3 179/4 181/3 189/5
189/25 194/7 211/1
228/8 239/10 251/18
264/3 264/5 265/15
289/4 289/15 291/17
reading [11]  29/14 40/9
73/1 73/9 84/12 84/12
88/12 134/6 159/22
160/1 241/25
reads [1]  81/24
ready [1]  178/2
real [4]  18/20 163/15
204/10 231/6
realize [6]  230/25 231/3
249/5 249/7 250/12
250/15
realized [1]  82/6
really [11]  44/24 60/15
126/3 129/6 135/14
135/18 136/2 147/6
149/14 177/8 180/6
realm [1]  204/1
reason [16]  52/25 89/3
93/11 149/14 170/14
191/9 224/24 230/9
232/4 237/1 246/2
259/11 265/12 268/12
278/2 292/6
reasonable [2]  173/11
177/24
reasons [4]  58/9 58/11
149/10 149/12
rebuilt [1]  78/23
recall [25]  29/14 45/3
59/4 66/20 67/7 91/8
114/20 130/23 147/8
147/17 149/5 257/4
268/24 270/25 271/24
272/2 278/4 281/9 285/3
285/5 285/7 285/11

285/15 285/18 289/19
receipts [1]  274/21
receive [17]  19/4 19/6
19/9 19/11 19/13 19/17
28/13 28/17 33/22 34/8
48/4 48/8 234/21 240/14
243/15 254/19 292/2
received [60]  11/17
28/19 29/20 32/19 34/1
34/3 34/5 34/10 34/13
34/18 35/5 43/19 43/24
44/9 44/12 45/18 52/1
70/18 77/19 86/8 91/24
100/15 102/20 104/8
117/25 123/22 139/20
141/7 143/18 153/16
158/22 175/22 188/11
193/6 198/8 200/7 201/1
203/9 215/22 219/13
225/22 227/5 232/9
234/22 238/17 241/19
255/16 266/9 267/4
267/15 269/1 270/10
273/11 277/16 287/1
290/16 290/21 292/9
294/11 297/19
receiving [3]  86/12
104/1 212/23
recess [4]  16/25 65/4
138/2 240/10
recipients [1]  92/13
recognition [1]  242/10
recognize [4]  10/21
131/24 243/11 290/9
Recognizing [1]  12/17
recollection [7]  49/13
49/15 52/9 86/17 124/13
134/25 150/23
recommended [1]
278/11
reconcile [2]  178/5
244/20
reconciliation [6]  6/14
245/5 247/11 251/22
251/25 252/8
record [25]  7/22 7/24
8/2 8/3 9/3 12/21 16/24
17/2 17/3 17/21 35/12
37/19 55/4 72/11 95/14
95/22 133/16 138/4
188/8 219/2 237/23
237/25 240/8 240/9
298/15
recorded [1]  102/21
records [6]  12/19 25/7
75/25 113/22 128/5
128/23
reduce [1]  198/17
reduction [1]  234/21
refer [14]  23/12 23/13
32/10 32/10 44/24 45/5
45/6 73/25 74/24 81/16
96/8 96/8 202/12 288/15
reference [5]  83/2 83/6
85/13 245/18 245/22
referenced [1]  83/25
references [1]  85/12
referred [5]  57/12 73/6
196/11 214/16 288/18

referring [12]  28/25
29/7 58/20 59/7 79/2
80/16 81/10 84/15 255/2
259/16 289/3 295/11
refers [4]  75/10 82/20
83/21 83/24
reflect [7]  9/3 17/3
35/13 43/18 131/13
188/8 266/21
reflected [1]  266/19
reflecting [1]  151/17
refresh [6]  37/24 38/12
39/23 52/9 86/16 150/23
refreshed [1]  134/24
refund [1]  156/2
refuse [1]  253/11
253/20
refused [2]  178/24
178/24
refusing [1]  240/20
regard [2]  35/24 212/6
regarding [6]  6/7 14/3
35/4 35/4 46/25 65/20
88/2 119/9 196/5
regardless [1]  116/16
regards [1]  171/10
register [3]  142/13
142/14 142/15
registered [7]  60/25
61/2 61/7 61/13 142/19
163/16 215/8
Regonas [1]  186/3
reiterated [1]  247/5
related [3]  99/15 158/8
231/16
relating [6]  40/22 41/5
98/16 211/14 212/10
212/13
relationship [10]  81/2
81/10 82/2 112/18 115/2
115/5 115/16 152/22
171/1 212/15
relative [2]  300/12
300/13
release [1]  85/8
relevant [3]  224/23
255/8 255/12
remain [1]  195/12
remaining [2]  65/25
276/1
remember [197]  13/9
13/11 14/13 26/9 26/22
26/25 29/13 31/24 32/4
34/7 36/22 36/23 37/1
37/2 37/10 38/11 40/15
42/14 42/17 42/20 46/23
47/3 47/4 47/7 52/7
52/13 57/10 57/11 57/18
60/15 60/17 61/11 61/14
62/24 66/2 66/7 66/23
66/25 67/3 67/4 71/6
75/14 76/2 77/13 77/16
77/17 78/13 79/15 81/11
81/14 81/18 85/17 85/19
86/3 86/14 87/20 88/5
88/7 88/23 88/25 91/6
91/14 92/10 92/18 94/14
94/16 98/14 98/19 99/24
100/9 103/20 104/13

104/16 105/19 112/11
112/20 112/22 112/25
113/4 114/24 115/6
116/18 117/7 117/11
117/14 117/19 119/10
121/2 124/4 124/6
124/15 124/18 126/1
126/3 126/18 128/4
129/6 129/11 130/13
130/19 131/1 131/5
135/2 135/3 135/6 138/7
138/11 139/8 139/13
139/18 144/18 150/20
152/25 154/20 158/17
158/18 166/6 171/7
171/15 172/23 174/3
174/22 176/7 177/8
180/12 181/14 181/17
183/9 191/1 191/18
199/15 199/16 203/7
205/24 210/8 221/18
221/22 223/14 229/15
232/19 233/13 233/13
233/24 241/14 241/17
244/13 245/25 248/5
248/11 252/18 253/3
253/22 255/3 257/13
257/22 257/23 258/25
259/4 259/7 261/14
261/17 262/2 262/18
263/10 264/16 265/14
267/2 268/10 268/23
271/14 272/9 272/12
273/9 275/5 275/10
275/16 277/14 278/7
278/9 278/12 278/13
278/16 279/18 280/17
280/20 281/1 281/11
281/15 282/17 282/20
283/14 287/21 287/25
288/8 289/9 289/13
289/18
remembered [1]  84/10
remind [2]  34/22
254/14
remove [1]  283/8
removed [6]  33/7 33/11
61/17 110/20 124/7
125/14
removes [2]  201/11
202/4
removing [1]  286/4
rendered [1]  101/1
Renee [3]  152/22
181/18 247/4
renounce [1]  38/2
repeat [18]  8/24 46/6
53/10 54/23 90/25 92/15
97/2 106/2 106/12
106/13 106/15 111/20
137/20 205/20 213/5
223/11 251/17 291/16
rephrase [3]  21/6 86/22
257/11
replace [1]  223/7
replied [1]  168/19
reply [103]  1/6 1/12
6/16 25/15 25/18 25/18
25/20 25/21 26/1 26/4

26/7 26/11 26/15 26/20
26/24 27/2 27/4 27/7
27/8 27/8 54/6 57/25
58/5 109/22 110/9
122/25 123/3 123/8
123/11 123/18 142/20
142/22 142/25 144/1
144/22 146/7 146/11
146/20 153/4 248/9
248/10 248/15 257/7
257/10 257/10 257/15
257/20 257/25 258/6
258/8 258/11 258/19
258/23 259/2 259/6
259/24 260/6 260/9
260/10 260/25 262/1
262/3 262/7 262/12
262/20 267/24 270/16
270/20 270/23 271/12
271/16 271/21 272/1
272/7 272/10 272/14
272/17 272/20 272/25
273/8 273/16 273/18
273/21 274/7 275/18
276/4 276/15 277/2
277/3 277/4 277/7
277/10 277/20 278/11
279/8 286/8 286/15
287/13 287/16 287/23
288/6 288/10 288/12
replying [1]  58/3
report [5]  34/12 34/14
34/17 34/19 43/20
reported [6]  28/22
34/15 101/20 102/10
102/15 102/25
Reporter [53]  1/18 8/1
8/18 11/5 11/18 12/18
32/20 40/19 45/19 46/8
52/6 62/15 70/4 70/19
77/20 91/2 91/25 97/4
104/9 117/3 118/1
123/23 136/13 137/23
139/21 141/8 143/19
153/17 158/23 175/23
188/12 193/7 198/9
201/2 203/10 211/2
215/23 219/14 225/23
227/6 232/10 238/18
241/20 251/19 255/17
269/2 270/11 273/12
277/17 287/2 291/18
294/12 300/3
Reporters [1]  1/23
reporting [2]  197/6
222/24
reports [4]  44/14 131/2
195/22 246/19
represent [7]  13/16
13/18 13/21 13/23 14/9
134/2 248/25
represented [3]  134/4
249/3 249/4
representing [1]  31/7
reproduce [1]  256/13
request [7]  5/10 15/18
44/4 44/5 44/16 44/18
253/18
requested [1]  94/22

**R**

requested... [1] 99/11
requests [3] 6/1 15/20
44/20
required [2] 128/11
254/21
requires [1] 10/7
research [1] 58/14
reset [4] 110/16 267/19
277/25 286/12
reside [1] 185/14
residing [1] 7/1
resistance [3] 250/4
288/22 290/5
resolving [1] 240/13
respect [6] 202/23
210/12 210/15 210/18
222/6 259/15
respond [5] 44/6 44/17
136/5 149/3 168/9
responded [8] 147/9
155/18 166/20 166/24
167/1 168/12 227/23
247/9
responds [1] 155/5
response [8] 135/11
135/16 137/6 137/7
137/9 137/13 147/20
245/14
responsibilities [8]
126/24 127/2 127/9
127/12 127/21 128/7
128/9 128/10
responsibility [2] 76/12
121/6
responsible [2] 246/24
297/17
responsive [1] 68/23
rest [1] 275/17
result [5] 59/17 116/6
145/10 170/10 240/5
resume [4] 182/23
183/2 184/20 184/23
retain [2] 175/18
175/20
retained [10] 174/25
175/1 175/2 175/5 175/8
175/9 175/10 175/14
175/15 296/18
retainer [1] 174/1
return [12] 43/13 101/8
101/20 102/6 294/16
294/21 295/8 295/13
295/22 297/2 297/6
297/9
returns [9] 6/4 43/18
43/23 101/25 102/2
102/8 102/9 103/1 215/5
revenue [17] 12/25
19/21 19/23 24/5 51/14
51/15 60/2 101/18
101/19 129/13 129/15
130/1 138/9 142/24
167/5 204/14 262/13
revenues [3] 24/2
261/22 262/8
review [15] 12/19 12/20
46/1 71/2 102/2 102/9

