## GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302 | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦ |
| | 111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601 | ♦  NJ BAR<br>▲  NJ & NY BAR |
| | DIRECT DIAL: 201-374-9092<br>EOSTRER@ADGMLAW.COM | |
| | WEBSITE: WWW.ADGMLAW.COM | |

<u>**VIA ECF**</u>                                                                                                                    October 27, 2020
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

        Re:   <u>**Michael Dardashtian, et al. v. David Gitman, et al.**</u>
                 <u>**17-cv-4327**</u>

Dear Judge Lehrburger:

      Upon review of Defendants' sur-reply to the pending motion, it appears that Michael Dardashtian's 2015 K-1 was *inadvertently* not uploaded to ECF when David Gitman's 2015 K-1 was uploaded.

      Subject to Your Honor's determination as to the relevancy of the K-1s to this pending motion, it is respectfully requested that the attached is made part of Exhibit 150 to the Affidavit of Michael Dardashtian dated October 16, 2020.

      Thank you for Your Honor's attention to this matter.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

*/s/ Evan Ostrer*
Evan Ostrer

Cc:   All counsel of record (via ECF)

1