1

671113

| Schedule K-1 (Form 1120S) | **2015** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service   For calendar year 2015, or tax year beginning _____ ending _____ | | **Part III**   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |

| | Part III | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) −86,039. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 8. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C* 4,418. |
| 12 | Other deductions | | |
| | | 17 | Other information A 8. |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part I   Information About the Corporation**

A Corporation's employer identification number
[redacted]

B Corporation's name, address, city, state, and ZIP code

COOPER SQUARE VENTURES LLC
125 JERICHO TURNPIKE - SUITE 300
JERICHO, NY   11753

C IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

D Shareholder's identifying number
[redacted]

E Shareholder's name, address, city, state and ZIP code

MICHAEL DARDASHTIAN
[redacted]

F Shareholder's percentage of stock ownership for tax year ............ 50.000000%

*See attached statement for additional information.

511271 10-26-15   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2015

12

12160830 793839 COOP        2015.05050 COOPER SQUARE VENTURES LLC  COOP____1

| COOPER SQUARE VENTURES LLC | | 45-2943587 |
|---|---|---|

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4,384. | SEE SHAREHOLDERS INSTRUCTIONS |
| OTHER NON-DEDUCTIBLE EXPENSES | 34. | |
| TOTAL | 4,418. | |

# Schedule of Activities

For calendar year 2015, or tax year beginning _____, 2015, and ending _____, _____.

Name: COOPER SQUARE VENTURES LLC  
For: MICHAEL DARDASHTIAN  
I.D. Number: [redacted]

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 5 | | | | PLUMBURS LLC |
| | | | | | |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 1,121. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

\* 1 - Single Family Residence    5 - Land  
   2 - Multi-Family Residence    6 - Royalties  
   3 - Vacation or Short-Term Rental    7 - Self-Rental  
   4 - Commercial    8 - Other

525001 04-01-15