# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

| | | |
|---|---|---|
| BARRY S. GUAGLARDI ▲<br>MICHAEL P. MELITI ▲ | 365 WEST PASSAIC STREET, SUITE 130<br>ROCHELLE PARK, NJ 07662<br>TELEPHONE: 201-947-4100<br>FACSIMILE: 201-947-1010<br>FACSIMILE: 201-843-5302<br><br>111 MAIN STREET<br>P.O. BOX 509<br>CHESTER, NY 10918<br>TELEPHONE: 845-576-0600<br>FACSIMILE: 845-576-0601<br><br>DIRECT DIAL: 201-374-9092<br>EOSTRER@ADGMLAW.COM<br><br>WEBSITE: WWW.ADGMLAW.COM | JASON S. NUNNERMACKER ♦<br>FRANCES OLIVERI ▲<br>KRISTEN E. SCHREIB ▲<br>EVAN A. OSTRER ▲<br>MYLES M. MISSIRIAN ♦<br><br>♦  NJ BAR<br>▲  NJ & NY BAR |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020

**VIA ECF**

October 27, 2020

Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
       **17-cv-4327**

Dear Judge Lehrburger:

Upon review of Defendants' sur-reply to the pending motion, it appears that Michael Dardashtian's 2015 K-1 was *inadvertently* not uploaded to ECF when David Gitman's 2015 K-1 was uploaded.

Subject to Your Honor's determination as to the relevancy of the K-1s to this pending motion, it is respectfully requested that the attached is made part of Exhibit 150 to the Affidavit of Michael Dardashtian dated October 16, 2020.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc:   All counsel of record (via ECF)

So Ordered.
SO ORDERED:
11/2/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

1

671113

| Schedule K-1<br>(Form 1120S) | **2015** | ☐ Final K-1    ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2015, or tax<br>year beginning _____<br>ending _____ | **Part III** | **Shareholder's Share of Current Year Income,<br>Deductions, Credits, and Other Items** |

| | Part III – Shareholder's Share | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>-86,039. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income<br>8. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis<br>C*    4,418. |
| 12 | Other deductions | | |
| | | 17 | Other information<br>A    8. |

**Shareholder's Share of Income, Deductions,<br>Credits, etc.** ▶ See separate instructions.

**Part I**    **Information About the Corporation**

**A** Corporation's employer identification number<br>█████████

**B** Corporation's name, address, city, state, and ZIP code<br>COOPER SQUARE VENTURES LLC<br>125 JERICHO TURNPIKE - SUITE 300<br>JERICHO, NY 11753

**C** IRS Center where corporation filed return<br>E-FILE

**Part II**    **Information About the Shareholder**

**D** Shareholder's identifying number<br>█████████

**E** Shareholder's name, address, city, state and ZIP code<br>MICHAEL DARDASHTIAN<br>████████████████████████

**F** Shareholder's percentage of stock<br>ownership for tax year .......... 50.000000 %

*See attached statement for additional information.

511271<br>10-26-15   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    IRS.gov/form1120s    Schedule K-1 (Form 1120S) 2015

12

12160830 793839 COOP      2015.05050 COOPER SQUARE VENTURES LLC   COOP___1

COOPER SQUARE VENTURES LLC                                                      45-2943587

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4,384. | SEE SHAREHOLDERS INSTRUCTIONS |
| OTHER NON-DEDUCTIBLE EXPENSES | 34. | |
| TOTAL | 4,418. | |

# Schedule of Activities

For calendar year 2015, or tax year beginning _____, 2015, and ending _____, _____.

Name: **COOPER SQUARE VENTURES LLC**    I.D. Number: ███████
For: **MICHAEL DARDASHTIAN**

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 5 | | | | PLUMBURS LLC |
| | | | | | |

| | Activity - 5 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | 1,121. | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

\* 1 - Single Family Residence    5 - Land
  2 - Multi-Family Residence     6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial                 8 - Other

525001 04-01-15