Exhibit B

# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. SCHREIB ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦   NJ BAR
▲   NJ & NY BAR

**Via Electronic Mail**                                     December 8, 2020
Sang Sim, Esq.
4240 Bell Boulevard
Suite 201
Bayside, New York   11361

Re:     **Dardashtian adv. Gitman**
        **Authorization for Release of Funds**

Dear Sang:

We write regarding the proposed release of funds from the Plaintiff Companies. Our client is proposing the release of $170,000.00 to each of our respective clients, with Mr. Gitman's distribution being made payable to your attorney trust account on notice to Mr. Gitman's former counsel, Dentons who, upon information and belief, has a lien on the matter. You can deal with Dentons directly on this issue. Our client's distribution will be released directly to our client.

The proposed release of such funds from the Plaintiff Companies is recommended by the Plaintiff Companies' accountant to address the resulting tax implications to the Plaintiff Companies and our respective clients. Attached to this correspondence is Joel Liebman's email dated December 7, 2020 recommending same. As you know, our respective clients have previously agreed to a similar format for the prior two years [see e.g. ECF #102].

As this is a time sensitive matter, kindly confirm Mr. Gitman's agreement and authorization to the foregoing proposed distribution at your earliest ability. Mr. Gitman has access to all account information to evaluate the recommended distribution.

Thank you.

Evan Ostrer

Cc:     Edward J. Reich, Esq. (via electronic mail)