```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                Plaintiffs,

     - against -

DAVID GITMAN, et al.,

                Defendants.
-------------------------------------------------------------X

17-CV-4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed and ordered during the conference held on January 22, 2021, in light of the charging lien asserted by Mr. Gitman's former counsel, current defense counsel of record shall not withdraw from defense counsel's escrow fund any monies received on behalf of Mr. Gitman or any related person or entity that was distributed or received from CSV or its subsidiaries, unless and until approved by the Court.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: January 22, 2021
        New York, New York

Copies transmitted this date to all counsel of record.