UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                Plaintiffs,

     - against -

DAVID GITMAN, et al.,

                Defendants.
-------------------------------------------------------------X

17-CV-4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In advance of oral argument on February 11, 2021, the Court provides advance notice to the parties, particularly Plaintiffs, of an issue for which the Court would like clarification and which may require some investigation prior to argument. Specifically, regarding evidence of 401(k) contributions: How does check no. 52 (Ex. 149(a) at 5) show that Gitman received a $13,500 401(k) contribution in 2013? Why is the check made out to Pershing LLC FBO Cooper Square Ventures, LLC, instead of David Gitman CSV 401k, which is how Dardashtian's check (no. 51) appears? Why is check no. 52 stamped "void"?

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated: February 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.