UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DARDASHTIAN, et al.,

                Plaintiffs,

      - against -

DAVID GITMAN, et al.,

                Defendants.
-------------------------------------------------------------X

17-CV-4327 (LLS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As the District Court Judge has adopted this Court's Report and Recommendation and has referred to me the determination of the Purchase Price, the Court will hold a short hearing (in no event longer than three hours), conducted virtually, at which Defendants may cross-examine (and Plaintiffs may re-direct) in regard to the expert declaration already accepted by the Court. My Deputy Clerk will coordinate scheduling with counsel. With respect to the two counterclaim issues remaining after summary judgment, the parties shall adhere to Judge Stanton's rules for further proceedings.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.