## GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. DANIELE ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

April 14, 2021

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
U. S. District Court of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327**

Dear Judge Lehrburger:

     Kindly accept this correspondence on behalf of Plaintiffs in connection with the above matter. We write regarding the scheduling of the hearing for a determination of the Purchase Price [Doc No. 215] (the "Hearing"), and for clarification regarding the Court's inquiry on April 12, 2021, as to whether the parties require a conference.

     Per the Court's April 12, 2021 letter, the parties were advised that the Court's next available date for a conference is May 12, 2021. We respectfully request clarification as to whether the referenced conference is the same as the Hearing or whether it is a preliminary conference. This will assist the parties for purposes of scheduling same. We are also not available for the Hearing on May 12, 2021, so we respectfully ask for alternative dates that are convenient to the Court.

     I apologize for the confusion.

     Thank you for Your Honor's consideration.

Respectfully Submitted,
GUAGLARDI & MELITI, LLP

Evan Ostrer

Cc:   Sang Sim, Esq. (via Efile)