UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE VENTURES, LLC
NDAP, LLC and CHANNEL REPLY,

                                                Plaintiffs,

                      -against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKII GLUKHAREV
and CHANNEL REPLY, INC.,

                                              Defendants.
------------------------------------------------------------------X

NOTICE OF APPEAL

1:17 Civ.4327 (LLS)

Notice is hereby given that Defendants, DAVID GITMAN, ACCEL COMMERCE, LLC, DALVA VENTURES, LLC, and CHANNEL REPLY, INC in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an order from a summary judgment entered in this action on the 30th day of March, 2021 and from a prior interlocutory order denying Defendants from submitting a rebuttal expert report.

                                                                        /s/ Sang J Sim
                                                                        Sang J. Sim,
                                                                        Sim & DePaola, LLP
                                                                        Attorneys for Defendants
                                                                        42-40 Bell Blvd., Suite 201
                                                                        Bayside, NY 11361
                                                                        Tel: 718-281-0400