# SIM & DePAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

June 18, 2021

**VIA ECF**
Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Michael Dardashtian, et al. v. David Gitman, et al.*
       Docket No. 17-cv-4327 (LLS) (RWL)

Dear Hon. Robert W. Lehrburger:

  By way of background, we are the attorneys for the Defendants, David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, Channel Reply, Inc. (collectively hereinafter referred to as "Defendants"), in the instant matter. It is understood that Dentons US LLP ("Dentons") were former counsel of record for the Defendants before they were permitted to withdraw. Further, Dentons has asserted a charging or retaining lien on this case and the Court ordered Sim & DePaola LLP to hold monies we received in escrow until further order from the Court.

  We are pleased to advise this Court that Dentons' legal fees have been resolved by way of agreement, providing for the disbursement of funds to Dentons from my firm's escrow account. Therefore, on consent from all parties, we are making a formal application for this order to be vacated or a new order issued by the Court permitting the funds to be withdrawn from our escrow account and distributed in accordance with the agreement between Dentons and Defendants.

          Respectfully submitted,

          /s/ Sang J. Sim
          Sang J. Sim, Esq.
          *Attorney for Defendants*
          psim@simdepaola.com

Agreed and Accepted:
Dentons US LLP

_____

By:   Edward Reich
      Partner and General Counsel