# GUAGLARDI & MELITI, L.L.P.

*Attorneys At Law*
*A Limited Liability Partnership*

BARRY S. GUAGLARDI ▲
MICHAEL P. MELITI ▲

365 WEST PASSAIC STREET, SUITE 130
ROCHELLE PARK, NJ 07662
TELEPHONE: 201-947-4100
FACSIMILE: 201-947-1010
FACSIMILE: 201-843-5302

111 MAIN STREET
P.O. BOX 509
CHESTER, NY 10918
TELEPHONE: 845-576-0600
FACSIMILE: 845-576-0601

DIRECT DIAL: 201-374-9092
EOSTRER@ADGMLAW.COM

WEBSITE: WWW.ADGMLAW.COM

JASON S. NUNNERMACKER ♦
FRANCES OLIVERI ▲
KRISTEN E. DANIELE ▲
EVAN A. OSTRER ▲
MYLES M. MISSIRIAN ♦

♦ NJ BAR
▲ NJ & NY BAR

June 21, 2021

**VIA E-FILE AND MAIL**
Clerk,
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street,
New York, NY 10007

Re:   **Michael Dardashtian, et al. v. David Gitman, et al.**
      **17-cv-4327 (LLS) (RWL)**

Dear Sir/Madam:

Kindly accept this correspondence on behalf of the Plaintiffs, Michael Dardashtian ("Plaintiff Dardashtian"), individually and on behalf of Cooper Square, LLC a/k/a Cooper Square Ventures, LLC ("CSV"), NDAP, LLC ("NDAP") and ChannelReply ("CR") (collectively "Plaintiffs") in the above-referenced matter.

Pursuant to the Order of the Honorable Louis L. Stanton, U.S.D.J. dated June 8, 2017 [Doc. #3], Plaintiff Michael Dardashtian posted security in the amount of $50,000.00 in connection with Plaintiff's Order to Show Cause for Preliminary Injunction and Temporary Restraints ("Security"), which has since been resolved by way of a recent settlement of the above Action by all parties before the Magistrate, Honorable Robert W. Lehrburger, U.S.M.J. on June 18, 2021. In accordance with the settlement and dismissal of the above Action, the Security is to be returned directly to Michael Dardashtian who is copied on this communication.

1

Mr. Dardashtian's address is:

      1225 Franklin Avenue, Suite 325
      Garden City, New York 11530

Based on the foregoing, we write to respectfully request that the Security be released to Plaintiff Michael Dardashtian directly upon an Order of the Court so permitting.

Thank you for the Court's consideration of the foregoing.

      Respectfully Submitted,
      **GUAGLARDI & MELITI, LLP**

      */s/ Evan Ostrer*
      Evan Ostrer

Cc:   All Counsel of Record (via ECF)
      Honorable Robert W. Lehrburger
      Michael Dardashtian