UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL DARDASHTIAN, individually and
on behalf of COOPER SQUARE, LLC a/k/a
COOPER SQUARE VENTURES,
LLC, NDAP, LLC and CHANNELREPLY,

                                Plaintiffs,

  -against-

DAVID GITMAN, ACCEL COMMERCE, LLC,
DALVA VENTURES, LLC, KONSTANTYN
BAGAIEV, OLESKSII GLUKHAREV and
CHANNEL REPLY, INC.,

                                Defendants.
-----------------------------------------------------------------X

DAVID GITMAN, individually, and on behalf of
COOPER SQUARE VENTURES, LLC, and
NDAP, LLC,

                  Counterclaim Plaintiffs,

  -against-

MICHAEL DARDASHTIAN,

                  Counterclaim Defendant.
-----------------------------------------------------------------X

Case No 17 Civ.4327 (LLS)(RWL)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO ALL PARTIES**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO ALL PARTIES**

IT IS HEREBY STIPULATED AND AGREED by and between all parties and/or their respective counsels that the above-captioned action is hereby dismissed with prejudice and without costs as to all parties.

_____
Barry Guaglardi, Esq. (BG2401)
Attorneys for Plaintiffs and
Third Party Defendant
Guaglardi & Meliti, LLP
365 West Passaic Street, Ste 130
Rochelle Park, NJ 07662
Tel: 201-947-4100
Dated: 6/21/21

_____
Sang J. Sim, Esq. (SS3461)
Attorneys for Defendants and
Third Party Plaintiffs
Sim & DePaola, LLP
42-40 Bell Blvd., Ste 201
Bayside, NY 11361
Tel: 718-281-0400
Dated: 6/21/21