**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 22, 2021
```

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of June, two thousand twenty-one,

_____

Michael Dardashtian, individually and on behalf of Copper Square, LLC aka Cooper Square Ventures LLC, NDAP, LLC and Channelreply, LLC,

    Plaintiff-Counter-Defendant - Appellee,

v.

David Gitman, Accel Commerce, LLC, Dalva Ventures, LLC, Channel Reply, Inc.,

    Defendants-Counter-Claimants - Appellants,

Jeremy Falk, Summit Rock Holdings, LLC, Konstantyn Bagaev, Olesksii Glukharev, Cooper Square Ventures, LLC,

    Defendants,

_____

**ORDER**
Docket No. 21-1033

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/22/2021