155/5 162/3 194/9
195/21 196/8 196/19
236/8 248/12 251/12
reviewed [3] 35/21 71/6
153/5
reviewing [2] 31/23
246/6
reword [1] 83/10
right [79] 8/16 31/10
38/6 43/6 43/8 44/23
56/9 59/4 69/12 71/15
71/24 72/14 73/4 76/17
76/25 78/9 83/9 87/14
90/13 90/16 90/18 90/23
94/8 107/1 122/3 126/4
130/24 137/14 138/11
139/2 144/6 149/14
150/6 152/2 156/18
159/18 160/15 162/17
164/16 168/16 174/25
176/19 176/19 177/6
178/3 178/15 179/4
182/6 182/10 182/14
183/23 184/19 188/22
189/25 193/2 202/22
203/3 216/6 217/9
220/14 221/3 223/10
226/7 229/3 241/13
244/6 244/12 251/5
254/11 255/5 260/15
260/18 270/3 270/6
287/5 290/11 296/3
297/11 298/21
right-hand [3] 182/10
183/23 226/7
rights [1] 38/2
ring [2] 56/20 99/9
risk [1] 178/22
Rochelle [1] 2/6
ROCK [7] 1/10 162/14
162/15 162/16 163/2
165/4 253/25
role [17] 23/23 30/10
30/13 30/18 30/20 31/12
48/10 48/12 125/19
191/21 192/7 192/9
195/23 196/22 202/23
208/4 208/21
room [2] 10/18 10/22
17/19
Rothman [26] 13/10
13/12 14/1 35/3 88/1
133/18 133/20 133/24
135/9 140/5 140/6 140/7
140/8 140/11 140/14
140/17 142/9 146/8
173/13 175/20 178/15
181/12 214/24 247/23
249/14 254/9
Rothmans [1] 133/23
run [2] 155/7 155/9

**S**

SaaS [14] 24/11 24/15
24/16 24/20 27/10 78/15
78/16 82/13 82/22 85/22
88/14 88/20 88/22 88/24
said [47] 16/18 18/17
43/7 57/16 58/21 65/22

73/22 75/7 105/16
114/14 116/12 129/5
135/17 143/9 144/3
144/8 145/23 147/4
151/25 153/6 155/15
156/6 157/3 167/1 168/3
168/6 168/13 168/19
169/23 175/6 179/22
189/14 190/11 191/3
219/9 238/11 239/23
241/4 241/12 242/22
253/24 261/8 264/7
264/13 265/15 267/3
289/15
salary [8] 48/15 48/19
49/1 150/20 151/3
151/10 151/17 224/18
sale [32] 47/1 48/24
167/6 177/16 177/17
180/25 213/11 233/18
233/18 234/3 234/9
234/22 235/5 237/9
237/11 237/13 239/4
240/4 240/15 242/15
243/15 249/9 249/10
255/8 256/15 256/19
257/1 257/5 258/2 258/3
296/22 296/24
sales [4] 31/5 31/6
167/3 296/14
salesperson [1] 293/15
same [21] 11/6 18/7
18/22 49/9 90/6 110/20
127/12 140/24 145/22
146/8 146/13 146/21
147/6 177/21 200/16
200/17 206/5 221/2
223/3 246/7 253/5
sanctions [3] 17/10
21/1 278/15
Sang [1] 7/16
Sasha [2] 218/24
218/25
sassy [1] 82/14
sassy-commerce [1]
82/14
sat [1] 239/22
satisfied [1] 254/21
save [3] 167/20 170/16
191/6
saved [1] 191/8
saw [2] 92/6 238/3
say [44] 38/20 64/21
71/15 74/23 75/1 78/22
82/6 84/3 84/17 84/20
84/23 85/2 87/6 90/6
94/1 94/18 111/25 112/1
122/21 129/7 131/11
136/2 141/17 147/14
148/25 163/20 164/4
168/10 171/15 171/16
182/11 182/24 203/21
210/24 220/10 233/9
235/19 244/8 253/5
258/13 263/13 266/16
267/2 282/19
saying [19] 66/2 66/7
135/22 141/21 156/16
165/15 168/12 168/20

172/23 175/7 182/16
190/4 190/5 190/8 215/4
215/10 219/19 221/13
282/15
says [49] 36/14 37/23
71/12 71/21 76/7 78/11
78/15 78/17 80/18 80/24
81/22 82/12 83/17 97/22
119/19 119/23 120/23
120/8 121/20 134/8
134/19 145/3 153/9
155/1 157/22 158/3
160/18 161/5 182/4
182/6 182/8 183/3
183/14 183/25 184/4
184/7 184/14 188/24
194/1 194/8 197/19
220/12 226/12 232/18
233/4 244/16 247/20
274/11 297/10
scanned [1] 167/2
scared [1] 240/24
schedule [8] 35/18 45/7
45/9 45/13 154/18 295/1
295/11 296/21
scope [1] 116/22
screen [1] 54/19
screenshot [6] 4/11
4/20 5/4 182/18 182/19
266/20
script [1] 59/25
scripts [1] 69/22
scrivener's [1] 214/25
search [3] 58/14 58/17
99/18
searching [1] 58/18
second [36] 7/11 8/6
11/25 12/23 29/17 45/6
80/18 121/16 153/23
159/3 159/4 159/5
159/11 159/11 159/15
159/25 159/25 160/8
176/15 180/24 189/20
202/6 202/7 232/20
232/22 239/10 242/5
245/15 247/8 271/6
274/10 274/18 279/15
288/25 289/4 289/5
seconds [1] 9/8
Secretary [1] 140/19
section [10] 37/7 37/25
38/10 39/25 119/21
121/19 161/3 167/2
167/10 230/2
see [64] 17/20 37/22
45/6 45/7 71/12 73/18
86/22 97/22 97/24 99/10
102/19 103/5 116/4
116/5 116/12 116/13
119/19 119/22 132/4
132/25 133/3 133/13
142/18 143/23 155/16
158/3 159/17 159/19
160/19 164/23 165/6
166/6 168/15 171/18
177/1 194/1 200/5
201/24 202/2 202/8
202/22 206/9 207/3
207/3 217/9 226/12

226/14 229/24 229/25
236/22 240/7 244/17
245/20 257/11 263/22
264/19 266/18 271/6
271/8 286/14 288/25
289/3 289/6 294/22
seeing [3] 92/10 98/14
114/20
seek [5] 17/10 17/13
17/14 35/25 38/4
seeking [3] 38/22
215/18 225/11
seems [16] 141/22
154/17 156/15 156/25
158/5 158/18 158/19
159/8 162/22 178/17
216/2 226/5 226/7
239/11 239/11 239/12
seen [18] 25/25 46/20
92/8 92/9 95/8 96/17
98/12 99/14 105/15
105/18 112/3 114/13
114/14 114/19 140/3
179/1 232/24 233/15
selected [1] 271/3
Seligson [1] 140/5
sell [5] 20/8 42/6 127/7
296/10 297/14
seller [3] 165/22 165/2
166/3
sellers [1] 84/24
selling [6] 161/18
161/19 161/22 165/17
212/21 297/11
send [15] 93/5 152/23
155/2 155/13 157/12
157/4 226/22 226/22
228/18 229/7 229/12
230/9 233/1 267/13
282/14
sending [7] 37/1 71/17
71/19 88/21 189/22
228/10 229/11
sense [3] 54/20 125/6
136/9
sent [29] 36/24 71/1
71/7 76/21 78/11 78/13
78/15 88/7 88/13 88/14
88/15 88/19 92/25 93/3
143/23 152/25 153/3
156/22 157/9 157/10
158/5 158/9 162/4
166/18 166/23 207/15
230/12 239/14 282/15
sentence [22] 37/25
73/15 73/17 74/8 74/9
75/4 81/24 82/5 82/19
83/3 83/13 83/16 83/23
83/24 85/2 90/7 134/22
196/12 196/14 196/16
196/17 289/5
sentences [3] 83/25
84/9 85/13
SEO [3] 58/15 58/16
58/17
separate [6] 37/4 100/
100/11 146/2 292/10
297/2
separately [1]

**S**

separately... [1] 248/15
separation [1] 150/17
September [3] 91/13
 143/8 300/18
September 6 [1] 143/8
seriously [1] 211/12
serve [1] 55/4
service [62] 3/20 12/25
 20/9 24/13 24/14 24/15
 24/16 24/17 24/18 24/20
 54/3 54/3 54/5 54/14
 54/17 55/9 58/5 69/12
 69/14 83/1 84/24 92/14
 92/20 93/1 97/15 100/13
 100/22 103/10 118/7
 118/15 118/18 118/21
 119/1 119/5 119/9
 119/11 119/13 119/15
 120/9 120/9 121/7
 121/20 137/1 137/18
 143/13 164/15 174/13
 174/15 226/25 259/10
 260/12 260/24 261/21
 262/13 272/22 273/2
 274/8 276/14 276/18
 276/23 277/1 286/21
services [21] 4/7 4/13
 23/20 69/17 94/24 98/18
 99/11 101/1 116/22
 152/23 156/6 156/18
 156/19 157/8 160/11
 160/18 179/25 200/7
 206/20 266/2 274/7
serving [2] 80/20 80/21
set [11] 92/17 92/20
 93/2 103/18 195/10
 198/5 198/13 260/3
 273/25 286/9 300/10
sets [1] 195/11
settle [1] 170/2
settled [3] 170/10
 256/14 256/18
settlement [5] 256/16
 256/22 256/23 256/24
 257/2
seven [1] 183/14
share [12] 7/17 157/22
 157/23 157/25 211/7
 211/13 211/19 212/9
 213/15 214/7 227/18
 254/20
shared [2] 142/7
 157/24
shareholder [2] 49/24
 50/2
shareholder's [1]
 149/16 149/18 149/20
shareholders [3] 26/14
 26/23 149/21
she [22] 75/24 181/18
 192/22 192/24 197/15
 197/17 208/7 208/8
 208/8 208/8 218/9
 218/16 221/21 222/6
 222/9 222/12 222/17
 222/19 223/16 223/19
 223/21 251/25

she's [6] 197/8 197/8
 221/11 221/13 221/15
 221/16
short [2] 126/7 240/10
short-lived [1] 126/7
shortened [1] 160/12
shortly [1] 189/22
should [31] 43/7
 102/16 121/22 134/23
 135/10 135/14 135/17
 136/23 149/11 150/25
 156/4 156/8 163/21
 165/23 168/12 168/13
 169/23 185/24 186/1
 188/6 188/7 207/14
 234/20 234/25 236/12
 238/4 266/8 267/4
 267/15 267/18 292/18
shoulders [3] 8/20
 62/12 62/16
shouldn't [1] 168/13
show [50] 9/6 11/20
 12/21 35/7 37/10 38/12
 52/8 70/21 77/22 92/1
 95/5 114/12 118/3
 130/14 140/2 140/21
 141/10 143/21 158/25
 175/25 178/24 187/24
 188/14 193/10 193/11
 193/15 193/18 193/21
 199/21 200/12 201/4
 205/9 215/25 219/16
 225/25 227/25 232/12
 241/22 248/22 262/22
 269/22 270/13 271/25
 273/14 278/23 288/10
 288/12 294/14 295/7
 296/16
showed [3] 18/17 236/7
 287/23
showing [10] 6/5 6/13
 6/14 6/16 45/21 153/19
 193/12 193/13 236/6
 288/14
shows [7] 131/21
 217/16 232/13 245/6
 284/20 296/17 296/22
SHR [1] 4/7
SHR-CSV [1] 4/7
shrug [1] 62/15
shrugged [1] 62/12
shrugs [1] 8/19
shut [1] 277/20
side [10] 171/5 182/10
 183/23 194/11 195/19
 196/10 222/2 226/5
 226/7 266/18
Sigmento [1] 50/14
sign [21] 29/11 46/17
 60/3 60/4 60/19 80/13
 166/16 173/9 174/1
 177/3 177/4 177/11
 178/6 178/8 180/10
 189/24 203/5 206/6
 224/15 256/24 257/2
signatories [3] 164/19
 166/5 224/12
signatory [5] 165/12
 195/3 195/6 195/8

195/12
signature [33] 3/13
 12/1 12/2 13/1 18/17
 29/10 35/16 35/19 46/3
 46/13 46/15 46/17 52/14
 52/15 80/2 80/5 87/7
 87/8 87/12 87/14 87/15
 111/4 111/6 111/11
 111/13 111/22 116/14
 159/19 164/14 164/23
 201/24 206/8 271/8
signed [37] 29/3 29/6
 29/15 32/2 39/15 41/17
 42/15 60/9 60/13 68/10
 68/18 68/22 69/2 69/3
 69/6 69/9 69/10 72/5
 72/8 87/3 94/3 94/11
 94/15 116/1 116/4 116/5
 145/8 166/10 166/11
 200/16 200/17 202/19
 202/22 215/11 256/21
 256/23 271/7
significant [2] 248/17
 248/20
signify [2] 184/2 189/7
signing [8] 31/23 32/4
 67/4 67/7 164/25 165/3
 177/14 206/9
signs [1] 135/22
SIM [4] 1/19 17/17
 298/12 298/19
simdepaola.com [1]
 2/13
similar [2] 222/4 272/20
simple [1] 59/24
simpler [1] 38/20
since [6] 32/14 122/20
 122/21 141/25 146/14
 183/4
single [4] 12/20 113/25
 268/25 284/25
sit [12] 17/9 32/6 33/2
 42/19 56/10 66/14 66/17
 67/8 67/12 67/16 67/20
 285/1
sitting [2] 10/23 95/14
situation [2] 177/25
 206/5
six [4] 47/9 76/2 138/7
 184/8
skill [1] 216/17
Skype [5] 112/12
 132/18 132/21 132/23
 134/25 135/2 135/6
 135/7 185/11 185/23
 258/18 258/18
Slack [7] 262/24 262/25
 263/2 263/6 263/9
 263/16 268/21
slowly [1] 136/13
smart [1] 178/10
snapshot [3] 132/6
 132/10 132/11
so [281] 8/5 9/4 9/21
 10/7 11/11 12/14 12/21
 19/8 19/13 20/14 21/16
 21/25 26/12 28/3 30/24
 32/13 34/5 34/22 35/1
 35/21 36/9 36/16 37/3

37/12 38/19 39/3 39/23
 40/24 42/12 43/2 43/17
 43/18 43/24 44/13 44/16
 44/19 47/24 48/18 49/13
 51/18 54/19 55/10 55/11
 55/12 56/19 56/23 57/1
 58/17 59/6 59/17 61/13
 61/14 61/16 62/11 62/19
 62/22 64/5 64/14 64/19
 64/22 65/18 67/11 67/15
 67/19 68/1 68/2 68/8
 71/17 73/6 73/8 73/20
 74/12 75/9 76/7 78/15
 79/4 80/4 83/21 84/13
 85/15 86/7 87/9 87/16
 89/13 89/19 90/22 92/11
 92/23 92/24 94/11 95/5
 96/3 96/19 96/20 97/13
 97/21 98/11 101/19
 102/8 103/25 106/12
 106/20 106/23 106/24
 108/8 108/9 110/17
 112/8 112/12 114/12
 115/11 116/5 119/3
 120/17 121/12 123/2
 124/16 125/20 127/5
 128/1 128/11 128/13
 129/1 129/5 130/8 131/3
 133/15 134/8 134/19
 134/24 135/16 135/23
 135/25 136/2 136/7
 136/13 136/20 137/11
 137/16 140/4 142/18
 144/8 145/5 145/7
 145/10 146/1 146/6
 146/25 147/9 151/6
 152/21 153/11 154/5
 154/11 154/17 154/23
 155/4 155/8 155/9
 156/25 157/13 158/7
 159/11 159/16 160/8
 162/24 165/18 166/9
 166/10 166/18 167/20
 167/24 168/8 169/2
 169/16 169/18 174/13
 176/15 177/20 178/5
 178/11 178/16 178/18
 180/5 182/24 183/3
 189/9 189/13 190/10
 194/20 195/11 196/19
 197/4 198/1 199/3 200/5
 200/8 200/14 203/20
 205/1 206/6 209/5 209/8
 209/24 211/23 212/25
 213/2 213/5 213/7
 213/14 214/2 214/15
 214/20 215/10 216/6
 216/11 217/8 217/11
 219/1 219/8 219/24
 220/7 220/9 220/23
 222/25 223/22 224/15
 224/17 225/9 226/15
 227/1 228/13 228/16
 229/10 230/10 230/12
 231/7 234/8 237/25
 240/15 242/1 242/4
 242/15 243/1 243/11
 243/23 246/13 248/7
 250/7 251/13 251/20

252/5 253/13 255/4
 258/5 258/15 259/17
 259/23 260/4 262/21
 264/13 267/3 267/7
 267/11 267/17 267/24
 272/4 272/25 276/25
 279/22 280/9 282/16
 288/19 289/25 296/9
 296/16 297/1 297/14
 298/7 298/11 298/15
soft [1] 185/7
software [39] 22/2
 22/11 23/16 24/11 24/1
 27/13 28/8 47/13 47/15
 47/18 47/21 49/5 82/22
 83/1 120/14 136/25
 137/18 152/14 155/21
 173/6 185/7 186/24
 186/25 196/5 197/20
 203/20 259/10 260/11
 260/24 261/21 262/13
 272/22 273/1 274/8
 276/14 276/23 277/1
 286/21 297/10
sold [5] 165/16 165/21
 166/2 166/8 296/17
sole [2] 32/25 41/19
solely [1] 9/11
solution [7] 27/13
 54/21 54/25 55/4 82/23
 84/18 120/10
solve [5] 55/13 278/1
solved [1] 55/7
some [41] 15/16 27/21
 36/5 49/13 58/14 69/21
 70/16 73/2 103/19
 115/10 123/9 128/21
 140/13 140/16 151/1
 152/13 152/25 155/11
 158/12 159/8 159/10
 159/12 159/14 175/7
 194/16 197/5 203/20
 204/3 218/23 219/18
 222/23 224/2 228/13
 236/6 244/13 246/2
 253/15 269/11 273/24
 275/15 288/19
somebody [9] 60/3
 60/3 94/6 160/23 172/2
 183/1 197/5 203/20
 219/4
somebody's [2] 28/7
Somehow [1] 104/19
something [13] 85/21
 136/17 137/5 137/12
 138/8 178/20 183/2
 189/4 203/22 212/25
 215/12 226/23 268/24
Sometime [1] 191/19
sometimes [2] 185/13
 185/13
sorry [52] 12/2 27/14
 30/14 38/18 40/15 53/1
 54/23 55/1 55/17 59/15
 59/16 60/17 71/7 88/17
 90/25 94/12 96/25 97/2
 106/2 112/2 115/24
 116/25 136/14 137/20
 141/5 160/1 160/1

**S**

sorry... [25]  161/6
163/1 167/15 177/9
181/2 181/14 191/19
196/12 205/19 208/15
210/24 223/11 235/10
236/2 237/13 251/17
256/17 257/13 263/10
271/18 279/16 287/21
289/1 296/8 299/1
sort [4]  151/1 153/1
158/12 219/19
sound [1]  126/4
sounds [7]  41/24
154/16 155/8 189/21
197/23 205/25 296/25
SOUTHERN [1]  1/2
space [2]  257/7 257/10
speak [12]  14/12 17/18
31/21 62/17 155/10
214/2 238/3 240/20
268/4 284/12 295/17
298/11
speaking [5]  11/6 14/6
31/24 66/23 106/17
specialize [2]  22/25
23/3
specific [5]  30/23 59/21
65/19 251/4 265/14
specifically [2]  38/2
52/12
speculate [2]  10/9 59/1
spell [3]  55/19 219/22
219/24
spelled [1]  220/1
speller [1]  206/13
spelling [1]  207/12
spend [5]  89/18 126/13
223/23 264/7 264/14
spent [2]  76/16 184/11
split [3]  242/12 258/2
258/4
spoke [11]  14/9 17/3
17/4 160/9 168/20 169/5
181/12 188/25 189/10
201/7 238/3
spoken [1]  8/4 98/16
238/8
spreadsheet [9]  6/13
233/23 234/11 235/9
236/4 236/10 236/11
243/9 256/10
spreadsheets [2]  256/7
256/9
SQUARE [190]  1/6 3/9
3/17 5/6 5/14 5/15 11/24
12/6 12/8 12/23 13/3
13/8 13/18 15/22 15/23
15/25 16/1 16/6 17/23
17/25 18/8 18/14 18/19
18/20 18/22 18/23 19/1
19/3 19/5 19/10 19/11
19/14 19/15 19/17 19/20
19/22 22/2 22/8 22/13
22/25 23/10 23/12 28/1
29/20 29/23 30/1 30/2
30/5 30/7 30/9 30/11
30/15 30/18 31/6 31/9

31/17 33/13 35/24 35/25
36/2 36/2 36/14 37/8
37/13 37/13 44/2 45/14
49/25 50/2 50/14 50/15
52/10 63/12 66/16 71/16
71/18 71/19 72/5 72/9
78/17 79/3 79/17 87/17
90/20 92/3 97/23 97/24
98/8 98/13 100/2 103/1
106/7 107/7 107/9
107/15 107/15 108/2
108/15 108/18 119/24
120/4 120/18 120/23
121/13 121/21 121/23
122/5 122/12 125/3
144/9 148/6 160/18
160/19 161/15 161/19
161/21 161/23 162/10
162/12 162/14 162/19
162/21 162/21 163/5
163/8 163/9 163/12
163/14 163/16 163/20
164/21 164/21 165/1
165/8 165/25 166/1
173/20 212/12 214/18
214/20 214/21 215/5
215/6 215/12 215/13
215/19 228/25 230/7
231/4 231/6 255/11
269/9 269/12 269/11
269/24 270/2 275/12
275/23 276/4 276/16
278/25 279/3 279/7
279/20 279/23 280/1
280/14 281/13 281/17
281/19 282/2 282/13
282/23 283/4 283/12
284/24 286/22 287/8
294/15 295/1 295/5
295/8 295/13 295/20
295/25 296/8 297/3
297/20 297/21 297/23
Square's [1]  214/18
SS [1]  12/24
SS-4 [1]  12/24
stamped [1]  154/5
stand [2]  82/22 82/25
standalone [1]  267/12
standard [1]  268/21
Stanton [3]  278/5 278/9
286/11
Stanton's [1]  278/4
start [16]  30/11 31/13
61/12 103/9 154/25
155/2 155/14 159/5
159/13 183/7 203/17
242/1 258/5 275/15
298/8 298/10
started [5]  151/2 183/5
187/22 213/6 298/11
starting [2]  72/11 235/6
starts [3]  55/20 56/15
155/4
startup [2]  89/23
184/17
state [14]  1/18 37/3
95/14 95/21 96/4 140/19
163/16 200/6 205/25

215/9 249/19 271/3
300/3 300/17
stated [2]  219/2 264/3
statement [23]  4/17
4/20 5/6 5/9 9/14 19/6
81/16 82/4 86/21 95/18
216/2 217/9 226/8 226/9
226/16 228/11 230/4
237/24 273/17 283/15
284/19 284/24 290/8
statements [18]  9/12
9/22 25/8 25/9 25/10
25/12 25/13 25/15 25/22
218/5 223/18 223/21
252/1 252/2 252/3
252/13 252/18 256/4
STATES [4]  1/1 121/25
182/8 197/14
status [1]  277/25
statute [1]  38/3
steal [3]  116/7 116/12
276/12
STENOGRAPHIC [1]
1/6
stenographically [1]
300/10
stepped [1]  75/24
Sterling [1]  273/5
still [7]  22/10 76/14
125/12 127/5 152/4
185/8 246/13
stipulate [1]  38/15
stipulation [1]  8/9
stock [12]  105/9 105/12
105/17 109/22 259/13
259/14 259/18 259/19
259/22 260/1 260/2
260/4
stole [3]  276/4 276/10
285/3
stop [9]  8/25 9/5 16/11
72/14 91/22 190/22
237/20 237/21 238/8
stopped [3]  217/1
217/2 218/9
store [1]  59/24
stores [1]  135/21
straightened [2]  7/22
8/1
strangers [1]  227/19
strategies [2]  81/22
82/3
strategy [1]  84/2
Street [1]  2/5
strike [16]  10/11 32/9
47/10 69/1 81/23 124/1
125/20 143/16 152/7
165/20 166/22 166/22
237/8 237/18 238/8
260/9
Stripe [16]  6/16 138/18
139/15 261/9 274/14
286/15 286/16 286/17
286/18 287/5 287/7
287/10 287/13 287/20
287/24 288/11
strong [1]  184/16
structure [8]  64/20

198/16 202/3 202/4
structured [1]  255/10
structures [2]  64/14
64/16
stuck [1]  246/2
stuff [3]  69/22 155/6
155/16
subject [3]  100/22
228/5 278/14
subscribe [1]  61/24
subscriber [2]  104/2
120/11
subscribers [9]  100/13
100/16 100/19 100/21
103/10 103/15 260/15
260/23 288/4
subscribing [1]  121/20
subscription [1]  20/8
subsidiary [4]  43/10
44/11 44/12 86/18
substance [1]  282/18
substantial [1]  200/7
success [1]  82/16
successful [2]  70/15
184/14
successors [1]  119/25
such [1]  300/13
sue [1]  180/1
suggest [1]  178/13
suggested [3]  177/23
198/4 201/15
suggestion [3]  168/15
169/8 169/11
suit [1]  216/20
suite [9]  1/20 2/5 2/11
80/25 81/8 81/25 121/23
265/20 267/21
sum [4]  279/6 279/25
279/25 282/18
SUMMIT [7]  1/10
162/13 162/14 162/16
163/2 165/3 253/25
Sunday [1]  169/4
support [1]  127/6
supporting [1]  85/4
supports [1]  183/20
supposed [1]  298/10
sure [62]  19/23 30/24
30/25 31/2 33/10 34/14
34/15 40/7 48/1 51/1
56/12 62/20 63/25 68/1
69/15 71/3 76/14 78/2
83/8 83/12 83/14 83/15
83/15 92/16 102/13
102/24 103/4 105/13
105/14 105/21 106/25
111/21 113/21 115/8
115/15 117/18 117/22
121/4 121/18 134/4
137/21 151/19 156/4
156/8 156/11 159/13
165/18 181/21 186/13
201/19 207/11 212/7
214/1 215/20 229/1
229/3 255/10 261/14
264/6 272/4 289/2 291/8
surprised [1]  210/5
suspicious [1]  255/24
sweat [1]  138/1

switch [2]  251/15
252/23
switched [1]  203/15
switching [1]  202/16
swore [1]  66/3
sworn [3]  7/3 10/18
300/7

**T**

table [12]  93/9 93/12
95/24 172/19 172/22
173/1 173/15 177/12
179/3 181/16 234/13
234/15
take [59]  8/19 9/6 11/5
12/9 12/12 12/13 12/15
35/10 39/17 59/16 62/1
62/20 63/13 63/14 63/1
63/19 65/1 77/2 78/1
106/24 110/23 113/11
123/5 125/19 127/18
128/12 136/13 137/25
142/19 150/3 176/2
176/9 192/2 192/11
196/13 211/11 224/15
224/18 228/16 230/8
237/3 241/23 242/10
242/22 242/24 247/15
252/22 258/16 273/1
276/17 281/17 281/25
282/8 285/10 293/5
294/18 298/15 298/16
298/17
taken [11]  8/13 16/25
65/4 93/10 138/2 142/8
144/19 240/10 244/21
290/21 300/9
takes [1]  176/5
taking [13]  7/10 9/4
9/10 10/13 86/10 86/11
115/21 188/25 240/25
246/5 249/15 282/21
283/3
talk [11]  16/11 16/14
94/20 137/10 171/16
173/13 178/14 239/13
239/22 265/16 282/11
talked [3]  173/10
173/16 287/4
talking [9]  17/64/15
136/20 136/22 189/13
190/22 239/2 240/12
264/16
task [1]  186/5
tasks [1]  54/19
tax [32]  6/4 19/4 19/7
19/9 19/11 19/13 19/17
29/21 30/1 43/13 43/18
43/23 101/7 101/20
101/25 102/2 102/5
102/8 102/9 103/1 141/
198/17 215/5 247/15
249/20 294/16 295/2
295/8 295/13 297/2
297/6 297/9
taxable [5]  43/25 43/2
44/1 44/2 44/9
taxation [1]  249/16
taxes [3]  28/9 30/24

**T**

taxes... [1] 297/21
team [19] 3/14 10/24
70/24 70/25 72/13 72/14
72/15 74/20 75/7 75/10
75/12 75/15 75/18 75/21
75/23 76/1 76/25 128/18
128/19
Technically [1] 165/23
technology [27] 22/3
22/11 23/19 48/13 78/24
124/2 124/12 124/14
124/16 124/20 125/1
125/2 125/9 125/10
125/12 125/18 125/22
126/8 126/22 127/6
127/15 194/10 196/9
222/1 223/2 242/12
242/24
tell [38] 33/5 33/6 33/10
35/9 50/1 65/23 71/9
95/8 96/13 104/25
109/13 147/19 147/23
162/8 163/17 171/17
172/21 175/5 175/7
175/10 204/7 224/21
226/11 233/1 262/17
266/17 271/11 271/15
279/17 282/18 282/21
282/25 283/3 289/7
289/10 294/1 295/19
296/23
telling [6] 74/20 171/6
242/9 242/15 264/18
289/19
template [2] 160/12
206/19
temporary [3] 279/12
279/13 279/21
ten [1] 242/25
tenant [1] 59/25
term [1] 276/9
terminology [2] 201/12
246/21
terms [24] 3/20 35/22
94/21 98/4 100/22
104/14 118/7 118/15
118/17 118/21 119/1
119/4 119/9 119/10
119/13 119/15 121/7
143/13 146/21 150/16
152/20 181/13 226/24
254/1
terrible [1] 216/12
test [20] 3/18 91/12
92/3 92/12 92/25 93/3
93/6 96/15 96/16 96/18
96/22 97/14 97/20 98/8
98/12 98/14 98/17 98/20
98/21 98/23
testified [5] 123/16
178/6 229/1 280/21
290/12
testifies [1] 7/3
testify [1] 300/7
testifying [5] 10/23
79/19 148/21 175/3
212/8

testimony [11] 35/1
59/4 92/11 92/24 96/20
97/5 98/11 98/15 119/3
297/18 300/9
text [3] 3/22 4/5 135/7
than [65] 12/15 25/18
26/15 26/24 27/8 30/20
39/19 48/12 55/21 56/1
67/23 68/7 68/11 68/11
68/20 69/7 85/24 103/21
103/23 106/19 108/12
108/16 108/19 108/23
109/8 109/14 109/19
113/25 114/17 127/23
134/2 147/4 162/9 165/8
165/13 168/11 170/10
170/15 187/1 189/14
191/8 191/10 191/11
192/10 204/16 209/13
209/16 211/9 211/15
211/21 213/11 219/23
229/13 233/19 234/9
241/11 255/5 259/8
261/15 261/18 261/20
261/22 262/19 269/14
269/18
thank [13] 40/3 54/16
63/20 65/3 71/4 78/3
118/5 177/22 201/6
246/5 249/15 294/17
299/2
Thanks [8] 130/15
153/25 160/4 176/10
189/24 205/11 226/2
238/21
that [1079]
that's [164] 7/13 9/11
19/14 24/1 24/5 24/7
25/16 27/18 29/16 31/11
32/11 32/12 35/6 42/10
44/12 52/14 53/2 54/15
55/23 56/22 56/25 59/5
59/20 64/21 64/25 66/10
70/22 71/24 72/3 72/4
73/22 73/23 74/2 74/4
74/5 74/7 77/16 78/6
78/19 79/9 81/7 85/11
86/19 87/10 87/14 92/2
93/4 96/2 96/5 96/6
101/22 103/8 106/16
109/4 109/10 109/12
109/16 111/10 111/12
113/10 115/18 121/15
123/1 123/5 125/3 127/5
128/17 129/4 132/6
133/13 135/19 137/2
140/7 140/20 143/12
149/14 151/25 153/12
153/20 154/13 155/24
156/16 157/5 161/10
163/15 164/1 164/6
164/11 164/15 165/11
166/17 173/10 173/12
174/13 174/15 175/11
175/19 179/22 182/12
182/15 188/15 190/13
192/6 192/8 192/11
192/24 193/24 195/14
197/4 199/5 199/10

199/12 199/20 200/1
201/15 201/17 201/22
206/13 210/3 214/14
214/23 215/12 217/16
218/18 218/23 220/14
220/15 220/17 221/12
224/2 225/14 227/24
228/1 238/2 239/10
240/2 240/17 250/12
250/15 255/12 256/10
258/1 260/21 264/12
264/19 266/11 266/19
266/20 270/7 273/15
277/5 278/10 279/16
279/21 283/21 286/24
291/3 291/5 291/5 291/6
291/6 293/22 296/3
297/13
their [9] 84/24 94/12
104/22 104/24 116/2
152/17 217/17 226/25
260/23
them [28] 14/20 25/25
37/4 47/25 54/12 55/11
56/10 90/16 90/18 95/2
107/11 126/11 131/14
151/2 151/2 157/2
165/17 188/3 188/5
188/7 218/8 237/3
259/18 259/22 265/7
284/18 284/22 292/25
then [66] 17/13 28/4
29/3 48/17 54/11 60/3
70/8 74/12 75/4 78/22
80/24 81/22 82/6 82/12
83/8 84/17 84/20 84/23
85/2 85/7 108/10 120/8
138/8 141/3 142/18
146/19 151/7 153/7
155/17 156/6 156/17
157/2 157/6 157/9
157/11 157/22 162/24
168/19 168/19 179/16
180/7 190/2 197/23
213/14 216/24 221/21
224/1 245/2 246/6
246/22 247/20 250/4
253/4 254/7 254/13
265/19 266/8 267/19
274/22 275/1 275/6
275/11 277/7 289/22
297/14 298/19
there [140] 8/2 12/23
16/1 17/11 25/17 25/19
26/10 26/12 26/14 27/7
31/6 32/5 36/5 38/19
38/19 39/6 42/20 42/21
47/6 50/14 52/25 53/3
58/11 63/25 64/1 64/2
65/14 65/15 65/18 69/5
72/14 75/21 85/23 85/25
86/5 86/8 87/3 87/9
87/12 87/16 89/11 89/11
91/17 91/19 91/21 93/11
100/18 107/10 107/13
107/14 109/17 112/12
115/9 115/15 123/25
125/7 128/13 128/17
128/20 128/21 129/11

131/21 132/17 139/4
143/1 143/10 145/24
146/1 146/4 146/10
146/12 150/5 159/7
159/14 162/8 165/11
170/14 177/7 177/11
178/9 178/25 179/17
180/11 180/12 181/15
183/15 188/9 188/19
188/19 188/20 189/20
190/2 190/18 190/20
190/24 191/9 193/4
196/15 198/23 200/16
201/24 202/25 212/11
212/25 213/14 215/6
226/5 229/2 229/4 229/5
230/17 230/19 232/4
236/4 237/1 237/7
237/18 240/9 243/25
246/23 248/11 250/24
251/20 254/14 259/10
259/21 259/23 260/4
264/3 264/20 266/19
273/19 274/23 275/1
275/6 275/11 280/12
284/17 289/22 290/2
There's [5] 155/6
155/16 193/16 224/24
237/5
thereafter [4] 56/3
61/16 249/5 253/10
therefore [1] 82/13
these [12] 82/6 100/16
128/7 170/19 172/4
186/14 186/24 216/4
218/4 218/6 244/23
268/2
they [53] 15/12 33/5
42/3 42/3 47/15 51/13
55/10 58/23 58/23 59/8
64/18 85/13 97/6 99/15
101/1 104/18 104/19
105/6 107/17 110/16
110/19 110/20 116/1
116/11 118/25 128/10
151/6 153/12 171/14
171/25 186/17 186/19
186/21 188/6 195/12
202/20 211/16 217/15
217/18 226/21 226/22
247/2 247/3 259/13
259/17 259/19 259/20
274/5 276/22 284/23
286/3 287/19 290/24
they're [3] 102/3 102/9
276/21
thing [2] 22/21 178/10
things [4] 58/6 70/16
151/13 151/14
think [51] 41/15 43/6
46/20 51/14 75/7 92/8
94/6 109/12 109/16
114/4 115/13 115/18
127/17 134/23 135/13
135/17 135/23 138/7
144/5 152/21 152/21
152/25 159/21 163/20
164/16 173/12 175/1

206/15 220/22 224/25
225/4 225/6 225/9 227/2
232/6 236/21 238/2
238/4 239/23 243/21
250/18 272/19 273/24
281/20 281/21 283/21
288/17 293/20
thinking [1] 204/12
third [18] 12/2 13/2
39/12 61/23 67/22 89/2
99/1 99/5 118/24 165/6
184/13 190/2 200/9
217/8 253/15 253/18
261/20 291/21
third-party [1] 266/21
this [173] 7/11 12/4
14/20 16/15 16/21 16/2
20/18 20/19 20/21 30/1
32/1 38/15 38/17 39/1
39/13 45/16 46/20 47/8
52/13 56/13 58/22 59/3
61/14 64/3 64/6 64/9
65/4 71/7 76/1 76/2 77/
78/13 79/22 80/2 80/3
80/24 81/24 83/9 83/21
83/23 84/7 85/15 88/10
92/10 95/1 100/25 111/
111/8 111/10 111/14
111/22 112/3 114/13
114/17 119/17 130/19
131/18 132/13 132/14
132/23 134/16 134/24
134/25 135/3 137/3
138/2 140/20 141/15
142/6 142/6 142/7 142/
145/24 147/17 148/4
154/2 154/11 154/23
155/11 155/25 156/2
158/14 158/18 158/18
160/14 160/17 160/21
162/3 162/13 163/21
163/24 164/13 165/14
165/25 167/23 168/21
168/21 169/6 169/6
169/19 176/7 177/25
178/1 178/1 178/22
178/23 179/1 181/4
181/5 181/11 182/9
182/16 182/18 183/2
183/21 183/23 184/12
187/2 187/4 187/5 187/
194/23 197/20 198/20
201/6 201/7 201/8
201/10 202/5 202/16
205/17 206/14 214/17
216/22 216/24 217/3
217/5 217/16 226/9
230/11 230/21 231/5
231/10 232/5 232/19
232/22 232/24 233/1
233/10 233/14 233/14
239/11 239/12 239/23
240/21 244/14 246/10
249/14 249/17 255/8
263/16 263/18 266/12
268/1 271/19 273/17
276/7 282/3 285/11
288/17 290/19 297/1
300/13

**T**

**those [35]** 9/22 14/3
14/7 44/13 56/6 79/18
84/10 85/12 88/2 99/13
99/14 104/5 107/19
107/22 107/24 112/15
184/10 204/12 217/19
217/22 219/4 223/21
224/10 224/12 235/10
248/22 256/8 256/9
257/1 274/2 275/19
289/23 290/21 292/19
298/24

**though [12]** 10/17 38/9
84/10 130/12 150/21
152/1 155/3 155/14
173/16 223/10 243/18
267/2

**thought [13]** 135/10
136/7 147/6 149/10
194/13 194/17 196/22
204/23 210/3 216/11
216/18 277/24 286/12

**thousands [1]** 80/7

**threaten [1]** 252/22

**threatened [3]** 237/17
238/11 290/2

**threats [1]** 290/3

**three [16]** 15/12 70/1
70/6 94/19 103/21
103/25 104/5 113/5
113/14 122/20 122/23
188/19 204/25 233/24
245/17 292/10

**threw [3]** 93/8 93/11
95/24

**through [35]** 17/14
23/22 24/6 31/13 32/14
35/13 47/22 57/19 64/23
69/11 79/10 118/17
128/5 144/16 144/20
154/23 154/25 155/15
157/13 157/13 157/20
159/10 176/1 179/2
185/20 188/22 229/23
241/4 245/13 246/14
248/2 248/3 252/7
286/16 298/23

**Thursday [1]** 7/14

**thus [1]** 167/2

**time [189]** 9/1 9/4 9/11
11/6 12/16 12/18 17/11
17/12 20/22 25/6 31/22
33/6 33/11 33/13 35/11
35/15 39/1 40/8 40/12
46/2 46/4 49/1 49/9
49/12 49/14 49/21 50/1
50/12 50/18 50/22 53/5
54/22 54/23 55/5 57/16
57/17 61/7 62/22 63/6
63/23 64/3 64/6 64/9
64/12 64/13 64/15 70/10
70/11 72/13 72/16 72/18
72/20 72/22 74/4 74/5
75/24 75/24 76/1 76/12
76/25 77/1 79/10 86/6
86/9 86/15 86/18 86/24
87/3 89/18 92/6 93/10

94/18 95/6 100/8 100/10
100/12 100/25 101/16
104/3 106/17 108/5
110/17 110/20 116/25
121/1 121/4 123/25
125/7 125/17 126/11
126/19 126/23 126/25
126/25 127/1 127/10
127/19 128/2 128/2
128/4 128/8 128/12
128/16 128/25 129/2
129/10 129/14 129/16
129/17 129/24 130/2
130/3 130/10 130/17
130/24 133/23 139/4
144/19 147/17 150/3
150/5 154/1 154/17
155/17 158/14 161/7
161/21 163/11 163/23
164/2 164/9 166/8
167/15 170/19 172/10
173/9 176/9 176/11
176/25 177/6 180/17
181/16 184/25 185/9
185/9 187/9 190/23
194/23 196/13 204/1
210/10 210/21 210/24
216/10 219/22 219/23
222/22 223/23 225/8
233/17 235/4 247/5
249/15 249/23 251/10
252/13 254/4 258/1
258/5 259/24 260/5
260/8 260/10 260/25
262/6 262/11 264/7
264/14 266/22 267/17
268/2 268/6 268/19
271/22 271/22 273/4
284/18 291/11 300/10

**time-to-time [1]** 185/9

**timeline [2]** 61/11 177/8

**times [7]** 70/1 86/18
113/2 113/5 221/20
236/9 236/14

**tired [3]** 205/19 236/2
244/10

**title [4]** 78/14 85/21
124/6 220/20

**titled [5]** 11/23 12/5
92/2 96/15 97/24

**titles [2]** 124/15 124/19

**today [36]** 7/11 9/15
10/15 10/19 10/24 17/11
20/24 21/8 21/10 23/23
32/6 32/8 32/15 33/2
42/19 53/22 56/11 64/23
66/14 66/18 67/8 67/12
67/16 67/20 79/10 79/18
99/5 101/13 101/17
114/13 119/4 125/13
169/7 200/15 284/14
285/1

**today's [4]** 10/1 10/4
23/14 34/23

**together [6]** 57/25
105/2 120/5 136/25
148/16 148/19

**told [17]** 48/23 65/18
66/3 95/11 135/8 147/22

173/8 175/4 175/4
175/14 203/2 244/1
278/5 278/10 279/19
279/22 297/12

**tolerate [1]** 9/8

**tons [1]** 47/18

**too [5]** 84/10 104/16
136/14 159/22 167/22
217/9 267/24

**took [22]** 93/11 94/18
144/4 144/8 145/3 153/9
224/20 234/25 235/3
235/21 236/1 236/5
267/24 267/24 276/14
279/3 280/9 280/13
285/5 285/21 293/2
297/21

**tool [8]** 20/7 53/25
55/13 84/2 90/2 103/18
263/1 266/21

**tools [9]** 80/25 81/8
81/11 81/14 81/18 82/1
82/7 82/15 85/9

**top [14]** 71/21 113/24
121/19 130/4 132/4
133/2 133/15 160/18
182/1 183/9 191/19
194/1 204/13 264/4

**total [5]** 183/10 184/4
184/7 240/4 273/19

**towards [1]** 233/6

**trademarks [1]** 58/15

**transaction [7]** 158/16
167/18 239/3 239/5
247/4 284/20 284/25

**transactions [4]** 5/11
60/12 110/16 279/2

**transcript [1]** 1/7 300/9

**transfer [19]** 229/21
250/5 250/9 250/19
274/24 275/1 275/6
275/11 279/11 279/14
279/23 280/4 280/18
281/18 282/1 288/23
290/6 293/9 294/2

**transferred [5]** 39/12
279/8 280/14 280/22
293/6

**transferring [1]** 229/18

**transform [1]** 82/14

**transformation [2]**
80/25 81/25

**transition [2]** 242/11
242/24

**translate [2]** 57/3 57/5

**transmitting [2]** 231/5
231/21

**trash [2]** 127/18 192/2

**traumatic [2]** 130/20
130/22

**tried [1]** 126/7

**trips [1]** 113/11

**trouble [1]** 55/1

**true [32]** 65/21 77/8
78/19 78/20 78/25 80/22
81/2 82/4 82/5 82/8
82/16 82/17 84/18 84/21
84/25 85/5 85/11 86/19
86/20 86/21 96/5 96/6

164/1 164/6 164/11
241/12 241/15 246/9
247/19 254/14 296/6
300/9

**true-up [4]** 241/12
241/15 246/9 254/14

**truly [1]** 177/23

**truth [3]** 300/7 300/7
300/7

**truthfully [1]** 148/21

**try [5]** 70/8 130/12
178/19 236/3 249/7

**trying [15]** 40/5 152/19
167/20 170/16 178/13
178/17 179/7 180/10
196/8 216/16 228/13
233/17 234/1 259/17
264/22

**Tuesday [2]** 246/6
247/2

**turned [2]** 59/24 116/1

**turns [1]** 298/13

**two [23]** 9/8 11/5 16/14
16/20 18/11 22/18 46/3
73/10 73/21 76/8 76/16
85/12 107/10 107/17
108/7 112/13 156/2
158/6 266/14 266/15
274/17 279/2 292/10

**type [13]** 10/3 10/13
24/14 99/18 157/16
158/11 203/18 203/24
219/6 219/9 259/25
260/3 263/8

**typed [1]** 58/24

**types [1]** 261/9

**typical [1]** 31/3

**typically [1]** 118/24

**U**

**U.S [1]** 185/13

**UK [1]** 94/6

**Ukraine [17]** 57/7 113/3
113/6 113/9 113/13
113/15 113/18 113/20
263/24 264/15 264/19
264/25 265/1 265/5
265/12 268/11 268/16

**ultimate [3]** 47/1
177/16 249/8

**ultimately [4]** 170/2
190/14 256/14 256/18

**um [50]** 29/19 70/14
71/14 71/23 75/17 81/3
83/20 87/11 93/22 98/6
110/10 111/24 111/25
122/4 130/25 131/9
137/15 141/2 144/13
166/21 168/6 181/18
182/5 182/7 184/1
189/12 194/3 194/12
205/14 206/11 217/4
217/7 220/3 228/9
232/17 232/21 239/7
242/19 244/5 244/7
246/12 254/10 258/9
258/12 263/20 265/10
265/18 265/21 270/4
287/18

**um-hum [50]** 29/19
70/14 71/14 71/23 75/1
81/3 83/20 87/11 93/22
98/6 110/10 111/24
111/25 122/4 130/25
131/9 137/15 141/2
144/13 166/21 168/8
170/1 182/5 182/7 184/
189/12 194/3 194/12
205/14 206/11 217/4
217/7 220/3 228/9
232/17 232/21 239/7
242/19 244/5 244/7
246/12 254/10 258/9
265/18 265/21 270/4
287/18

**Umar [29]** 27/3 173/16
173/17 175/14 175/15
175/18 175/18 247/21
247/24 248/12 248/14
248/16 248/19 248/23
248/25 249/6 249/11
249/14 262/5 262/6
262/19 270/21 271/5
272/5 272/15 274/15
274/19 282/6 282/7

**unauthorized [3]**
284/20 285/1 292/10

**unaware [1]** 119/4

**under [47]** 10/19 10/23
10/24 12/11 18/25 19/15
31/7 34/23 34/23 38/3
38/10 62/24 62/24 71/1
72/8 79/19 93/23 98/4
98/11 111/7 115/25
119/3 137/18 148/21
152/10 175/3 182/11
185/2 185/6 212/8 214/
219/2 229/4 229/13
230/19 231/24 235/11
235/13 235/15 235/17
235/18 246/18 279/18
292/20 292/22 297/3
297/20

**understand [45]** 8/21
8/23 10/9 10/14 10/17
11/7 11/9 11/13 15/24
15/25 16/5 16/7 16/8
16/9 16/19 20/23 27/11
27/15 29/1 37/4 38/18
38/22 39/15 41/3 44/8
44/10 44/13 47/15 54/2
59/15 61/22 112/17
135/12 141/20 145/21
165/10 165/15 179/18
228/14 230/21 235/7
256/17 292/21 297/1
297/4

**understanding [7]** 8/7
14/5 29/15 134/11
134/12 231/15 235/23

**understood [1]** 37/19

**unequal [2]** 290/21
291/12

**unfortunately [1]** 70/7

**unilateral [1]** 250/4

**unilaterally [6]** 142/8
145/22 249/22 251/4

**U**

unilaterally... [2]
254/16 282/12
UNITED [4]  1/1 121/25
182/8 197/14
unlawfully [1]  215/6
unless [3]  212/25 250/8
289/25
until [8]  30/11 61/17
101/12 101/17 124/7
173/9 193/15 254/9
untrue [1]  247/18
up [43]  33/6 33/11 47/2
52/10 60/3 60/4 60/9
60/13 60/19 65/25 92/17
92/20 92/2 103/18
130/12 159/20 161/6
185/11 185/12 189/4
189/18 189/23 195/10
195/11 198/5 198/13
220/19 225/1 236/7
239/8 241/12 241/15
246/9 248/13 254/14
260/3 261/25 264/22
265/1 273/25 281/10
286/9 293/11
UpCounsel [4]  174/10
174/11 274/14 274/21
Upcounsel.com [1]
274/18
updates [1]  120/14
upload [1]  183/22
upon [4]  8/7 38/16 56/4
244/14
upper [1]  263/12
Upwork [15]  6/7 69/12
69/14 174/4 174/7 182/9
182/10 182/20 183/18
183/21 183/21 187/3
221/5 221/8 221/10
URL [1]  157/10
us [28]  73/10 73/18
73/18 74/10 74/23 74/24
74/24 82/7 119/19
131/15 131/16 177/4
178/13 178/22 179/11
180/1 191/8 202/16
202/22 207/17 222/24
224/20 241/8 245/13
247/1 291/4 296/23
298/23
USA [1]  122/2
use [25]  60/4 83/8
90/13 90/16 90/23 92/12
92/14 92/14 92/20 93/1
94/21 98/18 171/19
172/4 172/11 194/22
205/4 208/25 209/23
217/25 219/1 219/3
225/18 229/6 263/3
used [27]  30/2 30/5
30/8 52/17 52/19 52/20
52/22 53/1 60/9 81/11
81/14 90/3 96/21 97/14
122/10 122/11 122/13
122/16 160/11 171/20
171/23 172/9 210/6
255/4 268/25 278/7

278/10
user [4]  94/3 94/5 94/25
95/1
users [4]  93/6 96/21
97/14 97/19
using [14]  78/23 81/19
90/4 90/4 90/10 91/4
91/4 91/7 97/19 210/8
246/20 251/25 252/1
252/3
usually [1]  158/11
utilize [1]  39/18 97/15
utilized [2]  69/17 288/3

**V**

V-E [1]  84/15
vacationing [1]  293/22
vague [1]  21/20
valid [2]  111/9 111/10
validate [1]  246/10
validity [1]  214/1
valuable [1]  82/7
value [4]  109/6 109/9
109/15 146/23
various [2]  69/17 69/21
vehicle [1]  258/21
ventures [165]  1/6 1/11
3/17 4/14 5/6 5/14 5/15
6/11 13/19 15/22 16/2
16/6 17/24 17/25 18/23
19/1 19/3 19/5 19/12
19/14 19/15 19/18 19/20
19/22 22/2 22/8 22/13
22/25 23/10 23/13 28/2
29/20 29/24 30/6 30/9
30/11 30/15 30/18 31/6
31/9 31/17 33/13 35/25
36/2 37/13 45/14 49/25
50/2 50/15 50/15 50/21
51/2 51/5 52/11 63/13
66/17 71/16 71/18 71/20
72/6 72/9 78/17 79/3
79/17 87/17 90/21 92/3
97/23 97/24 98/8 98/13
103/1 106/7 107/15
108/2 108/19 114/10
119/24 120/4 120/18
120/23 121/13 121/22
121/23 122/6 122/13
125/4 144/9 148/6
148/19 148/24 148/25
149/2 160/19 161/15
161/19 161/22 161/23
162/10 162/14 162/19
162/21 163/5 163/8
163/12 164/21 165/1
165/8 166/1 173/20
191/17 198/11 199/7
199/23 200/3 200/13
200/23 201/9 201/11
201/13 202/24 203/3
205/8 206/2 206/7
206/10 206/17 207/10
207/23 207/25 208/2
208/5 208/7 210/22
212/12 214/22 214/25
215/5 215/6 215/14
228/25 230/7 269/13
275/12 275/23 276/5

276/16 279/24 280/1
281/19 282/2 284/24
287/8 294/16 295/2
295/5 295/9 295/13
295/20 295/25 296/9
297/3 297/20 297/21
297/23
Ventures' [19]  30/1
30/7 100/2 214/19 269/9
269/12 269/24 270/3
278/25 279/3 279/7
279/20 280/14 281/14
281/17 282/23 283/5
283/12 286/23
verbal [3]  8/18 147/15
147/16
verbally [1]  62/17
verify [3]  244/20 246/15
279/16
version [4]  91/11 180/1
181/4 181/5
versus [1]  240/4
very [11]  59/20 91/14
130/20 139/3 141/25
144/24 180/1 197/1
197/2 210/3 286/11
via [2]  120/10
Viber [1]  185/25
Vibered [1]  268/23
video [1]  185/11
videotape [1]  17/8
videotaped [1]  9/6
view [1]  230/15
Vincent [1]  99/8
violate [2]  39/3 278/19
violated [1]  36/16
violating [2]  230/25
231/3
violation [3]  213/19
250/12 250/15
virtual [1]  122/8
vision [1]  184/15
visit [4]  113/8 113/12
264/19 268/6
visited [2]  113/2 113/5

**W**

W-2 [4]  6/6 126/15
126/16 151/19
W-2s [1]  151/17
W-E [1]  84/15
Wait [1]  43/5
waiting [1]  160/4
waive [1]  89/13
wanna [1]  157/12
want [46]  9/25 10/8
12/16 12/18 17/21 39/3
44/16 49/2 93/23 95/12
95/22 96/4 96/7 102/12
103/5 129/1 137/21
141/20 149/7 155/2
155/5 155/13 155/16
159/5 164/7 168/10
168/20 169/5 172/24
173/4 173/8 191/11
191/12 193/10 193/18
194/22 197/24 223/8
225/9 227/18 258/23
289/2 289/4 289/15

292/16 295/18
wanted [27]  40/7 88/18
92/13 110/16 115/4
115/8 155/9 157/13
157/20 158/15 168/14
168/16 170/14 170/15
180/22 180/24 180/25
191/3 191/9 193/3
203/20 203/21 220/22
224/2 247/7 266/5
277/24
wants [2]  95/25 177/3
was [571]
washer [1]  192/1
wasn't [23]  63/8 83/14
83/15 83/15 87/6 111/8
129/13 130/22 135/24
151/23 152/13 167/9
167/13 167/16 219/9
232/4 243/6 244/12
255/11 274/19 276/25
283/11 297/20
wasted [1]  17/11
wastes [1]  17/12
wasting [2]  20/22 40/8
watches [1]  16/22
way [23]  16/15 20/19
38/20 39/11 44/7 54/4
62/9 99/15 126/8 133/15
153/2 159/7 159/17
222/4 223/3 230/11
235/12 239/23 251/2
252/25 253/2 253/5
we [131]  7/7 7/12 7/25
8/5 8/8 8/25 9/14 17/6
17/7 17/7 17/13 20/20
20/24 31/2 32/6 33/2
37/3 42/18 43/24 44/6
44/13 47/18 47/19 48/1
55/9 56/10 63/14 63/18
66/14 66/17 67/8 67/12
67/16 67/20 67/24 80/25
81/4 81/11 81/14 81/18
81/25 82/6 82/10 82/12
85/3 85/11 85/12 100/10
103/18 103/19 119/19
129/7 134/23 135/4
135/13 135/17 136/11
136/11 136/14 136/17
136/22 137/4 137/4
137/11 137/12 145/21
147/15 151/9 151/9
151/9 153/2 154/25
155/5 158/5 159/16
160/11 162/25 167/3
168/12 168/12 168/13
168/18 168/21 169/6
169/17 169/23 171/16
172/21 177/23 178/18
178/19 179/2 179/17
185/11 189/2 189/3
196/7 201/7 202/7
207/15 211/23 212/2
213/5 213/6 213/7
220/19 233/7 238/4
247/1 252/19 256/2
258/2 258/4 260/3
264/21 266/1 268/20

268/25 285/1 287/4
288/18 289/19 291/7
292/5 292/6 292/12
292/12 292/17 298/9
298/10 298/19
we'll [5]  9/6 44/17
44/19 292/17 298/18
we're [17]  9/19 15/18
16/10 16/15 16/16 16/2
17/10 20/17 21/21 65/1
85/8 85/12 106/5 285/1
298/1 298/7 298/8
we've [5]  83/18 84/4
84/14 84/15 292/9
web [4]  120/12 156/17
156/19 157/8
website [28]  50/9 60/9
60/18 61/20 61/23 62/2
62/5 62/22 63/23 89/17
92/13 92/17 92/19 93/1
118/12 118/15 118/18
118/23 118/25 121/1
121/4 121/8 220/14
226/25 227/2 260/12
272/21 272/24
websites [5]  23/3 23/6
23/8 23/9 78/18
week [4]  128/11 128/1
247/4 277/6
welcome [4]  12/15
72/12 118/6 294/18
welcoming [2]  75/6
75/9
well [50]  9/16 9/18
15/15 30/3 33/6 35/22
41/4 49/22 57/1 57/3
58/17 58/25 59/8 75/15
85/18 90/16 91/15 93/8
97/8 108/10 128/18
128/24 133/1 145/2
146/16 148/25 153/7
154/21 155/25 157/18
167/9 192/11 193/17
201/25 206/23 211/16
213/18 218/10 221/21
230/2 235/14 255/4
255/7 255/12 258/10
265/15 266/20 280/10
280/25 290/4
went [6]  60/9 129/23
203/25 241/4 285/12
285/15
were [209]  10/18 10/2;
22/6 22/9 22/12 26/4
26/10 26/12 26/14 30/2
30/25 31/6 31/22 37/12
38/22 39/16 42/3 42/3
44/20 46/19 47/19 48/1
48/17 48/19 48/21 49/1
49/21 49/23 50/1 50/11
50/12 57/17 58/3 59/2
59/11 61/8 61/16 61/17
63/21 64/2 64/3 64/6
64/9 67/1 70/6 71/17
72/23 74/20 75/15 76/2
81/19 82/7 85/23 85/25
86/5 86/12 88/3 88/21
90/7 94/24 94/24 100/1
100/12 104/17 104/20

**W**

**were... [144]** 105/6
115/21 123/3 123/7
124/2 124/14 124/16
124/20 124/25 125/2
126/14 126/20 126/24
127/9 127/14 128/1
128/21 128/24 136/7
136/20 136/22 136/24
138/5 144/21 145/10
147/1 150/5 150/14
150/16 150/19 151/8
153/8 153/12 153/12
157/3 158/7 158/14
162/23 166/5 166/7
166/8 170/19 170/21
171/4 171/9 171/14
171/25 179/13 179/25
180/7 180/9 180/16
180/19 183/15 184/10
185/1 185/1 187/10
187/12 187/14 187/16
189/9 189/13 191/15
191/25 192/3 204/5
205/6 207/19 221/25
223/1 223/4 223/6
223/20 224/12 225/1
228/10 228/16 229/18
231/9 233/17 234/1
234/8 235/3 235/4
237/10 239/5 240/4
240/14 240/20 241/7
243/14 243/18 244/3
246/1 246/13 248/11
250/8 250/24 251/14
251/20 252/21 252/22
254/16 254/23 255/1
255/8 255/21 255/24
257/1 259/13 260/23
262/8 264/18 264/18
264/20 264/21 265/2
265/6 265/12 266/1
266/4 268/2 272/1
273/19 274/5 274/8
280/25 282/12 282/21
282/25 283/3 283/18
284/2 284/5 284/17
286/3 289/22 290/1
290/24 291/12 291/20
297/17 298/9
**weren't [7]** 48/18 48/22
63/22 71/18 83/12 229/1
234/6
**West [1]** 2/5
**what [365]**
**what's [43]** 11/20 35/7
45/21 59/10 66/9 70/22
75/4 79/13 86/20 92/1
94/8 107/8 107/16 118/3
143/21 153/19 158/25
175/25 181/22 188/14
193/22 198/22 199/21
201/4 205/9 219/16
220/4 225/25 227/25
232/1 232/12 241/22
262/22 266/19 269/22
269/23 270/13 270/14
270/17 273/15 278/23

289/1 294/15
**whatever [5]** 12/16
17/15 95/21 170/9
229/10
**when [118]** 12/19 12/20
14/9 19/13 22/6 22/8
22/12 23/12 25/2 25/4
27/10 27/14 27/19 28/25
32/10 37/6 39/15 41/11
42/7 42/10 57/3 57/14
57/15 57/17 58/18 59/11
60/11 60/13 61/12 62/4
69/16 74/23 75/1 76/3
84/13 90/6 92/6 92/16
93/8 93/18 102/8 103/9
103/20 106/24 112/6
114/12 118/23 122/21
123/25 124/23 125/8
125/25 126/10 129/17
129/23 130/8 135/8
137/3 137/11 138/10
139/7 139/12 139/17
139/23 142/13 144/20
150/5 150/6 151/2 153/3
157/3 157/18 162/3
166/2 166/18 166/23
170/16 172/22 173/8
178/8 180/10 183/5
183/7 183/20 187/2
187/4 191/3 191/17
195/11 195/18 198/18
198/19 201/17 213/5
219/1 219/9 221/7
221/25 222/25 225/17
233/14 238/11 240/12
245/19 245/23 252/19
253/10 253/15 254/3
254/19 261/25 278/5
278/10 285/11 293/6
**Whenever [1]** 129/9
**where [65]** 14/17 18/17
27/22 28/4 28/22 33/19
34/17 37/16 37/23 44/20
45/24 53/1 53/15 57/6
62/11 71/12 89/17 99/10
100/15 102/10 104/4
112/13 113/10 119/19
130/18 131/1 155/1
158/3 166/15 169/15
174/8 174/8 182/19
183/17 183/22 185/12
185/14 189/21 202/5
206/5 207/13 224/6
229/11 229/25 235/23
235/25 236/10 244/15
245/9 256/9 260/22
264/22 274/11 275/17
276/19 277/9 279/11
284/22 285/19 293/3
293/21 293/22 296/17
296/22 297/20
**Where's [1]** 236/10
**whereby [3]** 67/13 68/5
68/10
**whether [36]** 7/13
36/23 38/3 43/24 44/9
44/10 44/11 44/12 44/25
45/7 57/11 66/25 80/6

86/17 87/21 89/8 100/18
100/21 112/23 115/19
121/7 121/12 125/1
143/5 162/8 170/7
173/14 189/18 190/24
215/16 223/16 256/21
281/9 285/18 287/19
290/20
**which [48]** 7/12 7/14
12/24 13/2 22/19 30/15
32/1 47/8 49/25 50/2
50/7 50/12 50/14 50/15
55/12 90/22 111/3
127/14 133/10 145/12
146/7 158/10 164/4
168/14 168/23 170/20
175/12 177/7 178/22
188/18 197/13 204/4
206/8 237/14 241/12
242/4 242/5 242/17
243/3 243/24 245/15
248/4 248/13 261/11
264/16 294/15 297/8
297/9
**while [5]** 178/7 181/18
192/23 257/14 268/24
**white [1]** 263/13
**who [165]** 13/5 13/7
13/12 13/14 14/9 16/6
16/22 17/23 20/12 20/16
21/16 26/17 27/2 28/15
35/3 39/24 40/25 41/21
42/13 55/12 55/16 57/20
60/3 60/21 61/2 61/4
61/20 61/23 62/1 62/4
62/11 62/16 62/23 63/6
63/11 63/21 73/18 74/23
74/24 75/2 75/12 76/1
76/24 78/13 79/2 81/4
82/10 82/20 84/14 85/13
88/19 88/24 89/18 90/10
90/16 90/19 92/13 94/5
94/22 95/1 97/8 100/24
101/20 104/20 104/22
110/2 110/3 110/6
113/12 114/3 114/5
121/10 128/19 128/22
129/1 129/23 133/25
139/25 140/5 143/14
143/15 148/2 148/5
154/6 161/17 161/18
164/19 164/25 165/3
165/17 165/22 165/24
166/3 166/5 166/7
168/22 172/25 173/17
173/21 182/22 183/21
185/6 186/2 186/4 192/3
192/13 192/16 194/4
196/10 198/13 199/6
199/8 200/19 200/20
201/20 204/5 204/20
205/6 206/14 207/22
207/24 208/1 208/10
208/13 208/16 208/16
209/15 209/18 214/24
216/4 217/14 217/15
218/4 224/10 224/12
225/10 225/11 226/18
227/2 230/3 230/6

230/13 234/17 247/21
262/3 263/21 263/24
264/11 269/20 270/19
271/1 272/13 273/7
274/4 274/14 274/24
277/7 282/5 287/7
287/10 288/1 293/14
293/24 294/7 297/16
**who's [1]** 94/11
**whoever [1]** 230/7
**whole [1]** 300/7
**wholly [2]** 43/10 86/17
**wholly-owned [2]**
43/10 86/17
**whose [3]** 122/6 220/18
280/7
**why [88]** 14/12 14/23
31/17 32/23 36/4 57/22
58/7 59/7 63/7 66/11
83/12 84/3 85/19 86/2
88/7 88/15 88/21 93/11
101/23 110/14 113/8
113/16 128/6 133/1
133/9 136/2 144/19
145/15 145/17 145/21
147/23 149/7 149/16
149/24 150/10 150/12
152/16 152/17 154/25
161/12 164/12 166/14
172/21 179/2 180/7
180/9 186/23 198/15
201/14 213/2 213/10
213/13 217/25 219/1
220/20 224/1 224/21
228/10 229/6 229/12
229/17 230/8 233/9
234/4 234/8 239/19
240/23 243/8 245/17
245/22 247/6 255/12
257/25 264/20 265/2
265/25 267/23 271/2
277/19 277/23 278/17
279/17 281/25 284/13
286/2 286/7 286/16
294/4
**wife [13]** 51/6 149/1
198/12 199/9 199/13
200/18 201/10 201/21
202/9 202/17 208/3
208/4 265/17
**will [25]** 8/6 8/24 8/25
9/6 16/22 17/6 17/7 17/8
17/13 20/24 44/6 74/9
74/13 134/17 189/23
194/9 196/8 197/20
247/1 249/17 253/24
254/14 254/19 265/16
292/18
**William [8]** 6/9 186/2
186/3 186/3 186/12
218/19 219/1 219/6
**willing [6]** 189/11
190/15 242/10 242/12
242/22 242/24
**Willy [1]** 218/21
**WILSON [1]** 2/10
**window [1]** 229/10
**windows [1]** 54/18
**wire [1]** 226/23

**wise [2]** 200/8 286/11
**withdraw [4]** 38/16
237/23 279/5 279/22
**withdrawals [2]** 274/1
274/23
**withdrawn [3]** 31/25
253/4 285/4
**withdrew [1]** 285/11
**within [5]** 184/17
254/17 276/20 294/24
297/9
**without [11]** 151/11
171/6 250/10 250/19
285/6 285/12 285/21
291/10 292/7 292/13
292/15
**witness [7]** 3/2 62/8
77/6 95/15 95/23 132/3
162/2
**won't [2]** 7/19 9/8
**word [22]** 57/24 57/25
73/12 73/18 82/19 83/1
83/15 83/19 120/12
120/13 134/12 136/16
136/19 171/17 194/22
196/15 196/17 214/25
255/4 257/20 278/7
278/10
**worded [1]** 83/9
**wording [4]** 144/5
144/10 145/4 153/10
**words [1]** 83/8
**work [84]** 48/25 49/3
49/6 51/20 54/20 55/11
70/13 74/15 76/13
104/18 111/2 113/17
116/2 116/3 116/14
116/20 116/20 116/23
117/5 117/8 117/12
125/17 126/10 126/11
126/19 127/1 127/11
127/20 128/2 128/8
128/11 128/12 128/15
128/23 128/25 129/9
129/17 129/24 130/2
130/9 130/11 140/13
140/16 159/7 159/17
177/23 185/8 186/6
190/16 192/21 194/9
196/8 196/20 203/18
203/24 204/3 217/15
217/19 217/22 218/22
218/23 218/25 219/7
219/9 224/2 225/5
228/13 233/19 235/22
235/23 236/6 237/11
237/13 237/15 253/9
274/7 291/2 291/3 291/
291/5 291/6
**worked [15]** 63/8 69/2
70/1 70/10 70/11 183/2
193/1 204/25 209/19
217/18 218/1 218/16
219/4 241/11 268/19
**working [21]** 55/12
56/8 57/17 59/11 61/8
61/12 61/17 72/16 73/1
73/20 76/7 76/8 112/21

## W

working... [8] 151/2 155/2 155/8 155/14 185/5 213/6 218/9 253/25
works [2] 113/12 195/14
Worse [1] 219/23
would [155] 10/14 14/14 23/15 25/7 34/20 37/22 37/23 41/12 43/18 45/3 45/11 47/22 48/23 49/7 54/11 55/10 55/11 56/7 56/12 57/18 58/13 58/18 60/16 61/24 64/14 75/14 75/25 88/15 89/1 97/8 97/9 99/18 102/11 106/10 106/16 112/14 113/8 113/21 115/11 116/11 117/20 117/23 121/10 121/11 122/24 125/5 125/21 127/18 128/23 131/3 131/11 136/2 147/17 147/23 149/5 150/22 151/19 155/15 158/1 160/13 165/7 166/6 166/11 167/4 167/17 168/6 170/20 171/15 171/16 171/16 172/1 172/16 173/1 173/4 175/12 177/14 177/18 178/6 182/24 183/2 183/16 183/17 190/11 191/2 192/17 195/21 197/4 198/5 203/22 205/4 209/24 211/5 211/10 211/11 211/15 211/23 211/25 213/2 213/10 213/13 213/15 213/16 213/17 213/18 213/21 213/22 218/2 219/1 219/2 219/5 221/8 224/25 225/4 225/9 225/13 226/18 226/21 227/19 227/20 229/12 230/8 233/3 233/23 234/11 235/19 236/17 236/21 237/25 242/17 243/1 243/3 245/25 251/7 253/1 254/13 256/7 260/2 264/5 269/19 269/20 272/13 272/16 278/17 284/11 286/2 286/7 286/12 289/22 296/11 296/13 296/15 296/19 296/20 296/23 296/24
wouldn't [24] 56/8 56/15 97/10 102/5 112/15 121/6 125/4 144/19 146/4 172/24 186/23 209/11 209/22 211/4 211/7 211/13 218/2 227/18 229/17 258/15 281/16 289/7 296/9 296/18
write [6] 163/19 163/22

169/13 169/15 238/1 247/6
writing [14] 15/21 44/6 44/17 115/10 149/3 149/25 178/13 189/9 194/8 239/17 239/20 245/19 258/22 259/23
writings [2] 6/10 187/24
written [15] 67/9 67/13 67/17 67/21 67/24 68/5 68/9 74/12 109/17 112/9 112/14 115/15 131/12 159/18 174/1
wrong [1] 159/21
wrote [51] 78/20 84/6 84/7 84/9 84/13 85/20 144/3 155/1 155/13 155/18 156/1 156/4 156/8 156/12 156/17 157/2 157/12 160/9 167/24 167/25 168/22 169/1 169/5 169/14 177/20 177/21 177/22 179/16 179/21 184/19 184/21 189/21 194/4 195/18 196/8 197/23 225/17 244/19 245/16 246/4 246/7 246/23 249/15 250/4 253/4 254/13 254/19 265/19 266/8 267/3 267/19
www.AccelCommerce. com [1] 220/12
www.ChannelReply [1] 120/11
Wyckoff [1] 1/24

## X

XI01133 [1] 300/18

## Y

Yaro [2] 114/4 114/5
Yaro's [1] 114/4
yeah [68] 47/18 49/6 56/25 58/23 69/24 70/1 70/6 71/6 71/11 76/12 86/12 88/11 94/10 107/14 124/6 125/16 126/13 129/11 132/18 133/3 133/13 135/6 140/24 148/23 148/23 152/3 152/9 152/21 153/14 154/23 156/25 159/7 160/16 167/19 167/22 168/5 169/2 169/9 174/12 175/16 176/14 177/4 179/20 182/15 182/15 186/25 187/6 190/17 192/22 192/22 192/25 196/18 200/11 201/6 201/17 202/1 202/6 203/25 204/12 217/10 217/13 218/21 226/14 236/21 240/22 267/22 281/22 287/6
year [12] 60/14 61/14 116/19 126/2 129/7

150/7 150/8 154/4 158/13 204/17 228/7 295/2
years [34] 15/13 43/23 47/9 73/10 73/21 76/2 76/8 76/16 77/14 77/5 77/7 77/9 80/19 81/11 81/14 81/19 84/7 84/10 103/21 103/23 103/25 104/5 114/25 117/14 117/15 117/19 122/20 122/22 122/23 129/8 192/15 221/23 233/24 237/13
Yerevan [1] 185/15
yes [330]
yesterday [4] 291/21 292/3 292/17 292/25
YORK [14] 1/2 1/15 1/21 2/12 119/24 120/4 121/24 121/25 122/1 122/2 140/19 215/9 273/5 294/21
Yotpo [1] 48/3
you [1763]
you'd [4] 212/7 221/17 240/18 247/12
you'll [4] 159/21 202/2 217/8 232/3
you're [59] 9/3 10/6 10/8 10/17 10/21 12/15 20/14 21/13 23/25 31/7 34/22 38/9 43/9 54/17 58/20 59/7 64/15 79/19 83/2 84/15 101/15 102/24 108/22 118/6 141/10 141/19 141/21 145/7 148/21 157/19 159/21 165/15 168/11 175/3 178/7 185/21 189/16 189/16 194/8 197/2 207/2 216/12 221/13 229/3 231/3 242/1 242/23 256/11 259/15 279/18 284/14 287/16 289/11 289/16 291/3 294/7 294/18 297/15 298/2
you've [14] 15/9 16/20 32/2 40/13 43/19 85/18 92/9 95/8 98/15 98/23 139/1 160/6 237/20 290/12
your [222] 7/10 7/12 8/12 8/15 8/16 9/7 9/11 9/15 9/24 9/25 10/14 10/18 10/22 11/3 11/4 11/11 11/11 12/1 12/1 12/2 13/16 14/5 14/15 14/16 14/17 14/17 15/1 16/11 18/17 20/22 20/24 21/16 21/25 22/1 24/9 28/9 28/18 31/12 32/6 35/1 35/16 35/19 39/12 40/8 42/18 43/15 43/18 43/20 43/23 44/5 44/8 44/14 44/25 46/13 46/15 48/10 52/9 52/14 54/19 54/19 57/15 62/12 62/16

71/6 71/10 71/13 71/24 72/3 73/1 74/8 75/4 76/7 77/11 78/6 79/5 79/8 80/4 80/5 82/12 83/17 85/2 86/16 86/21 87/7 87/13 87/14 92/11 92/24 96/20 98/11 98/15 101/25 102/2 102/8 102/9 102/12 102/23 103/4 103/5 105/20 105/24 106/3 106/12 108/8 109/5 109/9 109/14 109/15 111/5 111/7 111/13 111/17 111/22 115/14 119/3 124/1 125/8 128/19 129/19 130/23 132/4 132/7 133/2 133/5 133/10 134/11 134/24 135/11 135/16 137/6 137/13 140/22 144/20 146/9 146/19 147/24 150/3 150/16 150/23 151/17 151/17 151/17 157/7 160/11 162/19 162/20 162/23 163/9 176/9 177/22 177/23 182/13 193/10 194/9 195/11 195/12 196/8 196/13 197/19 199/9 199/13 203/21 208/4 210/1 213/19 213/22 214/3 215/2 223/23 224/21 227/15 229/6 230/22 231/7 231/15 231/15 237/23 245/14 245/17 245/23 247/11 247/24 248/10 249/16 250/4 250/13 252/5 252/13 253/14 253/16 253/23 254/19 255/19 258/18 258/18 258/19 261/4 266/9 267/4 267/7 267/8 267/19 267/20 273/4 279/8 280/15 280/16 280/19 280/22 281/10 283/6 284/14 289/17 290/4 291/24 292/18 294/25 295/1 295/4 295/11 295/12 297/18
yours [2] 148/13 240/16
yourself [5] 62/7 69/2 109/24 185/2 247/12

## Z

ZenDesk [6] 54/1 54/9 54/12 73/16 73/24 84/25 zero [5] 157/21 195/25 218/9 283/23 284/16 zeroes [1] 273/24